**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SPIRIT AIRLINES, LLC,** *et al.*, | **Case No. 25-11896 (SHL)** |
| **Debtors.**[1] | **Jointly Administered** |

## GLOBAL NOTES AND STATEMENTS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Spirit Aviation Holdings, Inc. and its subsidiaries (collectively, the "**Debtors**" or the "**Company**"), each of which is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), have prepared their respective unaudited schedules of assets and liabilities (collectively, as may be amended from time to time, the "**Schedules**") and unaudited statements of financial affairs (collectively, as may be amended from time to time, the "**Statements**" and, together with the Schedules, the "**Schedules and Statements**") in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), with the assistance of their legal and financial advisors.

These Global Notes and Statements Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of, all the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.[2]

### Disclaimers and Reservation of Rights

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**") or any other foreign jurisdiction, as applicable, nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

[2] The Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors prepared a Global Note with respect to any individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any other Debtors' Schedules and Statements, as appropriate. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment. In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

1

information that is subject to further review and/orpotential adjustment.  Although the Debtors and their advisors made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances and based on information available at the time of preparation, there can be no assurance that the Schedules and Statements are complete or accurate.  Subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors, inaccuracies, or omissions may have occurred or may occur in the future.  The Schedules and Statements and Global Notes should not be relied upon for information relating to the Company's current or future financial condition or performance.

Unlike the Company's consolidated financial statements, the Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated.  The Schedules and Statements include information derived from the Debtors' books and records.  The information presented has been reported in the Schedules and Statements in the good-faith belief the information provided is responsive and accurate.

Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent a Debtor shows more assets than liabilities, it is not an admission that such Debtor was solvent as of the Petition Date (as defined below) or at any other time.  Likewise, to the extent a Debtor shows more liabilities than assets, it is not an admission that such Debtor was insolvent as of the Petition Date or at any other time.

The Schedules and Statements have been signed by Fred Cromer, Chief Financial Officer of the Debtors.  Accordingly, in reviewing and signing the Schedules and Statements, Mr. Cromer necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals.  Mr. Cromer has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses.  Except as expressly required by the Bankruptcy Code, the Debtors, their officers, employees, agents, attorneys, and financial and other advisors expressly do not undertake any obligation to update, modify, revise, or recategorize any information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or recategorized.

The Debtors reserve all rights to amend the Schedules and Statements from time to time, in any and all respects, as they deem necessary or appropriate.  The Debtors reserve all rights to dispute, and to assert setoff rights, counterclaims, crossclaims, and defenses to, any claim[3] reflected in the Schedules or Statements on any grounds, including amount, liability, priority, status, or classification, and to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed."  Listing a claim does not constitute an admission of liability by the Debtors.  The listing of any contract, agreement, or instrument on the Schedules and Statements does not constitute an admission by the Debtors as to the validity of any such contract, agreement, or instrument.  Nor does the omission of a contract, agreement or instrument from the Schedules or Statements constitute an admission that such omitted contract, agreement, or instrument is not an executory contract or unexpired lease.  The Debtors reserve the right to dispute the effectiveness

---

[3] As used herein, "claim" shall have the meaning ascribed to it in section 101(5) of the Bankruptcy Code.

of any contract, agreement, or instrument listed on or omitted from the Schedules and Statements or to amend the Schedules and Statements at any time.

Nothing contained in the Schedules and Statements constitutes a waiver of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including any claims against the Debtors, any rights or claims of the Debtors against any third party, any issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this section. Nothing contained in the Schedules and Statements or the Global Notes is intended as, or should be construed as, an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

### Description of the Cases and "As Of" Information Date

On August 29, 2025 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors remain in possession of their property and continue to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b), as ordered by the Court [ECF No. 35]. The Debtors have not been substantively consolidated and accordingly, each Debtor has filed its own Schedules and Statements.

On September 17, 2025, the United States Trustee for the Southern District of New York (the "**United States Trustee**") appointed an Official Committee of Unsecured Creditors pursuant to section 1102 of the Bankruptcy Code [ECF No. 117]. On October 28, 2025, the United States Trustee appointed Marc J. Heimowitz as Chapter 11 Examiner [ECF Nos. 363 and ECF No. 364].

Unless otherwise noted, the asset information provided herein, except as otherwise noted, represents the asset data of each Debtor as of August 31, 2025, the date of the Debtors' month end closure to their balance sheet, and the liability data of each Debtor as of the close of business on the Petition Date. Certain accounting functions such as right of use assets, capitalized items, and accumulated amortization of select accounts are not included. Foreign currencies are converted to U.S. dollars by the Debtors' internal accounting software.

In some instances, the Debtors and the applicable counterparties have reached settlements and resolution of prepetition liabilities, and the Debtors have made certain post-petition payments of pre-petition claims in accordance with applicable Bankruptcy Court orders, each of which will supersede the amount of outstanding obligations as of the Petition Date, as discussed further herein. In addition, certain assets, as of August 31, 2025, may be written down, post-petition, as a result of post-petition contract and/or lease rejections.

While best efforts were used to reflect asset and liability balances as of the Petition Date, the Debtors rely on their normal month-end balance sheet accounting closing date of August 31, 2025. Because the Petition Date occurred on a Friday, the normal month-end close of August 31

adds two additional days of limited balance sheet activity occurring on the weekend following the Petition Date. Moreover, for determining unpaid prepetition payables in connection with liability balances, the Debtors utilized payables detail as of the Petition Date, and continue to expend significant resources reconciling its books and records and subsequently received invoices. The Debtors' internal accounting software converts foreign currencies to United States dollars.

### Methodology and General Disclosures Applicable to Schedules and Statements

1.   **Entity References.**  Unless otherwise indicated, all references to "Spirit Airlines, Inc." in the Debtors' Schedules and Statements refer to "Spirit Airlines, LLC" to reflect the March 12, 2025 conversion from a Delaware corporation to a Delaware limited liability company.

2.   **Net Book Value of Assets**.  Unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of August 31, 2025.  For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.  Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets and may differ materially from the actual value and/or performance of the underlying assets.  As such, the value listed in the Schedules and Statements cannot be, and was not, used to determine the Debtors' enterprise valuation.

3.   **Recharacterization and Classifications**.  The Debtors used reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements.  However, the Debtors may have improperly characterized, classified, categorized, designated, included, or omitted certain items.  Accordingly, the Debtors reserve all rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as deemed necessary or appropriate, including whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition.

4.   **Classifications**.  Listing a claim on Schedule D as "secured," a claim on Schedule E/F as "priority" or "unsecured," or a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

5.   **Claims Description**.  Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed."

6.   **Estimates and Assumptions**.  The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts, including amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of filing the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results may differ materially from such estimates.  The Debtors reserve all rights to amend the reported amounts of

assets and liabilities, contingent assets and contingent liabilities, and revenues and expenses to reflect changes in those estimates or assumptions.

7.  **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, crossclaim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract, in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

8.  **Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors used reasonable efforts to attribute intellectual property to the rightful Debtor owner(s); however, in some instances, intellectual property owned by one or more Debtor may, in fact, be owned by another.  Accordingly, the Debtors reserve all rights with respect to the legal status of any and all intellectual property rights.

9.  **Insiders**.  In circumstances where the Schedules and Statements require information regarding "insiders," the relevant Debtor has included information with respect to the individuals and entities that the Debtor believes may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.  Such individuals may no longer serve in such capacities. Persons and entities listed as "insiders" have been included for informational purposes only and their inclusion shall not constitute an admission that those entities or persons are insiders for purposes of section 101(31) of the Bankruptcy Code.  The listing of an entity or person as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved.  Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for any purpose, including to determine (a) control of any Debtor, (b) the extent to which any individual exercised management responsibilities or functions, (c) corporate decision-making authority over any Debtor, or (d) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability.  In

5

addition, the Debtors used the best information available to them to determine the list of former directors and officers reflected in the Schedules and Statements, and reserve all rights to modify or amend such list.

10. **Basis of Presentation**.  For financial reporting purposes, the Debtors ordinarily prepare consolidated financial statements.  Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that would be substantially different from financial information that would be prepared on a consolidated basis under GAAP.  Therefore, the Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP or any other generally accepted accounting principles of foreign jurisdictions, as applicable, nor are they intended to fully reconcile to the financial statements prepared by the Debtors.  Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.  The Schedules and Statements are not intended to be fully reconciled with the financial statements of each Debtor.

11. **Confidential or Sensitive Information**.  There may be instances in the Schedules and Statements where the Debtors deemed it necessary or appropriate to redact from the public record information such as names, addresses, or amounts.  Generally, the Debtors have used this approach because of an agreement between the Debtors and a third party, local restrictions on disclosure, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individual.  Furthermore, by order of the Bankruptcy Court [ECF No. 156], personal identifying information, such as mailing and email addresses of individuals, has been redacted from the Schedules and Statements.

12. **Duplication**.  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules.  To the extent these disclosures would be duplicative, the Debtors endeavored to only list such assets, liabilities, and prepetition payments once.

13. **Executory Contracts**.  Although the Debtors used reasonable efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so.  Accordingly, the Debtors reserve all rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

14. **Umbrella or Master Agreements**.  Contracts listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors.  Where relevant, such agreements may have been listed in the Schedules and Statements only of the Debtor that signed the original umbrella or master agreement.

15. **Leases**.  The Debtors excluded from the Schedules and Statements the future obligations of any capital or operating leases.  To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule F of the Schedules.

16. **Valuation**.  In many instances, current market valuations are not maintained by or readily available to the Debtors.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations of all of their

assets. Accordingly, unless otherwise indicated, net book values as of August 31, 2025, are reflected on the Schedules and Statements. Exceptions to this include operating cash and certain other assets. Operating cash is presented at bank balance as of the Petition Date. Certain other assets, such as investments in subsidiaries and other intangible assets, are listed as undetermined amounts, as the net book values may differ materially from fair market values. Amounts ultimately realized may vary from net book value (or other value so ascribed) and such variance may be material. Accordingly, the Debtors reserve all rights to amend, adjust, supplement, or otherwise modify the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements. Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in the Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any of the Debtors' rights with respect to such asset.

17.     **Property and Equipment**. Unless otherwise indicated, owned property and equipment are stated at net book value. The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors. To the extent possible, any such leases are set forth in the Schedules and Statements. Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect thereto.

18.     **Undetermined Amounts**. The description of an amount as "unknown," "undetermined," "disputed," "contingent," or "unliquidated" is not intended to reflect upon the materiality of such amount.

19.     **Unliquidated Amounts**. Amounts that the Debtors could not fairly or readily quantify are scheduled as "unliquidated."

20.     **Totals**. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total. To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in the Schedules are inclusive of each Debtor's guarantor obligations.

21.     **Allocation of Liabilities**. The Debtors attempted to allocate liabilities between the prepetition and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and post-petition periods may change, potentially materially.

22.     **503(b)(9) Claims**. The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

7

23.     **Court Orders**.  Pursuant to certain "first day" orders entered by the Bankruptcy Court in the Chapter 11 Cases (collectively, the "**First Day Orders**"), the Debtors are authorized (but not directed) to pay or otherwise satisfy various prepetition claims, including those related to employees, critical vendors, foreign vendors, lienholders, customer obligations, taxes and fees, and trade.  Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and therefore generally are not listed in the Schedules and Statements.  Moreover, pursuant to the First Day Orders, the Debtors may have paid a portion of the prepetition claims held by certain holders of prepetition claims.  The claims of such holders are listed on these Schedules and Statements net of any payments received pursuant to the First Day Orders.  Regardless of whether such claims are listed in the Schedules and Statements, to the extent such claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend or supplement the Schedules and Statements or object to scheduled amounts or proofs of claim as deemed necessary or appropriate, including to avoid overpayment of or duplicate payments for any such liabilities.  Nothing contained herein shall alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves such right.

24.     **Other Paid Claims**.  To the extent the Debtors have reached any post-petition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements or any claims filed in connection therewith, and shall be enforceable by all parties, subject to any necessary Bankruptcy Court approval (if needed).

25.     **Credits and Adjustments**.  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may either (a) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (b) be net of accrued credits, allowances, or other adjustments that are actually owed by a creditor to the Debtors on a post-petition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and post-petition payments, if applicable.  The Debtors reserve all rights with regard to such credits, allowances, and other adjustments, including the right to assert claim objections and other defenses with respect thereto.

26.     **Intercompany Claims**.  As described more fully in the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing (A) the Debtors to Maintain their Existing Cash Management System, Bank Accounts, and Business Forms, (B) the Debtors to Open and Close Bank Accounts, and (C) Financial Institutions to Administer the Bank Accounts and Honor and Process Related Checks and Transfers, (II) Waiving Deposit and Investment Requirements, and (III) Allowing Intercompany Transactions and Affording Administrative Expense Priority to Post-Petition Intercompany Claims* [ECF No. 18] (the "**Cash Management Motion**"), the Debtors engage in a range of intercompany transactions in the ordinary course of business. The Bankruptcy Court granted the Cash Management Motion on an interim basis and authorized the Debtors authority to continue engaging in intercompany transactions in the ordinary course of business subject to certain limitations. *See* ECF Nos. 36 and 221. Spirit Finance Cayman 1 Ltd., Spirit Finance Cayman 2 Ltd., Spirit IP Cayman Ltd. and Spirit Loyalty Cayman Ltd. do not maintain separate financial statements from Debtor Spirit Aviation Holdings, Inc. and are not required to assign a value to intercompany receivables and payables pursuant to GAAP or the provisions of applicable securities laws.  Accordingly, these amounts are not reported on Schedule A/B and Schedule E/F.

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise or an admission as to the validity of such receivables and payables. For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including with respect to the characterization of intercompany claims, loans, and notes. Without limiting the generality of the foregoing, certain intercompany receivables and payables among and between the Debtors have been consolidated and netted in the Debtors' books and records. Such treatment is not, and should not be construed as, an admission or conclusion of the Debtors regarding the allowance, classification, characterization, amount, validity, or priority of any such intercompany receivables and payables or the validity of any netting or offsets per the Debtors' books and records. The Debtors take no position in the Schedules and Statements as to whether any such amounts would be allowed as a claim or an interest, or not all allowed at all. The listing of these amounts is not necessarily indicative of the ultimate recovery, if any, on any intercompany asset account or the impairment or claim status of any intercompany liability account. The Debtors reserve all rights to later change the amounts, characterization, classification, categorization, or designation of intercompany accounts reported in the Schedules and Statements.

In addition, certain of the Debtors act on behalf of other Debtors. Reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation. Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity is an obligor with respect to any such payment. The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

27.     **Guarantees, Indemnifications, and Other Secondary Liability Claims**. The Debtors used reasonable efforts to locate and identify guarantees, indemnifications, and other secondary liability claims (collectively, "**Guarantees**") in their executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Where such Guarantees have been identified, they have been included in the relevant Schedule G and Schedule H for the Debtor or Debtors affected by such Guarantees. However, certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted.

28.     **Claims of Third-Party Related Entities**. While the Debtors used reasonable efforts to properly classify each claim listed in the Schedules as being either determined or undetermined, disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors were unable to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations thereto. Therefore, to the extent that a Debtor classified its estimate of claims of a creditor as disputed, all claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered disputed, whether or not they are designated as such.

29.     **Excluded Assets and Liabilities**. The Debtors excluded certain categories of assets, including certain accounting functions such as right of use assets, capitalized items, and accumulated amortization of select accounts, and certain accrued liabilities. The Debtors also have

excluded rejection damages claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage claims exist.  In addition, and as set forth herein, the Debtors may have excluded amounts for which they have been granted authority to pay pursuant to a First Day Order or other order of the Bankruptcy Court.  Also, certain immaterial assets and liabilities may have been excluded.

30.     **Liens**.  The inventories, property, and equipment listed in the Schedules and Statements are presented without consideration of any mechanic's, materialmen, or other liens that may attach (or have attached) to such inventories, property, and equipment, and the Debtors reserve all rights with respect to such liens.

31.     **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

32.     **Setoffs**.  The Debtors routinely take and are subject to setoffs and other similar rights during the ordinary course of business, including in connection with intercompany transactions, pricing discrepancies, refunds, and disputes between the Debtors and various third parties.  These setoffs and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such setoffs and other similar rights may have been accounted for when certain amounts were included in the Schedules, they are not independently accounted for and, as such, may be excluded from the Schedules.  In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware.  The Debtors reserve all rights to challenge any setoff and recoupment rights that may be asserted.

### Specific Notes and Disclosures Regarding the Schedules

1.     **Schedule A/B, Part 1 – Cash and Cash Equivalents**.  Details with respect to the Debtors' cash management system and bank accounts are provided in the Cash Management Motion.  The Debtors' cash balances are listed as of August 29, 2025, at bank balances.  Since the Petition Date, the Debtors have opened up accounts for Trust Taxes and Professional Fees, which are not reflected.  Debtors Spirit Loyalty Cayman Ltd. and Spirit IP Cayman Ltd. jointly own certain bank accounts.  Where applicable, the Debtors reflected the applicable cash balances on the Schedules of Debtor Spirit Loyalty Cayman Ltd.

2.     **Schedule A/B, Part 3 – Accounts Receivable, Item 11**.  The Debtors' reported accounts receivable include amounts that may be uncollectible.  Notwithstanding the foregoing, the Debtors used reasonable efforts to deduct doubtful or uncollectible accounts. The Debtors are unable to determine with certainty what amounts will actually be collected.

3.     **Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture**.  Ownership interests in subsidiaries, partnerships, joint ventures, and investments in non-publicly traded securities have been listed in Schedule A/B, Part 4, as undetermined amounts, because the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

10

4. **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles**.  Dollar amounts are presented net of accumulated depreciation and other adjustments.

5. **Schedule A/B, Part 8 – Machinery, Equipment, and Vehicles**.  For those Debtors that own machinery, equipment and vehicles, dollar amounts are presented net of accumulated depreciation and other adjustments.  Due to the volume, the individual fixed asset schedules have not been included in Schedule A/B, Part 8.

6. **Schedule A/B, Part 9 – Real Property**.  For those Debtors that own real property, such owned real estate is reported at book value, net of accumulated depreciation.  Any buildings and land improvements are listed on Schedule A/B, Part 9, independent of whether the real property to which the building or land improvement is connected is Debtor-owned property.  The Debtors may have listed certain assets as real property when such assets are in fact personal property, or the Debtors may have listed certain assets as personal property when such assets are in fact real property.  The Debtors reserve all rights to recategorize and recharacterize such asset holdings.

7. **Schedule A/B, Part 10 – Intangibles and Intellectual Property, Items 59-66**.  The Debtors review goodwill and other intangible assets having indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of these assets might exceed their current fair values.  Given the chapter 11 filing, results from an impairment test were unavailable at the time that the Schedules and Statements were prepared, and therefore several of the Debtors' intangible asset values may be listed as undetermined.  The Debtors have not separately recorded any goodwill assets.  The Debtors report intellectual property assets at net book value based on the Debtors' books and records whenever applicable.  The exclusion of listing similar assets at additional Debtors should not be construed as an admission that other Debtors do not possess similar assets.

8. **Schedule A/B, Part 11 – All Other Assets**.  Dollar amounts are presented net of impairments and other adjustment.

(a) *Item 72 – Tax Refunds and Unused Net Operating Losses (NOLs)*.  The Debtors may receive refunds for sales and use tax at various times throughout their fiscal year.  As of the Petition Date, however, certain of these amounts are unknown to the Debtors and, accordingly, may not be listed on Schedule A/B.  Additionally, the Debtors may be entitled to apply certain net operating losses or other tax attributes.  As of the Petition Date, the value of these tax attributes is unknown to the Debtors and accordingly is described as such on Schedule A/B.

(b) *Item 73 – Interests in Insurance Policies or Annuities*.  A list of the Debtors' insurance policies and related information is available in the *Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to (A) Continue and Renew Their Liability, Property, Casualty, Surety Bond, and Other Corporate Insurance Programs, and Honor All Obligations in Respect Thereof and (B) Enter Into New Premium Financing Agreements and (II) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 11].

11

(c)   *Items 74 and 75 – Causes of action against third parties (whether or not a lawsuit has been filed) and other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtors and rights to set off claims*.  The Debtors attempted to list known causes of action and other claims.  Potential preference actions and fraudulent transfer actions were not listed because the Debtors did not complete an analysis of such potential claims.  The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

(d)   *Item 77 – Other property of any kind not already listed.*  The Debtors listed certain receivables such as excise tax receivables, income tax receivables, interest receivables, maintenance receivables, and other receivables.

(e)   *Executory Contracts and Unexpired Leases*.  The Debtors listed their executory contracts and unexpired leases on Schedule G.  The Debtors reserve all rights with respect to any and all executory contracts and unexpired leases, including whether such agreements are or are not executory contracts and the right to amend Schedule G.

**Schedule D – Creditors Who Have Claims Secured by Property**.  Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on a Debtor's Schedule D.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the nature or structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim.  The claims listed in Schedule D reflect the outstanding principal amount of such claims as of the Petition Date and do not reflect accrued interest or other amounts arising in respect of such claims.

In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors.  No claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are or may be otherwise satisfied or discharged.

Schedule D does not include beneficiaries of letters of credit.  Although the claims of these parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, and not to the beneficiaries thereof.

The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements or documents.

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been listed on Schedule D.  The Debtors did not

include parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights. Certain of the leases of aircraft listed on Schedule G are listed on the Debtors' financial statements as secured capital leases. This designation is solely for accounting purposes, and the Debtors treat these leases as operating leases in the ordinary course of their business. Accordingly, these leases have been listed on Schedule G rather than Schedule D.

Detailed descriptions of the Debtors' prepetition debt structure and descriptions of collateral relating to the debt contained on Schedule D are contained in the *Motion of Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, 507, and 552, (A) Authorizing the Debtors to Obtain Post-Petition Financing; (B) Granting Senior Secured Liens and Superpriority Administrative Expense Claims; (C) Granting Adequate Protection; (D) Modifying the Automatic Stay; (E) Scheduling a Final Hearing on the Motion; and (F) Granting Related Relief; and (II) Third Interim Order (A) Authorizing the Debtors to Utilize Cash in Encumbered Accounts; (B) Granting Adequate Protection; (C) Modifying the Automatic Stay; (D) Scheduling a Final Hearing on the Motion; and (E) Granting Relief* [ECF No. 194] and the *Declaration of Fred Cromer in Support of the Chapter 11 Proceedings and First Day Pleadings* [ECF No. 19] (the "**First Day Declaration**").

9.     **Schedule E/F – Creditors Who Hold Unsecured Claims**. Schedule E/F does not include certain deferred charges, deferred liabilities, accruals (other than those noted herein), or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date. The Debtors used reasonable efforts to include as contingent, unliquidated, or disputed the claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced. Schedule E/F includes certain trade payable claims representing accrued liabilities as of the Petition Date. Such accrued claims are listed at undetermined amounts because the Debtors' record-keeping practices only identify such accounts payable as prepetition or post-petition claims upon ultimate payment of the related invoices (*i.e.*, the accrued amounts are not yet broken down between prepetition vs. post-petition).

(a)     *Part 1 – Creditors with Priority Unsecured Claims*. The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and the priority status of any claim on any basis at any time.

Pursuant to the *Final Order Authorizing (I) the Debtors to Pay Certain Prepetition Taxes, Governmental Assessments, and Fees and (II) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 217] (the "**Final Taxes Order**"), the Bankruptcy Court authorized the Debtors to pay certain tax liabilities that accrued prepetition. Accordingly, any unsecured priority claims based upon prepetition tax accruals that have been paid or may be paid pursuant to the Final Taxes Order or pursuant to any other Bankruptcy Court order are not listed in Schedule E. The Debtors believe that any undisputed tax claims for prepetition amounts, whether allowable as a priority or nonpriority claim have been or will be satisfied.

13

The Debtors have listed all known taxing authorities with potential tax audit claims as "undetermined," "disputed," "contingent," and "unliquidated" for notice purposes in Schedule E/F.

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority status.

Pursuant to the *Final Order Authorizing (I) the Debtors to (A) Honor Prepetition Employee Obligations and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and Former Employees to Proceed With Outstanding Workers' Compensation Claims, and (III) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 220] (the "**Final Wages Order**"), the Bankruptcy Court authorized the Debtors to pay certain prepetition obligations, including obligations related to employee wages and other employee benefits, in the ordinary course of business. Accordingly, no prepetition claims of non-insiders related to employee wages and other employee benefits that have been paid or may be paid pursuant to the Final Wages Order or pursuant to any other Bankruptcy Court order is listed in Schedule E/F Part 1.

(b)     *Part 2 – Creditors with Nonpriority Unsecured Claims.* The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a commercially reasonable effort to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

The Debtors generally allocate individual liabilities to particular Debtors. However, in certain cases, it would be a time-consuming and inefficient use of estate resources, or impracticable, to assign a given liability to a particular Debtor based on a contractual obligation. Instead, the Schedules reflect the liability based on the Debtors' books and records.

Schedule E/F, Part 2 (Statements Part 3, Question 7), contains information regarding threatened or pending litigation involving the Debtors. The amounts for these threatened or pending claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements. The Debtors did not list workers' compensation claims on Schedule E/F.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts or unexpired leases, if any, that may be rejected in these chapter 11 cases.

14

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute.  Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors did not list a specific date or dates for such claim.

As of the time of filing the Schedules and Statements, the Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date.  The Debtors reserve all rights to amend Schedules D and E/F if and as they deem necessary or appropriate.

Liabilities listed on Schedule E/F reflect the Debtors' books and records balance as of the Petition Date.  The Debtors used reasonable efforts to <u>exclude</u> any prepetition amounts paid pursuant to orders entered by the Bankruptcy Court; however, certain of these claims may be listed on Schedule E/F, and the Debtors reserve all rights with respect thereto.  The Debtors expect that certain suppliers may continue to receive payments on account of prepetition amounts through the pendency of the Chapter 11 Cases (subject to Bankruptcy Court approval, if needed).

10.     **Schedule G – Executory Contracts and Unexpired Leases**.  Listing or omitting an agreement, contract, document, or other instrument on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease, that it was in effect on the Petition Date, or that it is valid or enforceable.  The Debtors reserve all rights to dispute the validity, status, or enforceability of any contracts, leases, agreements, or other instruments (whether or not set forth on Schedule G) and to amend or supplement Schedule G as they deem necessary or appropriate.  Certain leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.  The Debtors expressly reserve the right to assert that any instrument listed on Schedule G is or is not an executory contract or an unexpired lease of non-residential real property within the meaning of section 365 of the Bankruptcy Code.  In addition, the Debtors may have entered into certain confidentiality and non-compete agreements or various other types of agreements in the ordinary course of their businesses, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G.  The Debtors reserve all rights with respect to all agreements.

The Debtors reserve all rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization, nature, or structure of any transaction, agreement, contract, document, or other instrument (including any intercompany agreement), or any claims related thereto.

The instruments listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' reasonable efforts to identify such documents.

15

Certain of the aircraft leases listed on Schedule G are listed on the Debtors' financial statements as secured capital leases.  This designation is solely for accounting purposes, and the Debtors treat these leases as operating leases in the ordinary course of their business.

Unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.  In some cases, the same supplier or provider may appear multiple times in Schedule G.  Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.  The Debtors used best efforts to identify all executory contracts and unexpired leases; however, the failure to include any executory contract and/or unexpired lease on Schedule G does not constitute an admission that such executory contract and/or unexpired lease does not exist or is otherwise not an asset of the Debtors' estates.

The Debtors omitted employee form offer letters and non-compete agreements that certain employees must execute in order to be employed by the Debtors from Schedule G. Additionally, the Debtors attempted to exclude all agreements rejected pursuant to an order (or orders) of the Bankruptcy Court prior to the date of filing of these Schedules and Statements. The Debtors used reasonable efforts to include all insurance policies on Schedule G for which they are a beneficiary.

In some cases, contract counterparties from dormant legacy businesses and historical acquisitions may not have been updated to reflect assignment to active Debtor entities although the Debtors have assumed and continue to perform under the terms and conditions of such agreements (as amended, if applicable).  In such cases, the Debtors included such items on Schedule G of the Debtor entity that performs the terms and conditions of such agreements as of the Petition Date.

Certain Debtors are guarantors and parties to guaranty agreements regarding the Debtors' prepetition notes.  The guaranty obligations arising under these agreements are reflected on Schedules D and F only.

11.    **Schedule H – Co-Debtors**.  In the ordinary course of their businesses, certain Debtors may pay certain expenses for and on behalf of their affiliates.  For purposes of Schedule H, the Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable.

The Debtors did not list any litigation-related co-Debtors on Schedule H.  Instead, all such listings can be found on Schedule E/F.

### <u>Specific Notes and Disclosures Regarding the Statements</u>

1.    **Statements, Part 1, Question 2 – Non-Business Revenue**.  Non-business revenue includes items such as capitalized interest, interest income, and gains on the extinguishment of debt, as consistent with the Debtors' financial statements.

16

2. **Statements, Part 2, Question 3 – Certain payments or transfers to creditors within 90 days before filing this case**. Any direct payments made to the Debtors' bankruptcy case professionals and/or insiders within the 90 days prior to the Petition Date are disclosed in response to SOFA 11 and SOFA 30, respectively, and therefore are not listed in response to SOFA 3. Payments made to the Debtors' non-insider employees also are not listed herein. Payments made to employees for compensation are not included; however, transfers made to third-party administrators used to compensate employees were included. Moreover, due to the Debtors' historical reporting practices, the clearing dates for certain transactions may reflect the date the transaction was entered rather than the date the cash cleared the Debtors' account.

The information presented on SOFA 3 reflects payments to vendors in the 90-day period prior to the Petition Date. Payments that are, in aggregate, per vendor, greater than $8,750 are included in the exhibit. This exhibit excludes direct payments to insiders and payments related to the Chapter 11 Proceedings which are disclosed in response to SOFA Questions 4 and 11 respectively.

**Statements, Part 2, Question 4 – Payments or other transfers of property made within 1 year before filing this case that benefited any insider**. The information reported on Question 4 is representative of the total payments made to insiders on behalf of the Debtor entities during the year prior to the Petition Date. For the avoidance of doubt, the information reported on Question 4 may include payments to individuals who may have been insiders at the time of payment but are no longer employed in such capacity by a Debtor. The information reported on Question 4 includes certain payments made to Walkers Fiduciary Limited ("**Walkers Fiduciary**") on account of independent director services provided by Gennie Bigord. Ms. Bigord served as an independent member of the Boards of Directors of the Cayman Debtors and is a Senior Vice President of Walkers Fiduciary. Ms. Bigord was not paid directly by the Debtors.

3. **Statements, Part 2, Question 6 – Setoffs**. For a discussion of setoffs and nettings incurred by the Debtors, refer to paragraph 32 above.

4. **Statements, Part 3, Question 7 – Legal Actions**. Due to the nature of their businesses, the Debtors receive numerous customer complaints and are sometimes subject to actual or threatened small claims litigation. The Debtors have included only those claims that constitute liabilities for accounting purposes– and have excluded customer demands and small claims. The Debtors did not list workers' compensation claims in response to Question 7. The Debtors have disclosed (a) all pending litigation that was sufficiently material for the Debtors to report in connection with their audit disclosures and (b) all administrative actions pending from August 30, 2024, onwards that generated fines (or may generate fines in the future), excluding any immaterial non-U.S. administrative actions.

5. **Statements, Part 5, Question 10 – Paid Amounts.** Paid amounts reflect the actual amounts paid as of the filing date; whereas the dates listed reflects the applicable reporting periods.

6. **Statements, Part 6, Question 11 – Payments Related to Bankruptcy**. Certain disbursements listed in Question 11 reflect payments to professionals made by a certain Debtor entity, but may be subject to applicable allocation amongst the Debtors. The Debtors listed payments made to professionals retained by the Debtors but not payments made to advisors of

17

their post-petition lenders or other parties on account of any applicable fee arrangements. For the avoidance of doubt, the listed payments may include payments that were not made in contemplation of the Chapter 11 Cases. Moreover, the disbursements listed in Question 11 do not reflect any payments made pursuant to court orders approved in the Prior Chapter 11 Cases (as defined in the First Day Declaration).

7.      **Statements, Part 11, Question 20 – Off-Premises Storage**. Due to the nature of the Debtors' businesses, they maintain several off-premises storage sites. Various personnel of the Debtors have access to these storage sites and the individuals with access may change from time to time. Accordingly, the Debtors did not list each such individuals on Statement **20**.

8.      **Statements, Part 11, Question 21 – Property Held for Another**. Due to the nature of the Debtors' businesses, they are in possession of property of other individuals or entities in the form of aircraft and equipment parts. This property is held by the Debtors and moved between locations, including warehouses and repair stations, in a manner such that a report regarding its location at any moment in time would become obsolete immediately, and updating such record would impose an unreasonable administrative burden on the Debtors. Accordingly, the location of such property has been reported as "Various" on the Statements.

9.      **Statements, Part 12, Questions 22-24 – Details about Environmental Information**. The Debtors endeavored to disclose all applicable information in response to Statements, Part 12, Questions 22–24.

10.      **Statements, Part 13, Question 26 – Books, Records, and Financial Statements**. Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, Spirit Aviation Holdings, Inc. has filed with the U.S. Securities and Exchange Commission (the "SEC") reports on Form 8-K, Form 10-Q, and Form 10-K (collectively, the "SEC Filings"). These SEC filings contain consolidated financial information relating to the Debtors. Additionally, consolidated financial information for the Debtors is posted on the company's website at https://ir.spirit.com/overview/default.aspx. Because the SEC filings and the website are of public record, the Debtors do not maintain records of the parties that requested or obtained copies of any of the SEC filings from the SEC or the Debtors.

In addition, in the ordinary course of business, the Debtors provide certain parties, such as financial institutions, investment banks, debtholders, auditors, potential investors, vendors, and financial advisors, financial statements that may not be part of a public filing. The Debtors do not maintain complete lists to track such disclosures. As such, the Debtors have not provided lists of these parties in response to this question.

11. **Statements, Part 13, Question 27 – Inventories**. The Debtors inventory spare parts at their various locations on a regular basis. In an effort to reduce the amount of disclosures that would be otherwise applicable, the Debtors only listed their last inventories of spare parts as of May 31, 2025.

12.      **Statements, Part 13, Question 28 – Current Partners, Officers, Directors, and Shareholders**. With respect to Debtors' ownership of other Debtors, the Debtors listed only entities that are direct owners of other Debtors as of the Petition Date.

13. **Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders**. Please refer to Question 4 regarding all payments to insiders.

**Fill in this information to identify the case:**

Debtor    Spirit Airlines, LLC

United States Bankruptcy Court for the:    Southern District of New York

Case number    25-11896
(if known)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **$278,605,012.68**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **$3,656,260,186.90**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **$3,934,865,199.58**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .    **$1,366,839,655.07**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .    **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . . .    **+**    **$819,411,418.83**

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **$2,186,251,073.89**
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor     Spirit Airlines, LLC

United States Bankruptcy Court for the:     Southern District of New York

Case number     25-11896
(if known)

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1. DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. CASH ON HAND**

| 2.1. | PETTY CASH | $22,537.41 |
|---|---|---|

**3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BANCO  DE AMERICA CENTRAL | OPERATING | 5819 | $8,969.02 |
| 3.2. | CITIBANAMEX | OPERATING | 1051 | $57,982.75 |
| 3.3. | CITIBANAMEX | OPERATING | 8005 | $117,187.62 |
| 3.4. | CITIBANK | OPERATING | 0009 | $43,418.29 |
| 3.5. | CITIBANK | OPERATING | 0012 | $947,720.92 |
| 3.6. | CITIBANK | OPERATING | 0012 | $157,898.50 |
| 3.7. | CITIBANK | OPERATING | 0014 | $408,261.12 |
| 3.8. | CITIBANK | OPERATING | 0039 | $2,959.00 |
| 3.9. | CITIBANK | OPERATING | 1013 | $8,138.27 |
| 3.10. | CITIBANK | OPERATING | 1017 | $6,636.60 |
| 3.11. | CITIBANK | OPERATING | 1021 | $33,788.72 |
| 3.12. | CITIBANK | OPERATING | 1106 | $48,887.70 |
| 3.13. | CITIBANK | OPERATING | 2012 | $3,128.48 |
| 3.14. | CITIBANK | OPERATING | 3002 | $379,295.00 |
| 3.15. | CITIBANK | OPERATING | 3-018 | $385,160.45 |
| 3.16. | CITIBANK | OPERATING | 3029 | $201,095.04 |
| 3.17. | CITIBANK | OPERATING | 4-008 | $642.24 |

| | All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|---|

**3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.18. | CITIBANK | OPERATING | 4054 | $238,021.16 |
| 3.19. | CITIBANK | OPERATING | 4062 | $8,575.95 |
| 3.20. | CITIBANK | OPERATING | 4821 | $1,939,358.99 |
| 3.21. | CITIBANK | OPERATING | 9006 | $307,195.56 |
| 3.22. | DEUTSCHE BANK | RESTRICTED | 6090 | $42,996,031.13 |
| 3.23. | FICOHSA | OPERATING | 0545 | $35,951.43 |
| 3.24. | FICOHSA | OPERATING | 0571 | $50,151.75 |
| 3.25. | ITAU BANK | OPERATING | 1565 | $49,733.00 |
| 3.26. | ITAU BANK | OPERATING | 235-6 | $153,572.75 |
| 3.27. | JPMORGAN ASSET MANAGEMENT | INVESTMENT | 7915 | $0.00 |
| 3.28. | JPMORGAN ASSET MANAGEMENT | INVESTMENT | 8673 | $0.00 |
| 3.29. | JPMORGAN CHASE | INVESTMENT | 6877 | $80,555,630.92 |
| 3.30. | JPMORGAN CHASE | OPERATING | 1857 | $37,753,772.85 |
| 3.31. | JPMORGAN CHASE | OPERATING | 2273 | $2,795,769.39 |
| 3.32. | JPMORGAN CHASE | OPERATING | 2273 | $0.00 |
| 3.33. | JPMORGAN CHASE | OPERATING | 9621 | $275,026,334.00 |
| 3.34. | JPMORGAN CHASE | OPERATING | 9670 | $0.00 |
| 3.35. | JPMORGAN CHASE | ZBA | 6381 | $0.00 |
| 3.36. | JPMORGAN CHASE | ZBA | 6639 | $0.00 |
| 3.37. | JPMORGAN CHASE | ZBA | 7215 | $0.00 |
| 3.38. | SCOTIABANK BANK | OPERATING | 3871 | $7,689.70 |
| 3.39. | SCOTIABANK BANK | OPERATING | 5155 | $1,067.36 |
| 3.40. | SOGEBANK | OPERATING | 1658 | $166,884.35 |
| 3.41. | SOGEBANK | OPERATING | 7136 | $16,757.99 |
| 3.42. | TREASURY PARTNERS | INVESTMENT | 8341 | $1,001.57 |
| 3.43. | TREASURY PARTNERS | INVESTMENT | 8341 | $1,001.56 |
| 3.44. | TREASURY PARTNERS | INVESTMENT | 8341 | $1,001.56 |
| 3.45. | TREASURY PARTNERS | INVESTMENT | 8341 | $1,001.54 |
| 3.46. | TREASURY PARTNERS | INVESTMENT | 8341 | $1,001.54 |
| 3.47. | USBANK | ELAVON / INVESTMENT | 8796 | $150,000,000.00 |
| 3.48. | USBANK | ELAVON / RESTRICTED | 8797 | $100,000,000.00 |
| 3.49. | USBANK | ELAVON / RESTRICTED | 8797 | $6,000,000.00 |
| 3.50. | WELLS FARGO | INVESTMENT | 0356 | $753,652.08 |
| 3.51. | WELLS FARGO | RESTRICTED | 6216 | $4,479,178.87 |
| 3.52. | WILMINGTON TRUST | OPERATING | 6277 | $104,404.96 |
| 3.53. | WILMINGTON TRUST | ZBA | 6280 | $0.00 |
| 3.54. | WILMINGTON TRUST | ZBA | 6293 | $0.00 |

**4. OTHER CASH EQUIVALENTS**

NONE

| 5 | **Total of Part 1.** ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $706,278,449.09 |
|---|---|---|

| **Part 2:** | **DEPOSITS AND PREPAYMENTS** |
|---|---|

**6.   DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

|  | | **Current value of debtor's interest** |
|---|---|---|
| **7.** | **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** | |
|  | DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT | |
| 7.1. | DEPOSITS - NON-AIRCRAFT | $141,488,779.55 |
| 7.2. | PRE-DELIVERY DEPOSITS | $18,060,548.59 |
| 7.3. | SECURITY DEPOSITS ON LEASED AIRCRAFTS | $30,628,422.00 |
| **8.** | **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
|  | DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.1. | PREPAID EXPENSES | $17,981,192.48 |
| 8.2. | PREPAID FEDERAL TAX | $1.24 |
| 8.3. | PREPAID FUEL | $30,894,658.00 |
| 8.4. | PREPAID GUEST REIMBURSEMENT | $346,844.39 |
| 8.5. | PREPAID INSURANCE | $14,574,863.10 |
| 8.6. | PREPAID IT EXPENSES | $17,311,715.30 |
| 8.7. | PREPAID RENT | $26,380,850.24 |

| 9 | **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $297,667,874.89 |
|---|---|---|

| **Part 3:** | **ACCOUNTS RECEIVABLE** |
|---|---|

**10.   DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

|  | | **Current value of debtor's interest** |
|---|---|---|
| **11.** | **ACCOUNTS RECEIVABLE** | |
|  | FACE AMOUNT - 90 DAYS OR LESS    $53,064,594.37 (face amount) - -$2,549,285.07 (doubtful or uncollectable accounts) = → | $50,515,309.30 |

| 12 | **Total of Part 3.** CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $50,515,309.30 |
|---|---|---|

| **Part 4:** | **INVESTMENTS** |
|---|---|

**13.   DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

|  | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.  MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** | | |
| NAME OF FUND OR STOCK: | | |
| **NONE** | | |
| **15.  NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** | | |

| Name of entity | % of ownership | | |
|---|---|---|---|
| 15.1.  SPIRIT FINANCE CAYMAN 1 LTD. | 100.00% | N/A | UNDETERMINED |

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **16.  GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1** | | |
| DESCRIBE: | | |
| 16.1.  INVESTMENTS AVAILABLE-FOR-SALE | NET BOOK VALUE | $0.00 |
| 16.2.  RESTRICTED INVESTMENTS | NET BOOK VALUE | $181,247.28 |
| **17  Total of Part 4.**  ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | | $181,247.28 |

| **Part 5:** | **INVENTORY, EXCLUDING AGRICULTURE ASSETS** |
|---|---|

**18.  DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.
☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  RAW MATERIALS** | | | | |
| **NONE** | | | | |
| **20.  WORK IN PROGRESS** | | | | |
| **NONE** | | | | |
| **21.  FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| 21.1.  FINISHED GOODS | | $32,816,448.05 | NET BOOK VALUE | $32,816,448.05 |
| **22.  OTHER INVENTORY OR SUPPLIES** | | | | |
| 22.1.  CONSUMABLE / EXPENDABLE INVENTORY | | $74,118,585.76 | NET BOOK VALUE | $74,118,585.76 |
| **23  Total of Part 5.**  ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | | | | $106,935,033.81 |

| | |
|---|---|
| **24.  Is any of the property listed in Part 5 perishable?**  ☒ No  ☐ Yes | |
| **25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**  ☐ No  ☒ Yes   Book value  Undetermined   Valuation method  Net Book Value   Current value  Undetermined | |
| **26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**  ☐ No  ☒ Yes | |

Debtor     25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
    Spirit Airlines, LLC        Pg 25 of 868     Case number (if known)    25-11896

(Name)

| Part 6: | FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND) |
|---|---|

**27. DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29. FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30. FARM MACHINERY AND EQUIPMENT (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |
| **33 Total of Part 6.** ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | | | NOT APPLICABLE |

**34. Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
     ☐ No
     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 7: | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |
|---|---|

**38. DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**

☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. OFFICE FURNITURE** | | | |
| 39.1.    OFFICE FURNITURE & FIXTURES | $13,885,075.33 | NET BOOK VALUE | $13,885,075.33 |
| **40. OFFICE FIXTURES** | | | |
| NONE | | | |
| **41. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1.    COMPUTER EQUIPMENT & SOFTWARE | $67,809,990.79 | NET BOOK VALUE | $67,809,990.79 |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 42. | **COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
| | **NONE** | | | |

| 43 | **Total of Part 7.** ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | | | $81,695,066.12 |
|---|---|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
|---|---|

**46. DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| | 47.1.   VEHICLES | $2,698,131.55 | NET BOOK VALUE | $2,698,131.55 |
| 48. | **WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| | **NONE** | | | |
| 49. | **AIRCRAFT AND ACCESSORIES** | | | |
| | 49.1.   AIRCRAFT | $1,367,098,954.66 | NET BOOK VALUE | $1,367,098,954.66 |
| | 49.2.   SPARE ENGINES | $564,991,709.41 | NET BOOK VALUE | $564,991,709.41 |
| | 49.3.   SPARE PARTS | $200,145,015.75 | NET BOOK VALUE | $200,145,015.75 |
| 50. | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| | 50.1.   AIRPORT EQUIPMENT | $13,464,754.89 | NET BOOK VALUE | $13,464,754.89 |
| | 50.2.   EQUIPMENT - WORK IN PROGRESS | $20,084,242.99 | NET BOOK VALUE | $20,084,242.99 |
| | 50.3.   MAINTENANCE EQUIPMENT | $367,925.02 | NET BOOK VALUE | $367,925.02 |
| | 50.4.   TRAINING EQUIPMENT | $10,220,166.75 | NET BOOK VALUE | $10,220,166.75 |

| 51 | **Total of Part 8.** ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | | | $2,179,070,901.02 |
|---|---|---|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☒ Yes

| Part 9: | REAL PROPERTY |
|---|---|

**54.  DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55.  ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   BUILDINGS | | $228,225,351.14 | NET BOOK VALUE | $228,225,351.14 |
| 55.2.   LAND | | $33,193,233.55 | NET BOOK VALUE | $33,193,233.55 |
| 55.3.   LEASEHOLD IMPROVEMENTS | | $17,186,427.99 | NET BOOK VALUE | $17,186,427.99 |
| 55.4.   LEASED PROPERTY: 1 AIRPORT DR OAKLAND, CA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.5.   LEASED PROPERTY: 1 HARBORSIDE DR BOSTON, MA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.6.   LEASED PROPERTY: 1 JEFF FUQUA BLVD ORLANDO, FL | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.7.   LEASED PROPERTY: 1 KANSAS CITY BLVD KANSAS CITY, MO | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.8.   LEASED PROPERTY: 1 RICHARD E BYRD TERMINAL DR RICHMOND, VA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.9.   LEASED PROPERTY: 1 TERMINAL DR KENNER, LA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.10.  LEASED PROPERTY: 1 TERMINAL DR NASHVILLE, TN | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.11.  LEASED PROPERTY: RUTA 66 SALIDA DEL AEROPUERTO LAS AMERICAS SANTO DOMINGO, DOMINICAN REPUBLIC | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.12.  LEASED PROPERTY: 1 WORLD WAY LOS ANGELES, CA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.13.  LEASED PROPERTY: 100 TERMINAL DR FORT LAUDERDALE, FL | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.14.  LEASED PROPERTY: 1000 AIRPORT BLVD PITTSBURGH, PA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.15.  LEASED PROPERTY: 1000 JAMES L TURNAGE BLVD WEST PALM BEACH, FL | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.16.  LEASED PROPERTY: 10000 W BALMORAL AVE CHICAGO, IL | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.17.  LEASED PROPERTY: 101 ATLANTIC CITY INTERNATIONAL AIRPORT ATLANTIC CITY, NJ | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.18.  LEASED PROPERTY: 10701 LAMBERT INTERNATIONAL BLVD ST. LOUIS, MO | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.19.  LEASED PROPERTY: 11 CARRETERA NORTE MANAGUA, NICARAGUA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.20.  LEASED PROPERTY: 1100 JETPORT RD MYRTLE BEACH, SC | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |

**55.    ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.21.    LEASED PROPERTY: 11000 TERMINAL ACCESS RD FORT MYERS, FL | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.22.    LEASED PROPERTY: 11050 ROGELL DRIVE #602 DETROIT, MI | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.23.    LEASED PROPERTY: 1200 BROOKS AVE ROCHESTER, NY | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.24.    LEASED PROPERTY: 148 AVIATION LN # 103 LATROBE, PA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.25.    LEASED PROPERTY: 148 AVIATION LN # 103 LIMA, PERU | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.26.    LEASED PROPERTY: 16875 AND 16825 JOHN F. KENNEDY BOULEVARD HOUSTON, TX | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.27.    LEASED PROPERTY: 1700 MERIDIAN DRIVE DANIA BEACH, FL | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.28.    LEASED PROPERTY: 1701 AIRPORT BLVD STE B-1130 SAN JOSE, CA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.29.    LEASED PROPERTY: 17801 INTERNATIONAL BLVD SEATTLE, WA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.30.    LEASED PROPERTY: 1786 NW 82 AVENUE DORAL, FL | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.31.    LEASED PROPERTY: 18601 AIRPORT WAY ORANGE COUNTRY, CA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.32.    LEASED PROPERTY: 2001 E PLUMB LN RENO, NV | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.33.    LEASED PROPERTY: 2100 NW 42ND AVE MIAMI, FL | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.34.    LEASED PROPERTY: 2200 NORVIEW AVE NORFOLK, VA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.35.    LEASED PROPERTY: 2200 SUNPORT BLVD ALBUQUERQUE, NM | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.36.    LEASED PROPERTY: 2400 AVIATION DR DALLAS, TX | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.37.    LEASED PROPERTY: 2400 JOHN BRANTLEY BLVD MORRISVILLE, NC | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.38.    LEASED PROPERTY: 2413 NORTH SUPPORT ROAD SUITES 300, 800, 850, 2413 DALLAS, TX | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.39.    LEASED PROPERTY: 2430 AIRPORT BLVD PENSACOLA, FL | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.40.    LEASED PROPERTY: 2491 WINCHESTER RD MEMPHIS, TN | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.41.    LEASED PROPERTY: 2627 N HOLLYWOOD WAY BURBANK, CA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.42.    LEASED PROPERTY: 2800 N TERMINAL RD HOUSTON, TX | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |

**55.**    **ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.43.   LEASED PROPERTY: 3 BREWSTER RD NEWARK, NJ | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.44.   LEASED PROPERTY: 3201 W AIRPORT WAY #1000 BOISE, ID | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.45.   LEASED PROPERTY: 3225 N HARBOR DR SAN DIEGO, CA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.46.   LEASED PROPERTY: 32999 WEST SERVICE DRIVE BUILDING 719 DETROIT, MI | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.47.   LEASED PROPERTY: 3400 NORTH INNER LOOP RD HAPEVILLE, GA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.48.   LEASED PROPERTY: 3400 SKY HBR BLVD PHOENIX, AZ | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.49.   LEASED PROPERTY: 3600 PRESIDENTIAL BLVD AUSTIN, TX | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.50.   LEASED PROPERTY: 3745 N. 25TH AVE SCHILLER PARK, IL | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.51.   LEASED PROPERTY: 3920 W TERMINAL DR SALT LAKE CITY, UT | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.52.   LEASED PROPERTY: 400 N. STEPHANIE ST., SUITE 200 HENDERSON, NV | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.53.   LEASED PROPERTY: 4100 GEORGE J BEAN PKWY TAMPA, FL | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.54.   LEASED PROPERTY: 4300 GLUMACK DR ST. PAUL, MN | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.55.   LEASED PROPERTY: 4600 INTERNATIONAL GATEWAY COLUMBUS, OH | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.56.   LEASED PROPERTY: 5300 RIVERSIDE DR CLEVELAND, OH | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.57.   LEASED PROPERTY: 5300 S HOWELL AVE MILWAUKEE, WI | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.58.   LEASED PROPERTY: 5475 S. DECATUR BLVD., SUITES 130-134 LAS VEGAS, NV | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.59.   LEASED PROPERTY: 5500 INTERNATIONAL BLVD NORTH CHARLESTON, SC | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.60.   LEASED PROPERTY: 5501 JOSH BIRMINGHAM PKWY CHARLOTTE, NC | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.61.   LEASED PROPERTY: 575 AVENIDA JOSE SANTANA CAROLINA SAN JUAN, PR | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.62.   LEASED PROPERTY: 5757 WAYNE NEWTON BLVD LAS VEGAS, NV | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.63.   LEASED PROPERTY: 5900 MESSER AIRPORT HWY BIRMINGHAM, AL | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |

**55.**   **ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.64.   LEASED PROPERTY: 600 TERMINAL DRIVE LOUISVILLE, KY | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.65.   LEASED PROPERTY: 6000 N TERMINAL PKWY SUITE 4000 ATLANTA, GA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.66.   LEASED PROPERTY: 610 & 650 S.W. 34TH STREET FORT LAUDERDALE, FL | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.67.   LEASED PROPERTY: 610 SW 34TH STREET SUITES 7 AND 107 FORT LAUDERDALE, FL | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.68.   LEASED PROPERTY: 650 SW 34TH STREET SUITES 101 AND 201 FORT LAUDERDALE, FL | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.69.   LEASED PROPERTY: 6900 AIRPORT BLVD SACRAMENTO, CA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.70.   LEASED PROPERTY: 7000 NE AIRPORT WAY PORTLAND, OR | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.71.   LEASED PROPERTY: 7050 FRIENDSHIP RD BALTIMORE, MD | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.72.   LEASED PROPERTY: 7800 COL. H. WEIR COOK MEMORIAL DR INDIANAPOLIS, IN | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.73.   LEASED PROPERTY: 8500 ESSINGTON AVE PHILADELPHIA, PA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.74.   LEASED PROPERTY: 883 AIRPORT PARK RD, SUITE C GLEN BURNIE, MD | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.75.   LEASED PROPERTY: 9 AVENIDA 14-75 GUATEMALA CITY, GUATEMALA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.76.   LEASED PROPERTY: 9400 DITMAS BLVD EAST ELMHURST, NY | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.77.   LEASED PROPERTY: 9800 AIRPORT BLVD SAN ANTONIO, TX | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.78.   LEASED PROPERTY: 99RM+M88 COMAYAGUA, HONDURAS | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.79.   LEASED PROPERTY: AIRPORT ROAD #40 ST. MAARTEN, U.S. VIRGIN ISLANDS | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.80.   LEASED PROPERTY: ALFONSO BONILLA ARAGON INTERNATIONAL AIRPORT CALI, COLOMBIA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.81.   LEASED PROPERTY: ATLANTIC CITY INTERNATIONAL AIRPORT, BUILDING 269 EGG HARBOR TOWNSHIP, NJ | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.82.   LEASED PROPERTY: AV. DE LAS AMÉRICAS GUAYAQUIL, ECUADOR | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |

**55.** **ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.83. LEASED PROPERTY: AV. EL DORADO #103-09 BOGOTA, COLOMBIA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.84. LEASED PROPERTY: BLDG. 438, 10084 LOW FARE LANE ORLANDO, FL | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.85. LEASED PROPERTY: BLDG. 761, 8813, 8817, 8819 BEAR ROAD ORLANDO, FL | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.86. LEASED PROPERTY: CALLE 30, KM 7 AEROPUERTO ERNESTO CORTISSOZ SOLEDAD, COLOMBIA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.87. LEASED PROPERTY: CARRETERA CANCUN-CHETUMAL KM 22 CANCUN, MEXICO | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.88. LEASED PROPERTY: CARRETERA COMALAPA KM. 42 SAN SALVADOR, EL SALVADOR | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.89. LEASED PROPERTY: CIBAO INTERNATIONAL AIRPORT SANTIAGO, DOMINICAN REPUBLIC | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.90. LEASED PROPERTY: CL. 23 #22-08 ARMENIA, COLOMBIA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.91. LEASED PROPERTY: CRESPO CALLE 70 CARTAGENA, COLOMBIA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.92. LEASED PROPERTY: JOSE MARIA CORDOBA AIRPORT RIONEGRO, COLOMBIA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.93. LEASED PROPERTY: M6X3+M56 ST. CROIX, U.S. VIRGIN ISLANDS | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.94. LEASED PROPERTY: MARNELL CARGO CENTER, SUITE 112, 6055 SURREY ST LAS VEGAS, NV | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.95. LEASED PROPERTY: NO. 70 LINDBERGH BAY ST. THOMAS, U.S. VIRGIN ISLANDS | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.96. LEASED PROPERTY: ONE AIRPORT ROAD, SUITE 300 MANCHESTER, NH | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.97. LEASED PROPERTY: P.O. BOX 025504 MIAMI, FL | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.98. LEASED PROPERTY: P.O. BOX 362829 SAN JUAN, PR | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.99. LEASED PROPERTY: PUNTA CANA INTERNATIONAL AIRPORT PUNTA CANA, DOMINICAN REPUBLIC | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.100. LEASED PROPERTY: RAMON VILLEDA MORALES INTERNATIONAL AIRPORT SAN PEDRO SULA, HONDURAS | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |

**55.    ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.101.    LEASED PROPERTY: RUTA NACIONAL 1 ARAJUELA, COSTA RICA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.102.    LEASED PROPERTY: SABANA BERDE 75 ORANJESTAD, ARUBA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.103.    LEASED PROPERTY: SANGSTER INTERNATIONAL AIRPORT MONTEGO BAY, JAMAICA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.104.    LEASED PROPERTY: SCHOEPHOESTER RD WINDSOR LOCKS, CT | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.105.    LEASED PROPERTY: W6PC+FC PORT ROYAL, JAMAICA | LEASED PROPERTY | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.106.    OWNED BUILDING: 1701 RADIANT DRIVE DANIA BEACH, FL | OWNED BUILDING | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.107.    OWNED BUILDING: 1721 RADIANT DRIVE DANIA BEACH, FL | OWNED BUILDING | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.108.    OWNED BUILDING: 1731 RADIANT DRIVE DANIA BEACH, FL | OWNED BUILDING | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.109.    OWNED BUILDING: 1741 RADIANT DRIVE DANIA BEACH, FL | OWNED BUILDING | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |

**56    Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.

$278,605,012.68

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☒ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☒ Yes

| Part 10: | INTANGIBLES AND INTELLECTUAL PROPERTY |
|---|---|

**59.    DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.    PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.1.    TRADEMARK: "S" | UNDETERMINED | N/A | UNDETERMINED |
| 60.2.    TRADEMARK: BARE FARE | UNDETERMINED | N/A | UNDETERMINED |
| 60.3.    TRADEMARK: BIG FRONT SEAT | UNDETERMINED | N/A | UNDETERMINED |
| 60.4.    TRADEMARK: COMFY SEAT | UNDETERMINED | N/A | UNDETERMINED |
| 60.5.    TRADEMARK: FIT FLEET | UNDETERMINED | N/A | UNDETERMINED |
| 60.6.    TRADEMARK: GO | UNDETERMINED | N/A | UNDETERMINED |
| 60.7.    TRADEMARK: GO BIG | UNDETERMINED | N/A | UNDETERMINED |
| 60.8.    TRADEMARK: GO COMFY | UNDETERMINED | N/A | UNDETERMINED |
| 60.9.    TRADEMARK: GO SAVVY | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | |
| 60.10.    TRADEMARK: INVEST IN THE GUEST | UNDETERMINED | N/A | UNDETERMINED |
| 60.11.    TRADEMARK: LESS MONEY, MORE GO. | UNDETERMINED | N/A | UNDETERMINED |
| 60.12.    TRADEMARK: MORE FLY | UNDETERMINED | N/A | UNDETERMINED |
| 60.13.    TRADEMARK: NAME YOUR OWN COMMISSION | UNDETERMINED | N/A | UNDETERMINED |
| 60.14.    TRADEMARK: NYOC | UNDETERMINED | N/A | UNDETERMINED |
| 60.15.    TRADEMARK: S LOGO | UNDETERMINED | N/A | UNDETERMINED |
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | |
| NONE | | | |
| **62.** | **LICENSES, FRANCHISES, AND ROYALTIES** | | |
| NONE | | | |
| **63.** | **CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | |
| 63.1.    CUSTOMER LISTS | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| **64.** | **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | |
| 64.1.    INTANGIBLES | $83,482,143.00 | NET BOOK VALUE | $83,482,143.00 |
| **65.** | **GOODWILL** | | |
| NONE | | | |

| | | |
|---|---|---|
| **66** | **Total of Part 10.** ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | $83,482,143.00 |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☒ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☒ Yes

| Part 11: | ALL OTHER ASSETS |
|---|---|

**70.** **DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.
☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.** **NOTES RECEIVABLE**
DESCRIPTION (INCLUDE NAME OF OBLIGOR)
NONE

**72.** **TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**
DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

| | | | |
|---|---|---|---|
| 72.1.    FEDERAL INCOME TAX OVERPAYMENT / REFUND | Tax year | VARIOUS | UNDETERMINED |
| 72.2.    FEDERAL INCOME TAX OVERPAYMENT / REFUND | Tax year | VARIOUS | UNDETERMINED |

|  |  | Current value of debtor's interest |
|---|---|---|
| **73.** | **INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| 73.1. | ACE AMERICAN INSURANCE COMPANY - WORKERS' COMPENSATION - POLICY NO. WLR C72630300 | UNDETERMINED |
| 73.2. | ACE FIRE UNDERWRITERS INSURANCE COMPANY - WORKERS' COMPENSATION - POLICY NO. SCF C72630385 | UNDETERMINED |
| 73.3. | AIG - AMERICAN HOME ASSURANCE CO. - ALL RISK PROPERTY AND BUSINESS INTERRUPTION - POLICY NO. 025032576 | UNDETERMINED |
| 73.4. | AIG - DIRECTORS & OFFICERS LIABILITY RUN-OFF - POLICY NO. NOT CURRENTLY AVAILABLE | UNDETERMINED |
| 73.5. | AIG - NATIONAL UNION FIRE INSURANCE - HULL, LIABILITY, AND WAR - POLICY NO. HL 013468408-09 | UNDETERMINED |
| 73.6. | AIG - WORLDSOURCE - INTERNATIONAL (FOREIGN) PACKAGE PROGRAM - POLICY NO. WS11011076 | UNDETERMINED |
| 73.7. | AIG SPECIALTY INS CO. (PRIMARY) - CYBER & MEDIA/ADVERTISING LIABILITY - POLICY NO. B0713MEDTE2504234 | UNDETERMINED |
| 73.8. | ALLIANZ GLOBAL RISKS US INSURANCE COMPANY - HULL, LIABILITY, AND WAR - POLICY NO. A1AL000139325AM | UNDETERMINED |
| 73.9. | ALLIED WORLD INSURANCE COMPANY - DIRECTORS & OFFICERS LIABILITY - POLICY NO. 0314-6148 | UNDETERMINED |
| 73.10. | AMBRIDGE PARTNERS LLC - DIRECTORS & OFFICERS LIABILITY - POLICY NO. AMB06014 | UNDETERMINED |
| 73.11. | ANV - DIRECTORS & OFFICERS LIABILITY RUN-OFF - POLICY NO. NOT CURRENTLY AVAILABLE | UNDETERMINED |
| 73.12. | APPLIED UNDERWRITERS, INC.  - HULL, LIABILITY, AND WAR - POLICY NO. AVQFHNFL011500_130215_05 | UNDETERMINED |
| 73.13. | ARCH SPECIALTY INSURANCE CO. - CYBER & MEDIA/ADVERTISING LIABILITY - POLICY NO. NPL006642505 | UNDETERMINED |
| 73.14. | ARCH SPECIALTY INSURANCE CO. - CYBER & MEDIA/ADVERTISING LIABILITY - POLICY NO. NPL006791303 | UNDETERMINED |
| 73.15. | ASCOT - DIRECTORS & OFFICERS LIABILITY RUN-OFF - POLICY NO. NOT CURRENTLY AVAILABLE | UNDETERMINED |
| 73.16. | ASCOT INSURANCE COMPANY - DIRECTORS & OFFICERS LIABILITY - POLICY NO. MLXS2510001858-01 | UNDETERMINED |
| 73.17. | ASPEN SPECIALTY INSURANCE CO.  - CYBER & MEDIA/ADVERTISING LIABILITY - POLICY NO. TPAF7FN25A0F | UNDETERMINED |
| 73.18. | ATLANTIC SPECIALTY INSURANCE COMPANY - DIRECTORS & OFFICERS LIABILITY - POLICY NO. MMX-000250-0325 | UNDETERMINED |
| 73.19. | AWAC - DIRECTORS & OFFICERS LIABILITY RUN-OFF - POLICY NO. NOT CURRENTLY AVAILABLE | UNDETERMINED |
| 73.20. | AXA CORPORATE SOLUTIONS ASSURANCE - HULL, LIABILITY, AND WAR - POLICY NO. UA00011459AV25A | UNDETERMINED |
| 73.21. | AXA XL - DIRECTORS & OFFICERS LIABILITY RUN-OFF - POLICY NO. NOT CURRENTLY AVAILABLE | UNDETERMINED |
| 73.22. | AXA XL - DIRECTORS & OFFICERS LIABILITY RUN-OFF - POLICY NO. NOT CURRENTLY AVAILABLE | UNDETERMINED |
| 73.23. | AXA XL (PRIMARY) - NATIONWIDE - COMMERCIAL CRIME - POLICY NO. ELU201214-24 | UNDETERMINED |
| 73.24. | AXA XL (XL SPECIALTY INSURANCE COMPANY) - DIRECTORS & OFFICERS LIABILITY - POLICY NO. ELU202553-25 | UNDETERMINED |
| 73.25. | AXA XL (XL SPECIALTY INSURANCE COMPANY) - DIRECTORS & OFFICERS LIABILITY - POLICY NO. ELU202554-25 | UNDETERMINED |
| 73.26. | AXIS UK - CYBER & MEDIA/ADVERTISING LIABILITY - POLICY NO. MEDTE2504235 | UNDETERMINED |
| 73.27. | AXIS UK - CYBER & MEDIA/ADVERTISING LIABILITY - POLICY NO. P-001-000333279-06 | UNDETERMINED |
| 73.28. | BEAZLEY - CYBER & MEDIA/ADVERTISING LIABILITY - POLICY NO. W3211D240301 | UNDETERMINED |
| 73.29. | BERKLEY INSURANCE COMPANY - DIRECTORS & OFFICERS LIABILITY - POLICY NO. BPRO8126088 | UNDETERMINED |
| 73.30. | BERKLEYPRO - DIRECTORS & OFFICERS LIABILITY RUN-OFF - POLICY NO. NOT CURRENTLY AVAILABLE | UNDETERMINED |
| 73.31. | BERKSHIRE HATHAWAY - DIRECTORS & OFFICERS LIABILITY - POLICY NO. 47-EPC-340025-01 | UNDETERMINED |
| 73.32. | BERKSHIRE HATHAWAY - DIRECTORS & OFFICERS LIABILITY RUN-OFF - POLICY NO. NOT CURRENTLY AVAILABLE | UNDETERMINED |
| 73.33. | BOWHEAD (HOMESITE ASSURANCE COMPANY) - CYBER & MEDIA/ADVERTISING LIABILITY - POLICY NO. YXS04991800 | UNDETERMINED |
| 73.34. | CHUBB (2X) - FIDUCIARY LIABILITY - POLICY NO. POLICY NO/:  DOX G71214424 003 | UNDETERMINED |

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
                                    Pg 35 of 868

|  | Current value of debtor's interest |
|---|---|
| **73. INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| 73.35.  CNA (1X) - EMPLOYMENT PRACTICES LIABILITY - POLICY NO. POLICY NO/:  652528416 | UNDETERMINED |
| 73.36.  CONVEX - DIRECTORS & OFFICERS LIABILITY RUN-OFF - POLICY NO. NOT CURRENTLY AVAILABLE | UNDETERMINED |
| 73.37.  CONVEX - DIRECTORS & OFFICERS LIABILITY RUN-OFF - POLICY NO. NOT CURRENTLY AVAILABLE | UNDETERMINED |
| 73.38.  CONVEX - HULL, LIABILITY, AND WAR - POLICY NO. F230X25A000 / AF230X25B000 | UNDETERMINED |
| 73.39.  CONVEX INSURANCE UK LIMITED - DIRECTORS & OFFICERS LIABILITY - POLICY NO. XDO000105-0325 | UNDETERMINED |
| 73.40.  CONVEX INSURANCE UK LIMITED (QBE) - DIRECTORS & OFFICERS LIABILITY - POLICY NO. XDO000104-0325 | UNDETERMINED |
| 73.41.  CORE - DIRECTORS & OFFICERS LIABILITY RUN-OFF - POLICY NO. NOT CURRENTLY AVAILABLE | UNDETERMINED |
| 73.42.  CRUM AND FORSTER SPECIALTY INSURANCE CO. - CYBER & MEDIA/ADVERTISING LIABILITY - POLICY NO. CYB-111190 | UNDETERMINED |
| 73.43.  FALCON RISK - DIRECTORS & OFFICERS LIABILITY RUN-OFF - POLICY NO. NOT CURRENTLY AVAILABLE | UNDETERMINED |
| 73.44.  FREEDOM SPECIALTY INSURANCE COMPANY - DIRECTORS & OFFICERS LIABILITY - POLICY NO. XMF2510976 | UNDETERMINED |
| 73.45.  GLOBAL AEROSPACE  - HULL, LIABILITY, AND WAR - POLICY NO. 280680/25 | UNDETERMINED |
| 73.46.  GREAT AMERICAN INSURANCE - LOCALLY ADMITTED POLICY  - POLICY NO. AVA-F-517 | UNDETERMINED |
| 73.47.  HARTFORD - DIRECTORS & OFFICERS LIABILITY RUN-OFF - POLICY NO. NOT CURRENTLY AVAILABLE | UNDETERMINED |
| 73.48.  HARTFORD - DIRECTORS & OFFICERS LIABILITY RUN-OFF - POLICY NO. NOT CURRENTLY AVAILABLE | UNDETERMINED |
| 73.49.  HARTFORD (1X)<br>HARTFORD PREMIER EXCESS POLICY - FIDUCIARY LIABILITY - POLICY NO. POLICY NO/:  10 IA 0322602-25 | UNDETERMINED |
| 73.50.  HARTFORD (TWIN CITY FIRE INSURANCE CO) - EMPLOYMENT PRACTICES LIABILITY - POLICY NO. POLICY NO/:  10 GT 0290393-25 | UNDETERMINED |
| 73.51.  HARTFORD (TWIN CITY FIRE INSURANCE CO.) - PRIMARY - DIRECTORS & OFFICERS LIABILITY - POLICY NO. 42 DA 0737571-25 | UNDETERMINED |
| 73.52.  HDI GLOBAL INSURANCE COMPANY (FALCON) - DIRECTORS & OFFICERS LIABILITY - POLICY NO. FRS-G-X-ML-00012107-01 | UNDETERMINED |
| 73.53.  HDI GLOBAL SPECIALTY SE  - HULL, LIABILITY, AND WAR - POLICY NO. ONE25HC0A1 | UNDETERMINED |
| 73.54.  HELVETIA LIECHTENSTEIN - HULL, LIABILITY, AND WAR - POLICY NO. 147973 | UNDETERMINED |
| 73.55.  HISCOX / "A XV"/STABLE - SPECIAL CRIME - POLICY NO. UKA3023266.24 | UNDETERMINED |
| 73.56.  INDEMNITY INSURANCE COMPANY OF NORTH AMERICA (CHUBB) - COMMERCIAL AUTO LIABILITY AND PHYSICAL DAMAGE - POLICY NO. CAL H10823389 | UNDETERMINED |
| 73.57.  INDEMNITY INSURANCE COMPANY OF NORTH AMERICA (CHUBB) - WORKERS' COMPENSATION - POLICY NO. CTA G48956981 | UNDETERMINED |
| 73.58.  INTACT - DIRECTORS & OFFICERS LIABILITY RUN-OFF - POLICY NO. NOT CURRENTLY AVAILABLE | UNDETERMINED |
| 73.59.  LA REUNION AERIENNE  - HULL, LIABILITY, AND WAR - POLICY NO. P1200068 | UNDETERMINED |
| 73.60.  LLOYD'S (AMBRIDGE) - DIRECTORS & OFFICERS LIABILITY RUN-OFF - POLICY NO. NOT CURRENTLY AVAILABLE | UNDETERMINED |
| 73.61.  LLOYD'S OF LONDON AND OTHER LICENSED COMPANIES PER ONE GLOBAL - EXCESS WAR THIRD PARTY LIABILITY - POLICY NO. ONEAV2466878 | UNDETERMINED |
| 73.62.  LLOYD'S OF LONDON AND OTHER LICENSED COMPANIES PER ONE GLOBAL - HULL WAR, HI-JACKING, AND OTHER PERILS - POLICY NO. ONEAV2266878 | UNDETERMINED |
| 73.63.  NATIONAL CASUALTY COMPANY (EXCESS) - NATIONWIDE - COMMERCIAL CRIME - POLICY NO. XJO2408986 | UNDETERMINED |
| 73.64.  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.  - DIRECTORS & OFFICERS LIABILITY - POLICY NO. 06-417-76-52 | UNDETERMINED |
| 73.65.  NATIONWIDE - DIRECTORS & OFFICERS LIABILITY RUN-OFF - POLICY NO. NOT CURRENTLY AVAILABLE | UNDETERMINED |
| 73.66.  NAUTILUS INSURANCE COMPANY (BERKLEY) - STORAGE TANK ADVANTAGE POLLUTION LIABILITY - POLICY NO. CST2007210-22 | UNDETERMINED |

|  |  | Current value of debtor's interest |
|---|---|---|
| **73.** | **INTERESTS IN INSURANCE POLICIES OR ANNUITIES** |  |
| 73.67. | OLD REPUBLIC - DIRECTORS & OFFICERS LIABILITY RUN-OFF - POLICY NO. NOT CURRENTLY AVAILABLE | UNDETERMINED |
| 73.68. | OLD REPUBLIC INSURANCE COMPANY - DIRECTORS & OFFICERS LIABILITY - POLICY NO. ORPRO 12 106150 | UNDETERMINED |
| 73.69. | ONE GLOBAL (LLOYD'S OF LONDON) - HULL, LIABILITY, AND WAR - POLICY NO. ONEAV2566876 | UNDETERMINED |
| 73.70. | PARTNER RE IRELAND INSURANCE LIMITED - HULL, LIABILITY, AND WAR - POLICY NO. F507350 | UNDETERMINED |
| 73.71. | QBE INSURANCE CORPORATION - HULL, LIABILITY, AND WAR - POLICY NO. 100008234 | UNDETERMINED |
| 73.72. | RESILIENCE (HOMELAND INSURANCE CO.) - CYBER & MEDIA/ADVERTISING LIABILITY - POLICY NO. 720002754-0000 | UNDETERMINED |
| 73.73. | RLI INSURANCE COMPANY - FIDUCIARY LIABILITY - POLICY NO. POLICY NO.:  EPG0033296 | UNDETERMINED |
| 73.74. | RSUI (LANDMARK AMERICAN INSURANCE CO.) - CYBER & MEDIA/ADVERTISING LIABILITY - POLICY NO. LHZ866293 | UNDETERMINED |
| 73.75. | SIRIUSPOINT INTERNATIONAL INSURANCE COMPANY - HULL, LIABILITY, AND WAR - POLICY NO. IDAV205853 | UNDETERMINED |
| 73.76. | SOMPO - DIRECTORS & OFFICERS LIABILITY RUN-OFF - POLICY NO. NOT CURRENTLY AVAILABLE | UNDETERMINED |
| 73.77. | SOMPO (ENDURANCE ASSURANCE CORP) - DIRECTORS & OFFICERS LIABILITY - POLICY NO. DOX30082076800 | UNDETERMINED |
| 73.78. | SOUTHERN INSURANCE COMPANY - DIRECTORS & OFFICERS LIABILITY - POLICY NO. ANV162805A | UNDETERMINED |
| 73.79. | STARR - DIRECTORS & OFFICERS LIABILITY RUN-OFF - POLICY NO. NOT CURRENTLY AVAILABLE | UNDETERMINED |
| 73.80. | STARR INDEMNITY & LIABILITY COMPANY - DIRECTORS & OFFICERS LIABILITY - POLICY NO. 1000625193251 | UNDETERMINED |
| 73.81. | STARR INDEMNITY AND LIABILITY COMPANY - HULL, LIABILITY, AND WAR - POLICY NO. 1000189300-05 | UNDETERMINED |
| 73.82. | STARSTONE SPECIALTY INSURANCE COMPANY - DIRECTORS & OFFICERS LIABILITY - POLICY NO. DNO00367838P-00 | UNDETERMINED |
| 73.83. | WESTFIELD INSURANCE COMPANY - DIRECTORS & OFFICERS LIABILITY - POLICY NO. XDO-472278P-00 | UNDETERMINED |
| 73.84. | WESTFIELD SPECIALTY - DIRECTORS & OFFICERS LIABILITY RUN-OFF - POLICY NO. NOT CURRENTLY AVAILABLE | UNDETERMINED |

**74.** **CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

| 74.1. | SPIRIT AIRLINES, INC. VS. TRANSPORTATION SECURITY ADMINISTRATION | $2,838,849.11 |
|---|---|---|

**Nature of claim**   LITIGATION

**Amount requested**   $2,838,849.11

**75.** **OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

NONE

**76.** **TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**

NONE

**77.** **OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

| 77.1. | EXCISE TAX RECEIVABLE | $29,892,873.35 |
|---|---|---|
| 77.2. | INCOME TAX RECEIVABLE | $475.15 |
| 77.3. | INTEREST RECEIVABLE | $1,533,434.31 |
| 77.4. | MAINTENANCE RECEIVABLE | $18,673,990.80 |

Spirit Airlines, LLC

|  |  | Current value of debtor's interest |
|---|---|---|
| **77.** | **OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| 77.5. | OTHER RECEIVABLES (SEE GLOBAL NOTE) | $61,773,206.42 |
| 77.6. | PREPAID ASSET COST | $10,280,763.59 |
| 77.7. | RECEIVABLES FROM AIRBUS (SEE GLOBAL NOTE) | $8,710,089.67 |
| 77.8. | TAX RECEIVABLES | $16,730,479.99 |
| **78** | **Total of Part 11.** ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | $150,434,162.39 |
| **79.** | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** ☒ No   ☐ Yes | |

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| **80.** | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $706,278,449.09 | |
| **81.** | **Deposits and prepayments.** *Copy line 9, Part 2.* | $297,667,874.89 | |
| **82.** | **Accounts receivable.** *Copy line 12, Part 3.* | $50,515,309.30 | |
| **83.** | **Investments.** *Copy line 17, Part 4.* | $181,247.28 | |
| **84.** | **Inventory.** *Copy line 23, Part 5.* | $106,935,033.81 | |
| **85.** | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86.** | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $81,695,066.12 | |
| **87.** | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,179,070,901.02 | |
| **88.** | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➜ | | $278,605,012.68 |
| **89.** | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $83,482,143.00 | |
| **90.** | **All other assets.** *Copy line 78, Part 11.* | **+** $150,434,162.39 | |
| **91.** | **Total.** Add lines 80 through 90 for each column . . . . . . . . 91a. | $3,656,260,186.90 | **+** 91b. $278,605,012.68 |
| **92.** | **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $3,934,865,199.58 |

**Fill in this information to identify the case:**

Debtor          Spirit Airlines, LLC

United States Bankruptcy Court for the:          Southern District of New York

Case number          25-11896
(if known)

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1.      **1.  Do any creditors have claims secured by debtor's property?**
☐  No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☑  Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
| --- | --- |

2.      **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.1 | **Creditor's name**<br>APPLE BANK FOR SAVINGS<br><br>**Creditor's mailing address**<br>122 EAST 42ND STREET<br>ATTN: JONATHAN BYRON<br>NEW YORK, NY<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>　　Specify each creditor, including this creditor, and its relative priority.<br>　　APPLE BANK FOR SAVINGS AND BANCO DE SABADELL, S.A. | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 639<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,034,572.00 | UNDETERMINED |
| 2.2 | **Creditor's name**<br>APPLE BANK FOR SAVINGS<br><br>**Creditor's mailing address**<br>122 EAST 42ND STREET<br>ATTN: SUSAN GALLO<br>NEW YORK, NY<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 691<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,148,967.42 | UNDETERMINED |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Column A | Column B |
|---|---|---|---|
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* |  |

**2.3**

**Creditor's name**
APPLE BANK FOR SAVINGS

**Creditor's mailing address**
122 EAST 42ND STREET
ATTN: SUSAN GALLO
NEW YORK, NY

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 674

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $16,940,544.75    Value of collateral: UNDETERMINED

**2.4**

**Creditor's name**
APPLE BANK FOR SAVINGS

**Creditor's mailing address**
122 EAST 42ND STREET
ATTN: SUSAN GALLO
NEW YORK, NY

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 647

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $15,157,329.50    Value of collateral: UNDETERMINED

**2.5**

**Creditor's name**
APPLE BANK FOR SAVINGS

**Creditor's mailing address**
122 EAST 42ND STREET
ATTN: SUSAN GALLO
NEW YORK, NY

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 648

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $15,157,329.50    Value of collateral: UNDETERMINED

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Column A | Column B |
|---|---|---|---|---|
|  |  |  | **Amount of claim**<br>*Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |
| 2.6 | **Creditor's name**<br>APPLE BANK FOR SAVINGS<br><br>**Creditor's mailing address**<br>122 EAST 42ND STREET<br>ATTN: SUSAN GALLO<br>NEW YORK, NY<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>   Specify each creditor, including this<br>   creditor, and its relative priority.<br>   APPLE BANK FOR SAVINGS AND BANCO<br>   DE SABADELL, S.A. | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 640<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,034,572.00 | UNDETERMINED |
| 2.7 | **Creditor's name**<br>ARCH INSURANCE<br><br>**Creditor's mailing address**<br>ATTN: TREASURY/COLLATERAL DEPARTMENT<br>HARBORSIDE 3<br>210 HUDSON STREET<br>JERSEY CITY, NJ<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>SURETY BOND #SU1161717 IN THE AMOUNT OF $1,000.00 FOR THE BENEFIT OF HANOVER NEW YORK LIQUOR AUTHORITY<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |

|  | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.8 | **Creditor's name**<br>ARCH INSURANCE<br><br>**Creditor's mailing address**<br>ATTN: TREASURY/COLLATERAL DEPARTMENT<br>HARBORSIDE 3<br>210 HUDSON STREET<br>JERSEY CITY, NJ<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>SURETY BOND #SU1161737 IN THE AMOUNT OF $1,000.00 FOR THE BENEFIT OF UTAH DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |
| 2.9 | **Creditor's name**<br>ARCH INSURANCE<br><br>**Creditor's mailing address**<br>ATTN: TREASURY/COLLATERAL DEPARTMENT<br>HARBORSIDE 3<br>210 HUDSON STREET<br>JERSEY CITY, NJ<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>SURETY BOND #SU1183128 IN THE AMOUNT OF $77,538.00 FOR THE BENEFIT OF CLARK COUNTY DEPARTMENT OF AVIATION<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
|---------|-----------------|

|  | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.10 | **Creditor's name**<br>ARCH INSURANCE<br><br>**Creditor's mailing address**<br>ATTN: TREASURY/COLLATERAL DEPARTMENT<br>HARBORSIDE 3<br>210 HUDSON STREET<br>JERSEY CITY, NJ<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>SURETY BOND #240514015 IN THE AMOUNT OF $9,200,000.00 FOR THE BENEFIT OF US CUSTOMS AND BORDER PROTECTION - USCBP<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |
| 2.11 | **Creditor's name**<br>ARCH INSURANCE<br><br>**Creditor's mailing address**<br>ATTN: TREASURY/COLLATERAL DEPARTMENT<br>HARBORSIDE 3<br>210 HUDSON STREET<br>JERSEY CITY, NJ<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>SURETY BOND #250707074 IN THE AMOUNT OF $80,000.00 FOR THE BENEFIT OF US CUSTOMS AND BORDER PROTECTION - USCBP<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Column A | Column B |
|--|--|----------|----------|
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* |  |

**2.12**

**Creditor's name**
ARCH INSURANCE

**Creditor's mailing address**
ATTN: TREASURY/COLLATERAL DEPARTMENT
HARBORSIDE 3
210 HUDSON STREET
JERSEY CITY, NJ

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
SURETY BOND #SU1119386 IN THE AMOUNT OF $564,170.39 FOR THE BENEFIT OF HORRY COUNTY DEPARTMENT OF AIRPORTS

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Column A: UNDETERMINED
Column B: UNDETERMINED

**2.13**

**Creditor's name**
ARCH INSURANCE

**Creditor's mailing address**
ATTN: TREASURY/COLLATERAL DEPARTMENT
HARBORSIDE 3
210 HUDSON STREET
JERSEY CITY, NJ

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
SURETY BOND #SU1161718 IN THE AMOUNT OF $600,000.00 FOR THE BENEFIT OF THE STATE OF AUSTIN, TEXAS

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Column A: UNDETERMINED
Column B: UNDETERMINED

Debtor    Spirit Airlines, LLC    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
(Name)    Case number (if known)    25-11896
Pg 44 of 868

| Part 1: | Additional Page |
|---|---|

|  | | Column A | Column B |
|---|---|---|---|
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | *Do not deduct the value of collateral.* | |

**2.14**

**Creditor's name**
ARCH INSURANCE

**Creditor's mailing address**
ATTN: TREASURY/COLLATERAL DEPARTMENT
HARBORSIDE 3
210 HUDSON STREET
JERSEY CITY, NJ

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
SURETY BOND #SU1161720 IN THE AMOUNT OF $14,347.52 FOR THE BENEFIT OF DEPARTMENT OF LICENSING FUEL TAX UNIT WA

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Amount of claim: UNDETERMINED    Value of collateral: UNDETERMINED

---

**2.15**

**Creditor's name**
ARCH INSURANCE

**Creditor's mailing address**
ATTN: TREASURY/COLLATERAL DEPARTMENT
HARBORSIDE 3
210 HUDSON STREET
JERSEY CITY, NJ

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
SURETY BOND #SU1161721 IN THE AMOUNT OF $5,000.00 FOR THE BENEFIT OF MARYLAND FUEL TAX

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Amount of claim: UNDETERMINED    Value of collateral: UNDETERMINED

| Part 1: | Additional Page |
| --- | --- |

|  |  | Column A | Column B |
| --- | --- | --- | --- |
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* |  |

**2.16**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | UNDETERMINED | UNDETERMINED |
| --- | --- | --- | --- |

**Creditor's name**
ARCH INSURANCE

**Creditor's mailing address**
ATTN: TREASURY/COLLATERAL DEPARTMENT
HARBORSIDE 3
210 HUDSON STREET
JERSEY CITY, NJ

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
SURETY BOND #SU1161722 IN THE AMOUNT OF $500.00 FOR THE BENEFIT OF NORTH CAROLINA FUEL TAX

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.17**

**Creditor's name**
ARCH INSURANCE

**Creditor's mailing address**
ATTN: TREASURY/COLLATERAL DEPARTMENT
HARBORSIDE 3
210 HUDSON STREET
JERSEY CITY, NJ

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
SURETY BOND #SU1161723 IN THE AMOUNT OF $1,000.00 FOR THE BENEFIT OF TENNESSEE DEPT OF REVENUE (NASHVILLE)

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED  UNDETERMINED

| Part 1: | Additional Page |
|---------|-----------------|

|  | | Column A | Column B |
|--|--|----------|----------|
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | *Do not deduct the value of collateral.* | |

**2.18**

**Creditor's name**
ARCH INSURANCE

**Creditor's mailing address**
ATTN: TREASURY/COLLATERAL DEPARTMENT
HARBORSIDE 3
210 HUDSON STREET
JERSEY CITY, NJ

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
SURETY BOND #SU1161725 IN THE AMOUNT OF $100,000.00 FOR THE BENEFIT OF FLORIDA FUEL OR POLLUTANTS TAX SURETY BOND

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Amount of claim: UNDETERMINED  Value of collateral: UNDETERMINED

**2.19**

**Creditor's name**
ARCH INSURANCE

**Creditor's mailing address**
ATTN: TREASURY/COLLATERAL DEPARTMENT
HARBORSIDE 3
210 HUDSON STREET
JERSEY CITY, NJ

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
SURETY BOND #SU1161726 IN THE AMOUNT OF $5,000.00 FOR THE BENEFIT OF CONNECTICUT FUEL TAX

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Amount of claim: UNDETERMINED  Value of collateral: UNDETERMINED

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Column A | Column B |
|--|--|----------|----------|
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* |  |

**2.20**

**Creditor's name**
ARCH INSURANCE

**Creditor's mailing address**
ATTN: TREASURY/COLLATERAL
DEPARTMENT
HARBORSIDE 3
210 HUDSON STREET
JERSEY CITY, NJ

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
SURETY BOND #SU1161729 IN THE AMOUNT OF $601,629.00 FOR THE BENEFIT OF JOHN WAYNE AIRPORT (SNA), ORANGE COUNTY

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Column A: UNDETERMINED   Column B: UNDETERMINED

**2.21**

**Creditor's name**
ARCH INSURANCE

**Creditor's mailing address**
ATTN: TREASURY/COLLATERAL
DEPARTMENT
HARBORSIDE 3
210 HUDSON STREET
JERSEY CITY, NJ

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
SURETY BOND #SU1161730 IN THE AMOUNT OF $75,000.00 FOR THE BENEFIT OF ST. LOUIS LAMBERT INTL AIRPORT (STL)

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Column A: UNDETERMINED   Column B: UNDETERMINED

| Part 1: | Additional Page |
| --- | --- |

|  |  | | Column A | Column B |
| --- | --- | --- | --- | --- |
|  |  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  |  | *Do not deduct the value of collateral.* |  |
| 2.22 | **Creditor's name**<br>ARCH INSURANCE<br><br>**Creditor's mailing address**<br>ATTN: TREASURY/COLLATERAL DEPARTMENT<br>HARBORSIDE 3<br>210 HUDSON STREET<br>JERSEY CITY, NJ<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>SURETY BOND #SU1161736 IN THE AMOUNT OF $9,441.00 FOR THE BENEFIT OF THE PUERTO RICO PORTS AUTHORITY<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |
| 2.23 | **Creditor's name**<br>BAC - HONDURAS<br><br>**Creditor's mailing address**<br>BOULEVARD SUYAPA<br>TEGUCIGALPA<br>FRANCISCO MORAZAN<br>HONDURAS<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>LETTER OF CREDIT #300389828 IN THE AMOUNT OF $47,878.70 FOR THE BENEFIT OF DIRECCION GENERAL DE AEROCIVIL HONDURAS (AHAC)<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | _Do not deduct the value of collateral._ | |
| 2.24 | **Creditor's name** <br> BAC - HONDURAS <br><br> **Creditor's mailing address** <br> BOULEVARD SUYAPA <br> TEGUCIGALPA <br> FRANCISCO MORAZAN <br> HONDURAS <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> UNDETERMINED <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> SEE SCHEDULE D DISCLOSURES <br><br> **Describe the lien** <br> LETTER OF CREDIT #300389827 IN THE AMOUNT OF $41,228.88 FOR THE BENEFIT OF DIRECCION GENERAL DE AEROCIVIL HONDURAS (AHAC) <br><br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☒ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> _Check all that apply._ <br> ☒ Contingent <br> ☒ Unliquidated <br> ☐ Disputed | | UNDETERMINED | UNDETERMINED |
| 2.25 | **Creditor's name** <br> BANCO DE SABADELL, S.A., MIAMI BRANCH <br><br> **Creditor's mailing address** <br> 1111 BRICKELL AVENUE <br> MIAMI, FL  33131 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> UNDETERMINED <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ☒ Yes <br>    Specify each creditor, including this creditor, and its relative priority. <br>    BNP PARIBAS, SUMITOMO MITSUI BANKING CORPORATION, SUMITOMO MITSUITRUST BANK, LIMITED, BANCO DE SABADELL, S.A. | **Describe debtor's property that is subject to a lien** <br> SEE SCHEDULE D DISCLOSURES <br><br> **Describe the lien** <br> BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 678 <br><br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☒ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> _Check all that apply._ <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | $15,757,084.09 | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

|  |  | Column A | Column B |
| --- | --- | --- | --- |
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* |  |
| 2.26 | **Creditor's name**<br>BANCO DE SABADELL, S.A., MIAMI BRANCH | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES | $13,361,268.84 | UNDETERMINED |
|  | **Creditor's mailing address**<br>1111 BRICKELL AVENUE<br>MIAMI, FL 33131 | **Describe the lien**<br>BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 650 |  |  |
|  | **Creditor's email address** | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes |  |  |
|  | **Date or dates debt was incurred**<br>UNDETERMINED |  |  |  |
|  | **Last 4 digits of account number:** | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes |  |  |
|  | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Specify each creditor, including this creditor, and its relative priority.<br>BNP PARIBAS, SUMITOMO MITSUI BANKING CORPORATION, SUMITOMO MITSUITRUST BANK, LIMITED, BANCO DE SABADELL, S.A. |  |  |  |
| 2.27 | **Creditor's name**<br>BANCO DE SABADELL, S.A., MIAMI BRANCH | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES | $9,034,572.00 | UNDETERMINED |
|  | **Creditor's mailing address**<br>1111 BRICKELL AVENUE<br>MIAMI, FL 33131 | **Describe the lien**<br>BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 639 |  |  |
|  | **Creditor's email address** | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes |  |  |
|  | **Date or dates debt was incurred**<br>UNDETERMINED |  |  |  |
|  | **Last 4 digits of account number:** | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes |  |  |
|  | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Specify each creditor, including this creditor, and its relative priority.<br>APPLE BANK FOR SAVINGS AND BANCO DE SABADELL, S.A. |  |  |  |

| Part 1: | Additional Page |
| --- | --- |

|  |  | Column A | Column B |
| --- | --- | --- | --- |
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* |  |

**2.28**

**Creditor's name**
BANCO DE SABADELL, S.A., MIAMI BRANCH

**Creditor's mailing address**
1111 BRICKELL AVENUE
MIAMI, FL 33131

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this creditor, and its relative priority.
   APPLE BANK FOR SAVINGS AND BANCO DE SABADELL, S.A.

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 640

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$9,034,572.00**  Value of collateral: **UNDETERMINED**

---

**2.29**

**Creditor's name**
BNP PARIBAS, NEW YORK BRANCH

**Creditor's mailing address**
787 SEVENTH AVENUE
ATTENTION: AVIATION FINANCE GROUP
NEW YORK, NY

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this creditor, and its relative priority.
   BNP PARIBAS, SUMITOMO MITSUI BANKING CORPORATION, SUMITOMO MITSUITRUST BANK, LIMITED, BANCO DE SABADELL, S.A.

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 678

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$15,757,084.09**  Value of collateral: **UNDETERMINED**

| Part 1: | Additional Page |
| --- | --- |

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.30**

**Creditor's name**
BNP PARIBAS, NEW YORK BRANCH

**Creditor's mailing address**
787 SEVENTH AVENUE
ATTENTION: AVIATION FINANCE GROUP
NEW YORK, NY

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
　　Specify each creditor, including this creditor, and its relative priority.
　　BNP PARIBAS, SUMITOMO MITSUI BANKING CORPORATION, SUMITOMO MITSUITRUST BANK, LIMITED, BANCO DE SABADELL, S.A.

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 650

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $13,361,268.84    Column B: UNDETERMINED

**2.31**

**Creditor's name**
BNP PARIBAS, NEW YORK BRANCH

**Creditor's mailing address**
787 SEVENTH AVENUE
ATTENTION: AVIATION FINANCE GROUP
NEW YORK, NY

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
　　Specify each creditor, including this creditor, and its relative priority.
　　BNP PARIBAS, NATIXIS, S.A., SUMITOMO MITSUI BANKING CORPORATION, LANDESBANK HESSENTHÜRINGEN GIROZENTRALE, KFW IPEX-BANK GMBH

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 658

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $7,586,912.95    Column B: UNDETERMINED

| Part 1: | Additional Page |
| --- | --- |

|  | Column A | Column B |
| --- | --- | --- |
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | *Do not deduct the value of collateral.* |  |

**2.32**

**Creditor's name**
BNP PARIBAS, NEW YORK BRANCH

**Creditor's mailing address**
787 SEVENTH AVENUE
ATTENTION: AVIATION FINANCE GROUP
NEW YORK, NY

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
  Specify each creditor, including this creditor, and its relative priority.
  BNP PARIBAS, NATIXIS, S.A., SUMITOMO MITSUI BANKING CORPORATION, LANDESBANK HESSENTHÜRINGEN GIROZENTRALE, KFW IPEX-BANK GMBH

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 638

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| $5,083,352.05 | UNDETERMINED |

**2.33**

**Creditor's name**
CITIBANK, N.A.

**Creditor's mailing address**
C/O CITIBANK DELAWARE
ONE PENNS WAY
OPS 2.2
NEW CASTLE, DE

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
EXIT BORROWER TO REVOLVING CREDIT FACILITY

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| $275,000,000.00 | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| 2.34 | **Creditor's name**<br>CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK<br><br>**Creditor's mailing address**<br>CREDIT AGRICOLE CIB<br>C/O SFI AGENCY & MIDDLE OFFICE<br>1301 AVENUE OF THE AMERICAS, 20TH FLOOR<br>NEW YORK, NY<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 681<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,789,106.81 | UNDETERMINED |
| 2.35 | **Creditor's name**<br>CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK<br><br>**Creditor's mailing address**<br>CREDIT AGRICOLE CIB<br>C/O SFI AGENCY & MIDDLE OFFICE<br>1301 AVENUE OF THE AMERICAS, 20TH FLOOR<br>NEW YORK, NY<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 682<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,789,106.81 | UNDETERMINED |
| 2.36 | **Creditor's name**<br>CREDIT INDUSTRIEL ET COMMERCIAL, NEW YORK BRANCH<br><br>**Creditor's mailing address**<br>520 MADISON AVENUE<br>37TH FLOOR<br>ATTN: ASSET FINANCE<br>NEW YORK, NY<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 692<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,871,041.44 | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- | --- |
| 2.37 | **Creditor's name**<br>CREDIT INDUSTRIEL ET COMMERCIAL, NEW YORK BRANCH<br><br>**Creditor's mailing address**<br>520 MADISON AVENUE<br>37TH FLOOR<br>ATTN: ASSET FINANCE<br>NEW YORK, NY<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 673<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,353,302.00 | UNDETERMINED |
| 2.38 | **Creditor's name**<br>DEKABANK DEUTSCHE GIROZENTRALE<br><br>**Creditor's mailing address**<br>MAINZER LANDSTRABE 16<br>PO BOX 11 05 23<br>FRANKFURT AM MAIN<br>GERMANY<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 641<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,384,950.00 | UNDETERMINED |
| 2.39 | **Creditor's name**<br>DEKABANK DEUTSCHE GIROZENTRALE<br><br>**Creditor's mailing address**<br>MAINZER LANDSTRABE 16<br>PO BOX 11 05 23<br>FRANKFURT AM MAIN<br>GERMANY<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 642<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,384,950.00 | UNDETERMINED |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.40 | **Creditor's name**<br>DEUTSCHE BANK<br><br>**Creditor's mailing address**<br>ATTN: TRADE FINANCE & LENDING<br>1 COLUMBUS CIRCLE<br>17TH FLOOR<br>NEW YORK, NY<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>LETTER OF CREDIT #839BGC2200478 IN THE AMOUNT OF $5,165,000.00 FOR THE BENEFIT OF THE PORT AUTHORITY OF NEW YORK & NEW JERSEY<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |
| 2.41 | **Creditor's name**<br>DEUTSCHE BANK<br><br>**Creditor's mailing address**<br>ATTN: TRADE FINANCE & LENDING<br>1 COLUMBUS CIRCLE<br>17TH FLOOR<br>NEW YORK, NY<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>LETTER OF CREDIT #839BGC2200317 IN THE AMOUNT OF $167,000.00 FOR THE BENEFIT OF RALEIGH-DURHAM INTERNATIONAL AIRPORT<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.42 | **Creditor's name**<br>DEUTSCHE BANK<br><br>**Creditor's mailing address**<br>ATTN: TRADE FINANCE & LENDING<br>1 COLUMBUS CIRCLE<br>17TH FLOOR<br>NEW YORK, NY<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>LETTER OF CREDIT #839BGC2200320 IN THE AMOUNT OF $2,428,297.00 FOR THE BENEFIT OF MIAMI DADE AVIATION DEPARTMENT<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |
| 2.43 | **Creditor's name**<br>DEUTSCHE BANK<br><br>**Creditor's mailing address**<br>ATTN: TRADE FINANCE & LENDING<br>1 COLUMBUS CIRCLE<br>17TH FLOOR<br>NEW YORK, NY<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>LETTER OF CREDIT #839BGC2200323 IN THE AMOUNT OF $2,744,793.00 FOR THE BENEFIT OF CITY OF LOS ANGELES - DEPARTMENT OF AIRPORTS<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
|---|---|

|  |  | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.44**   **Creditor's name**<br>DEUTSCHE BANK<br><br>**Creditor's mailing address**<br>ATTN: TRADE FINANCE & LENDING<br>1 COLUMBUS CIRCLE<br>17TH FLOOR<br>NEW YORK, NY<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>LETTER OF CREDIT #839BGC2200373 IN THE AMOUNT OF $274,581.92 FOR THE BENEFIT OF MIAMI DADE AVIATION DEPARTMENT - FACILITIES<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |
| **2.45**   **Creditor's name**<br>DEUTSCHE BANK<br><br>**Creditor's mailing address**<br>ATTN: TRADE FINANCE & LENDING<br>1 COLUMBUS CIRCLE<br>17TH FLOOR<br>NEW YORK, NY<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>LETTER OF CREDIT #839BGC2200454 IN THE AMOUNT OF $35,178.00 FOR THE BENEFIT OF SALT LAKE CITY CORPORATION<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

|  |  | Column A | Column B |
| --- | --- | --- | --- |
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* |  |
| 2.46 | **Creditor's name** <br> DEUTSCHE BANK <br><br> **Creditor's mailing address** <br> ATTN: TRADE FINANCE & LENDING <br> 1 COLUMBUS CIRCLE <br> 17TH FLOOR <br> NEW YORK, NY <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> UNDETERMINED <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> SEE SCHEDULE D DISCLOSURES <br><br> **Describe the lien** <br> LETTER OF CREDIT #839BGC2200372 IN THE AMOUNT OF $263,603.00 FOR THE BENEFIT OF MEMPHIS-SHELBY COUNTY AIRPORT AUTHORITY <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | UNDETERMINED | UNDETERMINED |
| 2.47 | **Creditor's name** <br> DEUTSCHE BANK <br><br> **Creditor's mailing address** <br> ATTN: TRADE FINANCE & LENDING <br> 1 COLUMBUS CIRCLE <br> 17TH FLOOR <br> NEW YORK, NY <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> UNDETERMINED <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> SEE SCHEDULE D DISCLOSURES <br><br> **Describe the lien** <br> LETTER OF CREDIT #839BGC2401636 IN THE AMOUNT OF $3,767,336.00 FOR THE BENEFIT OF ACE AMERICAN INSURANCE COMPANY <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
|---|---|

|  |  | Column A | Column B |
|---|---|---|---|
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* |  |

| 2.48 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

**Creditor's name**
DEUTSCHE BANK

**Creditor's mailing address**
ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
LETTER OF CREDIT #839BGC2400195 IN THE AMOUNT OF $11,315,626.93 FOR THE BENEFIT OF ARCH INSURANCE COMPANY

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

| 2.49 | | | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

**Creditor's name**
DEUTSCHE BANK

**Creditor's mailing address**
ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
LETTER OF CREDIT #839BGC2400050 IN THE AMOUNT OF $672,000.00 FOR THE BENEFIT OF NAVIGATOR AVIATION DELAWARE 3 (DAE_N617NK-MSN 5387)

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

| Part 1: | Additional Page |
| --- | --- |

|  |  | Column A | Column B |
| --- | --- | --- | --- |
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* |  |

### 2.50

**Creditor's name**
DEUTSCHE BANK

**Creditor's mailing address**
ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
LETTER OF CREDIT #839BGC2400042 IN THE AMOUNT OF $490,000.00 FOR THE BENEFIT OF NAVIGATOR AVIATION DELAWARE 3 (DAE_N605NK-MSN 4548)

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Column A: UNDETERMINED
Column B: UNDETERMINED

### 2.51

**Creditor's name**
DEUTSCHE BANK

**Creditor's mailing address**
ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
LETTER OF CREDIT #839BGC2200322 IN THE AMOUNT OF $52,350.00 FOR THE BENEFIT OF BURBANK-GLENDALE-PASADENA AIRPORT AUTHORITY

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Column A: UNDETERMINED
Column B: UNDETERMINED

| Part 1: | Additional Page |

|  |  | Column A | Column B |
|---|---|---|---|
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* |  |

**2.52**

**Creditor's name**
DEUTSCHE BANK

**Creditor's mailing address**
ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
LETTER OF CREDIT #839BGC2200602 IN THE AMOUNT OF $85,219.96 FOR THE BENEFIT OF CITY OF PENSACOLA - PENSACOLA INTERNATIONAL AIRPORT

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Amount of claim: UNDETERMINED — Value of collateral: UNDETERMINED

**2.53**

**Creditor's name**
DEUTSCHE BANK

**Creditor's mailing address**
ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
LETTER OF CREDIT #839BGC2301318 IN THE AMOUNT OF $300,000.00 FOR THE BENEFIT OF BANK OF UTAH(AIRCASTLE N620NK_MSN 5624)

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Amount of claim: UNDETERMINED — Value of collateral: UNDETERMINED

| Part 1: | Additional Page |
| --- | --- |

|  | | Column A<br><br>**Amount of claim**<br><br>*Do not deduct the value of collateral.* | Column B<br><br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| 2.54 | **Creditor's name**<br>DEUTSCHE BANK<br><br>**Creditor's mailing address**<br>ATTN: TRADE FINANCE & LENDING<br>1 COLUMBUS CIRCLE<br>17TH FLOOR<br>NEW YORK, NY<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>LETTER OF CREDIT #839BGC2301280 IN THE AMOUNT OF $694,418.00 FOR THE BENEFIT OF BANK OF UTAH (ST ENGINEERING N628NK_MSN 6193)<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |
| 2.55 | **Creditor's name**<br>DEUTSCHE BANK<br><br>**Creditor's mailing address**<br>ATTN: TRADE FINANCE & LENDING<br>1 COLUMBUS CIRCLE<br>17TH FLOOR<br>NEW YORK, NY<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>LETTER OF CREDIT #839BGC2301279 IN THE AMOUNT OF $689,826.00 FOR THE BENEFIT OF BANK OF UTAH (ST ENGINEERING N627NK_MSN 6082)<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
|---------|-----------------|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.56 | **Creditor's name** <br> DEUTSCHE BANK <br><br> **Creditor's mailing address** <br> ATTN: TRADE FINANCE & LENDING <br> 1 COLUMBUS CIRCLE <br> 17TH FLOOR <br> NEW YORK, NY <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> UNDETERMINED <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> SEE SCHEDULE D DISCLOSURES <br><br> **Describe the lien** <br> LETTER OF CREDIT #839BGC2301220 IN THE AMOUNT OF $300,000.00 FOR THE BENEFIT OF UMB BANK (SMBC N614NK_MSN5132) <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | UNDETERMINED | UNDETERMINED |
| 2.57 | **Creditor's name** <br> DEUTSCHE BANK <br><br> **Creditor's mailing address** <br> ATTN: TRADE FINANCE & LENDING <br> 1 COLUMBUS CIRCLE <br> 17TH FLOOR <br> NEW YORK, NY <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> UNDETERMINED <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> SEE SCHEDULE D DISCLOSURES <br><br> **Describe the lien** <br> LETTER OF CREDIT #839BGC2400490 IN THE AMOUNT OF $250,000.00 FOR THE BENEFIT OF KINDER MORGAN (AND/OR) CALNEV PIPELINE LLC <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
|---|---|

|  | Column A | Column B |
|---|---|---|
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | *Do not deduct the value of collateral.* |  |

**2.58**

**Creditor's name**
DEUTSCHE BANK

**Creditor's mailing address**
ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
LETTER OF CREDIT #839BGC2301465 IN THE AMOUNT OF $697,700.00 FOR THE BENEFIT OF FUKUOKA ROAD CO. LTD (SMBC N630NK-MSN 6304)

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Amount of claim: UNDETERMINED
Value of collateral: UNDETERMINED

**2.59**

**Creditor's name**
DEUTSCHE BANK

**Creditor's mailing address**
ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
LETTER OF CREDIT #839BGC2201199 IN THE AMOUNT OF $617,676.37 FOR THE BENEFIT OF SAN ANTONIO INTERNATIONAL AIRPORT

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Amount of claim: UNDETERMINED
Value of collateral: UNDETERMINED

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | *Column A* | *Column B* |
|--|--|------------|------------|
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* | |

**2.60**

**Creditor's name**
DEUTSCHE BANK

**Creditor's mailing address**
ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
LETTER OF CREDIT #839BGC2200659 IN THE AMOUNT OF $2,137,127.99 FOR THE BENEFIT OF MASSACHUSETTS PORT AUTHORITY

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Column A: UNDETERMINED   Column B: UNDETERMINED

**2.61**

**Creditor's name**
DEUTSCHE BANK

**Creditor's mailing address**
ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
LETTER OF CREDIT #839BGC2200670 IN THE AMOUNT OF $124,569.36 FOR THE BENEFIT OF CITY OF HOUSTON - HOUSTON AIRPORT SYSTEM

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Column A: UNDETERMINED   Column B: UNDETERMINED

Debtor    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Spirit Airlines, LLC     Case number (if known)    25-11896
(Name)

Pg 67 of 868

| Part 1: | Additional Page |
| --- | --- |

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.62 | **Creditor's name** <br> DEUTSCHE BANK <br><br> **Creditor's mailing address** <br> ATTN: TRADE FINANCE & LENDING <br> 1 COLUMBUS CIRCLE <br> 17TH FLOOR <br> NEW YORK, NY <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> UNDETERMINED <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> SEE SCHEDULE D DISCLOSURES <br><br> **Describe the lien** <br> LETTER OF CREDIT #839BGC2200837 IN THE AMOUNT OF $50,000.00 FOR THE BENEFIT OF ALBUQUERQUE INTERNATIONAL SUNPORT <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | UNDETERMINED | UNDETERMINED |
| 2.63 | **Creditor's name** <br> DEUTSCHE BANK <br><br> **Creditor's mailing address** <br> ATTN: TRADE FINANCE & LENDING <br> 1 COLUMBUS CIRCLE <br> 17TH FLOOR <br> NEW YORK, NY <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> UNDETERMINED <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> SEE SCHEDULE D DISCLOSURES <br><br> **Describe the lien** <br> LETTER OF CREDIT #839BGC2200839 IN THE AMOUNT OF $215,500.00 FOR THE BENEFIT OF RENO-TAHOE AIRPORT <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

|  |  | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.64** **Creditor's name**<br>DEUTSCHE BANK<br><br>**Creditor's mailing address**<br>ATTN: TRADE FINANCE & LENDING<br>1 COLUMBUS CIRCLE<br>17TH FLOOR<br>NEW YORK, NY<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>LETTER OF CREDIT #839BGC2200948 IN THE AMOUNT OF $56,114.00 FOR THE BENEFIT OF AERO DFW III, L.P. (DFW-RAMP LEASE)<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |
| **2.65** **Creditor's name**<br>DEUTSCHE BANK<br><br>**Creditor's mailing address**<br>ATTN: TRADE FINANCE & LENDING<br>1 COLUMBUS CIRCLE<br>17TH FLOOR<br>NEW YORK, NY<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>LETTER OF CREDIT #839BGC2300605 IN THE AMOUNT OF $472,000.00 FOR THE BENEFIT OF SAN JOSE INTERNATIONAL AIRPORT<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.66 | **Creditor's name**<br>DEUTSCHE BANK<br><br>**Creditor's mailing address**<br>ATTN: TRADE FINANCE & LENDING<br>1 COLUMBUS CIRCLE<br>17TH FLOOR<br>NEW YORK, NY<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>LETTER OF CREDIT #839BGC2200951 IN THE AMOUNT OF $27,585.58 FOR THE BENEFIT OF AERO LAUDERDALE (FLL-WAREHOUSE LEASE)<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |
| 2.67 | **Creditor's name**<br>DEUTSCHE BANK<br><br>**Creditor's mailing address**<br>ATTN: TRADE FINANCE & LENDING<br>1 COLUMBUS CIRCLE<br>17TH FLOOR<br>NEW YORK, NY<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>LETTER OF CREDIT #839BGC2200949 IN THE AMOUNT OF $26,883.00 FOR THE BENEFIT OF AERO DFW III, LP (DFW - WAREHOUSE LEASE)<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
|---|---|

| | | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.68 | **Creditor's name**<br>DEUTSCHE BANK<br><br>**Creditor's mailing address**<br>ATTN: TRADE FINANCE & LENDING<br>1 COLUMBUS CIRCLE<br>17TH FLOOR<br>NEW YORK, NY<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>LETTER OF CREDIT #839BGC2300430 IN THE AMOUNT OF $163,699.00 FOR THE BENEFIT OF CHARLESTON COUNTY AVIATION<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | | UNDETERMINED | UNDETERMINED |
| 2.69 | **Creditor's name**<br>ING BANK<br><br>**Creditor's mailing address**<br>HAMBURG ALLEE 1<br>FRANKFURT AM MAIN<br>GERMANY<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 675<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $14,782,930.38 | UNDETERMINED |
| 2.70 | **Creditor's name**<br>ING BANK<br><br>**Creditor's mailing address**<br>HAMBURG ALLEE 1<br>FRANKFURT AM MAIN<br>GERMANY<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 649<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $12,552,259.99 | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.71**

**Creditor's name**
KFW IPEX-BANK GMBH

**Creditor's mailing address**
ZEPPELINALLEE 8
FRANKFURT AM MAIN  60325
GERMANY

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
  Specify each creditor, including this creditor, and its relative priority.
  BNP PARIBAS, NATIXIS, S.A., SUMITOMO MITSUI BANKING CORPORATION, LANDESBANK HESSENTHÜRINGEN GIROZENTRALE, KFW IPEX-BANK GMBH

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 658

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $7,586,912.95    Value of collateral: UNDETERMINED

---

**2.72**

**Creditor's name**
KFW IPEX-BANK GMBH

**Creditor's mailing address**
ZEPPELINALLEE 8
FRANKFURT AM MAIN  60325
GERMANY

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
  Specify each creditor, including this creditor, and its relative priority.
  BNP PARIBAS, NATIXIS, S.A., SUMITOMO MITSUI BANKING CORPORATION, LANDESBANK HESSENTHÜRINGEN GIROZENTRALE, KFW IPEX-BANK GMBH

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 638

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $5,083,352.05    Value of collateral: UNDETERMINED

| Part 1: | Additional Page |
|---|---|

|  |  | | Column A<br>Amount of claim<br>*Do not deduct the value of collateral.* | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| 2.73 | **Creditor's name**<br>LANDESBANK BADEN-WUERTTEMBERG<br><br>**Creditor's mailing address**<br>CHRISTIAN EIßMANN<br>INFRASTRUKTUR-UND<br>TRANSPORTFINANZIERUNGEN (71 H)<br>LANDESBANK BADEN-WÜRTTEMBERG<br>STUTTGART<br>GERMANY<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 696<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,074,540.00 | UNDETERMINED |
| 2.74 | **Creditor's name**<br>LANDESBANK BADEN-WUERTTEMBERG<br><br>**Creditor's mailing address**<br>CHRISTIAN EIßMANN<br>INFRASTRUKTUR-UND<br>TRANSPORTFINANZIERUNGEN (71 H)<br>LANDESBANK BADEN-WÜRTTEMBERG<br>STUTTGART<br>GERMANY<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 693<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,544,533.00 | UNDETERMINED |
| 2.75 | **Creditor's name**<br>LANDESBANK BADEN-WUERTTEMBERG<br><br>**Creditor's mailing address**<br>CHRISTIAN EIßMANN<br>INFRASTRUKTUR-UND<br>TRANSPORTFINANZIERUNGEN (71 H)<br>LANDESBANK BADEN-WÜRTTEMBERG<br>STUTTGART<br>GERMANY<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 694<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,544,533.00 | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

|  | | Column A | Column B |
| --- | --- | --- | --- |
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | *Do not deduct the value of collateral.* | |
| 2.76 | **Creditor's name** <br> LANDESBANK HESSENTHÜRINGEN GIROZENTRALE <br><br> **Creditor's mailing address** <br> MAIN TOWER <br> NEUE MAINZER STR. 52-58 <br> FRANKFURT/M. 60311 <br> GERMANY <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> UNDETERMINED <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ☑ Yes <br> Specify each creditor, including this creditor, and its relative priority. <br> BNP PARIBAS, NATIXIS, S.A., SUMITOMO MITSUI BANKING CORPORATION, LANDESBANK HESSENTHÜRINGEN GIROZENTRALE, KFW IPEX-BANK GMBH | **Describe debtor's property that is subject to a lien** <br> SEE SCHEDULE D DISCLOSURES <br><br> **Describe the lien** <br> BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 658 <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $7,586,912.95 | UNDETERMINED |
| 2.77 | **Creditor's name** <br> LANDESBANK HESSENTHÜRINGEN GIROZENTRALE <br><br> **Creditor's mailing address** <br> MAIN TOWER <br> NEUE MAINZER STR. 52-58 <br> FRANKFURT/M. 60311 <br> GERMANY <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> UNDETERMINED <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ☑ Yes <br> Specify each creditor, including this creditor, and its relative priority. <br> BNP PARIBAS, NATIXIS, S.A., SUMITOMO MITSUI BANKING CORPORATION, LANDESBANK HESSENTHÜRINGEN GIROZENTRALE, KFW IPEX-BANK GMBH | **Describe debtor's property that is subject to a lien** <br> SEE SCHEDULE D DISCLOSURES <br><br> **Describe the lien** <br> BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 638 <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $5,083,352.05 | UNDETERMINED |

| Part 1: | Additional Page |
|---|---|

|  | | *Column A* | *Column B* |
|---|---|---|---|
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | *Do not deduct the value of collateral.* | |

| 2.78 | **Creditor's name** MAPFRE-LA CENTRO AMERICANA | **Describe debtor's property that is subject to a lien** SEE SCHEDULE D DISCLOSURES | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|
| | **Creditor's mailing address** ALAMEDA ROOSEVELT 3107 SAN SALVADOR EL SALVADOR | **Describe the lien** SURETY BOND #031-0846 IN THE AMOUNT OF $42,917.63 FOR THE BENEFIT OF AUTORIDAD DE AVIACION CIVIL (AAC) | | |
| | **Creditor's email address** | | | |
| | **Date or dates debt was incurred** UNDETERMINED | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | **Last 4 digits of account number:** | | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **Is anyone else liable on this claim?** ☒ No ☐ Yes | | |
| | | **As of the petition filing date, the claim is:** *Check all that apply.* ☒ Contingent ☒ Unliquidated ☐ Disputed | | |

| 2.79 | **Creditor's name** NATIXIS, S.A. | **Describe debtor's property that is subject to a lien** SEE SCHEDULE D DISCLOSURES | $7,586,912.95 | UNDETERMINED |
|---|---|---|---|---|
| | **Creditor's mailing address** 7 PROMENADE GERMAINE SABLON PARIS  75013 FRANCE | **Describe the lien** BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 658 | | |
| | **Creditor's email address** | | | |
| | **Date or dates debt was incurred** UNDETERMINED | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | **Last 4 digits of account number:** | | | |
| | **Do multiple creditors have an interest in the same property?** ☐ No ☒ Yes Specify each creditor, including this creditor, and its relative priority. BNP PARIBAS, NATIXIS, S.A., SUMITOMO MITSUI BANKING CORPORATION, LANDESBANK HESSENTHÜRINGEN GIROZENTRALE, KFW IPEX-BANK GMBH | **Is anyone else liable on this claim?** ☒ No ☐ Yes  **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| Part 1: | Additional Page |
| --- | --- |

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |
| 2.80 | **Creditor's name** NATIXIS, S.A. | **Describe debtor's property that is subject to a lien** SEE SCHEDULE D DISCLOSURES | $5,083,352.05 | UNDETERMINED |

**2.80**

**Creditor's name**
NATIXIS, S.A.

**Creditor's mailing address**
7 PROMENADE GERMAINE SABLON
PARIS  75013
FRANCE

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
   Specify each creditor, including this creditor, and its relative priority.
   BNP PARIBAS, NATIXIS, S.A., SUMITOMO MITSUI BANKING CORPORATION, LANDESBANK HESSENTHÜRINGEN GIROZENTRALE, KFW IPEX-BANK GMBH

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 638

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $5,083,352.05
Column B: UNDETERMINED

---

**2.81**

**Creditor's name**
SCOTIABANK - LIMA

**Creditor's mailing address**
ATTN: ANAHI RIVADENEYRA
AV. DIONISIO DERTEANO 102
LIMA
PERU

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
LETTER OF CREDIT #10615958-005 IN THE AMOUNT OF $25,000.00 FOR THE BENEFIT OF SUNAT (CUSTOMS AND TAX ADMINISTRATION)

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Column A: UNDETERMINED
Column B: UNDETERMINED

Debtor    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Spirit Airlines, LLC                                          Case number (if known)    25-11896

(Name)

Pg 76 of 868

| Part 1: | Additional Page |
| --- | --- |

|  | | Column A | Column B |
| --- | --- | --- | --- |
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | *Do not deduct the value of collateral.* | |

**2.82**

**Creditor's name**
SCOTIABANK - LIMA

**Creditor's mailing address**
ATTN: ANAHI RIVADENEYRA
AV. DIONISIO DERTEANO 102
LIMA
PERU

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
LETTER OF CREDIT #10563840 IN THE AMOUNT OF $5,778.00 FOR THE BENEFIT OF DGAC - MINISTERIO DE TRANSPORTES

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Column A: UNDETERMINED
Column B: UNDETERMINED

**2.83**

**Creditor's name**
SUMITOMO MITSUI BANKING CORPORATION

**Creditor's mailing address**
1-1-2, MARUNOUCHI
CHIYODA-KU
TOKYO
JAPAN

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
　Specify each creditor, including this creditor, and its relative priority.
　BNP PARIBAS, SUMITOMO MITSUI BANKING CORPORATION, SUMITOMO MITSUITRUST BANK, LIMITED, BANCO DE SABADELL, S.A.

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 678

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $15,757,084.09
Column B: UNDETERMINED

| Part 1: | Additional Page |
|---|---|

|  | | Column A | Column B |
|---|---|---|---|
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | *Do not deduct the value of collateral.* | |

**2.84**

**Creditor's name**
SUMITOMO MITSUI BANKING CORPORATION

**Creditor's mailing address**
1-1-2, MARUNOUCHI
CHIYODA-KU
TOKYO
JAPAN

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
    Specify each creditor, including this creditor, and its relative priority.
    BNP PARIBAS, SUMITOMO MITSUI BANKING CORPORATION, SUMITOMO MITSUITRUST BANK, LIMITED, BANCO DE SABADELL, S.A.

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 650

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $13,361,268.84
Value of collateral: UNDETERMINED

**2.85**

**Creditor's name**
SUMITOMO MITSUI BANKING CORPORATION

**Creditor's mailing address**
1-1-2, MARUNOUCHI
CHIYODA-KU
TOKYO
JAPAN

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
    Specify each creditor, including this creditor, and its relative priority.
    BNP PARIBAS, NATIXIS, S.A., SUMITOMO MITSUI BANKING CORPORATION, LANDESBANK HESSENTHÜRINGEN GIROZENTRALE, KFW IPEX-BANK GMBH

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 658

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $7,586,912.95
Value of collateral: UNDETERMINED

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| 2.86 | **Creditor's name**<br>SUMITOMO MITSUI BANKING CORPORATION<br><br>**Creditor's mailing address**<br>1-1-2, MARUNOUCHI<br>CHIYODA-KU<br>TOKYO<br>JAPAN<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>　　Specify each creditor, including this creditor, and its relative priority.<br>　　BNP PARIBAS, NATIXIS, S.A., SUMITOMO MITSUI BANKING CORPORATION, LANDESBANK HESSENTHÜRINGEN GIROZENTRALE, KFW IPEX-BANK GMBH | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 638<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,083,352.05 | UNDETERMINED |
| 2.87 | **Creditor's name**<br>SUMITOMO MITSUITRUST BANK, LIMITED, NEW YORK BRANCH<br><br>**Creditor's mailing address**<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10020<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>　　Specify each creditor, including this creditor, and its relative priority.<br>　　BNP PARIBAS, SUMITOMO MITSUI BANKING CORPORATION, SUMITOMO MITSUITRUST BANK, LIMITED, BANCO DE SABADELL, S.A. | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 678<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,757,084.09 | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

|  | | Column A | Column B |
| --- | --- | --- | --- |
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | *Do not deduct the value of collateral.* | |

| 2.88 | **Creditor's name** SUMITOMO MITSUITRUST BANK, LIMITED, NEW YORK BRANCH | **Describe debtor's property that is subject to a lien** SEE SCHEDULE D DISCLOSURES | $13,361,268.84 | UNDETERMINED |
| --- | --- | --- | --- | --- |

**Creditor's mailing address**
1251 AVENUE OF THE AMERICAS
NEW YORK, NY  10020

**Describe the lien**
BORROWER TO AIRCRAFT LOAN RELATED TO TAIL # 650

**Creditor's email address**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
    Specify each creditor, including this creditor, and its relative priority.
    BNP PARIBAS, SUMITOMO MITSUI BANKING CORPORATION, SUMITOMO MITSUITRUST BANK, LIMITED, BANCO DE SABADELL, S.A.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.89 | **Creditor's name** SWEADEN COMPANIA DE SEGUROS S.A. | **Describe debtor's property that is subject to a lien** SEE SCHEDULE D DISCLOSURES | UNDETERMINED | UNDETERMINED |
| --- | --- | --- | --- | --- |

**Creditor's mailing address**
SANCHEZ DE AVILA
ECUADOR

**Describe the lien**
SURETY BOND #0014993 IN THE AMOUNT OF $30,000.00 FOR THE BENEFIT OF DIRECCION GENERAL DE AVIACION - ECUADOR

**Creditor's email address**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

| Part 1: | Additional Page |
| --- | --- |

|  |  | Column A | Column B |
| --- | --- | --- | --- |
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* |  |

**2.90**

**Creditor's name**
WELLS FARGO

**Creditor's mailing address**
ATTN: U.S. TRADE SERVICES
794 DAVIS STREET
2ND FLOOR
SAN LEANDRO, CA

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
LETTER OF CREDIT #IS0338065U IN THE AMOUNT OF $3,667,000.00 FOR THE BENEFIT OF CLARK COUNTY DEPARTMENT OF AVIATION

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Amount of claim: UNDETERMINED   Value of collateral: UNDETERMINED

**2.91**

**Creditor's name**
WELLS FARGO

**Creditor's mailing address**
ATTN: U.S. TRADE SERVICES
794 DAVIS STREET
2ND FLOOR
SAN LEANDRO, CA

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
LETTER OF CREDIT #IS0085725U IN THE AMOUNT OF $263,247.19 FOR THE BENEFIT OF CITY OF PHOENIX

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Amount of claim: UNDETERMINED   Value of collateral: UNDETERMINED

| Part 1: | Additional Page |
| --- | --- |

| | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.92**

**Creditor's name**
WELLS FARGO

**Creditor's mailing address**
ATTN: U.S. TRADE SERVICES
794 DAVIS STREET
2ND FLOOR
SAN LEANDRO, CA

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
LETTER OF CREDIT #IS000138844U IN THE AMOUNT OF $335,637.45 FOR THE BENEFIT OF PAC KINGSTON AIRPORT LIMITED

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Column A: UNDETERMINED
Column B: UNDETERMINED

---

**2.93**

**Creditor's name**
WILMINGTON TRUST, NATIONAL ASSOCIATION

**Creditor's mailing address**
1100 NORTH MARKET STREET
ATTENTION: CORPORATE TRUST ADMINISTRATION
WILMINGTON, DE

**Creditor's email address**

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

**Describe the lien**
ISSUER OF FIXED-RATE CLASS A 2015-1 ENHANCED EQUIPMENT TRUST CERTIFICATES DUE THROUGH 2028

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $223,621,650.00
Column B: UNDETERMINED

| Part 1: | Additional Page |
|---------|-----------------|

|  | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.94 | **Creditor's name**<br>WILMINGTON TRUST, NATIONAL ASSOCIATION<br><br>**Creditor's mailing address**<br>1100 NORTH MARKET STREET<br>ATTENTION: JACQUELINE SOLONE<br>WILMINGTON, DE<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>ISSUER OF FIXED-RATE CLASS AA 2017-1 EETC DUE THROUGH 2030<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $148,334,916.81 | UNDETERMINED |
| 2.95 | **Creditor's name**<br>WILMINGTON TRUST, NATIONAL ASSOCIATION<br><br>**Creditor's mailing address**<br>1100 NORTH MARKET STREET<br>ATTENTION: JACQUELINE SOLONE<br>WILMINGTON, DE<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>ISSUER OF FIXED-RATE CLASS B(R) '(15) 2025 EETC DUE THROUGH 2030<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $133,779,000.00 | UNDETERMINED |
| 2.96 | **Creditor's name**<br>WILMINGTON TRUST, NATIONAL ASSOCIATION<br><br>**Creditor's mailing address**<br>1100 NORTH MARKET STREET<br>ATTENTION: JACQUELINE SOLONE<br>WILMINGTON, DE<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>ISSUER OF FIXED-RATE CLASS B(R) '(17) 2025 EETC DUE THROUGH 2030<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $81,221,000.00 | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |
| 2.97 | **Creditor's name**<br>WILMINGTON TRUST, NATIONAL ASSOCIATION<br><br>**Creditor's mailing address**<br>1100 NORTH MARKET STREET<br>ATTENTION: JACQUELINE SOLONE<br>WILMINGTON, DE<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>ISSUER OF FIXED-RATE CLASS A 2017-1 ENHANCED EQUIPMENT TRUST CERTIFICATES DUE THROUGH 2030<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $49,444,638.94 | UNDETERMINED |
| 2.98 | **Creditor's name**<br>WILMINGTON TRUST, NATIONAL ASSOCIATION<br><br>**Creditor's mailing address**<br>1100 NORTH MARKET STREET<br>ATTENTION: JACQUELINE SOLONE<br>WILMINGTON, DE<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>    Specify each creditor, including this creditor, and its relative priority.<br>    COLLATERAL CUSTODIAN FOR MULTIPLE LENDERS | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>GUARANTOR TO 11.00% EXIT SENIOR SECURED NOTES DUE 2030<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
|---|---|

|  |  | Column A | Column B |
|---|---|---|---|
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* |  |

| 2.99 | **Creditor's name**<br>ZURICH<br><br>**Creditor's mailing address**<br>CALLE 100 NO. 7-33 PISO 5O.<br>BOGOTA<br>COLOMBIA<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D DISCLOSURES<br><br>**Describe the lien**<br>SURETY BOND #SDPL-135266256-1 IN THE AMOUNT OF $554,014.52 FOR THE BENEFIT OF AERONAUTICA CIVIL - COLOMBIA - UNIDAD ADMINISTRATIVA DE AERONAUTICA CIVIL<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,366,839,655.07 |
|---|---|---|

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Spirit Airlines, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of New York</td></tr>
<tr><td>Case number<br>(if known)</td><td>25-11896</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.    Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.    List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than
3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>A.IT· NAVIGATION SERVICE.S ARUBA.<br>LG SMITH BLVD 22<br>ORANJSTEAD<br>ARUBA<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.2 | **Priority creditor's name and mailing address**<br>A.ITPLAN<br>CRA 65A, #13-157<br>MEDELLIN<br>COLOMBIA<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.3 | **Priority creditor's name and mailing address**<br>A.ITPORT REVENUE FUND<br>DENVER INTL A.ITPMT<br>8500 PENA BLVD<br>DENVER, CO  80249<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.4** | **Priority creditor's name and mailing address**<br>AERIS<br>AEROPUERTO INTERNACIONAL JUAN SANTAMARIA<br>SAN JOSE  1010<br>COSTA RICA<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.5** | **Priority creditor's name and mailing address**<br>AERO LAUDERDALE, LLC<br>62101 COLLECTIONS CENTER DR<br>CHICAGO, IL  60693-0621<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.6** | **Priority creditor's name and mailing address**<br>AEROCALI S.A.<br>SOCIEDAD CONCESIONARIA DEL AEROPUEITO<br>INTERNACIONAL ALFONSO BONILLA<br>PALMIRA<br>BOGOTA<br>COLOMBIA<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.7** | **Priority creditor's name and mailing address**<br>AEROPUERTO DE CANCUN S.A. DE C.V<br>CARRET CANCUN, CHETUMAL KM 22<br>CANCUN, Q. ROO  77565<br>MEXICO<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.8** | **Priority creditor's name and mailing address**<br>AEROPUERTO DE PUERTO VALLARTA, S.A.<br>KM 7.5 CARRET A, TEPIC PUERTO VALLARTA<br>PUERTO VALLARTA, JAL<br>MEXICO<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.9** | **Priority creditor's name and mailing address**

AEROPUERTO INTERN! DE MONTEITEY
CARRET MIGUEL ALEMAN KM 24
APODACA, NL  666000
MEXICO

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.10** | **Priority creditor's name and mailing address**

AEROPUERTO INTERNATIONAL DEL CIBAO
AVENIDA VICTOR MANUEL ESPAILLAT
AEROPUE1IO INTERNACIONAL DEL CIBAO
SANTIAGO DE LOS CABALLEROS  51081
DOMINICAN REPUBLIC

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.11** | **Priority creditor's name and mailing address**

AEROPUERTO SAN JOSE DEL CABO
CARRET TRANSPENINSULAR KM 43.5
SAN JOSE DEL CABO, SIN BAJA CALIFORNIA
23420
MEXICO

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.12** | **Priority creditor's name and mailing address**

AEROPUERTOS DOMINICANOS SIGLO XXI
SA
XXI, S.A.
RUTA 66 SALIDA DEL AEROPUERTO LA
AMERICAS
SANTO DOMINGO  11336
DOMINICAN REPUBLIC

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.13** | **Priority creditor's name and mailing address**

AEROSTAR A.ITP01IS PFC
CITY VIEW PLAZA 48 CRUR. 165 STE 500
GUAYNABO, PR  00968

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.14 | **Priority creditor's name and mailing address**<br><br>AEROSTAR A.ITPORTS HOLDINGS<br>254 MUNOZ RIVERA AVE, 6TB FL<br>SAN JUAN  00918<br>PUERTO RICO<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.15 | **Priority creditor's name and mailing address**<br><br>AEROTEL-JAMAICA<br>1 BRAEMAR AVE<br>KINGSTON<br>JAMAICA<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.16 | **Priority creditor's name and mailing address**<br><br>ALAMEDA COUNTY TAX COLLECTOR<br>1221 OAK STREET<br>OAKLAND, CA  94612-4285<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.17 | **Priority creditor's name and mailing address**<br><br>ALASKA DEPARTMENT OF REVENUE<br>333 W WILLOUGHBY AVE 11TH FL<br>SIDE B JUNEAU, AK  9981I<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.18 | **Priority creditor's name and mailing address**<br><br>ALCALDIA DE MANAGUA<br>CENTRO CIVICO SEMAFOROS DEL ZUMEN<br>LE  AL LAGO<br>MANAGUA<br>NICARAGUA<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.19 | **Priority creditor's name and mailing address**<br><br>ALCALDIA MAYOR DE BOGOTA<br>CARRERA 8 #10-65<br>BOGOTA<br>COLOMBIA<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.20 | **Priority creditor's name and mailing address**<br><br>ALCALDIA MAYOR DE CARTAGENA DE INDI<br>CARERRA 2 #36-86<br>CARTAGENA<br>COLOMBIA<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.21 | **Priority creditor's name and mailing address**<br><br>ALCALDIA MUNICIPAL DE COMAYAGUA<br>COL. ORQUIDEA BLANCA<br>CALLE 10<br>SAN PEDRO<br>HONDURAS<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.22 | **Priority creditor's name and mailing address**<br><br>ALCALDIA MUNICIPAL DE PALMIRA<br>BONILLA ARAGON T2 PISO LOCAL 169A<br>AEROPUE1IO INTEMACIONAL ALFONSO<br>PAHNIRA<br>COLOMBIA<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.23 | **Priority creditor's name and mailing address**<br><br>ALCALDIA MUNICIPAL DE SAN LUIS<br>AEROPUERTO INTERNACIONAL DE EL<br>SALVADOR<br>CARRET COMALAPA KM 42<br>SAN LUIS TALPA  2667<br>EL SALVADOR<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.24 | **Priority creditor's name and mailing address**<br><br>ALCALDIA MUNICIPAL DE SAN SALVADOR<br>ALAMEDA JUAN PABLO II Y AVENIDA<br>CUSCATANC, NO 320<br>SAN SALVADOR<br>EL SALVADOR<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.25 | **Priority creditor's name and mailing address**<br><br>ALDINE ISD TAX OFFICE<br>14909 ALDINE WESTFIELD RD<br>HOUSTON, TX 77032<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.26 | **Priority creditor's name and mailing address**<br><br>ALLEGHENY / PITTSBURGH INTL. AIRP.<br>1000 AIRPORT BLVD<br>PITTSBURGH, PA 15231<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.27 | **Priority creditor's name and mailing address**<br><br>ALLIED UNIVERSAL<br>75 N HANGAR RD CARGO BUILDING 75<br>R JAMAICA, NY 11430-1826<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.28 | **Priority creditor's name and mailing address**<br><br>ANN HARRIS BENNETT-TAX ASSESSOR<br>1001 PRESTON<br>HOUSTON, TX 77002<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.29 | **Priority creditor's name and mailing address**<br>ARIZONA CORPORATION COMMISSION<br>1300 W. WASHINGTON STREET<br>PHOENIX, AZ  85007-2929<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.30 | **Priority creditor's name and mailing address**<br>ARIZONA DEPARTMENT OF REVENUE<br>1600 W MONROE ST<br>PHOENIX, AZ  85007<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.31 | **Priority creditor's name and mailing address**<br>ARKANSAS AUDITOR OF STATE<br>1401 WEST CAPITAL AVE<br>LITTLE ROCK, AR  72201<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.32 | **Priority creditor's name and mailing address**<br>ARUBA AIRPORT AUTHORITY N.V<br>AEROPUERTO REINA BEATRIX WAYACA Z/N<br>SABANA BERDE 75<br>ORANJSTEAD<br>ARUBA<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.33 | **Priority creditor's name and mailing address**<br>ATLANTA AIRLINES TERMINAL CORP<br>11700 SPINE RD SW<br>ATLANTA, GA  30303<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.34 | **Priority creditor's name and mailing address**<br><br>ATLANTA DEPT OF AVIATION (PFC)<br>6000 N TERMINAL PKWY<br>ATLANTA, GA  30320<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.35 | **Priority creditor's name and mailing address**<br><br>AUTORIDAD AERONAUTICA CIVIL<br>ALBROOK EDIFICIO 805<br>ALBROOK<br>PANAMA<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.36 | **Priority creditor's name and mailing address**<br><br>AUTORITE AEROPORTUAIRE NATIONALE<br>AEROPORT INTERNATIONAL TOUSSAINT<br>LOUVERT<br>BLVD TOUSSAINT LOUVERTURE<br>PORT AU PRINCE  1792<br>HAITI<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.37 | **Priority creditor's name and mailing address**<br><br>AVENGER FLIGHT GROUP LLC<br>1450 LEE WAGNER BLVD BUILDING # 300<br>FT LAUDERDALE, FL  33315<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.38 | **Priority creditor's name and mailing address**<br><br>AVIAM<br>INTERNATIONAL BANK OF MIAMI 121<br> ALHAMBRA PLAZA<br>PENTHOUSE2 CORAL GABLES, FL  33134<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.39**    **Priority creditor's name and mailing address**

B & CO LEGAL
28 EDIFICIO PLAZA 54, 2ND FL, AVE SAMUEL LEWIS
PANAMA CITY
PANAMA

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.40**    **Priority creditor's name and mailing address**

BALLARD & BALLARD
EDIFICIO HI-TECH PLAZA OBARRIO, CALLE 53
PANAMA CITY
PANAMA

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.41**    **Priority creditor's name and mailing address**

BANCO DE LA NACION / SUNAT
AV REPUBLICA DE PANAMA
LIMA  3664
PERU

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.42**    **Priority creditor's name and mailing address**

BANCREDITO
2 AV 4 CRUCE CON CALLE
EDIF BANCREDITO, FL 1
SAN JOSE
COSTA RICA

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.43**    **Priority creditor's name and mailing address**

BERNALILLO COUNTY TREASURER
415 SILVER AVE SW
ALBUQUERQUE, NM  87102

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.44 | **Priority creditor's name and mailing address**<br><br>BIRMINGHAM AIRPORT AUTHORITY PFC<br>5900 MESSER AIRPORT HWY<br>BIRMINGHAM BIRMINGHAM, AL  35212-1057<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.45 | **Priority creditor's name and mailing address**<br><br>BOISE AIR TERMINAL<br>W AIRPORT WAY<br>BOISE, ID  83705-6530<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.46 | **Priority creditor's name and mailing address**<br><br>BROWARD COUNTY AVIATION DEPT./USA<br>PARKING ASSOC.<br>400 TERMINAL DRIVE, BOX 50<br>FORT<br> LAUDERDALE, FL  33315<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.47 | **Priority creditor's name and mailing address**<br><br>BROWARD COUNTY TAX COLLECTOR<br>1800 N W 66TH AVENUE SUITE 100<br>PLANTATION, FL  33313-4523<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.48 | **Priority creditor's name and mailing address**<br><br>BROWARD CTY AVIATION DEPT<br>2200 S W 45TH STREET SUITE 101<br>DANIA BEACH, FL  33312<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

Debtor  Spirit Airlines, LLC
(Name)

Case number (if known)  25-11896

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.49 | **Priority creditor's name and mailing address**<br><br>BROWARD CTY AVIATION PFC<br>2200 SW 45 ST, SUITE 200<br>FORT LAUDERDALE,, FL  33312-5731<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.50 | **Priority creditor's name and mailing address**<br><br>BUNCOMBE COUNTY TAX COLLECTOR<br>94 COXE AVE<br>ASHEVILLE, NC  28801<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.51 | **Priority creditor's name and mailing address**<br><br>CALIFORNIA FRANCHISE TAX BOARD<br>9646 BUTTERFIELD WAY<br>SACRAMENTO, CA  95827<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.52 | **Priority creditor's name and mailing address**<br><br>CALIFORNIA STATE CONRTOLLERS OFFICE<br>888 S FIGUEROA ST<br>LOS ANGELES, CA  90017<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.53 | **Priority creditor's name and mailing address**<br><br>CAPITAL REGION AIRPORT COMMISSION<br>1 RICHARD E BYRD TERMINAL DR<br>RICHMOND,, VA  23250<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.54**   **Priority creditor's name and mailing address**

CENTRAL WEST VIRGINIA REGIONAL - PF
REGIONAL AIRPORT AUTHORITY 100
AIRPORT ROAD SUITE 175
CHARLESTON, WV 25311

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.55**   **Priority creditor's name and mailing address**

CHARLESTON COUNTY AVIATION AUTHORIT
INTERNATIONAL BLVD
NORTH CHARLESTON, SC 29418-6911

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.56**   **Priority creditor's name and mailing address**

CHARLOTTE DOUGLAS INT'L AIRPORT
5601 WILKINSON BLVD
CHARLOTTE, NC 28208-3557

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.57**   **Priority creditor's name and mailing address**

CHICAGO DEPARTMENT OF
FINANCE
121 N LASALLE
CHICAGO, IL 60602

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.58**   **Priority creditor's name and mailing address**

CHICAS, VILCHEZ & RUIZ
75 AV SUR, PASAJE RIVERA #3
COL ESCALON
SAN SALVADOR
EL SALVADOR

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.59 | **Priority creditor's name and mailing address**<br>CITY AND COUNTY OF DENVER<br>201 W COLFAX AVE<br>DENVER, CO 80202<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.60 | **Priority creditor's name and mailing address**<br>CITY OF ALBUQUERQUE AVIATION DEPT<br>2200 SUNPORT SE<br>ALBUQUERQUE, NM 87106<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.61 | **Priority creditor's name and mailing address**<br>CITY OF ATLANTA DEPARTMENT OF AVIAT<br>6000 NORTH TERMINAL PARKWAY<br>ATLANTA,, GA 30320<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.62 | **Priority creditor's name and mailing address**<br>CITY OF AUSTIN<br>2901 EMPLOYEE AVE STE 100<br>AUSTIN, TX 78719-2319<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.63 | **Priority creditor's name and mailing address**<br>CITY OF AUSTIN DEPT OF AVIATION PFC<br>3011 EMPLOYEE AVE, STE 1101<br>AUSTIN, TX 78719<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.64 | **Priority creditor's name and mailing address**<br><br>CITY OF BOSTON<br>BOSTON/ISD, WEIGHTS & MEASURES DIV<br>1010 MASSACHUSETTS AVENUE<br>BOSTON, MA 02118<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.65 | **Priority creditor's name and mailing address**<br><br>CITY OF CHARLOTTE<br>C/O PREFERRED SOLUTIONS<br>1200 E MOREHEAD ST, STE 270<br>CHARLOTTE, NC 28204<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.66 | **Priority creditor's name and mailing address**<br><br>CITY OF CHICAGO DEPT. OF AVIATION<br>121 N. LASALLE STREET, RM 700<br>CHICAGO, IL 60602<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.67 | **Priority creditor's name and mailing address**<br><br>CITY OF CHICAGO PFC<br>DEPARTMENT OF FINACE 121 N. LASALLE,<br>ROOM 700<br>CHICAGO, IL 60602<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.68 | **Priority creditor's name and mailing address**<br><br>CITY OF DORAL<br>8401 NW 53RD TERRACE<br>DORAL, FL 33166<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.69 | **Priority creditor's name and mailing address**<br>CITY OF HENDERSON<br>250 S GREEN VALLEY PKWY<br>HENDERSON, NV 89012-2301<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.70 | **Priority creditor's name and mailing address**<br>CITY OF KANSAS CITY - PFC<br>414 E 12TH ST<br>KANSAS CITY, MO 64106<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.71 | **Priority creditor's name and mailing address**<br>CITY OF KANSAS CITY AVIATION DEPART<br>601 BRASILIA AVE<br>KANSAS CITY, MO 64153<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.72 | **Priority creditor's name and mailing address**<br>CITY OF KENNER<br>1801 WILLIAMS BLVD<br>KENNER, LA 70062<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.73 | **Priority creditor's name and mailing address**<br>CITY OF LOS ANGELES<br>LOS ANGELES WORLD AIRPORTS FILE 54989<br>LOS ANGELES, CA 90054-0078<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.74** **Priority creditor's name and mailing address** <br> CITY OF LOS ANGELES PFC <br> 700 E TEMPLE ST <br> LOS ANGELES, CA 90012 <br><br> **Date or dates debt was incurred** <br> UNDETERMINED <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> TAX AUDIT CLAIM <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.75** **Priority creditor's name and mailing address** <br> CITY OF MANCHESTER, NH <br> 1 AIRPORT RD <br> MANCHESTER, NH 03103-7450 <br><br> **Date or dates debt was incurred** <br> UNDETERMINED <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> TAX AUDIT CLAIM <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.76** **Priority creditor's name and mailing address** <br> CITY OF MANCHESTER, NH PFC <br> 1 AIRPORT RD, STE 300 <br> MANCHESTER, NH 03103 <br><br> **Date or dates debt was incurred** <br> UNDETERMINED <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> TAX AUDIT CLAIM <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.77** **Priority creditor's name and mailing address** <br> CITY OF MIRAMAR <br> 2300 CIVIC CENTER PLACE <br> MIRAMAR, FL 33025 <br><br> **Date or dates debt was incurred** <br> UNDETERMINED <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> TAX AUDIT CLAIM <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.78** **Priority creditor's name and mailing address** <br> CITY OF OAKLAND <br> 250 FRANK H OGAWA PLAZA # 1320 <br> OAKLAND, CA 94612 <br><br> **Date or dates debt was incurred** <br> UNDETERMINED <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> TAX AUDIT CLAIM <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.79** | **Priority creditor's name and mailing address**<br>CITY OF PENSACOLA<br>AIRPORT BLVD 2430 AIRPORT BLVD<br>PENSACOLA, FL 32504-8964<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.80** | **Priority creditor's name and mailing address**<br>CITY OF PENSACOLA-PFC<br>AIRPORT BLVD<br>PENSACOLA, FL 32504-8964<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.81** | **Priority creditor's name and mailing address**<br>CITY OF PHILADELPHIA<br>415 CITY HALL<br>PHILADELPHIA, PA 19107<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.82** | **Priority creditor's name and mailing address**<br>CITY OF PHOENIX<br>200 W WASHINGTON ST<br>PHOENIX, AZ 85003<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.83** | **Priority creditor's name and mailing address**<br>CITY OF PORTLAND<br>1120 SW 5TH AVE ROOM 1250<br>PORTLAND, OR 97204<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.84 | **Priority creditor's name and mailing address**<br><br>CITY OF ROMULUS<br>11111 WAYNE ROAD<br>ROMULUS, MI 48174<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.85 | **Priority creditor's name and mailing address**<br><br>CITY OF SAN ANTONIO TEXAS<br>100 MILITARY PLAZA<br>SAN ANTONIO, TX 78205<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.86 | **Priority creditor's name and mailing address**<br><br>CITY OF SAN JOSE<br>AIRPORT BLVD<br>SAN JOSE, CA 95110-1206<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.87 | **Priority creditor's name and mailing address**<br><br>CITY OF SAN JOSE PFC<br>1701 AIRPORT BLVD., SUITE B-1130<br>SAN JOSE, CA 95110-1202<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.88 | **Priority creditor's name and mailing address**<br><br>CITY OF ST. LOUIS - PFC<br>1200 MARKET ST<br>SAINT LOUIS, MO 63103<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.89 | **Priority creditor's name and mailing address**<br><br>CITY OF TAMPA<br>306 E JACKSON ST<br>TAMPA, FL 33602<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.90 | **Priority creditor's name and mailing address**<br><br>CLARK COUNTY DEPT OF AVIATION<br>5757 WAYNE NEWTON BLVD<br>LAS VEGAS, NV 89119<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.91 | **Priority creditor's name and mailing address**<br><br>CLAYTON CTY TAX COMMISSIONER<br>ADM. ANNEX 3, 2ND FLOOR 121 S.<br>MCDONOUGH STREET<br>JONESBORO, GA 30236<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.92 | **Priority creditor's name and mailing address**<br><br>CLEVELAND AIRPORT SYSTEM<br>5575 VENTURE DR # A LOCKBOX 70275<br>PARMA, OH 44130<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.93 | **Priority creditor's name and mailing address**<br><br>CLEVELAND AIRPORT SYSTEM - PFC<br>5300 RIVERSIDE DR<br>CLEVELAND, OH 44135<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.94 | **Priority creditor's name and mailing address**<br><br>CLEVELAND TERMINAL & EQUIPMENT CONS<br>KRAFT RD<br>NAPLES, FL 34105-5047<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.95 | **Priority creditor's name and mailing address**<br><br>COCESNA - COPORACION CENTROAMERIC<br>TEGUCIGALPA, M.D.C<br>TEGUCIGALPA<br>HONDURAS<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.96 | **Priority creditor's name and mailing address**<br><br>COLLECTOR OF CUSTOMS - JAM<br>MYERS WHARF, NEWPORT EAST, KINGSTON<br>15<br>KINGSTON<br>JAMAICA<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.97 | **Priority creditor's name and mailing address**<br><br>COLLECTOR OF REVENUE-ST. LOUIS COUN<br>41 S CENTRAL AVENUE<br>ST LOUIS, MO 63105<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.98 | **Priority creditor's name and mailing address**<br><br>COLORADO DEPARTMENT OF REVENUE<br>1375 SHERMAN ST<br>DENVER, CO 80261<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Pg 105 of 868

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.99 | **Priority creditor's name and mailing address**<br><br>COLORADO DEPT OF AGRICULTURE<br>305 INTERLOCKEN PARKWAY<br>BROOMFIELD, CO  80021<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.100 | **Priority creditor's name and mailing address**<br><br>COLORADO STATE TREASURY<br>200 E. COLFAX AVE ROOM 141<br>DENVER, CO  80203-1722<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.101 | **Priority creditor's name and mailing address**<br><br>COLUMBUS CITY TREASURY<br>77 N FRONT ST<br>COLUMBUS, OH  43215<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.102 | **Priority creditor's name and mailing address**<br><br>COLUMBUS REGIONAL AIRPORT<br>4600 INTERNATIONAL GATEWAY<br>COLUMBUS, OH  43219<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.103 | **Priority creditor's name and mailing address**<br><br>COMISION EJECUTIVA PORTUARIA AUTONO<br>EDIF TORRE ROBLE, BLVD LOS HEROES<br>METROCENTRO<br>SAN SALVADOR<br>EL SALVADOR<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.104**    **Priority creditor's name and mailing address**

COMMISSIONER OF TAXATION & FINANCE
77 BROADWAY, SUITE 112
BUFFALO, NY 14203-1670

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.105**    **Priority creditor's name and mailing address**

COMMISSIONER OF TAXATION AND FINANC
110 STATE ST, FL 2
ALBANY, NY 12207

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.106**    **Priority creditor's name and mailing address**

COMMONWEALTH OF MASSACHUSETTS
1 ASHBURTON PL, 12TH FL
BOSTON, MA 02108

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.107**    **Priority creditor's name and mailing address**

COMMONWEALTH OF VIRGINIA
101 N 14TH ST
RICHMOND, VA 23219

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.108**    **Priority creditor's name and mailing address**

COMPTROLLER OF MARYLAND
301 WEST PRESTON STREET, ROOM 310
BALTIMORE, MD 21201

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.109** **Priority creditor's name and mailing address** CONNECTICUT AIRPORT AUTHORITY 334 ELLA GRASSO TURNPILE SUITE # 160 WINDSOR LOCKS, CT  06096 **Date or dates debt was incurred** UNDETERMINED **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed **Basis for the claim:** TAX AUDIT CLAIM **Is the claim subject to offset?** ☑ No ☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.110** **Priority creditor's name and mailing address** CONNECTICUT AIRPORT AUTHORITY - PFC 334 ELLA GRASSO TURNPILE # 160 WINDSOR  LOCKS, CT  06096 **Date or dates debt was incurred** UNDETERMINED **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed **Basis for the claim:** TAX AUDIT CLAIM **Is the claim subject to offset?** ☑ No ☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.111** **Priority creditor's name and mailing address** COOK COUNTRY DEPART OF REVENUE 118 N CLARK ST # 1160 CHICAGO, IL  60602 **Date or dates debt was incurred** UNDETERMINED **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed **Basis for the claim:** TAX AUDIT CLAIM **Is the claim subject to offset?** ☑ No ☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.112** **Priority creditor's name and mailing address** CORPAC, S.A AV ELMER FAUCETT CALLAO  07031 PERU **Date or dates debt was incurred** UNDETERMINED **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed **Basis for the claim:** TAX AUDIT CLAIM **Is the claim subject to offset?** ☑ No ☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.113** **Priority creditor's name and mailing address** COUNTY OF HENRICO, VIRGINIA 4301 E PARHAM RD ROOM # 138 DEPARTMENT OF FINANCE HENRICO, VA 23228-2745 **Date or dates debt was incurred** UNDETERMINED **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed **Basis for the claim:** TAX AUDIT CLAIM **Is the claim subject to offset?** ☑ No ☐ Yes | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.114 | **Priority creditor's name and mailing address**<br><br>COUNTY OF SANTA CLARA DEPARTMENT OF<br>110 WEST TASMAN DRIVE<br>SAN JOSE, CA 95134<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.115 | **Priority creditor's name and mailing address**<br><br>DALLAS FORT WORTH INTNL - PFC<br>FINANCE DEPT GRANTS PFC'S PO DRAWER<br>619428<br>DALLAS, TX 75261-9428<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.116 | **Priority creditor's name and mailing address**<br><br>DALLAS/FORT WORTH INT. AIRPORT<br>2400 AVIATION DR<br>DFW AIRPORT, TX 75261<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.117 | **Priority creditor's name and mailing address**<br><br>DC OFFICE OF FINANCE & TREASURY<br>1101 4TH STREET SW SUITE 800W<br>WASHINGTON, DC 20024<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.118 | **Priority creditor's name and mailing address**<br><br>DELAWARE STATE ESCHEATOR<br>820 N FRENCH ST 8TH FLOOR<br>WILMINGTON, DE 19801<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |

Debtor Spirit Airlines, LLC
_____
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known) 25-11896
Pg 109 of 868

| Part 1: | Additional Page |
| --- | --- |

|  |  | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.119** | **Priority creditor's name and mailing address**

DENVER PORT AUTHORITY - PFC
1331 17TH ST, STE 1000
DENVER, CO 80202

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.120** | **Priority creditor's name and mailing address**

DEPT OF LIC & CONSUMER ST THOMAS
8201 SUB BASE SUITE 1
ST. THOMAS, VI 00802

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.121** | **Priority creditor's name and mailing address**

DETROIT AIRLINES NORTH
601 ROGER DRIVE SUITE 2167A
DANTEC
 DETROIT, MI 48242

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.122** | **Priority creditor's name and mailing address**

DETROIT METROPOLITAN - PFC
WAYNE COUNTY AIRPORT LC SMITH
TERMINAL MEZZANINE
DETROIT, MI 48242

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.123** | **Priority creditor's name and mailing address**

DIAN / DIRECCION DE IMPUESTOS Y
EDIFICIO SAN AGUSTIN, CARRET 8 NO 6C-38
BOGOTA
COLOMBIA

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.124** | **Priority creditor's name and mailing address**

DIRECCION GENERAL DE AERONAUTICA CI
9A AVENIDA 14-75
GUATEMALA CITY
GUATEMALA

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.125** | **Priority creditor's name and mailing address**

DIRECCION GENERAL DE AVIACION CIVIL
MATRIZ AMERICA OE 153 Y AV 10 DE
AGOSTO
QUITO
ECUADOR

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.126** | **Priority creditor's name and mailing address**

DIRECCION GENERAL DE INGRESOS
21 CALLE SURESTE
MANAGUA
NICARAGUA

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.127** | **Priority creditor's name and mailing address**

DIRECCION GENERAL DE TESORERIA - SA
BLVD DE LOS HEROES, NO 1231
SAN SALVADOR
EL SALVADOR

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.128** | **Priority creditor's name and mailing address**

DIRECCION/COLECTOR DE IMPUESTOS INT
ACROPOLIS CENTER, AVE WINSTON
CHURCHILL, STE 1500
SANTO DOMINGO
DOMINICAN REPUBLIC

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.129** | **Priority creditor's name and mailing address**

DIRECTION GENERALE DES IMPOTS
AVE DE DELMAS, NO 1
PORT AU PRINCE
HAITI

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.130** | **Priority creditor's name and mailing address**

DIVISION OF ALCOHOLIC
1940 N MONROE ST
TALLAHASSEE, FL  32399-1022

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.131** | **Priority creditor's name and mailing address**

EAAI/EMPRESA ADMINISTRADORA DE AER
KM.11 CARRETERA NORTE MANAGUA
MANAGUA
NICARAGUA

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.132** | **Priority creditor's name and mailing address**

EARL K. WOOD, TAX COLLECTOR
200 S ORANGE AVE, STE 1500
ORLANDO, FL  32801

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.133** | **Priority creditor's name and mailing address**

ESCAMBIA COUNTY TAX COLLECTOR
213 PALAFOX PL
PENSACOLA, FL  32591-1312

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.134**

**Priority creditor's name and mailing address**

EUROCONTROL
RUE DE LA FUSEE 96
BRUXELLES  1130
BELGIUM

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.135**

**Priority creditor's name and mailing address**

FEDERAL AVIATION ADMINISTRATION
AVIATION INSURANCE, APO-3 800
 INDEPENDENCE AVE.SW, RM939
WASHINGTON, DC  20591

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.136**

**Priority creditor's name and mailing address**

FIDEICOMISO OPAIN SA
CARRERA 7, NO 71-52
TORRE B, PISO 2
BOGOTA
COLOMBIA

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.137**

**Priority creditor's name and mailing address**

FIDEICOMISOS SOCIEDAD FIDUCIARIA DE
CRA 13 , NO 26A-47, PISO 9
BOGOTA
COLOMBIA

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.138**

**Priority creditor's name and mailing address**

FIDUAGRARIA FEDEICOMISO PROTURISMO
CALLE 16 , #6-66, PISO 26,28,29
BOGOTA
COLOMBIA

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.139** | **Priority creditor's name and mailing address** | | UNDETERMINED | UNDETERMINED

FIDUCIARIA DE OCIDENTE REGULADOS
CALLE 73, PISO 3
CARTAGENA
COLOMBIA

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.140** | **Priority creditor's name and mailing address** | | UNDETERMINED | UNDETERMINED

FL DEPARTMENT OF FINANCIAL SERVICES
200 E GAINES ST
TALLAHASSEE, FL  32399

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.141** | **Priority creditor's name and mailing address** | | UNDETERMINED | UNDETERMINED

FL DEPT OF ENVIRONMENTAL PROTECTION
2600 BLAIRSTONE RD
TALLAHASSEE, FL  32399-2400

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.142** | **Priority creditor's name and mailing address** | | UNDETERMINED | UNDETERMINED

FLORIDA DEPARTMENT OF REVENUE
5050 W. TENNESSEE STREET
TALLAHASSEE, FL  32399-0120

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.143** | **Priority creditor's name and mailing address** | | UNDETERMINED | UNDETERMINED

FLORIDA DEPARTMENT OF STATE
2661 W EXECUTIVE CENTER CIRCLE
TALLAHASSEE, FL  32301

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.144 | **Priority creditor's name and mailing address**<br><br>GENERAL MITCHELL INTL<br>5300 S HOWELL AVE<br>MILWAUKEE, WI 53207-6156<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.145 | **Priority creditor's name and mailing address**<br><br>GEORGIA DEPARTMENT OF REVENUE<br>4125 WELCOME ALL ROAD SUITE 701<br>ATLANTA, GA 30349-1824<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $0.00 | UNDETERMINED |
| 2.146 | **Priority creditor's name and mailing address**<br><br>GOVERNMENT OF VIRGIN ISLANDS<br>5049 KONGENS GADE ST<br>THOMAS, VI 00802-6487<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.147 | **Priority creditor's name and mailing address**<br><br>GRAPEVINE-COLLEYVILLE TAX OFFICE<br>3072 MUSTANG DRIVE<br>GRAPEVINE, TX 76051<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.148 | **Priority creditor's name and mailing address**<br><br>GTR ORLANDO AVIATION AUTHORITY<br>1 JEFF FUQUA BLVD<br>ORLANDO, FL 32827<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

|  | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.149 | **Priority creditor's name and mailing address**<br><br>GUILFORD COUNTY TAX DEPARTMENT<br>400 W MARKET ST<br>GREENSBORO, NC  27401<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.150 | **Priority creditor's name and mailing address**<br><br>HENNEPIN COUNTY TREASURER<br>A-600 GOVERNMENT CENTER<br>MINNEAPOLIS, MN  55487<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.151 | **Priority creditor's name and mailing address**<br><br>HILLSBOROUGH COUNTY AVIATION AUTHORITY<br>412 E MADISON ST, ST 800<br>TAMPA, FL  33602<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.152 | **Priority creditor's name and mailing address**<br><br>HILLSBOROUGH COUNTY PFC<br>4100 GEORGE J BEAN PKWY<br>TAMPA, FL  33607<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.153 | **Priority creditor's name and mailing address**<br><br>HILLSBOROUGH COUNTY TAX COLLECTOR<br>601 E KENNEDY BLVD<br>TAMPA, FL  33602<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.154**   **Priority creditor's name and mailing address**

HORRY COUNTY TREASURER
1301 2ND AVE
CONWAY, SC  29528

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.155**   **Priority creditor's name and mailing address**

HORWATH VELEZ & CO., PSC
100 RD 165, STE 410
GUAYNABO  00965
PUERTO RICO

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.156**   **Priority creditor's name and mailing address**

HOUSTON AIRPORT SYSTEM
16930 JFK BLVD
HOUSTON, TX  77205-0106

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.157**   **Priority creditor's name and mailing address**

IAH/GEORGE BUSH INTERCONTINENTAL -
3500 N TERMINAL RD
HOUSTON, TX  77032

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.158**   **Priority creditor's name and mailing address**

IATA - PRINCESS JULIANA INT. AIRP.
ST. MAARTEN
ANTILLES
NETHERLANDS

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.159**   **Priority creditor's name and mailing address**

IATA EMPRESA HONDURENA DE INFRAESTR
RD CA5
LA MESA, CORTES
HONDURAS

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.160**   **Priority creditor's name and mailing address**

IATA/PALMEROLA INTERNATNL ARPRT,
CARRETERA CAS
TEGUCIGALPA
HONDURAS

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.161**   **Priority creditor's name and mailing address**

ICE/INSTITUTO COSTARRICENSE DE TURI
AREA DE INGRESOS APARTADO
SAN JOSE  10289
COSTA RICA

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.162**   **Priority creditor's name and mailing address**

IDAHO STATE TAX COMMISSION
11321 W CHINDEN BLVD
BOISE, ID  83714

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.163**   **Priority creditor's name and mailing address**

ILLINOIS DEPARTMENT OF REVENUE
555 W MONROE ST
CHICAGO, IL  60661

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

Debtor   Spirit Airlines, LLC
         (Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
                              Pg 118 of 868

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.164 | **Priority creditor's name and mailing address**<br><br>ILLINOIS SECRETARY OF STATE<br>DEPT OF BUSINESS SERVICE 501 S 2ND STREET<br>SPRINGFIELD, IL 62756<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.165 | **Priority creditor's name and mailing address**<br><br>ILLINOIS STATE TREASURER<br>1 E OLD STATE CAPITOL PLAZA<br>SPRINGFIELD, IL 62701<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.166 | **Priority creditor's name and mailing address**<br><br>INDIANA DEPARTMENT OF REVENUE<br>100 N. SENATE AVE<br>INDIABAPOLIS, IN 46204<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.167 | **Priority creditor's name and mailing address**<br><br>INDIANAPOLIS AIRPORT AUTHORITY<br>7800 COL H WEIR COOK MEMORIAL DR, STE 100<br>INDIANAPOLIS, IN 46241<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.168 | **Priority creditor's name and mailing address**<br><br>INGUAT/INSTITUTO GUATEMALTECO DE TU<br>7A AVENIDA 1-17, ZONA 4<br>GUATEMALA CITY<br>GUATEMALA<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.169 | **Priority creditor's name and mailing address**<br><br>INSTITUTO DOMINICANO DE AVIACION CI<br>AV DELGADO ESQ MEXICO<br>SANTO DOMINGO<br>DOMINICAN REPUBLIC<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.170 | **Priority creditor's name and mailing address**<br><br>INTERNAL REVENUE SERVICE<br>111 CONSTITUTIONAL AVENUE NW<br>WASHINGTON, DC  20224<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.171 | **Priority creditor's name and mailing address**<br><br>INTERNATIONAL AIR TRANSPORT<br>ASSOCIATION<br>FRANKFURTSTRAAT 2, PO BOX 49<br>LIJNDEN  1170<br>THE NETHERLANDS<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.172 | **Priority creditor's name and mailing address**<br><br>INTUR/INSTITUTO NICARAGUENSE DE TUR<br>OCTAVA CALLE SUR OESTE, #101<br>MANAGUA<br>NICARAGUA<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.173 | **Priority creditor's name and mailing address**<br><br>JAMAICA CIVIL AVIATION AUTHORITY<br>4 WINCHESTER RD<br>KINGSTON<br>JAMAICA<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

Debtor    Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 120 of 868

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.174 | **Priority creditor's name and mailing address** <br><br> JAMAICAN GOVERNMENT TREASURY <br> 42 B-C UNION ST <br> MONTEGO BAY <br> JAMAICA <br><br> **Date or dates debt was incurred** <br> UNDETERMINED <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> TAX AUDIT CLAIM <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.175 | **Priority creditor's name and mailing address** <br><br> JEFFERSON COUNTY SHERIFFS OFFICE <br> 531 COURT PL, STE 604 <br> LOUISVILLE, KY  40202 <br><br> **Date or dates debt was incurred** <br> UNDETERMINED <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> TAX AUDIT CLAIM <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.176 | **Priority creditor's name and mailing address** <br><br> JEFFERSON PARISH - REVENUE & TAX <br> 1233 WESTBANK EXPWY <br> HARVEY, LA  70058 <br><br> **Date or dates debt was incurred** <br> UNDETERMINED <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> TAX AUDIT CLAIM <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.177 | **Priority creditor's name and mailing address** <br><br> JOHN B. MCCKUSKEY WV STATE AUDITOR <br> 1900 KANAWHA BLVD E. BLD 1, RM W-118 <br> CHARLESTON, WV  23305-0230 <br><br> **Date or dates debt was incurred** <br> UNDETERMINED <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> TAX AUDIT CLAIM <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.178 | **Priority creditor's name and mailing address** <br><br> JOHN WAYNE AIRPORT COUNTY OF <br> ORANGE <br> 3160 AIRWAU AVE <br> COSTA MESA, CA  92626 <br><br> **Date or dates debt was incurred** <br> UNDETERMINED <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> TAX AUDIT CLAIM <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | UNDETERMINED | UNDETERMINED |

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Pg 121 of 868

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.179 | **Priority creditor's name and mailing address**<br><br>KANSAS STATE TREASURER<br>900 SW JACKSON STREET, SUITE 202<br>TOPEKA, KS  66612-1235<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.180 | **Priority creditor's name and mailing address**<br><br>KENTUCKY DEPARMTNET OF AGRICULTURE<br>107 CORPORATE DRIVE<br>FRANKFORT, KY  40601<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.181 | **Priority creditor's name and mailing address**<br><br>KENTUCKY DEPARTMENT OF REVENUE<br>501 HIGH ST STATION 38<br>FRANKFORT, KY  40601<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.182 | **Priority creditor's name and mailing address**<br><br>KING COUNTY INTERNATIONAL AIRPORT<br>7277 PERIMETER RD<br>S SEATTLE, WA  98108-3844<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.183 | **Priority creditor's name and mailing address**<br><br>KING COUNTY TREASURY<br>500 FOURTH AVE ROM 600<br>SEATTLE, WA  98104-2340<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |

Debtor Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 122 of 868

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.184** | **Priority creditor's name and mailing address**
LAS VEGAS DEPT OF AVIATION-PFC
5757 WAYNE NEWTON BLVD
LAS VEGAS, NV  89111

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.185** | **Priority creditor's name and mailing address**
LEE COUNTY PORT AUTH PFC
11000 TERMINAL ACCESS ROAD SUITE 8671
FORT MYERS, FL  33913-8899

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.186** | **Priority creditor's name and mailing address**
LEE COUNTY TAX COLLECTOR
2480 THOMPSON ST
FORT MEYERS, FL  33901

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.187** | **Priority creditor's name and mailing address**
LIMA AIRPORT PARTNERS S.R.L
ELMER FAUCETT AVE
LIMA
PERU

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.188** | **Priority creditor's name and mailing address**
LOS ANGELES CNTY TAX COLLECTOR
500 W TEMPLE ST
LOS ANGELES, CA  90012

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Pg 123 of 868

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.189** | **Priority creditor's name and mailing address**<br><br>LOUIS ARMSTRONG NEW ORLEANS INTL AIRPORT<br>1 TERMINAL DR<br>KENNER, LA 70062<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.190** | **Priority creditor's name and mailing address**<br><br>LOUISIANA DEPT OF REVENUE<br>1201 N 3RD ST, STE 7-210<br>BATON ROUGE, LA 70802<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.191** | **Priority creditor's name and mailing address**<br><br>LOUISVILLE REGIONAL AIRPORT AUTHORITY<br>700 ADMINISTRATION DR<br>LOUISVILLE, KY 40209-1537<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.192** | **Priority creditor's name and mailing address**<br><br>MARYLAND AVIATION ADMIN - PFC<br>25 S CHARLES ST<br>BALTIMORE, MD 21201<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.193** | **Priority creditor's name and mailing address**<br><br>MARYLAND AVIATION ADMINISTRATION<br>701 WILSON POINT RD<br>MIDDLE RIVER, MD 21220<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

Debtor Spirit Airlines, LLC

(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known) 25-11896
Pg 124 of 868

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.194 | **Priority creditor's name and mailing address**<br>MARYLAND DEPARTMENT OF REVENUE<br>301 W. PRESTON STREET ROOM 206<br>BALTIMORE, MD  21501-2384<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.195 | **Priority creditor's name and mailing address**<br>MARYLAND DEPT OF AGRICULTURE<br>50 HARRY S TRUMAN PKWY<br>ANNAPOLIS, MD  21401<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.196 | **Priority creditor's name and mailing address**<br>MASSACHUSETTS PORT AUTHORITY<br>C/O MA PORT AUTHORITY ONE<br>HARBORSIDE DR, STE 200S<br>EAST BOSTON, MA  02128<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.197 | **Priority creditor's name and mailing address**<br>MD DIVISION OF UNEMPLOYMENT INSURAN<br>1100 N EUTAW ST RM 414<br>BALTIMORE, MD  21201-2225<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.198 | **Priority creditor's name and mailing address**<br>MECKLENBURG COUNTY TAX COLLECTOR<br>VALERIE C WOODARD CTR 3205 FREEDOM<br>DR, STE 3000<br>CHARLOTTE, BC  28208<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.199**

**Priority creditor's name and mailing address**

MEMPHIS INTERNATIONAL AIRPORT
2491 WINCHESTER ROAD, SUITE 113
MEMPHIS, TN  38116-3856

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.200**

**Priority creditor's name and mailing address**

MEMPHIS-SHELBY COUNTY AIRPORT
AUTHORITY
WINCHESTER RD
MEMPHIS, TN  38116-3856

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.201**

**Priority creditor's name and mailing address**

METRO AIRPORT COMMISSION (MSP)
MAC NW-9227
MINNEAPOLIS, MN  55485

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.202**

**Priority creditor's name and mailing address**

METROPOLITAN ARPRT COMM PFC
6040 28TH AVENUE SOUTH
MINNEAPOLIS,, MN  55450-2799

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.203**

**Priority creditor's name and mailing address**

METROPOLITAN NASHVILLE AIRPORT
TERMINAL DR
NASHVILLE, TN  37214-4110

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.204 | **Priority creditor's name and mailing address**<br><br>METROPOLITAN TRUSTEE REAL PROPERTY HOWARD OFFICE BLDG 700 PRES RONALD REAGAN WY, STE 220 METROPOLITAN TRUSTEE NASHVILLE, TN 37210<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.205 | **Priority creditor's name and mailing address**<br><br>MIAMI DADE AVIATION DEPARTMENT 4200 NW 36TH ST MIAMI, FL 33166<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.206 | **Priority creditor's name and mailing address**<br><br>MIAMI-DADE TAX COLLECTOR 200 NW 2ND AVENUE MIAMI, FL 33128<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.207 | **Priority creditor's name and mailing address**<br><br>MICHIGAN CHAMBER OF COMMERCE 600 S WALNUT ST LANSING, MI 48933-2209<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.208 | **Priority creditor's name and mailing address**<br><br>MICHIGAN DEPT. OF TREASURY ATTN STATE TREASURER AUSTIN BLDG 430 W ALLEGAN ST LANSING, MI 48922<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.209** **Priority creditor's name and mailing address** <br><br> MINISTERE DE L'INTERIEUR ET DES COL <br> BLVD TOUSSAINT LOUVERTURE <br> PORT AU PRINCE 1792 <br> HAITI <br><br> **Date or dates debt was incurred** <br><br> UNDETERMINED <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> TAX AUDIT CLAIM <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.210** **Priority creditor's name and mailing address** <br><br> MINISTERIO DE COMERCIO <br> CALLE 28 NO 13 -15 <br> BOGOTA <br> COLOMBIA <br><br> **Date or dates debt was incurred** <br><br> UNDETERMINED <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> TAX AUDIT CLAIM <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.211** **Priority creditor's name and mailing address** <br><br> MINISTERIO DE TURISMO <br> AVENIDA 12 DE OCTUBRE NO 26-48 Y <br> LINCOLN <br> EDIF MIRAGE, PISO 7 <br> QUITO <br> ECUADOR <br><br> **Date or dates debt was incurred** <br><br> UNDETERMINED <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> TAX AUDIT CLAIM <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.212** **Priority creditor's name and mailing address** <br><br> MINISTERIO/DIRECCION GNRL DE MIGRAC <br> CALLE PTE 9A, 17 AV NORTE <br> SAN SALVADOR <br> EL SALVADOR <br><br> **Date or dates debt was incurred** <br><br> UNDETERMINED <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> TAX AUDIT CLAIM <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.213** **Priority creditor's name and mailing address** <br><br> MINNESOTA DEPARTMENT OF COMMERCE <br> 85 7TH PLACE EAST SUITE 280 <br> ST. PAUL, MN 55101-2198 <br><br> **Date or dates debt was incurred** <br><br> UNDETERMINED <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> TAX AUDIT CLAIM <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.214 | **Priority creditor's name and mailing address**<br><br>MINNESOTA REVENUE<br>600 N ROBERT ST<br>ST PAUL, MN  55101<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.215 | **Priority creditor's name and mailing address**<br><br>MISSOURI DEPT OF REVENUE<br>HARRY S TRUMAN ST OFFC BLDG 301 W<br>HIGH ST<br>JEFFERSON CITY, MO  65101<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.216 | **Priority creditor's name and mailing address**<br><br>MUNICIPALIDAD DE ALAJUELA<br>AEROPUERTO JUAN SANTAMARIA<br>ALAJUELA  1234<br>COSTA RICA<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.217 | **Priority creditor's name and mailing address**<br><br>MUNICIPALIDAD DE SAN PEDRO SULA<br>BARRIO EL CENTRO<br>ENTRE 4 Y 5 AVENIDA SOUTH-WEST<br>ENTR 1 Y 2 CALLE SAN PEDRO<br>SAN PEDRO SULE<br>HONDURAS<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.218 | **Priority creditor's name and mailing address**<br><br>MUNICIPIO DE ARMENIA<br>CR 17 NO 16-00<br>QUINDIO ARMENIA<br>COLOMBIA<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.219 | **Priority creditor's name and mailing address**<br><br>MUNICIPIO DE LEBRIJA<br>CALLE 11 NO 8-59<br>SANTANDER<br>COLOMBIA<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.220 | **Priority creditor's name and mailing address**<br><br>MUNICIPIO DE RIONEGRO<br>CALLE 49 NO 50-05<br>RIONEGRO<br>COLOMBIA<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.221 | **Priority creditor's name and mailing address**<br><br>MUNICIPIO DE SOLEDAD<br>CALLE 48 NO 10-26<br>BOGOTA<br>COLOMBIA<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.222 | **Priority creditor's name and mailing address**<br><br>MYRTLE BEACH INT'L A/P ( PFC )<br>11 JETPORT ROAD<br>MYRTLE BEACH, SC  29577<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.223 | **Priority creditor's name and mailing address**<br><br>MYRTLE BEACH/HORRY DEPT OF AIRPORT<br>1100 JETPORT ROAD<br>MYRTLE BEACH, SC  29577<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.224** **Priority creditor's name and mailing address**

NASSAR ABOGADOS COSTA RICA, S.A.
OFFICENTRO TORRES DEL CAMPO
TORRE 1, PISO 2
BARRIO TOURNON
SAN JOSE
COSTA RICA

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.225** **Priority creditor's name and mailing address**

NATS (SERVICES) LIMITED
1-5 OSBORNE TERR
EDINBURGH  125HG
UNITED KINGDOM

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.226** **Priority creditor's name and mailing address**

NAV CANADA
77 RUE METCALFE
OTTAWA, ON  K1P 5L6
CANADA

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.227** **Priority creditor's name and mailing address**

NC OFFICE OF THE STATE TREASURER
3200 ATLANTIC AVE
RALEIGH, NC  27604

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.228** **Priority creditor's name and mailing address**

NEVADA DEPARTMENT OF TAXATION
1550 COLLEGE PKWY SUITE 115
CENTRALLY ASSESSED PROPERTIES
CARSON CITY, NV  89706-7937

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

Debtor Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known) 254-1896
Pg 131 of 868

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.229** | **Priority creditor's name and mailing address**

NEVADA UNCLAIMED PROPERTY
555 E. WASHINGTON AVE SUITE 4200
LAS VEGAS, NV  89101

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.230** | **Priority creditor's name and mailing address**

NEW HAMPSHIRE STATE TREASURY
25 CAPITOL ST
CONCORD, NH  03301

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.231** | **Priority creditor's name and mailing address**

NEW JERSEY DEPARTMENT OF TREASURY
UNCLAIMED PROPERTY ADMINISTRATION
555 E.
 WASHINGTON AVE SUITE 5200
TRENTON, NJ  08625-0214

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.232** | **Priority creditor's name and mailing address**

NEW MEXICO TAXATION & REVENUE DEPT
1100 S ST FRANCIS DR
SANTA FE, NM  87504

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.233** | **Priority creditor's name and mailing address**

NEW ORLEANS AVIATION - PFC
1 TERMINAL DR
KENNER, LA  70062

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.234 | **Priority creditor's name and mailing address**<br><br>NEW YORK CITY TAX<br>NYC DEPARTMENT OF FINANCE<br>KINGSTON, NY 12402-5040<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.235 | **Priority creditor's name and mailing address**<br><br>NEW YORK STATE DEPARTMENT<br>110 STATE STREET<br>ALBANY, NY 12236<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.236 | **Priority creditor's name and mailing address**<br><br>NM TAXATION AND REVENUE DEPARTMENT<br>1200 SOUTH ST. FRANCIS DRIVE<br>SANTA FE, NM 87505<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.237 | **Priority creditor's name and mailing address**<br><br>NORFOLK AIRPORT AUTHORITY<br>2200 NORVIEW AVE<br>NORFOLK, VA 23518<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.238 | **Priority creditor's name and mailing address**<br><br>NORTH CAROLINA DEPT OF REVENUE<br>501 N WILMINGTON ST<br>RALEIGH, NC 27604<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.239 | **Priority creditor's name and mailing address**<br><br>NYC DEPARTMENT OF FINANCE<br>59 MAIDEN LANE 28TH FL<br>NEW YORK, NY 10038-4502<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.240 | **Priority creditor's name and mailing address**<br><br>NYS DEPT OF TAXATION & FINANCE<br>ATTN OFFICE OF COUNSEL W A HARRIMAN<br>CAMPUS, BLDG 9<br>ALBANY, NY 12227<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.241 | **Priority creditor's name and mailing address**<br><br>NYS OFFICE OF STATE COMPTROLLER<br>110 STATE STREET<br>ALBONY, NY 12236<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.242 | **Priority creditor's name and mailing address**<br><br>OFFICE NATIONAL DE L'AVIATION CIVI<br>11 BD TOUSSAINT LOUVERTURE<br>PORT AU PRINCE<br>HAITI<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.243 | **Priority creditor's name and mailing address**<br><br>OFFICE OF STATE COMPTROLLER NY<br>110 STATE STREET<br>ALBANY, NY 12236<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

Debtor    Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 134 of 868

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.244** | **Priority creditor's name and mailing address**

OHIO DEPARTMENT OF COMMERCE
77 SOUTH HIGH STREET, 20TH FLOOR
COLUMBUS, OH  43215-6108

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes | Total claim: UNDETERMINED    Priority amount: UNDETERMINED

**2.245** | **Priority creditor's name and mailing address**

OHIO DEPARTMENT OF TAXATION
4485 NORTHLAND RIDGE BLVD
COLUMBUS, OH  43229

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes | Total claim: UNDETERMINED    Priority amount: UNDETERMINED

**2.246** | **Priority creditor's name and mailing address**

OKLAHOMA STATE TREASURER
9250 N MAY AVE
LOWER LEVEL OKLAHOMA CITY, OK  73120

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes | Total claim: UNDETERMINED    Priority amount: UNDETERMINED

**2.247** | **Priority creditor's name and mailing address**

ORANGE COUNTY PROPERTY APPRAISER
200 S. ORANGE AVE, STE 1700
ORLANDO, FL  32801-3438

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes | Total claim: UNDETERMINED    Priority amount: UNDETERMINED

**2.248** | **Priority creditor's name and mailing address**

ORANGE COUNTY TAX COLLECTOR
301 S ROSALIND AVE
ORLANDO, FL  32801

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes | Total claim: UNDETERMINED    Priority amount: UNDETERMINED

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.249**

**Priority creditor's name and mailing address**

OREGON DEPARTMENT OF REVENUE
955 CENTER ST NE
SALEM, OR  97301-2555

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.250**

**Priority creditor's name and mailing address**

OREGON DEPARTMENT OF STATE LANDS
775 SUMMER STREET NE SUITE 100
SALEN,, OR  97301-1279

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.251**

**Priority creditor's name and mailing address**

P.A. AEROPUERTO ERNESTO CORTISSOZ
INSTALACIONES AEROPUERTO ERNESTO
OFICINAS
ADMINSTRATIVAS TECER PISO
BARRANQUILLA
COLOMBIA

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.252**

**Priority creditor's name and mailing address**

PAC KINGSTON AIRPORT LIMITED
NORMAN MANLEY INTL AIRPORT
PALISADOES
KINGSTON
JAMAICA

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.253**

**Priority creditor's name and mailing address**

PALM BEACH INTERNATIONAL AIRPORT
OF COUNTY COMMISSIONERS 846 PBIA
WEST PALM BEACH, FL  33406-1470

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.254 | **Priority creditor's name and mailing address**<br><br>PENNSYLVANIA DEPT OF REVENUE<br>1131 STRAWBERRY SQ<br>HARRISBURG, PA  17128<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.255 | **Priority creditor's name and mailing address**<br><br>PFC CHARLESTON COUNTY AVIATION<br>5500 INTERNATIONAL BLVD STE 101<br>NORTH<br> CHARLESTON, SC  29418-6911<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.256 | **Priority creditor's name and mailing address**<br><br>PFC CITY OF ALBUQUERQUE AVIATION<br>ADMIN OFFICE, 3RD LVL 2200 SUNPORT<br>BLVD SE<br>ALBUQUERQUE, NM  87106<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.257 | **Priority creditor's name and mailing address**<br><br>PFC MONROE COUNTY AIRPORT<br>AUTHORITY<br>1200 BROOKS AVE STE 9<br>ROCHESTER, NY  14624-3126<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.258 | **Priority creditor's name and mailing address**<br><br>PFC-BURBANK-GLENDALE-PASADENA AIRP<br>2627 N. HOLLYWOOD WAY<br>BURBANK, CA  91505-1062<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.259 | **Priority creditor's name and mailing address** <br><br> PFC-CHARLOTTE DOUGLAS INT'L AIRPORT <br> 5501 JOSH BIRMINGHAM PKWY <br> CHARLOTTE, NC  28208 <br><br> **Date or dates debt was incurred** <br><br> UNDETERMINED <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> TAX AUDIT CLAIM <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.260 | **Priority creditor's name and mailing address** <br><br> PFC-SACRAMENTO CTY DEPT OF AIRPORTS <br> 6990 AIRPORT BOULEVARD <br> SACRAMENTO, CA  95837 <br><br> **Date or dates debt was incurred** <br><br> UNDETERMINED <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> TAX AUDIT CLAIM <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.261 | **Priority creditor's name and mailing address** <br><br> PHILADELPHIA TERMINAL & EQUIPMENT C <br> 8500 ESSINGTON AVE <br> PHILITEC PHILADELPHIA, PA  19153-3755 <br><br> **Date or dates debt was incurred** <br><br> UNDETERMINED <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> TAX AUDIT CLAIM <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.262 | **Priority creditor's name and mailing address** <br><br> PLATTE COUNTY COLLECTOR <br> 415 THIRD STREET ROOM 212 <br> PLATTE CITY,, MO  64079 <br><br> **Date or dates debt was incurred** <br><br> UNDETERMINED <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> TAX AUDIT CLAIM <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.263 | **Priority creditor's name and mailing address** <br><br> PORT AUTHORITY ( PFC ONLY ) <br> 4 WORLD TRADE CENTER, 19TH FL 150 <br> GREENWICH ST <br> NEW YORK, NY  10007 <br><br> **Date or dates debt was incurred** <br><br> UNDETERMINED <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> TAX AUDIT CLAIM <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page | | | | |
|---|---|---|---|---|---|
| | | | | Total claim | Priority amount |

**2.264**   **Priority creditor's name and mailing address**

PORT AUTHORITY (EWR PFC ONLY)
5 MARINE VIEW PLAZA SUITE 502
HOBOKEN,, NJ 07030

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.265**   **Priority creditor's name and mailing address**

PORT AUTHORITY OF NY & NJ
4 WORLD TRADE CENTER 150 GREENWICH
STREET 19 FLOOR
NEW YORK, NY 10006

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.266**   **Priority creditor's name and mailing address**

PORT OF OAKLAND
530 WATER ST
OAKLAND, CA 94607

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.267**   **Priority creditor's name and mailing address**

PORT OF PORTLAND
7200 NE AIRPORT WY
PORTLAND, OR 97218

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.268**   **Priority creditor's name and mailing address**

PORT OF SEATTLE
2711 ALASKAN WY
SEATTLE, WA 98121

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.269 | **Priority creditor's name and mailing address**<br><br>PR PORTS AUTHORITY PSE PFC<br>CALLE LINDBERGH # 64 ANTIGUA BASE<br>NAVAL MIRAMAR<br>SAN JUAN, PR 00907<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.270 | **Priority creditor's name and mailing address**<br><br>PUERTO RICO PORTS AUTHORITY<br>64 C<br>LINDBERGH SAN JUAN, PR 00907<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.271 | **Priority creditor's name and mailing address**<br><br>RALEIGH-DURHAM AIRPORT AUTHORITY<br>1000 TRADE DR<br>RDU AIRPORT MORRISVILLE, NC 27623<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.272 | **Priority creditor's name and mailing address**<br><br>RENO-TAHOE AIRPORT AUTHORITY<br>C/O RENO-TAHOE INTL AIRPORT 2001 E<br>PLUMB LN<br>RENO, NV 89502<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.273 | **Priority creditor's name and mailing address**<br><br>RHODE ISLAND DEPT OF THE GEN TREASU<br>50 SERVICE AVE 2ND FLOOR<br>WARWICK, RI 02886<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| 2.274 | **Priority creditor's name and mailing address**<br>SACRAMENTO COUNTY AIRPORT SYSTEM<br>6901 AIRPORT BLVD<br>SACRAMENTO, CA  95837<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.275 | **Priority creditor's name and mailing address**<br>SACRAMENTO COUNTY DEPT OF FINANCE<br>TAX COLLECTION & LICENSING 700 H<br>STREET, ROOM 1710<br>SACRAMENTO, CA  95814<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.276 | **Priority creditor's name and mailing address**<br>SACSA / SOCIEDAD AEROPORTUARIA<br>AEROPUERTO INTERNACIONAL RAFAEL<br>NUNEZ PISO 3<br>CALLE 73<br>CARTAGENA<br>COLOMBIA<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.277 | **Priority creditor's name and mailing address**<br>SALT LAKE CITY DEPT OF AIRPORTS<br>C/O SLC INTL AIRPORT 3920 W TERMINAL DR<br>SALT LAKE CITY, UT  84122<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.278 | **Priority creditor's name and mailing address**<br>SALT LAKE COUNTY TREASURER<br>2001 S STATE ST, STE N1200<br>SALT LAKE CITY, UT  84114-4575<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 141 of 868

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.279**

**Priority creditor's name and mailing address**

SAN DIEGO COUNTY REGIONAL ARPRT AUT
C/O SAN DIEGO COUNTY REG AIRPORT
AUTH 1ST FL, SDCRAA ADMIN BLDG 2417 MCCAIN
 RD
SAN DIEGO, CA  92101

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.280**

**Priority creditor's name and mailing address**

SAN DIEGO COUNTY TREASURER
ATTN DAN MCALLISTER, TREAS TAX COLL SAN
 DIEGO ADMIN CTR 1600 PACIFIC HWY, RM 162
SAN DIEGO, CA  92101

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.281**

**Priority creditor's name and mailing address**

SAR - SERVICIO DE ADMINISTRACION DE
14 AVE
COL ORQUIDEA
SAN PEDRO SULA
HONDURAS

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.282**

**Priority creditor's name and mailing address**

SCIS AIR SERCURITY CORP.
1521 NORTH COOPER ST. # 300
ARLINGTON, TX  76011

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.283**

**Priority creditor's name and mailing address**

SECRETARIO DE HACIENDA
10 PASEO COVADONGA
SAN JUAN, PR  00901

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.284** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED | UNDETERMINED

SECRETARY OF THE TREASURY (PR)
1130 AVE
MUNOZ RIVERA SAN JUAN, PR  00927-5009

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.285** | **Priority creditor's name and mailing address**

SENEAM/SERVICIO DE ADM TRIBUT
AV HIDLAGO 77
COL GUERRERO
MEXICO DF  06300
MEXICO

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.286** | **Priority creditor's name and mailing address**

SERVICIO DE RENTAS INTERNAS
AVE 12 DE OCTUBRE NO 26-48 Y LINCOLN
EDIF MIRAGE, PISO 7
QUITO
ECUADOR

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.287** | **Priority creditor's name and mailing address**

SHEILA L. PALMER, COLLECTOR
415 THIRD ST. ROOM 212
PLATTE
 CITY, MO  64079

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.288** | **Priority creditor's name and mailing address**

SHELBY COUNTY TRUSTEE
157 POPLAR AVE
MEMPHIS, TN  38103-1948

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 143 of 868

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| 2.289 | **Priority creditor's name and mailing address** <br><br> SHELTAIR AVIATION CENTER, LLC <br> 4860 NE 12TH AVENUE <br> FORT LAUDERDALE,, FL 33334 <br><br> **Date or dates debt was incurred** <br><br> UNDETERMINED <br><br> **Last 4 digits of account number:** <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> TAX AUDIT CLAIM <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.290 | **Priority creditor's name and mailing address** <br><br> SOUTH CAROLINA DEPT OF REVENUE <br> DEPARTMENT OF REVENUE CORPORATION <br> RETURN <br> COLUMBIA, SC 29214-0100 <br><br> **Date or dates debt was incurred** <br><br> UNDETERMINED <br><br> **Last 4 digits of account number:** <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> TAX AUDIT CLAIM <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.291 | **Priority creditor's name and mailing address** <br><br> SOUTH CAROLINA STATE TREASURER <br> 1200 SENATE STREET SUITE 214 <br> COLUMBIA,, SC 29201 <br><br> **Date or dates debt was incurred** <br><br> UNDETERMINED <br><br> **Last 4 digits of account number:** <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> TAX AUDIT CLAIM <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.292 | **Priority creditor's name and mailing address** <br><br> SOUTH JERSEY TRANSPORTATION <br> 512 LAKELAND RD <br> BLACKWOOD, NJ 08012 <br><br> **Date or dates debt was incurred** <br><br> UNDETERMINED <br><br> **Last 4 digits of account number:** <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> TAX AUDIT CLAIM <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.293 | **Priority creditor's name and mailing address** <br><br> ST. LOUIS LAMBERT INTERNATIONAL AIR <br> 10701 LAMBERT INTL BLVD <br> ST LOUIS, MO 63145 <br><br> **Date or dates debt was incurred** <br><br> UNDETERMINED <br><br> **Last 4 digits of account number:** <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> TAX AUDIT CLAIM <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNDETERMINED | UNDETERMINED |

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Pg 144 of 868

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.294 | **Priority creditor's name and mailing address**<br><br>STATE OF ALABAMA TREASURER<br>C/O EXEC OFF OF THE TREAS 600 DEXTER AVE, RM S106<br>MONTGOMERY, AL  36104<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.295 | **Priority creditor's name and mailing address**<br><br>STATE OF CONNECTICUT<br>450 COLOMBUS BLVD, SUITE1<br>HARTFORD, CT  06103<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.296 | **Priority creditor's name and mailing address**<br><br>STATE OF MARYLAND DEPT OF TAX<br>301 WEST PRESTON STREET ROOM 801<br>BALTIMORE, MD  21201-2395<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.297 | **Priority creditor's name and mailing address**<br><br>STATE OF MICHIGAN<br>DEPT 77003<br>DETROIT, MI  48277-0003<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.298 | **Priority creditor's name and mailing address**<br><br>STATE OF MICHIGAN - LIQOUR CONTROL<br>7150 HARRIS DRIVE<br>LANSING, MI  48909-7505<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.299** **Priority creditor's name and mailing address**

STATE OF MICHIGAN DEPT OF LABOR &
ECONOMIC OPPORTUNIT
2501 WOODLAKE CIR
OKEMOS, MI  48864

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.300** **Priority creditor's name and mailing address**

STATE OF NEW JERSEY
C/O DEPT OF LABOR 1 JOHN FITCH PLZ
TRENTON, NJ  08611

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.301** **Priority creditor's name and mailing address**

STATE OF NEW JERSEY - PPT
REVENUE PROCESSING CENTER
TRENTON, NJ  08646-0243

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.302** **Priority creditor's name and mailing address**

STATE OF SOUTH CAROLINA
SALES & USE TAX SC DEPARTMENT OF
REVENUE
COLUMBIA, SC  29214-0100

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

---

**2.303** **Priority creditor's name and mailing address**

STATE OF UTAH
C/O TREASURERS OFFICE 168 N 1950 W,
STE 102
SALT LAKE CITY, UT  84116

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

| Part 1: | Additional Page |
| --- | --- |

|  |  | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

### 2.304

**Priority creditor's name and mailing address**

STATE OF WASHINGTON DEPT OF REVENUE
2101 4TH AVE, SUITE 1400
SEATTLE, WA  98121

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $0.00
Priority amount: UNDETERMINED

---

### 2.305

**Priority creditor's name and mailing address**

STATE OF WYOMING
122 WEST 25TH ST., SUITE E300
HERSCHLER BUILDING EAST
CHEYENNE, WY  82001-3004

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

---

### 2.306

**Priority creditor's name and mailing address**

SUBDIRECCIÓN ZONAL DEL LITORAL
AVENIDA DE LAS AMERICAS
GUAYAQUIL
ECUADOR

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

---

### 2.307

**Priority creditor's name and mailing address**

SUPERINTENDENCIA DE ADMINISTRACION
7A AV 3-73, ZONA 9
GUATEMALA CITY
GUATEMALA

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

---

### 2.308

**Priority creditor's name and mailing address**

SUPERINTENDENCIA DE PUERTOS
DG 79 B 71 B 28
BOGOTA
COLOMBIA

**Date or dates debt was incurred**

UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.309 | **Priority creditor's name and mailing address**<br><br>TAGSA - TERMINAL AEROPORTUAR<br>AV DE LAS AMERICAS Y AV ISIDRO AYORA<br>GUAYAQUIL<br>ECUADOR<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.310 | **Priority creditor's name and mailing address**<br><br>TARRANT CNTY TAX ASSESSOR - COL<br>100 E WEATHERFORD<br>FORT WORTH, TX  76196<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.311 | **Priority creditor's name and mailing address**<br><br>TAX COLLECTOR, MULTNOMAH COUNTY<br>501 SE HAWTHORNE BLVD, STE 175<br>PORTLAND, OR  97214<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.312 | **Priority creditor's name and mailing address**<br><br>TBI AIRPORT MANAGEMENT, INC.<br>3212 RED CLEVELAND BLVD.<br>SANFORD, FL  32773<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.313 | **Priority creditor's name and mailing address**<br><br>TBITEC<br>380 WORLD WAY BOX S-18<br>LOS ANGELES, CA  90045<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|
| 2.314 | **Priority creditor's name and mailing address**<br><br>TENNESSEE DEPARTMENT OF REVENUE<br>500 DEADERICK STREET<br>NASHVILLE, TN  37242<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.315 | **Priority creditor's name and mailing address**<br><br>TESORERIA GENERAL DE LA REPUBLICA -<br>AVENIDA CERVANTES<br>BARRIO EL JAZMIN<br>TEGUCIPALGA<br>HONDURAS<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.316 | **Priority creditor's name and mailing address**<br><br>TESORO NACIONAL - AEROCIVIL AERONAU<br>AEROCIVIL CENTRAL BLDG<br>AV EL DORADO 103-15<br>BOGOTA<br>COLOMBIA<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.317 | **Priority creditor's name and mailing address**<br><br>TEXAS COMPTROLLER OF PUBLIC ACCT.<br>111 E 17TH ST<br>AUSTIN, TX  78774<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.318 | **Priority creditor's name and mailing address**<br><br>THE CITY OF BOSTON<br>COLLECTOR OF<br>TAXES BOSTON, MA  02205<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.319** | **Priority creditor's name and mailing address**<br><br>THE LOUISIANA BOARD OF TAX APPEALS<br>627 N. FOURTH ST.<br>BATON ROUGE,, LA 70802<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.320** | **Priority creditor's name and mailing address**<br><br>TOURISM ENHANCEMENT FUND<br>64 KNUTSFORD BLVD<br>KINGSTON<br>JAMAICA<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.321** | **Priority creditor's name and mailing address**<br><br>TOWN OF WINDSOR LOCKS TAX COLLECTOR<br>50 CHURCH ST<br>WINDSOR LOCKS, CT 06096<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.322** | **Priority creditor's name and mailing address**<br><br>TRANSPORTATION SECURITY ADMIN<br>10701 LAMBERT INTL BLVD<br>ST LOUIS, MO 63145<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.323** | **Priority creditor's name and mailing address**<br><br>TRANSPORTATION SECURITY ADMINISTRATION<br>601 12TH STREET<br>SOUTH ARLINGTON, VA 22202<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

Debtor   Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 150 of 868

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.324** **Priority creditor's name and mailing address**
TRAVIS COUNTY TAX COLLECTOR
2433 RIDGEPOINT DR
AUSTIN, TX  78754

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.325** **Priority creditor's name and mailing address**
TREAS NYC
33 LIBERTY STREET
NEW YORK, NY  10045

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.326** **Priority creditor's name and mailing address**
TREASURER, CITY OF COLUMBUS
90 W. BROAD STREET
COLUMBUS,, OH  43215

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.327** **Priority creditor's name and mailing address**
TREASURER, CITY OF MEMPHIS
125 N MAIN ST RM 301
MEMPHIS, TN  38103-2030

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.328** **Priority creditor's name and mailing address**
TRESOR PUBLIQUE/REDEVANCES
DES PASSAGERS ACCOMTE
1103533 RUE DES
MRIACLE ET RUE DU QUAI
HAITI

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.329** **Priority creditor's name and mailing address**<br><br>UNITED STATES TREASURY<br>1500 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC  20220<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.330** **Priority creditor's name and mailing address**<br><br>US CUSTOMS AND BORDER PROTECTION<br>6601 NW 25TH STREET; SUITE 203<br>MIAMI,, FL  33152-2207<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.331** **Priority creditor's name and mailing address**<br><br>USDA, APHIS, ROT<br>3180 RIDER S<br>EARTH CITY, MO  63045<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.332** **Priority creditor's name and mailing address**<br><br>USVI-OFFICE OF LIEUTENANT GOVERNOR<br>5049 KONGENS GADE ST.<br>THOMAS, VI  00802<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| **2.333** **Priority creditor's name and mailing address**<br><br>UTAH STATE TAX COMMISSION<br>210 N 1950 W TAXPAYER SERVICES DIVISION<br>SALT LAKE CITY, UT  84134<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

Debtor   Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 152 of 868

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.334 | **Priority creditor's name and mailing address**<br><br>VERMONT STATE TREASURER'S OFFICE<br>109 STATE STREET<br>MONTPELIER, VT  05609<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.335 | **Priority creditor's name and mailing address**<br><br>VIRGIN ISLAND FIRE SERVICE<br>3019 ESTATE ORANGE GROVE ST.<br>CROIX, VI  00820<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.336 | **Priority creditor's name and mailing address**<br><br>VIRGIN ISLANDS PORT AUTHORITY<br>8074 LINDBERGH BAY ST<br>THOMAS, VI  00802<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.337 | **Priority creditor's name and mailing address**<br><br>VIRGINIA DEPARTMENT OF TAXATION<br>1957 WESTMORELAND ST<br>RICHMOND, VA  23230<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.338 | **Priority creditor's name and mailing address**<br><br>WAKE COUNTY JUSTICE CENTER<br>301 S. MCDOWELL ST., SUITE 3800<br>RALEIGH,, NC  27601<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

Debtor ~~Spirit Airlines, LLC~~
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known) ~~25-11896~~
Pg 153 of 868

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.339 | **Priority creditor's name and mailing address**<br><br>WAKE COUNTY TAX ADMINISTRATION<br>301 S MCDOWELL ST, STE 3800<br>RALEIGH, NC  27601<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.340 | **Priority creditor's name and mailing address**<br><br>WASHINGTON STATE DEPT OF<br>LABOR &<br>7273 LINDERSON WAY SW<br>TUMWATER,, WA  98501-5414<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.341 | **Priority creditor's name and mailing address**<br><br>WAYNE COUNTY DEPT. OF AIRPORTS<br>DETROIT METROPOLITAN AIRPORT L. C.<br>SMITH TERMINAL-MEZZANINE<br>DETROIT, MI  48242<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.342 | **Priority creditor's name and mailing address**<br><br>WEST VIRGINIA DEPT OF REVENUE<br>1001 LEE ST E<br>CHARLESTON, WV  25301<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |
| 2.343 | **Priority creditor's name and mailing address**<br><br>WESTMORELAND COUNTY AIRPORT<br>148 AVIATION LANE SUITE 103<br>LATROBE, PA  15650<br><br>**Date or dates debt was incurred**<br><br>UNDETERMINED<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AUDIT CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.344** | **Priority creditor's name and mailing address**
WESTMORELAND COUNTY -PFC
AIRPORT AUTHORITY 148 AVIATION LANE
SUITE 103
LATROBE, PA  15650

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.345** | **Priority creditor's name and mailing address**
WISCONSIN DEPARTMENT OF REVENUE
2135 RIMROCK RD
MADISON, WI  53713

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.346** | **Priority creditor's name and mailing address**
WORKERS' COMPENSATION ADMIN TRUST F
200 E GAINES ST
TALLAHASSEE, FL  32399

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.347** | **Priority creditor's name and mailing address**
WORLD FUEL SERVICES, INC.
2458 PAYSHERE CIRCLE
CHICAGO, IL  60674

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

---

**2.348** | **Priority creditor's name and mailing address**
WORLD FUEL/SPIRE FLIGHT SOLUTIONS
2458 PAYSPHERE CIR
CHICAGO, IL  60674

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).
☐ No.
☑ Yes.

Debtor    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Spirit Airlines, LLC      Case number (if known)    25-11896

(Name)

Pg 155 of 868

**3.**    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,021.80 |
|---|---|---|---|
|  | 1099 PRO INC<br>SUITE 2080<br>CALABASAS, CA  91302-4104 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | **Date or dates debt was incurred** | **Basis for the claim:**<br>UNCLAIMED PROPERTY |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14.00 |
|---|---|---|---|
|  | 1915 KCHOUSE CONCEPTS  S<br>17801 INTERNATIONAL BLVD PMB 119<br>SEATAC, WA  98158-1202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,300.00 |
|---|---|---|---|
|  | 3CHEM CORPORATION 100044<br>9002 NW 106TH ST<br>MEDLEY, FL  33178-1202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,721.88 |
|---|---|---|---|
|  | A & L CESSPOOL SERVICE C<br>3840 REVIEW AVE<br> 3840 REVIEW AVE<br>LONG ISLAND CITY, NY  11101-2019 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,413.86 |
|---|---|---|---|
|  | ABM AVIATION INC<br>PO BOX 74008829<br>CHICAGO, IL  60674-8829 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 156 of 868

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.6**

**Nonpriority creditor's name and mailing address**

ABM INDUSTRIES INC DBA A
4150 CHURCH ST 1000
SANFORD, FL  32771-6991

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,417.50

---

**3.7**

**Nonpriority creditor's name and mailing address**

ABOGADOS SIERRA Y VAZQUE
PROL REFORMA 1190, 25TH FL
SANTA FE, CONTADERO
CUAJIMALPA D' MORELOS
CDMX  05300
MEXICO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$250,406.96

---

**3.8**

**Nonpriority creditor's name and mailing address**

ABSOLUTE AVIATION SERVIC
CHENEY SPOKANE RD
CHENEY, WA  99004-9082

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,625.00

---

**3.9**

**Nonpriority creditor's name and mailing address**

ACCERTIFY, INC
2 PIERCE PLACE # 900
ITASCA, IL  60143

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$101,500.00

---

**3.10**

**Nonpriority creditor's name and mailing address**

ACCESS INFORMATION MANAG
UNICORN PARK DR
 500 UNICORN PARK DR
WOBURN, MA  01801-3377

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,516.13

---

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $450.00

ACCURATE SCALE COMPANY
4500 S 1ST AVE
LYONS, IL  60534

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.12**

ACCURATE SUPERIOR SCALE
1830 LINN ST
KANSAS CITY, MO  64116-3627

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$400.60

---

**3.13**

ACRO AIRCRAFT SEATING LTD
UNIT 16, PERRYWOOD BUSINESS PARK
REDHILL  RH1 5DZ
UNITED KINGDOM

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$66,678.79

---

**3.14**

ACUITY SPECIALTY PRODUCT
600 GALLERIA PKWY SE
ATLANTA, GA  30339

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,841.86

---

**3.15**

ADLAB 360, LLC
6812 SW 130TH AVE
MIAMI, FL  33183

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,250.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.16** 

**Nonpriority creditor's name and mailing address**

ADMINISTRATION GENERALE
DOUANE DE L'AEROPORT
PORT-AU-PRINCE
HAITI

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$568.76

---

**3.17**

**Nonpriority creditor's name and mailing address**

ADVANCED GROUND SYSTEMS
10805 PAINTER AVENUE
SANTA FE SPRINGS, CA  90670

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,228.29

---

**3.18**

**Nonpriority creditor's name and mailing address**

ADVERTISING LOI
1200 NEW JERSEY AVENUE, SE
WASHINGTON, DC  20590

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.19**

**Nonpriority creditor's name and mailing address**

AERCAP HOLDINGS N.V.
AERCAP HOUSE, 65 ST. STEPHEN'S GREEN
DUBLIN  D02 YX20
IRELAND

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$572,352,298.00

---

**3.20**

**Nonpriority creditor's name and mailing address**

AERO INDUSTRIES INC
5745 HUNTSMAN RD
RICHMOND, VA  23250-2416

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$630.00

Debtor     Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 159 of 868

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.21**

**Nonpriority creditor's name and mailing address**

AERO MARINE INTERIOR INC
190 NE 186
TERR.
MIAMI, FL 33179

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,528.22

---

**3.22**

**Nonpriority creditor's name and mailing address**

AERO PARTS MANAGEMENT
13639 TORTONA LN APT 2206
WINDERMERE, FL 34786-7469

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,134.76

---

**3.23**

**Nonpriority creditor's name and mailing address**

AEROCALI S.A.
ALFONSO BONILLA ARAGON INT AIRPORT
PALMIRA
VALLE DEL CAUCA
COLOMBIA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,079.08

---

**3.24**

**Nonpriority creditor's name and mailing address**

AERODATA, INC
14988 N. 78TH WAY
SUITE 214
SCOTTSDALE, AZ 85260

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$122,439.84

---

**3.25**

**Nonpriority creditor's name and mailing address**

AERONAUTICA - HONDURAS
3Q7J+FPR
FRANCISCO MORAZÁN
TEGUCIGALPA
HONDURAS

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 160 of 868

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.26**

**Nonpriority creditor's name and mailing address**

AEROPUERTO INTERNATIONAL
AEROPUERTO INTL DEL CIBAO S.A
SANTIAGO DE LOS CABALLEROS
DOMINICAN REPUBLIC

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13.76

---

**3.27**

**Nonpriority creditor's name and mailing address**

AEROPUERTO SAN JOSE DEL
CARR TRANSPENINSULAR KM 43.5 NO EXT S/N
BAJA CALIFORNIA  23420
MEXICO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$47,289.23

---

**3.28**

**Nonpriority creditor's name and mailing address**

AEROSAFE PRODUCTS, INC.
4405 INTERNATIONAL BLVD
 STE B 116
NORCROSS, GA  30093

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$258.81

---

**3.29**

**Nonpriority creditor's name and mailing address**

AEROSPACE ACCESSORY SERV
2001 NW 79TH AVE
DORAL, FL  33122-1612

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,310.00

---

**3.30**

**Nonpriority creditor's name and mailing address**

AEROSPACE TURBINE SRVC &
6611 S MERIDIAN AVE
OKLAHOMA CITY, OK  73159

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,930.49 |
| --- | --- | --- | --- |

AEROSTRAT CORP.
3RD AVE
SEATTLE, WA  98104-4039

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,675.75 |
| --- | --- | --- | --- |

AEROTECH AIRPORT MAINTEN
5164 GLENCOE AVE
WEBSTER, MN  55088

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $52,261.37 |
| --- | --- | --- | --- |

AEROXCHANGE, LTD.
LYNDON B JOHNSON FWY
DALLAS, TX  75234-6450

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,480.68 |
| --- | --- | --- | --- |

AGGREGATE INTELLIGENCE,
615 GRISWOLD ST STE 520
DETROIT, MI  48226-3980

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,463,589.72 |
| --- | --- | --- | --- |

AGI GROUND, INC
9130 S DADELAND BLVD STE 1801
MIAMI, FL  33156-7858

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.36**

**Nonpriority creditor's name and mailing address**

AGI INTERNATIONAL INC
2525 N SHADELAND AVE BLDG 30
INDIANAPOLIS, IN  46219

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$294.25

---

**3.37**

**Nonpriority creditor's name and mailing address**

AIR COST CONTROL 1000029A
13800 NW 2ND ST, SUITE 100
SUNRISE, FL  33325

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,978.00

---

**3.38**

**Nonpriority creditor's name and mailing address**

AIR LEASE CORPORATION
2000 AVENUE OF THE STARS, SUITE 1000N
LOS ANGELES, CA  90067

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AIRCRAFT LEASE

**Is the claim subject to offset?**
☒ No
☐ Yes

$355,263.00

---

**3.39**

**Nonpriority creditor's name and mailing address**

AIRBASE INTERIORS LIMITED
GATWICK GATE, LOWFIELD HEATH
UNITS 2A & 2B
CRAWLEY  RH11 0TG
UNITED KINGDOM

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,340.00

---

**3.40**

**Nonpriority creditor's name and mailing address**

AIRBUS HELICOPTERS INC
2701 FORUM DRIVE
GRAND PRAIRIE, TX  75052-7099

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$155,778.77

---

| Part 2: | Additional Page |

| | | Amount of claim |
|---|---|---|
| | | |

| 3.41 | **Nonpriority creditor's name and mailing address**<br><br>AIRBUS NORTH AMERICA CUS<br>PO BOX 822761<br>ROUTE 38 & EAST GATE DR<br>PHILADELPHIA, PA  19182<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $512,227.14 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br><br>AIRCASTLE LIMITED<br>201 TRESSER BOULEVARD, SUITE 400<br>STAMFORD, CT  06901<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>AIRCRAFT LEASE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $436,778.00 |
| 3.43 | **Nonpriority creditor's name and mailing address**<br><br>AIRGAS GREAT LAKES<br>259 N RADNOR-CHESTER RD<br>RADNOR, PA  19087<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,872.90 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br><br>AIRLINE GRAPHICS, INC. 1<br>PO BOX 2283<br>BRANSON, MO  65615<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $927.70 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br><br>AIRLINE STRATEGY GROUP,<br>1521 CONCORD PIKE, STE 201<br>WILMINGTON, DE  19803-3645<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $150,000.00 |

Debtor    Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 164 of 868

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $67,118.04 |
| --- | --- | --- | --- |

AIRLINES FOR AMERICA
1301 PENNSYLVANIA AVENUE
 NW- SUITE 1100
WASHINGTON, DC  20004

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25,320.02 |
| --- | --- | --- | --- |

AIRSITE 1010870A
CALLE 16 NO 41-143 OF 1302
MEDELLIN
COLOMBIA

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $169,137.37 |
| --- | --- | --- | --- |

AIRWAY CLEANERS LLC
15 CLINTON AVENUE
ROCKVILLE CENTRE, NY  11570

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $196,123.22 |
| --- | --- | --- | --- |

AIRWAY MAINTENANCE LLC
15 CLINTON AVENUE
ROCKVILLE CENTRE, NY  11570

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $82,495.14 |
| --- | --- | --- | --- |

AIRWORTHY AEROSPACE 1000
2020 ONIEL ROAD
HUDSON, WI  54016

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

### 3.51

**Nonpriority creditor's name and mailing address**

AJ LEVIN COMPANY, INC 10
3108 WEST VALHALLA DRIVE
BURBANK, CA  91505-1299

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,647.00

### 3.52

**Nonpriority creditor's name and mailing address**

AKF LLC DBA BRIGHTSTAR TRAVELS LLC
9890 LIBERIA AVE, MANASSAS, VA 20110-5836
MANASSAS, VA  20110-5836

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$246.06

### 3.53

**Nonpriority creditor's name and mailing address**

AKZO NOBEL AEROSPACE COATINGS, INC (600036_AKZO
NOBEL AEROSPACE COATINGS, INC_DALLAS)
PO BOX 847204
DALLAS, TX  75284-7204

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$461.34

### 3.54

**Nonpriority creditor's name and mailing address**

ALAVE SOLUCIONES AEREAS,
ALVARO OBREGON MZA 63 LOTE 542
ALFREDO V BONFIL
CANCUN  77560
MEXICO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$134,932.50

### 3.55

**Nonpriority creditor's name and mailing address**

ALCALDIA MAYOR DE BOGOTA
COLOMBIA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.39

Debtor    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Spirit Airlines, LLC    Case number (if known)    25-11896

(Name)

Pg 166 of 868

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $91.42 |
| --- | --- | --- | --- |

ALCALDIA MUNICIPAL DE SA
ALAMEDA JUAN PABLO II
AV CUASCATANC, NO 32
SAN SALVADOR
EL SALVADOR

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27,622.06 |
| --- | --- | --- | --- |

ALL JETS MAINTENANCE
2011 BAYBERRY DRIVE
PEMBROKE PINES, FL 33024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $66,861.29 |
| --- | --- | --- | --- |

ALLIED AVIATION SERVICES
266 WEST 37TH STREET
 SUITE 302
NEW YORK, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $40.50 |
| --- | --- | --- | --- |

ALPINE SPRINGS BOTTLE WA
6575 ARVILLE ST STE A
 6575 ARVILLE ST STE A
LAS VEGAS, NV 89118-4386

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,637.46 |
| --- | --- | --- | --- |

AMAZON CAPITAL SERVICES,
PO BOX 81226
SEATTLE, WA 98108-1300

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.61** | **Nonpriority creditor's name and mailing address**

AMC MIAMI AIRLINE MANAGE
PO BOX 260524
MIAMI, FL  33126-0010

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$700.00

---

**3.62** | **Nonpriority creditor's name and mailing address**

AMERICAN ARBRITRATION AS
120 BROADWAY FL 21
NEW YORK, NY  10271-2700

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,262.50

---

**3.63** | **Nonpriority creditor's name and mailing address**

AMERICAN SALES & MANAGEM
PO BOX 521305
MIAMI, FL  33152-1305

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,641.94

---

**3.64** | **Nonpriority creditor's name and mailing address**

AMSAFE AVIATION-01 10000
1043 N 47TH AVE
PHOENIX, AZ  85043-1817

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$317,107.56

---

**3.65** | **Nonpriority creditor's name and mailing address**

ANCHOR FENCE INC
26345 PLYMOUTH RD
REDFORD, MI  48239-2210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,311.15

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.66**

**Nonpriority creditor's name and mailing address**

ANDREWS DISTRIBUTING COMPANY
ATT: ACCOUNTING DEPARTMENT
DALLAS, TX  75207

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$693.00

---

**3.67**

**Nonpriority creditor's name and mailing address**

ANUVU OPERATIONS LLC
1821 E DYER RD STE 125
SANTA ANA, CA  92705-5894

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,633.72

---

**3.68**

**Nonpriority creditor's name and mailing address**

AOG ACCESSORIES
2549 NW 74TH AVE
MIAMI, FL  33122-1417

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,970.00

---

**3.69**

**Nonpriority creditor's name and mailing address**

AON CONSULTING
PO BOX 100137
PASADENA, CA  91189-0137

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,235.16

---

**3.70**

**Nonpriority creditor's name and mailing address**

APEX SYSTEMS LLC
3750 COLLECTIONS CENTER DR
CHICAGO, IL  60693

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,712.80

| Part 2: | Additional Page |

| | | Amount of claim |
|---|---|---|

**3.71** **Nonpriority creditor's name and mailing address**

APISOURCE, INC
WALKER DR
GREENBELT, MD  20770-3234

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,313.20

---

**3.72** **Nonpriority creditor's name and mailing address**

APPELGREN

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.73** **Nonpriority creditor's name and mailing address**

AQIA AEROSPACE LLC
NW 12TH ST
MIAMI, FL  33126-1925

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,944.71

---

**3.74** **Nonpriority creditor's name and mailing address**

AREAS USA DTW LLC
5301 BLUE LAGOON DR
MIAMI, FL  33126-2097

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.00

---

**3.75** **Nonpriority creditor's name and mailing address**

AREAS USA LAX, LLC.
5301 BLUE LAGOON DR STE 690
MIAMI, FL  33126-7034

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.81

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.76 | **Nonpriority creditor's name and mailing address** <br><br> AREAS USA MCO LLC <br> BLUE LAGOON DR <br> MIAMI, FL 33126-7034 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $96.89 |
| 3.77 | **Nonpriority creditor's name and mailing address** <br><br> AREAS USA MIA LLC <br> 5301 BLUE LAGOON DRIVE SUITE 690 <br> MIAMI, FL 33126 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $39.44 |
| 3.78 | **Nonpriority creditor's name and mailing address** <br><br> ARINC - MANUAL PCARD AUTH <br> 2551 RIVA RD <br> ANNAPOLIS, MD 21401-7461 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $31,277.92 |
| 3.79 | **Nonpriority creditor's name and mailing address** <br><br> ARMOR HOLDCO, IN DBA EQU <br> 6201 15TH AVENUE <br> BROOKLYN, NY 11219 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $5,037.85 |
| 3.80 | **Nonpriority creditor's name and mailing address** <br><br> ASIRU, S.A. DE C.V. <br> AV LA LUNA, NO MANZANA 5, LOTE 2 <br> DEPT A, REGION 506 <br> CANCUN <br> MEXICO <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $2,413.00 |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.81**

**Nonpriority creditor's name and mailing address**

ASSOCIATION OF VALUE AIR
1201 NORTH TOWN CENTER DRIVE
LAS VEGAS, NV  89144

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,559.74

---

**3.82**

**Nonpriority creditor's name and mailing address**

AT&T CORP  (PIN 6232)
208 S. AKARD ST.
DALLAS, TX  75202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$119.67

---

**3.83**

**Nonpriority creditor's name and mailing address**

AT&T MOBILITY
1025 LENOX PARK BLVD NE
ATLANTA, GA  30319-5309

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,343.71

---

**3.84**

**Nonpriority creditor's name and mailing address**

ATLANTA AEROSPACE COMPOS
129 SKY HARBOR WAY
GRIFFIN, GA  30224-4873

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,947.30

---

**3.85**

**Nonpriority creditor's name and mailing address**

ATLANTA SCALES, INC
2100 MEREDITH PARK DR STE 2100
MCDONOUGH, GA  30253-7537

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,475.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36,685.16 |
|---|---|---|---|

3.86

**Nonpriority creditor's name and mailing address**

ATTRACT VENTURES INC
3154 HARTRIDGE TER
WELLINGTON, FL  33414

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,685.16

---

3.87

**Nonpriority creditor's name and mailing address**

AUTORITE AEROPORTUAIRE N
AEROPORT INTERNATIONAL TOUSSAINT LOUVERT
PORT-AU-PRINCE
HAITI

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,395.50

---

3.88

**Nonpriority creditor's name and mailing address**

AUTOTEK COATINGS AND COL
8314 CHESWICK DR
HOUSTON, TX  77037-3621

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,106.39

---

3.89

**Nonpriority creditor's name and mailing address**

AV-AIR INC 1010717A (600729_AV-AIR INC
1010717A_CHANDLER)
6877 W FRYE RD
CHANDLER, AZ  85226-3344

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,500.00

---

3.90

**Nonpriority creditor's name and mailing address**

AVAIRPROS SERVICES INC
5551 RIDGEWOOD DR
NAPLES, FL  34108-2718

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,278.20

---

Debtor    Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 173 of 868

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $317,200.00

AVIATION CAPITAL GROUP LLC
840 NEWPORT CENTER DRIVE, SUITE 300
NEWPORT BEACH, CA  92660

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
AIRCRAFT LEASE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,844.38

AVIATION SECURITY WORLDWIDE
AIRPORT, ROOM A1. 32
ARUBA, D.W.I  00000
ARUBA

*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNCLAIMED PROPERTY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $105,399.27

AVIATION SERVICE PARTNERS
210 AVIATION WAY
ALBERTVILLE, AL  35950-5600

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,919.68

AVIONICS SOLUTIONS LLC
LA RUE
FRANCE
 LAFAYETTE, LA  70508-3136

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $54,943.78

AVIS BUDGET GROUP, INC.
6 SYLVAN WAY STE 1
 AVIS RENT A CAR SYSTEM, LLC
PARSIPPANY, NJ  07054-3826

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,195.13 |
| | AVIS RENT A CAR SYSTEM, | *Check all that apply.* | |
| | 7876 COLLECTIONS CENTER DRIVE | ☐ Contingent | |
| | CHICAGO, IL 60693 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $286,124.00 |
| | AVOLON AEROSPACE LEASING LIMITED | *Check all that apply.* | |
| | BALLSBRIDGE #1, BLDG 1, | ☐ Contingent | |
| | SHELBOURNE RD, BALLSBRIDGE | ☐ Unliquidated | |
| | DUBLIN 4 D04 R5W8 | ☐ Disputed | |
| | IRELAND | | |
| | | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | AIRCRAFT LEASE | |
| | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $520.00 |
| | B & B MARKETING | *Check all that apply.* | |
| | 2345B TOWNSHIP ROAD | ☐ Contingent | |
| | MAGELLAN EXPENDABLES | ☐ Unliquidated | |
| | CHARLOTTE, NC 28273 | ☐ Disputed | |
| | | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36,726.43 |
| | B/E AEROSPACE, INC. | *Check all that apply.* | |
| | 88269 EXPEDITE WAY | ☐ Contingent | |
| | CHICAGO, IL 60695-0001 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $477,380.42 |
| | BAGCENTRAL | *Check all that apply.* | |
| | 790 ATLANTA SOUTH PKWY | ☐ Contingent | |
| | ATLANTA, GA 30349-5986 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Pg 175 of 868

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.101 | **Nonpriority creditor's name and mailing address**<br>BAGGAGE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $290.96 |
| 3.102 | **Nonpriority creditor's name and mailing address**<br>BAGGAGE - COLOMBIA<br>COLOMBIA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,199.27 |
| 3.103 | **Nonpriority creditor's name and mailing address**<br>BAGGAGE - DOMINICAN REPU<br>DOMINICAN REPUBLIC<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,450.57 |
| 3.104 | **Nonpriority creditor's name and mailing address**<br>BAGGAGE - GUA<br>GUATEMALA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $410.00 |
| 3.105 | **Nonpriority creditor's name and mailing address**<br>BAGGAGE - JAMAICA<br>JAMAICA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,717.83 |

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Pg 176 of 868

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.106** **Nonpriority creditor's name and mailing address**
BAGGAGE - MEXICO
MEXICO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$614.23

**3.107** **Nonpriority creditor's name and mailing address**
BAGGAGE - NICARAGUA
NICARAGUA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$288.03

**3.108** **Nonpriority creditor's name and mailing address**
BAGGAGE - SAP
HONDURAS

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$137.50

**3.109** **Nonpriority creditor's name and mailing address**
BAGGAGE - SJO
COSTA RICA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$908.55

**3.110** **Nonpriority creditor's name and mailing address**
BAGS OF NEVADA
6751 FORUM DRIVE # 200
ORLANDO, FL  32821

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$55,341.62

Debtor    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Spirit Airlines, LLC    Case number (if known)    25-11896
(Name)
Pg 177 of 868

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.111** | **Nonpriority creditor's name and mailing address**

BALTIMORE GAS AND ELECTR
P.O. BOX 1475
BALTIMORE, MD  21203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$697.94

---

**3.112** | **Nonpriority creditor's name and mailing address**

BANCO DE COSTA RICA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,813.68

---

**3.113** | **Nonpriority creditor's name and mailing address**

BARFIELD, INC.
PO BOX 931565
ATLANTA, GA  31193-1565

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,585.37

---

**3.114** | **Nonpriority creditor's name and mailing address**

BAUER, INC
175 CENTURY DR
BRISTOL, CT  06010-7482

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,968.00

---

**3.115** | **Nonpriority creditor's name and mailing address**

BAYVIEW ELECTRIC COMPANY
12230 DIXIE ST
REDFORD, MI  48239

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,861.19

---

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $110.00
*Check all that apply.*

BETA TRAVEL AND SERVICES LLC
450 S MILITARY TRL STE 1, WEST PALM BEACH, FL
33415-2860
WEST PALM BEACH, FL  33415-2860

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNCLAIMED PROPERTY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $201,956.30
*Check all that apply.*

BF AEROSPACE 1010593A
W STATE ROAD 84
DAVIE, FL  33317-7364

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,700.81
*Check all that apply.*

BOEING DISTRIBUTION SRVC
88289 EXPEDITE WAY
CHICAGO, IL  60695-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $343.22
*Check all that apply.*

BOINGO WIRELSS INC
10960 WILSHIRE BLVD FL 23
LOS ANGELES, CA  90024-3809

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $225.08
*Check all that apply.*

BOOKCHEAPNFLY LLC
10133 113TH ST
SOUTH RICHMOND HILL, NY  11419-1821

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.121** | **Nonpriority creditor's name and mailing address**
BRASFIELD & GORRIE, LLC
3021 7TH AVE S
BIRMINGHAM, AL  35233-3502

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$104,774.00

**3.122** | **Nonpriority creditor's name and mailing address**
BRIDPORT AIR CARRIER INC
2220 E CERRITOS AVE
ANAHEIM, CA  92806-5709

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,300.00

**3.123** | **Nonpriority creditor's name and mailing address**
BROADRIDGE INVESTOR COMM
PO BOX 416423
BOSTON, MA  02241

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,062.68

**3.124** | **Nonpriority creditor's name and mailing address**
BROWARD TAXICAB, INC.
2106 N. DIXIE
HOLLYWOOD, FL  33020

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

**3.125** | **Nonpriority creditor's name and mailing address**
BUDGET RENT A CAR
14297 COLLECTION CTR DRIVE
CHICAGO, IL  60693

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$50,173.56

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.126 | **Nonpriority creditor's name and mailing address**<br><br>BUDGET RENT A CAR SYSTEM<br>14297 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL  60693<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $178,035.10 |
| 3.127 | **Nonpriority creditor's name and mailing address**<br><br>BUFFALO SHRINK WRAP, INC.<br>9300 COUNTY RD STE B<br>CLARENCE CENTER, NY  14032<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,057.49 |
| 3.128 | **Nonpriority creditor's name and mailing address**<br><br>BURNS & MCDONNELL CONSUL<br>245 5TH AVE STE 2100<br>NEW YORK, NY  10016-8728<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31,432.26 |
| 3.129 | **Nonpriority creditor's name and mailing address**<br><br>C3 CUSTOMER CONTACT CHAN<br>1200 S PINE ISLAND ROAD<br> SUITE 200<br>PLANTATION, FL  33324<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,035,392.64 |
| 3.130 | **Nonpriority creditor's name and mailing address**<br><br>CAE FLIGHTSCAPE INC<br>W WALNUT HILL LN<br>IRVING, TX  75038-1001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $27,410.00 |

Debtor   Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 181 of 868

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.131**

**Nonpriority creditor's name and mailing address**

CAMM CONCESSIONS/ATLANTA
3421 DOGWOOD DR
HAPEVILLE, GA  30354

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$39.65

---

**3.132**

**Nonpriority creditor's name and mailing address**

CAPITAL CONNECTION
417 E VIRGINIA ST #1, TALLAHASSEE, FL 32301
TALLAHASSEE, FL  32301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$440.00

---

**3.133**

**Nonpriority creditor's name and mailing address**

CARDINAL PATH LLC
515 N STATE ST STE 2200
CHICAGO, IL  60654-4974

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,992.61

---

**3.134**

**Nonpriority creditor's name and mailing address**

CARE PROPERTY SERVICES, LLC (601383_CARE
PROPERTY SERVICES, LLC_LAS VEGAS)
4230 CAMERON ST
LAS VEGAS, NV  89103-3718

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,353.14

---

**3.135**

**Nonpriority creditor's name and mailing address**

CARGO-NET, INC
ANGUS DR
RALEIGH, NC  27617-4749

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,133.98 |
|---|---|---|---|

CAUSEY AVIATION SERVICES
1725 E INTERNATIONAL DR
MORRISVILLE, NC  27560-7690

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,262.24 |
|---|---|---|---|

CCA FINANCIAL, LLC
GLEN FOREST DR
 7275
RICHMOND, VA  23226-3779

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,811,252.88 |
|---|---|---|---|

CCI ENTERPRISES DMCC
3108 HDS TOWER CLUSTER F
DUBAI
UNITED ARAB EMIRATES

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,234.28 |
|---|---|---|---|

CENTURYLINK
100 CENTURYLINK DRIVE
MONROE, LA  71203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,701.24 |
|---|---|---|---|

CENTURYLINK
PO BOX 1319, CHARLOTTE, NC 28201-1319
PHOENIX, AZ  85072

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.141** | **Nonpriority creditor's name and mailing address**
CERTIFIED AVIATION SERVI
P.O. BOX 225
SANTA CLARA, CA  95052-0225

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$219,450.86

---

**3.142** | **Nonpriority creditor's name and mailing address**
CHAMPION SCALE
S BROADWAY
 3849 SOUTH BROADWAY
CHAM
 SAINT LOUIS, MO  63118-4607

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$290.00

---

**3.143** | **Nonpriority creditor's name and mailing address**
CHARTER BROKERAGE, LLC
383 MAIN AVE STE 21
NORWALK, CT  06851-1582

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,920.92

---

**3.144** | **Nonpriority creditor's name and mailing address**
CINTAS CORP-LOC 49K ACCT
PO BOX 630910
CINCINNATI, OH  45263-0921

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$477.16

---

**3.145** | **Nonpriority creditor's name and mailing address**
CINTAS CORPORATION NO. 2
PO BOX 631025
 ACCT # 10625402, 7337, 7858
CINCINNATI, OH  45263

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$328.90

| Part 2: | Additional Page |
|---------|-----------------|

| | Amount of claim |
|---|---|

**3.146**

**Nonpriority creditor's name and mailing address**

CINTAS FIRE PROTECTION
P.O. BOX 636525
CINCINNATI, OH  45263-6525

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,053.15

**3.147**

**Nonpriority creditor's name and mailing address**

CINTAS FIRST AID & SAFETY
P.O. BOX 631025
CINCINNATI, OH  45263-1025

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,225.41

**3.148**

**Nonpriority creditor's name and mailing address**

CIRION TECHNOLOGIES LATI
801 BRICKELL AVE STE 2400
MIAMI, FL  33131-4943

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,714.80

**3.149**

**Nonpriority creditor's name and mailing address**

CITY BEVERAGES IN ORLANDO
PO BOX 620006, ORLANDO, FL 32862-0006
ORLANDO, FL  32862-0006

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,287.00

**3.150**

**Nonpriority creditor's name and mailing address**

CITY OF AUSTIN
2901 EMPLOYEE AVE, STE 100
AUSTIN, TX  78719-2319

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$122.74

Debtor    Spirit Airlines, LLC
(Name)

Case number (if known)    25-11896

| Part 2: | Additional Page |

|  | | Amount of claim |
| --- | --- | --- |
| 3.151 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF DANIA BEACH<br>P.O. BOX 919789<br>ORLANDO, FL  32891-0001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,111.31 |
| 3.152 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF HOUSTON, UTILITI<br>611 WALKER ST.<br>HOUSTON, TX  77002<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,344.47 |
| 3.153 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF PLEASANTVILLE<br>PLEASANTVILLE FIRE DEPT.<br>PLEASANTVILLE, NJ  08232-2604<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $115.00 |
| 3.154 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF ROMULUS<br>11111 WAYNE ROAD, ROMULUS, MI 48174<br>ROMULUS, MI  48174<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $75.00 |
| 3.155 | **Nonpriority creditor's name and mailing address**<br><br>CLARK HILL P.L.C.<br>ATTORNEYS AT LAW<br> 500 WOODWARD AVENUE SUITE 3500<br>DETROIT, MI  48226-3435<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38,831.50 |

Debtor   Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 186 of 868

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.156** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,536.25

CLARO  (7023)
P.O. BOX 70366
SAN JUAN, PR  00936-8366

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.157** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,180.51

CLAYTON CTY TAX COMMISSI
121 S MCDONOUGH ST, ANNEX 3, 2ND FL
JONESBORO, GA  30236

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $37,774.06

CLEAN HARBORS ENVIRONMEN
PO BOX 9149
BOSTON, MA  02061-9149

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $469.14

CLEARLY IP INC
3255 W HIGHVIEW DR
APPLETON, WI  54914-5708

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,688.59

CODENSA SA ESP -BOG (JOV

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 187 of 868

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.161** **Nonpriority creditor's name and mailing address**

COMANT INDUSTRIES 101121
577 BURNING TREE RD
FULLERTON, CA 92833-1445

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$603.75

---

**3.162** **Nonpriority creditor's name and mailing address**

COMED COMMONWEALTH EDISO
10 S DEARBORN ST 52ND FL
CHICAGO, IL 60603-2300

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,912.27

---

**3.163** **Nonpriority creditor's name and mailing address**

COMMONWEALTH AVIATION SE
400 PORTUGEE RD
RICHMOND, VA 23250-2417

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,375.73

---

**3.164** **Nonpriority creditor's name and mailing address**

COMPANIA MUNDIAL DE SEGU
CALLE 33 N 6B-24 PISOS 1, 2 Y 3
BOGOTA
COLOMBIA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.98

---

**3.165** **Nonpriority creditor's name and mailing address**

CONNECTED SOLUTIONS GROU
8529 MEADOWBRIDGE RD STE 300
MECHANICSVILLE, VA 23116

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,318.06

---

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.166** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,849.89

CONSTANT AVIATION LLC
5211 SECONDARY RD
CLEVELAND, OH  44135

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

CONSUMER PROT. - HONDURAS
CENTRO MORAZÁN, TOWER 1, 6TH FLOOR, OFFICE NO
10610
BULEVAR MORAZÁN
TEGUCIGALPA
HONDURAS

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LEGAL CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,045.00

CONVERGINT
COMMERCE PKWY
MIRAMAR, FL  33025-3943

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $125.01

CORPORATION SERVICE COMPANY
PO BOX 13397, PHILADELPHIA, PA 19101-3397
PHILADELPHIA, PA  19101-3397

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNCLAIMED PROPERTY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,040.00

CORTECH LLC
50 GLENLAKE PARKWAY, SUITE 340
ATLANTA, GA  30328

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.171**

**Nonpriority creditor's name and mailing address**

COSGROVE ASSOCIATES INC
81 MAIN ST
WHITE PLAINS, NY  10601-1711

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,000.00

---

**3.172**

**Nonpriority creditor's name and mailing address**

COURONNE BAR
AEROPORT INTL TOUSSAINT LOUVERTURE
PORT-AU-PRINCE
HAITI

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$126.00

---

**3.173**

**Nonpriority creditor's name and mailing address**

CRANEWORKS LLC
7795 LITTLE YORK RD
HOUSTON, TX  77016-2468

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,741.41

---

**3.174**

**Nonpriority creditor's name and mailing address**

CRAVATH, SWAINE & MOORE
WORLDWIDE PLAZA, 825 EIGHTH AVENUE, 46TH FLOOR
NEW YORK, NY  10019

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$75,832.48

---

**3.175**

**Nonpriority creditor's name and mailing address**

CREW & BA SA DE CV
MEXICO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,017.10

Debtor Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)   25-11896
Pg 190 of 868

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|

**3.176** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,952.68
| | *Check all that apply.*

CRITICAL POWER SYSTEMS L
28294 BECK RD
WIXOM, MI  48393-3623

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,692.96
| | *Check all that apply.*

CROWN EQUIPMENT CORPORAT
44 S WASHINGTON ST
CROWN LIFT TRUCHS
 NEW BREMEN, OH  45869-1288

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,725.00
| | *Check all that apply.*

CSI AEROSPACE INC
2020 W DETROIT
BROKEN ARROW, OK  74012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,171.60
| | *Check all that apply.*

CUSHMAN & WAKEFIELD U.S.
PO BOX 9296
NEW YORK, NY  10087-9296

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $229,407.58
| | *Check all that apply.*

DADE GSE INC.
5727 NW 7TH ST # 162
 5727 NW 7TH ST
MIAMI, FL  33126-3105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

| | Amount of claim |
|---|---|

**3.181** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,371.63
DAIFUKU SERVICES AMERICA
PO BOX 487
TAVARES, FL  32778-0487

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,421,790.60
DAL GLOBAL / UNIFI
PO BOX 945861
ATLANTA, GA  30394-5861

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,213.89
DAVIES SKYCAP SERVICES,
2627 N HOLLYWOOD WAY
BURBANK, CA  91505-1062

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,245.00
DEDIENNE AEROSPACE LLC
1550 NW 96 AVE
MIAMI, FL  33172

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $31,207.07
DELTA AIR LINES, INC
PO BOX 101153
ATLANTA, GA  30392-1153

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known) 25-11896
Pg 192 of 868

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.186** | **Nonpriority creditor's name and mailing address**

DELTA AND SIERRA HOLDING
2739 UPPER PARK RD
ORLANDO, FL 32814-6168

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,500.00

---

**3.187** | **Nonpriority creditor's name and mailing address**

DEPARTAMENTO DE ASUNTOS DEL CONSUMIDOR (DACO)
AVENIDA JOSÉ DE DIEGO PDA. 22
CENTRO GUBERNAMENTAL MINILLAS
BLDG TORRE NORTE, 8TH FL
PR

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.188** | **Nonpriority creditor's name and mailing address**

DEPARTMENT OF ECOLOGY
STATE OF WASHINGTON
SEATTLE, WA 98124-1050

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$65.00

---

**3.189** | **Nonpriority creditor's name and mailing address**

DES WHOLESALE LLC
601 W CROSSVILLE RD
ROSWELL, GA 30075-2693

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,116.80

---

**3.190** | **Nonpriority creditor's name and mailing address**

DIAN / DIRECCION DE IMPU
CARRERA 8 NO 6C-38
EDIFICIO SAN AGUSTIN
BOGOTA
COLOMBIA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,839.95

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.191**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $126,349.51 |
| --- | --- | --- |

DIEHL AEROSPACE, INC  10
12001 HIGHWAY 280
STERRETT, AL  35147-8901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.192**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,187.21 |
| --- | --- | --- |

DIRECCION GENERAL DE TES
BLVD DE LOS HEROES, COL BUENOS AIRES
BLDG MINISTERIO DE HACIENDA
SAN SALVADOR
EL SALVADOR

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.193**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $337,825.01 |
| --- | --- | --- |

DIRECT AIRLINE SERVICES
4030 N W 29TH STREET
MIAMI, FL  33142

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.194**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36,151.65 |
| --- | --- | --- |

DIRECTION GENERALE DES I
SERVICE DES DROITS CONSULAIRES
AVENUE DE DELMAS NO 1
PORT-AU-PRINCE
HAITI

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.195**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $302.30 |
| --- | --- | --- |

DIRECTV
2260 E. IMPERIAL HWY.
EL SEGUNDO, CA  90245

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.196** **Nonpriority creditor's name and mailing address**

DIVERSIFIED COMMUNICATIO
4435 AICHOLTZ ROAD, SUITE 900
CINCINNATI, OH  45245

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,318.67

---

**3.197** **Nonpriority creditor's name and mailing address**

DIVERSIFIED INSPECTIONS
PO BOX 37109
PHOENIX, AZ  85069

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,559.27

---

**3.198** **Nonpriority creditor's name and mailing address**

DIVERSION TO SAT
1200 NEW JERSEY AVENUE, SE
WASHINGTON, DC  20590

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.199** **Nonpriority creditor's name and mailing address**

DJB GAS SERVICES, INC
PO BOX 1811
SALT LAKE CITY, UT  84110-1811

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$26.39

---

**3.200** **Nonpriority creditor's name and mailing address**

DMARCIAN, INC.
PO BOX 1007
BREVARD, NC  28712-1007

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,488.00

---

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.201**    **Nonpriority creditor's name and mailing address**

DNC TRAVEL HOSPITALITY S
PO BOX 910692
 FILE 5832
DALLAS, TX 75391-0693

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$353.56

---

**3.202**    **Nonpriority creditor's name and mailing address**

DOLLAR THRIFTY CAR RENTAL
PO BOX 121194
TRAVEL INDURSTRY DEPT
 DALLAS, TX 75312-1194

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$111,202.71

---

**3.203**    **Nonpriority creditor's name and mailing address**

DONE RIGHT BUILDING SERV
COPLEY PL
BOSTON, MA 02116-6504

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$435.75

---

**3.204**    **Nonpriority creditor's name and mailing address**

DS JORDAN CONSTRUCTION I
12555 BISCAYNE BLVD # 880
NORTH MIAMI, FL 33181-2522

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,420.00

---

**3.205**    **Nonpriority creditor's name and mailing address**

DT INSTRUMENTATION SERVI
PO BOX 2225
MANATI, PR 00674

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,255.00

Debtor    Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 196 of 868

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.206**  **Nonpriority creditor's name and mailing address**

DTE ENERGY
ONE ENERGY PLAZA
 1189 WCB
DETROIT, MI  48226-1221

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,285.45

---

**3.207**  **Nonpriority creditor's name and mailing address**

DTN, LLC
18205 CAPITOL AVE STE 100
ELKHORN, NE  68022-4445

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$808.50

---

**3.208**  **Nonpriority creditor's name and mailing address**

DUBAI AEROSPACE ENTERPRISE
ICD BROOKFIELD PLACE, LEVEL 20
DUBAI
UNITED ARAB EMIRATES

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AIRCRAFT LEASE

**Is the claim subject to offset?**
☒ No
☐ Yes

$319,500.00

---

**3.209**  **Nonpriority creditor's name and mailing address**

DWOSKIN WASDIN LLP
433 PLAZA REAL, STE
BOCA RATON, FL  33432

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,900.00

---

**3.210**  **Nonpriority creditor's name and mailing address**

ECASA S.A.
AEROPUERTO INTL JOSE MARTI
AV VAN TROI, TERMINAL 1
HAVANA
CUBA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,958.12

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.211**    **Nonpriority creditor's name and mailing address**

ECONIC PARTNERS US LLC
10100 SANTA MONICA BOULEVARD, SUITE 925
LOS ANGELES, CA  90067

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,117.75

---

**3.212**    **Nonpriority creditor's name and mailing address**

ECOSERVICES LLC
PO BOX 846172
DALLAS, TX  75284-6172

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,850.00

---

**3.213**    **Nonpriority creditor's name and mailing address**

EDMO DISTRIBUTORS INC 10
12830 E MIRABEAU PKWY
SPOKANE VALLEY, WA  99216

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$80.00

---

**3.214**    **Nonpriority creditor's name and mailing address**

EFAX CORPORATE
6922 HOLLYWOOD BLVD STE 500
LOS ANGELES, CA  90028-6125

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$592.52

---

**3.215**    **Nonpriority creditor's name and mailing address**

ELC SECURITY PRODUCTS
8252 NW 30TH TERRACE
MIAMI, FL  33122-1914

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$290.50

---

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.216 | **Nonpriority creditor's name and mailing address**<br><br>ELP AVIATION<br>1159 DONALD LANE<br>CONWAY SPRINGS, KS 67031<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $59,630.62 |

| 3.217 | **Nonpriority creditor's name and mailing address**<br><br>EMPRESA DE ENERGIA DEL Q<br>CARRERA 13 NO 14-17<br>ARMENIA<br>COLOMBIA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $68.87 |

| 3.218 | **Nonpriority creditor's name and mailing address**<br><br>EMPRESA HONDURENA INFRAESTRUCTURA Y<br>(651676_EMPRESA HONDURENA INFRAESTRUCTURA Y_HONDURAS)<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $45.03 |

| 3.219 | **Nonpriority creditor's name and mailing address**<br><br>ENCORE FIRE PROTECTION<br>70 BACON STREET<br>PAWTUCKET, RI 02860<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $385.98 |

| 3.220 | **Nonpriority creditor's name and mailing address**<br><br>EQUINIX INC<br>1 LAGOON DR STE 400<br>REDWOOD CITY, CA 94065-1564<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $75,274.41 |

Debtor    Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 199 of 868

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.221**

**Nonpriority creditor's name and mailing address**

ERIE AVIATION, INC 10001
PO BOX 8283
ERIE, PA  16505

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$46,548.66

---

**3.222**

**Nonpriority creditor's name and mailing address**

ERMC AVIATION, LLC
PO BOX 745197
ATLANTA, GA  30374-5197

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$304,250.75

---

**3.223**

**Nonpriority creditor's name and mailing address**

ERMCO INC
1625 W THOMPSON RD
INDIANAPOLIS, IN  46217-9289

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,520.00

---

**3.224**

**Nonpriority creditor's name and mailing address**

ESQUIRE DEPOSITION SOLUT
1500 CENTRE PKWY
ATLANTA, GA  30344-8152

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,665.00

---

**3.225**

**Nonpriority creditor's name and mailing address**

ESTUDIO SPINGARN & MARKS
ORELLANA E4-430 Y AMAZONAS
BLDG ORELLANA 500
QUITO  170517
ECUADOR

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$496.52

---

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.226**

**Nonpriority creditor's name and mailing address**

EUREST DINING SERVICES
2400 YORKMONT RD
2400 YORKMONT ROAD
CHARLOTTE, NC  28217-4511

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$100,096.92

---

**3.227**

**Nonpriority creditor's name and mailing address**

EVERYMUNDO LLC
25 SE 2ND AVE # 900
MAIMI, FL  33131

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,419.35

---

**3.228**

**Nonpriority creditor's name and mailing address**

EVOLVE HOLDINGS, INC.
10555 COSSEY RD
HOUSTON, TX  77070-6407

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$811.88

---

**3.229**

**Nonpriority creditor's name and mailing address**

EXOTIC METALS
5411 SOUTH 226 STREET
KENT, WA  98032-1891

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,899.00

---

**3.230**

**Nonpriority creditor's name and mailing address**

EXPRESS CATERING LIMITED
SANGSTERS INTL AIRPORT
MONTEGO BAY, WI
JAMAICA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11.82

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.231** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $241,341.83

F & E AIRCRAFT MAINTENAN
PO BOX 660707
MIAMI, FL  33159

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.232** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $467.18

FACILITY SOLUTIONS INC.
5 DAMON RD
RAYMOND, ME  04071-6394

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

FEDERAL AVIATION ADMINISTRATION
800 INDEPENDENCE AVE. SW
WASHINGTON, DC  20591

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $308,065.57

FEDERAL EXPRESS CORPORAT
P.O. BOX 94515
PALATINE, IL  60094

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.235** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,128.40

FEDEX FREIGHT, INC.
PO BOX 223125
PITTSBURGH, PA  15251-2125

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  Spirit Airlines, LLC
(Name)

Case number (if known)  25-11896

| **Part 2:** | Additional Page |

|  | Amount of claim |
|---|---|

**3.236** **Nonpriority creditor's name and mailing address**

FELICIAN LATOYA PIERRE
4616 ROSE CORAL DR APT 73
ORLANDO, FL  32808

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$54.00

---

**3.237** **Nonpriority creditor's name and mailing address**

FIDEICOMISO OPAIN SA
CARRERA 7 NO 71-52 TORR B
PISO 2 COMMUTADOR 3123711
BOGOTA
COLOMBIA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,948.82

---

**3.238** **Nonpriority creditor's name and mailing address**

FIDUAGRARIA FEDEICOMISO
CALLE 16 #6-66 PISO 26,28,29
BOGOTA
COLOMBIA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$208,231.23

---

**3.239** **Nonpriority creditor's name and mailing address**

FIRE SAFETY, INC.
1 HELMKAMP DR
WOOD RIVER, IL  62095-1430

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00

---

**3.240** **Nonpriority creditor's name and mailing address**

FJET,LLC
1551 LAS GLORIETAS SW
ALBUQUERQUE, NM  87105-8414

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,346.15

---

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Pg 203 of 868

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.241 | **Nonpriority creditor's name and mailing address** | | $13,815.26 |
|---|---|---|---|

FLIGHT CHECK COMMERCIAL
142 TOUHY CT
DES PLAINES, IL  60018

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | | $770.33 |
|---|---|---|---|

FLIGHT SEARCH INC
8537 S REDWOOD RD #C MAIN FL, WEST JORDAN, UT
84088
WEST JORDAN, UT  84088

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | | $21,055.00 |
|---|---|---|---|

FLIGHT TECH WORLDWIDE CO
5600 NW 36TH ST
 1799 NW 20TH ST
HO
 MIAMI, FL  33166-2787

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | | $4,708.24 |
|---|---|---|---|

FLIGHTLINE MAINTENANCE L
2367 AIRLINE
SAN DIEGO, CA  92101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | | $1,892.14 |
|---|---|---|---|

FLIGHTSAFETY INTERNATION
EASTON SQUARE PL
COLUMBUS, OH  43219-6290

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Spirit Airlines, LLC
         (Name)

Case number (if known)    25-11896

| Part 2: | Additional Page |

|  | Amount of claim |
|---|---|

**3.246**

**Nonpriority creditor's name and mailing address**

FLORIDA DEPARTMENT OF STATE
TALLAHASSEE
TALLAHASSEE, FL  32301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$390.00

---

**3.247**

**Nonpriority creditor's name and mailing address**

FLORIDA ICE & WATER LLC
1811 CORAL HEIGHTS BLVD
FORT LAUDERDALE, FL  33308-5220

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,000.00

---

**3.248**

**Nonpriority creditor's name and mailing address**

FLORIDA POWER & LIGHT COMPANY
GENERAL MAIL FACILITY
MIAMI, FL  33188-0001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$89,334.58

---

**3.249**

**Nonpriority creditor's name and mailing address**

FLORIDA POWER & LIGHT COMPANY
GENERAL MAIL FACILITY
MIAMI, FL  33188-0001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$89,202.75

---

**3.250**

**Nonpriority creditor's name and mailing address**

FLORIDA SUPPLY USA
N GOLDENROD RD
ORLANDO, FL  32807-8360

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$98.85

---

Debtor    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Spirit Airlines, LLC     Case number (if known)    25-11896
(Name)
Pg 205 of 868

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.251** | **Nonpriority creditor's name and mailing address**

FOLIOFN INVESTMENTS, INC
PO BOX 10544
MCLEAN, VA 22102

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$149.32

---

**3.252** | **Nonpriority creditor's name and mailing address**

FORD & HARRISON LLP
PO BOX 890836
CHARLOTTE, NC 28289

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,643.42

---

**3.253** | **Nonpriority creditor's name and mailing address**

FOX VALLEY FIRE & SAFETY
2730 PINNACLE DRIVE
ELGIN, IL 60124

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$434.45

---

**3.254** | **Nonpriority creditor's name and mailing address**

FOXTROT AVIATION SERVICE
FULTON DR NW
CANTON, OH 44718-1762

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,534.04

---

**3.255** | **Nonpriority creditor's name and mailing address**

FRANK WEINBERG & BLACK PL
7805 SW 6TH CT
PLANTATION, FL 33324-3203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,387.50

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

| 3.256 | **Nonpriority creditor's name and mailing address**<br><br>FUTURE METALS, INC.<br>PO BOX 98667<br>CHICAGO, IL  60693<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,984.60 |

| 3.257 | **Nonpriority creditor's name and mailing address**<br><br>G & S MECHANICAL USA INC<br>3409 W HARRY ST<br>WICHITA, KS  67213-1407<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,258.54 |

| 3.258 | **Nonpriority creditor's name and mailing address**<br><br>G T MICHELLI CO INC<br>130 BROOKHOLLOW ESPLANADE<br>NEW ORLEANS, LA  70123-5102<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,252.26 |

| 3.259 | **Nonpriority creditor's name and mailing address**<br><br>G1 FACILITY SERVICES<br>2029 MORRIS AVE STE 2<br>UNION, NJ  07083-6047<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,769.77 |

| 3.260 | **Nonpriority creditor's name and mailing address**<br><br>G2 SECURE STAFF, LLC<br>PO BOX 674159<br>DALLAS, TX  75267-4159<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $704,112.84 |

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.261** **Nonpriority creditor's name and mailing address**

G62 INC.
SEMINOLE AVE
WINTER PARK, FL  32792-7155

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,447.60

---

**3.262** **Nonpriority creditor's name and mailing address**

GAT AIRLINE GROUND SUPPO
PO BOX 88029
MOBILE, AL  36608

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,695,320.86

---

**3.263** **Nonpriority creditor's name and mailing address**

GATX ENG LEASING (RESV)
233 S WACKER DR
CHICAGO, IL  60606

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$61,435.12

---

**3.264** **Nonpriority creditor's name and mailing address**

GCG GROUND SERVICES
8201 PETERS RD, SUITE 1000
PLANTATION, FL  33324

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$107,877.54

---

**3.265** **Nonpriority creditor's name and mailing address**

GEORGIA DEPARTMENT OF RE
ALCOHOL AND TOBACCO DIVISION 1800 CENTURY
CENTER BLVD. N.E
ATLANTA, GA  30345

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$44.14

---

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.266 | **Nonpriority creditor's name and mailing address**<br><br>GEXA ENERGY, LP<br>601 TRAVIS ST<br>HOUSTON, TX 77002-3252<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $13,196.15 |
| 3.267 | **Nonpriority creditor's name and mailing address**<br><br>GLASS GROUND MAINTENANCE<br>6115 MATCHETT RD<br>BELLE ISLE, FL 32809-5145<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $600.00 |
| 3.268 | **Nonpriority creditor's name and mailing address**<br><br>GLOBAL AIRTECH 1000167A<br>16539 SATICOY ST<br>VAN NUYS, CA 91406-1739<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,400.00 |
| 3.269 | **Nonpriority creditor's name and mailing address**<br><br>GLOBAL AVIATION SERVICES<br>3 SUGAR CREEK CENTER BLVD STE 450<br>SUGAR LAND, TX 77478-2216<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $55,422.09 |
| 3.270 | **Nonpriority creditor's name and mailing address**<br><br>GLOBAL ENGINE STANDS, INC<br>SW 143RD CT<br>MIAMI, FL 33186-7612<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $115,899.00 |

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.271**

**Nonpriority creditor's name and mailing address**

GOLDBERGS AIRPORT DELI
6000 NORTH TERMINAL PKWY, CON TF-3, ATLANTA, GA
30320
ATLANTA, GA  30320

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$51.71

**3.272**

**Nonpriority creditor's name and mailing address**

GOODRICH "AEROSTRUCTURES"
PO BOX 841410
DALLAS, TX  75284-1410

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,799.00

**3.273**

**Nonpriority creditor's name and mailing address**

GREEN CLEAN COMMERCIAL C
S VALLEY VIEW BLVD
LAS VEGAS, NV  89118-4554

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,433.66

**3.274**

**Nonpriority creditor's name and mailing address**

GREEN IRONY, LLC
2ND AVE S
SAINT PETERSBURG, FL  33701-4313

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,651.61

**3.275**

**Nonpriority creditor's name and mailing address**

GREENBERG TRAURIG PA
333 SE 2ND AVE # 4400
MIAMI, FL  33131

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,521.27

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.276**

**Nonpriority creditor's name and mailing address**

GREENER METHOD  CLEANING
STARK RD
LIVONIA, MI  48150-1584

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,087.21

---

**3.277**

**Nonpriority creditor's name and mailing address**

GROUND MOTIVE DEPENDABLE
P.O BOX 37667
AIRPORT STATION
 SAN JUAN, PR  00937-7667

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$456,897.87

---

**3.278**

**Nonpriority creditor's name and mailing address**

GSE AMERICA LLC  1011215A
ANCHUCA DR
LAKELAND, FL  33811-1859

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,137.00

---

**3.279**

**Nonpriority creditor's name and mailing address**

GSE RENTALS, INC.
3750 NW 49TH ST
MIAMI, FL  33142-3930

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,572.00

---

**3.280**

**Nonpriority creditor's name and mailing address**

GTR ORLANDO AVIATION AUT
PO BOX 864634
ORLANDO, FL  32886-4634

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,840.49

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.281 | **Nonpriority creditor's name and mailing address**<br><br>GUARANTEE ELECTRICAL CON<br>3415 BENT AVE<br>SAINT LOUIS, MO 63116-2601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $940.00 |
| 3.282 | **Nonpriority creditor's name and mailing address**<br><br>HALLMARK MITIGATION & CO<br>18929 PHILLIP WAY<br>NEW CANEY, TX 77357-2167<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $862.00 |
| 3.283 | **Nonpriority creditor's name and mailing address**<br><br>HAMILTON SUNDSTRAND CORP.<br>PO BOX 120647<br> DEPT 890647<br>DALLAS, TX 75312-0647<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $247,832.77 |
| 3.284 | **Nonpriority creditor's name and mailing address**<br><br>HAR-CON MECHANICAL CONTR<br>9009 W LITTLE YORK RD<br>HOUSTON, TX 77040-4113<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $470.89 |
| 3.285 | **Nonpriority creditor's name and mailing address**<br><br>HARVEY WATT & CO<br>475 N CENTRAL AVE<br>ATLANTA, GA 30354-1650<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,325.00 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.286 | **Nonpriority creditor's name and mailing address** <br><br> HAYSTACKID, LLC <br> 1400 16TH ST NW STE B01 <br> WASHINGTON, DC  20036-2240 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $10,126.37 |
| 3.287 | **Nonpriority creditor's name and mailing address** <br><br> HEICO AEROSPACE CORPORAT <br> PO BOX 116914 <br> ATLANTA, GA  30368-6914 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $68,063.73 |
| 3.288 | **Nonpriority creditor's name and mailing address** <br><br> HERBER AIRCRAFT SERVICE, <br> E FRANKLIN AVE <br> EL SEGUNDO, CA  90245-4307 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $5,234.00 |
| 3.289 | **Nonpriority creditor's name and mailing address** <br><br> HERTZ CORP <br> DEPT 1087 <br>  P.O. BOX 121087 <br> DALLAS, TX  75312-1087 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $93,827.88 |
| 3.290 | **Nonpriority creditor's name and mailing address** <br><br> HIGH FLYING FOODS <br> 123 2ND STREET <br> SAUSALITO, CA  94965 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $129.17 |

Debtor    Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 213 of 868

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.291 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,699.31 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

3.291

HILLSBOROUGH COUNTY TAX
PO BOX 30013
TAMPA, FL  33630-3012

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,699.31

---

3.292

**Nonpriority creditor's name and mailing address**

HIREQUEST LLC DBA SNELLI
VANTAGE PKWY E
HOUSTON, TX  77032-1977

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,084.00

---

3.293

**Nonpriority creditor's name and mailing address**

HOME SERV DELIVERY, LLC
6751 FORUM DR STE 200
ORLANDO, FL  32821-8089

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$73,404.31

---

3.294

**Nonpriority creditor's name and mailing address**

HONEYWELL INTERNATIONAL
ZONE DE ACTIVITIES
LA PIECE 16
1180 ROLLE
SWITZERLAND

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$914,471.43

---

3.295

**Nonpriority creditor's name and mailing address**

HONEYWELL INTERNATIONAL,
21380 NETWORK PLACE
CHICAGO, IL  60673-1213

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$144,711.37

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.296**

**Nonpriority creditor's name and mailing address**

HOUSTON SURVEILLANCE & S
314 LAKESHORE DR
SEABROOK, TX  77586-6034

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,255.70

---

**3.297**

**Nonpriority creditor's name and mailing address**

HPI DIRECT
200 CENTRAL AVE STE 2000
SAINT PETERSBURG, FL  33701-3567

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$338,033.54

---

**3.298**

**Nonpriority creditor's name and mailing address**

HR DIRECT / G NEIL DIRECT
PO BOX 451179
SUNRISE, FL  33345-1179

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,261.87

---

**3.299**

**Nonpriority creditor's name and mailing address**

HRD AERO SYSTEMS, INC.
25555 AVENUE STANFORD
VALENCIA, CA  91355

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,150.00

---

**3.300**

**Nonpriority creditor's name and mailing address**

HUMAN SECURITY, INC
841 BROADWAY 2ND FLOOR
NEW YORK, NY  10003

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$146,774.19

---

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.301**

**Nonpriority creditor's name and mailing address**

HUNTLEIGH  USA CORPORATI
DEPARTMENT # 96-0429
OKLAHOMA CITY, OK  73196-0429

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$71,804.39

---

**3.302**

**Nonpriority creditor's name and mailing address**

IATA
FRANKFURTSTRAAT 2, LIJNDEN
PO BOX 49
BADHOEVEDORP  1170 AA
THE NETHERLANDS

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,730.00

---

**3.303**

**Nonpriority creditor's name and mailing address**

IATA - BSP CANADA
800 PLACE VICTORIA
PO BOX 113, 14TH FL
MONTREAL, QC  H4Z 1M1
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$161,957.47

---

**3.304**

**Nonpriority creditor's name and mailing address**

IBM
PO BOX 534151
ATLANTA, GA  30353-4151

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,192.10

---

**3.305**

**Nonpriority creditor's name and mailing address**

IDME INC
GREENSBORO DR
MC LEAN, VA  22102-5212

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,683.40

| **Part 2:** | Additional Page |

|  | Amount of claim |
| --- | --- |

**3.306**

**Nonpriority creditor's name and mailing address**

ILLINOIS SECRETARY OF STATE
501 S 2ND STREET
SPRINGFIELD, IL  62756

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,620.51

---

**3.307**

**Nonpriority creditor's name and mailing address**

IMSS / INSTITUTO MEXICAN
MEXICO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,964.29

---

**3.308**

**Nonpriority creditor's name and mailing address**

INAC
KM 11 1/2 CARRETERA NORTE
MANAGUA  4936
NICARAGUA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,512.64

---

**3.309**

**Nonpriority creditor's name and mailing address**

INFARE SOLUTIONS
BORGERGADE 14, 2 FL
KOBENHAVN  1300
DENMARK

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,007.21

---

**3.310**

**Nonpriority creditor's name and mailing address**

INGENIUX CORP
1601 2ND AVE # 1010
SEATTLE, WA  98101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,930.00

---

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.311** | | UNDETERMINED

**Nonpriority creditor's name and mailing address**

INN IAPA  - MEXICO
P. º DE LA HACIENDA DE ECHEGARAY 81
BOSQUES DE ECHEGARAY
NAUCALPAN DE JUÁREZ
CDMX  53310
MEXICO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.312** | | $2,613.24

**Nonpriority creditor's name and mailing address**

INSIGHT DIRECT USA INC
2701 E INSIGHT WAY
CHANDLER, AZ  85286

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.313** | | UNDETERMINED

**Nonpriority creditor's name and mailing address**

INTERNAL REVENUE SERVICE (IRS)
INTERNAL REVENUE SERVICE 1111 CONSTITUTION AVE., NW
WASHINGTON, DC  20224

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.314** | | $94,949.24

**Nonpriority creditor's name and mailing address**

INTERNET TRAVEL SERVICES
LYNDON B JOHNSON FWY
DALLAS, TX  75251-1322

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.315** | | $675.73

**Nonpriority creditor's name and mailing address**

IPSA
KM 5 1/2 CARRETERA NORTE
PUENTE A DESNIVEL 100 MTS EAST
MANAGUA
NICARAGUA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**3.316**

**Nonpriority creditor's name and mailing address**

ITW GSE
11001 US HIGHWAY 41 N
PALMETTO, FL  34221-7700

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,384.62

---

**3.317**

**Nonpriority creditor's name and mailing address**

J&J&D SERVICES, INC DBA
9247 ARCHIBALD AVE
SIERRA AVIATION GROUP
 RANCHO CUCAMONGA, CA  91730-5207

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,651.24

---

**3.318**

**Nonpriority creditor's name and mailing address**

J.C. CANNISTRARO, LLC
80 ROSEDALE RD
WATERTOWN, MA  02472

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,343.00

---

**3.319**

**Nonpriority creditor's name and mailing address**

J.D.L INDUSTRIES, INC. 1
9500 NW 12 STREET
 BAY 6
MIAMI, FL  33172

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,697.77

---

**3.320**

**Nonpriority creditor's name and mailing address**

JANI-KING OF CLEVELAND
9075 TOWN CENTRE DR STE 200
BROADVIEW HEIGHTS, OH  44147-4045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,409.48

---

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.321** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED

JASIEL MORENO AND BRANDON TEDFORD

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.322** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $217,680.64

JC INTERNATIONAL S.A.
AEROPORT INTL TOUSSAINT LOUVERTURE
PORT-AU-PRINCE
HAITI

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.323** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,875.87

JEHCA GROUP CORP DBA CEN
2151 NW 79TH AVE
DORAL, FL  33122-1617

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.324** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $24,466.00

JET PARTS ENGINEERING LL
4772 OHIO AVE S
SEATTLE, WA  98134-2326

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.325** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $46,352.50

JET REPAIR CENTER, INC.
7501 NW 52ND STREET
MIAMI, FL  33166

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.326** | **Nonpriority creditor's name and mailing address**

JETBLUE AIRWAYS
PO BOX 842124
DALLAS, TX  75284-2124

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$3,785.00**

---

**3.327** | **Nonpriority creditor's name and mailing address**

JETRIGHT AVIATION MAINTE
HANGAR LN
NASHVILLE, TN  37217-2596

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$33,680.76**

---

**3.328** | **Nonpriority creditor's name and mailing address**

JETT PRO LINE MAINTENANCE
2601 FORTUNE CIRCLE DRIVE E.
 SUITE 101-A
INDIANAPOLIS, IN  46241

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$35,709.58**

---

**3.329** | **Nonpriority creditor's name and mailing address**

KAHN AIR CONDITIONING &
2787 IRVING BLVD STE 130
DALLAS, TX  75207-2311

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$650.33**

---

**3.330** | **Nonpriority creditor's name and mailing address**

KELLSTROM COMMERCIAL AER
DEPT. CH 17334
PALATINE, IL  60055-7334

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$22,205.23**

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

| 3.331 | **Nonpriority creditor's name and mailing address**<br><br>KENTUCKY DEPARTMENT OF R<br>501 HIGH ST, STATION 38<br>FRANKFORT, KY 40601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6.30 |
| 3.332 | **Nonpriority creditor's name and mailing address**<br><br>KGB AVIATION SOLUTIONS L<br>950A UNION ROAD<br> SUITE 329<br>WEST SENECA, NY 14224<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,092.50 |
| 3.333 | **Nonpriority creditor's name and mailing address**<br><br>KIMBALL ELECTRONIC LAB I<br>8081 WEST 21ST LANE<br>HIALEAH, FL 33016<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,837.00 |
| 3.334 | **Nonpriority creditor's name and mailing address**<br><br>KIRSTEIN & YOUNG PLLC<br>1750 K. STREET N.W<br> SUITE 200<br>WASHINGTON, DC 20006<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33,655.32 |
| 3.335 | **Nonpriority creditor's name and mailing address**<br><br>KONICA MINOLTA<br>21146 NETWORK PL<br>CHICAGO, IL 60673-1211<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,831.98 |

Debtor   Spirit Airlines, LLC    25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 222 of 868

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| 3.336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,343.59 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
KONICA MINOLTA BUSINESS
DEPT AT 952823
ATLANTA, GA 31192-2823

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,343.59

---

3.337   **Nonpriority creditor's name and mailing address**
KONICA MINOLTA BUSINESS SOLUTIONS
DEPT AT 952823, ATLANTA, GA 31192-2823
ATLANTA, GA 31192-2823

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$49,926.86

---

3.338   **Nonpriority creditor's name and mailing address**
KONICA MINOLTA PREMIER F
PO BOX 105743
ATLANTA, GA 30348-5743

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$415.22

---

3.339   **Nonpriority creditor's name and mailing address**
KYNDRYL, INC.
51 E 42ND ST FL 15
NEW YORK, NY 10017-5430

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$174,855.03

---

3.340   **Nonpriority creditor's name and mailing address**
L3HARRIS AVIATION PRODUC
5353 52ND ST SE
GRAND RAPIDS, MI 49512-9702

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,479.00

---

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

### 3.341

**Nonpriority creditor's name and mailing address**

LA AURORA AIRPORT
9AV. 14-75
GUATEMALA CITY, 01013  GUATEMALA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

### 3.342

**Nonpriority creditor's name and mailing address**

LABELMASTER
5724 N. PULASKI AVE
CHICAGO, IL  60647

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,375.49

---

### 3.343

**Nonpriority creditor's name and mailing address**

LEADING EDGE AEROSPACE 1
16115 NW 52ND AVE
HIALEAH, FL  33014-6205

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,325.00

---

### 3.344

**Nonpriority creditor's name and mailing address**

LEE COUNTY TAX COLLECTOR
PO BOX 1549
FT MYERS, FL  33902-1549

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,365.29

---

### 3.345

**Nonpriority creditor's name and mailing address**

LEGEND AEROSPACE
8292 NW SOUTH RIVER DRIVE
MEDLEY, FL  33166

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,552.00

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.346 | **Nonpriority creditor's name and mailing address**<br><br>LEKI AVIATION USA, INC 1<br>14251 NW 4TH ST<br>SUNRISE, FL  33325-6225<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,117.37 |
| 3.347 | **Nonpriority creditor's name and mailing address**<br><br>LEVARTI LIMITED<br>8 PARK LIFTS, 63 LYHAM RD<br>LONDON  EC2M 5QQ<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $144,267.01 |
| 3.348 | **Nonpriority creditor's name and mailing address**<br><br>LEVEL 3 COMMUNICATIONS L<br>1025 ELDORADO BOULEVARD<br>BROOMFIELD, CO  80021<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $218,794.12 |
| 3.349 | **Nonpriority creditor's name and mailing address**<br><br>LINDE GAS & EQUIPMENT INC<br>10 RIVERVIEW DR<br>DANBURY, CT  06810-6268<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,781.93 |
| 3.350 | **Nonpriority creditor's name and mailing address**<br><br>LIVELYHOOD, INC.<br>1666 CONNECTICUT AVE NW STE 100<br>WASHINGTON, DC  20009-1060<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $251.25 |

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.351 | **Nonpriority creditor's name and mailing address**<br><br>LNRS DATA SERVICES INC<br>W ALABAMA ST<br>HOUSTON, TX 77098-1789<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $973.69 |
| 3.352 | **Nonpriority creditor's name and mailing address**<br><br>LOOPUP LLC<br>282 2ND ST<br>SAN FRANCISCO, CA 94105-3122<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,414.32 |
| 3.353 | **Nonpriority creditor's name and mailing address**<br><br>LOS ANGELES COUNTY TREAS<br>PO BOX 512399<br>LOS ANGELES, CA 90051<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $54,089.36 |
| 3.354 | **Nonpriority creditor's name and mailing address**<br><br>LOWE'S COMPANIES, INC.<br>1000 LOWES BLVD<br>MOORESVILLE, NC 28117-8520<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $993.17 |
| 3.355 | **Nonpriority creditor's name and mailing address**<br><br>LRU AEROPARTS, LLC<br>8351 SW 41ST CT<br>DAVIE, FL 33328-2945<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $62,950.00 |

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.356** | **Nonpriority creditor's name and mailing address**

LUFTHANSA TECHNIK
PO BOX 7247 0006739
PHILADELPHIA, PA  19170

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **UNDETERMINED**

---

**3.357** | **Nonpriority creditor's name and mailing address**

MAC BUSINESS SOLUTIONS,
9057 GAITHER RD
GAITHERSBURG, MD  20877-1424

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$4,231.48**

---

**3.358** | **Nonpriority creditor's name and mailing address**

MACOMB MECHANICAL INC
6250 19 MILE RD
STERLING HEIGHTS, MI  48314-2103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$3,285.00**

---

**3.359** | **Nonpriority creditor's name and mailing address**

MANKIEWICZ COATINGS, LLC
415 JESSEN LANE
CHARLESTON, SC  29492

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$19,865.77**

---

**3.360** | **Nonpriority creditor's name and mailing address**

MASERGY COMMUNICATIONS
2740 N. DALLAS PARKWAY SUITE # 260
PLANO, TX  75093

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$165,383.05**

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.361** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $577.50

MASTER MECHANICAL, INC.
GEMINI RD
 1027 GEMINI ROAD
SAINT PAUL, MN  55121-2453

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.362** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $629,789.44

MAXIMUS GLOBAL SERVICES
PO BOX 227295
MIAMI, FL  33222-7295

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.363** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,496.30

MC AFEE & TAFT
TWO LEADERSHIP SQUARE, 10TH FLOOR
OKLAHOMA CITY, OK  73102

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.364** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $224.48

MCFARLANE'S MAINTENANCE
780 CAROLINA STREET
SAUK CITY, WI  53583

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.365** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MCO-CLE
1200 NEW JERSEY AVENUE, SE
WASHINGTON, DC  20590

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LEGAL CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |

|  |  | Amount of claim |
|---|---|---|

| 3.366 | **Nonpriority creditor's name and mailing address**<br><br>MED-AIR, INC<br>2450 NW 110TH AVE<br>MIAMI, FL 33172-1915<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,861.00 |
| 3.367 | **Nonpriority creditor's name and mailing address**<br><br>MEDAIRE, INC.<br>1250 W WASHINGTON<br> SUITE 442<br>TEMPE, AZ 85281<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,851.14 |
| 3.368 | **Nonpriority creditor's name and mailing address**<br><br>MERCURY AIR CENTER BURBA<br>10750 SHERMAN WAY<br>BURBANK, CA 91505-1042<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,506.75 |
| 3.369 | **Nonpriority creditor's name and mailing address**<br><br>MERCURY AIR CENTER-CORPU<br>549 PINSON DR<br>CORPUS CHRISTI, TX 78406-1818<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,890.06 |
| 3.370 | **Nonpriority creditor's name and mailing address**<br><br>MERCURY GSE RENTALS LLC<br>9445 ANN ST<br>SANTA FE SPRINGS, CA 90670-2613<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,566.68 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.371** **Nonpriority creditor's name and mailing address**

MESSIER-GOODRICH
VELIZY VILLACOUBLAY CEDEX
FRANCE  78142
FRANCE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,137,721.49

---

**3.372** **Nonpriority creditor's name and mailing address**

METRO WELDING SUPPLY
12620 SOUTHFIELD FWY
DETROIT, MI  48223-3535

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$374.70

---

**3.373** **Nonpriority creditor's name and mailing address**

MICHELIN NORTH AMERICA, INC.
ONE PARKWAY SOUTH
GREENVILLE, SC  29615

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$484,788.14

---

**3.374** **Nonpriority creditor's name and mailing address**

MICHIGAN AIR SOLUTIONS
4511 CLAY AVE SW
GRAND RAPIDS, MI  49548-3066

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,953.46

---

**3.375** **Nonpriority creditor's name and mailing address**

MICROSOFT LICENSING, GP
LOCK BOX 842467
DALLAS, TX  75202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,487,723.27

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.376**

**Nonpriority creditor's name and mailing address**

MIDAMERICAN AEROSPACE
280 BLAIRS FERRY ROAD NE
CEDAR RAPIDS, IA  52402

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,500.00

---

**3.377**

**Nonpriority creditor's name and mailing address**

MILLER & CHEVALIER
900 16TH ST NW
WASHINGTON, DC  20006-2915

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,999.60

---

**3.378**

**Nonpriority creditor's name and mailing address**

MINER LIMITED DBA OVERHE
8329 KEMPWOOD DR
HOUSTON, TX  77055-1031

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,418.60

---

**3.379**

**Nonpriority creditor's name and mailing address**

MINISTERE DE L'INTERIEUR
AEROPORT INT'L DE PORT AU PRINCE
BLVD LOUVERTURE
PORT AU PRINCE  1792
HAITI

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$66,270.41

---

**3.380**

**Nonpriority creditor's name and mailing address**

MINISTERIO DE GOBIERNO
BENALCÁZAR N4-24 Y ESPEJO
QUITO  170401
ECUADOR

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,910.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|
| 3.381 | **Nonpriority creditor's name and mailing address**<br><br>MIRACLE MILLWORK & CONST<br>LAKE UNDERHILL RD<br>ORLANDO, FL 32828-7144<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,884.28 |
| 3.382 | **Nonpriority creditor's name and mailing address**<br><br>MOBILE MINI, INC<br>7420 S KYRENE RD STE 101<br>TEMPE, AZ 85283-4610<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,466.03 |
| 3.383 | **Nonpriority creditor's name and mailing address**<br><br>MORRIS JAMES LLP<br>PO BOX 2306<br>WILMINGTON, DE 19899-2306<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $82,614.62 |
| 3.384 | **Nonpriority creditor's name and mailing address**<br><br>MORROW SODALI LLC<br>333 LUDLOW ST<br>STAMFORD, CT 06902<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $32,701.62 |
| 3.385 | **Nonpriority creditor's name and mailing address**<br><br>MOSAIC CONSULTING GROUP<br>P.O. BOX 306138<br>NASHVILLE, TN 37230-6138<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,025.81 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.386 | **Nonpriority creditor's name and mailing address**<br><br>MOTOROLA SOLUSTIONS, INC<br>500 W MONROE ST<br>CHICAGO, IL 60661-3671<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,690.98 |
| 3.387 | **Nonpriority creditor's name and mailing address**<br><br>MRO COMMERCIAL, S.A<br>AVE SAMUEL LEWIS Y CALLE 54<br>PANAMA<br>PANAMA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.388 | **Nonpriority creditor's name and mailing address**<br><br>MSTS INC DBA RED WING BU<br>PO BOX 844329<br>RED WING SHOES<br>DALLAS, TX 75284-4329<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,484.11 |
| 3.389 | **Nonpriority creditor's name and mailing address**<br><br>MTU MAINTENANCE CANADA<br>6020 RUSS BAKEY WAY<br>RICHMOND, BC V7B 1B4<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.390 | **Nonpriority creditor's name and mailing address**<br><br>MULLER FIRE PROTECTION<br>3200 NW 38TH ST<br>MIAMI, FLORIDA 33142-5032<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $375.00 |

Debtor    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Spirit Airlines, LLC    Case number (if known)    25-11896

(Name)

Pg 233 of 868

| Part 2: | Additional Page |

|  | Amount of claim |
| --- | --- |

| 3.391 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**

MUNICIPALITY OF ALAJUELA
AVENIDA CENTRAL
ALAJUELA PROVINCE
COSTA RICA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.392 **Nonpriority creditor's name and mailing address**

MUNICIPIO DE RIONEGRO
CALLE 49 NO 50 - 05 RIONEGRO
ANTIOQUIA
COLOMBIA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $15,482.94

---

3.393 **Nonpriority creditor's name and mailing address**

MVP SOLUTIONS, LLC.
4707 140TH AVE N STE 115
CLEARWATER, FL 33762-3831

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $3,000.00

---

3.394 **Nonpriority creditor's name and mailing address**

MYCHEAPFARE, INC
4210 KESTREL CT, PRINCETON JUNCTION, NJ 08550-5431
PRINCETON JUNCTION, NJ 08550-5431

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $242.34

---

3.395 **Nonpriority creditor's name and mailing address**

NAI NATIONAL LTD
NELSON AIRPORT
32 DAKOTA STREET
NELSON 7011
NEW ZEALAND

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $665,321.58

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.396** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,384,375.00

---

**3.397** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,662,500.00

---

**3.398** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$189.09

---

**3.399** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.400** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.401**  **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.402**  **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.403**  **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.404**  **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.405**  **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.406** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.407** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.408** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.409** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.410** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.411 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LEGAL CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.412 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LEGAL CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.413 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LEGAL CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.414 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LEGAL CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.415 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LEGAL CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

Debtor    Spirit Airlines, LLC     25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
(Name)      Case number (if known)    25-11896

Pg 238 of 868

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**3.416**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.417**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.418**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.419**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.420**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |
| 3.421 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LEGAL CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.422 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LEGAL CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.423 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LEGAL CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.424 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LEGAL CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.425 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LEGAL CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

Debtor　Spirit Airlines, LLC
(Name)

25-11896-shl　Doc 10　Filed 11/18/25　Entered 11/18/25 23:45:24　Main Document
Case number (if known)　25-11896
Pg 240 of 868

| Part 2: | Additional Page |

|  | Amount of claim |
| --- | --- |

**3.426** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.427** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.428** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.429** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.430** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

Debtor    Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 241 of 868

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.431**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.432**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.433**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.434**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.435**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

Debtor    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Spirit Airlines, LLC      Case number (if known)    25-11896
(Name)
Pg 242 of 868

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|---|---|

**3.436**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.437**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.438**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.439**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.440**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.441**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.442**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.443**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.444**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.445**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.446 | **Nonpriority creditor's name and mailing address** NAME AND ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.447 | **Nonpriority creditor's name and mailing address** NAME AND ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.448 | **Nonpriority creditor's name and mailing address** NAME AND ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.449 | **Nonpriority creditor's name and mailing address** NAME AND ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.450 | **Nonpriority creditor's name and mailing address** NAME AND ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.451 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LEGAL CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.452 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LEGAL CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.453 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LEGAL CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.454 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LEGAL CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.455 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LEGAL CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Part 2: | Additional Page |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.456 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LEGAL CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.457 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LEGAL CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.458 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LEGAL CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.459 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LEGAL CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.460 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LEGAL CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.461** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.462** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$261.13

---

**3.463** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$52.50

---

**3.464** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$82.81

---

**3.465** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$67.49

---

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.466 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $394.90 |
| 3.467 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16.00 |
| 3.468 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $88.40 |
| 3.469 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $220.87 |
| 3.470 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $98.00 |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.471** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$315.97

---

**3.472** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

**3.473** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$816.98

---

**3.474** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**3.475** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$654.32

Debtor     25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
     Spirit Airlines, LLC            Case number (if known)    25-11896
(Name)
Pg 250 of 868

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.476**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**     $139.50
NAME AND ADDRESS ON FILE      *Check all that apply.*

**Date or dates debt was incurred**      ☑ Contingent
     ☐ Unliquidated
**Last 4 digits of account number:**      ☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.477**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**     $15.29
NAME AND ADDRESS ON FILE      *Check all that apply.*

**Date or dates debt was incurred**      ☑ Contingent
     ☐ Unliquidated
**Last 4 digits of account number:**      ☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.478**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**     $210.00
NAME AND ADDRESS ON FILE      *Check all that apply.*

**Date or dates debt was incurred**      ☑ Contingent
     ☐ Unliquidated
**Last 4 digits of account number:**      ☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.479**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**     $116.82
NAME AND ADDRESS ON FILE      *Check all that apply.*

**Date or dates debt was incurred**      ☑ Contingent
     ☐ Unliquidated
**Last 4 digits of account number:**      ☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.480**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**     $236.08
NAME AND ADDRESS ON FILE      *Check all that apply.*

**Date or dates debt was incurred**      ☑ Contingent
     ☐ Unliquidated
**Last 4 digits of account number:**      ☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.481** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$314.83

---

**3.482** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.00

---

**3.483** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**3.484** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$101.01

---

**3.485** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$81.16

| Part 2: | Additional Page |
|---------|----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.486** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$95.96

---

**3.487** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$12.00

---

**3.488** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$107.60

---

**3.489** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.00

---

**3.490** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AIRCRAFT LEASE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,432,886.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.491** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$152.22

---

**3.492** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$238.76

---

**3.493** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$401.64

---

**3.494** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$135.00

---

**3.495** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$120.71

---

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.496** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $172.65
NAME AND ADDRESS ON FILE | *Check all that apply.*

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.497** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $93.75
NAME AND ADDRESS ON FILE | *Check all that apply.*

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.498** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24.73
NAME AND ADDRESS ON FILE | *Check all that apply.*

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.499** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $117.13
NAME AND ADDRESS ON FILE | *Check all that apply.*

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.500** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $74.99
NAME AND ADDRESS ON FILE | *Check all that apply.*

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor     25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Spirit Airlines, LLC            Case number (if known)    25-11896
(Name)
Pg 255 of 868

| Part 2: | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.501**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.83

---

**3.502**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$207.00

---

**3.503**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$129.90

---

**3.504**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$11.48

---

**3.505**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$202.50

---

| **Part 2:** | Additional Page |

|  | Amount of claim |
|---|---|

**3.506**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$52.50

---

**3.507**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$318.96

---

**3.508**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$344.80

---

**3.509**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$346.85

---

**3.510**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

Debtor    Spirit Airlines, LLC
          (Name)

Case number (if known)    25-11896

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.511**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$63.52

---

**3.512**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$54.71

---

**3.513**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$89.10

---

**3.514**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**3.515**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$116.10

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 173 of 341

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.516** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.00

---

**3.517** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$59.69

---

**3.518** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$553.76

---

**3.519** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$84.50

---

**3.520** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$72.82

---

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.521**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$160.46

---

**3.522**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,700.00

---

**3.523**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$200.99

---

**3.524**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$68.79

---

**3.525**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$85.50

---

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | | Amount of claim |
|---|---|---|---|

| 3.526 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $377.17 |

| 3.527 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $112.24 |

| 3.528 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.00 |

| 3.529 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $202.01 |

| 3.530 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $106.26 |

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.531** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$199.00

---

**3.532** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$636.00

---

**3.533** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$108.45

---

**3.534** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$78.13

---

**3.535** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$57.35

---

Debtor    Spirit Airlines, LLC                                Case number (if known)    25-11896
          (Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.536**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$394.73

---

**3.537**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$764.46

---

**3.538**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,980.00

---

**3.539**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$90.00

---

**3.540**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$115.14

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 178 of 341

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.541 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28.10 |
| 3.542 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $157.07 |
| 3.543 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $105.91 |
| 3.544 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40.50 |
| 3.545 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $129.71 |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.546**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$188.93

---

**3.547**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

---

**3.548**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$225.00

---

**3.549**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$225.25

---

**3.550**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.551** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$197.22

---

**3.552** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**3.553** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$259.00

---

**3.554** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$73.05

---

**3.555** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$42.00

---

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|----------------|

**3.556** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$48.75

---

**3.557** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$67.95

---

**3.558** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$454.76

---

**3.559** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$316.26

---

**3.560** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$9.40

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)  25-11896
Pg 267 of 868

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**3.561** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$116.13

---

**3.562** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**3.563** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$472.81

---

**3.564** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$500.00

---

**3.565** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$500.00

---

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**3.566** 

**Nonpriority creditor's name and mailing address**  
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**  
*Check all that apply.*

☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:**  
TRADE PAYABLE

**Is the claim subject to offset?**  
☒ No  
☐ Yes

$85,761.34

---

**3.567**

**Nonpriority creditor's name and mailing address**  
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**  
*Check all that apply.*

☒ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:**  
UNCLAIMED PROPERTY

**Is the claim subject to offset?**  
☒ No  
☐ Yes

$63.00

---

**3.568**

**Nonpriority creditor's name and mailing address**  
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**  
*Check all that apply.*

☒ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:**  
UNCLAIMED PROPERTY

**Is the claim subject to offset?**  
☒ No  
☐ Yes

$58.50

---

**3.569**

**Nonpriority creditor's name and mailing address**  
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**  
*Check all that apply.*

☒ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:**  
UNCLAIMED PROPERTY

**Is the claim subject to offset?**  
☒ No  
☐ Yes

$379.92

---

**3.570**

**Nonpriority creditor's name and mailing address**  
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**  
*Check all that apply.*

☒ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:**  
UNCLAIMED PROPERTY

**Is the claim subject to offset?**  
☒ No  
☐ Yes

$93.11

---

Debtor    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Spirit Airlines, LLC    Case number (if known)   25-11896
(Name)
Pg 269 of 868

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.571**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$211.17

---

**3.572**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$255.41

---

**3.573**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$45.00

---

**3.574**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$235.09

---

**3.575**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$85.50

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.576**    **Nonpriority creditor's name and mailing address**      **$344.47**

NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.577**    **Nonpriority creditor's name and mailing address**      **$110.23**

NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.578**    **Nonpriority creditor's name and mailing address**      **$66.21**

NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.579**    **Nonpriority creditor's name and mailing address**      **$65.00**

NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.580**    **Nonpriority creditor's name and mailing address**      **$26.26**

NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Spirit Airlines, LLC          Case number (if known)    25-11896
(Name)

| Part 2: | Additional Page |

|  | | Amount of claim |

**3.581** 

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$78.00

---

**3.582**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$94.50

---

**3.583**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$101.25

---

**3.584**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,563.51

---

**3.585**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.00

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.586** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$142.68

---

**3.587** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$117.48

---

**3.588** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$781.92

---

**3.589** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$165.00

---

**3.590** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$377.88

---

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.591 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $85.28 |
| 3.592 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $50.00 |
| 3.593 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $89.00 |
| 3.594 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $35.00 |
| 3.595 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $533.72 |

Debtor    Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 274 of 868

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.596** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$16.05

---

**3.597** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$105.91

---

**3.598** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.33

---

**3.599** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$558.00

---

**3.600** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$41.97

---

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.601** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.00

---

**3.602** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$180.00

---

**3.603** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$22.94

---

**3.604** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**3.605** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 276 of 868

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.606** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$3.30

---

**3.607** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$51.75

---

**3.608** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$102.67

---

**3.609** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

---

**3.610** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$18.73

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.611**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$230.90

---

**3.612**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$64.34

---

**3.613**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$202.50

---

**3.614**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$395.58

---

**3.615**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$61.20

---

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.616**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$32.25

---

**3.617**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.58

---

**3.618**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,244.61

---

**3.619**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$174.25

---

**3.620**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.02

---

| **Part 2:** | Additional Page |

|  |  | Amount of claim |
|---|---|---|

| 3.621 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SEVERANCE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $440,000.00 |
| 3.622 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,300.00 |
| 3.623 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SEVERANCE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,333.33 |
| 3.624 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,635.37 |
| 3.625 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $425.81 |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.626**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$286.24

---

**3.627**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.628**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.629**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.630**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.631 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LEGAL CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.632 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LEGAL CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.633 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LEGAL CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.634 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LEGAL CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.635 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LEGAL CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|
| **3.636** **Nonpriority creditor's name and mailing address** NAME AND ADDRESS ON FILE **Date or dates debt was incurred** **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed **Basis for the claim:** LEGAL CLAIM **Is the claim subject to offset?** ☒ No ☐ Yes | UNDETERMINED |
| **3.637** **Nonpriority creditor's name and mailing address** NAME AND ADDRESS ON FILE **Date or dates debt was incurred** **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed **Basis for the claim:** LEGAL CLAIM **Is the claim subject to offset?** ☒ No ☐ Yes | UNDETERMINED |
| **3.638** **Nonpriority creditor's name and mailing address** NAME AND ADDRESS ON FILE **Date or dates debt was incurred** **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed **Basis for the claim:** LEGAL CLAIM **Is the claim subject to offset?** ☒ No ☐ Yes | UNDETERMINED |
| **3.639** **Nonpriority creditor's name and mailing address** NAME AND ADDRESS ON FILE **Date or dates debt was incurred** **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed **Basis for the claim:** LEGAL CLAIM **Is the claim subject to offset?** ☒ No ☐ Yes | UNDETERMINED |
| **3.640** **Nonpriority creditor's name and mailing address** NAME AND ADDRESS ON FILE **Date or dates debt was incurred** **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed **Basis for the claim:** LEGAL CLAIM **Is the claim subject to offset?** ☒ No ☐ Yes | UNDETERMINED |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.641** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.642** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.643** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$29.95

---

**3.644** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$70.00

---

**3.645** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$59.75

---

Debtor   Spirit Airlines, LLC   Case number (if known)   25-11896
(Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.646**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$24.07

---

**3.647**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$99.85

---

**3.648**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$100.00

---

**3.649**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$100.00

---

**3.650**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$100.00

Debtor   Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 285 of 868

| Part 2: | Additional Page | |
|---|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.651 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.00 |

| 3.652 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.00 |

| 3.653 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.00 |

| 3.654 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $834.29 |

| 3.655 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $434.85 |

| Part 2: | Additional Page |
| --- | --- |

|  |  | **Amount of claim** |
| --- | --- | --- |

**3.656**   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     $100.00

NAME AND ADDRESS ON FILE

*Check all that apply.*

**Date or dates debt was incurred**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.657**   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     $39.70

NAME AND ADDRESS ON FILE

*Check all that apply.*

**Date or dates debt was incurred**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.658**   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     $1,203.80

NAME AND ADDRESS ON FILE

*Check all that apply.*

**Date or dates debt was incurred**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.659**   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     $179.99

NAME AND ADDRESS ON FILE

*Check all that apply.*

**Date or dates debt was incurred**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.660**   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     $84.00

NAME AND ADDRESS ON FILE

*Check all that apply.*

**Date or dates debt was incurred**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.661**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$54.00

---

**3.662**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$198.00

---

**3.663**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$170.00

---

**3.664**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$49.00

---

**3.665**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$108.36

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
                                    Pg 288 of 868

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|
| | | |

**3.666** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

---

**3.667** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,040.70

---

**3.668** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$122.00

---

**3.669** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$130.97

---

**3.670** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$275.30

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.671 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $12.50 |

| 3.672 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $189.05 |

| 3.673 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $219.99 |

| 3.674 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $122.62 |

| 3.675 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $160.44 |

| Part 2: | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

3.676 **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$64.81

---

3.677 **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$192.77

---

3.678 **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$127.61

---

3.679 **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$136.52

---

3.680 **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$448.25

---

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|----------------:|

**3.681** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,023.59

---

**3.682** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$764.36

---

**3.683** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$165.00

---

**3.684** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$239.46

---

**3.685** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$583.41

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.686**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$361.75

**3.687**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$3.00

**3.688**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$412.30

**3.689**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$57.77

**3.690**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$629.12

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.691 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $97.50 |
| 3.692 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $253.66 |
| 3.693 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $105.00 |
| 3.694 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $677.87 |
| 3.695 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $118.52 |

Debtor    Spirit Airlines, LLC      25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
(Name)      Case number (if known)    25-11896

Pg 294 of 868

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.696 | **Nonpriority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☒ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> UNCLAIMED PROPERTY <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $3.00 |
| 3.697 | **Nonpriority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☒ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> UNCLAIMED PROPERTY <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $417.61 |
| 3.698 | **Nonpriority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☒ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> UNCLAIMED PROPERTY <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $1,390.99 |
| 3.699 | **Nonpriority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☒ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> UNCLAIMED PROPERTY <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $60.00 |
| 3.700 | **Nonpriority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☒ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> UNCLAIMED PROPERTY <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $228.05 |

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.701** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

**3.702** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$210.00

---

**3.703** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**3.704** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$200.00

---

**3.705** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.87

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.706** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.97

---

**3.707** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$71.99

---

**3.708** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$57.48

---

**3.709** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$960.28

---

**3.710** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$24.00

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.711** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$307.27

---

**3.712** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$180.00

---

**3.713** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$581.22

---

**3.714** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$116.10

---

**3.715** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$70.71

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.716** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$82.69

---

**3.717** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$168.00

---

**3.718** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$229.48

---

**3.719** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$57.33

---

**3.720** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$118.53

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 214 of 341

Debtor    Spirit Airlines, LLC
(Name)

Case number (if known)    25-11896

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.721** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$37.73

---

**3.722** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

---

**3.723** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$162.65

---

**3.724** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$118.72

---

**3.725** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$307.94

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|--|

**3.726** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$29.48

---

**3.727** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$101.65

---

**3.728** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$54.55

---

**3.729** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$135.00

---

**3.730** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$60.86

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.731**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$60.00

---

**3.732**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

---

**3.733**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$226.49

---

**3.734**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

---

**3.735**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$96.97

---

Debtor    Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 302 of 868

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.736 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $63.32 |
| 3.737 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $164.36 |
| 3.738 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $48.75 |
| 3.739 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $54.00 |
| 3.740 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35.60 |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.741** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$523.41

---

**3.742** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.63

---

**3.743** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$120.00

---

**3.744** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**3.745** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$392.21

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.746**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

---

**3.747**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$128.30

---

**3.748**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$129.96

---

**3.749**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

---

**3.750**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$310.87

Debtor    Spirit Airlines, LLC    Case number (if known)    25-11896
(Name)

| Part 2: | Additional Page |

| | | Amount of claim |
|---|---|---|

**3.751** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**3.752** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$168.94

---

**3.753** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

**3.754** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**3.755** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$104.60

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 221 of 341

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.756**    **Nonpriority creditor's name and mailing address**       $105.02

NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.757**    **Nonpriority creditor's name and mailing address**       $447.81

NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.758**    **Nonpriority creditor's name and mailing address**       $63.38

NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.759**    **Nonpriority creditor's name and mailing address**       $1,152.97

NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.760**    **Nonpriority creditor's name and mailing address**       $150.00

NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Spirit Airlines, LLC
(Name)

Case number (if known)    25-11896

| Part 2: | Additional Page |

| | | Amount of claim |
|---|---|---|

**3.761** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$149.25

---

**3.762** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$73.86

---

**3.763** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$944.00

---

**3.764** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$56.00

---

**3.765** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$380.30

---

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.766** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.00

---

**3.767** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$182.36

---

**3.768** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$16.47

---

**3.769** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.50

---

**3.770** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$433.00

---

Debtor     25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Spirit Airlines, LLC       Case number (if known)     25-11896

(Name)

Pg 309 of 868

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.771**    **Nonpriority creditor's name and mailing address**  
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**  
*Check all that apply.*

☒ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:**  
UNCLAIMED PROPERTY

**Is the claim subject to offset?**  
☒ No  
☐ Yes

$300.00

---

**3.772**    **Nonpriority creditor's name and mailing address**  
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**  
*Check all that apply.*

☒ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:**  
UNCLAIMED PROPERTY

**Is the claim subject to offset?**  
☒ No  
☐ Yes

$254.93

---

**3.773**    **Nonpriority creditor's name and mailing address**  
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**  
*Check all that apply.*

☒ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:**  
UNCLAIMED PROPERTY

**Is the claim subject to offset?**  
☒ No  
☐ Yes

$150.00

---

**3.774**    **Nonpriority creditor's name and mailing address**  
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**  
*Check all that apply.*

☒ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:**  
UNCLAIMED PROPERTY

**Is the claim subject to offset?**  
☒ No  
☐ Yes

$237.76

---

**3.775**    **Nonpriority creditor's name and mailing address**  
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**  
*Check all that apply.*

☒ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:**  
UNCLAIMED PROPERTY

**Is the claim subject to offset?**  
☒ No  
☐ Yes

$62.99

---

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.776** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$129.78

---

**3.777** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$112.50

---

**3.778** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$304.12

---

**3.779** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$44.36

---

**3.780** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$127.80

---

| Part 2: | Additional Page | | | |
|---|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|
| | | | |

**3.781**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$162.02

**3.782**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$362.55

**3.783**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.90

**3.784**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$283.00

**3.785**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,850.00

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.786**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$121.50

---

**3.787**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$178.00

---

**3.788**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$817.84

---

**3.789**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$180.00

---

**3.790**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$103.12

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.791** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,286.67

---

**3.792** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$98.00

---

**3.793** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$98.07

---

**3.794** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$41.70

---

**3.795** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$391.90

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**     

| **Part 2:** | Additional Page |

|  | Amount of claim |
|---|---|

**3.796** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**3.797** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$173.31

---

**3.798** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$65.00

---

**3.799** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$13.50

---

**3.800** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$123.16

---

Debtor    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
   Spirit Airlines, LLC      Case number (if known)   25-11896
(Name)
Pg 315 of 868

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.801**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$560.20

---

**3.802**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$206.30

---

**3.803**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$182.60

---

**3.804**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$212.50

---

**3.805**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$53.02

| Part 2: | Additional Page |

| | | Amount of claim |
|---|---|---|

**3.806**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$109.80

---

**3.807**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$164.28

---

**3.808**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,581.33

---

**3.809**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$60.00

---

**3.810**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$382.45

---

| Part 2: | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.811 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $225.00 |
| 3.812 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25.00 |
| 3.813 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $43.75 |
| 3.814 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,250.00 |
| 3.815 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $67.49 |

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.816 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $974.27 |
| 3.817 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $116.43 |
| 3.818 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.00 |
| 3.819 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $78.75 |
| 3.820 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $83.39 |

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|---|---|

**3.821** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$44.10

---

**3.822** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$179.10

---

**3.823** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$119.19

---

**3.824** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$239.48

---

**3.825** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$60.00

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|-----------------|

| 3.826 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $70.00 |
| 3.827 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $718.24 |
| 3.828 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $453.28 |
| 3.829 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $280.88 |
| 3.830 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $71.99 |

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.831** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$446.41

---

**3.832** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$241.39

---

**3.833** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$43.54

---

**3.834** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$25.00

---

**3.835** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$106.12

---

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.836**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$119.39

---

**3.837**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.08

---

**3.838**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.11

---

**3.839**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

**3.840**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$140.00

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.841** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$129.89

---

**3.842** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$257.50

---

**3.843** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$88.79

---

**3.844** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$208.63

---

**3.845** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$212.39

Debtor    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Spirit Airlines, LLC    Case number (if known)   254-1896

(Name)

Pg 324 of 868

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.846**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

---

**3.847**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$306.72

---

**3.848**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$93.30

---

**3.849**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$63.00

---

**3.850**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$93.26

---

| **Part 2:** | Additional Page | | |

|  |  |  | Amount of claim |
| --- | --- | --- | --- |

**3.851**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$368.44

---

**3.852**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$90.00

---

**3.853**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$49.17

---

**3.854**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$87.05

---

**3.855**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$144.00

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.856 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $250.00 |
| 3.857 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $59.35 |
| 3.858 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $146.00 |
| 3.859 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $197.73 |
| 3.860 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $499.40 |

Debtor   Spirit Airlines, LLC
(Name)

Case number (if known)   25-11896

| Part 2: | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| 3.861 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $292.50 |
| 3.862 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $139.34 |
| 3.863 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $172.38 |
| 3.864 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24.09 |
| 3.865 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15.30 |

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.866 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $58.81 |
| 3.867 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $329.15 |
| 3.868 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60.27 |
| 3.869 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $90.00 |
| 3.870 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $59.50 |

| Part 2: | Additional Page |

| | | Amount of claim |
|---|---|---|

**3.871** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes | $65.00

**3.872** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes | $19.94

**3.873** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes | $60.00

**3.874** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes | $177.90

**3.875** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes | $89.10

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.876**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$27.00

---

**3.877**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**3.878**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$18.77

---

**3.879**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$750.89

---

**3.880**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$189.73

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.881 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $326.86 |
| 3.882 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $63.00 |
| 3.883 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $21.46 |
| 3.884 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $62.99 |
| 3.885 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $50.00 |

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.886 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $119.21 |
| 3.887 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $34.92 |
| 3.888 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $27.65 |
| 3.889 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $88.50 |
| 3.890 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31.38 |

Debtor    Spirit Airlines, LLC    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
(Name)                                                        Case number (if known)    25-11896

Pg 333 of 868

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.891 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25.00 |
| 3.892 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $126.92 |
| 3.893 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $168.75 |
| 3.894 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $75.00 |
| 3.895 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $522.81 |

| Part 2: | Additional Page |

|  | | Amount of claim |
| --- | --- | --- |

| 3.896 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $173.74 |
| 3.897 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $584.69 |
| 3.898 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,275.84 |
| 3.899 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $130.18 |
| 3.900 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $300.00 |

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.901 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $48.00 |
| 3.902 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7.00 |
| 3.903 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24.00 |
| 3.904 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $66.79 |
| 3.905 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $56.15 |

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.906 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $57.37 |
| 3.907 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.00 |
| 3.908 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $179.10 |
| 3.909 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $150.55 |
| 3.910 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $320.92 |

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.911 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $347.37 |
| 3.912 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $50.00 |
| 3.913 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $64.80 |
| 3.914 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,670.02 |
| 3.915 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $105.74 |

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.916** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$72.00

---

**3.917** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$166.78

---

**3.918** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

---

**3.919** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$21.00

---

**3.920** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$303.25

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.921 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $75.00 |
| 3.922 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $66.08 |
| 3.923 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $837.66 |
| 3.924 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $72.00 |
| 3.925 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $48.75 |

| Part 2: | Additional Page |

| | | Amount of claim |
|---|---|---|

**3.926** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$888.51

---

**3.927** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$406.00

---

**3.928** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$179.99

---

**3.929** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$24.00

---

**3.930** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$460.00

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.931**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$84.78

---

**3.932**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$169.75

---

**3.933**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$221.82

---

**3.934**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$204.58

---

**3.935**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$239.76

---

Debtor    Spirit Airlines, LLC
(Name)

Case number (if known)    25-11896

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.936**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$52.50

---

**3.937**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$439.50

---

**3.938**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$146.84

---

**3.939**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$77.00

---

**3.940**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$97.50

---

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|
| **3.941** | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $186.00 |
| **3.942** | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $213.80 |
| **3.943** | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30.76 |
| **3.944** | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $312.52 |
| **3.945** | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $84.00 |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

3.946 **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$91.00

---

3.947 **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$82.13

---

3.948 **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$82.46

---

3.949 **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$769.00

---

3.950 **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$79.00

---

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.951** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$507.29

---

**3.952** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$135.24

---

**3.953** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$210.69

---

**3.954** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.58

---

**3.955** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$501.72

---

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.956 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $66.50 |
| 3.957 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $50.00 |
| 3.958 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,923.90 |
| 3.959 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $29.99 |
| 3.960 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $33.14 |

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.961 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $715.23 |
| 3.962 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $136.97 |
| 3.963 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $42.86 |
| 3.964 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.00 |
| 3.965 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $32.14 |

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.966** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$60.00

---

**3.967** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$79.00

---

**3.968** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$52.49

---

**3.969** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$32.40

---

**3.970** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.971** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$205.00

---

**3.972** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$26.98

---

**3.973** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$341.83

---

**3.974** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

---

**3.975** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$185.93

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.976** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$135.00

---

**3.977** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$225.85

---

**3.978** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$258.00

---

**3.979** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$216.00

---

**3.980** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$3.00

---

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

| 3.981 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $44.90 |
| 3.982 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $48.75 |
| 3.983 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $79.00 |
| 3.984 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $244.15 |
| 3.985 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $302.60 |

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.986 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $122.52 |
| 3.987 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $56.69 |
| 3.988 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $155.98 |
| 3.989 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $850.00 |
| 3.990 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $63.00 |

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 353 of 868

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.991** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$159.12

**3.992** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,054.00

**3.993** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$357.06

**3.994** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.36

**3.995** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

Debtor    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Spirit Airlines, LLC                                        Case number (if known)    25-11896
(Name)

Pg 354 of 868

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

**3.996** 

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$177.90

---

**3.997**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$90.00

---

**3.998**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$140.17

---

**3.999**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$205.17

---

**3.1000**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$408.60

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.1001 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $153.00 |
| 3.1002 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $142.86 |
| 3.1003 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $158.73 |
| 3.1004 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $602.02 |
| 3.1005 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $52.15 |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.1006 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $42.10 |
| 3.1007 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $136.98 |
| 3.1008 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $72.00 |
| 3.1009 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60.00 |
| 3.1010 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $32.50 |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

---

**3.1011**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

---

**3.1012**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

---

**3.1013**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$195.90

---

**3.1014**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$202.23

---

**3.1015**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$106.91

---

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.1016**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$41.99

---

**3.1017**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$974.98

---

**3.1018**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$476.13

---

**3.1019**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$250.00

---

**3.1020**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$37.50

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.1021 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $286.01 |

| 3.1022 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $378.59 |

| 3.1023 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $21.50 |

| 3.1024 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $369.79 |

| 3.1025 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $32.60 |

Debtor    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Spirit Airlines, LLC    Case number (if known)   25-11896

(Name)

Pg 360 of 868

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |
| 3.1026 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $42.06 |
| 3.1027 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.00 |
| 3.1028 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $181.93 |
| 3.1029 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.00 |
| 3.1030 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $112.50 |

Debtor Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)  25-11896
Pg 361 of 868

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**3.1031**  **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$100.00

---

**3.1032**  **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$866.84

---

**3.1033**  **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

---

**3.1034**  **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$210.21

---

**3.1035**  **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$99.93

---

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.1036 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.00 |
| 3.1037 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $109.00 |
| 3.1038 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $312.44 |
| 3.1039 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $41.97 |
| 3.1040 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.00 |

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.1041**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$102.20

---

**3.1042**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$59.54

---

**3.1043**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$27.00

---

**3.1044**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$340.80

---

**3.1045**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$17.99

---

Debtor    Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 364 of 868

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

3.1046 **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

3.1047 **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$17.50

---

3.1048 **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.00

---

3.1049 **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$37.50

---

3.1050 **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$171.75

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.1051 | **Nonpriority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☒ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> UNCLAIMED PROPERTY <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $113.61 |
| 3.1052 | **Nonpriority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☒ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> UNCLAIMED PROPERTY <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $63.00 |
| 3.1053 | **Nonpriority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☒ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> UNCLAIMED PROPERTY <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $229.20 |
| 3.1054 | **Nonpriority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☒ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> UNCLAIMED PROPERTY <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $270.00 |
| 3.1055 | **Nonpriority creditor's name and mailing address** <br> NAME AND ADDRESS ON FILE <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $152.79 |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

3.1056 **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$896.20

---

3.1057 **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$179.00

---

3.1058 **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$212.56

---

3.1059 **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$111.80

---

3.1060 **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$187.50

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.1061**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$157.68

---

**3.1062**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,234.25

---

**3.1063**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$34.94

---

**3.1064**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$112.00

---

**3.1065**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$67.50

---

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

### 3.1066

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$144.00

---

### 3.1067

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

### 3.1068

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$121.50

---

### 3.1069

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$38,928.52

---

### 3.1070

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,150.00

Debtor   Spirit Airlines, LLC
         (Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
                              Pg 369 of 868

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.1071** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$222.44

---

**3.1072** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$76.23

---

**3.1073** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$72.00

---

**3.1074** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**3.1075** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$460.35

Debtor    Spirit Airlines, LLC
(Name)                                                    Case number (if known)    25-11896

| Part 2: | Additional Page |

|  | Amount of claim |
|---|---|

**3.1076**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$44.06

---

**3.1077**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$229.49

---

**3.1078**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,464.16

---

**3.1079**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$167.46

---

**3.1080**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.1081**  **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.93

---

**3.1082**  **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

---

**3.1083**  **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$37.62

---

**3.1084**  **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,579.97

---

**3.1085**  **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$83.93

---

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.1086 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $141.26 |
| 3.1087 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.00 |
| 3.1088 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23.82 |
| 3.1089 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,265.79 |
| 3.1090 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11.34 |

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.1091**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$142.20

---

**3.1092**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$60.00

---

**3.1093**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$81.00

---

**3.1094**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$81.75

---

**3.1095**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$63.00

---

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**3.1096** 

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$9.77

---

**3.1097**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$138.98

---

**3.1098**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$46.23

---

**3.1099**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$147,665.38

---

**3.1100**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$137.17

Debtor  Spirit Airlines, LLC
(Name)

Case number (if known)  25-11896

| Part 2: | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1101 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23.20 |

| 3.1102 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $75.00 |

| 3.1103 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $182.95 |

| 3.1104 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $150.00 |

| 3.1105 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $92.46 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1106 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30.28 |
| 3.1107 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $72.00 |
| 3.1108 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $250.00 |
| 3.1109 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22.27 |
| 3.1110 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $256.97 |

Debtor   Spirit Airlines, LLC
(Name)

Case number (if known)   25-11896

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1111**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

**3.1112**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$116.90

**3.1113**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$297.44

**3.1114**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

**3.1115**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$207.00

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.1116**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$132.65

---

**3.1117**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$75.00

---

**3.1118**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$248.36

---

**3.1119**    **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$182.70

---

**3.1120**    **Nonpriority creditor's name and mailing address**
NASSAR HOLDING CORPORATI

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,913.55

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |
| 3.1121 | **Nonpriority creditor's name and mailing address**<br>NATIONAL AIR CARRIER ASS<br>1000 WILSON BLVD # 1700<br>ARLINGTON, VA  22209<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38,402.11 |
| 3.1122 | **Nonpriority creditor's name and mailing address**<br>NATIONAL AVIATION SERVIC<br>PO BOX 3753<br>MOORESVILLE, NC  28117<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,140.15 |
| 3.1123 | **Nonpriority creditor's name and mailing address**<br>NATIONAL DISTRIBUTING<br>1010 ISUZU PARKWAY, GRAND PRAIRIE, TX 75050<br>EAST POINT, GA  30344<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,314.00 |
| 3.1124 | **Nonpriority creditor's name and mailing address**<br>NATIONAL INSTITUTE OF MIGRATION - IMMIGRATION SANCTIONS - COLOMBIA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LEGAL CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1125 | **Nonpriority creditor's name and mailing address**<br>NATIONAL INSTITUTE OF MIGRATION - IMMIGRATION SANCTIONS - COLOMBIA<br>PALACIO DE SAN CARLOS<br>CALLE 10 # 5-51<br>BOGATA DC<br>COLOMBIA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LEGAL CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**3.1126** **Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION - IMMIGRATION
SANCTIONS - DOMINICAN REPUBLIC
#12, STREET MANUEL RODRÍGUEZ OBJÍO
SANTO DOMINGO
DOMINICAN REPUBLIC

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1127** **Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION - IMMIGRATION
SANCTIONS - HONDURAS
CENTRO CÍVICO GUBERNAMENTAL
JOSE CECILIO DEL VALLE
FRANCISCO MORAZÁN
TEGUCIGALPA
HONDURAS

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1128** **Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION - IMMIGRATION
SANCTIONS - MEXICO
SECCIÓN PALMAS, AV. EJÉRCITO NACIONAL MEXICANO
862, 1ST FL
POLANCO II SECTION
DEL MIGUEL HIDALGO
CDMX  11530
MEXICO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1129** **Nonpriority creditor's name and mailing address**

NAVBLUE INC (720665_NAVBLUE INC_WATERLOO)
106 HAGEY BLVD
WATERLOO, ON  N2L 0A4
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$38,589.00

---

**3.1130** **Nonpriority creditor's name and mailing address**

NAVBLUE SAS (721200_NAVBLUE SAS_BLAGNAC)
1 ROND-POINT MAURICE BELLONTE
BLAGNAC  317000
FRANCE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$53,325.08

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 296 of 341

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.1131** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,675.00

NDT SOLUTIONS INC.
4044 N 30TH AVE
HOLLYWOOD, FL 33020-1051

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1132** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,000.00

NDTEC, INC
1691 SW 116TH AVE
 1691 SW 116
AVE
 DAVIE, FL 33325-4732

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1133** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28,852.64

NETTRACER, INC.
2675 PACES FERRY ROAD
 SUITE 240
ATLANTA, GA 30339

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1134** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,308.58

NETWORK INNOVATIONS, LLC
350 N ORLEANS ST STE 1300N
CHICAGO, IL 60654-1975

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1135** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,309.40

NEW ORLEANS AIRLINE CONS
RIDGEWOOD DR
NAPLES, FL 34108-2718

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.1136 | **Nonpriority creditor's name and mailing address**<br><br>NEW ORLEANS AVIATION BD<br>PO BOX 20007<br>NEW ORLEANS, LA  70141<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,626.66 |
| 3.1137 | **Nonpriority creditor's name and mailing address**<br><br>NEW PIG CORPORTION<br>ONE PORK AVE<br>TIPTON, PA  16684<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,377.98 |
| 3.1138 | **Nonpriority creditor's name and mailing address**<br><br>NEW TECH AIRCRAFT SERVIC<br>PO BOX 90653<br>LOS ANGELES, CA  90009-0653<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,469.09 |
| 3.1139 | **Nonpriority creditor's name and mailing address**<br><br>NEXGEN AERO<br>2900 NW 112TH AVE UNIT 2<br>DORAL, FL  33172-1834<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,343,375.00 |
| 3.1140 | **Nonpriority creditor's name and mailing address**<br><br>NICOR GAS<br>1844 FERRY ROAD.<br>NAPERVILLE, IL  60563-9600<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33.36 |

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.1141** | **Nonpriority creditor's name and mailing address**

NMC WOLLARD INC
2021 TRUAX BLVD
EAU CLAIRE, WI  54703

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,804.03

---

**3.1142** | **Nonpriority creditor's name and mailing address**

NOLA AVIATION
1516 HACKBERRY AVE
METAIRIE, LA  70001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,996.44

---

**3.1143** | **Nonpriority creditor's name and mailing address**

NORGEN NORBERTO VARGAS PARAJON
DE LA CANCHA 1/2 C AL SUR OESTE
CHINANDEGA  505
NICARAGUA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$91.80

---

**3.1144** | **Nonpriority creditor's name and mailing address**

NORTH TEXAS PUMP & SUPPLY
3526 E HIGHWAY 82
GAINESVILLE, TX  76240-7054

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,987.38

---

**3.1145** | **Nonpriority creditor's name and mailing address**

NV ENERGY, INC.
6226 W. SAHARA AVE.
LAS VEGAS, NV  89146

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,193.54

---

Debtor    Spirit Airlines, LLC

(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 384 of 868

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

| 3.1146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $289,652.74 |
| | ODP BUSINESS SOLUTIONS L<br>PO BOX 1413<br>CHARLOTTE, NC  28201-1413 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.1147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3.61 |
| | OHIO DEPARTMENT OF TAXAT | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>OTHER PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.1148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $157,811.21 |
| | OMNISSA LLC<br>590 E. MIDDLEFIELD ROAD<br>MOUNTAIN VIEW, CA  94043 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.1149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $95.61 |
| | ONE TIME VENDOR | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.1150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $250.00 |
| | OPTUM<br>11000 OPTUM CIRCLE<br>EDEN PRAIRIE, MN  55344-2503 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1151 | **Nonpriority creditor's name and mailing address**<br><br>ORACLE AMERICA , INC.<br>P.O. BOX 203448<br>DALLAS, TX 75320<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $202,905.13 |
| 3.1152 | **Nonpriority creditor's name and mailing address**<br><br>ORANGE COUNTY FIRE PROTE<br>137 W BRISTOL LN<br>ORANGE, CA 92865-2605<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $128.97 |
| 3.1153 | **Nonpriority creditor's name and mailing address**<br><br>ORANGE COUNTY TAX COLLEC<br>PO BOX 545100<br>ORLANDO, FL 32854-5100<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OTHER PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $166,781.21 |
| 3.1154 | **Nonpriority creditor's name and mailing address**<br><br>ORD LIFT GSE INC<br>4430 ARMITAGE AVE<br>MELROSE PARK, IL 60160-1031<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $47,195.36 |
| 3.1155 | **Nonpriority creditor's name and mailing address**<br><br>ORKIN PEST CONTROL<br>1701 HOWARD ST UNIT A<br>ELK GROVE VILLAGE, IL 60007<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,722.55 |

| Part 2: | Additional Page |
|---------|-----------------|

| | Amount of claim |
|---|---|

**3.1156**

**Nonpriority creditor's name and mailing address**

ORLANDO UTILITIES COMMIS
100 W ANDERSON STREET
ORLANDO, FL  32802

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,217.01

---

**3.1157**

**Nonpriority creditor's name and mailing address**

OTG MANAGEMENT JFK, LLC
352 PARK AVE S FL 10
NEW YORK, NY  10010-1726

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.90

---

**3.1158**

**Nonpriority creditor's name and mailing address**

OTIS ELEVATOR COMPANY
1 CARRIER PLACE
FARMINGTON, CT  06032

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,431.95

---

**3.1159**

**Nonpriority creditor's name and mailing address**

OWL AEROSPACE 1010778A
2311 THOMAS ST
HOLLYWOOD, FL  33020-2038

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,707.52

---

**3.1160**

**Nonpriority creditor's name and mailing address**

PAFCA-INTERNATIONAL
P.O. BOX 20762
ATLANTA, GA  30320-0762

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$170.71

---

Debtor    Spirit Airlines, LLC       25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
(Name)       Case number (if known)    25-11896
Pg 387 of 868

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

---

**3.1161**    **Nonpriority creditor's name and mailing address**

PAN AMERICAN TOOL CORPOR
5990 N.W. 31ST AVENUE
FORT LAUDERDALE, FL 33309

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,452.66

---

**3.1162**    **Nonpriority creditor's name and mailing address**

PAUL, WEISS, RIFKIND, WH
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,175.24

---

**3.1163**    **Nonpriority creditor's name and mailing address**

PEREGRINE SCM
6545 BROMPTON RD
HOUSTON, TX 77005-3903

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,182.81

---

**3.1164**    **Nonpriority creditor's name and mailing address**

PERFORM AIR INTERNATIONAL
463 SOUTH HAMILTON COURT
GILBERT, AZ 85233

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,924.34

---

**3.1165**    **Nonpriority creditor's name and mailing address**

PERIMETER LOGISTICS INC
STORY RD
W
IRVING, TX 75038-5267

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,186,880.83

---

Debtor Spirit Airlines, LLC
(Name)

Case number (if known) 25-11896

| | | |
|---|---|---|
| **Part 2:** | Additional Page | |

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.1166 | **Nonpriority creditor's name and mailing address**<br><br>PERRONE LEATHER APPAREL<br>50 SOUTH MAIN STREET<br>GLOVERSVILLE, NY  12078<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,300.00 |

| | | |
|---|---|---|
| 3.1167 | **Nonpriority creditor's name and mailing address**<br><br>PERSISTENT SYSTEMS, INC<br>2055 LAURELWOOD RD STE 210<br>SANTA CLARA, CA  95054-2727<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,132.26 |

| | | |
|---|---|---|
| 3.1168 | **Nonpriority creditor's name and mailing address**<br><br>PFC-CHARLOTTE DOUGLAS INT'L AIRPORT<br>PO BOX 63091<br>CHARLOTTE, NC  28263-3091<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $144,077.89 |

| | | |
|---|---|---|
| 3.1169 | **Nonpriority creditor's name and mailing address**<br><br>PHILIPPI, PRIETOCARRIZOS<br>AV SANTA CRUZ 888, 4TH FL<br>MIRAFLORES  15074<br>PERU<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,259.23 |

| | | |
|---|---|---|
| 3.1170 | **Nonpriority creditor's name and mailing address**<br><br>PLUXOTEL<br>29 BOULEVARD<br>CARENAGE, CAP-HAITIEN  00000<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $131.00 |

Debtor Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known) 25-11896
Pg 389 of 868

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|
| **3.1171** | **Nonpriority creditor's name and mailing address**<br>PM DILAN TRANSPORT S.R.L.<br>VERON LA ALTAGRACIA<br>CRUCE VERON, PLZ DE LA CRUZ #7<br>PUNTA CANA<br>DOMINICAN REPUBLIC<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $78,351.46 |
| **3.1172** | **Nonpriority creditor's name and mailing address**<br>POLLOCK INVESTMENTS, INC<br>1 POLLOCK PL<br>GRAND PRAIRIE, TX  75050-7939<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,474.37 |
| **3.1173** | **Nonpriority creditor's name and mailing address**<br>PPG INDUSTRIES, INC. 100<br>PO BOX 534985<br>ATLANTA, GA  30353<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $58,799.00 |
| **3.1174** | **Nonpriority creditor's name and mailing address**<br>PRATT & WHITNEY / INTERNATIONAL AERO ENGINES<br>400 MAIN STREET.<br>EAST HARTFORD, CT  06118<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| **3.1175** | **Nonpriority creditor's name and mailing address**<br>PREFERRED COMPOSITE SERV<br>8474 NW 61ST ST<br>MIAMI, FL  33166-3338<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $76,740.00 |

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

**3.1176** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,113.56

PREMIER JET SERVICES CVG
2042 TOWER DR
HEBRON, KY  41048-8808

**Date or dates debt was incurred**

**Last 4 digits of account number:**

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1177** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,969.71

PRICELINE
800 CONNECTICUT AVENUE
NORWALK, CT  06854

**Date or dates debt was incurred**

**Last 4 digits of account number:**

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1178** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,198,251.21

PRIME FLIGHT AVIATION SV
3 SUGAR CREEK CENTER BLVD STE 450
SUGAR LAND, TX  77478-2216

**Date or dates debt was incurred**

**Last 4 digits of account number:**

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1179** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,026.76

PRIMO BRANDS
1150 ASSEMBLY DR STE 800
TAMPA, FL  33607

**Date or dates debt was incurred**

**Last 4 digits of account number:**

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1180** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

PROCURADURÍA GENERAL DE LA NACIÓN-PGN
15 AVENIDA 9-69 ZONA 13
GUATEMALA CITY
GUATEMALA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

_Check all that apply._

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|
| 3.1181 | **Nonpriority creditor's name and mailing address**<br><br>PROMOZATION LLC<br>N PLEASANTBURG DR<br>GREENVILLE, SC 29609-2728<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $390.76 |
| 3.1182 | **Nonpriority creditor's name and mailing address**<br><br>PROPONENT/KAPCO 1000206A<br>PO BOX 841349<br>LOS ANGELES, CA 90084-1349<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $26,999.24 |
| 3.1183 | **Nonpriority creditor's name and mailing address**<br><br>PROS FLORIDA, LLC<br>3200 KIRBY DR STE 600<br>HOUSTON, TX 77098-1039<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $54,669.82 |
| 3.1184 | **Nonpriority creditor's name and mailing address**<br><br>PROSEGUR SERVICES GROUP,<br>HERNDON PKWY<br>HERNDON, VA 20170<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $59,702.27 |
| 3.1185 | **Nonpriority creditor's name and mailing address**<br><br>PROSERV AVIATION HOLDING<br>10551 S OAKVIEW PKWY STE 400<br>OAK CREEK, WI 53154-5630<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $99,773.29 |

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.1186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $255,001.07 |
| | PROSPECT AIRPORT SERVICE | *Check all that apply.* | |
| | 2130 W. WOLF ROAD | | |
| | DES PLAINES, IL  60018 | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26,597.56 |
| | PROSPECT OF TAMPA, LTD | *Check all that apply.* | |
| | 2130 S WOLF ROAD | | |
| | DES PLAINES, IL  60018 | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,874.90 |
| | PYE BARKER FIRE & SAFETY | *Check all that apply.* | |
| | 2924 NW 109TH AVE | | |
| | DORAL, FL  33172-5073 | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27,658.03 |
| | QUALTRICS LLC | *Check all that apply.* | |
| | 400 W 5050 N STE 100 | | |
| | PROVO, UT  84604-5650 | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $151.89 |
| | R&N CAR SERVICE INC | *Check all that apply.* | |
| | 179-36 HILLSIDE AVE | | |
| | JAMAICA, NY  11432 | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor    Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 393 of 868

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.1191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00 |
| | RACM LLC | *Check all that apply.* | |

**Nonpriority creditor's name and mailing address**

RACM LLC
470 N ADAMS ST
SAGINAW, MI  48604-1267

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,000.00

---

3.1192    **Nonpriority creditor's name and mailing address**

RAMPSIDE REPAIR SERVICE
984 CASTLEWOOD DR
CONWAY, SC  29526

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,146.60

---

3.1193    **Nonpriority creditor's name and mailing address**

READY CREDIT CORP
VIKING DR
EDEN PRAIRIE, MN  55344-7231

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$601.55

---

3.1194    **Nonpriority creditor's name and mailing address**

RECURLY, INC.
201 SPEAR ST STE 1100
SAN FRANCISCO, CA  94105-6164

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$235,754.38

---

3.1195    **Nonpriority creditor's name and mailing address**

RED COATSADMIRAL SECURIT
4520 E WEST HWY
BETHESDA, MD  20814-3319

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,288.37

Debtor    Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 394 of 868

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.1196**

**Nonpriority creditor's name and mailing address**

REGENT AEROSPACE CORPORA
28110 WEST HARRISON PARKWAY
VALENCIA, CA  91355

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,340.00

---

**3.1197**

**Nonpriority creditor's name and mailing address**

REMER, GEORGES-PIERRE &
2745 PONCE DE LEON BLVD
CORAL GABLES, FL  33134

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,600.00

---

**3.1198**

**Nonpriority creditor's name and mailing address**

REPUBLIC SERVICE OF FLOR
8619 WESTERN WAY
JACKSONVILLE, FL  32256

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,548.11

---

**3.1199**

**Nonpriority creditor's name and mailing address**

RESA AIRPORT DATA SYSTEMS
CHATEAU D'ASSON
LA BOISSIERE DE MONTAIGU  85600
FRANCE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$902.19

---

**3.1200**

**Nonpriority creditor's name and mailing address**

RESTAURANT.COM
W SHURE DR
ARLINGTON HEIGHTS, IL  60004-1460

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,109.68

---

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1201** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$122.52**

RESTAURANTES MALINCHE CO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1202** | **Nonpriority creditor's name and mailing address**

RETAIL INMOTION NORTH AM
5040 RIVERSIDE DRIVE, BUILDING 1, SUITE 200
IRVING, TX  75039

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,136,271.82

---

**3.1203** | **Nonpriority creditor's name and mailing address**

RICHLAND-LEXINGTON AIRPO
3250 AIRPORT BLVD, SUITE 10
WEST COLUMBIA, SC  29170

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$66,400.00

---

**3.1204** | **Nonpriority creditor's name and mailing address**

RL PUBLICIDAD
2 CUADRAS AL ESTE, 3 CUARAS AL
SUR, NICARAGUA  00000

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

---

**3.1205** | **Nonpriority creditor's name and mailing address**

RMS ELECTRICAL SERVICES
4470 REGENCY PL # 112
WHITE PLAINS, MD  20695-3085

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,264.00

---

Debtor    Spirit Airlines, LLC
          (Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
                    Pg 396 of 868

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|---|---|---|

| 3.1206 | **Nonpriority creditor's name and mailing address**<br><br>RMT GLOBAL PARTNERS<br>E SOUTHLAKE BLVD<br>SOUTHLAKE, TX  76092-8040<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $29,873.50 |

| 3.1207 | **Nonpriority creditor's name and mailing address**<br><br>ROHR, INC. 1000282A<br>PO BOX 905594<br>CHARLOTTE, NC  28290-5594<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $945,345.00 |

| 3.1208 | **Nonpriority creditor's name and mailing address**<br><br>RPMAYER & ASSOCIATES LLC<br>N81W5912 ORCHARD DR<br>CEDARBURG, WI  53012-1419<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,559.11 |

| 3.1209 | **Nonpriority creditor's name and mailing address**<br><br>S3RUS INC<br>9200 LIMONCILLO DRIVE<br>AUSTIN, TX  78750<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $15,416.67 |

| 3.1210 | **Nonpriority creditor's name and mailing address**<br><br>SACRAMENTO COUNTY AIRPOR<br>6901 AIRPORT BLVD<br>SACRAMENTO, CA  95837-1110<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $0.49 |

Debtor    Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 397 of 868

| Part 2: | Additional Page |

|  | Amount of claim |
|---|---|

**3.1211**

**Nonpriority creditor's name and mailing address**

SAFETYCULTURE PTY LTD
72 FOVEAUX ST
SURRY HILLS, NSW  2010
AUSTRALIA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,904.46

---

**3.1212**

**Nonpriority creditor's name and mailing address**

SAFETY-KLEEN CORP
PO BOX 382066
PITTSBURGH, PA  15250-8066

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,528.02

---

**3.1213**

**Nonpriority creditor's name and mailing address**

SAFRAN CABIN CZ S.R.O. 1
UNIVERZITNI 1119/34
PLZEN  301 00
CZECH REPUBLIC

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,911.71

---

**3.1214**

**Nonpriority creditor's name and mailing address**

SAFRAN CABIN INC. 101113
5701 BOLSA AVE
HUNTINGTON BEACH, CA  92647-2063

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$137,670.57

---

**3.1215**

**Nonpriority creditor's name and mailing address**

SAFRAN ELECTRONICS & DEF
ARCS DE SEINE
18-20 QUAI DU POINT DU JOUR
BOULOGNE-BILLANCOURT  92100
FRANCE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,367.52

Debtor  Spirit Airlines, LLC  
(Name)

25-11896-shl  Doc 10  Filed 11/18/25  Entered 11/18/25 23:45:24  Main Document  
Case number (if known)  25-11896  
Pg 398 of 868

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

---

**3.1216**  **Nonpriority creditor's name and mailing address**

SAFRAN LANDING SYSTEMS (
ATTN FINANCE DEPT
VELIZY VILLACOUBLAY CEDEX
FRANCE  78142
FRANCE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: **$1,189,235.46**

---

**3.1217**  **Nonpriority creditor's name and mailing address**

SAFRAN LANDING SYSTEMS S
AV DE LA NORIA NO 131
MEXICO, 76220  MEXICO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: **$197,695.26**

---

**3.1218**  **Nonpriority creditor's name and mailing address**

SAFRAN LANDING SYSTEMS W
21705 NETWORK PLACE
CHICAGO, IL  60673-1705

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: **$22,172.24**

---

**3.1219**  **Nonpriority creditor's name and mailing address**

SAFRAN VENTILATION SYSTE
MAIL CODE 5123
 P.O. BOX 660367
DALLAS, TX  75266-0367

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: **$9,817.00**

---

**3.1220**  **Nonpriority creditor's name and mailing address**

SAGEFLO, INC.
E MADISON ST
SEATTLE, WA  98112-3241

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: **$6,347.83**

---

Debtor   Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 399 of 868

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1221** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $104,062.86
*Check all that apply.*

SALT LAKE COUNTY TREASUR
PO BOX 144575
SALT LAKE CITY, UT  84190-1100

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OTHER PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1222** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,149.20
*Check all that apply.*

SALT LAKE TERMINAL & EQU
CONTINENTAL BLVD
EL SEGUNDO, CA  90245-5047

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1223** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $71,224.60
*Check all that apply.*

SAN ANTONIO AIRLINES CON
AIRPORT BLVD
TERMINAL A
 SAN ANTONIO, TX  78216-4888

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1224** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $146,506.68
*Check all that apply.*

SAN DIEGO AIRLINES CONSO
3707 N HARBOR DR
SAN DIEGO, CA  92101-1096

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1225** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,497.30
*Check all that apply.*

SANIDAD VEGETAL - PUJ
SUBDIRECCION CUARENTENA VEGETAL
DEPARTAMENTO SANIDAD VEGETAL
PUNTA CANA
DOMINICAN REPUBLIC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl  Doc 10  Filed 11/18/25  Entered 11/18/25 23:45:24  Main Document
Case number (if known)  25-11896
Pg 400 of 868

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.1226** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $215,673.81

SATAIR 1000289A
PO BOX 74008759
CHICAGO, IL  60674-8759

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1227** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $34,822.04

SCOOTAROUND
7703 KINGSPOINTE PKWY UNIT 400
ORLANDO, FL  32819

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1228** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $235.00

SEAL DYNAMICS  1000292A (600219_SEAL DYNAMICS
1000292A_ATLANTA)
PO BOX 116041
ATLANTA, GA  30368

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1229** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,427.08

SEATTLE TACOMA AIRLINE C
INTERNATIONAL BLVD
SEATAC, WA  98158-1202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1230** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $530.51

SECRETARIA DE ADMINISTRA
PROL REFORMA NO 1190, 25TH FL
CUAJIMALPA DE MORELOS
CDMX  05349
MEXICO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,641.52 |

SEI WIRELESS SOLUTIONS
6502 NW 16TH STREET
PLANTATION, FL 33313

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

SENEAM - MEXICO
AV. 602 , 161, VENUSTIANO CARRANZA
SAN JUAN DE ARAGÓN
CDMX 15620
MEXICO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $82,200.00 |

SENTRY AEROSPACE CORP
708 GINESI DRIVE
MORGANVILLE, NJ 07751

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $138.00 |

SERVICE ELECTRIC SUPPLY
15424 OAKWOOD DR
ROMULUS, MI 48174-3653

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $122.27 |

SERVICIOS AEROPORTUARIOS
CALLE 25D #95A-40
BOGOTA
COLOMBIA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.1236**

**Nonpriority creditor's name and mailing address**

SIGNED BY BB DBA PDF SIG
6021 NW 31ST AVE
FORT LAUDERDALE, FL  33309-2209

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,760.00

---

**3.1237**

**Nonpriority creditor's name and mailing address**

SINGAPORE TECHNOLOGIES ENGINEERING LTD
1 ANG MO KIO ELECTRONICS PARK ROAD, #07-01
567710
SINGAPORE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AIRCRAFT LEASE

**Is the claim subject to offset?**
☒ No
☐ Yes

$692,122.00

---

**3.1238**

**Nonpriority creditor's name and mailing address**

SITA
LEOPOLD III, 2 AVENUE DES OLYMPIADES
BRUSSELS  B-1140
BELGIUM

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$103,645.26

---

**3.1239**

**Nonpriority creditor's name and mailing address**

SKY MART SALES CORPORATI
PO BOX 522007
MIAMI, FL  33152-2007

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,242.00

---

**3.1240**

**Nonpriority creditor's name and mailing address**

SKYKO INTERNATIONAL, LLC
GATEWAY DR
PLATTSBURGH, NY  12901-5382

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,850.00

---

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.1241**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,176.00 |
| --- | --- | --- |
| SKYTEAM INTERNATIONAL CO. | *Check all that apply.* | |
| 6851 W. SUNRISE BLVD, # 130 | ☐ Contingent | |
| PLANTATION, FL  33313 | ☐ Unliquidated | |
|  | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
|  | **Basis for the claim:** | |
| **Last 4 digits of account number:** | TRADE PAYABLE | |
|  | **Is the claim subject to offset?** | |
|  | ☒ No | |
|  | ☐ Yes | |

**3.1242**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $76.13 |
| --- | --- | --- |
| SKYTOP VENDING LLC | *Check all that apply.* | |
| 1509 WESTERN AVE | ☐ Contingent | |
|  1509 WESTERN AVE | ☐ Unliquidated | |
| LAS VEGAS, NV  89102-2601 | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
|  | **Basis for the claim:** | |
| **Last 4 digits of account number:** | TRADE PAYABLE | |
|  | **Is the claim subject to offset?** | |
|  | ☒ No | |
|  | ☐ Yes | |

**3.1243**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,687.65 |
| --- | --- | --- |
| SMARTE CARTE INC | *Check all that apply.* | |
| 4455 WHITE BEAR PKWY | ☐ Contingent | |
| SAINT PAUL, MN  55110-7626 | ☐ Unliquidated | |
|  | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
|  | **Basis for the claim:** | |
| **Last 4 digits of account number:** | TRADE PAYABLE | |
|  | **Is the claim subject to offset?** | |
|  | ☒ No | |
|  | ☐ Yes | |

**3.1244**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,181,081.00 |
| --- | --- | --- |
| SMBC AVIATION CAPITAL | *Check all that apply.* | |
| FITZWILLIAM 28, FITZWILLIAM STREET LOWER, DUBLIN 2 | ☐ Contingent | |
| IRELAND, D02  KF20 | ☐ Unliquidated | |
|  | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
|  | **Basis for the claim:** | |
| **Last 4 digits of account number:** | AIRCRAFT LEASE | |
|  | **Is the claim subject to offset?** | |
|  | ☒ No | |
|  | ☐ Yes | |

**3.1245**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $101,871.68 |
| --- | --- | --- |
| SMITH GAMBRELL & RUSSELL | *Check all that apply.* | |
| 1230 PEACHTREE ST NE # 3100 | ☐ Contingent | |
| ATLANTA, GA  30309 | ☐ Unliquidated | |
|  | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
|  | **Basis for the claim:** | |
| **Last 4 digits of account number:** | TRADE PAYABLE | |
|  | **Is the claim subject to offset?** | |
|  | ☒ No | |
|  | ☐ Yes | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.1246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,742.41 |
| --- | --- | --- | --- |

SMITHS DETECTION
2202 LAKESIDE BLVD
EDGEWOOD, MD  21040-1102

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1247 | **Nonpriority creditor's name and mailing address** | | $9,910.00 |
| --- | --- | --- | --- |

SOLAIR GROUP
10421 SW 187
TERR MIAMI, FL  33157

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1248 | **Nonpriority creditor's name and mailing address** | | $1,692.05 |
| --- | --- | --- | --- |

SOLO GRAPHIX 1000409A
305 MACHINE LOOP
SCOTT, LA  70583

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1249 | **Nonpriority creditor's name and mailing address** | | $153,198.96 |
| --- | --- | --- | --- |

SOLVO SOLUTIONS, LLC DBA
W GERONIMO PL
CHANDLER, AZ  85224-4996

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1250 | **Nonpriority creditor's name and mailing address** | | $68.02 |
| --- | --- | --- | --- |

SOUTH JERSEY GAS
PO BOX 6091, BELLMAWR, NJ 08099-6091
BELLMAWR, NJ  08099-6091

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3.98 |

**Nonpriority creditor's name and mailing address**

SOUTH JERSEY GAS
SOUTH JERSEY GAS
 ONE SOUTH JERSEY PLACE
ATLANTIC CITY, NJ  08401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3.98

---

**3.1252  Nonpriority creditor's name and mailing address**

SOUTH SHORE FIRE & SAFET
579 EAST MEADOW AVENUE
EAST MEADOW, NY  11554

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,097.44

---

**3.1253  Nonpriority creditor's name and mailing address**

SOUTHWEST GAS CORPORATION
8360 S DURANGO DR
LAS VEGAS, NV  89113

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.45

---

**3.1254  Nonpriority creditor's name and mailing address**

SQS, INC.
13040 MERRIMAN RD
LIVONIA, MI  48150-1803

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$436.44

---

**3.1255  Nonpriority creditor's name and mailing address**

STAR AVIATION, INC. 1010
9001 W HIGHWAY 42
GOSHEN, KY  40026

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$578,471.42

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.1256 | **Nonpriority creditor's name and mailing address**<br><br>STARLINE SYSTEMS, INC<br>545 THIRD STREET<br>MANHATTAN BEACH, CA 90266<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,000.00 |
| 3.1257 | **Nonpriority creditor's name and mailing address**<br><br>STARR AIRCRAFT PRODUCTS,<br>PO BOX 158<br>SHERMAN, TX 75091-0158<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $173.15 |
| 3.1258 | **Nonpriority creditor's name and mailing address**<br><br>STEPHENS DISTRIBUTING CO.<br>5900 RAVENSWOOD ROAD, FORT LAUDERDALE, FL 33312<br>FORT LAUDERDALE, FL 33312<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCLAIMED PROPERTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,275.00 |
| 3.1259 | **Nonpriority creditor's name and mailing address**<br><br>STS COMPONENT SOLUTIONS<br>2910 SW 42 AVE<br>PALM CITY, FL 34990<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,653.40 |
| 3.1260 | **Nonpriority creditor's name and mailing address**<br><br>STS SVCS / LINE MTNCE<br>P.O BOX 2684<br>STUART, FL 34995<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $162,494.80 |

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.1261 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,400.65 |

STUDIO LEGAL SONIA CABRE
AVE GUSTAVO MEJIA RICART NO 69
TORRE WASHINGTON, 2 NIVEL, 2A
SANTO DOMINGO
DOMINICAN REPUBLIC

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,400.65

---

| 3.1262 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26,089.81 |

SUNBELT RENTALS INC
2341 DEERFIELD DRIVE
FORT MILL, SC  29715

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,089.81

---

| 3.1263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $443.10 |

SUNSHINE SELF STORAGE I
11800 MIRAMAR PARKWAY, MIRAMAR, FL 33025
MIRAMAR, FL  33025

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCLAIMED PROPERTY

**Is the claim subject to offset?**
☒ No
☐ Yes

$443.10

---

| 3.1264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $49,861.05 |

SUPERIOR AIRCRAFT SERVIC
300 CHESTERFIELD CTR
CHESTERFIELD, MO  63017-4867

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$49,861.05

---

| 3.1265 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $751,459.39 |

SWISSPORT USA INC
PO BOX 734001
CHICAGO, IL  60673-4001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$751,459.39

Debtor   Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 408 of 868

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.1266** **Nonpriority creditor's name and mailing address**

SYMBRANT AVIATION SERVIC
16 COMMERCE DR
FARMINGDALE, NY  11735-1206

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,468.34

---

**3.1267** **Nonpriority creditor's name and mailing address**

SYNAPTIC AVIATION
PONCE DE LEON BLVD
CORAL GABLES, FL  33134-5446

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,994.95

---

**3.1268** **Nonpriority creditor's name and mailing address**

TAGSA - TERMINAL AEROPORTUAR (651372_TAGSA -
TERMINAL AEROPORTUAR_GUAYAQUIL)
AV DE LAS AMERICAS & AV ISIDRO AYORA
GUAYAQUIL  90513
ECUADOR

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$159.21

---

**3.1269** **Nonpriority creditor's name and mailing address**

TALENTO INC
255 ALHAMBRA CIRCLE, SUITE 400
CORAL GABLES, FL  33134

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,800.00

---

**3.1270** **Nonpriority creditor's name and mailing address**

TANDEM GSE LLC
2924 E ANA ST
COMPTON, CA  90221-5603

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,347.89

Debtor    Spirit Airlines, LLC     25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
(Name)     Case number (if known)    25-11896

Pg 409 of 868

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.1271 | **Nonpriority creditor's name and mailing address**<br><br>TANK TIGERS-STS AVIATION<br>11502 JONES MALTSBERGER RD<br>SAN ANTONIO, TX 78216-2831<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $39,812.66 |
| 3.1272 | **Nonpriority creditor's name and mailing address**<br><br>TAPEMAN LLC<br>28023 CENTER OAKS CT<br>WIXOM, MI 48393<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $884.35 |
| 3.1273 | **Nonpriority creditor's name and mailing address**<br><br>TAX AUTH. QUINTANA ROO - MEXICO<br>AV. BONAMPAK S/N MZ 1 LTE 4 Y 5 LOCALES 8-10<br>CANCÚN, Q.R 77500<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LEGAL CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1274 | **Nonpriority creditor's name and mailing address**<br><br>TEAM JAS INC.<br>8493 BAYMEADOWS WAY<br>JACKSONVILLE, FL 32256-1222<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $15,514.00 |
| 3.1275 | **Nonpriority creditor's name and mailing address**<br><br>TECHNA NDT 1011217A<br>S 216TH ST<br>KENT, WA 98032-1389<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,340.00 |

Debtor    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
     Spirit Airlines, LLC                  Case number (if known)   254-1896
(Name)

Pg 410 of 868

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.1276**   **Nonpriority creditor's name and mailing address**

TECHNOGYM USA CORP
700 US HIGHWAY 46
FAIRFIELD, NJ 07004-1591

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$570.07

---

**3.1277**   **Nonpriority creditor's name and mailing address**

TECNOLOGIAS UNIDAS, S.A.
AEROPUERTO INTL TOCONTIN
TEGUCIGALPA
FRANCISCO MORAZAN
HONDURAS

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$116,246.32

---

**3.1278**   **Nonpriority creditor's name and mailing address**

TELEINTE S.A.S.
CARRETERA 10, NO 96-29 OFFICA 201-211
BOGOTA
COLOMBIA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$21.42

---

**3.1279**   **Nonpriority creditor's name and mailing address**

TELESOFT LLC DBA CALERO
5343 N. 16TH ST. STE 300
PHOENIX, AZ 85016

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,233.55

---

**3.1280**   **Nonpriority creditor's name and mailing address**

TELOS CORPORATION
19886 ASHBURN RD
ASHBURN, VA 20147-2358

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,117.23

---

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.1281**

**Nonpriority creditor's name and mailing address**

TENNANT SALES AND SERVIC
701 LILAC DR N
 PO BOX 1452
MINNEAPOLIS, MN  55422-4611

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$788.95

---

**3.1282**

**Nonpriority creditor's name and mailing address**

TERMINIX PROCESSING CENT
3467 N.W 55TH STREET, BLDG 8
FORT LAUDERDALE, FL  33309-6308

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,441.79

---

**3.1283**

**Nonpriority creditor's name and mailing address**

TEXAS CASTRO LANDSCAPING
6658 THORNWALL ST
HOUSTON, TX  77092-5720

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,493.83

---

**3.1284**

**Nonpriority creditor's name and mailing address**

TEXTRON GSE INC.
PO BOX 538114
ATLANTA, GA  30353-8114

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$130,523.74

---

**3.1285**

**Nonpriority creditor's name and mailing address**

THE ANCHOR GROUP, INC
803 E WHITNEY ST
HOUSTON, TX  77022-3539

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$790.23

---

Debtor    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Spirit Airlines, LLC                                  Case number (if known)    25-11896

(Name)

Pg 412 of 868

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | **Amount of claim** |
|--|--|---------------------|

**3.1286**

**Nonpriority creditor's name and mailing address**

THE BEANS GROUP, INC.
733 3RD AVE
NEW YORK, NY  10017-3204

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,125.87

---

**3.1287**

**Nonpriority creditor's name and mailing address**

THE CARLYLE GROUP INC.
1001 PENNSYLVANIA AVENUE NW SUITE 220 SOUTH
WASHINGTON, DC  20004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,000,000.00

---

**3.1288**

**Nonpriority creditor's name and mailing address**

THE FIRELINE CORPORATION
4506 HOLLINS FERRY RD
HALETHORPE, MD  21227-4671

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$205.50

---

**3.1289**

**Nonpriority creditor's name and mailing address**

THE PHILLIP CHARLES GROUP
2759 UNIVERSITY DR
AUBURN HILLS, MI  48326-2542

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,694.17

---

**3.1290**

**Nonpriority creditor's name and mailing address**

THE TRAVEL AGENT NEXT DO
YORK ST
TORONTO, ON  M5J 1R7
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11.64

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 328 of 341

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1291**

**Nonpriority creditor's name and mailing address**

THE UNFOLDING JOURNEY LLC
201 ALGER ST
LANSING, MI  48917-3804

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$115.00

---

**3.1292**

**Nonpriority creditor's name and mailing address**

THE WEATHER COMPANY AVIA
1001 SUMMIT BLVD SUITE 2000
BROOKHAVEN, GA  30319-6412

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,557.48

---

**3.1293**

**Nonpriority creditor's name and mailing address**

THORNTON TOMASETTI INC
120 BROADWAY
NEW YORK, NY  10271-0002

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,213.83

---

**3.1294**

**Nonpriority creditor's name and mailing address**

THRIFTY CAR RENTAL
TRAVEL INDUSTRY DEPT 1255
 PO BOX 121255
DALLAS, TX  75312-1255

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$214,812.61

---

**3.1295**

**Nonpriority creditor's name and mailing address**

TLC MANAGEMENT CONSULTAN
IFZA BUSINESS PARK
DUBAI  341041
UNITED ARAB EMIRATES

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,000.00

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 414 of 868

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.1296 | **Nonpriority creditor's name and mailing address**<br><br>TLD AMERICA<br>812 BLOOMFIELD AVE<br>WINDSOR, CT  06095<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,260.00 |
| 3.1297 | **Nonpriority creditor's name and mailing address**<br><br>T-MOBILE USA, INC.<br>12920 SE 38TH STREET<br>BELLEVUE, WA  98006<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $93,421.23 |
| 3.1298 | **Nonpriority creditor's name and mailing address**<br><br>TOOLING.AERO LLC (601432_TOOLING.AERO LLC_MIAMI)<br>7863 SW 162ND PLACE<br>MIAMI, FL  33193<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,245.00 |
| 3.1299 | **Nonpriority creditor's name and mailing address**<br><br>TOOLLIVE LLC<br>NW 74TH AVE<br>MIAMI, FL  33122-1418<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $65,250.00 |
| 3.1300 | **Nonpriority creditor's name and mailing address**<br><br>TOWN OF WINDSOR LOCKS TA<br>PO BOX 150427<br>HARTFORD, CT  06115-0427<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $451.31 |

| Debtor | Spirit Airlines, LLC | Case number (if known) | 25-11896 |

(Name)

| **Part 2:** | Additional Page |

| | | Amount of claim |

**3.1301** **Nonpriority creditor's name and mailing address**
TRANSPORTATION SECURITY ADMINISTRATION (TSA)
6595 SPRINGFIELD CENTER DR
SPRINGFIELD, VA  22152

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

**3.1302** **Nonpriority creditor's name and mailing address**
TRAVELER'S CHOICE TRAVEL
2805 S. RESERVOIR ST
POMONA, CA  91766

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,183.70

**3.1303** **Nonpriority creditor's name and mailing address**
TRAX USA CORP
2601 S. BAYSHORE DR # 500
COCONUT GROVE, FL  33133

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$69,740.83

**3.1304** **Nonpriority creditor's name and mailing address**
TREGO DUGAN AVIATION OF
PO BOX 1226
NORTH PLATTE, NE  69103-1226

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$169,745.21

**3.1305** **Nonpriority creditor's name and mailing address**
TRESOR PUBLIQUE/REDEVANC

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$750,255.00

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.1306 | **Nonpriority creditor's name and mailing address**<br><br>TRIPORT FLEET MAINTENANC<br>150-46 182ND STREET<br>TRIPORT GSE JAMAICA, NY  11413<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35,491.22 |
| 3.1307 | **Nonpriority creditor's name and mailing address**<br><br>TRI-STAR AIRPORT HANDLIN<br>NW 67TH AVE<br> NW 67TH AVE<br>MIAMI, FL  33122-2220<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $59,858.41 |
| 3.1308 | **Nonpriority creditor's name and mailing address**<br><br>TRIUMVIRATE ENVIRONMENTA<br>3701 SW 47TH AVE # 109<br>DAVIE, FL  33314<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,055.70 |
| 3.1309 | **Nonpriority creditor's name and mailing address**<br><br>TUNICA AIR GROUP LLC DBA<br>2456 WINCHESTER RD<br> HANGAR 14<br>MEMPHIS, TN  38116-3814<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,190.00 |
| 3.1310 | **Nonpriority creditor's name and mailing address**<br><br>TURBO RESOURCES INT'L 10<br>2615 N ARIZONA AVE<br>CHANDLER, AZ  85225-1957<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,000.00 |

Debtor Spirit Airlines, LLC

(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 417 of 868

| Part 2: | Additional Page |
|---------|-----------------|

| | Amount of claim |
|---|---|

**3.1311**

**Nonpriority creditor's name and mailing address**

TURNER AVIATION LIMITED (601356_TURNER AVIATION LIMITED_GLASGOW)
1 SPIERBRIDGE TERRACE
GLASGOW  G46 8JH
UNITED KINGDOM

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,495.00

---

**3.1312**

**Nonpriority creditor's name and mailing address**

UNE EPM TELECOMUNICACION
CARRETERA 16 NO 11A SUR-100
MEDELLIN
COLOMBIA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,072.85

---

**3.1313**

**Nonpriority creditor's name and mailing address**

UNICAL AVIATION 1000344A
PO BOX 31001-0964
PASADENA, CA  91110

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,000.00

---

**3.1314**

**Nonpriority creditor's name and mailing address**

UNIFIRST CORPORATION
P.O BOX 650481
DALLAS, TX  75265-0481

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$635.52

---

**3.1315**

**Nonpriority creditor's name and mailing address**

UNITED AIRLINES, INC
PO BOX 301707
DALLAS, TX  75303-1707

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,835.84

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.1316 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $281,640.43 |
| | UNITED GROUND EXPRESS, I<br>233 S WACKER DR<br>CHICAGO, IL 60606-7147 | *Check all that apply.* | |
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.1317 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $136,324,000.00 |
| | UNITED STATES TREASURY<br>1500 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20220 | *Check all that apply.* | |
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:**<br>UNSECURED TERM LOANS DUE 2031 | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.1318 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $250.00 |
| | UNKNOWN CUSTOMER<br>967 VINEYARD DRIVE GURNEE<br>CHICAGO, IL 60031 | *Check all that apply.* | |
| | | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:**<br>UNCLAIMED PROPERTY | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.1319 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,900.00 |
| | UP IN THE AIR, LLC<br>3017 ESTATE CONTANT<br> P O BOX 303887<br>ST THOMAS, VI 00802-5736 | *Check all that apply.* | |
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.1320 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $31.39 |
| | UPS<br>55 GLENLAKE PKWY<br>ATLANTA, GA 30328 | *Check all that apply.* | |
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known) 25-11896
Pg 419 of 868

| Part 2: | Additional Page |
|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.1321 | **Nonpriority creditor's name and mailing address**<br><br>USI ADVISORS<br>95 GLASTONBURY BLVD<br> SUITE 102<br>GLASTONBURY, CT  06033<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,085.96 |
| 3.1322 | **Nonpriority creditor's name and mailing address**<br><br>V1MRO SOLUTIONS, LLC<br>7717 E RAY ROAD, UNIT 101<br>MESA, AZ  85212<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,887.00 |
| 3.1323 | **Nonpriority creditor's name and mailing address**<br><br>VAREC INC<br>5834 PEACHTREE CORS E<br>PEACHTREE CORNERS, GA  30092-3403<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $7,750.00 |
| 3.1324 | **Nonpriority creditor's name and mailing address**<br><br>VERIZON<br>ONE VERIZON WAY<br>BASKING RIDGE, NJ  07920<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,640.77 |
| 3.1325 | **Nonpriority creditor's name and mailing address**<br><br>VERIZON BUSINESS<br>ONE VERIZON WAY<br>BASKING RIDGE, NJ  07920<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $7,213.97 |

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.1326** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $292,859.85

VERIZON WIRELESS
ONE VERIZON WAY
BASKING RIDGE, NJ  07920

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1327** | **Nonpriority creditor's name and mailing address** | $24.05

VILLA ENTERPRISES INC
25 WASHINGTON ST DEPT # 4215
MORRISTOWN, NJ  07960

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1328** | **Nonpriority creditor's name and mailing address** | $0.01

VIRGINIA DEPARTMENT  OF
PO BOX 1500
RICHMOND, VA  23218-1500

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1329** | **Nonpriority creditor's name and mailing address** | $5,125.93

VISIONTRON CORP.
720 OLD WILLETS PATH
HAUPPAUGE, NY  11788

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1330** | **Nonpriority creditor's name and mailing address** | $269,500.00

VMO AIRCRAFT LEASING
101 MISSION STREET
TWELFTH FLOOR SAN FRANCISCO, CA  94105

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AIRCRAFT LEASE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Pg 421 of 868
Case number (if known)   25-11896

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.1331**

**Nonpriority creditor's name and mailing address**

VORTEX AVIATION MAINTENA
PO BOX 250448
 HANGAR 573 BROMON DR
AGUADILLA, PR  00604-0448

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,992.90

---

**3.1332**

**Nonpriority creditor's name and mailing address**

W.W. GRAINGER, INC 480
PO BOX 419267
 DEPT 480 855758348
KANSAS CITY, MO  64141

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,321.62

---

**3.1333**

**Nonpriority creditor's name and mailing address**

WACKENHUT DE GUATEMALA, S.A (760641_WACKENHUT
DE GUATEMALA, S.A_GUATEMALA)
AV PERAPA 42-51
GUATEMALA  1012
GUATEMALA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,149.06

---

**3.1334**

**Nonpriority creditor's name and mailing address**

WASTE CONNECTIONS OF NY
577 COURT STREET
BROOKLYN, NY  11231

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,684.33

---

**3.1335**

**Nonpriority creditor's name and mailing address**

WASTE MNGMT OF MI (CHASE)
48797 ALPHA DRIVE SUITE 15
WIXOM, MI  48393

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,009.17

---

| Part 2: | Additional Page |

|  | Amount of claim |
|---|---|

**3.1336**

**Nonpriority creditor's name and mailing address**

WEISER SECURITY SERVICES
TULANE AVE
NEW ORLEANS, LA  70119-6936

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$96,442.62

---

**3.1337**

**Nonpriority creditor's name and mailing address**

WENCOR WEST, INC. 100035
3577 S MOUNTAIN VISTA PARKWAY
PROVO, UT  84606

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,171.96

---

**3.1338**

**Nonpriority creditor's name and mailing address**

WESCO AIRCRAFT HARDWARE
PO BOX 842302
BOSTON, MA  02284

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,163.74

---

**3.1339**

**Nonpriority creditor's name and mailing address**

WEST STAR AVIATION - CHA
2 AIRLINE CT
EAST ALTON, IL  62024-2284

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,750.00

---

**3.1340**

**Nonpriority creditor's name and mailing address**

WHEELCHAIR LOI
1200 NEW JERSEY AVENUE, SE
WASHINGTON, DC  20590

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEGAL CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.1341 | **Nonpriority creditor's name and mailing address**<br><br>WILLIAMS SCOTSMAN, INC<br>901 S BOND ST STE 600<br>BALTIMORE, MD  21231<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,807.88 |
| 3.1342 | **Nonpriority creditor's name and mailing address**<br><br>WILLIS TOWERS WATSON US<br>300 SOUTH GRAND AVENUE<br> SUITE 2000<br>LOS ANGELES, CA  90071<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,600.00 |
| 3.1343 | **Nonpriority creditor's name and mailing address**<br><br>WORLD MANAGEMENT, INC.<br>10449 SAINT CHARLES ROCK RD # LL<br>SAINT ANN, MO  63074-1806<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,651.54 |
| 3.1344 | **Nonpriority creditor's name and mailing address**<br><br>WORLDWIDE FLIGHT SERVICES<br>PO BOX 910501<br>DALLAS, TX  75391-0501<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,374,508.37 |
| 3.1345 | **Nonpriority creditor's name and mailing address**<br><br>WORLDWIDE POWER PRODUCTS<br>5931 BRITTMOORE RD<br>HOUSTON, TX  77041-5619<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,419.99 |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.1346 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $127,038.87 |
|---|---|---|---|

XPONENT RESOURCES
2895 GAINESWAY CT
CUMMING, GA  30041-6312

**Date or dates debt was incurred**

**Last 4 digits of account number:**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| 3.1347 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $379,154.37 |
|---|---|---|---|

XTREME AVIATION LLC
14900 NW 42ND AVE HANGAR 48
OPA LOCKA, FL  33054-2332

**Date or dates debt was incurred**

**Last 4 digits of account number:**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| 3.1348 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,721.00 |
|---|---|---|---|

YELLOW CAB CO. OF TAMPA,
PO BOX 1998
TAMPA, FL  33601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| 3.1349 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $543,378.00 |
|---|---|---|---|

ZIM AIRCRAFT CABIN SOLUT
8010 PIEDMONT TRIAD PKWY
GREENSBORO, NC  27409-9407

**Date or dates debt was incurred**

**Last 4 digits of account number:**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| 3.1350 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,493.70 |
|---|---|---|---|

ZODIAC (SAFRAN) SEATS US
2000 WEBER DRIVE
GAINESVILLE, TX  76240

**Date or dates debt was incurred**

**Last 4 digits of account number:**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|
| 3.1351 | **Nonpriority creditor's name and mailing address**<br><br>ZOETRY MONTEGO BAY<br>MAHOE BAY IRONSHORE MAIN RD<br>MONTEGO, BAY  00000<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28.06 |
| 3.1352 | **Nonpriority creditor's name and mailing address**<br><br>ZULU TECHNOLOGIES, LLC<br>E 17TH ST<br>CHEYENNE, WY  82001-4543<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,823.00 |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a.** | Total claims from Part 1 | 5a. | $0.00 |
| **5b.** | Total claims from Part 2 | 5b. + | $819,411,418.83 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $819,411,418.83 |

Fill in this information to identify the case:

Debtor    Spirit Airlines, LLC

United States Bankruptcy Court for the:    Southern District of New York

Case number    25-11896
(if known)

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | [ACY] WAREHOUSE LEASE | 1050-1100 DOUGHTY ROAD LLC <br> 943 MILL ROAD <br> PLEASANTVILLE, NJ  08232 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | [ORD] WAREHOUSE LEASE | 3701-3749 N 25TH OWNER LP C/O AREG WESTMOUNT VENTURE LP <br> 700 N PEARL STREET <br> SUITE N1650 <br> DALLAS, TX  75201 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AGREEMENT DTD 10/1/2023 | 3CHEM CORP <br> ATTN PRESIDENT <br> 4285 E 10TH LN <br> HIALEAH, FL  33013 |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | [CAP] TERMINAL / STATION | AAN <br> BOULEVARD TOUSSAINT LOUVERTURE <br> TABARRE <br> HAITI |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PAP] TERMINAL / STATION LEASE | AAN<br>BOULEVARD TOUSSAINT LOUVERTURE<br>TABARRE<br>HAITI |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 1 TO STATEMENT OF WORK NO 1 DTD 5/30/2025<br>AMENDS SOW NO 1 DTD 3/19/2025 | AAR AIRCRAFT SERVICES INC<br>ATTN SR MG, BUSINESS & PROP DEVT<br>2825 W PERIMETER RD<br>INDIANAPOLIS, IN  46241 |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK NO 1 TO SUPPLY & SVCS GENERAL TERMS AGREEMENT DTD 3/19/2025<br>RE: AGREEMENT DTD 1/22//2025 | AAR AIRCRAFT SERVICES INC<br>ATTN SR MG, BUSINESS & PROP DEVT<br>2825 W PERIMETER RD<br>INDIANAPOLIS, IN  46241 |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] STANDARD GROUND HANDLING AGREEMENT DTD 12/17/2019 | ABM AVIATION<br>ATTN STAN LIVINGSTON<br>4151 ASHFORD DUNWOODY RD, STE 600<br>ATLANTA, GA  30319 |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAH] STANDARD GROUND HANDLING AGREEMENT DTD 7/10/2019 | ABM AVIATION<br>ATTN STAN LIVINGSTON<br>4151 ASHFORD DUNWOODY RD, STE 600<br>ATLANTA, GA  30319 |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SEA] AIRPORT SERVICES AGREEMENT DTD 4/15/2016 | ABM ONSITE SERVICES-WEST INC<br>ATTN GILBERT GREEN<br>17801 INTERNATIONAL BLVD<br>PMB 303, RM 280<br>SEATTLE, WA  98158 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMPONENT SERVICES AGREEMENT DTD 1/1/2024 | ABSOLUTE AVIATION SERVICES LLC<br>ATTN LEGAL<br>416 DIVIDEND DR<br>PEACHTREE CITY, GA 30269 |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 2025 CORPORATE RATE PROGRAM DTD 12/3/2024 | AC HOTEL FORT LAUDERDALE AIRPORT<br>ATTN AREA DOS<br>154 N COMPASS WAY<br>DANIA BEACH, FL 33004 |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDED & RESTATED ORDER FORM 1 DTD 3/31/2018<br>AMENDS ORDER FORM DTD 9/30/2016 | ACCERTIFY INC<br>TWO PIERCE PLACE<br>SUITE 900<br>ITASCA, IL 60143 |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER TERMS & CONDITIONS DTD 9/27/2016 | ACCERTIFY INC<br>TWO PIERCE PLACE<br>SUITE 900<br>ITASCA, IL 60143 |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM #2 DTD 4/1/2019<br>AMENDS MTC AGREEMENT DTD 9/27/2016 | ACCERTIFY INC<br>TWO PIERCE PLACE<br>SUITE 900<br>ITASCA, IL 60143 |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM #3 DTD 7/8/2022<br>AMENDS MTC AGREEMENT DTD 9/27/2016 | ACCERTIFY INC<br>TWO PIERCE PLACE<br>SUITE 900<br>ITASCA, IL 60143 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM #4 DTD 9/27/2016<br>RE: MASTER T&C DTD 9/27/2016 | ACCERTIFY INC<br>TWO PIERCE PLACE<br>SUITE 900<br>ITASCA, IL  60143 |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT DTD 6/17/2021 | ACCESS INFORMATION MANAGEMENT CORP<br>ATTN FINANCE EXEC VP<br>500 UNICORN PARK DR<br>WOBURN, MA  01801 |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOW - ACCESS UNIFY ACTIVE FILE SERVICE DTD 6/17/2021 | ACCESS INFORMATION MANAGEMENT CORP<br>ATTN FINANCE EXEC VP<br>500 UNICORN PARK DR<br>WOBURN, MA  01801 |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY OF GOODS AGREEMENT DTD 9/25/2019 | ACRO AIRCRAFT SEATING LTD<br>ATTN CHRIS LEESE-WOOD, CEO<br>OLD BRIGHTON RD<br>LOWFIELD HEATH<br>CRAWLEY  RH11 0PR<br>UNITED KINGDOM |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM 1 TO SUPPLY OF GOODS AGREEMENT DTD 8/9/2024<br>RE: AGREEMENT DTD 9/25/2019 | ACRO AIRCRAFT SEATING LTD<br>ATTN EXEC CHAIRMAN<br>ELSON WAY, CRICK INDUSTRIAL ESTATE, CRICK<br>NORTHAMPTONSHIRE  NN6 7SL<br>UNITED KINGDOM |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM DTD 8/8/2024 | ACTIONABLE SCIENCE INC<br>11501 DUBLIN BLVD, STE 200<br>DUBLIN, CA  94568 |

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 430 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT  DTD 5/29/2018 | ACTS-AVIATION SECURITY INC<br>ATTN JOSE CASTRILLO<br>1669 PHOENIX PKWY, STE 104<br>COLLEGE PARK, GA  30349 |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REVENUE SHARE AGREEMENT DTD 10/23/2012 | ADARA MEDIA INC<br>ATTN LAYTON HAN, CEO<br>444 CASTRO ST, STE 130<br>MOUNTAIN VIEW, CA  94041 |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LOYALTY PROGRAM PROMOTION AGREEMENT DTD 7/30/2025 | ADJOE GMBH<br>ATTN MICHAEL CORIGLIANO, US SUPPLY SALES<br>AN DE ALSTER 42<br>HAMBURG  20099<br>GERMANY |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT AMENDMENT DTD 7/17/2015 | ADMINISTRATIVE COMPANY OF INT'L AIRPORTS |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT AMENDMENT DTD 7/22/2013 | ADMINISTRATIVE COMPANY OF INT'L AIRPORTS |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES ORDER PURCHASE SUMMARY - AGREEMENT #A000184506 DTD 4/4/2024 | ADOBE INC<br>345 PARK AVE<br>SAN JOSE, CA  95110 |

Debtor    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Spirit Airlines, LLC                                          Case number (if known)    25-11896

(Name)

Pg 431 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER PROFESSIONAL SVS AGREEMENT | ADSWERVE INC<br>ATTN LEGAL DEPT<br>5325 BALLARD AVE NW, STE 300<br>SEATTLE, WA  98107 |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4901 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4902 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4903 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4904 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4905 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4906 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4907 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4908 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4910 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4912 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4913 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4915 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4927 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4928 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4940 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4946 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4947 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4963 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4966 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6702 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6703 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6706 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6708 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AIRCRAFT LEASE TAIL #6709 | AERCAP IRELAND LIMITED <br> 4450 ATLANTIC AVE. <br> WESTPARK <br> SHANNON <br> CO. CLARE <br> IRELAND |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AIRCRAFT LEASE TAIL #6710 | AERCAP IRELAND LIMITED <br> 4450 ATLANTIC AVE. <br> WESTPARK <br> SHANNON <br> CO. CLARE <br> IRELAND |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AIRCRAFT LEASE TAIL #6712 | AERCAP IRELAND LIMITED <br> 4450 ATLANTIC AVE. <br> WESTPARK <br> SHANNON <br> CO. CLARE <br> IRELAND |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AIRCRAFT LEASE TAIL #6717 | AERCAP IRELAND LIMITED <br> 4450 ATLANTIC AVE. <br> WESTPARK <br> SHANNON <br> CO. CLARE <br> IRELAND |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AIRCRAFT LEASE TAIL #6718 | AERCAP IRELAND LIMITED <br> 4450 ATLANTIC AVE. <br> WESTPARK <br> SHANNON <br> CO. CLARE <br> IRELAND |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AIRCRAFT LEASE TAIL #6720 | AERCAP IRELAND LIMITED <br> 4450 ATLANTIC AVE. <br> WESTPARK <br> SHANNON <br> CO. CLARE <br> IRELAND |

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 436 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #6721 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #6723 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #6724 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #6725 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #6726 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #6728 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6729 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6731 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SJO] OFFICE LEASE AGREEMENT  DTD 6/1/2011 | AERIS HOLDING COSTA RICA SA<br>ATTN LEGAL DEPT<br>300 METROS AL NORTE FROM<br>AEROPUERTO INT'L JUAN SANTAMARIA<br>SANTA MARIA<br>COSTA RICA |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHL] STANDARD GROUND HANDLING SERVICES- SIMPLIFIED PROCEDURE DTD 2/1/2021 | AERO COMMERCIAL SERVICE INC<br>ATTN JUSTIN KIM, VP OF PERATIONS<br>411 S GOVERNOR PRINTZ BLVD<br>LESTER, PA  19029 |
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] LEASE AGREEMENT DTD 12/4/2019<br>AMENDMENT 1 TO RAMP LEASE DTD 7/10/2024 | AERO DFW III LP<br>ATTN MANAGING DIR, SR FUND MGR<br>201 W ST<br>ANNAPOLIS, MD  21401 |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 4 TO NET LEASE DTD 7/3/2024<br>BLDG D STE 300, 800 & 850, DFW AIRPORT, TX 75261 | AERO DFW III LP<br>ATTN MANAGING DIR, SR FUND MGR<br>201 W ST<br>ANNAPOLIS, MD  21401 |

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 438 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RIC] FIRST CONTRACT AMENDMENT DTD 10/10/2018 AMENDS ANNEX B.1 DTD 3/15/2018 | AERO INDUSTRIES INC ATTN MICHAEL CLARKE 5745 HUNTSMAN RD RICHMOND INTERNATIONAL AIRPORT RICHMOND, VA 23250 |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RIC] STANDARD GROUND HANDLING AGREEMENT DTD 1/30/2018 | AERO INDUSTRIES INC ATTN MICHAEL CLARKE 5745 HUNTSMAN RD RICHMOND INTERNATIONAL AIRPORT RICHMOND, VA 23250 |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DTD 3/15/2018 | AERO INDUSTRIES INC ATTN MICHAEL CLARKE 5745 HUNTSMAN RD RICHMOND INTERNATIONAL AIRPORT RICHMOND, VA 23250 |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGINE WASH SVS AGREEMENT DTD 5/13/2025 | AERO JET WASH LLC 3217 N SHERIDAN RD, HANGER 28 TULSA, OK 74115 |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] AMENDMENT 3 TO RAMP LEASE DTD 6/6/2025 | AERO LAUDERDALE LLC ATTN LEGAL DEPT 201 W ST ANNAPOLIS, MD 21401 |
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BWI] FIRST CONTRACT AMENDMENT DTD 1/1/2022 AMENDS ANNEX B1.0 DTD 10/6/2020 | AERO MAG 2000 BWI LLC ATTN MARIE-ELAINE LEPINE, DIR OF ADMIN 8181 RUE HERVE ST MARTIN SAINT-LAURENT, QC H4S 2A5 CANADA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BWI] SECOND CONTRACT AMENDMENT DTD 11/1/2022<br>AMENDS ANNEX B1.0 DTD 10/6/2020 | AERO MAG 2000 BWI LLC<br>ATTN MARIE-ELAINE LEPINE, DIR OF ADMIN<br>8181 RUE HERVE ST MARTIN<br>SAINT-LAURENT, QC  H4S 2A5<br>CANADA |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BWI] STANDARD GROUND HANDLING AGREEMENT DTD 10/6/2020 | AERO MAG 2000 BWI LLC<br>ATTN MARIE-ELAINE LEPINE, DIR OF ADMIN<br>8181 RUE HERVE ST MARTIN<br>SAINT-LAURENT, QC  H4S 2A5<br>CANADA |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLE] AMENDMENT TO CLE DEICING SERVICES DTD 10/20/2017 | AERO MAG 2000 CLE LLC<br>ATTN WILLIAM COLBERG, US OPS REG DIR<br>6030 CARGO RD<br>CLEVELAND, OH  44135 |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLE] AMENDMENTLETTER DTD 1/19/2203<br>AMENDS  CONTRACT CALW19671-3 DTD 4/5/2010 | AERO MAG 2000 CLE LLC<br>ATTN WILLIAM COLBERG, US OPS REG DIR<br>6030 CARGO RD<br>CLEVELAND, OH  44135 |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLE] DEICING SERVICES AGREEMENT | AERO MAG 2000 CLE LLC<br>ATTN WILLIAM COLBERG, US OPS REG DIR<br>6030 CARGO RD<br>CLEVELAND, OH  44135 |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLE] LETTER CAMA CONTRACT DTD 10/20/2017 | AERO MAG 2000 CLE LLC<br>ATTN WILLIAM COLBERG, US OPS REG DIR<br>6030 CARGO RD<br>CLEVELAND, OH  44135 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLE] VENDOR REQUEST #CASS-007 DTD 8/15/2013 | AERO MAG<br>ATTN PATRICK RUEDISUELI, OPS MGR<br>6030 CARGO RD<br>CLEVELAND, OH  44135 |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BQN] SERVICE LEVELS AND MINIMUM STANDARDS DTD 4/22/2015 | AERO MECH INC<br>ATTN ROBERT CASTRODAD<br>PMB 51, BOX 605703<br>AGUADILLA, PR  00605-9002 |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BQN] STANDARD GROUND HANDLING AGREEMENT DTD 6/15/2015 | AERO MECH INC<br>ATTN ROBERT CASTRODAD<br>PMB 51, BOX 605703<br>AGUADILLA, PR  00605-9002 |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT DTD 10/1/2023 | AERO PARTS MANAGEMENT LLC<br>ATTN CEO<br>13639 TORTONA LN, STE 2206<br>WINDERMERE, FL  34786 |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLO] TERMINAL / STATION | AEROCALI S.A<br>AEROPUERTO INTERNACIONAL ALFONSO BONILLA ARAGON<br>PISO 3<br>DESDE EL LOCAL L-3209A AL LOCAL L-3210C<br>COLOMBIA |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SAL] STANDARD GROUND HANDLING AGREEMENT DTD 4/25/2016 | AERODESPACHOS DE EL SALVADOR SA DE CV<br>ATTN ALFREDO LUPA, PRESIDENT<br>AEROPUERTO INT'L EL SALVADOR, LA PAZ<br>COMALAPA<br>EL SALVADOR |

Debtor   Spirit Airlines, LLC   25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
(Name)                                                              Case number (if known)   25-11896

Pg 441 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SAL] STANDARD GROUND HANDLING AGREEMENT DTD 6/1/2015 | AERODESPACHOS DE EL SALVADOR SA DE CV<br>ATTN ALFREDO LUPA, PRESIDENT<br>AEROPUERTO INT'L EL SALVADOR, LA PAZ COMALAPA<br>EL SALVADOR |
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [GUA] FIRST CONTRACT AMENDMENT DTD 11/1/2017<br>AMENDS ANNEX B DTD 6/1/2015 | AERODESPACHOS SA<br>ATTN MR. SERGIO ESTRADA, GM<br>AEROPUERTO INTL LA AURORA<br>PRIMER NIVEL ALA SUR ZONA 13<br>GUATEMALA |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [GUA] ON-CALL AIRCRAFT MAINT SERVS AGREEMENT DTD 5/10/2007 | AERODESPACHOS SA<br>ATTN MR. SERGIO ESTRADA, GM<br>AEROPUERTO INTL LA AURORA<br>PRIMER NIVEL ALA SUR ZONA 13<br>GUATEMALA |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [GUA] STANDARD GROUND HANDLING AGREEMENT  DTD 6/12/2007 | AERODESPACHOS SA<br>ATTN MR. SERGIO ESTRADA, GM<br>AEROPUERTO INTL LA AURORA<br>PRIMER NIVEL ALA SUR ZONA 13<br>GUATEMALA |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SDQ] LEASE AMENDMENT DTD 9/27/2010<br>AMENDS LEASE DTD 7/7/1999 | AERODOM SIGLO XXI<br>AEROPUETO INTL LAS AMERICAS<br>SANTO DOMINGO - DOM. REP<br>DOMINICAN REPUBLIC |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SDQ] CAF-SDQ-GROUND HANDLING CONTRACT DTD 8/30/2018 | AERODOM<br>RUTA 66<br>3ER PISO<br>PUNTA<br>CAUCEDO<br>DOMINICAN REPUBLIC |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SDQ] LEASE AMENDMENT DTD 2/3/2012 AMENDS LEASE DTD 7/7/1999 | AERODOM<br>RUTA 66<br>3ER PISO<br>PUNTA<br>CAUCEDO<br>DOMINICAN REPUBLIC |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SAL] STANDARD GROUND HANDLING AGREEMENT DTD 6/1/2015 | AEROJET DE COSTA RICA SA<br>ATTN SERGIO ESTRADA<br>50 METROS NORTE BOMBEROS<br>AEROPUERTO JUAN SANTAMARIA<br>ALAJUELA<br>COSTA RICA |
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SJO] STANDARD GROUND HANDLING AGREEMENT  DTD 6/1/2015 | AEROJET DE COSTA RICA SA<br>ATTN SERGIO ESTRADA<br>50 METROS NORTE BOMBEROS<br>AEROPUERTO JUAN SANTAMARIA<br>ALAJUELA<br>COSTA RICA |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SAL] STANDARD GROUND HANDLING AGREEMENT DTD 6/13/2011 | AEROJET DE EL SALVADOR<br>AEROPUERTO INTERNACIONAL EL SALVADOR<br>ATTN SERGIO ESTRADA<br>TERMINAL DE CARGA, OFICINA 136A<br>LA PAZ<br>EL SALVADOR |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [GUA] STANDARD GROUND HANDLING AGREEMENT DTD 6/1/2016 | AEROJET HANDLING GROUP<br>ATTN REGIONAL DIR CA<br>AEROPUERTO INTL LA AURORA, ZONA 13<br>GUATEMALA  1013<br>GUATEMALA |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [GUA] STANDARD GROUND HANDLING AGREEMENT DTD 6/1/2015 | AEROJET HANDLING GROUP<br>ATTN SERGIO ESTRADA<br>50 METROS NORTE BOMBEROS<br>AEROPUERTO JUAN SANTA MARIA<br>ALAJUELA<br>COSTA RICA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLE] DEICING SERVICES AGREEMENT DATED 12/26/2014 | AEROMAG 2000<br>6030 CARGO RD<br>CLEVELAND, OH 44135 |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [GUA] LEASE AGREEMENT DTD 1/12/2010 | AERONAUTICA CIVIL<br>9A AVENIDA 14-75<br>ZONA 13<br>CIUDAD<br>GUATEMALA |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GLOBALINK/VHF AERONAUTICAL DATA COMMUNICATIONS SERVICE AGREEMENT DTD 5/11/2005 | AERONAUTICAL RADIO INC<br>ATTN SR DIRECTOR, MKTG<br>2551 RIVA RD<br>ANNAPOLIS, MD 21401-7465 |
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT NO 7729 DTD 6/5/1990 | AERONAUTICAL RADIO INC<br>ATTN SR DIRECTOR, MKTG<br>2551 RIVA RD<br>ANNAPOLIS, MD 21401-7465 |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CUN] AMENDMENT TO LEASE AGREEMENT # CUN-1711 DTD 2/27/2013 AMENDS AGREEMENT DTD 3/1/2007 | AEROPUERTO DE CANCUN SA DE CV<br>ATTN LEGAL REPRESENTATIVE<br>BLVD MANUEL AVILA CAMACHO NO. 40-6<br>COL LOMAS DE CHAPULTEPEC<br>MEXICO CITY, DF 11000<br>MEXICO |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CUN] COMMERCIAL CONTRACT FOR THE PROVISION OF AIRPORT SERVICES WITH SOUTHEAST AIRPORT ASSOCIATION (ASUR) DTD 11/30/2003 | AEROPUERTO DE CANCUN SA DE CV<br>ATTN LEGAL REPRESENTATIVE<br>BLVD MANUEL AVILA CAMACHO NO. 40-6<br>COL LOMAS DE CHAPULTEPEC<br>MEXICO CITY, DF 11000<br>MEXICO |

Debtor   Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 444 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CUN] LEASE AGREEMENT DTD 3/1/2007 | AEROPUERTO DE CANCUN SA DE CV<br>CALLE BOSQUES DE ALISOS NO. 47-A, PISO 4<br>COL BOSQUES DE LAS LOMAS<br>MEXICO CITY, DF  5120<br>MEXICO |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PVR] LEASE AGREEMENT DTD 6/15/2021 | AEROPUERTO DE PUERTO VALLARTA SA DE CV<br>AVENIDA MARIANO OTERO 1249 B<br>5 PISO, TORRE PACIFICO<br>COL RINCONADA DEL BOSQUE<br>GUADALAJARA, JA  44530<br>MEXICO |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SJD] LEASE AGREEMENT DTD 10/16/2012 | AEROPUERTO DE SAN JOSE DEL CABO SA DE CV<br>CARRETERA TRANSPENINSULAR, S/N KM 43.5<br>MUNICIPIO DE LOS CABOS<br>BAJA CALIFORNIA SUR  23420<br>MEXICO |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SDQ] LEASE AGREEMENT  DTD 2/3/2012 | AEROPUERTO DOMINICANOS SIGLO XXI SA<br>AEROPUERTO INT'L LAS AMERICAS-JFOG<br>SANTO DOMINGO<br>DOMINICAN REPUBLIC |
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SDQ] LEASE AGREEMENT  DTD 3/4/2014 | AEROPUERTO DOMINICANOS SIGLO XXI SA<br>AEROPUERTO INT'L LAS AMERICAS-JFOG<br>SANTO DOMINGO<br>DOMINICAN REPUBLIC |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SDQ] LEASE AGREEMENT  DTD 9/27/2010 | AEROPUERTO DOMINICANOS SIGLO XXI SA<br>AEROPUERTO INT'L LAS AMERICAS-JFOG<br>SANTO DOMINGO<br>DOMINICAN REPUBLIC |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOG] OFFICE SPACE RENTAL CONFIRMATION LETTER DTD 5/27/2008 | AEROPUERTO EL DORADO |
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [STI] LEASE AGREEMENT FOR SPACE DTD 6/5/2015 | AEROPUERTO INTERNACIONAL DEL CIBAO SA<br>AVENIDA VICTOR MANUEL ESPAILLAT<br>SANTIAGO  51081<br>DOMINICAN REPUBLIC |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [STI] SPACE LEASE AGREEMENT DTD 6/5/2015 | AEROPUERTO INTERNACIONAL DEL CIBAO SA<br>AVENIDA VICTOR MANUEL ESPAILLAT<br>SANTIAGO  51081<br>DOMINICAN REPUBLIC |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BGA] TERMINAL / STATION LEASE | AEROPUERTOS DE ORIENTE<br>KM 25 VIA BUCARAMANGA<br>LEBRIJA<br>SANTANDER<br>TERCER PISO<br>COLOMBIA |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SDQ] SUBCONCESSION AGREEMENT #C-2019-01-030 DTD 2/3/2012 | AEROPUERTOS DOMINICANOS SIGLO XXI SA<br>3 PISO DE LA TERMINAL DE PASAJEROS<br>AEROPUERTO INTERNACIONAL LAS AMERICAS<br>SANTO DOMINGO<br>DOMINICAN REPUBLIC |
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SDQ] SUBCONCESSION OFFICE SPACE AGREEMENT DTD 9/27/2010 | AEROPUERTOS DOMINICANOS SIGLO XXI SA<br>3 PISO DE LA TERMINAL DE PASAJEROS<br>AEROPUERTO INTERNACIONAL LAS AMERICAS<br>SANTO DOMINGO<br>DOMINICAN REPUBLIC |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | [SDQ] OFFICE SPACE SUB-CONCESSION AGREEMENT DTD 2/3/2012 | AEROPUERTOS DOMNICANOS SIGLO XXI SA 3 PISO DE LA TERMINAL DE PASAJEROS AEROPUERTO INTERNACIONAL LAS AMERICAS SANTO DOMINGO DOMINICAN REPUBLIC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | [SDQ] OFFICE SPACE SUB-CONCESSION AGREEMENT DTD 9/27/2010 | AEROPUERTOS DOMNICANOS SIGLO XXI SA 3 PISO DE LA TERMINAL DE PASAJEROS AEROPUERTO INTERNACIONAL LAS AMERICAS SANTO DOMINGO DOMINICAN REPUBLIC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | [SDQ] OFFICE SPACE SUB-CONCESSION AGREEMENT DTD 3/4/2014 | AEROPUERTOS DOMNICANOS SIGLO XXI SA CALLE FREDDY CATON ARCE NO 2 ARROYO HONDO DOMINICAN REPUBLIC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | [SAL] FIRST CONTRACT AMENDMENT DTD 12/1/2017 AMENDS ANNEX B.1 DTD 6/1/2015 | AEROSDESPACHOS DE EL SALVADOR SA DE CV EL SALVADOR COMALAPA INTL AIRPORT LA PAZ EL SALVADOR |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | [SAP] FIRST CONTRACT AMENDMENT DTD 11/1/2017 AMENDS AGREEMENT DTD 6/1/2015 | AEROSERVICIOS DE HONDURAS SA ATTN SERGIO ESTRADA AEROPUERTO JUAN SANTA MARIA 50 METROS NORTE BOMBEROS ALAJUELA COSTA RICA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | [SAP] STANDARD GROUND HANDLING AGREEMENT  DTD 6/1/2015 | AEROSERVICIOS DE HONDURAS SA ATTN SERGIO ESTRADA AEROPUERTO JUAN SANTA MARIA 50 METROS NORTE BOMBEROS ALAJUELA COSTA RICA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SAP] STANDARD GROUND HANDLING AGREEMENT  DTD 6/12/2007 | AEROSERVICIOS DE HONDURAS SA<br>TERMINAL DE CARGA SWISSPORT, OFICINA 303<br>AEROPUERTO RAMON VILLEDA MORALES<br>SAN PEDRO SULA<br>HONDURAS |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SAP] STANDARD GROUND HANDLING AGREEMENT DTD 5/1/2016 | AEROSERVICIOS DE HONDURAS SA<br>TERMINAL DE CARGA SWISSPORT, OFICINA 303<br>AEROPUERTO RAMON VILLEDA MORALES<br>SAN PEDRO SULA<br>HONDURAS |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SAP] STANDARD GROUND HANDLING AGREEMENT DTD 9/29/2016 | AEROSERVICIOS DE HONDURAS SA<br>TERMINAL DE CARGA SWISSPORT, OFICINA 303<br>AEROPUERTO RAMON VILLEDA MORALES<br>SAN PEDRO SULA<br>HONDURAS |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SJU] AIRPORT USE AGREEMENT DTD 2/27/2013 | AEROSTAR AIRPORT HOLDINGS LLC<br>C/O CT CORPORATION<br>PO BOX 38085<br>SAN JUAN, PR  00937-1085 |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROFESSIONAL SERVICES ADDENDUM NO 1 DTD 9/26/2023<br>RE: ORDER FORM DTD 6/6/2023 | AEROSTRAT CORP<br>ATTN CEO<br>999 3RD AVE, STE 700<br>SEATTLE, WA  98104 |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [GUA] STANDARD GROUND HANDLING AGREEMENT DTD 11/1/2018 | AEROTOB AVIATION SERVICES SA<br>ATTN CHRISTIAN MARTINEZ, GENERAL MANAGER<br>EXPRESS AERO<br>AEROPUERTO INT'L LA AURORA, ZONA 13<br>GUATEMALA CITY  01013<br>GUATEMALA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CUN] STANDARD GROUND HANDLING AGREEMENT DTD 2/17/2004 | AEROVIAS DE MEXICO SA DE CV D/B/A AEROMEXICO AV FUERZA AEREA MEXICANA 416 COL FEDERAL, DEL VENUSTIANO CARRANZA CDMX  15700 MEXICO |
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT #AEX-202207-148 DTD 1/9/2023 | AEROXCHANGE LTD ATTN DIRECTOR OF OPS 1503 LBJ FWY, STE 275 FARMERS BRANCH, TX  75234 |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AIRCRAFT WORK ORDER  DTD 9/6/2023 | AERSALE INC ATTN GENERAL MANAGER 1658 SOUTH LITCHFIELD RD GOODYEAR, AZ  85338 |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 1 TO AIRCRAFT WORK ORDER DTD 11/15/2023 AMENDS WORK ORDER DTD 9/6/2023 | AERSALE INC ATTN GENERAL MGR 703 E CHALLENGER ST ROSWELL, NM  88203 |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 2 TO AIRCRAFT WORK ORDER DTD 10/16/2024 AMENDS WORK ORDER DTD 9/6/2023 | AERSALE INC ATTN GENERAL MGR 703 E CHALLENGER ST ROSWELL, NM  88203 |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 1 TO AIRCRAFT WORK ORDER DTD 9/6/2023 AMENDS WORK ORDER DTD 9/6/2023 | AERSALE INC ATTN LEGAL DEPARTMENT 121 ALHAMBRA PLAZA, STE 1700 CORAL GABLES, FL  33134 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 3 TO AIRCRAFT WORK ORDER DTD 1/1/2025<br>AMENDS WORK ORDER DTD 9/6/2023 | AERSALE INC<br>ATTN LEGAL DEPARTMENT<br>121 ALHAMBRA PLAZA, STE 1700<br>CORAL GABLES, FL  33134 |
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ANNUAL RENEWAL RATING DTD 1/1/2025 | AETNA<br>ATTN RANDALL TORRES, ACC EXEC MGR<br>261 N UNIVERSITY DR<br>PLANTATION, FL  33324 |
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GROUP ACCIDENTAL INJURY INSURANCE POLICY | AFLAC<br>D/B/A CONTINENTAL AMERICAN INS CO<br>1600 WILLIAMS ST<br>COLUMBIA  29201-2220<br>SOUTH CAROLINA |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | APU REPLACEMENT NOTICE DTD 5/15/2015<br>RE: AIRCRAFT LEASE AGREEMENT DTD 11/27/2006 | AFS INVESTMENTS 48 LLC<br>C/O GE CAPITAL AVIATION SVCS LLC<br>601 MERRITT & CORP PARK<br>NORWALK, CT  06851 |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM TO SUPPLY AGREEMENT DTD 7/1/2021 | AGEFUELS |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] STANDARD GROUND HANDLING AGREEMENT DTD 6/18/2024 | AGI GROUND INC<br>F/K/A AIRPORT TERMINAL SERVICES INC<br>ATTN CONTRACTS ADMIN<br>9130 S DADELAND BLVD, STE 1801<br>MIAMI, FL  33156 |

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 450 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [ORD] EIGHTH CONTRACT AMENDMENT DTD 7/1/2024 AMENDS AGREEMENT DTD 9/1/2019 | AGI GROUND INC F/K/A AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 9130 S DADELAND BLVD, STE 1801 MIAMI, FL  33156 |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 8TH CONTRACT AMENDMENT DTD 10/1/2024 AMENDS AGREEMENT DTD 9/1/2017 | AGI GROUND INC F/K/A AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 9130 S DADELAND BLVD, STE 1801 MIAMI, FL  33156 |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [CUN] THIRD AMENDMENT TO STANDARD GROUND HANDLING AGREEMENT DTD 6/8/2022 | AGN AVIATION SERVICES SA DE CV ANTIGUO CAMINO A TEXCOCO S/N COL PENON DE LOS BANOS ALCADIA VENUSTIANO CARRANZA CDMX  15520 MEXICO |
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [SJD] FIRST CONTRACT AMENDMENT DTD 2/1/2016 AMEND AGREEMENT DTD 11/8/2012 | AGN AVIATION SERVICES SA DE CV ATTN ING LUIS RODOLFO IBARRA REYNA BLVD DE LOS NARDOS #220-B COLONIA MASIE, DURANGO  34217 MEXICO |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [SJD] STANDARD GROUND HANDLING AGREEMENT  DTD 11/8/2012 | AGN AVIATION SERVICES SA DE CV ATTN ING LUIS RODOLFO IBARRA REYNA BLVD DE LOS NARDOS #220-B COLONIA MASIE, DURANGO  34217 MEXICO |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [TLC] FIRST CONTRACT AMENDMENT DTD 6/22/2012 AMENDS ANNEX B.1.0 DTD 6/3/2011 | AGN AVIATION SERVICES SA DE CV ATTN ING LUIS RODOLFO IBARRA REYNA BLVD DE LOS NARDOS #220-B COLONIA MASIE, DURANGO  34217 MEXICO |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [TLC] FIRST CONTRACT AMENDMENT DTD 8/17/2012 AMENDS AGREEMENT DTD 6/3/2011 | AGN AVIATION SERVICES SA DE CV ATTN ING LUIS RODOLFO IBARRA REYNA BLVD DE LOS NARDOS #220-B COLONIA MASIE, DURANGO  34217 MEXICO |
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [TLC] STANDARD GROUND HANDLING AGREEMENT  DTD 6/3/2011 | AGN AVIATION SERVICES SA DE CV ATTN ING LUIS RODOLFO IBARRA REYNA BLVD DE LOS NARDOS #220-B COLONIA MASIE, DURANGO  34217 MEXICO |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST CONTRACT AMENDMENT  DTD 2/1/2016 AMENDS AGREEMENT DTD 11/8/2012 | AGN AVIATION SERVICES SA DE CV ATTN ING LUIS RODOLFO IBARRA REYNA BLVD DE LOS NARDOS #220-B COLONIA MASIE, DURANGO  34217 MEXICO |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST CONTRACT AMENDMENT DTD 6/22/2012 AMENDS AGREEMENT DTD 6/3/2011 | AGN AVIATION SERVICES SA DE CV ATTN ING LUIS RODOLFO IBARRA REYNA BLVD DE LOS NARDOS #220-B COLONIA MASIE, DURANGO  34217 MEXICO |
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND CONTRACT AMENDMENT DTD 10/1/2013 AMENDS AGREEMENT DTD 6/3/2011 | AGN AVIATION SERVICES SA DE CV ATTN ING LUIS RODOLFO IBARRA REYNA BLVD DE LOS NARDOS #220-B COLONIA MASIE, DURANGO  34217 MEXICO |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PTY] FIRST CONTRACT AMENDMENT DTD 1/1/2012 | AGO SECURITY CR SA ATTN ALEJANDRO GUTIERREZ 7901 W 25TH AVE, BAY #2 HIALEAH, FL  33016 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PTY] SECOND CONTRACT AMENDMENT DTD 1/1/2014 AMENDS ANNEX B1.0 DTD 7/1/2009 | AGO SECURITY CR SA ATTN ALEJANDRO GUTIERREZ 7901 W 25TH AVE, BAY #2 HIALEAH, FL  33016 |
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PTY] STANDARD GROUND HANDLING AGREEMENT DTD 7/1/2009 | AGO SECURITY CR SA ATTN ALEJANDRO GUTIERREZ 7901 W 25TH AVE, BAY #2 HIALEAH, FL  33016 |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PTY] STANDARD GROUND HANDLING DTD 7/1/2009 | AGO SECURITY CR SA ATTN ALEJANDRO GUTIERREZ 7901 W 25TH AVE, BAY #2 HIALEAH, FL  33016 |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SJO] FIRST CONTRACT AMENDMENT DTD 3/1/2012 AMENDS AGREEMENT DTD 5/15/2008 | AGO SECURITY CR SA ATTN ALEJANDRO GUTIERREZ 7901 W 25TH AVE, BAY #2 HIALEAH, FL  33016 |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SJO] STANDARD GROUND HANDLING AGREEMENT DTD 5/15/2008 | AGO SECURITY CR SA ATTN ALEJANDRO GUTIERREZ 7901 W 25TH AVE, BAY #2 HIALEAH, FL  33016 |
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST CONTRACT AMENDMENT DTD 3/1/2012 | AGO SECURITY CR SA ATTN ALEJANDRO GUTIERREZ 7901 W 25TH AVE, BAY #2 HIALEAH, FL  33016 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD CONTRACT AMENDMENT DTD 2/1/2016<br>AMENDS AGREEMENT DTD 5/15/2008 | AGO SECURITY CR SA<br>ATTN ALEJANDRO GUTIERREZ<br>7901 W 25TH AVE, BAY #2<br>HIALEAH, FL 33016 |
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AG - CTO LINE OF CREDIT AND SALES AGREEMENT DTD 12/9/2019 | AGUNSA COLOMBIA<br>ATTN GENERAL MANAGER<br>CALLE 73 NO 7-31, 7TH FLOOR<br>BOGOTA 110211<br>COLOMBIA |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM TO LOCAL AGREEMENT FOR USA DTD 1/1/2017<br>RE: AGREEMENT DTD 11/11/2015 | AIG TRAVEL INC<br>ATTN EVP OPS<br>3300 BUSINESS PK DR<br>STEVENS POINT, WI 54481 |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ELECTRONIC DATA INTERCHANGE AGREEMENT (XML) DTD 4/7/2022 | AIR BP LTD<br>CHERTSEY RD, SUNBURY-ON-THAMES<br>MIDDLESEX TW16 7BP<br>UNITED KINGDOM |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FUEL SYSTEM INTERLINE AGREEMENT DATED 09/29/2011 | AIR CANADA<br>CENTRE AIR CANADA ZIP 1233<br>P.O. BOX 14000<br>STATION AIRPORT<br>DORVAL, QC H4Y 1H4<br>CANADA |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FUEL SYSTEM INTERLINE AGREEMENT DATED 03/01/2009 | AIR CANADA<br>CENTRE AIR CANADA<br>1233 C.P. 9000<br>STATION AIRPORT<br>DORVAL, QC H4Y 1C2<br>CANADA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 1 DTD 5/25/2024 AMENDS AGREEMENT FOR CONSUMABLES AND EXPENDABLES DTD 10/1/2023 | AIR COST CONTROL US LLC ATTN SALES VP 13800 NW 2ND ST, STE 100 SUNRISE, FL 33301 |
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 1 TO THE AGREEMENT DTD 3/25/2024 AMENDS AGREEMENT DTD 10/1/2023 | AIR COST CONTROL US LLC ATTN SALES VP 13800 NW 2ND ST, STE 100 SUNRISE, FL 33301 |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6715 | AIR LEASE CORPORATION 2000 AVENUE OF THE STARS SUITE 1000N LOS ANGELES, CA 90067 |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6716 | AIR LEASE CORPORATION 2000 AVENUE OF THE STARS SUITE 1000N LOS ANGELES, CA 90067 |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6730 | AIR LEASE CORPORATION 2000 AVENUE OF THE STARS SUITE 1000N LOS ANGELES, CA 90067 |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6732 | AIR LEASE CORPORATION 2000 AVENUE OF THE STARS SUITE 1000N LOS ANGELES, CA 90067 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6737 | AIR LEASE CORPORATION<br>2000 AVENUE OF THE STARS<br>SUITE 1000N<br>LOS ANGELES, CA  90067 |
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6740 | AIR LEASE CORPORATION<br>2000 AVENUE OF THE STARS<br>SUITE 1000N<br>LOS ANGELES, CA  90067 |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLE] STANDARD GROUND HANDLING AGREEMENT DTD 1/9/2015 | AIR SERVICES<br>ATTN BRIAN MATOUSEK, MAINTENANCE OPS DIR<br>5211 SECONDARY RD<br>CLEVELAND, OH  44135 |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DTD 1/14/2015 | AIR SERVICES<br>ATTN BRIAN MATOUSEK, MAINTENANCE OPS DIR<br>5211 SECONDARY RD<br>CLEVELAND, OH  44135 |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRAVEL SERVICE AGREEMENT DTD 6/1/2015 | AIR TAHITI NUI |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MYR] ON CALL AIRCRAFT MAINTENANCE AGREEMENT DTD 6/11/2015 | AIR WISCONSIN AIRLINES CORP<br>ATTN VICE PRESIDENT OF STRATEGIC SOURCING<br>W6390 CHALLENGER DR, STE 203<br>APPLETON, WI  54914-9120 |

Debtor    Spirit Airlines, LLC    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Case number (if known)    25-11896    Main Document

(Name)

Pg 456 of 868

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3612 | AIRBORNE CAPITAL GROUP<br>1 PENN PLAZA<br>250 WEST 34TH STREET<br>NEW YORK, NY  10119 |
| 2.180 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BQN] TECH ADVISORY ASSISTANCE LTR AGREEMENT REF #NKS1101-02-04 DTD 12/21/2015<br>RE: UPGRADE SVS AGR DTD 10/28/2011 REF NKS1101-02-04 | AIRBUS AMERICAS CUSTOMER SERVICE INC<br>ATTN CUSTOMER SUPPORT DIR<br>2550 WASSER TERR, STE 9100<br>HERNDON, VA  20171 |
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAH] LETTER AGREEEMENT  DTD 9/19/2017 | AIRBUS AMERICAS CUSTOMER SERVICE INC<br>ATTN CUSTOMER SUPPORT DIR<br>2550 WASSER TERR, STE 9100<br>HERNDON, VA  20171 |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | A230 FAMILY ACT SUITE AGREEMENT REF# CT2504061 DTD 5/1/2025 | AIRBUS AMERICAS CUSTOMER SERVICE INC<br>ATTN CUSTOMER SUPPORT DIR<br>2550 WASSER TERR, STE 9100<br>HERNDON, VA  20171 |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT DTD 12/22/2023 | AIRBUS AMERICAS CUSTOMER SERVICE INC<br>ATTN CUSTOMER SUPPORT DIR<br>2550 WASSER TERR, STE 9100<br>HERNDON, VA  20171 |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT DTD 12/29/2023 | AIRBUS AMERICAS CUSTOMER SERVICE INC<br>ATTN CUSTOMER SUPPORT DIR<br>2550 WASSER TERR, STE 9100<br>HERNDON, VA  20171 |

Debtor    Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 457 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT DTD 3/19/2013 | AIRBUS AMERICAS CUSTOMER SERVICE INC<br>ATTN CUSTOMER SUPPORT DIR<br>2550 WASSER TERR, STE 9100<br>HERNDON, VA  20171 |
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #1 DTD 1/1/2024 AMENDS SERVICES AGREEMENT DTD 1/3/2023 | AIRBUS AMERICAS CUSTOMER SERVICE INC<br>ATTN CUSTOMER SUPPORT DIR<br>2550 WASSER TERR, STE 9100<br>HERNDON, VA  20171 |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT TO SUPPLY OF MOD ASSESSMENT TOOL DTD 9/29/2014 | AIRBUS AMERICAS CUSTOMER SERVICE INC<br>ATTN CUSTOMER SUPPORT DIR<br>2550 WASSER TERR, STE 9100<br>HERNDON, VA  20171 |
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT DTD 10/3/2024 | AIRBUS AMERICAS CUSTOMER SERVICE INC<br>ATTN CUSTOMER SUPPORT DIR<br>2550 WASSER TERR, STE 9100<br>HERNDON, VA  20171 |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT DTD 4/18/2025 | AIRBUS AMERICAS CUSTOMER SERVICE INC<br>ATTN CUSTOMER SUPPORT DIR<br>2550 WASSER TERR, STE 9100<br>HERNDON, VA  20171 |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT DTD 5/16/2025 | AIRBUS AMERICAS CUSTOMER SERVICE INC<br>ATTN CUSTOMER SUPPORT DIR<br>2550 WASSER TERR, STE 9100<br>HERNDON, VA  20171 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES AGREEMENT REF# CT2407041 DTD 8/21/2024<br>AGREES AGREEMENT DTD 4/26/2018 | AIRBUS AMERICAS CUSTOMER SERVICE INC<br>ATTN CUSTOMER SUPPORT DIR<br>2550 WASSER TERR, STE 9100<br>HERNDON, VA  20171 |
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DTD 1/3/2023 | AIRBUS AMERICAS CUSTOMER SERVICE INC<br>ATTN CUSTOMER SUPPORT DIR<br>2550 WASSER TERR, STE 9100<br>HERNDON, VA  20171 |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | UPGRADE SERVICES AGREEMENT DTD 4/9/2015 | AIRBUS AMERICAS CUSTOMER SERVICE INC<br>ATTN CUSTOMER SUPPORT DIR<br>2550 WASSER TERR, STE 9100<br>HERNDON, VA  20171 |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | UPGRADE SERVICES AGREEMENT DTD 6/27/2015 | AIRBUS AMERICAS CUSTOMER SERVICE INC<br>ATTN CUSTOMER SUPPORT DIR<br>2550 WASSER TERR, STE 9100<br>HERNDON, VA  20171 |
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | UPGRADE SVS AGREEMENT OFFER LTR DTD 10/6/2016<br>RE: REF # UP-2014-NKS2492-CO8 DTD 6/27/2015 | AIRBUS AMERICAS CUSTOMER SERVICE INC<br>ATTN CUSTOMER SUPPORT DIR<br>2550 WASSER TERR, STE 9100<br>HERNDON, VA  20171 |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDED & RESTATED LETTER AGREEMENT NO 1 TO AMENDMENT NO 17<br>AMENDS AGREEMENT #1 & #17 DTD 8/21/2015 | AIRBUS SAS<br>ATTN SALES CONTRACTS MGMT CCD<br>1 ROND-POINT MAURICE BELLONTE<br>BLAGNAC CEDEX  31707<br>FRANCE |

Debtor Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known) 25-11896
Pg 459 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 20 TO THE A320 FAMILY PURCHASE AGREEMENT DTD 4/27/2016 AMENDS AGREEMENT DTD 5/5/2004 | AIRBUS SAS ATTN SALES CONTRACTS MGMT CCD 1 ROND-POINT MAURICE BELLONTE BLAGNAC CEDEX  31707 FRANCE |
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PARTICIPATION LETTER FOR ADVISERS DTD 9/19/2014 RE: PURCHASE AGREEMENT DTD 5/4/2004 | AIRBUS SAS ATTN SALES CONTRACTS MGMT CCD 1 ROND-POINT MAURICE BELLONTE BLAGNAC CEDEX  31707 FRANCE |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PARTICIPATION LETTER FOR OPERATOR  DTD 9/22/2015 RE: ONE (1) AIRBUS A320-200 - MSN 6833 | AIRBUS SAS ATTN SALES CONTRACTS MGMT CCD 1 ROND-POINT MAURICE BELLONTE BLAGNAC CEDEX  31707 FRANCE |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PARTICIPATION LETTER FOR OPERATOR  DTD 9/22/2015 RE: ONE (1) AIRBUS A320-200 - MSN 6907 | AIRBUS SAS ATTN SALES CONTRACTS MGMT CCD 1 ROND-POINT MAURICE BELLONTE BLAGNAC CEDEX  31707 FRANCE |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PARTICIPATION LETTER FOR OPERATOR  DTD 9/22/2015 RE: ONE (1) AIRBUS A320-200 - MSN 7011 | AIRBUS SAS ATTN SALES CONTRACTS MGMT CCD 1 ROND-POINT MAURICE BELLONTE BLAGNAC CEDEX  31707 FRANCE |
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PARTICIPATION LETTER FOR OPERATOR  DTD 9/22/2015 RE: ONE (1) AIRBUS A320-200 - MSN 7094 | AIRBUS SAS ATTN SALES CONTRACTS MGMT CCD 1 ROND-POINT MAURICE BELLONTE BLAGNAC CEDEX  31707 FRANCE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PARTICIPATION LETTER FOR OPERATOR DTD 8/17/2016 RE: ONE (1) AIRBUS 4320-200 - MSN 7334 | AIRBUS SAS ATTN SALES CONTRACTS MGMT CCD 1 ROND-POINT MAURICE BELLONTE BLAGNAC CEDEX  31707 FRANCE |
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | UPGRADE SVS AGREEMENT OFFER LTR DTD 10/6/2016 RE: REF # UP-2014-NKS2492-CO8 DTD 6/27/2015 | AIRBUS SAS ATTN SALES CONTRACTS MGMT CCD 1 ROND-POINT MAURICE BELLONTE BLAGNAC CEDEX  31707 FRANCE |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MSCN FOR NKS AIRCRAFT # NKS23D7100104M2E DTD 8/12/2015 | AIRBUS ATTENTION: V.P CONTRACTS 2, ROND-POINT EMILE DEWOITINE 31700 BLAGNAC FRANCE |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MSCN FOR NKS AIRCRAFT # NKS24E2200005M1D DTD 8/12/2015 | AIRBUS ATTENTION: V.P CONTRACTS 2, ROND-POINT EMILE DEWOITINE 31700 BLAGNAC FRANCE |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MSCN FOR NKS AIRCRAFT # NKS28E4210018M1D DTD 8/10/2015 | AIRBUS ATTENTION: V.P CONTRACTS 2, ROND-POINT EMILE DEWOITINE 31700 BLAGNAC FRANCE |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MSCN FOR NKS AIRCRAFT # NKS31D6000011M1E DTD 6/20/2016 | AIRBUS ATTENTION: V.P CONTRACTS 2, ROND-POINT EMILE DEWOITINE 31700 BLAGNAC FRANCE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MSCN FOR NKS AIRCRAFT # NKS32E2110010M2D DTD 8/12/2015 | AIRBUS<br>ATTENTION: V.P CONTRACTS<br>2, ROND-POINT EMILE DEWOITINE<br>31700 BLAGNAC<br>FRANCE |
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SPECIFICATION CHANGE NOTICE DTD 10/8/2014<br>RE: SCN #NKS02D1212901S1C | AIRBUS<br>ATTENTION: V.P CONTRACTS<br>2, ROND-POINT EMILE DEWOITINE<br>31700 BLAGNAC<br>FRANCE |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SPECIFICATION CHANGE NOTICE DTD 10/9/2014<br>RE: SCN #NKS25D2034848S1C | AIRBUS<br>ATTENTION: V.P CONTRACTS<br>2, ROND-POINT EMILE DEWOITINE<br>31700 BLAGNAC<br>FRANCE |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3620 | AIRCASTLE ADVISOR LLC<br>201 TRESSER BOULEVARD<br>SUITE 400<br>STAMFORD, CT  06901 |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4939 | AIRCASTLE ADVISOR LLC<br>201 TRESSER BOULEVARD<br>SUITE 400<br>STAMFORD, CT  06901 |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4944 | AIRCASTLE ADVISOR LLC<br>201 TRESSER BOULEVARD<br>SUITE 400<br>STAMFORD, CT  06901 |

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 462 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4945 | AIRCASTLE ADVISOR LLC<br>201 TRESSER BOULEVARD<br>SUITE 400<br>STAMFORD, CT 06901 |
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4948 | AIRCASTLE ADVISOR LLC<br>201 TRESSER BOULEVARD<br>SUITE 400<br>STAMFORD, CT 06901 |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 1 TO LETTER AGREEMENT DTD 8/5/2024 AMENDS AGREEMENT DTD 2/1/2024 | AIRCO AVIATION SERVICES LLC<br>980 VIRGINIA AVENUE<br>4TH FLOOR<br>ATLANTA, GA 30354 |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER AGREEMENT - PAYMENT & TERMINATION PROVISIONS DTD 2/16/2024 | AIRCO AVIATION SERVICES LLC<br>980 VIRGINIA AVENUE<br>4TH FLOOR<br>ATLANTA, GA 30354 |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] STANDARD GROUND HANDLING AGREEMENT DTD 8/1/2016 | AIRCRAFT SERVICE INTERNATIONAL INC<br>ATTN CONTRACTS<br>201 S ORANGE AVE, STE 1100A<br>ORLANDO, FL 32801 |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BDL] FIRST CONTRACT AMENDMENT DTD 11/1/2018 AMENDS AGREEMENT DTD 4/27/2017 | AIRCRAFT SERVICE INTERNATIONAL INC<br>ATTN CONTRACTS<br>201 S ORANGE AVE, STE 1100A<br>ORLANDO, FL 32801 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [BWI] STANDARD GROUND HANDLING AGREEMENT DTD 10/1/2016 | AIRCRAFT SERVICE INTERNATIONAL INC<br>ATTN CONTRACTS<br>201 S ORANGE AVE, STE 1100A<br>ORLANDO, FL  32801 |
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [CLE] STANDARD GROUND HANDLING AGREEMENT DTD 8/1/2016 | AIRCRAFT SERVICE INTERNATIONAL INC<br>ATTN CONTRACTS<br>201 S ORANGE AVE, STE 1100A<br>ORLANDO, FL  32801 |
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [CLE] THIRD AMENDMENT TO THE MASTER INTO-PLANE FUEL SERVICE AGREEMENT DTD 1/15/2015 | AIRCRAFT SERVICE INTERNATIONAL INC<br>ATTN CONTRACTS<br>201 S ORANGE AVE, STE 1100A<br>ORLANDO, FL  32801 |
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [DCA] STANDARD GROUND HANDLING AGREEMENT DTD 1/29/2010 | AIRCRAFT SERVICE INTERNATIONAL INC<br>ATTN CONTRACTS<br>201 S ORANGE AVE, STE 1100A<br>ORLANDO, FL  32801 |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [DEN] STANDARD GROUND HANDLING AGREEMENT DTD 10/29/2012 | AIRCRAFT SERVICE INTERNATIONAL INC<br>ATTN CONTRACTS<br>201 S ORANGE AVE, STE 1100A<br>ORLANDO, FL  32801 |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [DEN] STANDARD GROUND HANDLING AGREEMENT DTD 8/1/2016 | AIRCRAFT SERVICE INTERNATIONAL INC<br>ATTN CONTRACTS<br>201 S ORANGE AVE, STE 1100A<br>ORLANDO, FL  32801 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] STANDARD GROUND HANDLING AGREEMENT DTD 8/1/2016 | AIRCRAFT SERVICE INTERNATIONAL INC<br>ATTN CONTRACTS<br>201 S ORANGE AVE, STE 1100A<br>ORLANDO, FL 32801 |
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] STANDARD GROUND HANDLING AGREEMENT DTD 2/22/2012 | AIRCRAFT SERVICE INTERNATIONAL INC<br>ATTN CONTRACTS<br>201 S ORANGE AVE, STE 1100A<br>ORLANDO, FL 32801 |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PBI] FIRST CONTRACT AMENDMENT DTD 10/26/2009<br>AMEND ANNEX B2.O DTD 11/1/2008 | AIRCRAFT SERVICE INTERNATIONAL INC<br>ATTN CONTRACTS<br>201 S ORANGE AVE, STE 1100A<br>ORLANDO, FL 32801 |
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PBI] SECOND CONTRACT AMENDMENT DTD 12/8/2010<br>AMEND ANNEX B2.O DTD 11/1/2008 | AIRCRAFT SERVICE INTERNATIONAL INC<br>ATTN CONTRACTS<br>201 S ORANGE AVE, STE 1100A<br>ORLANDO, FL 32801 |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PBI] STANDARD GROUND HANDLING AGREEMENT DTD 12/8/2008 | AIRCRAFT SERVICE INTERNATIONAL INC<br>ATTN CONTRACTS<br>201 S ORANGE AVE, STE 1100A<br>ORLANDO, FL 32801 |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PBI] STANDARD GROUND HANDLING AGREEMENT DTD 8/1/2016 | AIRCRAFT SERVICE INTERNATIONAL INC<br>ATTN CONTRACTS<br>201 S ORANGE AVE, STE 1100A<br>ORLANDO, FL 32801 |

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 465 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.233 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PDX] STANDARD GROUND HANDLING AGREEMENT DTD 8/1/2016 | AIRCRAFT SERVICE INTERNATIONAL INC<br>ATTN CONTRACTS<br>201 S ORANGE AVE, STE 1100A<br>ORLANDO, FL  32801 |
| 2.234 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PDX] STANDARD GROUND HANDLING AGREEMENT DTD 9/10/2016 | AIRCRAFT SERVICE INTERNATIONAL INC<br>ATTN CONTRACTS<br>201 S ORANGE AVE, STE 1100A<br>ORLANDO, FL  32801 |
| 2.235 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHL] STANDARD GROUND HANDLING AGREEMENT DTD 8/1/2016 | AIRCRAFT SERVICE INTERNATIONAL INC<br>ATTN CONTRACTS<br>201 S ORANGE AVE, STE 1100A<br>ORLANDO, FL  32801 |
| 2.236 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SEA] STANDARD GROUND HANDLING AGREEMENT DTD 8/1/2016 | AIRCRAFT SERVICE INTERNATIONAL INC<br>ATTN CONTRACTS<br>201 S ORANGE AVE, STE 1100A<br>ORLANDO, FL  32801 |
| 2.237 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [TPA] STANDARD GROUND HANDLING AGREEMENT DTD 8/1/2016 | AIRCRAFT SERVICE INTERNATIONAL INC<br>ATTN CONTRACTS<br>201 S ORANGE AVE, STE 1100A<br>ORLANDO, FL  32801 |
| 2.238 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BDL] STANDARD GROUND HANDLING AGREEMENT DTD 4/21/2017 | AIRCRAFT SERVICE INTERNATIONAL INC<br>ATTN CONTRACTS<br>4900 DIPLOMACY RD<br>FORTH WORTH, TX  76155 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.239 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BDL] STANDARD GROUND HANDLING AGREEMENT DTD 4/3/2017 | AIRCRAFT SERVICE INTERNATIONAL INC<br>ATTN CONTRACTS<br>4900 DIPLOMACY RD<br>FORTH WORTH, TX  76155 |
| 2.240 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DEN] SECOND AMENDMENT TO THE MASTER INTO-PLANE FUEL SERVICE AGREEMENT  DTD 5/10/2012<br>AMENDS AGREEMENT DTD 10/1/2010 | AIRCRAFT SERVICE INTERNATIONAL INC<br>ATTN CONTRACTS<br>4900 DIPLOMACY RD<br>FORTH WORTH, TX  76155 |
| 2.241 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] STANDARD GROUND HANDLING AGREEMENT   DTD 2/6/2018 | AIRCRAFT SERVICE INTERNATIONAL INC<br>ATTN CONTRACTS<br>4900 DIPLOMACY RD<br>FORTH WORTH, TX  76155 |
| 2.242 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] STANDARD GROUND HANDLING AGREEMENT DTD 12/13/2017 | AIRCRAFT SERVICE INTERNATIONAL INC<br>ATTN CONTRACTS<br>4900 DIPLOMACY RD<br>FORTH WORTH, TX  76155 |
| 2.243 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SAN] FIRST AMENDMENT TO THE MASTER INTO-PLANE FUEL SERVICE AGREEMENT DTD 8/22/2011<br>AMENDS AGREEMENT DTD 10/1/2010 | AIRCRAFT SERVICE INTERNATIONAL INC<br>ATTN CONTRACTS<br>4900 DIPLOMACY RD<br>FORTH WORTH, TX  76155 |
| 2.244 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD AMENDMENT TO THE MASTER INTO-PLANE FUEL SERVICE AGREEMENT DTD 2/15/2015<br>AMENDS AGREEMENT DTD 10/1/2010 | AIRCRAFT SERVICE INTERNATIONAL INC<br>ATTN CONTRACTS<br>4900 DIPLOMACY RD<br>FORTH WORTH, TX  76155 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [CUN] STANDARD GROUND HANDLING AGREEMENT DTD 10/30/2003 | AIRLINE ECONOMICS INC<br>D/B/A ECARGO SA DE CV<br>PO BOX 820563<br>HOUSTON, TX  77282 |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT DTD 10/1/2023 | AIRLINE GRAPHICS<br>ATTN GENERAL MANAGER<br>3024 E STATE HWY 76<br>BRANSON, MO  65616 |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ASGENT SOFTWARE AS A SERVICE AGREEMENT DTD 8/29/2025 | AIRLINE STRATEGY GROUP LLC<br>D/B/A SEABURY AIRLINE STRATEGY GROUP<br>ATTN DAVID HOPPIN, MANAGING DIR<br>PO BOX 6<br>MOUNT VERNON, VA  22122 |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [SAL] STANDARD GROUND HANDLING AGREEMENT  DTD 6/7/2011 | AIRLINE SUPPORT SVCS OF EL SALVADOR SA DE CV<br>ATTN ERICK MURCIA, GENERAL MGR<br>TERMINAL DE CARGA, C-19<br>AEROPUERTO INTL EL SALVADOR<br>SAN SALVADOR<br>EL SALVADOR |
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT | AIRLINE TARIFF PUBLISHING CO<br>ATTN NICOLE FERREIRA, GENERAL COUNSEL<br>WASHINGTON DULLES INTERNATIONAL AIRPORT<br>45005 AVIATION DR<br>DULLES, VA  20166 |
| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [DFW] STANDARD GROUND HANDLING AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL  34957 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] STANDARD GROUND HANDLING AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL 34957 |
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] STANDARD GROUND HANDLING AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL 34957 |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] STANDARD GROUND HANDLING AGREEMENT DTD 5/5/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL 34957 |
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] ADDENDUM #1 DTD 8/29/2012 AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL 34957 |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] AMENDMENT #5 TO STANDARD GROUND HANDLING AGREEMENT DTD 9/16/2016 AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL 34957 |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] STANDARD GROUND HANDLING AGREEMENT DTD 5/5/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL 34957 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.257 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCI] 11TH CONTRACT AMENDMENT DTD 11/17/2022 AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL 34957 |
| 2.258 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCI] 13TH CONTRACT AMENDMENT DTD 2/1/2024 AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL 34957 |
| 2.259 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCI] ADDENDUM #1 TO IATA AGREEMENT DTD 8/29/2012 AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL 34957 |
| 2.260 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCI] ADDENDUM #3 TO IATA AGREEMENT DTD 6/26/2014 AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL 34957 |
| 2.261 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCI] AMENDMENT #4 TO THE STANDARD GROUND HANDLING AGREEMENT DTD 2/7/2017 AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL 34957 |
| 2.262 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCI] AMENDMENT #6 TO STANDARD GROUND HANDLING AGREEMENT DTD 5/2/2017 AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL 34957 |

Debtor   Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 470 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.263 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCI] AMENDMENT #7 TO STANDARD GROUND HANDLING AGREEMENT  DTD 7/24/2017<br>AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL  34957 |
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCI] AMENDMENT #8 TO STANDARD GROUND HANDLING AGREEMENT  DTD 7/25/2017<br>AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL  34957 |
| 2.265 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCI] STANDARD GROUND HANDLING AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL  34957 |
| 2.266 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MKE] 11TH CONTRACT AMENDMENT DTD 11/17/2022<br>AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL  34957 |
| 2.267 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MKE] 13TH CONTRACT AMENDMENT DTD 2/1/2024<br>AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL  34957 |
| 2.268 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] 11TH CONTRACT AMENDMENT DTD 11/17/2022<br>AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL  34957 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.269 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] ADDENDUM #1 TO IATA AGREEMENT DTD 8/29/2012 AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC D/B/A STS LINE MAINTENANCE ATTN MARK SMITH 2000 NE JENSEN BEACH BLVD JENSEN BEACH, FL  34957 |
| 2.270 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] AMENDMENT #6 TO STANDARD GROUND HANDLING AGREEMENT DTD 1/13/2017 AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC D/B/A STS LINE MAINTENANCE ATTN MARK SMITH 2000 NE JENSEN BEACH BLVD JENSEN BEACH, FL  34957 |
| 2.271 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] AMENDMENT #7 TO STANDARD GROUND HANDLING AGREEMENT  DTD 7/24/2017 AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC D/B/A STS LINE MAINTENANCE ATTN MARK SMITH 2000 NE JENSEN BEACH BLVD JENSEN BEACH, FL  34957 |
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] AMENDMENT #8 TO STANDARD GROUND HANDLING AGREEMENT DTD 7/25/2017 AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC D/B/A STS LINE MAINTENANCE ATTN MARK SMITH 2000 NE JENSEN BEACH BLVD JENSEN BEACH, FL  34957 |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] STANDARD GROUND HANDLING AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC D/B/A STS LINE MAINTENANCE ATTN MARK SMITH 2000 NE JENSEN BEACH BLVD JENSEN BEACH, FL  34957 |
| 2.274 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHL] ADDENDUM #1 DTD 8/3/2012 AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC D/B/A STS LINE MAINTENANCE ATTN MARK SMITH 2000 NE JENSEN BEACH BLVD JENSEN BEACH, FL  34957 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.275 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHL] ADDENDUM #2 DTD 4/4/2013 AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL 34957 |
| 2.276 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHL] STANDARD GROUND HANDLING AGREEMENT DTD 10/10/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL 34957 |
| 2.277 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHX] ADDENDUM #1 TO IATA AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL 34957 |
| 2.278 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHX] ADDENDUM #13 DTD 3/7/2024 RE: AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL 34957 |
| 2.279 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHX] AMENDMENT #6 TO SGHA AGREEMENT DTD 2/10/2017 AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL 34957 |
| 2.280 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHX] AMENDMENT #7 TO SGHA AGREEMENT DTD 7/24/2017 AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL 34957 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.281 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHX] AMENDMENT #8 TO SGHA AGREEMENT DTD 7/25/2017 AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC D/B/A STS LINE MAINTENANCE ATTN MARK SMITH 2000 NE JENSEN BEACH BLVD JENSEN BEACH, FL 34957 |
| 2.282 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHX] STANDARD GROUND HANDLING AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC D/B/A STS LINE MAINTENANCE ATTN MARK SMITH 2000 NE JENSEN BEACH BLVD JENSEN BEACH, FL 34957 |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ROC] 13TH CONTRACT AMENDMENT DTD 2/1/2024 AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC D/B/A STS LINE MAINTENANCE ATTN MARK SMITH 2000 NE JENSEN BEACH BLVD JENSEN BEACH, FL 34957 |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ROC] ADDENDUM 1  DTD 8/29/2012 RE: IATA AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC D/B/A STS LINE MAINTENANCE ATTN MARK SMITH 2000 NE JENSEN BEACH BLVD JENSEN BEACH, FL 34957 |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ROC] STANDARD GROUND HANDLING AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC D/B/A STS LINE MAINTENANCE ATTN MARK SMITH 2000 NE JENSEN BEACH BLVD JENSEN BEACH, FL 34957 |
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RSW] 11TH CONTRACT AMENDMENT DTD 11/17/2022 AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC D/B/A STS LINE MAINTENANCE ATTN MARK SMITH 2000 NE JENSEN BEACH BLVD JENSEN BEACH, FL 34957 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.287 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [RSW] 13TH CONTRACT AMENDMENT DTD 2/1/2024<br>AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL 34957 |
| 2.288 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [RSW] ADDENDUM #1 TO IATA AGREEMENT DTD 8/29/2012<br>AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL 34957 |
| 2.289 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [RSW] AMENDMENT #6 TO STANDARD GROUND HANDLING AGREEMENT DTD 5/2/2017<br>AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL 34957 |
| 2.290 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [RSW] STANDARD GROUND HANDLING AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL 34957 |
| 2.291 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 1FIFTH CONTRACT AMENDMENT DTD 8/15/2025<br>AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL 34957 |
| 2.292 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 1FOURTH CONTRACT AMENDMENT DTD 12/1/2024<br>AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC<br>D/B/A STS LINE MAINTENANCE<br>ATTN MARK SMITH<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL 34957 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 1FOURTH CONTRACT AMENDMENT DTD 12/1/2024 AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC D/B/A STS LINE MAINTENANCE ATTN MARK SMITH 2000 NE JENSEN BEACH BLVD JENSEN BEACH, FL 34957 |
| 2.294 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM #1 DTD 8/29/2012 AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC D/B/A STS LINE MAINTENANCE ATTN MARK SMITH 2000 NE JENSEN BEACH BLVD JENSEN BEACH, FL 34957 |
| 2.295 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM #1 TO IATA AGREEMENT DTD 8/27/2012 AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC D/B/A STS LINE MAINTENANCE ATTN MARK SMITH 2000 NE JENSEN BEACH BLVD JENSEN BEACH, FL 34957 |
| 2.296 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM #1 TO IATA AGREEMENT DTD 8/29/2012 AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC D/B/A STS LINE MAINTENANCE ATTN MARK SMITH 2000 NE JENSEN BEACH BLVD JENSEN BEACH, FL 34957 |
| 2.297 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM #13 TO AGREEMENT DTD 10/6/2011 AMENDS AGREEMENT DTD 10/6/2011 | AIRLINE TECH REPS LLC D/B/A STS LINE MAINTENANCE ATTN MARK SMITH 2000 NE JENSEN BEACH BLVD JENSEN BEACH, FL 34957 |
| 2.298 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 7 TO SGHA DTD 10/6/2011 | AIRLINE TECH REPS LLC D/B/A STS LINE MAINTENANCE ATTN MARK SMITH 2000 NE JENSEN BEACH BLVD JENSEN BEACH, FL 34957 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.299 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DTD 5/5/2011 | AIRLINE TECH REPS LLC D/B/A STS LINE MAINTENANCE ATTN MARK SMITH 2000 NE JENSEN BEACH BLVD JENSEN BEACH, FL  34957 |
| 2.300 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PARTICIPATION AGREEMENT FOR UATP TRANSACTIONS DTD 1/28/2020 | AIRLINES CLEANING HOUSE INC ATTN SECRETARY TREASURER 1275 PENNSYLVANIA AVE, STE 1300 NW WASHINGTON, DC  20004 |
| 2.301 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [GYE] ADDENDUM #1 TO LEASE AGREEMENT RE: LEASE #00204-01-190-086-10 DTD 12/23/2014 | AIRPLAN SA ATTN GEN MANAGER CALLE 10B NO 37-69 MEDELLIN, ANTIOQUIA  050021 COLOMBIA |
| 2.302 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MDE] AMENDMENT NO 1 TO LEASE AGREEMENT NO 002-04-01-190-086-10 RE: AGREEMENT DTD 12/23/2014 | AIRPLAN SA ATTN GEN MANAGER CALLE 10B NO 37-69 MEDELLIN, ANTIOQUIA  050021 COLOMBIA |
| 2.303 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MDE] LEASE AGREEMENT # 002-04-01-190-086-10 DTD 8/5/2010 | AIRPLAN SA ATTN GEN MANAGER CALLE 10B NO 37-69 MEDELLIN, ANTIOQUIA  050021 COLOMBIA |
| 2.304 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MDE] COUNTER ACCESS AGREEMENT #002-04-01-190-085-10 DTD 8/5/2010 | AIRPLAN SA ATTN GENERAL COUNSEL CARRERA 65, NO 13-157, FL 2 MEDELLIN COLOMBIA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.305 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SJU] STANDARD GROUND HANDLING AGREEMENT  DTD 3/1/2009 | AIRPORT AVIATION SERVICES<br>ATTN JOSE A SANTANA<br>#575, SECTOR CENTRAL<br>CAROLINA, PR  983 |
| 2.306 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAS] WHEELCHAIR SERVICES PROPOSAL DTD 3/30/2023 | AIRPORT TERMINAL MANAGEMENT INC<br>ATTN PRESIDENT<br>6060 MANCHESTER AVE<br>LOS ANGELES, CA  90045 |
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] STANDARD GROUND HANDLING AGREEMENT  DTD 10/28/2020 | AIRPORT TERMINAL SERVICES INC<br>ATTN BRIDGET RUSSELL, DIR CONTRACTS DEPT<br>940 WESTPORT PLZ, STE 101<br>ST LOUIS, MO  63146 |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] STANDARD GROUND HANDLING AGREEMENT DTD 11/4/2020 | AIRPORT TERMINAL SERVICES INC<br>ATTN BRIDGET RUSSELL, DIR CONTRACTS DEPT<br>940 WESTPORT PLZ, STE 101<br>ST LOUIS, MO  63146 |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] STANDARD GROUND HANDLING AGREEMENT DTD 8/3/2023 | AIRPORT TERMINAL SERVICES INC<br>ATTN BRIDGET RUSSELL, DIR CONTRACTS DEPT<br>940 WESTPORT PLZ, STE 101<br>ST LOUIS, MO  63146 |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BWI] STANDARD GROUND HANDLING AGREEMENT DTD 10/1/2019 | AIRPORT TERMINAL SERVICES INC<br>ATTN BRIDGET RUSSELL, DIR CONTRACTS DEPT<br>940 WESTPORT PLZ, STE 101<br>ST LOUIS, MO  63146 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SNA] STANDARD GROUND HANDLING AGREEMENT  DTD 11/17/2020 | AIRPORT TERMINAL SERVICES INC<br>ATTN BRIDGET RUSSELL, DIR CONTRACTS DEPT<br>940 WESTPORT PLZ, STE 101<br>ST LOUIS, MO  63146 |
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [STL] STANDARD GROUND HANDLING AGREEMENT  DTD 5/27/2021 | AIRPORT TERMINAL SERVICES INC<br>ATTN BRIDGET RUSSELL, DIR CONTRACTS DEPT<br>940 WESTPORT PLZ, STE 101<br>ST LOUIS, MO  63146 |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [STL] STANDARD GROUND HANDLING AGREEMENT DTD 1/1/2022 | AIRPORT TERMINAL SERVICES INC<br>ATTN BRIDGET RUSSELL, DIR CONTRACTS DEPT<br>940 WESTPORT PLZ, STE 101<br>ST LOUIS, MO  63146 |
| 2.314 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DCA] STANDARD GROUND HANDLING AGREEMENT DTD 3/15/2005 | AIRPORT TERMINAL SERVICES INC<br>ATTN CONTRACT ADMINISTRATOR<br>500 NW PLAZA, STE 1100<br>ST LOUIS, MO  63074 |
| 2.315 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DCA] STANDARD GROUND HANDLING AGREEMENT DTD 6/5/2007 | AIRPORT TERMINAL SERVICES INC<br>ATTN CONTRACT ADMINISTRATOR<br>500 NW PLAZA, STE 1100<br>ST LOUIS, MO  63074 |
| 2.316 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] FIRST CONTRACT AMENDMENT DTD 6/15/2021<br>AMENDS ANNEX B1.0 DTD 4/24/2019 | AIRPORT TERMINAL SERVICES INC<br>ATTN CONTRACTS ADMIN<br>111 WESTPORT PLZ DR, STE 400<br>ST LOUIS, MO  63146 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.317 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] FOURTH CONTRACT AMENDMENT DTD 8/30/2021 AMENDS ANNEX B1.0 DTD 4/24/2019 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO 63146 |
| 2.318 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] SECOND CONTRACT AMENDMENT DTD 6/15/2021 AMENDS ANNEX B1.0 DTD 4/24/2019 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO 63146 |
| 2.319 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] THIRD CONTRACT AMENDMENT DTD 6/15/2021 AMENDS ANNEX B1.0 DTD 4/24/2019 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO 63146 |
| 2.320 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BWI] FIRST CONTRACT AMENDMENT DTD 9/1/2021 AMENDS AGREEMENT DTD 10/1/2019 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO 63146 |
| 2.321 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DCA] STANDARD GROUND HANDLING AGREEMENT DTD 5/22/2008 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO 63146 |
| 2.322 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] EIGHTH CONTRACT AMENDMENT DTD 5/10/2021 AMENDS AGREEMENT DTD 8/1/2016 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO 63146 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.323 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] FIRST CONTRACT AMENDMENT DTD 12/7/2016 AMENDS ANNEX B.2 DTD 8/1/2016 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO  63146 |
| 2.324 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] FIRST CONTRACT AMENDMENT DTD 6/1/2013 AMENDS ANNEX B.1 DTD 6/1/2012 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO  63146 |
| 2.325 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] FIRST CONTRACT AMENDMENT DTD 12/7/2016 AMENDS AGREEMENT DTD 8/1/2016 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO  63146 |
| 2.326 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] FIRST CONTRACT AMENDMENT DTD 6/1/2013 AMENDS AGREEMENT DTD 6/1/2012 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO  63146 |
| 2.327 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] FOURTH CONTRACT AMENDMENT DTD 4/1/2019 AMENDS AGREEMENT DTD 8/1/2016 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO  63146 |
| 2.328 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] OPERATIONAL PERFORMANCE CONCERNS LTR DTD 5/31/2022 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO  63146 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.329 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] SECOND CONTRACT AMENDMENT DTD 12/1/2017 AMENDS ANNEX B.2 DTD 8/1/2016 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO 63146 |
| 2.330 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] SECOND CONTRACT AMENDMENT DTD 12/15/2017 AMENDS AGREEMENT DTD 8/1/2016 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO 63146 |
| 2.331 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] SECOND CONTRACT AMENDMENT DTD 7/1/2014 AMENDS AGREEMENT DTD 6/1/2012 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO 63146 |
| 2.332 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] STANDARD GROUND HANDLING AGREEMENT DTD 10/20/2016 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO 63146 |
| 2.333 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] STANDARD GROUND HANDLING AGREEMENT DTD 6/1/2012 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO 63146 |
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] STANDARD GROUND HANDLING AGREEMENT DTD 6/1/2012 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO 63146 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.335 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] STANDARD GROUND HANDLING AGREEMENT DTD 8/1/2016 | AIRPORT TERMINAL SERVICES INC<br>ATTN CONTRACTS ADMIN<br>111 WESTPORT PLZ DR, STE 400<br>ST LOUIS, MO  63146 |
| 2.336 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] STANDARD GROUND HANDLING DTD 6/1/2012 | AIRPORT TERMINAL SERVICES INC<br>ATTN CONTRACTS ADMIN<br>111 WESTPORT PLZ DR, STE 400<br>ST LOUIS, MO  63146 |
| 2.337 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] THIRD CONTRACT AMENDMENT DTD 4/15/2019<br>AMENDS ANNEX B.2 DTD 8/1/2016 | AIRPORT TERMINAL SERVICES INC<br>ATTN CONTRACTS ADMIN<br>111 WESTPORT PLZ DR, STE 400<br>ST LOUIS, MO  63146 |
| 2.338 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] SEVENTH CONTRACT AMENDMENT DTD 7/1/2023<br>AMENDS ANEEX B2.0 DTD 6/1/2021 | AIRPORT TERMINAL SERVICES INC<br>ATTN CONTRACTS ADMIN<br>111 WESTPORT PLZ DR, STE 400<br>ST LOUIS, MO  63146 |
| 2.339 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PBI] FIFTH CONTRACT AMENDMENT DTD 12/1/2021<br>AMENDS ANNEX B1.0 DTD 11/1/2014 | AIRPORT TERMINAL SERVICES INC<br>ATTN CONTRACTS ADMIN<br>111 WESTPORT PLZ DR, STE 400<br>ST LOUIS, MO  63146 |
| 2.340 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PBI] FIRST CONTRACT AMENDMENT DTD 4/1/2019<br>AMENDS ANNEX B.1 DTD 11/1/2014 | AIRPORT TERMINAL SERVICES INC<br>ATTN CONTRACTS ADMIN<br>111 WESTPORT PLZ DR, STE 400<br>ST LOUIS, MO  63146 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.341 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PBI] FOURTH CONTRACT AMENDMENT DTD 12/6/2019 AMENDS ANNEX B1.0 DTD 11/1/2014 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO  63146 |
| 2.342 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PBI] SECOND CONTRACT AMENDMENT DTD 6/15/2021 AMENDS ANNEX B.1.0 DTD 11/1/2014 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO  63146 |
| 2.343 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PBI] STANDARD GROUND HANDLING AGREEMENT DTD 10/23/2014 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO  63146 |
| 2.344 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PBI] STANDARD GROUND HANDLING AGREEMENT DTD 11/1/2014 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO  63146 |
| 2.345 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PBI] THIRD CONTRACT AMENDMENT DTD 6/15/2021 AMENDS ANNEX B1.0 DTD 11/1/2014 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO  63146 |
| 2.346 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PDX] EIGHT CONTRACT AMENDMENT DTD 1/1/2022 AMENDS ANNEX B.2 DTD 1/1/2018 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO  63146 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.347 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PDX] FIFTH CONTRACT AMENDMENT DTD 6/15/2021 AMENDS ANNEX B.2 DTD 1/1/2018 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO 63146 |
| 2.348 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PDX] FIRST CONTRACT AMENDMENT DTD 1/1/2014 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO 63146 |
| 2.349 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PDX] FOURTH CONTRACT AMENDMENT DTD 10/1/2020 AMENDS ANNEX B.2 DTD 1/1/2018 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO 63146 |
| 2.350 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PDX] SECOND CONTRACT AMENDMENT DTD 4/1/2019 AMENDS ANNEX B.2 DTD 1/1/2018 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO 63146 |
| 2.351 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PDX] SECOND CONTRACT AMENDMENT DTD 9/1/2016 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO 63146 |
| 2.352 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PDX] SIXTH CONTRACT AMENDMENT DTD 6/15/2021 AMENDS ANNEX B2.0 DTD 1/1/2018 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO 63146 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | [PDX] STANDARD GROUND HANDLING AGREEMENT DTD 1/1/2018 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO  63146 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.354 | State what the contract or lease is for and the nature of the debtor's interest | [PDX] STANDARD GROUND HANDLING AGREEMENT DTD 1/23/2018 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO  63146 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.355 | State what the contract or lease is for and the nature of the debtor's interest | [PDX] STANDARD GROUND HANDLING AGREEMENT DTD 9/22/2011 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO  63146 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.356 | State what the contract or lease is for and the nature of the debtor's interest | [PDX] THIRD CONTRACT AMENDMENT DTD 7/1/2019 AMENDS ANNEX B.2 DTD 1/1/2018 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO  63146 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.357 | State what the contract or lease is for and the nature of the debtor's interest | [SNA] FIRST CONTRACT AMENDMENT DTD 11/1/2022 AMENDS ANNEX B1.0 DTD 11/17/2020 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO  63146 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.358 | State what the contract or lease is for and the nature of the debtor's interest | [STL] FIRST CONTRACT AMENDMENT DTD 8/30/2021 AMENDS AGREEMENT DTD 5/27/2021 | AIRPORT TERMINAL SERVICES INC ATTN CONTRACTS ADMIN 111 WESTPORT PLZ DR, STE 400 ST LOUIS, MO  63146 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.359 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [STL] STANDARD GROUND HANDLING AGREEMENT DTD 5/27/2021 | AIRPORT TERMINAL SERVICES INC<br>ATTN CONTRACTS ADMIN<br>111 WESTPORT PLZ DR, STE 400<br>ST LOUIS, MO  63146 |
| 2.360 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST CONTRACT AMENDMENT DTD 12/1/2016<br>AMENDS AGREEMENT DTD 8/1/2016 | AIRPORT TERMINAL SERVICES INC<br>ATTN CONTRACTS ADMIN<br>111 WESTPORT PLZ DR, STE 400<br>ST LOUIS, MO  63146 |
| 2.361 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST CONTRACT AMENDMENT DTD 6/1/2013 | AIRPORT TERMINAL SERVICES INC<br>ATTN CONTRACTS ADMIN<br>111 WESTPORT PLZ DR, STE 400<br>ST LOUIS, MO  63146 |
| 2.362 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND CONTRACT AMENDMENT DTD 12/1/2017 | AIRPORT TERMINAL SERVICES INC<br>ATTN CONTRACTS ADMIN<br>111 WESTPORT PLZ DR, STE 400<br>ST LOUIS, MO  63146 |
| 2.363 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND CONTRACT AMENDMENT DTD 7/1/2014 | AIRPORT TERMINAL SERVICES INC<br>ATTN CONTRACTS ADMIN<br>111 WESTPORT PLZ DR, STE 400<br>ST LOUIS, MO  63146 |
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD CONTRACT AMENDMENT DTD 1/15/2016<br>AMENDS AGREEMENT DTD 6/1/2012 | AIRPORT TERMINAL SERVICES INC<br>ATTN CONTRACTS ADMIN<br>111 WESTPORT PLZ DR, STE 400<br>ST LOUIS, MO  63146 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.365 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AXM] FOURTH CONTRACT AMENDMENT DTD 2/7/2023 AMENDS AGREEMENT DTD 7/13/2012 | AIRSITE SAS<br>ATTN MAURICIO BOTERO<br>CALLE 16 # 41-143 OF. 1302<br>MEDELLIN<br>COLOMBIA |
| 2.366 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BAQ] FOURTH CONTRACT AMENDMENT DTD 2/7/2023 AMENDS AGREEMENT DTD 7/13/2012 | AIRSITE SAS<br>ATTN MAURICIO BOTERO<br>CALLE 16 # 41-143 OF. 1302<br>MEDELLIN<br>COLOMBIA |
| 2.367 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BGA] FOURTH CONTRACT AMENDMENT DTD 2/7/2023 AMENDS AGREEMENT DTD 7/13/2012 | AIRSITE SAS<br>ATTN MAURICIO BOTERO<br>CALLE 16 # 41-143 OF. 1302<br>MEDELLIN<br>COLOMBIA |
| 2.368 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOG] FOURTH CONTRACT AMENDMENT  DTD 2/7/2023 AMENDS AGREEMENT DTD 7/13/2012 | AIRSITE SAS<br>ATTN MAURICIO BOTERO<br>CALLE 16 # 41-143 OF. 1302<br>MEDELLIN<br>COLOMBIA |
| 2.369 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLO] FOURTH CONTRACT AMENDMENT DTD 2/7/2023 AMENDS AGREEMENT DTD 7/13/2012 | AIRSITE SAS<br>ATTN MAURICIO BOTERO<br>CALLE 16 # 41-143 OF. 1302<br>MEDELLIN<br>COLOMBIA |
| 2.370 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CTG] FOURTH CONTRACT AMENDMENT DTD 2/7/2023 AMENDS AGREEMENT DTD 7/13/2012 | AIRSITE SAS<br>ATTN MAURICIO BOTERO<br>CALLE 16 # 41-143 OF. 1302<br>MEDELLIN<br>COLOMBIA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.371 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MDE] FOURTH CONTRACT AMENDMENT DTD 2/7/2023 AMENDS AGREEMENT DTD 7/13/2012 | AIRSITE SAS<br>ATTN MAURICIO BOTERO<br>CALLE 16 # 41-143 OF. 1302<br>MEDELLIN<br>COLOMBIA |
| 2.372 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #1 TO STANDARD GROUND HANDLING AGREEMENT DTD 8/11/2016 AMENDS AGREEMENT DTD 7/13/2012 | AIRSITE SAS<br>ATTN MAURICIO BOTERO<br>CALLE 16 # 41-143 OF. 1302<br>MEDELLIN<br>COLOMBIA |
| 2.373 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FOURTH CONTRACT AMENDMENT  DTD 12/1/2024 AMENDS AGREEMENT DTD 1/30/2011 | AIRSITE SAS<br>ATTN MAURICIO BOTERO<br>CALLE 16 # 41-143 OF. 1302<br>MEDELLIN<br>COLOMBIA |
| 2.374 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FUEL SYSTEM INTERLINE AGREEMENT DATED 03/01/2009 DTD 9/1/1987 | AIRTRAN AIRWAYS INC<br>9955 AIRTRAN BLVD.<br>ORLANDO, FL  32827 |
| 2.375 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TENANT FINISH AGREEMENT DTD 5/20/2009 | AIRTRAN AIRWAYS INC<br>9955 AIRTRAN BLVD.<br>ORLANDO, FL  32827 |
| 2.376 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BDL] SECOND CONTRACT AMENDMENT DTD 1/1/2021 AMENDS ANNEX B.1.0 DTD 10/1/2017 | AIRWAY CLEANERS LLC<br>ATTN DON MATERA, VP CONTRACTS<br>15 CLINTON AVE<br>ROCKVILLE CENTRE, NY  11570 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.377 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [EWR] AIRWAY SERVICE PROPOSAL DTD 9/29/2023 | AIRWAY CLEANERS LLC<br>ATTN DON MATERA, VP CONTRACTS<br>15 CLINTON AVE<br>ROCKVILLE CENTRE, NY  11570 |
| 2.378 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [EWR] FIRST CONTRACT AMENDMENT DTD 2/1/2023<br>AMENDS AGREEMENT DTD 9/1/2021 | AIRWAY CLEANERS LLC<br>ATTN DON MATERA, VP CONTRACTS<br>15 CLINTON AVE<br>ROCKVILLE CENTRE, NY  11570 |
| 2.379 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [EWR] JANITORIAL SERV AGREEMENT DTD 11/14/2016 | AIRWAY CLEANERS LLC<br>ATTN DON MATERA, VP CONTRACTS<br>15 CLINTON AVE<br>ROCKVILLE CENTRE, NY  11570 |
| 2.380 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] SECOND CONTRACT AMENDMENT  DTD 1/1/2025<br>AMENDS AGREEMENT DTD 12/31/2022 | AIRWAY CLEANERS LLC<br>ATTN DON MATERA, VP CONTRACTS<br>15 CLINTON AVE<br>ROCKVILLE CENTRE, NY  11570 |
| 2.381 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] PROPOSAL # 0443-SA DTD 11/26/2024 | AIRWAY MAINTENANCE LLC<br>15 CLINTON AVENUE<br>ROCKVILLE CENTRE, NY  11570 |
| 2.382 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CAK] TERMINAL / STATION LEASE | AKRON - CANTON AIRPORT<br>5400 LAUBY ROAD NW<br>NORTH CANTON, OH  44720-1598 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.383 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ACY] ON-CALL MAINTENANCE AGREEMENT DTD 4/12/2018 | ALASKA AIRLINES<br>ATTN LINE MAINTENANCE CONTRACTS<br>PO BOX 68900<br>SEATTLE, WA  98168-0900 |
| 2.384 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ACY] STANDARD GROUND HANDLING AGREEMENT DTD 1/20/2017 | ALASKA AIRLINES<br>ATTN LLOYD GOLDEN<br>ALASKA SERVICE RD<br>SEA-TAC INTERNATIONAL AIRPORT<br>SEATTLE, WA  98158 |
| 2.385 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PVR] STANDARD GROUND HANDLING AGREEMENT DTD 7/1/2021 | ALAVE SOLUCIONES AERAS SA DE CV<br>ATTN RAFAEL RODRIGUEZ<br>SM 301 MZA 03 LOTE 3, SUNCOND C UPES<br>106-109 PB, BLVD LUIS DONALDO COLOSIO<br>CANCUN, ROO  77500<br>MEXICO |
| 2.386 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [TQO] STANDARD GROUND HANDLING AGREEMENT  DTD 3/28/2024 | ALAVE SOLUCIONES AEREAS SA DE CV<br>ATTN RAFAEL RODRIGUEZ, DIR COMMERCIAL<br>UPES 106-107-108-109 PB<br>BLVD LUIS DONALDO COLOSIO<br>CANCUN  77500<br>MEXICO |
| 2.387 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CUN] STANDARD GROUND HANDLING AGREEMENT  DTD 3/1/2011 | ALAVE SOLUCIONES AEREAS SA DE CV<br>ATTN VELIA BARNARD<br>ALVARO OBREGON MZA 63 LOTE 542<br>COL ALFREDO V BONFIL<br>CANCUN<br>MEXICO |
| 2.388 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MTY] HANDLING SERVICES AGREEMENT ACCEPTANCE LETTER DTD 4/11/2022 | ALAVE SOLUCIONES AEREAS SA DE CV<br>ATTN VELIA BARNARD<br>ALVARO OBREGON MZA 63 LOTE 542<br>COL ALFREDO V BONFIL<br>CANCUN<br>MEXICO |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.389 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SJD] STANDARD GROUND HANDLING AGREEMENT  DTD 4/12/2018 | ALAVE SOLUCIONES AEREAS SA DE CV<br>ATTN VELIA BARNARD<br>ALVARO OBREGON MZA 63 LOTE 542<br>COL ALFREDO V BONFIL<br>CANCUN<br>MEXICO |
| 2.390 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AZA-IWA] IATA STANDARD GROUND HANDLING AGREEMENT DTD 6/23/2012 | ALLEGIANT AIR LLC<br>ATTN DUANE MURRAY<br>8360 S DURANGO DR<br>LAS VEGAS, NV  89119 |
| 2.391 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ALLEGIANT RECIPROCAL LOAN/BORROW AGREEMENT DTD 9/1/2024 | ALLEGIANT AIR LLC<br>ATTN LOAN/BORROW RETURNS<br>575 KITTY HAWK WAY, NOTE 6<br>LAS VEGAS, NV  89119 |
| 2.392 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] GROUND HANDLING SERVICESS ACCEPTANCE LETTER DTD 4/17/2024 | ALLIANCE GROUND INTERNATIONAL<br>940 WEST PORT PLAZA<br>SUITE 101<br>ST. LOUIS, MO  63146 |
| 2.393 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAH] ADDENDUM TO MOMS AGREEMENT DTD 6/1/2013<br>RE: MOM SERVICE AGREEMENT DTD 11/1/1993 | ALLIED AVIATION<br>ATTN STAN CZAPLICKI<br>462 7TH AVE, 17TH FLOOR<br>NEW YORK, NY  10018 |
| 2.394 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAH] ADDENDUM TO THE AGREEMENT FOR INTO PLANE FUELING SERVICES AT GEORGE BUSH INTERNATIONAL AIRPORT DTD 6/1/2013<br>RE: AGREEMENT DTD 3/1/1999 | ALLIED AVIATION<br>ATTN STAN CZAPLICKI<br>462 7TH AVE, 17TH FLOOR<br>NEW YORK, NY  10018 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.395 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] STANDARD GROUND HANDLING AGREEMENT DTD 5/1/2015 | ALLIED AVIATION<br>ATTN STAN CZAPLICKI<br>462 7TH AVE, 17TH FLOOR<br>NEW YORK, NY  10018 |
| 2.396 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCI] STANDARD GROUND HANDLING AGREEMENT DTD 8/7/2014 | ALLIED AVIATION<br>ATTN STAN CZAPLICKI<br>462 7TH AVE, 17TH FLOOR<br>NEW YORK, NY  10018 |
| 2.397 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMADEUS PRO WEB AGREEMENT DTD 6/2/2000 | AMADEUS IT GROUP SA<br>ATTN DIRECTOR, DISTRIBUTION MARKETING<br>SALVADOR DE MADARIAGA 1<br>MADRID  28027<br>SPAIN |
| 2.398 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NUMBER 3 DTD 12/4/2018 AMENDS GLOBAL DISTRIBUTION AGREEMENT DTD 1/1/2012 | AMADEUS IT GROUP SA<br>ATTN DIRECTOR, DISTRIBUTION MARKETING<br>SALVADOR DE MADARIAGA 1<br>MADRID  28027<br>SPAIN |
| 2.399 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GLOBAL DISTRIBUTION AGREEMENT | AMADEUS IT GROUP SA<br>ATTN DIRECTOR, DISTRIBUTION MARKETING<br>SALVADOR DE MADARIAGA 1<br>MADRID  28027<br>SPAIN |
| 2.400 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER EXTENSION OF TERM SHEET DTD 3/26/2009 | AMADEUS IT GROUP SA<br>ATTN DIRECTOR, DISTRIBUTION MARKETING<br>SALVADOR DE MADARIAGA 1<br>MADRID  28027<br>SPAIN |

Debtor  Spirit Airlines, LLC    25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Case number (if known)  25-11896   Main Document

(Name)

Pg 493 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.401 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER EXTENSION OF TERM SHEET DTD 4/7/2010 | AMADEUS IT GROUP SA<br>ATTN DIRECTOR, DISTRIBUTION MARKETING<br>SALVADOR DE MADARIAGA 1<br>MADRID  28027<br>SPAIN |
| 2.402 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER OF INTENT DTD 8/23/2005 | AMADEUS IT GROUP SA<br>ATTN DIRECTOR, DISTRIBUTION MARKETING<br>SALVADOR DE MADARIAGA 1<br>MADRID  28027<br>SPAIN |
| 2.403 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OPTIONAL SERVICES AGREEMENT | AMADEUS IT GROUP SA<br>ATTN DIRECTOR, DISTRIBUTION MARKETING<br>SALVADOR DE MADARIAGA 1<br>MADRID  28027<br>SPAIN |
| 2.404 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PARTICIPATING CARRIER AGREEMENT DTD 4/25/1997 | AMADEUS IT GROUP SA<br>ATTN DIRECTOR, DISTRIBUTION MARKETING<br>SALVADOR DE MADARIAGA 1<br>MADRID  28027<br>SPAIN |
| 2.405 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PARTICIPATING CARRIER AGREEMENT DATED 04/21/1997 | AMADEUS MARKETING S.A.<br>SALVADOR DE MADARIAGA<br>1 28027<br>MADRID<br>SPAIN |
| 2.406 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CAPITAL ASSET REQUEST FOR EXPENDITURES - ENGAGEMENT AMBAR DIAZ PA DTD 9/16/2016 | AMBAR DIAZ PA<br>782 NW 42 AVE, STE 434<br>MIAMI, FL  33126 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.407 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGAGEMENT LETTER RE: CUBAN PROJECT DTD 9/16/2016 | AMBAR DIAZ PA<br>782 NW 42 AVE, STE 434<br>MIAMI, FL 33126 |
| 2.408 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] STANDARD GROUND HANDLING AGREEMENT DTD 1/5/2012 | AMERICAN AIRLINES INC<br>ATTN DEBBIE HAVENS<br>PO BOX 619616<br>DFW AIRPORT, TX 75261 |
| 2.409 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] STANDARD GROUND HANDLING AGREEMENT DTD 6/9/2008 | AMERICAN AIRLINES INC<br>ATTN W BLAKE RIEDLINGER<br>4333 AMON CARTE BLVD, MAIL DROP 5659<br>FORT WORTH, TX 76155-2605 |
| 2.410 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] PARTICIPATING CARRIER DISTRIBUTION AND SERVICES AGREEMENT DATED 01/06/1994 DTD 9/1/1987 | AMERICAN AIRLINES INC<br>ATTN W BLAKE RIEDLINGER<br>4333 AMON CARTE BLVD, MAIL DROP 5659<br>FORT WORTH, TX 76155-2605 |
| 2.411 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSY] FIRST AMENDMENT TO LOUIS ARMSTRONG NEW ORLEANS INTL AIRPORT FUEL SYT INTERLINE AGREEMENT DTD 12/7/2015 AMENDS AGREEMENT DTD 1/20/2015 | AMERICAN AIRLINES INC<br>ATTN W BLAKE RIEDLINGER<br>4333 AMON CARTE BLVD, MAIL DROP 5659<br>FORT WORTH, TX 76155-2605 |
| 2.412 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FINANCIAL APPENDIX FOR CORPORATE PURCHASING CARD DATED 11/26/2007 | AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC.<br>AMERICAN EXPRESS COMPANY, CORPORATE SERVICES OPERATIONS<br>AESC-P<br>20022 NORTH 31ST AVE<br>PHOENIX, AZ 85027 |

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Pg 495 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.413 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMS AND CONDITIONS DATED 09/04/1998 | AMERICAN EXPRESS TRS<br>2401 WEST BEHREND DR. #55<br>PHOENIX, AZ  85027 |
| 2.414 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] STANDARD GROUND HANDLING AGREEMENT DTD 10/20/2008 | AMERICAN SALES & MANAGEMENT ORG CORP<br>ATTN DAVID KUHNS, VP SALES & SVCS<br>815 NW 57TH AVE, STE 305<br>MIAMI, FL  33126 |
| 2.415 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DTD 5/9/2024 | AMERICAN SALES & MGMT ORGANIZATION LLC<br>D/B/A EULEN AVIATION<br>ATTN GREG SMITH, PRICING & BID<br>7200 CORPORATE DR, STE 206<br>MIAMI, FL  33126 |
| 2.416 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | QUOTATION DTD 7/16/2024 PROJECT #M708001001.10062024 | AMES ING WALTER STARZACHER GESMBH<br>GRAZERSTRASSE 20A<br>PEGGAU  A-8120<br>AUSTRIA |
| 2.417 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT SEAT BELTS PURCHASE AGREEMENT DTD 3/1/2022 | AMSAFE INC<br>ATTN JAROD TRIPLETT, VP SALES & MKTG<br>1042 N 47TH AVE<br>PHOENIX, AZ  85043 |
| 2.418 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 1 TO AIRCRAFT SEAT BELTS PURCHASE AGREEMENT DTD 11/29/2022<br>AMENDS AGREEMENT DTD 4/14/2022 | AMSAFE INC<br>ATTN JAROD TRIPLETT, VP SALES & MKTG<br>1042 N 47TH AVE<br>PHOENIX, AZ  85043 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.419 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 1 TO AIRCRAFT SEAT BELTS PURCHASE AGREEMENT DTD 8/31/2022 AMENDS AGREEMENT DTD 4/14/2022 | AMSAFE INC ATTN JAROD TRIPLETT, VP SALES & MKTG 1042 N 47TH AVE PHOENIX, AZ  85043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.420 | State what the contract or lease is for and the nature of the debtor's interest | [IAH] IAH-JANITORIAL SERVICES AWARD LETTER DTD 3/30/2023 | ANAGO CLEANING SYSTEMS ATTN VP SALES 6960 ORCHARD LAKE BLD, STE 231 WEST BLOOMFIELD, MI  48322 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.421 | State what the contract or lease is for and the nature of the debtor's interest | VALUATION SERVICES IN CONNECTION WITH ASC605-25 DTD 11/11/2014 | ANDERSEN TAX LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.422 | State what the contract or lease is for and the nature of the debtor's interest | [MGA] STANDARD GROUND HANDLING AGREEMENT DTD 8/1/2013 | ANYWAY TRAVEL ATTN JORGE MIRANDA, REP LEGAL RESTAURANTE MARSELLESA 1.5 CUADRA AL LAGO CASA NO 55, REPARTO LOS ROBLES MANAGUA NICARAGUA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.423 | State what the contract or lease is for and the nature of the debtor's interest | FIRST CONTRACT AMENDMENT DTD 7/1/2015 AMENDS AGREEMENT DTD 8/1/2013 | ANYWAY TRAVEL ATTN JORGE MIRANDA, REP LEGAL RESTAURANTE MARSELLESA 1.5 CUADRA AL LAGO CASA NO 55, REPARTO LOS ROBLES MANAGUA NICARAGUA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.424 | State what the contract or lease is for and the nature of the debtor's interest | APS HOLDOVER TIMES APP PROPOSAL BASIC CUSTOMIZATION REV 1 LETTER DTD 5/8/2024 RE: FILE #: 300104SPI | APS AVIATION INC ATTN VP, AVIATION SVCS 6700 COTE-DE-LIESSE, STE 102 MONTREAL, QB  H4T 2B5 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.425 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 08/09/2024 | ARAG INSURANCE COMPANY AND/OR ARAG SERVICES, LLC<br>PO BOX 660367<br>DALLAS, TX 75266-0367 |
| 2.426 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DTD 8/9/2024 | ARCH INSURANCE CO<br>D/B/A ARAG SERVICES LLC<br>ATTN LEGAL DEPT<br>500 GRAND AVE, STE 100<br>DES MOINES, IA 50309 |
| 2.427 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXECUTIVE SUITE LICENSE AGREEMENT - AMERANT BANK ARENA DTD 6/4/2025<br>AMERANT BANK ARENA, SUITE CS03A | ARENA OPERATING COMPANY LTD<br>ATTN LEGAL<br>1 PANTHERS PKWY<br>SUNRISE, FL 33323 |
| 2.428 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT # 20-01 TO GLOBALINK/VHF AERONAUTICAL DATA COMM SVC SUPPL NO 39 DTD 3/16/2020 AMENDS SERVICE SUPPLEMENT DTD 5/11/2005 | ARINC INC<br>ATTN PRINCIPAL CONTRACTS SPECIALIST<br>2551 RIVA RD<br>ANNAPOLIS, MD 21401-7465 |
| 2.429 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GROUND DATA LINK SYSTEM LICENSE AND SERVICE SUPPLEMENT DTD 6/3/2025<br>RE: SERVICE AGREEMENT # 7729 | ARINC INC<br>ATTN PRINCIPAL CONTRACTS SPECIALIST<br>2551 RIVA RD<br>ANNAPOLIS, MD 21401-7465 |
| 2.430 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INMARSAT SATELLITE SWIFTBROADBAND-SAFTEY SERVICE SUPPLEMENT DTD 10/11/2023<br>RE: SERVICE AGREEMENT #7729 | ARINC INC<br>ATTN PRINCIPAL CONTRACTS SPECIALIST<br>2551 RIVA RD<br>ANNAPOLIS, MD 21401-7465 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.431 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE SUPPLEMENT #55 DTD 3/2/2021<br>RE: AGREEMENT #7729 | ARINC INC<br>ATTN PRINCIPAL CONTRACTS SPECIALIST<br>2551 RIVA RD<br>ANNAPOLIS, MD  21401-7465 |
| 2.432 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHX] ADDITION OF AIRLINE AS PARTY TO AMENDED & RESTATED COST SHARING AGREEMENT DTD 4/28/2016 AMENDS AGREEMENT DTD 2/1/2012 | ARIZONA FUELING FACILITIES CORPORATION<br>PO BOX 16487<br>WASHINGTON, DC  20041-6487 |
| 2.433 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHX] SUBSCRIPTION AGREEMENT DTD 6/1/2016 | ARIZONA FUELING FACILITIES CORPORATION<br>PO BOX 16487<br>WASHINGTON, DC  20041-6487 |
| 2.434 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION - AUA | AROPUERTO INTERNACIONAL REINA BEATIX<br>LG SMITH BOULEVARD<br>52 ORANJESTAD<br>ARUBA |
| 2.435 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CRUISE PROGRAM & SERVICES AGREEMENT DTD 8/27/2025 | ARRIVIA INC<br>ATTN CLAO<br>15147 N SCOTTSDALE RD, STE 210<br>SCOTTSDALE, AZ  85254 |
| 2.436 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AUA] ADDENDUM I DTD 1/31/2013<br>RE: LEASE AGREEMENT DTD 11/1/2007 | ARUBA AIRPORT AUTHORITY NV<br>ATTN PETER STEINMETZ, MANAGING DIRECTOR<br>AEROPUERTO INTERNACIONAL REINA BEATRIX<br>ORANJESTAD<br>ARUBA |

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 499 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.437 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AUA] ADDENDUM II DTD 11/14/2013 RE: LEASE AGREEMENT DTD 11/1/2007 | ARUBA AIRPORT AUTHORITY NV<br>ATTN PETER STEINMETZ, MANAGING DIRECTOR<br>AEROPUERTO INTERNACIONAL REINA BEATRIX<br>ORANJESTAD<br>ARUBA |
| 2.438 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AUA] AIRPORT USE AGREEMENT | ARUBA AIRPORT AUTHORITY NV<br>ATTN PETER STEINMETZ, MANAGING DIRECTOR<br>AEROPUERTO INTERNACIONAL REINA BEATRIX<br>ORANJESTAD<br>ARUBA |
| 2.439 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AUA] LEASE CONTRACT DTD 11/1/2014 | ARUBA AIRPORT AUTHORITY NV<br>ATTN PETER STEINMETZ, MANAGING DIRECTOR<br>AEROPUERTO INTERNACIONAL REINA BEATRIX<br>ORANJESTAD<br>ARUBA |
| 2.440 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CUN] STANDARD GROUND HANDLING AGREEMENT DTD 6/1/2016 | ASIRU SA DE CV<br>ATTN LIVAN SOCARRAS ROBAINA<br>AV LA LUNA, REG 506, MZ 5, LT 2, DEPTO A<br>ENTRE CALLE OPALO Y TEPICH<br>CANCUN, ROO  77533<br>MEXICO |
| 2.441 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [TQO] STANDARD GROUND HANDLING AGREEMENT  DTD 3/28/2024 | ASIRU SA DE CV<br>ATTN MIGUEL ANGEL ROSA, LEGAL REP<br>AV TULUM MZ 3 LT 2-03 #269<br>OFICINA 5 SM 15<br>CANCUN, ROO  77500<br>MEXICO |
| 2.442 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] AIRPORT SERVICES AGREEMENT DTD 7/16/2009 | ASM AVIATION SERVICES<br>ATTN DAVID KUHNS, VP SALES & SVCS<br>815 NW 57TH AVE, STE 305<br>MIAMI, FL  33126 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.443 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AVIATION FUEL SUPPLY AGREEMENT DTD 12/12/2022 | ASSOCIATED ENERGY GROUP LLC ATTN DIRECTOR GLOBAL FUEL SUPPLY 8686 NEW TRAILS DR, STE 170 THE WOODLANDS, TX 77381 |
| 2.444 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT DATED 04/14/2023 | ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO 501 3RD STREET NW WASHINGTON, DC 20001 |
| 2.445 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BELLSOUTH PRIMARY RATE ISDN SERVICE AGREEMENT DTD 7/9/2015 | AT&T CORP ATTN GREG VALERIUS 600 NW 79TH AVE MIAMI, FL 33126 |
| 2.446 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MULTI-SERVICE AGREEMENT #MA50000910UA DTD 6/24/2015 | AT&T CORP ATTN GREG VALERIUS 600 NW 79TH AVE MIAMI, FL 33126 |
| 2.447 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AG - TRAVEL AGENT LINE OF CREDIT AGREEMENT DTD 2/1/2010 | ATKINSON & MULLEN TRAVEL II LLC D/B/A APPLE VACATIONS ATTN CFO 7 CAMPUS BLVD NEWTON SQUARE, PA 19073 |
| 2.448 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSY] INTO-PLANE AVIATION FUEL SERVICE AGREEMENT DTD 3/1/2017 | ATLANTIC AVIATION FBO INC 5201 TENNYSON PARKWAY, SUITE 150 PLANO, TX 75024 |

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 501 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.449 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DTD 6/10/2002 | ATPCO |
| 2.450 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FUEL SYSTEM INTERLINE AGREEMENT | AUS FUEL COMPANY LLC<br>C/O SHERMAN & HOWARD LLC<br>ATTN MAXI C LYONS<br>633 17TH ST, STE 3000<br>DENVER, CO 80202 |
| 2.451 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AUS] STANDAND GROUND HANDLING AGREEMENT DTD 11/29/2017 | AUSTIN FBO LLC<br>7555 IPSWICH<br>HOUSTON, TX 77061 |
| 2.452 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERLINE STAFF TRAVEL AGREEMENT DTD 6/19/2015 | AUSTRIAN AIRLINES<br>OFFICE PARK 2<br>VIENNA AIRPORT 1300<br>AUSTRIA |
| 2.453 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CHANGE & REQUEST APPROVAL #7 AMENDMENT DTD 6/5/2024 AMENDS SOW #AVND202102077-006 DTD 2/2/2022 | AVANADE INC<br>2ND AVE<br>SEATTLE, WA 98101-3427 |
| 2.454 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BWI] ADDENDUM #1 TO IATA AGREEMENT DTD 11/25/2015 RE: IATA AGREEMENT DTD 9/6/2012 | AVDYNE AEROSERVICES LLC<br>ATTN JEROME HODGE<br>1 AARONSON DR<br>BALTIMORE, MD 21061 |

Debtor   Spirit Airlines, LLC   25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document   Case number (if known)   25-11896

(Name)

Pg 502 of 868

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.455 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | [BWI] AMENDMENT #2 TO STANDARD GROUND HANDLING AGREEMENT DTD 9/6/2012 <br> AMENDS AGREEMENT DTD 6/10/2016 | AVDYNE AEROSERVICES LLC <br> ATTN JEROME HODGE <br> 1 AARONSON DR <br> BALTIMORE, MD  21061 |
| 2.456 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | [BWI] STANDARD GROUND HANDLING AGREEMENT DTD 9/6/2012 | AVDYNE AEROSERVICES LLC <br> ATTN JEROME HODGE <br> 1 AARONSON DR <br> BALTIMORE, MD  21061 |
| 2.457 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | [SJD] STANDARD GROUND HANDLING AGREEMENT  DTD 4/12/2018 | AVEESPRESS SA DE CV <br> ATTN JAIME RODRIGUEZ DIAZ, EXECUTIVE DIR <br> INT DE URUAPAN, MICH ZONA HANGARES <br> HANGAR H-13, COL SAN JOSE OBRERO <br> URUAPAN, MICH  60160 <br> MEXICO |
| 2.458 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | [FLL] LETTER AGREEMENT DTD 11/17/2021 <br> RE: TRAINING AGREEMENT DTD 11/11/2011 | AVENGER FLIGHT GROUP LLC <br> ATTN EXECUTIVE VP <br> 1450 LEE WAGENER BLVD <br> FT LAUDERDALE, FL  33315 |
| 2.459 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | [FLL] SUBLEASE AGREEMENT DTD 2/9/2021 <br> 1450 LEE WAGENER BLVD, FORT LAUDERDALE, FL 33315 | AVENGER FLIGHT GROUP LLC <br> ATTN EXECUTIVE VP <br> 1450 LEE WAGENER BLVD <br> FT LAUDERDALE, FL  33315 |
| 2.460 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | [LAS] SUBLEASE AGREEMENT  DTD 11/19/2016 <br> 5475 S DECATUR BLVD, STE 112-122, LAS VEGAS, NV 89118 | AVENGER FLIGHT GROUP LLC <br> ATTN EXECUTIVE VP <br> 1450 LEE WAGENER BLVD <br> FT LAUDERDALE, FL  33315 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.461 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIFTH AMENDMENT TO TRAINING AGREEMENT DTD 7/2/2024 AMENDS AGREEMENT 11/11/2011 | AVENGER FLIGHT GROUP LLC ATTN EXECUTIVE VP 1450 LEE WAGENER BLVD FT LAUDERDALE, FL  33315 |
| 2.462 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FLIGHT AGREEMENT AMENDMENT LETTER DTD 3/10/2022 | AVENGER FLIGHT GROUP LLC ATTN EXECUTIVE VP 1450 LEE WAGENER BLVD FT LAUDERDALE, FL  33315 |
| 2.463 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FOURTH AMENDMENT  DTD 5/31/2017 AMENDS TRAINING AGREEMENT DTD 11/11/2011 | AVENGER FLIGHT GROUP LLC ATTN EXECUTIVE VP 1450 LEE WAGENER BLVD FT LAUDERDALE, FL  33315 |
| 2.464 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HOUSING & MAINTENANCE OF THE NEW A320 FLL FLIGHT SIMULATOR CONFIRMATION LETTER DTD 3/10/2022 AMENDS TRAINING AGREEMENT DTD 11/11/2011 | AVENGER FLIGHT GROUP LLC ATTN EXECUTIVE VP 1450 LEE WAGENER BLVD FT LAUDERDALE, FL  33315 |
| 2.465 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HOUSING AND MAINTENANCE LETTER DTD 11/17/2021 | AVENGER FLIGHT GROUP LLC ATTN EXECUTIVE VP 1450 LEE WAGENER BLVD FT LAUDERDALE, FL  33315 |
| 2.466 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT DTD 8/11/2023 1701 RADIANT DR, DANIA BEACH, FL 33304 | AVENGER FLIGHT GROUP LLC ATTN EXECUTIVE VP 1450 LEE WAGENER BLVD FT LAUDERDALE, FL  33315 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.467 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER HOUSING & MAINTENANCE OF A320 FULL FLIGHT SIM DTD 11/17/2021 | AVENGER FLIGHT GROUP LLC<br>ATTN EXECUTIVE VP<br>1450 LEE WAGENER BLVD<br>FT LAUDERDALE, FL  33315 |
| 2.468 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER HOUSING & MAINTENANCE OF A320 FULL FLIGHT SIM DTD 3/10/2022 | AVENGER FLIGHT GROUP LLC<br>ATTN EXECUTIVE VP<br>1450 LEE WAGENER BLVD<br>FT LAUDERDALE, FL  33315 |
| 2.469 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SIXTH AMENDMENT DTD 8/22/2024 AMENDS TRAINING AGREEMENT DTD 11/11/2011 | AVENGER FLIGHT GROUP LLC<br>ATTN EXECUTIVE VP<br>1450 LEE WAGENER BLVD<br>FT LAUDERDALE, FL  33315 |
| 2.470 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD AMENDMENT TO TRAINING AGREEMENT DTD 7/15/2015 AMENDS AGREEMENT DTD 11/11/2011 | AVENGER FLIGHT GROUP LLC<br>ATTN EXECUTIVE VP<br>1450 LEE WAGENER BLVD<br>FT LAUDERDALE, FL  33315 |
| 2.471 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [MTY] BW HANDLING SVS ACCEPTANCE LTR DTD 4/11/2022 | AVEXPRESS<br>INT. DE URUAPAN MICH. ZONA HANGARES HANGAR H-13<br>COL. SAN JOSE OBRERO<br>URUAPAN<br>MICHOACAN  C.P. 60160<br>MEXICO |
| 2.472 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [PVR] PROVIDER HANDLING SERVICES CONFIRMATION LETTER DTD 5/6/2021 | AVEXPRESS<br>INT. DE URUAPAN MICH. ZONA HANGARES HANGAR H-13<br>COL. SAN JOSE OBRERO<br>URUAPAN<br>MICHOACAN  C.P. 60160<br>MEXICO |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.473 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CAK] STANDAND GROUND HANDLING AGREEMENT DTD 11/1/2017 | AVFLIGHT AKRON CANTON CORP<br>ATTN DARIN EVERETT, DIR OF OPS<br>6061 W AIRPORT DR<br>NORTH CANTON, OH 44720 |
| 2.474 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CAK] STANDARD GROUND HANDLING AGREEMENT DTD 5/1/2018 | AVFLIGHT AKRON CANTON CORP<br>ATTN VP OF OPERATIONS<br>47 W ELLSWORTH RD<br>ANN ARBOR, MI 48108 |
| 2.475 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MKE] STANDARD GROUND HANDLING AGREEMENT DTD 6/27/2021 | AVFLIGHT AKRON CANTON CORP<br>ATTN VP OF OPERATIONS<br>47 W ELLSWORTH RD<br>ANN ARBOR, MI 48108 |
| 2.476 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ROC] DE-ICE SERIVCE PRICING LIST DTD 8/22/2022 | AVFLIGHT AKRON CANTON CORP<br>ATTN VP OF OPERATIONS<br>47 W ELLSWORTH RD<br>ANN ARBOR, MI 48108 |
| 2.477 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ROC] PROPOSAL RESPONSE LETTER DTD 4/4/2022 | AVFLIGHT AKRON CANTON CORP<br>ATTN VP OF OPERATIONS<br>47 W ELLSWORTH RD<br>ANN ARBOR, MI 48108 |
| 2.478 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ROC] STANDARD GROUND HANDLING AGREEMENT DTD 10/18/2022 | AVFLIGHT AKRON CANTON CORP<br>ATTN VP OF OPERATIONS<br>47 W ELLSWORTH RD<br>ANN ARBOR, MI 48108 |

Debtor    Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 506 of 868

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.479 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT FUEL USER AGREEMENT DTD 7/1/2024 | AVFLIGHT AKRON CANTON CORP<br>ATTN VP OF OPERATIONS<br>47 W ELLSWORTH RD<br>ANN ARBOR, MI  48108 |
| 2.480 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING DTD 6/1/2021 AGREEMENT | AVFLIGHT AKRON CANTON CORP<br>ATTN VP OF OPERATIONS<br>47 W ELLSWORTH RD<br>ANN ARBOR, MI  48108 |
| 2.481 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT FUEL USER AGREEMENT DATED 07/01/2024 | AVFUEL CORPORATION<br>47 WEST ELLSWORTH ROAD<br>ANN ARBOR, MI  48108 |
| 2.482 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MGA] STANDARD GROUND HANDLING AGREEMENT DTD 6/27/2024 | AVIACION MANTENIMIENTO SA<br>ATTN ALBERTO CARTIN<br>AUGUSTO C SANDINO INTERNATIONAL AIRPORT<br>KILOMETRO 11 CARRETERA N, PORTON 6<br>MANAGUA<br>NICARAGUA |
| 2.483 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PUJ] STANDARD GROUND HANDLING AGREEMENT  DTD 3/7/2013 | AVIAM LIMITED<br>ATTN MEN KON JOA<br>CALLE FANTINO FALCO 55<br>ENSANCHE NACO<br>SANTO DOMINGO  10124<br>DOMINICAN REPUBLIC |
| 2.484 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PUJ] FIRST CONTRACT AMENDMENT DTD 2/15/2011<br>AMENDS AGREEMENT DTD 2/15/2011 | AVIAM LIMITED<br>ATTN MR. MEN KON JOA<br>MODESTO DIAZ 9<br>ZONA UNIVERSITARIA<br>SANTO DOMINGO  10103<br>DOMINICAN REPUBLIC |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.485 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PUJ] PUNTA CANA AGREED SERVICES AND CHARGES DTD 4/25/2013 | AVIAM LIMITED<br>ATTN MR. MEN KON JOA<br>MODESTO DIAZ 9<br>ZONA UNIVERSITARIA<br>SANTO DOMINGO  10103<br>DOMINICAN REPUBLIC |
| 2.486 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PUJ] SECOND CONTRACT AMENDMENT AMMENDS ANNEX B1.1 DTD 2/15/2011 | AVIAM LIMITED<br>ATTN MR. MEN KON JOA<br>MODESTO DIAZ 9<br>ZONA UNIVERSITARIA<br>SANTO DOMINGO  10103<br>DOMINICAN REPUBLIC |
| 2.487 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PUJ] STANDARD GROUND HANDLING AGREEMENT  DTD 6/8/2009 | AVIAM LIMITED<br>ATTN MR. MEN KON JOA<br>MODESTO DIAZ 9<br>ZONA UNIVERSITARIA<br>SANTO DOMINGO  10103<br>DOMINICAN REPUBLIC |
| 2.488 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PUJ] STANDARD GROUND HANDLING AGREEMENT DTD 2/15/2011 | AVIAM LIMITED<br>ATTN MR. MEN KON JOA<br>MODESTO DIAZ 9<br>ZONA UNIVERSITARIA<br>SANTO DOMINGO  10103<br>DOMINICAN REPUBLIC |
| 2.489 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4950 | AVIATION CAPITAL GROUP LLC<br>840 NEWPORT CENTER DRIVE<br>SUITE 300<br>NEWPORT BEACH, CA  92660 |
| 2.490 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4959 | AVIATION CAPITAL GROUP LLC<br>840 NEWPORT CENTER DRIVE<br>SUITE 300<br>NEWPORT BEACH, CA  92660 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.491 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4969 | AVIATION CAPITAL GROUP LLC<br>840 NEWPORT CENTER DRIVE<br>SUITE 300<br>NEWPORT BEACH, CA  92660 |
| 2.492 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4972 | AVIATION CAPITAL GROUP LLC<br>840 NEWPORT CENTER DRIVE<br>SUITE 300<br>NEWPORT BEACH, CA  92660 |
| 2.493 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4973 | AVIATION CAPITAL GROUP LLC<br>840 NEWPORT CENTER DRIVE<br>SUITE 300<br>NEWPORT BEACH, CA  92660 |
| 2.494 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4978 | AVIATION CAPITAL GROUP LLC<br>840 NEWPORT CENTER DRIVE<br>SUITE 300<br>NEWPORT BEACH, CA  92660 |
| 2.495 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4980 | AVIATION CAPITAL GROUP LLC<br>840 NEWPORT CENTER DRIVE<br>SUITE 300<br>NEWPORT BEACH, CA  92660 |
| 2.496 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #6705 | AVIATION CAPITAL GROUP LLC<br>840 NEWPORT CENTER DRIVE<br>SUITE 300<br>NEWPORT BEACH, CA  92660 |

Official Form 206G        Schedule G: Executory Contracts and Unexpired Leases

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.497 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6713 | AVIATION CAPITAL GROUP LLC<br>840 NEWPORT CENTER DRIVE<br>SUITE 300<br>NEWPORT BEACH, CA  92660 |
| 2.498 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EQUIPMENT LEASE & SERVICE AGREEMENT DTD 5/21/2001 | AVIATION MOBILITY LLC<br>4455 WHITE BEAR PKWY<br>SAINT PAUL, MN  55110-7626 |
| 2.499 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] STANDARD GROUND HANDLING AGREEMENT DTD 1/1/2010 | AVIATION SAFEGUARDS<br>ATTN CHIEF OPERATING OFFICER<br>175-01 ROCKAWAY BLVD<br>JAMAICA, NY  11434 |
| 2.500 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BNA] STANDARD GROUND HANDLING AGREEMENT  DTD 10/10/2018 | AVIATION SAFEGUARDS<br>ATTN MR JOSEPH CONLON<br>8929 S SEPULVEDA BLVD, STE 300<br>LOS ANGELES, CA  90045 |
| 2.501 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BWI] STANDARD GROUND HANDLING AGREEMENT DTD 6/1/2015 | AVIATION SAFEGUARDS<br>ATTN MR JOSEPH CONLON<br>8929 S SEPULVEDA BLVD, STE 300<br>LOS ANGELES, CA  90045 |
| 2.502 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PIT] FIRST CONTRACT AMENDMENT DTD 7/16/2020<br>AMENDS AGREEMENT DTD 5/25/2017 | AVIATION SAFEGUARDS<br>ATTN MR JOSEPH CONLON<br>8929 S SEPULVEDA BLVD, STE 300<br>LOS ANGELES, CA  90045 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.503 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PIT] SECOND CONTRACT AMENDMENT DTD 11/1/2022 AMENDS AGREEMENT DTD 5/25/2017 | AVIATION SAFEGUARDS ATTN MR JOSEPH CONLON 8929 S SEPULVEDA BLVD, STE 300 LOS ANGELES, CA  90045 |
| 2.504 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PIT] STANDARD GROUND HANDLING AGREEMENT DTD 5/25/2017 | AVIATION SAFEGUARDS ATTN MR JOSEPH CONLON 8929 S SEPULVEDA BLVD, STE 300 LOS ANGELES, CA  90045 |
| 2.505 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LIM] FIRST CONTRACT AMENDMENT DTD 5/1/2016 AMENDS AGREEMENT DTD 5/15/2008 | AVIATION SECURITY GROUP SAC ATTN ANTONIO DEL CAMPO, GENERAL MANAGER AV CANAVAL Y MOREYRA #766, OFICINA 301 LIMA 27 PERU |
| 2.506 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LIM] STANDARD GROUND HANDLING AGREEMENT DTD 6/1/2012 | AVIATION SECURITY GROUP SAC ATTN ANTONIO DEL CAMPO, GENERAL MANAGER AV CANAVAL Y MOREYRA #766, OFICINA 301 LIMA 27 PERU |
| 2.507 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ACY] STANDARD GROUND HANDLING AGREEMENT DTD 3/5/2025 | AVIATION SERVICES PARTNERS INC ATTN JESS LOSADA 13807 SW 142 AVE, STE 4 MIAMI, FL  33186 |
| 2.508 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROFESSIONAL SERVICES AGREEMENT DTD 5/10/2023 | AVIATION SERVICES PARTNERS INC ATTN JESS LOSADA 13807 SW 142 AVE, STE 4 MIAMI, FL  33186 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.509 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND CONTRACT AMENDMENT DTD 6/1/2025 AMENDS AGREEMENT DTD 3/5/2025 | AVIATION SERVICES PARTNERS INC ATTN JESS LOSADA 13807 SW 142 AVE, STE 4 MIAMI, FL 33186 |
| 2.510 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DTD 5/15/2025 | AVIATION SERVICES PARTNERS INC ATTN JESS LOSADA 13807 SW 142 AVE, STE 4 MIAMI, FL 33186 |
| 2.511 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGSA SERVICE AGREEMENT #R0830 DTD 9/13/2016 | AVIATION SPECTRUM RESOURCES INC ATTN TREASURER 180 ADMIRAL COCHRANE DR, STE 300 ANNAPOLIS, MD 21401 |
| 2.512 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [PBG] STANDARD GROUND HANDLING AGREEMENT DTD 2/7/2012 | AVIATION TECHNICAL SUPPORT LLC ATTN ARTHUR R SOARES JR PO BOX 1622 PLATTSBURGH, NY 12901 |
| 2.513 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [PNS] SECOND CONTRACT AMENDMENT DTD 8/8/2024 AMENDS AGREEMENT DTD 6/10/2021 | AVIONICS SOLUTIONS LLC ATTN ISMAEL SEGURA 2430 AIRPORT BLVD, STE 225 PENSACOLA, FL 32504 |
| 2.514 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST CONTRACT AMENDMENT DTD 4/1/2023 AMENDS AGREEMENT DTD 6/10/2021 | AVIONICS SOLUTIONS LLC ATTN ISMAEL SEGURA 2430 AIRPORT BLVD, STE 225 PENSACOLA, FL 32504 |

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.515 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND CONTRACT AMENDMENT DTD 9/1/2024 AMENDS AGREEMENT DTD 6/10/2021 | AVIONICS SOLUTIONS LLC ATTN ISMAEL SEGURA 2430 AIRPORT BLVD, STE 225 PENSACOLA, FL 32504 |
| 2.516 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO WORLDWIDE RATE AGREEMENT DTD 5/23/2024 AMENDS AGREEMENT DTD 8/1/2023 | AVIS BUDGET CAR RENTAL LLC ATTN SR VP SALES 6 SYLVAN WAY PARSIPPANY, NJ 07054 |
| 2.517 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GLOBAL ELECTRONIC BILLING TERMS OF AGREEMENT | AVIS/BUDGET GROUP ATTN CHARGE CARD DEPT 300 CENTRE POINTE DR VIRGINIA BEACH, VA 23462 |
| 2.518 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #3697 | AVOLON NUMBER ONE BALLSBRIDGE BUILDING 1 SHELBOURNE ROAD DUBLIN 4 IRELAND |
| 2.519 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #3698 | AVOLON NUMBER ONE BALLSBRIDGE BUILDING 1 SHELBOURNE ROAD DUBLIN 4 IRELAND |
| 2.520 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4937 | AVOLON NUMBER ONE BALLSBRIDGE BUILDING 1 SHELBOURNE ROAD DUBLIN 4 IRELAND |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.521 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4938 | AVOLON<br>NUMBER ONE BALLSBRIDGE<br>BUILDING 1<br>SHELBOURNE ROAD<br>DUBLIN 4<br>IRELAND |
| 2.522 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AUA] STANDARD GROUND HANDLING AGREEMENT DTD 1/1/2017 | AVSEC WORLDWIDE NV<br>ATTN GLENN KOCK, GENERAL MANAGER<br>ANGOCHI 6-A<br>SANTA CRUZ<br>ARUBA |
| 2.523 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RECIPROCAL LOAN/BORROW AGREEMENT  DTD 3/19/2025 | AZUL LINHAS AEREAS BRASILEIRAS<br>ATTN PAULO SOUZA SR SUPPLY CHAIN ANALYST<br>ROD SANTOS DUMONT, KM 66<br>CAMPINAS  13051-100<br>BRAZIL |
| 2.524 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 1 TO THE PURCHASE & PRODUCT SUPPORT AGREEMENT  DTD 1/6/2022<br>AMENDS AGREEMENT DTD 2/10/2019 | B/E AEROSPACE INC<br>ATTN SR MANAGER, CONTRACTS<br>15701 W 95TH ST<br>LENEZA, KS  66219 |
| 2.525 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO FIRST ADDUNDUM TO LOST AND FOUND CENTRAL/ BAGCENTRAL MASTER SERVICES AGREEMENT DTD 11/30/2023<br>AMENDS AGREEMENT DTD 10/1/2020 | BAGCENTRAL LLC<br>ATTN DARIS MCCULLOUGH<br>100 GALLERIA PKWY, STE 400<br>ATLANTA, GA  30339 |
| 2.526 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DTD 11/24/2020 | BAGCENTRAL LLC<br>ATTN DARIS MCCULLOUGH<br>100 GALLERIA PKWY, STE 400<br>ATLANTA, GA  30339 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.527 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO SECOND ADDENDUM TO LOST & FOUND CENTRAL/BAGCENTRAL MASTER SERVICES AGREEMENT DTD 9/30/2023 AMENDS AGREEMENT DTD 11/16/2020 | BAGCENTRAL LLC ATTN DARIS MCCULLOUGH 100 GALLERIA PKWY, STE 400 ATLANTA, GA 30339 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.528 | State what the contract or lease is for and the nature of the debtor's interest | [ATL] STANDARD GROUND HANDLING AGREEMENT DTD 7/1/2013 | BAGGAGE AIRLINE GUEST SERVICES INC ATTN ELAIN S LERNER, ESQ 6751 FORUM DR, STE 200 ORLANDO, FL 32821 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.529 | State what the contract or lease is for and the nature of the debtor's interest | [MSY] STANDARD GROUND HANDLING AGREEMENT DTD 9/1/2023 | BAGGAGE AIRLINE GUEST SERVICES INC ATTN ELAIN S LERNER, ESQ 6751 FORUM DR, STE 200 ORLANDO, FL 32821 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.530 | State what the contract or lease is for and the nature of the debtor's interest | REMOTE AIRLINE CHECK-IN AGREEMENT | BAGGAGE AIRLINE GUEST SERVICES INC ATTN ELAIN S LERNER, ESQ 6751 FORUM DR, STE 200 ORLANDO, FL 32821 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.531 | State what the contract or lease is for and the nature of the debtor's interest | [MSY] WHEELCHAIR SVS CONTRACT ACCEPTANCE LTR DTD 9/1/2023 | BAGS INC 6751 FORUM DR ORLANDO, FL 32821 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.532 | State what the contract or lease is for and the nature of the debtor's interest | CURBSIDE CONCIERGE SERVICES AGREEMENT DTD 2/12/2025 | BAGS OF NEVADA LLC C/O BAGGAGE AIRLINE GUEST SERVICES INC ATTN LEGAL DEPT 200 E RANDOLPH ST, STE 7700 CHICAGO, IL 60601 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.533 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERLINE STAFF TRAVEL AGREEMENT DTD 4/14/2015 | BAHAMASAIR HOLDINGS LTD ATTN PRINCE STORR PO BOX N 4881 NASSAU NP BAHAMAS |
| 2.534 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM DTD 6/13/2016 RE: FIRST AMENDED AND RESTATED AFFINITY AGREEMENT DTD 4/1/2014 | BANK OF AMERICA NA ATTN CONTRACT ADMIN 1000 SAMOSET DR DE5-021-02-07 NEWARK, DE 19713 |
| 2.535 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM NO 2 TO FIRST AMENDED AND RESTATED AFFINITY AGREEMENT DTD 4/10/2020 RE: AGREEMENT DTD 4/1/2014 | BANK OF AMERICA NA ATTN CONTRACT ADMIN 1000 SAMOSET DR DE5-021-02-07 NEWARK, DE 19713 |
| 2.536 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO THE SECOND AMENDED & RESTATED AFFINITY AGREEMENT DTD 5/1/2025 AMENDS AGREEMENT DTD 4/1/2020 | BANK OF AMERICA NA ATTN CONTRACT ADMIN 1000 SAMOSET DR DE5-021-02-07 NEWARK, DE 19713 |
| 2.537 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO ISDA MASTER AGREEMENT DTD 10/14/2014 AMENDS AGREEMENT DTD 2/1/2011 | BARCLAYS BANK PLC 5 THE NORTH COLONADE CANARY WHARF LONDON E14 4BB UNITED KINGDOM |
| 2.538 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MYR] FIRST CONTRACT AMENDMENT DTD 4/1/2015 AMENDS AGREEMENT DTD 1/1/2014 | BEACH BAGS INC ATTN MR CHARLES ALAGONA, PRESIDENT 1100 JETPORT RD MYRTLE BEACH, NC 29577 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.539 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MYR] STANDARD GROUND HANDLING AGREEMENT DTD 1/1/2014 | BEACH BAGS INC<br>ATTN MR CHARLES ALAGONA, PRESIDENT<br>1100 JETPORT RD<br>MYRTLE BEACH, NC 29577 |
| 2.540 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ESCROW AGREEMENT DTD 3/7/2005 | BECKER & POLIAKOFF PA |
| 2.541 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT INSPECTION SERVICES AGREEMENT DTD 3/1/2022 | BENNETT AVIATION GMBH<br>ATTN JEAN ROQUES, OPS<br>JENISCH STRASSE 1<br>HAMBURG 22609<br>GERMANY |
| 2.542 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BNA] JANITORIAL SERVICES AGREEMENT DTD 3/1/2019 | BESTWAY SERVICES INC<br>ATTN ALFONSO BETTS, PRES/CEO<br>501 METROPLEX DR, STE 203<br>NASHVILLE, TN 37211 |
| 2.543 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION AND REPLACEMENT AGREEMENT DTD 2/1/2025 | BF AEROSPACE<br>ATTN COO<br>5200 NW 108TH AVE<br>SUNRISE, FL 33351 |
| 2.544 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PBI] STANDARD GROUND HANDLING AGREEMENT DTD 9/15/2015 | BIG SKY AVIATION INC<br>ATTN WAYNE C GARNER III<br>405 N MILITARY TRL<br>WEST PALM BEACH, FL 33415-2121 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.545 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 1 TO MASTER SERVICES AGREEMENT  DTD 7/12/2025 AMENDS AGREEMENT DTD 4/26/2018 | BIRLASOFT CONSULTING INC<br>379 THORNALL ST, 12TH FL<br>EDISON, NJ  08837 |
| 2.546 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SXM] STANDARD GROUND HANDLING AGREEMENT  DTD 9/1/2012 | BLEND-IN SECURITY NV<br>ATTN DERRICK HOLIDAY, MANAGING DIR<br>79 FRONTSTREET<br>PHILIPSBURG<br>ST MAARTEN |
| 2.547 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO FUEL SYSTEM INTERLINE AGREEMENT DTD 1/1/2019 AMENDS AGREEMENT DTD 6/2/2013 | BNA FUEL COMPANY LLC<br>929 AIRPORT SERVICE RD<br>NASHVILLE, TN  37214 |
| 2.548 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FUEL SYSTEM INTERLINE AGREEMENT DTD 6/4/2013 | BNA FUEL COMPANY LLC<br>929 AIRPORT SERVICE RD<br>NASHVILLE, TN  37214 |
| 2.549 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO FUEL SYSTEM INTERLINE AGREEMENT DTD 6/1/2020 AMENDS AGREEMENT DTD 6/4/2013 | BNA FUEL COMPANY LLC<br>929 AIRPORT SERVICE RD<br>NASHVILLE, TN  37214 |
| 2.550 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 2002 MASTER AGREEMENT DTD 1/12/2016 | BNP PARIBAS<br>ATTN CIB LEGAL - ISDA DOCUMENTATION TEAM<br>3 RUE TAITBOUT<br>PARIS  75009<br>FRANCE |

Debtor Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known) 25-11896
Pg 518 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.551 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO 1 TO QUADRIPARTITE AGREEMENT AMENDS AGREEMENT DTD 10/20/2005 | BOC AVIATION PTE LTD ATTN GEN COUNSEL 8 SHENTON WAY, #18-01 AXA TOWER SINGAPORE  068811 SINGAPORE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.552 | State what the contract or lease is for and the nature of the debtor's interest | DATA SERVICES SUPPLEMENT  DTD 1/3/2023 RE: MASTER SERVICES AGREEMENT NO.SPI-27090 DTD 8/22/2017 | BOEING DIGITAL SOLUTIONS INC JEPPESEN PO BOX 840864 BOEING DIGITAL SOLUTIONS, INC. DALLAS, TX  75284-0864 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.553 | State what the contract or lease is for and the nature of the debtor's interest | EFB SOFTWARE & ASSOCIATED DATA SVCS SUPPLEMENT NO SPI-SUPP-S-08692 DTD 12/29/2022 RE: MSA #SPI-27090 DTD 8/22/2017 | BOEING DIGITAL SOLUTIONS INC JEPPESEN PO BOX 840864 BOEING DIGITAL SOLUTIONS, INC. DALLAS, TX  75284-0864 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.554 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AND DATA ORDER NO SPI-ORDER-S-02856 DTD 1/3/2023 RE: SUPPLEMENT #SPI-SUPP-S-08692 | BOEING DIGITAL SOLUTIONS INC JEPPESEN PO BOX 840864 BOEING DIGITAL SOLUTIONS, INC. DALLAS, TX  75284-0864 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.555 | State what the contract or lease is for and the nature of the debtor's interest | BATTERY SERVICES AGREEMENT DTD 3/1/2024 | BOEING DISTRIBUTION INC ATTN LAW DEPT 2750 REGENT BLVD DFW AIRPORT DALLAS, TX  75261 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.556 | State what the contract or lease is for and the nature of the debtor's interest | INTERLINE AGREEMENT  DTD 4/11/2016 | BOSFUEL CORP C/O MINTZ LEVIN COHN FERRIS, ET AL ATTN DENNIS I GREEN, ESQ ONE FINANCIAL CENTER BOSTON, MA  2111 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.557 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT CARPET AND FABRICS PROPOSAL DTD 6/19/2024 | BOTANY WEAVING MILL<br>ATTN JONATHAN HACKETT, CEO<br>VAUXHALL AVE, CORK ST<br>DUBLIN 8<br>IRELAND |
| 2.558 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CAPITAL ASSET REQUEST FOR EXPENDITURES - DANIA POINTE CM AGREEMENT AMENDMENT DTD 4/20/2022 | BRASFIELD & GORRIE<br>3021 7TH AVE S<br>BIRMINGHAM, AL  35233-3502 |
| 2.559 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [STT] STANDARD GROUND HANDLING AGREEMENT DTD 4/4/2021 | BREEZE AIR CHARTERS<br>8201 LINDBERGH BAY<br>ST THOMAS, VI  00802 |
| 2.560 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #3 DTD 5/1/2015<br>AMENDS PURCHASE AGREEMENT DTD 6/18/2013 | BRICE MANUFACTURING COMPANY INC |
| 2.561 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT 2 TO PURCHASE AGREEMENT DTD 11/1/2014<br>AMENDS AGREEMENT DTD 6/18/2013 | BRICE MANUFACTURING COMPANY INC |
| 2.562 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2023 CORP ACCOUNT DTD 3/14/2023 | BRIGHTLINE TRAINS FLORIDA LLC<br>ATTN JULIE SHARENOW, SALES VP<br>350 NW 1ST AVE, STE 200<br>MIAMI, FL  33128 |

Debtor   Spirit Airlines, LLC
       (Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
                    Pg 520 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.563 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CORP TRAVEL AGREEMENT DTD 5/28/2024 | BRIGHTLINE TRAINS FLORIDA LLC<br>ATTN JULIE SHARENOW, SALES VP<br>350 NW 1ST AVE, STE 200<br>MIAMI, FL 33128 |
| 2.564 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FUEL SYSTEM INTERLINE AGREEMENT DATED 02/01/2008 | BRITISH AIRWAYS PLC, INC.<br>P.O. BOX 365<br>HARMONDSWORTH<br>MIDDLESEX<br>UNITED KINGDOM |
| 2.565 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REGISTERED PROXY SERVICES SCHEDULE | BROADRIDGE INVESTOR COMMUNICATION SOLS INC<br>51 MERCECDES WAY<br>EDGEWOOD, NY 11717 |
| 2.566 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [FLL] EIGHTH AMENDMENT TO THE SIGNATORY TERMINAL BUILDING LEASE AGREEMENT DTD 10/16/2019 AMENDS AGREEMENT DTD 10/1/2011 | BROWARD COUNTY, FL<br>ATTN ANDREW J MEYERS, COUNTY ATTORNEY<br>AVIATION OFFICE<br>2200 SW 45TH ST, STE 101<br>DANIA BEACH, FL 33312 |
| 2.567 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [FLL] FIFTH AMENDMENT TO THE SIGNATORY TERMINAL BUILDING LEASE AGREEMENT DTD 12/5/2017 AMENDS AGREEMENT DTD 10/1/2011 | BROWARD COUNTY, FL<br>ATTN ANDREW J MEYERS, COUNTY ATTORNEY<br>AVIATION OFFICE<br>2200 SW 45TH ST, STE 101<br>DANIA BEACH, FL 33312 |
| 2.568 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [FLL] FOURTH AMENDMENT TO THE SIGNATORY TERMINAL BUILDING LEASE AGREEMENT DTD 7/13/2016 AMENDS AGREEMENT DTD 10/1/2011 | BROWARD COUNTY, FL<br>ATTN ANDREW J MEYERS, COUNTY ATTORNEY<br>AVIATION OFFICE<br>2200 SW 45TH ST, STE 101<br>DANIA BEACH, FL 33312 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.569 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] NINTH AMENDMENT TO THE SIGNATORY TERMINAL BUILDING LEASE AGREEMENT DTD 5/4/2020 AMENDS AGREEMENT DTD 10/1/2011 | BROWARD COUNTY, FL ATTN ANDREW J MEYERS, COUNTY ATTORNEY AVIATION OFFICE 2200 SW 45TH ST, STE 101 DANIA BEACH, FL 33312 |
| 2.570 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] SEVENTH AMENDMENT TO THE SIGNATORY TERMINAL BUILDING LEASE AGREEMENT DTD 11/13/2018 AMENDS AGREEMENT DTD 10/1/2011 | BROWARD COUNTY, FL ATTN ANDREW J MEYERS, COUNTY ATTORNEY AVIATION OFFICE 2200 SW 45TH ST, STE 101 DANIA BEACH, FL 33312 |
| 2.571 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] SIXTH AMENDMENT TO THE SIGNATORY TERMINAL BUILDING LEASE AGREEMENT DTD 10/30/2018 AMENDS AGREEMENT DTD 10/1/2011 | BROWARD COUNTY, FL ATTN ANDREW J MEYERS, COUNTY ATTORNEY AVIATION OFFICE 2200 SW 45TH ST, STE 101 DANIA BEACH, FL 33312 |
| 2.572 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] THIRD AMENDMENT TO THE SIGNATORY TERMINAL BUILDING LEASE AGREEMENT DTD 10/28/2014 AMENDS AGREEMENT DTD 10/1/2011 | BROWARD COUNTY, FL ATTN ANDREW J MEYERS, COUNTY ATTORNEY AVIATION OFFICE 2200 SW 45TH ST, STE 101 DANIA BEACH, FL 33312 |
| 2.573 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT FOR US CUSTOMES AND BORDER PROTECTION | BROWARD COUNTY, FL ATTN ANDREW J MEYERS, COUNTY ATTORNEY AVIATION OFFICE 2200 SW 45TH ST, STE 101 DANIA BEACH, FL 33312 |
| 2.574 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO THE AIRLINE-AIRPORT LEASE AND USE AGREEMENT DTD 10/28/2014 AMENDS LEASE DTD 10/1/2011 | BROWARD COUNTY, FL ATTN ANDREW J MEYERS, COUNTY ATTORNEY AVIATION OFFICE 2200 SW 45TH ST, STE 101 DANIA BEACH, FL 33312 |

Debtor    Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 522 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.575 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] 10TH AMENDMENT TO THE SIGNATORY TERMINAL BUILDING LEASE AGREEMENT DTD 12/3/2020<br>AMENDS AGREEMENT DTD 10/1/2011 | BROWARD COUNTY, FL<br>ATTN ANDREW J MEYERS, COUNTY ATTORNEY<br>AVIATION OFFICE<br>320 TERMINAL DR, STE 200<br>FORT LAUDERDALE, FL  33315 |
| 2.576 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] 11TH AMENDMENT TO THE SIGNATORY TERMINAL BUILDING LEASE AGREEMENT<br>AMENDS AGREEMENT DTD 10/1/2011 | BROWARD COUNTY, FL<br>ATTN ANDREW J MEYERS, COUNTY ATTORNEY<br>AVIATION OFFICE<br>320 TERMINAL DR, STE 200<br>FORT LAUDERDALE, FL  33315 |
| 2.577 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] 13TH AMENDMENT TO THE SIGNATORY TERMINAL BUILDING LEASE AGREEMENT DTD 12/8/2021<br>AMENDS AGREEMENT DTD 10/1/2011 | BROWARD COUNTY, FL<br>ATTN ANDREW J MEYERS, COUNTY ATTORNEY<br>AVIATION OFFICE<br>320 TERMINAL DR, STE 200<br>FORT LAUDERDALE, FL  33315 |
| 2.578 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] AIRLINE-AIRPORT LEASE & USE AGREEMENT  DTD 8/15/1999 | BROWARD COUNTY, FL<br>ATTN ANDREW J MEYERS, COUNTY ATTORNEY<br>AVIATION OFFICE<br>320 TERMINAL DR, STE 200<br>FORT LAUDERDALE, FL  33315 |
| 2.579 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] FOURTH AMENDMENT TO THE SIGNATORY TERMINAL BUILDING LEASE AGREEMENT DTD 1/3/2022<br>AMENDS AGREEMENT DTD 10/1/2011 | BROWARD COUNTY, FL<br>ATTN ANDREW J MEYERS, COUNTY ATTORNEY<br>AVIATION OFFICE<br>320 TERMINAL DR, STE 200<br>FORT LAUDERDALE, FL  33315 |
| 2.580 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] TWELFTH AMENDMENT TO THE SIGNATORY TERMINAL BUILDING LEASE AGREEMENT DTD 7/27/2021<br>AMENDS AGREEMENT DTD 10/1/2011 | BROWARD COUNTY, FL<br>ATTN ANDREW J MEYERS, COUNTY ATTORNEY<br>AVIATION OFFICE<br>320 TERMINAL DR, STE 200<br>FORT LAUDERDALE, FL  33315 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.581 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] AIRLINE-AIRPORT LEASE & USE AGREEMENT & ADDENDUM DTD 8/17/1999 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL 33301 |
| 2.582 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] AMENDMENT NO 1 TO THE AIRLINE-AIRPORT USE & LEASE AGREEMENT DTD 8/17/2004 AMENDS AGREEMENT DTD 8/17/1999 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL 33301 |
| 2.583 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] AMENDMENT NO 10 TO THE TERMINAL BUILDING LEASE AGREEMENT DTD 9/6/2001 AMENDS AGREEMENT DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL 33301 |
| 2.584 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] AMENDMENT NO 11 TO THE TERMINAL BUILDING LEASE AGREEMENT DTD 12/31/2001 AMENDS AGREEMENT DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL 33301 |
| 2.585 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] AMENDMENT NO 12 TO THE TERMINAL BUILDING LEASE AGREEMENT DTD 6/5/2002 AMENDS AGREEMENT DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL 33301 |
| 2.586 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] AMENDMENT NO 13 TO THE TERMINAL BUILDING LEASE AGREEMENT DTD 3/27/2003 AMENDS AGREEMENT DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL 33301 |

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 524 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.587 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] AMENDMENT NO 14 TO THE TERMINAL BUILDING LEASE AGREEMENT DTD 8/19/2003 AMENDS AGREEMENT DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |
| 2.588 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] AMENDMENT NO 15 TO THE TERMINAL BUILDING LEASE AGREEMENT DTD 12/15/2004 AMENDS AGREEMENT DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |
| 2.589 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] AMENDMENT NO 16 TO THE TERMINAL BUILDING LEASE AGREEMENT DTD 12/28/2006 AMENDS AGREEMENT DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |
| 2.590 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] AMENDMENT NO 17 TO THE TERMINAL BUILDING LEASE AGREEMENT DTD 4/27/2007 AMENDS AGREEMENT DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |
| 2.591 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] AMENDMENT NO 18 TO THE TERMINAL BUILDING LEASE AGREEMENT DTD 4/30/2008 AMENDS AGREEMENT DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |
| 2.592 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] AMENDMENT NO 19 TO THE TERMINAL BUILDING LEASE AGREEMENT DTD 5/28/2009 AMENDS AGREEMENT DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          Page 99 of 441

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.593 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] AMENDMENT NO 2 TO THE TERMINAL BUILDING LEASE AGREEMENT DTD 7/27/1998 AMENDS AGREEMENT DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |
| 2.594 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] AMENDMENT NO 3 TO THE TERMINAL BUILDING LEASE AGREEMENT DTD 10/1/1998 AMENDS AGREEMENT DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |
| 2.595 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] AMENDMENT NO 4 TO THE TERMINAL BUILDING LEASE AGREEMENT DTD 2/12/1999 AMENDS AGREEMENT DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |
| 2.596 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] AMENDMENT NO 5 TO THE TERMINAL BUILDING LEASE AGREEMENT DTD 3/22/1999 AMENDS AGREEMENT DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |
| 2.597 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] AMENDMENT NO 6 TO THE TERMINAL BUILDING LEASE AGREEMENT DTD 8/16/1999 AMENDS AGREEMENT DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |
| 2.598 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] AMENDMENT NO 7 TO THE TERMINAL BUILDING LEASE AGREEMENT AMENDS AGREEMENT DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.599 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [FLL] AMENDMENT NO 8 TO THE TERMINAL BUILDING LEASE AGREEMENT DTD 3/2/2001 AMENDS AGREEMENT DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL 33301 |
| 2.600 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [FLL] AMENDMENT NO 9 TO THE TERMINAL BUILDING LEASE AGREEMENT DTD 6/25/2001 AMENDS AGREEMENT DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL 33301 |
| 2.601 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [FLL] FIRST AMENDMENT TO THE SIGNATORY TERMINAL BUILDING LEASE AGREEMENT DTD 9/19/2012 AMENDS AGREEMENT DTD 10/1/2011 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL 33301 |
| 2.602 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [FLL] SECOND AMENDMENT TO THE SIGNATORY TERMINAL BUILDING LEASE AGREEMENT DTD 9/19/2012 AMENDS AGREEMENT DTD 10/1/2011 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL 33301 |
| 2.603 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRLINE-AIRPORT LEASE AND USE AGREEMENT DTD 9/27/2011 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL 33301 |
| 2.604 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #10 TERMINAL BLDG LEASE AGREEMENT DTD 9/6/2001 AMENDS LEASE DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL 33301 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.605 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #11 TERMINAL BLDG LEASE AGREEMENT DTD 12/31/2001 AMENDS LEASE DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |
| 2.606 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #12 TERMINAL BLDG LEASE AGREEMENT DTD 6/5/2002 AMENDS LEASE DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |
| 2.607 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #13 TERMINAL BLDG LEASE AGREEMENT DTD 3/27/2003 AMENDS LEASE DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |
| 2.608 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #14 TERMINAL BLDG LEASE AGREEMENT DTD 8/19/2003 AMENDS LEASE DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |
| 2.609 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #15 TERMINAL BLDG LEASE AGREEMENT DTD 12/15/2004 AMENDS LEASE DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |
| 2.610 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #16 TERMINAL BLDG LEASE AGREEMENT DTD 12/28/2006 AMENDS LEASE DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.611 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #17 TERMINAL BLDG LEASE AGREEMENT DTD 4/27/2007 AMENDS LEASE DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |
| 2.612 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #18 TERMINAL BLDG LEASE AGREEMENT DTD 4/30/2008 AMENDS LEASE DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |
| 2.613 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #19 TERMINAL BLDG LEASE AGREEMENT DTD 5/28/2009 AMENDS LEASE DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |
| 2.614 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #2 TERMINAL BLDG LEASE AGREEMENT DTD 7/27/1998 AMENDS LEASE DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |
| 2.615 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #3 TERMINAL BLDG LEASE AGREEMENT DTD 10/1/1998 AMENDS LEASE DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |
| 2.616 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #4 TERMINAL BLDG LEASE AGREEMENT DTD 2/12/1999 AMENDS LEASE DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.617 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #5 TERMINAL BLDG LEASE AGREEMENT DTD 3/22/1999 AMENDS LEASE DTD 10/1/1996 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |
| 2.618 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CAPITAL ASSET REQUEST FOR EXPENDITURES - FLL CBP 559 PROGRAM DTD 6/9/2016 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |
| 2.619 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO SIGNATORY TERMINAL BLDG LEASE AGREEMENT DTD 9/19/2012 AMENDS LEASE DTD 10/1/2011 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |
| 2.620 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO SIGNATORY TERMINAL BLDG LEASE AGREEMENT DTD 9/19/2012 AMENDS LEASE DTD 10/1/2011 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |
| 2.621 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SIGNATORY TERMINAL BLDG LEASE AGREEMENT DTD 9/27/2011 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |
| 2.622 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD AMENDMENT TO SIGNATORY TERMINAL BLDG LEASE AGREEMENT DTD 10/13/2014 AMENDS LEASE DTD 10/1/2011 | BROWARD COUNTY, FL<br>ATTN JONI ARMSTRONG COFFERY, COUNTY ATTY<br>GOVERNMENTAL CENTER, STE 423<br>115 S ANDREWS AVE<br>FORT LAUDERDALE, FL  33301 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.623 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERLINE STAFF TRAVEL AGREEMENT DTD 6/15/2015 | BRUSSELS AIRLINES |
| 2.624 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CAPITAL ASSET REQUEST FOR EXPENDITURES - RETENTION OF LAW FIRM DTD 9/24/2015 | BRYAN CAVE LLP |
| 2.625 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGAGEMENT LETTER RE: LEGAL SERVICES DTD 8/12/2015 | BRYAN CAVE LLP |
| 2.626 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BUDGET APPLICATION PROGRAM TERMS OF AGREEMENT | BUDGET<br>ATTN CHARGE CARD DEPT<br>300 CENTRE POINTE DR<br>VIRGINIA BEACH, VA  23462 |
| 2.627 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BUR] TERMINAL / STATION LEASE | BURBANK–GLENDALE–PASADENA AIRPORT AUTHORITY<br>2627 NORTH HOLLYWOOD WAY<br>BURBANK, CA  91505 |
| 2.628 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAH] TASK ORDER FOR ENGINEER-OWNER AGREEMENT DTD 6/2/2025<br>RE: AGREEMENT DTD 2/4/2019 | BURNS & MCDONNELL ENGINEERING CO INC |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.629 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BWI] TENANT DIRECTIVE DTD 6/1/2012 RE: MAA CONTRACT NO MAA-LC-20-014 | BWI THURGOOD MARSHALL AIRPORT |
| 2.630 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] SERVICE AGREEMENT DTD 12/1/2020 | C&W FACILITY SERVICES INC ATTN LEGAL DEPT 140 KENDERICK ST, STE 201 NEEDHAM, MA  02494 |
| 2.631 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #1 TO WORK ORDER NO 18 DTD 5/1/2025 AMENDS WO DTD 4/30/2019 UNDER MSA DTD 3/14/2006 | CAE FLIGHT SERVICES USA INC 901 W WALNUT HILL LN IRVING, TX  75038 |
| 2.632 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 2 TO WORK ORDER #14 DTD 3/1/2024 AMENDS MASTER AGREEMENT DTD 3/14/2006 | CAE FLIGHT SERVICES USA INC 901 W WALNUT HILL LN IRVING, TX  75038 |
| 2.633 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 5 TO WORK ORDER #11 DTD 11/30/2023 AMENDS WO #11 DTD 1/1/2015 | CAE FLIGHT SERVICES USA INC 901 W WALNUT HILL LN IRVING, TX  75038 |
| 2.634 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CHANGE REQUEST #122922-100334 DTD 2/23/2023 AMENDS WO #10 DTD 5/13/2014 | CAE FLIGHT SERVICES USA INC 901 W WALNUT HILL LN IRVING, TX  75038 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.635 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK #1 DATED 05/01/2023 | CALL CENTER, INC.<br>1 MANGROVE WAY<br>BLDG. G15<br>MONTEGO BAY<br>JAMAICA |
| 2.636 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [BWI] STANDARD GROUND HANDLING AGREEMENT DTD 8/1/2016 | CALSPAN AIR SERVICES LLC<br>ATTN BRIAN PLEBAN, CORP COUNSEL<br>4455 GENESEE ST<br>BUFFALO, NY  14225 |
| 2.637 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [BWI] STANDARD GROUND HANDLING DTD 8/1/2015 | CALSPAN AIR SERVICES LLC<br>ATTN BRIAN PLEBAN, CORP COUNSEL<br>4455 GENESEE ST<br>BUFFALO, NY  14225 |
| 2.638 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [IAG] AMENDMENT #2  DTD 7/21/2016 AMENDS AGREEMENT DTD 1/22/2015 | CALSPAN AIR SERVICES LLC<br>ATTN BRIAN PLEBAN, CORP COUNSEL<br>4455 GENESEE ST<br>BUFFALO, NY  14225 |
| 2.639 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [IAG] AMENDMENT #3  DTD 3/6/2017 AMENDS SGHA AGREEMENT DTD 1/22/2015 | CALSPAN AIR SERVICES LLC<br>ATTN BRIAN PLEBAN, CORP COUNSEL<br>4455 GENESEE ST<br>BUFFALO, NY  14225 |
| 2.640 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [IAG] CONTRACTOR RETENTION BONUS LETER TD 6/6/2022<br>RE: GROUND HANDLING CONTRACT DTD 11/17/2013 | CALSPAN AIR SERVICES LLC<br>ATTN BRIAN PLEBAN, CORP COUNSEL<br>4455 GENESEE ST<br>BUFFALO, NY  14225 |

Debtor    Spirit Airlines, LLC    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Case number (if known)    25-11896    Main Document

(Name)

Pg 533 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.641 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAG] FIFTH CONTRACT AMENDMENT DTD 11/10/2020 AMENDS AGREEMENT DTD 11/17/2013 | CALSPAN AIR SERVICES LLC ATTN BRIAN PLEBAN, CORP COUNSEL 4455 GENESEE ST BUFFALO, NY  14225 |
| 2.642 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAG] FIRST CONTRACT AMENDMENT DTD 6/1/2014 AMENDS AGREEMENT DTD 11/17/2013 | CALSPAN AIR SERVICES LLC ATTN BRIAN PLEBAN, CORP COUNSEL 4455 GENESEE ST BUFFALO, NY  14225 |
| 2.643 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAG] FOURTH CONTRACT AMENDMENT DTD 6/1/2020 AMENDS AGREEMENT DTD 11/17/2013 | CALSPAN AIR SERVICES LLC ATTN BRIAN PLEBAN, CORP COUNSEL 4455 GENESEE ST BUFFALO, NY  14225 |
| 2.644 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAG] RETENTION BONUS LETTER DTD 4/29/2022 RE: GOUND HANDLING AGREEMENT DTD 11/17/2013 | CALSPAN AIR SERVICES LLC ATTN BRIAN PLEBAN, CORP COUNSEL 4455 GENESEE ST BUFFALO, NY  14225 |
| 2.645 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAG] SECOND CONTRACT AMENDMENT DTD 12/1/2018 AMENDS AGREEMENT DTD 11/17/2013 | CALSPAN AIR SERVICES LLC ATTN BRIAN PLEBAN, CORP COUNSEL 4455 GENESEE ST BUFFALO, NY  14225 |
| 2.646 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAG] STANDARD GROUND HANDLING AGREEMENT DTD 11/17/2013 | CALSPAN AIR SERVICES LLC ATTN BRIAN PLEBAN, CORP COUNSEL 4455 GENESEE ST BUFFALO, NY  14225 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.647 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAG] THIRD CONTRACT AMENDMENT DTD 11/1/2019 AMENDS AGREEMENT DTD 11/17/2013<br><br><br><br>CALSPAN AIR SERVICES LLC ATTN BRIAN PLEBAN, CORP COUNSEL 4455 GENESEE ST BUFFALO, NY 14225 |
| 2.648 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CUN] REQUEST FOR PROPOSAL DTD 2/5/2021<br><br><br><br>CANCUN INTERNATIONAL AIRPORT |
| 2.649 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CRW] STANDARD GROUND HANDLING AGREEMENT DTD 8/17/2018<br><br><br><br>CAPITAL JET CENTER ATTN: NICK KELLER 100 AIRPORT RD STE 165 CHARLESTON, WV 25311 |
| 2.650 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RIC] SERVICE PROVIDERS NOTICE LETTER DTD 1/16/2018<br><br><br><br>CAPITAL REGION AIRPORT COMMISION TERMINAL 1 1 RICHARD E BYRD TERMINAL DR RICHMOND, VA 23250 |
| 2.651 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #1535<br><br><br><br>CARLYLE AVIATION PARTNERS LTD. 848 BRICKELL AVENUE SUITE 500 MIAMI, FL 33131 |
| 2.652 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #1536<br><br><br><br>CARLYLE AVIATION PARTNERS LTD. 848 BRICKELL AVENUE SUITE 500 MIAMI, FL 33131 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.653 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #3616 | CARLYLE AVIATION PARTNERS LTD. 848 BRICKELL AVENUE SUITE 500 MIAMI, FL 33131 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.654 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #3618 | CARLYLE AVIATION PARTNERS LTD. 848 BRICKELL AVENUE SUITE 500 MIAMI, FL 33131 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.655 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #3622 | CARLYLE AVIATION PARTNERS LTD. 848 BRICKELL AVENUE SUITE 500 MIAMI, FL 33131 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.656 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #3623 | CARLYLE AVIATION PARTNERS LTD. 848 BRICKELL AVENUE SUITE 500 MIAMI, FL 33131 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.657 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #3624 | CARLYLE AVIATION PARTNERS LTD. 848 BRICKELL AVENUE SUITE 500 MIAMI, FL 33131 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.658 | State what the contract or lease is for and the nature of the debtor's interest | MASTER EMPLOYER AGREEMENT | CARRUM HEALTH INC ATTN LEGAL 100 1ST ST, STE 350 SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)    25-11896
Pg 536 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.659 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RDU] STANDARD GROUND HANDLING AGREEMENT DTD 1/1/2023 | CAUSEY AVIATION SERVICES<br>ATTN DANIEL LAMBERT<br>1725 E. INTERNATIONAL DR<br>MORRISVILLE, NC 27560 |
| 2.660 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST CONTRACT AMENDMENT DTD 1/1/2024<br>AMENDS AGREEMENT DTD 1/1/2023 | CAUSEY AVIATION SERVICES<br>ATTN DANIEL LAMBERT<br>1725 E. INTERNATIONAL DR<br>MORRISVILLE, NC 27560 |
| 2.661 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND CONTRACT AMENDMENT DTD 7/1/2025<br>AMENDS AGREEMENT DTD 1/1/2023 | CAUSEY AVIATION SERVICES<br>ATTN DANIEL LAMBERT<br>1725 E. INTERNATIONAL DR<br>MORRISVILLE, NC 27560 |
| 2.662 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERM SHEET TO WHITE LABEL AGREEMENT DATED 03/15/2024 DTD 4/18/2024 | CAVU ECOMMERCE (AMER) LLC<br>ATTN PRESIDENT<br>100 N LASALLE ST, STE 900<br>CHICAGO, IL 60602 |
| 2.663 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] PROPOSAL DTD 5/5/2025 | CDS MESTEL CONSTRUCTION CORP<br>2120 JERICHO TURNPIKE<br>GARDEN CITY, NY 11040 |
| 2.664 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DIRECT SERVER & CLOUD ENROLLMENT - SUPPLEMENTAL QUOTE #0747864.005 DTD 6/28/2018<br>RE: ENROLLMENT # 62065821 | CDW LOGISTICS INC<br>ATTN DON SUPAN<br>200 N MILWAUKEE AVE<br>VERNON HILLS, IL 60061-1577 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.665 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DIRECT SERVER & CLOUD ENROLLMENT - SUPPLEMENTAL QUOTE #1113803.010 DTD 9/28/2021 RE: ENROLLMENT # 78224193 | CDW LOGISTICS INC ATTN DON SUPAN 200 N MILWAUKEE AVE VERNON HILLS, IL 60061-1577 |
| 2.666 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 1 DTD 2/3/2021 AMENDS CONTRACT #2905996 DTD 10/4/2016 | CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS ATTN LEGAL & EXTERNAL AFFAIRS DEPT 1 VERIZON WY, VC52S401 BASKING RIDGE, NJ 07920-1097 |
| 2.667 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MAJOR ACCOUNT AGREEMENT DTD 10/4/2016 | CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS ATTN LEGAL & EXTERNAL AFFAIRS DEPT 1 VERIZON WY, VC52S401 BASKING RIDGE, NJ 07920-1097 |
| 2.668 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CRW] STANDARD GROUND HANDLING AGREEMENT DTD 8/17/2018 | CENTRAL WEST VIRGINIA REG AIRPORT AUTH D/B/A CAPITAL JET CENTER ATTN NICK KELLER 100 AIRPORT RD, STE 165 CHARLESTON, WV 25311 |
| 2.669 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO TOTAL ADVANTAGE AGREEMENT DTD 6/22/2016 AMENDS AGREEMENT ID: 1016045, | CENTURYLINK COMMUNICATIONS LLC F/K/A QWEST COMMUNICATIONS COMPANY LLC ATTN LEGAL DEPT 1801 CALIFORNIA ST, #900 DENVER, CO 80202 |
| 2.670 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TOTAL ADVANTAGE AGREEMENT DTD 3/24/2016 | CENTURYLINK COMMUNICATIONS LLC F/K/A QWEST COMMUNICATIONS COMPANY LLC ATTN LEGAL DEPT 1801 CALIFORNIA ST, #900 DENVER, CO 80202 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.671 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [LAX] NINTH CONTRACT AMENDMENT DTD 8/1/2025 AMENDS AGREEMENT DTD 2/25/2014 | CERTIFIED AVIATION SERVICES LLC ATTN PRESIDENT 1150 S VINEYARD AVE ONTARIO, CA  91761 |
| 2.672 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [LAX] STANDARD GROUND HANDLING AGREEMENT DTD 2/25/2014 | CERTIFIED AVIATION SERVICES LLC ATTN PRESIDENT 1150 S VINEYARD AVE ONTARIO, CA  91761 |
| 2.673 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [LAX] STANDARD GROUND HANDLING AGREEMENT DTD 7/18/2014 | CERTIFIED AVIATION SERVICES LLC ATTN PRESIDENT 1150 S VINEYARD AVE ONTARIO, CA  91761 |
| 2.674 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [MYR] SEVENTH CONTRACT AMENDMENT TO THE STANDAR HANDLING AGREEMENT DTD 12/1/2024 AMENDS AGREEMENT DTD 2/25/2014 | CERTIFIED AVIATION SERVICES LLC ATTN PRESIDENT 1150 S VINEYARD AVE ONTARIO, CA  91761 |
| 2.675 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [MYR] SIXTH CONTRACT AMENDMENT DTD 8/6/2024 AMENDS AGREEMENT DTD 2/25/2014 | CERTIFIED AVIATION SERVICES LLC ATTN PRESIDENT 1150 S VINEYARD AVE ONTARIO, CA  91761 |
| 2.676 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIFTH AMENDMENT TO THE STANDARD GROUND HANDLING AGREEMENT  DTD 2/1/2023 AMENDS AGREEMENT DTD 2/25/2014 | CERTIFIED AVIATION SERVICES LLC ATTN PRESIDENT 1150 S VINEYARD AVE ONTARIO, CA  91761 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.677 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL TERMS AGREEMENT DTD 1/30/2024 | CERTIFIED AVIATION SERVICES LLC<br>ATTN PRESIDENT<br>1150 S VINEYARD AVE<br>ONTARIO, CA  91761 |
| 2.678 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK 1 DTD 1/24/2024 RE: GENERAL TERMS AGREEMENT DTD 1/30/2024 | CERTIFIED AVIATION SERVICES LLC<br>ATTN PRESIDENT<br>1150 S VINEYARD AVE<br>ONTARIO, CA  91761 |
| 2.679 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK 2 DTD 3/11/2024 RE: GENERAL TERMS AGREEMENT DTD 1/30/2024 | CERTIFIED AVIATION SERVICES LLC<br>ATTN PRESIDENT<br>1150 S VINEYARD AVE<br>ONTARIO, CA  91761 |
| 2.680 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK 3 DTD 7/30/2024 RE: GENERAL TERMS AGREEMENT DTD 1/30/2024 | CERTIFIED AVIATION SERVICES LLC<br>ATTN PRESIDENT<br>1150 S VINEYARD AVE<br>ONTARIO, CA  91761 |
| 2.681 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK 4 DTD 8/19/2024 RE: GENERAL TERMS AGREEMENT DTD 1/30/2024 | CERTIFIED AVIATION SERVICES LLC<br>ATTN PRESIDENT<br>1150 S VINEYARD AVE<br>ONTARIO, CA  91761 |
| 2.682 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER ADVERTISING AGENCY SERVICES AGREEMENT DTD 6/14/2024 | CHARLES TOMBRAS ADVERTISING INC<br>D/B/A TOMBRAS<br>ATTN ALICE MATHEWS<br>620 SOUTH GAY ST<br>KNOXVILLE, TN  37902 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.683 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CHS] TERMINAL / STATION LEASE - CHS | CHARLESTON COUNTY AVIATION AUTHORITY<br>5500 INTERNATIONAL BLVD<br>NORTH CHARLESTON, SC 29418 |
| 2.684 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CHARLOTTE DOUGLAS INT'L AIRPORT FUEL SYSTEM INTERLINE AGREEMENT RE: AGREEMENT DTD 4/15/2018 | CHARLOTTE FUEL FACILITIES LLC<br>4900 DIPLOMACY RD<br>FORT WORTH, TX 76155-2639 |
| 2.685 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT NO 7729 DTD 6/5/1990 | CHARTER ONE INC<br>ATTN JOHN C HODGES<br>750 SW 34TH ST<br>FT LAUDERDALE, FL 33315 |
| 2.686 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SXM] STANDARD GROUND HANDLING AGREEMENT DTD 3/23/2013 | CHECKMATE SECURITY SERVICES N.V.<br>ATTN MICHEAL S KUIPERI, MANAGING DIR<br>PO BOX 888<br>PHILIPSBURG<br>ST MAARTEN |
| 2.687 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AVIATION FUEL SUPPLY AGREEMENT DTD 7/1/2020 | CHEVRON PRODUCTS CO<br>1500 LOUISIANA ST, 5TH FL<br>HOUSTON, TX 77002 |
| 2.688 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SPOT SALE AGREEMENT DTD 7/10/2024 | CHEVRON PRODUCTS CO<br>1500 LOUISIANA ST, 5TH FL<br>HOUSTON, TX 77002 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.689 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] COMMON USERULSE AND REGULATIONS LETTER DTD 6/11/2015 | CHICAGO DEPARTMENT OF AVIATION<br>10510 W ZEMKE RD<br>PO BOX 66142<br>CHICAGO, IL 60666 |
| 2.690 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] CORRECTIVE ACTIONS FOR ORD SWPPP INSPECTION DTD 11/10/2021 | CHICAGO DEPARTMENT OF AVIATION<br>10510 W ZEMKE RD<br>PO BOX 66142<br>CHICAGO, IL 60666 |
| 2.691 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CHICAGO O'HARE INTL AIRPORT FUEL SYSTEM INTERLINE AGREEMENT | CHICAGO O'HARE INTL AIRPORT |
| 2.692 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER OF ENGAGEMENT DTD 3/1/2015 | CHICO & NUNES PC<br>333 W WACKER DR, STE 1420<br>CHICAGO, IL 60606 |
| 2.693 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DTD 2/25/2016<br>RE: MSA DTD 2/25/2016 | CHOICE SOLUTIONS LLC<br>7015 COLLEGE BLVD, STE 300<br>OVERLAND PARK, KS 66211 |
| 2.694 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT | CICA TERMINAL EQUIPMENT CORP<br>C/O INTERNATIONAL TERMINAL ASSOCIATES<br>401 S DEARBORN ST, STE 600<br>CHICAGO, IL 60605 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.695 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER #Q-583735 DTD 12/16/2024 | CISION US INC<br>300 S RIVERSIDE PLAZA<br>CHICAGO, IL  60606 |
| 2.696 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERM CONTRACT SPECIAL PROVISIONS DTD 8/21/2024 | CITGO PETROLEUM CORP<br>ATTN SEAN MASON<br>1293 ELDRIDGE PKWY<br>HOUSTON, TX  77077 |
| 2.697 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DEN] FIRST AMENDMENT TO INTERLINE AGREEMENT DTD 3/1/1999 | CITY & COUNTY OF DENVER<br>201 W COLFAX AVE<br>DENVER, CO  80202 |
| 2.698 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DEN] INTERLINE AGREEMENT | CITY & COUNTY OF DENVER<br>201 W COLFAX AVE<br>DENVER, CO  80202 |
| 2.699 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DEN] SECOND AMENDMENT TO INTERLINE AGREEMENT DTD 3/1/1999 | CITY & COUNTY OF DENVER<br>201 W COLFAX AVE<br>DENVER, CO  80202 |
| 2.700 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DEN] THIRD AMENDMENT TO INTERLINE AGREEMENT | CITY & COUNTY OF DENVER<br>201 W COLFAX AVE<br>DENVER, CO  80202 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.701 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] AGREEMENT DTD 5/29/2007 | CITY OF ATLANTA<br>P.O. BOX 20509<br>ATLANTA, GA  30320 |
| 2.702 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - AUS | CITY OF AUSTIN - AUSTIN-BERGSTROM INTERNATIONAL AIRPORT<br>3600 PRESIDENTIAL BOULEVARD<br>SUITE 102<br>AUSTIN, TX  78719 |
| 2.703 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLT] AIRLINE USE & SPIRIT AGREEMENT DTD 6/20/2019 | CITY OF CHARLOTTE, THE<br>ATTN AVIATION DIRECTOR<br>5601 WILKINSON BLVD<br>CHARLOTTE, NC  28208 |
| 2.704 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] AIRLINE USE & LEASE AGREEMENT DTD 5/12/2018 | CITY OF CHICAGO<br>ATTN COMMISSIONER; CHICAGO DEPT OF AVIATION<br>CHICAGO OHARE INT'L AIRPORT<br>10510 W ZEMKE RD<br>CHICAGO, IL  60666 |
| 2.705 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLE] JET BRIDGE REPAIR AGREEMENT #P52023*0332 DTD 8/15/2023 | CITY OF CLEVELAND, OH<br>ATTN DIRECTOR OF PORT CONTROL<br>5300 RIVERSIDE DR<br>CLEVELAND, OH  44135 |
| 2.706 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLE] THIRD AMENDMENT TO MASTER LEASE AGREEMENT DTD 3/26/2024 AMENDS AGREEMENT LS2017*019 DTD 10/24/2016 | CITY OF CLEVELAND, OH<br>ATTN DIRECTOR OF PORT CONTROL<br>5300 RIVERSIDE DR<br>CLEVELAND, OH  44135 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.707 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAH] AIRPORT USE AND LEASE AGREEMENT DTD 7/1/1998 | CITY OF HOUSTON<br>ATTN DIR OF AVIATION<br>16930 JF KENNEDY BLVD<br>HOUSTON INTL AIRPORT<br>HOUSTON, TX 77032 |
| 2.708 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAH] INTERNATIONAL FACILITIES AGREEMENT | CITY OF HOUSTON<br>ATTN DIRECTOR OF AVIATION<br>HOUSTON INTL AIRPORT<br>16930 JFK BLVD<br>HOUSTON, TX 77032 |
| 2.709 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAH] LICENSE AGREEMENT TERMINAL A DTD 2/1/2012 | CITY OF HOUSTON<br>ATTN DIRECTOR OF AVIATION<br>HOUSTON INTL AIRPORT<br>16930 JFK BLVD<br>HOUSTON, TX 77032 |
| 2.710 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAH] LEASE AGREEMENT | CITY OF HOUSTON<br>C/O HOUSTON AIRPORT SYSTEM<br>ATTN MARIO C DIAZ, DIRECTOR<br>PO BOX 60106<br>HOUSTON, TX 77205-0106 |
| 2.711 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAH] LICENSE AGREEMENT DTD 9/17/2014<br>RE: TERMINAL A - GATE A26 & HOLDROOM | CITY OF HOUSTON<br>C/O HOUSTON AIRPORT SYSTEM<br>ATTN MARIO C DIAZ, DIRECTOR<br>PO BOX 60106<br>HOUSTON, TX 77205-0106 |
| 2.712 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCI] FIFTH MASTER AMENDMENT TO THE USE & LEASE AGREEMENT AMENDS AGREEMENT DTD 5/1/2009 | CITY OF KANSAS CITY<br>PO BOX 20047<br>KANSAS CITY, MO 64195-0047 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.713 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCI] FIRST MASTER AMENDMENT TO THE USE & LEASE AGREEMENT AMENDS AGREEMENT DTD 5/1/2020 | CITY OF KANSAS CITY<br>PO BOX 20047<br>KANSAS CITY, MO  64195-0047 |
| 2.714 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCI] FOURTH MASTER AMENDMENT TO THE USE & LEASE AGREEMENT DTD 12/13/2022 AMENDS AGREEMENT DTD 5/1/2009 | CITY OF KANSAS CITY<br>PO BOX 20047<br>KANSAS CITY, MO  64195-0047 |
| 2.715 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] 2023 AMENDED AND RESTATED RATE AGREEMENT DTD 12/1/2023 RE: AGREEMENT DTD 1/1/2013 | CITY OF LOS ANGELES, CA<br>DEPT OF AIRPORTS<br>ATTN LEGAL DEP<br>1 WORLD WAY, PO BOX 92216<br>LOS ANGELES, CA  90009-2216 |
| 2.716 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] FURTHER AMENDED AND RESTATED RATE AGREEMENT DTD 5/14/2021 RE: AGREEMENT DTD 1/1/2013 | CITY OF LOS ANGELES, CA<br>DEPT OF AIRPORTS<br>ATTN LEGAL DEP<br>1 WORLD WAY, PO BOX 92216<br>LOS ANGELES, CA  90009-2216 |
| 2.717 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] FURTHER AMENDED AND RESTATED RATE AGREEMENT DTD 8/31/2021 RE: AGREEMENT DTD 1/1/2013 | CITY OF LOS ANGELES, CA<br>DEPT OF AIRPORTS<br>ATTN LEGAL DEP<br>1 WORLD WAY, PO BOX 92216<br>LOS ANGELES, CA  90009-2216 |
| 2.718 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] LETTER AGREEMENT DTD 3/2/2009 | CITY OF LOS ANGELES, CA<br>DEPT OF AIRPORTS<br>ATTN LEGAL DEP<br>1 WORLD WAY, PO BOX 92216<br>LOS ANGELES, CA  90009-2216 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.719 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] RATE AGREEMENT DTD 12/12/2012 | CITY OF LOS ANGELES, CA<br>DEPT OF AIRPORTS<br>ATTN LEGAL DEP<br>1 WORLD WAY, PO BOX 92216<br>LOS ANGELES, CA  90009-2216 |
| 2.720 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] RESTATED AND AMENDED RATE AGREEMENT LETTER AMENDMENT DTD 4/23/2020 | CITY OF LOS ANGELES, CA<br>DEPT OF AIRPORTS<br>ATTN LEGAL DEP<br>1 WORLD WAY, PO BOX 92216<br>LOS ANGELES, CA  90009-2216 |
| 2.721 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | APPENDIX TO NON-SIGNATORY AIRLINE LEASE AGREEMENT  DTD 12/1/2014<br>RE: NON-SIGNATORY AIRLINE LEASE AGREEMENT DTD 4/16/2013 | CITY OF NEW ORLEANS |
| 2.722 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PNS] AIRLINE OPERATING AGREEMENT DTD 5/25/2021 | CITY OF PENSACOLA, FL, THE<br>ATTN AIRPORT DIRECTOR<br>PENSACOLA INT'L AIRPORT<br>2430 AIRPORT BLVD, STE 225<br>PENSACOLA, FL  32504 |
| 2.723 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHX] AMENDMENT NO 1 TO LETTER OF AUTHORIZATION NO 154224 DTD 4/10/2025<br>AMENDS LOA DTD 3/18/2021 | CITY OF PHOENIX AVIATION DEPT<br>2485 E BUCKEYE RD<br>PHOENIX, AZ  85034-4301 |
| 2.724 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHX] TEMPORARY LICENSE AGREEMENT DTD 10/1/2013 | CITY OF PHOENIX AVIATION DEPT<br>C/O PHOENIX SKY INTERNATIONAL AIRPORT<br>ATTN BUSINESS & PROPERTIES, DEP AVIATION DIR<br>3400 SKY HARBOR BLVD, STE 3300<br>PHOENIX, AZ  85034-4420 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.725 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PIT] TERMINAL / STATION LEASE - PIT | CITY OF PITTSBURGH<br>PITTSBURGH INTERNATIONAL AIRPORT LANDSIDE TERMINAL<br>4TH FLOOR MEZZ<br>PO BOX 12370<br>PITTSBURGH, PA  15231-0370 |
| 2.726 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SJU] SAN ANTONIO INTL AIRPORT AIR SVC INCENTIVE AGREEMENT DTD 3/5/2025 | CITY OF SAN ANTONIO<br>9800 AIRPORT BLVD<br>SAN ANTONIO, TX  78216 |
| 2.727 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [STL] TERMINAL / STATION LEASE | CITY OF ST. LOUIS - DEPARTMENT OF AVIATION AIRPORT DIRECTOR/CEO<br>P.O. BOX 10212<br>ST. LOUIS, MO  63145-00212 |
| 2.728 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - LAS | CLARK COUNTY DEPARTMENT OF AVIATION<br>P.O. BOX 11005<br>LAS VEGAS, NV  89111-1005 |
| 2.729 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER AGREEMENT RE: UNION AVOIDANCE REPRESENTATION DTD 6/24/2016 | CLARK HILL PLC<br>ATTN DAVID M CESSANTE<br>500 WOODWARD AVE, STE 3500<br>DETROIT, MI  48226 |
| 2.730 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT APPROAL FORM COMMERCE AGREEMENT DTD 3/18/2019 | CLARUS COMMERCE LLC<br>ATTN TONY MURO<br>500 ENTERPRISE DR<br>ROCKY HILL, CT  06067 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.731 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MARKETING AGREEMENT DTD 6/1/2019 | CLARUS COMMERCE LLC<br>ATTN TONY MURO<br>500 ENTERPRISE DR<br>ROCKY HILL, CT  06067 |
| 2.732 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLE] TERMINAL / STATION LEASE | CLEVELAND AIRPORT SYSTEM<br>PO BOX 81009<br>CLEVELAND, OH  44181 |
| 2.733 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HUIZENGA EXEC HEALTH PROGRAM AGREEMENT 2024 DTD 12/26/2023 | CLEVELAND CLINIC<br>3349 MICHELSON DRIVE<br>SUITE 150<br>IRVINE, CA  92612 |
| 2.734 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PARTNER TRIAL AGREEMENT DTD 12/6/2016 | CLICKTRIPZ<br>ATTN VP BUSINESS DVPT<br>1112 OCEAN DR, STE 200<br>MANHATTAN BEACH, CA  90266 |
| 2.735 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CAPITAL ASSET REQUEST FOR EXPENDITURES - FLL NOISE COMPLAINT DEFENSE DTD 2/8/2016 | CLYDE & CO US LLP<br>ATTN JEFFREY J ELLIS<br>405 LEXINGTON AVE, FL 16<br>NEW YORK, NY  10174 |
| 2.736 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT DTD 1/1/2024 | COCA-COLA NORTH AMERICA<br>P.O. BOX 1734<br>ATLANTA, GA  30301 |

Debtor    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Spirit Airlines, LLC      Case number (if known)   25-11896

(Name)

Pg 549 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.737 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BEVERAGE AGREEMENT DTD 1/1/2024 | COCA-COLA NORTH AMERICA<br>P.O. BOX 1734<br>ATLANTA, GA 30301 |
| 2.738 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NETWORK SERVICES - TERMS & CONDITIONS NORTH AMERICA DTD 11/20/2006<br>TERMS & CONDITIONS DTD 11/21/2006 | COGENT COMMUNICATIONS INC<br>1015 31ST ST NW<br>WASHINGTON, DC 20007 |
| 2.739 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DEDICATED INTERNET ACCESS DTD 4/19/2019<br>RE: ORDER ID # 1-300309470 | COGENT COMMUNICATIONS INC<br>2450 N ST NW<br>WASHINGTON, DC 20037 |
| 2.740 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ETHERNET POINT TO POINT & VPLS SERVICES CUSTOMER ORDER FORM DTD 12/21/2015 | COGENT COMMUNICATIONS INC<br>2450 N ST NW<br>WASHINGTON, DC 20037 |
| 2.741 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [PAP] STANDARD GROUND HANDLING AGREEMENT DTD 3/20/2012 | COLIBRI-HAITI SA<br>AEROPORT TOUSSAINT LOUVERTURE<br>PORT-AU-PRINCE<br>HAITI |
| 2.742 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST CONTRACT AMENDMENT DTD 5/1/2024<br>AMENDS AGREEMENT DTD 10/20/2011 | COLIBRI-HAITI SA<br>AEROPORT TOUSSAINT LOUVERTURE<br>PORT-AU-PRINCE<br>HAITI |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.743 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER PROPOSAL TO EXTEND A320 V2500 BLOCKER DOOR AGREEMENT DTD 5/17/2022 | COLLINS AEROSPACE 4115 CORPORATE CENTER DRIVE MONROE, NC  28110 |
| 2.744 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CMH] SERVICES NOTICE LETTER DTD 1/3/2018 | COLUMBUS REGIONAL AIRPORT 4600 INTERNATIONAL GATEWAY COLUMBUS, OHIO  43219 |
| 2.745 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRODUCT & SERVICE AGREEMENT DTD 1/21/2022 | COMANT INDUSTRIES INC D/B/A COBHAM AEROSPACE COMMUNICATIONS 577 BURNING TREE RD FULLERTON, CA  92833 |
| 2.746 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SAL] AGREEMENT FOR COLLECTION OF EMBARKING FEES DTD 6/10/2011 | COMISION EJECUTIVA PORTUARIA AUTONOMA ATTN GENERAL COUNSEL EDIFICIO TORRE ROBLE, 4TH FL BLVD LOS HEROES SAN SALVADOR EL SALVADOR |
| 2.747 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SAL] AGREEMENT FOR THE COLLECTION OF BOARDING DUTY DTD 6/10/2011 | COMISION EJECUTIVA PORTUARIA AUTONOMA ATTN GENERAL COUNSEL EDIFICIO TORRE ROBLE, 4TH FL BLVD LOS HEROES SAN SALVADOR EL SALVADOR |
| 2.748 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SAL] AGREEMENT FOR USE OF AIRPORT FACILITIES DTD 6/10/2011 | COMISION EJECUTIVA PORTUARIA AUTONOMA ATTN GENERAL COUNSEL EDIFICIO TORRE ROBLE, 4TH FL BLVD LOS HEROES SAN SALVADOR EL SALVADOR |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.749 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SAL] LEASE AGREEMENT # 002-04-01-190-086-10 DTD 3/10/2014 | COMISION EJECUTIVA PORTUARIA AUTONOMA<br>EDIFICO ADMIN DEL AEROPUERTO<br>SAN LUIS TALPA, DEPT DE LA PAZ<br>SAN SALVADOR<br>EL SALVADOR |
| 2.750 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BNA] STANDARD GROUND HANDLING AGREEMENT DTD 10/10/2019 | COMMAND SECURITY CORP<br>A PROSEGUR CO<br>ATTN LEGAL<br>512 HERDON PKWY, STE A<br>HERDON, VA 20170 |
| 2.751 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DTD 6/21/2025 | COMMONWEALTH AVIATION SERVICES INC<br>D/B/A MILLION AIR RICHMOND<br>ATTN GREG ARMSTRONG<br>400 PORTUGEE RD<br>RICHMOND, VA 23250 |
| 2.752 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DTD 10/2/2014 | COMPANIA EJECUTIVA SA DE CV FIRST JET<br>D/B/A FIRST JET; ATTN C. ABED, DIR<br>PROLONGACION PASEO DE LA REFORMA 490<br>COL PENA BLANCA<br>SANTA FE 01210<br>MEXICO |
| 2.753 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FOOD SERVICES AGREEMENT DATED 03/25/2024 | COMPASS GROUP USA, INC.<br>2400 YORKMONT ROAD<br>CHARLOTTE, NC 28217 |
| 2.754 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROVIDING CALABRIO RECORDINGS SOW NO SE-051525 DTD 5/22/2025 | COMPUTACENTER UNITED STATES INC<br>ATTN DIR OF ENGINEERING<br>6025 THE CORNERS PKWY, STE 100<br>NORCROSS, GA 30092 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.755 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 02/02/2021 DTD 2/3/2025 | CONNECTED SOLUTIONS GROUP LLC<br>8529 MEADOWBRIDGE RD. STE 300<br>MECHANICSVILLE, VA  23116 |
| 2.756 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DTD 5/17/2016 | CONQUEST TECHNOLOGY SERVICES CORP<br>4675 PONCE DE LEON BLVD, STE 302<br>CORAL GABLES, FL  33146 |
| 2.757 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT 1 TO SGHA  DTD 4/24/2017 AMENDS AGREEMENT DTD 1/14/2015 | CONSTANT AVIATION<br>ATTN BRIAN MATOUSEK DIR OF MAINTENANCE OPS<br>5211 SECONDARY RD<br>CLEVELAND, OH  44135 |
| 2.758 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT 2 TO SGHA  DTD 7/22/2019 AMENDS AGREEMENT DTD 1/14/2015 | CONSTANT AVIATION<br>ATTN BRIAN MATOUSEK DIR OF MAINTENANCE OPS<br>5211 SECONDARY RD<br>CLEVELAND, OH  44135 |
| 2.759 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SAAS AGREEMENT DTD 12/21/2021 | CONTACTMONKEY<br>ATTN MIKE ANDREWS, SALES VP<br>662 KING ST W<br>TORONTO, ON  M5V 1M7<br>CANADA |
| 2.760 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK #1 DTD 5/1/2023 RE: MSA DTD 5/1/2023 | CONTAX 360 INC<br>ATTN CEO<br>1 MANGROVE WAY, BLDG G15<br>MONTEGO BAY<br>JAMAICA |

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 553 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.761 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DTD 5/1/2023 | CONTAX 360 INC<br>ATTN CEO<br>8201 PETERS RD, STE 1000<br>PLANTATION, FL  33324 |
| 2.762 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PURCHASE ORDER #2023000482 DTD 1011/2023 | CONTI LLC<br>3965 W POST RD<br>LAS VEGAS, NV  89118-6826 |
| 2.763 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENDORSEMENT  TO POLICY AND CERTIFICATE OF INSURANCE DATED 01/01/2022 | CONTINENTAL AMERICAN INSURANCE COMPANY<br>3082 W MAPLE LOOP DR<br>STE 1500<br>LEHI, UT  84043 |
| 2.764 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCI] STANDARD GROUND HANDLING AGREEMENT DTD 10/6/2014 | CONTRACT AIRCRAFT MAINTENANCE<br>ATTN LEGAL DEPARTMENT<br>16395 NW 136TH ST<br>PLATTE CITY, MO  64079 |
| 2.765 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCI] STANDARD GROUND HANDLING AGREEMENT DTD 9/1/2014 | CONTRACT AIRCRAFT MAINTENANCE<br>ATTN LEGAL DEPARTMENT<br>16395 NW 136TH ST<br>PLATTE CITY, MO  64079 |
| 2.766 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST CONTRACT AMENDMENT DTD 10/1/2015<br>AMENDS AGREEMENT DTD 9/1/2014 | CONTRACT AIRCRAFT MAINTENANCE<br>ATTN LEGAL DEPARTMENT<br>16395 NW 136TH ST<br>PLATTE CITY, MO  64079 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.767 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DTD 1/11/2024 | CONVERGE TECHNOLOGY SOLUTIONS<br>ATTN MATT BLACKBURN<br>130 TECHNOLOGY PKWY<br>NORCROSS, GA  30092 |
| 2.768 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #2 TO STANDARD GROUND HANDLING AGREEMENT DTD 7/18/2016<br>AMENDS AGREEMENT DTD 1/30/2011 | COOPESA RL<br>ATTN RODOLFO SOLIS<br>300 METROS OESTE DEL AEROPUERTO INTERNACIONAL JUAN SANTAMARIA<br>ALAJUELA<br>COSTA RICA |
| 2.769 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LINE MAINTENANCE CONTRACT N °925-2012 DATED 08/16/2023 | COOPESA RL<br>ATTN RODOLFO SOLIS<br>300 METROS OESTE DEL AEROPUERTO INTERNACIONAL JUAN SANTAMARIA<br>ALAJUELA<br>COSTA RICA |
| 2.770 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PTY] STANDARD GROUND HANDLING AGREEMENT  DTD 7/1/2016 | COPS SA<br>ATTN BENIGNO LOPEZ<br>EL INGENIO, CALLE 3RA.<br>PANAMA<br>PANAMA |
| 2.771 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DCA] PROPOSAL LETTER DTD 10/2/2009 | CORMAN CONSTRUCTION<br>ATTN PROJECT MANAGER<br>12001 GUILFORD RD<br>ANNAPOLIS JUNCTION, MD  20701 |
| 2.772 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DCA] PROPOSAL LETTER DTD 9/13/2011 | CORMAN CONSTRUCTION<br>ATTN PROJECT MANAGER<br>12001 GUILFORD RD<br>ANNAPOLIS JUNCTION, MD  20701 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.773 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DCA] PROPOSAL LETTER DTD 9/24/2010 | CORMAN CONSTRUCTION<br>ATTN PROJECT MANAGER<br>12001 GUILFORD RD<br>ANNAPOLIS JUNCTION, MD 20701 |
| 2.774 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | QUOTE #Q-125-73 | CORNERSTONE |
| 2.775 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PTY] STANDARD GROUND HANDLING AGREEMENT DTD 7/1/2016 | CORP DE OPERACIONES DE PROTECCION Y SEGURIDAD SA<br>ATTN BENIGNO LOPEZ, LEGAL REP<br>EL INGENIO, CALLE 3RA<br>PANAMA<br>PANAMA |
| 2.776 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERLINE STAFF TRAVEL AGREEMENT DTD 7/23/2015 | CORSAIR INTERNATIONAL |
| 2.777 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RUBRIK EXPANSION ENT EDITION PROPOSAL DTD 2/16/2022 | CORUS360<br>130 TECHNOLOGY PKWY<br>NORCROSS, GA 30092 |
| 2.778 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DTW] RATE AND SERVICE AGREEMENT DTD 1/1/2025 | COURTYARD BY MARRIOTT<br>ATTN SALES EXECUTIVE<br>30653 FLYNN DR<br>ROMULUS, MI 48174 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.779 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PARTNERSHIP AGREEMENT | COVER GENIUS LATIN AMERICA SA<br>ATTN AMIR MASSOUDI<br>DR LUIS BONAVITA 1294<br>INNOVATION CENTER, OFFICE 216<br>MONTEVIDEO<br>URUGUAY |
| 2.780 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CO-BRAND CREDIT CARD PROGRAM AGREEMENT DTD 8/7/2020 | CREDITSHOP LLC<br>ATTN GEN COUNSEL<br>504 LAVACA ST, STE 930<br>AUSTIN, TX 78701 |
| 2.781 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DATA PROCESSING AGREEMENT DTD 3/21/2025 | CRESTA INTELLIGENCE INC<br>ATTN VP REVENUE OPERATIONS<br>540 BRYANT ST, #200<br>PALO ALTO, CA 94301 |
| 2.782 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUBSCRIPTION SERVICES AGREEMENT DTD 3/21/2025 | CRESTA INTELLIGENCE INC<br>ATTN VP REVENUE OPERATIONS<br>540 BRYANT ST, #200<br>PALO ALTO, CA 94301 |
| 2.783 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK #1 DTD 3/21/2025 | CRESTA INTELLIGENCE INC<br>ATTN VP REVENUE OPERATIONS<br>540 BRYANT ST, #200<br>PALO ALTO, CA 94301 |
| 2.784 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [ATL] STANDARD GROUND HANDLING AGREEMENT DTD 12/1/2008 | CROWNE AVIATION SERVICES LLC<br>ATTN SALLY LEONARD, CEO<br>1900 CENTURY PL, STE 204<br>ATLANTA, GA 30345 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.785 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] ASSIGNMENT REQUEST DTD 10/22/2008 | CROWNE SOLUTIONS LLC<br>ATTN CEO<br>1900 CENTURY PL, STE 100<br>ATLANTA, GA  30345 |
| 2.786 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CRW] STANDARD GROUND HANDLING AGREEMENT DTD 3/3/2011 | CRW SERVICES<br>ATTN TERRY SAYRE, ASSISTANT DIR<br>100 AIRPORT RD, STE 175<br>CHARLESTON, WV  25311 |
| 2.787 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RUBRIK UPGRADE PREM SUPP PROPOSAL DTD 9/19/2024 | CTS US LLC<br>130 TECHNOLOGY PKWY<br>NORCROSS, GA  30092 |
| 2.788 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGAGEMENT LETTER DTD 8/1/2025 | CUSHMAN & WAKEFIELD REGIONAL INC<br>ATTN EXEC DIRECTOR<br>225 NE MIZNER BLVD<br>BOCA RATON, FL  33432 |
| 2.789 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROPERTY MANAGEMENT AGREEMENT DATED 12/21/2023 | CUSHMAN & WAKEFIELD U.S., INC.<br>225 NE MIZNER BLVD.<br>SUITE 300<br>BOCA RATON, FL  33432 |
| 2.790 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERLINE STAFF TRAVEL AGREEMENT DTD 9/3/2015 | CZECH AIRLINES |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.791 | State what the contract or lease is for and the nature of the debtor's interest | [FLL] GROUND SUPPORT EQUIPMENT MAINTENANCE AGREEMENT DTD 6/23/2008 | D&D GSE SUPPORT INC ATTN LEO DYKE 680 SW 34TH ST FORT LAUDERDALE, FL 33315 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.792 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR SERVICES RENDERED DTD 8/1/2024 | DADE GSE INC ATTN ANTHONY TIMONEDA 5727 NW 7TH ST, #162 MIAMI, FL 33126 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.793 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #3605 | DAE (IRELAND) LIMITED BLOCK B RIVERSIDE IV SIR JOHN ROGERSON'S QUAY DUBLIN 2 D02RR77 IRELAND |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.794 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #3606 | DAE (IRELAND) LIMITED BLOCK B RIVERSIDE IV SIR JOHN ROGERSON'S QUAY DUBLIN 2 D02RR77 IRELAND |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.795 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #3611 | DAE (IRELAND) LIMITED BLOCK B RIVERSIDE IV SIR JOHN ROGERSON'S QUAY DUBLIN 2 D02RR77 IRELAND |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.796 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #3617 | DAE (IRELAND) LIMITED BLOCK B RIVERSIDE IV SIR JOHN ROGERSON'S QUAY DUBLIN 2 D02RR77 IRELAND |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 559 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.797 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4929 | DAE (IRELAND) LIMITED<br>BLOCK B RIVERSIDE IV SIR JOHN ROGERSON'S QUAY<br>DUBLIN 2  D02RR77<br>IRELAND |
| 2.798 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] DELTA GLOBAL SVC ACCOUNT MGR LETTER DTD 5/6/2009 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA  30354 |
| 2.799 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] FIRST CONTRACT AMENDMENT DTD 8/10/2021<br>AMENDS AGREEMENT DTD 3/1/2021 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA  30354 |
| 2.800 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] STANDARD GROUND HANDLING AGREEMENT DTD 1/1/2013 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA  30354 |
| 2.801 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] STANDARD GROUND HANDLING AGREEMENT DTD 8/1/2008 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA  30354 |
| 2.802 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BDL] STANDARD GROUND HANDLING AGREEMENT DTD 10/15/2019 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA  30354 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.803 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CAK] FOURTH CONTRACT AMENDMENT DTD 2/1/2020 AMENDS AGREEMENT DTD 4/1/2019 | DAL GLOBAL SERVICES LLC ATTN JOYCE LEE, CONTRACTS MGR 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA  30354 |
| 2.804 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CAK] STANDARD GROUND HANDLING AGREEMENT DTD 6/18/2018 | DAL GLOBAL SERVICES LLC ATTN JOYCE LEE, CONTRACTS MGR 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA  30354 |
| 2.805 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLT] FIRST CONTRACT AMENDMENT DTD 4/1/2020 AMENDS AGREEMENT DTD 6/20/2019 | DAL GLOBAL SERVICES LLC ATTN JOYCE LEE, CONTRACTS MGR 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA  30354 |
| 2.806 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLT] SECOND CONTRACT AMENDMENT DTD 7/20/2021 AMENDS AGREEMENT DTD 6/20/2019 | DAL GLOBAL SERVICES LLC ATTN JOYCE LEE, CONTRACTS MGR 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA  30354 |
| 2.807 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLT] STANDARD GROUND HANDLING AGREEMENT DTD 6/20/2019 | DAL GLOBAL SERVICES LLC ATTN JOYCE LEE, CONTRACTS MGR 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA  30354 |
| 2.808 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DEN] STANDARD GROUND HANDLING AGREEMENT DTD 5/3/2012 | DAL GLOBAL SERVICES LLC ATTN JOYCE LEE, CONTRACTS MGR 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA  30354 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.809 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DTW] FIRST CONTRACT AMENDMENT DTD 6/3/2015 AMENDS AGREEMENT DTD 6/3/2015 | DAL GLOBAL SERVICES LLC ATTN JOYCE LEE, CONTRACTS MGR 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA  30354 |
| 2.810 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DTW] FIRST CONTRACT AMENDMENT DTD 4/1/2021 AMENDS AGREEMENT DTD 9/1/2020 | DAL GLOBAL SERVICES LLC ATTN JOYCE LEE, CONTRACTS MGR 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA  30354 |
| 2.811 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DTW] SALE OF GOODS AGREEMENT DTD 6/5/2015 | DAL GLOBAL SERVICES LLC ATTN JOYCE LEE, CONTRACTS MGR 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA  30354 |
| 2.812 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DTW] STANDARD GROUND HANDLING AGREEMENT  DTD 1/27/2022 | DAL GLOBAL SERVICES LLC ATTN JOYCE LEE, CONTRACTS MGR 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA  30354 |
| 2.813 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DTW] STANDARD GROUND HANDLING AGREEMENT  DTD 4/14/2021 | DAL GLOBAL SERVICES LLC ATTN JOYCE LEE, CONTRACTS MGR 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA  30354 |
| 2.814 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DTW] STANDARD GROUND HANDLING AGREEMENT DTD 3/4/2015 | DAL GLOBAL SERVICES LLC ATTN JOYCE LEE, CONTRACTS MGR 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA  30354 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.815 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DTW] STANDARD GROUND HANDLING AGREEMENT DTD 7/1/2016 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA  30354 |
| 2.816 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAS] FIRST CONTRACT AMENDMENT DTD 1/1/2018 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA  30354 |
| 2.817 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAS] FOURTH CONTRACT AMENDMENT DTD 11/1/2014<br>AMENDS AGREEMENT DTD 5/1/2011 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA  30354 |
| 2.818 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAS] SECOND CONTRACT AMENDMENT DTD 9/1/2018 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA  30354 |
| 2.819 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAS] STANDARD GROUND HANDLING AGREEMENT  DTD 8/1/2016 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA  30354 |
| 2.820 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAS] STANDARD GROUND HANDLING AGREEMENT DTD 5/1/2011 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA  30354 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.821 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAS] STANDARD GROUND HANDLING AGREEMENT DTD 8/1/2016 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA 30354 |
| 2.822 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] FIFTH CONTRACT AMENDMENT DTD 8/10/2021<br>AMENDS ANNEX B3.0 DTD 5/1/2018 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA 30354 |
| 2.823 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] FIRST CONTRACT AMENDMENT DTD 11/1/2014<br>AMENDS ANNEX B.1 9/1/2014 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA 30354 |
| 2.824 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] FIRST CONTRACT AMENDMENT DTD 4/1/2015<br>AMENDS AGREEMENT DTD 9/1/2014 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA 30354 |
| 2.825 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] FOURTH CONTRACT AMENDMENT DTD 6/3/2021<br>AMENDS ANNEX B3.0 DTD 5/1/2018 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA 30354 |
| 2.826 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] STANDARD GROUND HANDLING AGREEMENT DTD 4/20/2018 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA 30354 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.827 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] STANDARD GROUND HANDLING AGREEMENT DTD 5/1/2018 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA  30354 |
| 2.828 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] STANDARD GROUND HANDLING AGREEMENT DTD 8/1/2016 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA  30354 |
| 2.829 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] STANDARD GROUND HANDLING AGREEMENT DTD 9/1/2014 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA  30354 |
| 2.830 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] THIRD CONTRACT AMENDMENT DTD 6/3/2021<br>AMENDS ANNEX B3.0 DTD 5/1/2018 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA  30354 |
| 2.831 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MYR] FIFTH CONTRACT AMENDMENT DTD 6/3/2021<br>AMENDS AGREEMENT DTD 3/24/2015 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA  30354 |
| 2.832 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MYR] FIRST CONTRACT AMENDMENT DTD 6/5/2015<br>AMENDS AGREEMENT DTD 6/5/2015 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA  30354 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.833 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MYR] FOURTH CONTRACT AMENDMENT DTD 6/3/2021 AMENDS AGREEMENT DTD 3/24/2015 | DAL GLOBAL SERVICES LLC ATTN JOYCE LEE, CONTRACTS MGR 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA  30354 |
| 2.834 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MYR] INDEMNITY AGREEMENT DTD 6/1/2015 | DAL GLOBAL SERVICES LLC ATTN JOYCE LEE, CONTRACTS MGR 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA  30354 |
| 2.835 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MYR] LETTER AGREEMENT DTD 6/7/2019 | DAL GLOBAL SERVICES LLC ATTN JOYCE LEE, CONTRACTS MGR 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA  30354 |
| 2.836 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MYR] SALE OF GOODS AGREEMENT DTD 6/5/2015 | DAL GLOBAL SERVICES LLC ATTN JOYCE LEE, CONTRACTS MGR 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA  30354 |
| 2.837 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MYR] SECOND CONTRACT AMENDMENT DTD 5/11/2016 AMENDS AGREEMENT DTD 6/5/2015 | DAL GLOBAL SERVICES LLC ATTN JOYCE LEE, CONTRACTS MGR 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA  30354 |
| 2.838 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MYR] SEVENTH CONTRACT AMENDMENT DTD 8/10/2021 AMENDS AGREEMENT DTD 3/24/2015 | DAL GLOBAL SERVICES LLC ATTN JOYCE LEE, CONTRACTS MGR 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA  30354 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.839 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MYR] SIXTH CONTRACT AMENDMENT DTD 8/10/2021 AMENDS AGREEMENT DTD 3/24/2015 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA  30354 |
| 2.840 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MYR] STANDARD GROUND HANDLING AGREEMENT DTD 3/24/2015 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA  30354 |
| 2.841 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MYR] THIRD CONTRACT AMENDMENT AMENDS AGREEMENT DTD 3/24/2015 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA  30354 |
| 2.842 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [OAK] STANDARD GROUND HANDLING AGREEMENT DTD 8/18/2011 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA  30354 |
| 2.843 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHL] FIRST CONTRACT AMENDMENT DTD 7/1/2015 AMENDS AGREEMENT DTD 4/4/2013 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA  30354 |
| 2.844 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHL] STANDARD GROUND HANDLING AGREEMENT DTD 4/4/2013 | DAL GLOBAL SERVICES LLC<br>ATTN JOYCE LEE, CONTRACTS MGR<br>980 VIRGINIA AVE 4TH FLOOR<br>ATLANTA, GA  30354 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.845 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [RDU] FIRST CONTRACT AMENDMENT DTD 6/3/2021 AMENDS AGREEMENT DTD 5/2/2019 | DAL GLOBAL SERVICES LLC ATTN JOYCE LEE, CONTRACTS MGR 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA 30354 |
| 2.846 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [RDU] SECOND CONTRACT AMENDMENT DTD 6/3/2021 AMENDS AGREEMENT DTD 5/2/2019 | DAL GLOBAL SERVICES LLC ATTN JOYCE LEE, CONTRACTS MGR 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA 30354 |
| 2.847 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [RDU] STANDARD GROUND HANDLING AGREEMENT DTD 5/2/2019 | DAL GLOBAL SERVICES LLC ATTN JOYCE LEE, CONTRACTS MGR 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA 30354 |
| 2.848 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [RDU] THIRD CONTRACT AMENDMENT DTD 6/3/2021 AMENDS AGREEMENT DTD 5/2/2019 | DAL GLOBAL SERVICES LLC ATTN JOYCE LEE, CONTRACTS MGR 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA 30354 |
| 2.849 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [TPA] FIRST CONTRACT AMENDMENT DTD 5/1/2018 AMEND ANNEX B.1 DTD 9/14/2014 | DAL GLOBAL SERVICES LLC ATTN JOYCE LEE, CONTRACTS MGR 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA 30354 |
| 2.850 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [TPA] FOURTH CONTRACT AMENDMENT DTD 4/1/2020 AMENDS ANNEX B1 DTD 9/10/2014 | DAL GLOBAL SERVICES LLC ATTN JOYCE LEE, CONTRACTS MGR 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA 30354 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.851 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [TPA] SECOND CONTRACT AMENDMENT DTD 4/1/2019 AMENDS ANNEX B1 DTD 9/10/2014 | DAL GLOBAL SERVICES LLC ATTN JOYCE LEE, CONTRACTS MGR 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA  30354 |
| 2.852 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [TPA] STANDARD GROUND HANDLING AGREEMENT  DTD 9/10/2014 | DAL GLOBAL SERVICES LLC ATTN JOYCE LEE, CONTRACTS MGR 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA  30354 |
| 2.853 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [TPA] THIRD CONTRACT AMENDMENT DTD 4/1/2019 AMENDS AGREEMENT DTD 4/1/2019 | DAL GLOBAL SERVICES LLC ATTN JOYCE LEE, CONTRACTS MGR 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA  30354 |
| 2.854 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE ELEVATION AND DISCOUNT PROPOSAL DTD 6/7/2019 | DAL GLOBAL SERVICES LLC ATTN JOYCE LEE, CONTRACTS MGR 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA  30354 |
| 2.855 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [DFW] AMENDED DE-ICING PERMIT (AERONAUTICAL OPERATOR) DTD 10/1/2000 AMENDS PERMIT DTD 10/15/2017 | DALLAS/FORT WORTH INT'L AIRPORT ATTN VP, AVIATION REAL ESTATE PO BOX 619428 DFW AIRPORT, TX  75261-9428 |
| 2.856 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [DFW] FIFTH LEASE AMENDMENT TO SIGNATORY LEASE DTD 10/8/2015 AMENDS AGREEMENT DTD 10/1/2010 | DALLAS/FORT WORTH INT'L AIRPORT ATTN VP, AVIATION REAL ESTATE PO BOX 619428 DFW AIRPORT, TX  75261-9428 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.857 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] FOURTH AMENDMENT TO SIGNATORY LEASE DTD 3/6/2015 AMENDS AGREEMENT DTD 10/1/2010 | DALLAS/FORT WORTH INT'L AIRPORT ATTN VP, AVIATION REAL ESTATE PO BOX 619428 DFW AIRPORT, TX 75261-9428 |
| 2.858 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] SECOND AMENDMENT TO SIGNATORY LEASE DTD 6/28/2012 AMENDS AGREEMENT DTD 10/1/2010 | DALLAS/FORT WORTH INT'L AIRPORT ATTN VP, AVIATION REAL ESTATE PO BOX 619428 DFW AIRPORT, TX 75261-9428 |
| 2.859 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO LIMITED LIABILITY COMPANY AGREEMENT AMENDS AGREEMENT DTD 9/22/2014 | DALLAS-FORT WORTH FUEL CO LLC ATTN CHRISTINE WANG, FUEL COMM CHAIRPERSON 4333 AMON CARTER BLVD, MD5223 FORT WORTH, TX 76155 |
| 2.860 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FUEL SYSTEM INTERLINE AGREEMENT DTD 9/22/2014 | DALLAS-FORT WORTH FUEL CO LLC ATTN CHRISTINE WANG, FUEL COMM CHAIRPERSON 4333 AMON CARTER BLVD, MD5223 FORT WORTH, TX 76155 |
| 2.861 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CORPORATE HOUSING LEASE | DANIA LIVE 1748 II, LLC PO BOX 30344 TAMPA, FL 33630 |
| 2.862 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERLINE STAFF TRAVEL AGREEMENT DTD 7/29/2015 | DANISH AIR TRANSPORT |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.863 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DTW] MEMBERS AGREEMENT | DANTEC INC |
| 2.864 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BUR] SECOND CONTRACT AMENDMENT DTD 1/1/2022 AMENDS ANNEX B.1 DTD 6/20/2019 | DAVIES SKYCAP SERVICES INC<br>P.O. BOX 6818<br>BURBANK, CA 91510 |
| 2.865 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RESTRUCTURING COUNSEL AGREEMENT | DAVIS POLK & WARDWELL LLP<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 |
| 2.866 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PAINT SERVICES PROPOSAL & AGREEMENT (P21-136) DTD 12/9/2021 | DEAN BALDWIN PAINTING LP<br>ATTN BARBARA BALDWIN<br>2395 BULVERDE RD, STE 105<br>BULVERDE, TX 78163 |
| 2.867 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGAGEMENT LETTER DTD 7/15/2024 | DEBEVOISE & PLIMPTON LLP<br>919 THIRD AVENUE<br>NEW YORK, NY 10022 |
| 2.868 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INFLIGHT TRAINING LEASE | DECATUR BUSINESS CENTER LLC<br>6280 S. VALLEY VIEW BLVD<br>STE 106<br>LAS VEGAS, NV 89118 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.869 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] STANDARD GROUND HANDLING AGREEMENT DTD 12/12/2008 | DELTA AIR LINES INC<br>ATTN INSOURCING DEPT 102, ACS<br>PO BOX 20706<br>ATLANTA, GA  30320-6001 |
| 2.870 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] GATE AND HOLDROOM USE AGREEMENT DTD 3/18/2011 | DELTA AIR LINES INC<br>ATTN INSOURCING DEPT 102, ACS<br>PO BOX 20706<br>ATLANTA, GA  30320-6001 |
| 2.871 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] STANDARD GROUNG HANDLING AGREEMENT  DTD 8/20/2002 | DELTA AIR LINES INC<br>ATTN INSOURCING DEPT 102, ACS<br>PO BOX 20706<br>ATLANTA, GA  30320-6001 |
| 2.872 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] INDEMNIFICATION AGREEMENT DTD 11/8/2010 | DELTA AIR LINES INC<br>ATTN KEVIN LAGER<br>1030 DELTA BLVD<br>DEPARTMENT 857<br>ATLANTA, GA  30354 |
| 2.873 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] SUBLEASE AGREEMENT DTD 12/8/2017 | DELTA AIR LINES INC<br>ATTN KEVIN LAGER<br>1030 DELTA BLVD<br>DEPARTMENT 857<br>ATLANTA, GA  30354 |
| 2.874 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] SUBLEASE AGREEMENT DTD 11/1/2009 | DELTA AIR LINES INC<br>ATTN KEVIN LAGER<br>1030 DELTA BLVD<br>DEPARTMENT 857<br>ATLANTA, GA  30354 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.875 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FUEL SYSTEM INTERLINE AGREEMENT DATED 02/01/2008 DTD 9/1/1987 | DELTA AIR LINES INC<br>ATTN KEVIN LAGER<br>1030 DELTA BLVD<br>DEPARTMENT 857<br>ATLANTA, GA  30354 |
| 2.876 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO LOUIS ARMSTRONG NEW ORLEANS INTL AIRPORT FUEL SYT INTERLINE AGREEMENT  DTD 12/7/2015 AMENDS AGREEMENT DTD 1/20/2015 | DELTA AIR LINES INC<br>ATTN LYLE A ASKE<br>1010 DELTA BLVD, ATG 920<br>ATLANTA, GA  30354 |
| 2.877 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LINE MAINTENANCE AGREEMENT #115197 DTD 4/24/2014 | DELTA AIRLINES INC<br>ATTN LYLE A ASKE<br>1010 DELTA BLVD, ATG 920<br>ATLANTA, GA  30354 |
| 2.878 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LINE MAINTENANCE AGREEMENT# 115197 DTD 4/6/2015 | DELTA AIRLINES INC<br>ATTN LYLE A ASKE<br>1010 DELTA BLVD, ATG 920<br>ATLANTA, GA  30354 |
| 2.879 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE LEVELS AND MINIMUM STANDARS DTD 6/5/2015 | DELTA AIRLINES INC<br>ATTN LYLE A ASKE<br>1010 DELTA BLVD, ATG 920<br>ATLANTA, GA  30354 |
| 2.880 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPARE PARTS NON-POOL LOAN AGREEMENT | DELTA AIRLINES INC<br>C/O DELTA TECHOPS<br>ATTN JEFF GOODWIN, LOANS & BORROWS<br>1775 MH JACKSON SERVICE RD, TOC 1, 2ND FL<br>ATLANTA, GA  30354-6001 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.881 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT CLEANING SERVICE AGREEMENT DTD 10/1/2022 | DELTA AND SIERRA HOLDINGS LLC D/B/A DASH AERO ATTN DAVID ALLEN, CO FOUNDER 2739 UPPER PARK RD ORLANDO, FL 32814 |
| 2.882 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BNA] BNA RFP CONFIRMATION LETTER DTD 8/1/2019 | DELTA GLOBAL SERVICES LLC ATTN JOYCE LEE 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA 30354 |
| 2.883 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DEN] DGS SUBLEASE 2012 RECONCILIATION DTD 1/18/2012 | DELTA GLOBAL SERVICES LLC ATTN JOYCE LEE 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA 30354 |
| 2.884 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DEN] DGS SUBLEASE AMENDMENT NO 1 DTD 1/18/2012 | DELTA GLOBAL SERVICES LLC ATTN JOYCE LEE 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA 30354 |
| 2.885 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DEN] FIRST CONTRACT AMENDMENT DTD 6/1/2013 AMENDS ANNEX B.1 DTD 5/3/2012 | DELTA GLOBAL SERVICES LLC ATTN JOYCE LEE 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA 30354 |
| 2.886 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAS] FIRST CONTRACT AMENDMENT DTD 11/1/2011 AMENDS ANNEX B.1 DTD 5/1/2011 | DELTA GLOBAL SERVICES LLC ATTN JOYCE LEE 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA 30354 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.887 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAS] SECOND CONTRACT AMENDMENT DTD 9/1/2012 AMENDS AGREEMENT DTD 5/1/2011 | DELTA GLOBAL SERVICES LLC ATTN JOYCE LEE 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA 30354 |
| 2.888 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAS] THIRD CONTRACT AMENDMENT DTD 1/1/2013 AMENDS AGREEMENT DTD 5/1/2011 | DELTA GLOBAL SERVICES LLC ATTN JOYCE LEE 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA 30354 |
| 2.889 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [OAK] FIRST CONTRACT AMENDMENT DTD 7/1/2013 AMENDS ANNEX B.1 DTD 8/18/2011 | DELTA GLOBAL SERVICES LLC ATTN JOYCE LEE 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA 30354 |
| 2.890 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [OAK] FOURTH CONTRACT AMENDMENT DTD 7/1/2016 | DELTA GLOBAL SERVICES LLC ATTN JOYCE LEE 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA 30354 |
| 2.891 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [OAK] SECOND CONTRACT AMENDMENT DTD 7/1/2014 AMENDS AGREEMENT DTD 8/18/2011 | DELTA GLOBAL SERVICES LLC ATTN JOYCE LEE 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA 30354 |
| 2.892 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [OAK] THIRD CONTRACT AMENDMENT DTD 7/1/2015 AMENDS AGREEMENT DTD 8/18/2011 | DELTA GLOBAL SERVICES LLC ATTN JOYCE LEE 980 VIRGINIA AVE 4TH FLOOR ATLANTA, GA 30354 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.893 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CTG] STANDARD GROUND HANDLING AGREEMENT DTD 5/8/2008 | DESACOL SA<br>ATTN EDUARDO BARRERO<br>CR 10 # 96-25, OFC 303<br>BOGOTA<br>COLOMBIA |
| 2.894 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT & MODIFICATION DTD 6/29/2011<br>AMENDS MERCHANT SERVICES AIRLINE AGREEMENT DTD 6/6/1996 | DFS SERVICES LLC |
| 2.895 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [GUA] TERMINAL / STATION SERVICE AGREEMENT (GUA) | DIECCION GENERAL DE AERONAUTICA CIVIL<br>9A AVENIDA  14-75<br>ZONA 13<br>CIUDAD<br>GUATEMALA |
| 2.896 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | QUOTATION #ES-43331 DTD 8/15/2024 | DIGITAL ERA<br>8750 NW 36TH ST, STE 270<br>DORAL, FL  33178 |
| 2.897 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [GUA] CONTRACT OF PROVISIONAL OCCUPATION PERMIT DTD 3/20/2007 | DIRECCION GENERAL DE AERONAUTICA CIVIL<br>AEROPUERTO INTL LA AURORA, 1ST FL<br>ALA SUR, ZONA 13<br>GUATEMALA<br>GUATEMALA |
| 2.898 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [GUA] INTERVENTION RESOLUTION DTD 5/30/2011 | DIRECCION GENERAL DE AERONAUTICA CIVIL<br>AEROPUERTO INTL LA AURORA, 1ST FL<br>ALA SUR, ZONA 13<br>GUATEMALA<br>GUATEMALA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.899 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [GUA] REMODEL AGREEMENT #719-2005 DTD 3/20/2007 | DIRECCION GENERAL DE AERONAUTICA CIVIL AEROPUERTO INTL LA AURORA, 1ST FL ALA SUR, ZONA 13 GUATEMALA GUATEMALA |
| 2.900 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] FIRST CONTRACT AMENDMENT DTD 1/1/2016 AMENDS AGREEMENT DTD 10/1/2011 | DIRECT AIRLINE SERVICES INC ATTN VP AIRPORT & ADMIN 4030 NW 29TH ST MIAMI, FL  33142 |
| 2.901 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] FOURTH CONTRACT AMENDMENT DTD 3/19/2020 AMENDS AGREEMENT DTD 10/1/2011 | DIRECT AIRLINE SERVICES INC ATTN VP AIRPORT & ADMIN 4030 NW 29TH ST MIAMI, FL  33142 |
| 2.902 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] FT LAUDERDALE/HOLLYWOOD INT'L AIRPORT LIVING WAGE RATE INCREASE 2023 LETTER DTD 12/1/2022 | DIRECT AIRLINE SERVICES INC ATTN VP AIRPORT & ADMIN 4030 NW 29TH ST MIAMI, FL  33142 |
| 2.903 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] SECOND CONTRACT AMENDMENT DTD 1/1/2018 AMENDS AGREEMENT DTD 10/1/2011 | DIRECT AIRLINE SERVICES INC ATTN VP AIRPORT & ADMIN 4030 NW 29TH ST MIAMI, FL  33142 |
| 2.904 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] STANDARD GROUND HANDLING AGREEMENT DTD 10/1/2011 | DIRECT AIRLINE SERVICES INC ATTN VP AIRPORT & ADMIN 4030 NW 29TH ST MIAMI, FL  33142 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.905 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] THIRD CONTRACT AMENDMENT DTD 1/1/2019 AMENDS AGREEMENT DTD 10/1/2011 | DIRECT AIRLINE SERVICES INC ATTN VP AIRPORT & ADMIN 4030 NW 29TH ST MIAMI, FL 33142 |
| 2.906 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT | DIRECTPATH 11501 DUBLIN BLVD. SUITE 200 DUBLIN, CA 94568 |
| 2.907 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CUN] AIR PROTECTION SERVICES PROPOSAL DTD 12/5/2023 | DISTRESSED PASSENGERS SOLUTIONS SA DE CV AIR PROTECTION SERVICES DISTRESSED PASSENGERS AIR PROTECTION SERVICE CANCUN MEXICO |
| 2.908 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT & ORDER FORM DTD 5/13/2022 | DOCUSIGN INC ATTN MANAGER REVENUE OPS 221 MAIN ST, STE 1550 SAN FRANCISCO, CA 94105 |
| 2.909 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] JANITORIAL AIRPORT SERVICE AGREEMENT DTD 4/1/2024 | DONE RIGHT BUILDING SERVICES INC ATTN BETHANY STEWART FOUR COPLAY PLACE, STE 105 BOSTON, MA 2116 |
| 2.910 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT DTD 1/1/2023 AMENDS AGREEMENT DTD 1/1/2017 | DR PEPPER/SEVEN UP INC C/O KEURIG DR PEPPER ATTN VP NATIONAL ACCOUNTS 6425 HALL OF FAME LN FRISCO, TX 75034 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.911 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] NOTICE OF JANITORIAL SERVICE AWARD LETTER DTD 3/27/2024 | DRB FACILITY SERVICE<br>FOUR COPLAY PLACE, STE 105<br>BOSTON, MA  2116 |
| 2.912 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] SOW FOR JANITORIAL SERVICES DTD 12/29/2023 | DRB FACILITY SERVICE<br>FOUR COPLAY PLACE, STE 105<br>BOSTON, MA  2116 |
| 2.913 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CAE] AGREEMENT FOR MAINTENANCE SUPPORT  DTD 6/4/2025 | EAGLE AVIATION COLUMBIA LLC<br>ATTN R. LEE THOMAS & G BACIGALUPO<br>2861 AVIATION WY<br>WEST COLUMBIA, SC  29170 |
| 2.914 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PBG] STANDARD GROUND HANDLING AGREEMENT DTD 2/23/2019 | EAGLE AVIATION SERVICES LLC<br>ATTN ACCOUNTING<br>1 ALABAMA AVE<br>PLATTSBURGH, NY  12903 |
| 2.915 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CUN] STANDARD GROUND HANDLING AGREEMENT  DTD 6/1/2011 | EAGLE AVIATION SERVICES SA DE CV<br>ATTN DIRECTOR GENERAL<br>DINARES NO24 INT1, COL AMP SIMON BOLIVAR<br>DEL VENUSTIANO CARRANZA<br>CDMX  15420<br>MEXICO |
| 2.916 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [TLC] STANDARD GROUND HANDLING AGREEMENT  DTD 6/3/2011 | EAGLE AVIATION SERVICES SA DE CV<br>ATTN DIRECTOR GENERAL<br>DINARES NO24 INT1, COL AMP SIMON BOLIVAR<br>DEL VENUSTIANO CARRANZA<br>CDMX  15420<br>MEXICO |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.917 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CUN] STANDARD GROUND HANDLING AGREEMENT DTD 1/10/2006 | EAGLE GROUND SUPPORT SA DE CV<br>TRABAJO Y PREVISION SOCIAL # 437<br>OFIC 1-4<br>MEXICO CITY<br>MEXICO |
| 2.918 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT EAM-NK-27012024 REV 08 DTD 1/27/2025 | EASTERN AERO MARINE INC<br>D/B/A EAM RFID SOLUTIONS<br>5502 NW 37TH AVE<br>MIAMI, FL 33142 |
| 2.919 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ECO POWER AGREEMENT DTD 6/18/2025 | ECOSERVICES LLC<br>100 GREAT MEADOW RD, STE 202<br>WETHERSFIELD, CT 06109 |
| 2.920 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER LICENSE AGREEMENT DTD 5/4/2015 | ECRION SOFTWARE INC<br>ATTN CONTRACTS ADMIN<br>7361 CALHOUN PL, STE 475<br>ROCKVILLE, MD 20855 |
| 2.921 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT NO 1 TO GENERAL TERSM AGREEMENT<br>RE: REFERENCE #<br>ECUBEUSA/JANUARY 2023 | ECUBE SOLUTIONS LLC<br>1209 ORANGE STREET<br>WILMINGTON<br>NEW CASTLE COUNTY, DE 19801 |
| 2.922 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERLINE STAFF TRAVEL AGREEMENT DTD 3/5/2015 | EL AL ISRAEL AIRLINES |

Debtor  Spirit Airlines, LLC
  (Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 580 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.923 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CHANGE ORDER REQUEST DTD 2/21/2024 | ELP AVIATION INC<br>1159 DONALD LANE<br>CONWAY SPRINGS, KS  67031 |
| 2.924 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT FOR SAAS HOSTED PRODUCTS DTD 6/25/2021 | ELP AVIATION INC<br>1159 DONALD LANE<br>CONWAY SPRINGS, KS  67031 |
| 2.925 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK FOR SERVICES DTD 2/13/2024<br>RE: MSA DTD 6/25/2021 | ELP AVIATION INC<br>1159 DONALD LANE<br>CONWAY SPRINGS, KS  67031 |
| 2.926 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT OF UNDERSTANDING FOR OBTAINING TOURIST CARDS & ENTRY OF FOREIGN CITIZENS TO CUBA DTD 1/27/2017 | EMBASY OF CUBA IN WASHINGTON DC<br>2630 16TH ST NW<br>WASHINGTON, DC  20009 |
| 2.927 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | KEY TERMS OF CONTRACT WITH CUBAN EMBASSY FOR SALE OF TOURIST CARDS DTD 1/17/2017 | EMBASY OF CUBA IN WASHINGTON DC<br>2630 16TH ST NW<br>WASHINGTON, DC  20009 |
| 2.928 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERLINE STAFF TRAVEL AGREEMENT DTD 8/15/2015 | EMIRATES AIRLINES |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.929 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACTING AOB TRANS WORK 2024 DTD 8/22/2024 | EMO ADVISORS INC<br>ATTN ERIC OLSON, CEO<br>PO BOX 870<br>REDLANDS, CA  92373 |
| 2.930 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACTING EMO ADVISORS FOR TRANSPORMATION WORK, 2024 DTD 6/6/2024 | EMO ADVISORS INC<br>ATTN ERIC OLSON, CEO<br>PO BOX 870<br>REDLANDS, CA  92373 |
| 2.931 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | QUOTATION - 443086 DTD 6/2/2024 | EMPIRE OFFICE INC<br>654 MADISON AVE, FL 14<br>NEW YORK, NY  10065 |
| 2.932 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MGA] IATA STANDARD GROUND ASSISTANCE CONTRACT DTD 1/31/2012 | EMPRESA ADMIN AEROPUERTOS INT'L NICARAGUANCE<br>KM 11 CARRETERA NORTE<br>5179<br>NICARAGUA |
| 2.933 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MGA] STANDARD GROUND HANDLING AGREEMENT DTD 1/31/2011 | EMPRESA ADMIN AEROPUERTOS INT'L NICARAGUANCE<br>KM 11 CARRETERA NORTE<br>5179<br>NICARAGUA |
| 2.934 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT DTD 8/2/2017 | EMPRESA ADMIN AEROPUERTOS INT'L NICARAGUANCE<br>KM 11 CARRETERA NORTE<br>5179<br>NICARAGUA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.935 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SAP] TERMINAL / STATION LEASE | EMPRESA HONDUREÑA DE INFRAESTRUCTURA Y SERVICIOS AEROPORTUARIOS S.A. (EHISA)<br>AEROPUERTO RAMON VILLEDA MORALES<br>MUNICIPIO SAN PEDRO<br>SULA DEPARTAMENTO<br>CORTES<br>HONDURAS |
| 2.936 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [STI] FIRST CONTRACT AMENDMENT DTD 1/1/2018<br>AMENDS AGREEMENT DTD 6/18/2009 | EMPRESAS AIC SA<br>ATTN PRESIDENT<br>AEROPUERTO INTERNACIONAL DEL CIBAO<br>UVERAL, LICEY AL MEDIO<br>SANTIAGO<br>DOMINICAN REPUBLIC |
| 2.937 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [STI] STANDARD GROUND HANDLING AGREEMENT  DTD 6/17/2009 | EMPRESAS AIC SA<br>ATTN PRESIDENT<br>AEROPUERTO INTERNACIONAL DEL CIBAO<br>UVERAL, LICEY AL MEDIO<br>SANTIAGO<br>DOMINICAN REPUBLIC |
| 2.938 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3601 | ENGINE LEASE FINANCE CORPORATION<br>156 SHANNON FREE ZONE<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.939 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3602 | ENGINE LEASE FINANCE CORPORATION<br>156 SHANNON FREE ZONE<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.940 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3603 | ENGINE LEASE FINANCE CORPORATION<br>156 SHANNON FREE ZONE<br>SHANNON<br>CO. CLARE<br>IRELAND |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.941 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3604 | ENGINE LEASE FINANCE CORPORATION<br>156 SHANNON FREE ZONE<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.942 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGINE LEASE ESN #15204 | ENGINE LEASE FINANCE CORPORATION<br>156 SHANNON FREE ZONE<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.943 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGINE LEASE ESN #15319 | ENGINE LEASE FINANCE CORPORATION<br>156 SHANNON FREE ZONE<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.944 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGINE LEASE ESN #16733 | ENGINE LEASE FINANCE CORPORATION<br>156 SHANNON FREE ZONE<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.945 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGINE LEASE ESN #17583 | ENGINE LEASE FINANCE CORPORATION<br>156 SHANNON FREE ZONE<br>SHANNON<br>CO. CLARE<br>IRELAND |
| 2.946 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGINE LEASE ESN #17829 | ENGINE LEASE FINANCE CORPORATION<br>156 SHANNON FREE ZONE<br>SHANNON<br>CO. CLARE<br>IRELAND |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.947 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3613 | EOS AVIATION 10745 LLC<br>C/O MERX AVIATION FINANCE  LLC<br>1370 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10028 |
| 2.948 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3626 | EOS AVIATION 10745 LLC<br>C/O MERX AVIATION FINANCE  LLC<br>1370 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10028 |
| 2.949 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3633 | EOS AVIATION 10745 LLC<br>C/O MERX AVIATION FINANCE  LLC<br>1370 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10028 |
| 2.950 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3635 | EOS AVIATION 10745 LLC<br>C/O MERX AVIATION FINANCE  LLC<br>1370 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10028 |
| 2.951 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4951 | EOS AVIATION 10745 LLC<br>C/O MERX AVIATION FINANCE  LLC<br>1370 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10028 |
| 2.952 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGAGEMENT LETTER DTD 8/26/2025 | EPIQ CORPORATE RESTRUCTURING, LLC<br>777 THIRD AVENUE, 12TH FLOOR<br>NEW YORK, NY  10017 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.953 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BDL, MSY, OAK, SJC, SMF] AVIATION FUEL SUPPLY AGREEMENT DTD 8/20/2025 | EQUILLON ENTERPRISES LLC<br>150 N DAIRY ASHFORD<br>HOUSTON, TX 77079 |
| 2.954 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AVIATION FUEL SUPPLY AGREEMENT DTD 1/30/2019 | EQUILLON ENTERPRISES LLC<br>150 N DAIRY ASHFORD<br>HOUSTON, TX 77079 |
| 2.955 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AVIATION FUEL SUPPLY AGREEMENT DTD 6/3/2019 | EQUILLON ENTERPRISES LLC<br>150 N DAIRY ASHFORD<br>HOUSTON, TX 77079 |
| 2.956 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DTC ELIGIBILITY SERVICES AGREEMENT DTD 2/25/2025 | EQUINTITI TRUST COMPANY LLC<br>ATTN LEGAL DEPARTMENT<br>48 WALL ST, 22ND FL<br>NEW YORK, NY 10005 |
| 2.957 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 07/15/2019 DTD 7/15/2019 | ERC CCI LTD<br>ATTN ANGUS BLYTH, DIRECTOR<br>LEVEL 2, ALEANDER HOUSE, SILICON AVE<br>EBENE CYBERCITY 72201<br>MAURITIUS |
| 2.958 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SARA.PWI SERVICES ADDENDUM DTD 8/6/2023<br>RE: SERVICE MASTER CONTRACT DTD 7/23/2019 | ERGOSS<br>ATTN CEO<br>3 RUE DES CHARRONS<br>BLAGNAC 31700<br>FRANCE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.959 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] FIRST CONTRACT AMENDMENT DTD 1/1/2021 AMENDS ANNEX B.1 DTD 12/1/2020 | ERMC AVIATION LLC ATTN ADAM TAYLOR 980 VIRGINIA AVE, 4TH FL ATLANTA, GA 30354 |
| 2.960 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] FOURTH CONTRACT AMENDMENT DTD 11/17/2023 AMENDS ANNEX B.2 DTD 12/1/2020 | ERMC AVIATION LLC ATTN ADAM TAYLOR 980 VIRGINIA AVE, 4TH FL ATLANTA, GA 30354 |
| 2.961 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] STANDARD GROUND HANDLING AGREEMENT DTD 12/1/2020 | ERMC AVIATION LLC ATTN ADAM TAYLOR 980 VIRGINIA AVE, 4TH FL ATLANTA, GA 30354 |
| 2.962 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] THIRD CONTRACT AMENDMENT DTD 10/19/2023 AMENDS ANNEX B.2 DTD 12/1/2020 | ERMC AVIATION LLC ATTN ADAM TAYLOR 980 VIRGINIA AVE, 4TH FL ATLANTA, GA 30354 |
| 2.963 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DTD 9/26/2025 | ERNST & YOUNG LLP 55 IVAN ALLEN JR. BOULEVARD STE 1000 ATLANTA, GA 30308 |
| 2.964 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERLINE STAFF TRAVEL AGREEMENT DTD 5/1/2015 | ETIHAD AIRWAYS PJSC |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    Page 161 of 441

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.965 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] STANDARD GROUND HANDLING AGREEMENT DTD 6/23/2010 | EULEN AMERICA INC<br>ATTN DAVID KUHNS, COO<br>2665 S. BAYSHORE DR, STE 1103<br>MIAMI, FL 33133 |
| 2.966 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] FIRST CONTRACT AMENDMENT DTD 2/1/2013<br>AMENDS AGREEMENT DTD 6/23/2010 | EULEN AMERICA INC<br>ATTN LIVAN ACOSTA<br>7200 CORPORATE CTR DR, STE 206<br>MIAMI, FL 33126 |
| 2.967 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] FIRST CONTRACT AMENDMENT DTD 1/1/2018<br>AMENDS AGREEMENT DTD 1/1/2016 | EULEN AMERICA INC<br>ATTN LIVAN ACOSTA<br>7200 CORPORATE CTR DR, STE 206<br>MIAMI, FL 33126 |
| 2.968 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] FOURTH CONTRACT AMENDMENT DTD 1/1/2020<br>AMENDS ANNEX B.2 DTD 1/1/2016 | EULEN AMERICA INC<br>ATTN LIVAN ACOSTA<br>7200 CORPORATE CTR DR, STE 206<br>MIAMI, FL 33126 |
| 2.969 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] STANDARD GROUND HANDLING AGREEMENT DTD 1/1/2016 | EULEN AMERICA INC<br>ATTN LIVAN ACOSTA<br>7200 CORPORATE CTR DR, STE 206<br>MIAMI, FL 33126 |
| 2.970 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MBJ] STANDARD GROUND HANDLING AGREEMENT DTD 12/1/2022 | EULEN AMERICA INC<br>ATTN LIVAN ACOSTA<br>7200 CORPORATE CTR DR, STE 206<br>MIAMI, FL 33126 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.971 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MIA] STANDARD GROUND HANDLING AGREEMENT DTD 10/6/2021 | EULEN AMERICA INC<br>ATTN LIVAN ACOSTA<br>7200 CORPORATE CTR DR, STE 206<br>MIAMI, FL 33126 |
| 2.972 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RSW] STANDARD GROUND HANDLING AGREEMENT DTD 9/1/2015 | EULEN AMERICA INC<br>ATTN LIVAN ACOSTA<br>7200 CORPORATE CTR DR, STE 206<br>MIAMI, FL 33126 |
| 2.973 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [TLC] STANDARD GROUND HANDLING AGREEMENT DTD 6/13/2011 | EULEN DE SEGURIDAD PRIVADA SA DE CV<br>ATTN MARTA PATRICIA CRISTIANI SIERRA<br>NO 1450 PISO 8 CENTRO CD<br>MEXICO CITY 01210<br>MEXICO |
| 2.974 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST CONTRACT AMENDMENT DTD 6/20/2012<br>AMENDS AGREEMENT DTD 6/2011 | EULEN DE SEGURIDAD PRIVADA SA DE CV<br>ATTN MARTA PATRICIA CRISTIANI SIERRA<br>NO 1450 PISO 8 CENTRO CD<br>MEXICO CITY 01210<br>MEXICO |
| 2.975 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND CONTRACT AMENDMENT DTD 1/1/2015<br>AMENDS AGREEMENT DTD 6/2011 | EULEN DE SEGURIDAD PRIVADA SA DE CV<br>ATTN MARTA PATRICIA CRISTIANI SIERRA<br>NO 1450 PISO 8 CENTRO CD<br>MEXICO CITY 01210<br>MEXICO |
| 2.976 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DTD 7/13/2019 | EVERBRIDGE INC<br>ATTN LEGAL DEPARTMENT<br>25 CORPORATE DR<br>BURLINGTON, MA 1803 |

Debtor    Spirit Airlines, LLC

(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 589 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.977 | State what the contract or lease is for and the nature of the debtor's interest | AMENDED AND RESTATED STATEMENT OF WORK DTD 10/12/2021 RE: MSA DTD 10/12/2021 | EVERISE INC ATTN PRESIDENT 600 N PINE ISLAND RD, STE 320 PLANTATION, FL 33324 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.978 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO TICKETING AGREEMENT DTD 2/1/2013 AMENDS AGREEMENT DTD 12/1/2012 | EXPEDIA INC 333 108TH AVENUE NE BELLEVUE, WA 98004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.979 | State what the contract or lease is for and the nature of the debtor's interest | PHARMACY BENEFIT MGMT AGREEMENT DTD 2/8/2016 | EXPRESS SCRIPTS INC ATTN LEGAL DEPT 1 EXPRESS WY ST LOUIS, MO 63121 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.980 | State what the contract or lease is for and the nature of the debtor's interest | [LAX] AMENDMENT 1 DTD 1/3/2023 AMENDS STANDARD GROUND HANDLING AGREEMENT DTD 9/1/2022 | F&E AIRCRAFT MAINTENANCE (MIAMI) LLC ATTN VICE PRESIDENT 657 SOUTH DR, STE 306 MIAMI SPRINGS, FL 33166 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.981 | State what the contract or lease is for and the nature of the debtor's interest | [LAX] AMENDMENT 2 TO STD GROUND HANDLING AGREEMENT DTD 12/1/2022 AMENDS AGREEMENT DTD 9/1/2022 | F&E AIRCRAFT MAINTENANCE (MIAMI) LLC ATTN VICE PRESIDENT 657 SOUTH DR, STE 306 MIAMI SPRINGS, FL 33166 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.982 | State what the contract or lease is for and the nature of the debtor's interest | [LAX] AMENDMENT 3 DTD 5/1/2023 AMENDS AGREEMENT DTD 9/1/2022 | F&E AIRCRAFT MAINTENANCE (MIAMI) LLC ATTN VICE PRESIDENT 657 SOUTH DR, STE 306 MIAMI SPRINGS, FL 33166 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.983 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [LAX] AMENDMENT 4 DTD 9/1/2024 AMENDS AGREEMENT DTD 9/1/2022 | F&E AIRCRAFT MAINTENANCE (MIAMI) LLC ATTN VICE PRESIDENT 657 SOUTH DR, STE 306 MIAMI SPRINGS, FL  33166 |
| 2.984 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [LAX] STANDARD GROUND HANDLING AGREEMENT  DTD 9/1/2022 | F&E AIRCRAFT MAINTENANCE (MIAMI) LLC ATTN VICE PRESIDENT 657 SOUTH DR, STE 306 MIAMI SPRINGS, FL  33166 |
| 2.985 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [IND] STANDARD GROUND HANDLING AGREEMENT DTD 7/1/2024 | FEDERAL EXPRESS CORPORATION ATTN MGR- LEGAL AIRCRAFT GROUP 3610 HACKS CROSS RD MEMPHIS, TN  38125 |
| 2.986 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT 2 DTD 5/25/2017 AMENDS AGREEMENT FOR REDUCED RATE TRANS DTD 4/30/2015 | FEDERAL EXPRESS CORPORATION ATTN MGR- LEGAL AIRCRAFT GROUP 3610 HACKS CROSS RD MEMPHIS, TN  38125 |
| 2.987 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT 3 DTD 10/29/2024 AMENDS AGREEMENT FOR REDUCED RATE TRANS DTD 4/30/2015 | FEDERAL EXPRESS CORPORATION ATTN MGR- LEGAL AIRCRAFT GROUP 3610 HACKS CROSS RD MEMPHIS, TN  38125 |
| 2.988 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [IND] STANDARD GROUND HANDLING AGREEMENT DTD 9/18/2024 | FEDERAL EXPRESS CORPORATION ATTN MICHAEL SANFORD 6648 S PERIMETER RD INDIANAPOLIS, IN  46241 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.989 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT FOR REDUCED RATE TRANSPORTATION DTD 4/30/2015 RE: FEDEX CONTRACT #15-0979 | FEDEX CORPORATION C/O FEDEX INDUSTRY AFFAIRS 942 S SHADY GROVE RD MEMPHIS, TN 38120 |
| 2.990 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 1 (#15-0979-001) DTD 8/17/2015 AMENDS AGREEMENT DTD 4/30/2015 | FEDEX CORPORATION C/O FEDEX INDUSTRY AFFAIRS 942 S SHADY GROVE RD MEMPHIS, TN 38120 |
| 2.991 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 2 # 15-0979-002 DTD 5/25/2017 AMENDS AGREEMENT DTD 4/30/2015 | FEDEX CORPORATION C/O FEDEX INDUSTRY AFFAIRS 942 S SHADY GROVE RD MEMPHIS, TN 38120 |
| 2.992 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 2 (CONTRACT #15-0979-002) AMENDS AGREEMENT DTD 8/17/2015 | FEDEX CORPORATION C/O FEDEX INDUSTRY AFFAIRS 942 S SHADY GROVE RD MEMPHIS, TN 38120 |
| 2.993 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 3 (CONTRACT #15-0979-003) DTD 10/29/2024 AMENDS AGREEMENT DTD 8/17/2015 | FEDEX CORPORATION C/O FEDEX INDUSTRY AFFAIRS 942 S SHADY GROVE RD MEMPHIS, TN 38120 |
| 2.994 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERLINE STAFF TRAVEL AGREEMENT DTD 6/15/2015 | FEDEX CORPORATION C/O FEDEX INDUSTRY AFFAIRS 942 S SHADY GROVE RD MEMPHIS, TN 38120 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.995 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SJC] GROUND HANDLING SVS NON-SELECTION LTR DTD 3/14/2023 | FENIX LOGISTIX |
| 2.996 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK #2 DTD 8/1/2023 RE: MSA DTD 8/1/2020 | FIRST KONTACT BPO<br>ATTN CEO<br>7260 W AZURE DR, #140-788<br>LAS VEGAS<br>NV 89130 |
| 2.997 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ABQ] STANDARD GROUND HANDLING DTD 3/14/2023 | FJET LLC<br>ATTN FERNANDO GARCIA<br>1551 LAS GLORIETAS SW<br>ALBURQUERQUE, NM 87105 |
| 2.998 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] PROPOSAL QUOTE FOR JANITORIAL SERVICES DTD 3/19/2024 | FLAGSHIP AIRPORT SERVICES<br>ATTN SR DIR OF BUSINESS DEV, AVIATION<br>405 S KIMBALL AVE<br>SOUTHLAKE, TX 76092 |
| 2.999 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLE] STANDARD GROUND HANDLING AGREEMENT DTD 12/1/2024 | FLEXJET<br>ATTN JASON MORROW, GENERAL MGR<br>19100 PRIMARY RD<br>CLEVELAND, OH 44135 |
| 2.1000 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCO] AMENDMENT 1 DTD 12/10/2008 AMENDS ON-CALL MAINTENANCE AGREEMENT | FLIGHT CHECK COMMERCIAL AVIATION SVC LLC<br>142 TOUGHY CT<br>DES PLAINES, IL 60018 |

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 593 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1001 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] ADDITION OF SPIRIT AIRLINES PERSONNEL LTR DTD 2/17/2012 | FLIGHT CHECK COMMERCIAL AVIATION SVC LLC<br>142 TOUGHY CT<br>DES PLAINES, IL  60018 |
| 2.1002 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] AMENDMENT 2 DTD 6/25/2010 AMENDS EXHIBIT B | FLIGHT CHECK COMMERCIAL AVIATION SVC LLC<br>142 TOUGHY CT<br>DES PLAINES, IL  60018 |
| 2.1003 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST CONTRACT AMENDMENT DTD 3/1/2024<br>AMENDS AGREEMENT DTD 4/5/2023 | FLIGHT CHECK COMMERCIAL AVIATION SVC LLC<br>142 TOUGHY CT<br>DES PLAINES, IL  60018 |
| 2.1004 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DCA] STANDARD GROUND HANDLING AGREEMENT DTD 6/14/2009 | FLIGHT SERVICES & SYSTEMS INC<br>ATTN PRESIDENT<br>6100 ROCKSIDE WOODS BLVD, STE 355<br>CLEVELAND, OH  44131 |
| 2.1005 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BWI] STANDARD GROUND HANDLING AGREEMENT DTD 4/25/2013 | FLIGHT SERVICES & SYSTEMS<br>ATTN MR ROBERT P WEITZEL, PRESIDENT<br>6100 ROCKSIDE WOODS BLVD, STE 355<br>CLEVELAND, OH  44131 |
| 2.1006 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DCA] DCA GROUND HANDLING CONTRACT DTD 3/19/2010 | FLIGHT SERVICES & SYSTEMS<br>ATTN MR ROBERT P WEITZEL, PRESIDENT<br>6100 ROCKSIDE WOODS BLVD, STE 355<br>CLEVELAND, OH  44131 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1007 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] STANDARD GROUND HANDLING AGREEMENT DTD 9/1/2012 | FLIGHT SERVICES & SYSTEMS<br>ATTN MR ROBERT P WEITZEL, PRESIDENT<br>6100 ROCKSIDE WOODS BLVD, STE 355<br>CLEVELAND, OH 44131 |
| 2.1008 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CAK] PROPOSAL DTD 8/16/2016 | FLIGHT SERVICES & SYSTEMS<br>ATTN PRESIDENT<br>5005 ROCKSIDE RD, STE 940<br>CLEVELAND, OH 44131 |
| 2.1009 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IND] STANDARD GROUND HANDLING AGREEMENT DTD 3/14/2019 | FLIGHT SERVICES & SYSTEMS<br>ATTN PRESIDENT<br>5005 ROCKSIDE RD, STE 940<br>CLEVELAND, OH 44131 |
| 2.1010 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CAP] STANDARD GROUND HANDLING AGREEMENT DTD 7/13/2023 | FLIGHT TECH WORLDWIDE CORP<br>5600 NW 36TH ST, BLDG 845, STE 580<br>MIAMI, FL 33166 |
| 2.1011 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND CONTRACT AMENDMENT DTD 11/4/2024<br>AMENDS AGREEMENT DTD 4/5/2023 | FLIGHTCHECK COMMERCIAL AVIATION SERVICES<br>516 NORTH YORK RD<br>BENSENVILLE, IL 60106 |
| 2.1012 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD CONTRACT AMENDMENT DTD 8/1/2025<br>AMENDS AGREEMENT DTD 4/5/2023 | FLIGHTCHECK COMMERCIAL AVIATION SERVICES<br>516 NORTH YORK RD<br>BENSENVILLE, IL 60106 |

Debtor    Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 595 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1013 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [XPL] STANDARD GROUND HANDLING AGREEMENT DTD 6/26/2022 | FLIGHTDECK SOLUTIONS S DE RL<br>ATTN RONNMEL OTOMAN PERDOMO LEIVA<br>PALMEROLA INTL AIRPORT. STATION XPL<br>TERMINAL DE CARGA AEROPUERTO RAMON VILLEDA<br>MORALES SAN PEDRO SULA<br>HONDURAS |
| 2.1014 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LABOR RELATIONS ENGAGEMENT LETTER DTD 6/30/2016 | FORD & HARRISON LLP<br>PO BOX 890836<br>CHARLOTTE, NC  28289 |
| 2.1015 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BQN] FIRST CONTRACT AMENDMENT DTD 6/1/2016 | FORTUNE GROUP TRANSPORT INC<br>ATTN RODNEY COLON<br>LUIS MUNOZ MARIN INT'L AIRPORT<br>PO BOX 37187<br>SAN JUAN, PR  00937 |
| 2.1016 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BQN] STANDARD GROUND HANDLING AGREEMENT DTD 12/1/2010 | FORTUNE GROUP TRANSPORT INC<br>ATTN RODNEY COLON<br>LUIS MUNOZ MARIN INT'L AIRPORT<br>PO BOX 37187<br>SAN JUAN, PR  00937 |
| 2.1017 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PSE] STANDARD GROUND HANDLING AGREEMENT DTD 2/16/2022 | FORTUNE GROUP TRANSPORT INC<br>ATTN RODNEY COLON<br>LUIS MUNOZ MARIN INT'L AIRPORT<br>PO BOX 37187<br>SAN JUAN, PR  00937 |
| 2.1018 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GENERAL SERVICE AGREEMENT DTD 12/1/2023 | FOXTROT AVIATION SERVICES LLC<br>ATTN CHRISTOPHER T STUMP<br>5440 FULTON RD, STE 201<br>CANTON, OH  44718 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1019 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WHOLESALE BOOKING AGREEMENT DTD 3/20/2015 | FP HOLDINGS LP<br>D/B/A PALMS CASINO RESORT<br>ATTN VP & GENERAL COUNSEL<br>4321 W FLAMINGO RD<br>LAS VEGAS, NV 89103 |
| 2.1020 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NOVATION AGREEMENT DTD 11/1/2021 | FPAP SOLUTIONS GMBH<br>ATTN KOBUS BEZUIDENHOUT, CUSTOMER MANAGER<br>THEODOR-HEUSS-STR 2<br>BRUNSWICK 38122<br>GERMANY |
| 2.1021 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DEN] AIRPORT FACILITY USE AGREEMENT DTD 5/3/2012 | FRONTIER AIRLINES INC<br>ATTN VP ADMIN<br>8909 PURDUE RD STE 300<br>INDIANAPOLIS, IN 46268 |
| 2.1022 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BILATERAL AGREEMENT FOR OBTAINING INVENTORY FOLLOWING AN IRREGULAR OPERATION DTD 9/1/1987 | FRONTIER AIRLINES INC<br>ATTN VP ADMIN<br>8909 PURDUE RD STE 300<br>INDIANAPOLIS, IN 46268 |
| 2.1023 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] STANDAND GROUND HANDLING AGREEMENT DTD 8/28/2018 | FSM GROUP LLC<br>ATTN COLIN RYAN<br>201 EAST PINE ST STE 210<br>ORLANDO, FL 32801 |
| 2.1024 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] FUEL SYSTEM INTERLINE AGREEMENT DTD 9/29/2011 | FT LAUDERDALE FUEL FACILITIES LLC<br>C/O JETBLUE AIRWAYS CORP<br>ATTN HOWARD H HAGLUND JR, MG FUEL<br>118-29 QUEENS BLVD<br>FOREST HILLS, NY 11375 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1025 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MEM] STANDARD GROUND HANDLING AGREEMENT DTD 9/15/2023 | FTAIR LLC<br>D/B/A FTAIR LLC<br>ATTN TRACY SILVIUS<br>2456 WINCHESTER RD, HANGAR 14<br>MEMPHIS, TN  38116 |
| 2.1026 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST CONTRACT AMENDMENT  DTD 3/1/2025<br>AMENDS AGREEMENT DTD 9/15/2023 | FTAIR LLC<br>D/B/A FTAIR LLC<br>ATTN TRACY SILVIUS<br>2456 WINCHESTER RD, HANGAR 14<br>MEMPHIS, TN  38116 |
| 2.1027 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGAGEMENT LETTER DTD 8/29/2025 | FTI CONSULTING, INC.<br>155 NORTH WACKER DRIVE. SUITE 2600<br>CHICAGO, IL  60606 |
| 2.1028 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NOVATION AGREEMENT DTD 11/1/2021 | FUELPLUS SOFTWARE SCS<br>ATTN MANAGING DIRECTOR<br>STR MOLDOVEI 10<br>BRASOV<br>ROMANIA |
| 2.1029 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4981 | FUYO GENERAL LEASE CO. LTD.<br>5-1-1  KOJIMACHI<br>CHIYODA-KU<br>TOKYO<br>JAPAN |
| 2.1030 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4983 | FUYO GENERAL LEASE CO. LTD.<br>5-1-1  KOJIMACHI<br>CHIYODA-KU<br>TOKYO<br>JAPAN |

Debtor Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 598 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1031 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4986 | FUYO GENERAL LEASE CO. LTD.<br>5-1-1 KOJIMACHI<br>CHIYODA-KU<br>TOKYO<br>JAPAN |
| 2.1032 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4990 | FUYO GENERAL LEASE CO. LTD.<br>5-1-1 KOJIMACHI<br>CHIYODA-KU<br>TOKYO<br>JAPAN |
| 2.1033 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4992 | FUYO GENERAL LEASE CO. LTD.<br>5-1-1 KOJIMACHI<br>CHIYODA-KU<br>TOKYO<br>JAPAN |
| 2.1034 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MEM] STANDARD GROUND HANDLING AGREEMENT DTD 4/20/2022 | G.A.T AIRLINE GROUND SUPPRT INC<br>ATTN RICHARD THIEL, PRES<br>244 CITY CIR, STE 2000A<br>PEACHTREE CITY, GA 30269 |
| 2.1035 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] STANDARD GROUND HANDLING AGREEMENT DTD 5/5/2011 | G2 SECURE STAFFING LLC<br>ATTN DANIEL NORMAN<br>5010 RIVERSIDE DR, STE 300<br>IRVING, TX 75039 |
| 2.1036 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] AMENDMENT TO COMMERCIAL SERVICE OPERATING AGREEMENT DTD 6/17/2022 | G2 SECURE STAFFING LLC<br>ATTN ROGER ZEBROSKI<br>400 E LAS COLINAS BLVD, STE 750<br>IRVING, TX 75039 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1037 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] AMENDMENT TO COMMERCIAL SERVICES OPERATING AGREEMENT DTD 11/20/2023 | G2 SECURE STAFFING LLC<br>ATTN ROGER ZEBROSKI<br>400 E LAS COLINAS BLVD, STE 750<br>IRVING, TX  75039 |
| 2.1038 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] FIRST CONTRACT AMENDMENT DTD 7/1/2022 AMENDS ANNEX B.1 DTD 3/5/2021 | G2 SECURE STAFFING LLC<br>ATTN ROGER ZEBROSKI<br>400 E LAS COLINAS BLVD, STE 750<br>IRVING, TX  75039 |
| 2.1039 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] SECOND CONTRACT AMENDMENT DTD 1/1/2023 AMENDS ANNEX B.1 DTD 3/5/2021 | G2 SECURE STAFFING LLC<br>ATTN ROGER ZEBROSKI<br>400 E LAS COLINAS BLVD, STE 750<br>IRVING, TX  75039 |
| 2.1040 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] STANDARD GROUND HANDLING AGREEMENT DTD 3/5/2021 | G2 SECURE STAFFING LLC<br>ATTN ROGER ZEBROSKI<br>400 E LAS COLINAS BLVD, STE 750<br>IRVING, TX  75039 |
| 2.1041 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] THIRD CONTRACT AMENDMENT DTD 1/1/2024 AMENDS ANNEX B.1 DTD 3/5/2021 | G2 SECURE STAFFING LLC<br>ATTN ROGER ZEBROSKI<br>400 E LAS COLINAS BLVD, STE 750<br>IRVING, TX  75039 |
| 2.1042 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CHS] STANDARD GROUND HANDLING AGREEMENT  DTD 4/5/2023 | G2 SECURE STAFFING LLC<br>ATTN ROGER ZEBROSKI<br>400 E LAS COLINAS BLVD, STE 750<br>IRVING, TX  75039 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1043 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [CLE] STANDARD GROUND HANDLING AGREEMENT DTD 10/1/2024 | G2 SECURE STAFFING LLC<br>ATTN ROGER ZEBROSKI<br>400 E LAS COLINAS BLVD, STE 750<br>IRVING, TX 75039 |
| 2.1044 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [EWR] STANDARD GROUND HANDLING AGREEMENT DTD 8/4/2024 | G2 SECURE STAFFING LLC<br>ATTN ROGER ZEBROSKI<br>400 E LAS COLINAS BLVD, STE 750<br>IRVING, TX 75039 |
| 2.1045 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [GYE] STANDARD GROUND HANDLING AGREEMENT DTD 4/20/2022 | G2 SECURE STAFFING LLC<br>ATTN ROGER ZEBROSKI<br>400 E LAS COLINAS BLVD, STE 750<br>IRVING, TX 75039 |
| 2.1046 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [IND] FIRST CONTRACT AMENDMENT DTD 1/1/2022<br>AMENDS ANNEX B.1 DTD 7/28/2019 | G2 SECURE STAFFING LLC<br>ATTN ROGER ZEBROSKI<br>400 E LAS COLINAS BLVD, STE 750<br>IRVING, TX 75039 |
| 2.1047 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [LAX] STANDARD GROUND HANDLING AGREEMENT DTD 7/1/2007<br>AMENDS ANNEX B DTD 2/1/2022 | G2 SECURE STAFFING LLC<br>ATTN ROGER ZEBROSKI<br>400 E LAS COLINAS BLVD, STE 750<br>IRVING, TX 75039 |
| 2.1048 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [MCI] STANDARD GROUND HANDLING AGREEMENT DTD 4/1/2022 | G2 SECURE STAFFING LLC<br>ATTN ROGER ZEBROSKI<br>400 E LAS COLINAS BLVD, STE 750<br>IRVING, TX 75039 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1049 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MEM] STANDARD GROUND HANDLING AGREEMENT DTD 4/20/2022 | G2 SECURE STAFFING LLC<br>ATTN ROGER ZEBROSKI<br>400 E LAS COLINAS BLVD, STE 750<br>IRVING, TX  75039 |
| 2.1050 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MKE] STANDARD GROUND HANDLING AGREEMENT DTD 6/24/2021 | G2 SECURE STAFFING LLC<br>ATTN ROGER ZEBROSKI<br>400 E LAS COLINAS BLVD, STE 750<br>IRVING, TX  75039 |
| 2.1051 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] STANDARD GROUND HANDLING AGREEMENT DTD 3/15/2017 | G2 SECURE STAFFING LLC<br>ATTN ROGER ZEBROSKI<br>400 E LAS COLINAS BLVD, STE 750<br>IRVING, TX  75039 |
| 2.1052 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RNO] FIRST CONTRACT AMENDMENT DTD 6/1/2023<br>AMENDS ANNEX B DTD 8/10/2022 | G2 SECURE STAFFING LLC<br>ATTN ROGER ZEBROSKI<br>400 E LAS COLINAS BLVD, STE 750<br>IRVING, TX  75039 |
| 2.1053 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RNO] SECOND CONTRACT AMENDMENT DTD 7/1/2024<br>AMENDS AGREEMENT DTD 8/10/2022 | G2 SECURE STAFFING LLC<br>ATTN ROGER ZEBROSKI<br>400 E LAS COLINAS BLVD, STE 750<br>IRVING, TX  75039 |
| 2.1054 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SAT] STANDARD GROUND HANDLING AGREEMENT  DTD 11/17/2022 | G2 SECURE STAFFING LLC<br>ATTN ROGER ZEBROSKI<br>400 E LAS COLINAS BLVD, STE 750<br>IRVING, TX  75039 |

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 602 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1055 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SDF] STANDARD GROUND HANDLING AGREEMENT  DTD 5/27/2021 | G2 SECURE STAFFING LLC<br>ATTN ROGER ZEBROSKI<br>400 E LAS COLINAS BLVD, STE 750<br>IRVING, TX  75039 |
| 2.1056 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [STL] FIRST CONTRACT AMENDMENT DTD 1/1/2022<br>AMENDS ANNEX B1 DTD 5/27/2021 | G2 SECURE STAFFING LLC<br>ATTN ROGER ZEBROSKI<br>400 E LAS COLINAS BLVD, STE 750<br>IRVING, TX  75039 |
| 2.1057 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [STL] STANDARD GROUND HANDLING AGREEMENT  DTD 5/27/2021 | G2 SECURE STAFFING LLC<br>ATTN ROGER ZEBROSKI, CFO<br>400 E LAS COLINAS BLVD, STE 750<br>IRVING, TX  75039 |
| 2.1058 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO TRAVELPORT/GALILEO INTERNATIONAL AGREEMENT<br>AMENDS AGREEMENT DTD 8/25/2006 | GALILEO INTERNATIONAL PARTNERSHIP<br>ATTN COVBP, VP AIRLINE SALES<br>9700 W HIGGINS RD<br>ROSEMONT, IL  60018 |
| 2.1059 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 1 TO INTERNATIONAL AGREEMENT DATED 05/30/2008 | GALILEO NEDERLAND BV<br>PO BOX 402395<br>ATLANTA, GA  30384-2395 |
| 2.1060 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 08/25/2006 | GALILEO NEDERLAND BV<br>PO BOX 402395<br>ATLANTA, GA  30384-2395 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1061 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGAGEMENT LETTER DTD 1/12/2016 | GALLUP INC<br>261 N UNIVERSITY DRIVE<br>PLANTATION, FL 33324 |
| 2.1062 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER CONSULTING SERVICES AGREEMENT DTD 5/28/2015 | GARTNER INC<br>ATTN ED SHAPLAND<br>56 TOP GALLANT RD<br>STAMFORD, CT 06904 |
| 2.1063 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RIC] STANDARD GROUND HANDLING AGREEMENT DTD 3/15/2018 | GAT AIRLINE GROUND SUPPORT INC<br>8525 AIRPORT BLVD, W RAMP RD<br>MOBILE, AL 36608 |
| 2.1064 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSY] COMPLIANCE AGREEMENT #NOLA06192021 DTD 6/19/2021 | GAT AIRLINE GROUND SUPPORT INC<br>ATTN MR. DANIEL GALVEZ<br>2200 VETERANS BLVD, STE 210<br>KENNER, LA 70062 |
| 2.1065 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [GSO] STANDARD GROUND HANDLING AGREEMENT DTD 10/1/2021 | GAT AIRLINE GROUND SUPPORT INC<br>ATTN RICHARD THIEL, PRESIDENT<br>244 CITY CIR, STE 2000A<br>PEACHTREE CITY, GA 30269 |
| 2.1066 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [GYE] STANDARD GROUND HANDLING AGREEMENT DTD 4/20/2022 | GAT AIRLINE GROUND SUPPORT INC<br>ATTN RICHARD THIEL, PRESIDENT<br>244 CITY CIR, STE 2000A<br>PEACHTREE CITY, GA 30269 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1067 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] SECOND CONTRACT AMENDMENT DTD 3/1/2016 AMENDS AGREEMENT DTD 10/1/2015 | GAT AIRLINE GROUND SUPPORT INC ATTN RICHARD THIEL, PRESIDENT 246 CITY CIR, STE 2200 PEACHTREE CITY, GA  30269 |
| 2.1068 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] SECOND CONTRACT AMENDMENT DTD 4/1/2019 AMENDS AGREEMENT DTD 4/1/2018 | GAT AIRLINE GROUND SUPPORT INC ATTN RICHARD THIEL, PRESIDENT 246 CITY CIR, STE 2200 PEACHTREE CITY, GA  30269 |
| 2.1069 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AUS] FIRST CONTRACT AMENDMENT DTD 4/1/2019 AMENDS ANNEX B.1 DTD 2/14/2019 | GAT AIRLINE GROUND SUPPORT INC ATTN RICHARD THIEL, PRESIDENT 246 CITY CIR, STE 2200 PEACHTREE CITY, GA  30269 |
| 2.1070 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AUS] STANDARD GROUND HANDLING AGREEMENT DTD 2/14/2019 | GAT AIRLINE GROUND SUPPORT INC ATTN RICHARD THIEL, PRESIDENT 246 CITY CIR, STE 2200 PEACHTREE CITY, GA  30269 |
| 2.1071 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AUS] STANDARD GROUND HANDLING AGREEMENT DTD 5/2/2019 | GAT AIRLINE GROUND SUPPORT INC ATTN RICHARD THIEL, PRESIDENT 246 CITY CIR, STE 2200 PEACHTREE CITY, GA  30269 |
| 2.1072 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AUS] THIRD CONTRACT AMENDMENT DTD 11/10/2020 AMENDS AGREEMENT DTD 5/2/2019 | GAT AIRLINE GROUND SUPPORT INC ATTN RICHARD THIEL, PRESIDENT 246 CITY CIR, STE 2200 PEACHTREE CITY, GA  30269 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1073 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BUR] STANDARD GROUND HANDLING AGREEMENT DTD 6/20/2019 | GAT AIRLINE GROUND SUPPORT INC<br>ATTN RICHARD THIEL, PRESIDENT<br>246 CITY CIR, STE 2200<br>PEACHTREE CITY, GA  30269 |
| 2.1074 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BUR] THIRD CONTRACT AMENDMENT DTD 11/10/2020<br>AMENDS ANNEX B1.0 DTD 6/20/2019 | GAT AIRLINE GROUND SUPPORT INC<br>ATTN RICHARD THIEL, PRESIDENT<br>246 CITY CIR, STE 2200<br>PEACHTREE CITY, GA  30269 |
| 2.1075 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [JAX] STANDARD GROUND HANDLING AGREEMENT DTD 12/20/2018 | GAT AIRLINE GROUND SUPPORT INC<br>ATTN RICHARD THIEL, PRESIDENT<br>246 CITY CIR, STE 2200<br>PEACHTREE CITY, GA  30269 |
| 2.1076 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCI] STANDARD GROUND HANDLING AGREEMENT DTD 5/1/2020 | GAT AIRLINE GROUND SUPPORT INC<br>ATTN RICHARD THIEL, PRESIDENT<br>246 CITY CIR, STE 2200<br>PEACHTREE CITY, GA  30269 |
| 2.1077 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSY] THIRD CONTRACT AMENDMENT DTD 2/5/2020<br>AMENDS ANNEX B2.0 DTD 4/1/2018 | GAT AIRLINE GROUND SUPPORT INC<br>ATTN RICHARD THIEL, PRESIDENT<br>246 CITY CIR, STE 2200<br>PEACHTREE CITY, GA  30269 |
| 2.1078 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHL] THIRD CONTRACT AMENDMENT DTD 5/1/2021<br>AMENDS ANNEX B.1 DTD 6/1/2017 | GAT AIRLINE GROUND SUPPORT INC<br>ATTN RICHARD THIEL, PRESIDENT<br>246 CITY CIR, STE 2200<br>PEACHTREE CITY, GA  30269 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1079 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RIC] FIRST CONTRACT AMENDMENT DTD 4/1/2019 AMENDS ANNEX B.1 DTD 3/15/2018 | GAT AIRLINE GROUND SUPPORT INC ATTN RICHARD THIEL, PRESIDENT 246 CITY CIR, STE 2200 PEACHTREE CITY, GA  30269 |
| 2.1080 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RIC] THIRD CONTRACT AMENDMENT DTD 11/10/2020 AMENDS ANNEX B1.0 DTD 3/15/2018 | GAT AIRLINE GROUND SUPPORT INC ATTN RICHARD THIEL, PRESIDENT 246 CITY CIR, STE 2200 PEACHTREE CITY, GA  30269 |
| 2.1081 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SDF] STANDARD GROUND HANDLING AGREEMENT  DTD 5/27/2021 | GAT AIRLINE GROUND SUPPORT INC ATTN RICHARD THIEL, PRESIDENT 246 CITY CIR, STE 2200 PEACHTREE CITY, GA  30269 |
| 2.1082 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SDF] THIRD CONTRACT AMENDMENT DTD 6/1/2023 AMENDS ANNEX B.1 DTD 5/27/2021 | GAT AIRLINE GROUND SUPPORT INC ATTN RICHARD THIEL, PRESIDENT 246 CITY CIR, STE 2200 PEACHTREE CITY, GA  30269 |
| 2.1083 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] FIRST CONTRACT AMENDMENT DTD 2/1/2016 AMENDS AGREEMENT DTD 11/9/15 | GAT AIRLINE GROUND SUPPORT INC ATTN VP 8066 GREENMONT AVE TALLAHASSEE, FL  32317 |
| 2.1084 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] FIRST CONTRACT AMENDMENT DTD 11/1/2018 AMENDS AGREEMENT DTD 4/1/2018 | GAT AIRLINE GROUND SUPPORT INC ATTN VP 8066 GREENMONT AVE TALLAHASSEE, FL  32317 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1085 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] STANDARD GROUND HANDLING AGREEMENT DTD 10/1/2015 | GAT AIRLINE GROUND SUPPORT INC<br>ATTN VP<br>8066 GREENMONT AVE<br>TALLAHASSEE, FL  32317 |
| 2.1086 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] STANDARD GROUND HANDLING AGREEMENT DTD 4/1/2017 | GAT AIRLINE GROUND SUPPORT INC<br>ATTN VP<br>8066 GREENMONT AVE<br>TALLAHASSEE, FL  32317 |
| 2.1087 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] STANDARD GROUND HANDLING AGREEMENT DTD 9/1/2015 | GAT AIRLINE GROUND SUPPORT INC<br>ATTN VP<br>8066 GREENMONT AVE<br>TALLAHASSEE, FL  32317 |
| 2.1088 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] TRITURATOR USE AGREEMENT DTD 3/1/2016 | GAT AIRLINE GROUND SUPPORT INC<br>ATTN VP<br>8066 GREENMONT AVE<br>TALLAHASSEE, FL  32317 |
| 2.1089 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AUS] EIGHTH CONTRACT AMENDMENT DTD 3/1/2023<br>AMENDS ANNEX B1.0 DTD 5/2/2019 | GAT AIRLINE GROUND SUPPORT INC<br>ATTN VP<br>8066 GREENMONT AVE<br>TALLAHASSEE, FL  32317 |
| 2.1090 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AUS] FIFTH CONTRACT AMENDMENT DTD 11/1/2021<br>AMENDS AGREEMENT DTD 5/2/2019 | GAT AIRLINE GROUND SUPPORT INC<br>ATTN VP<br>8066 GREENMONT AVE<br>TALLAHASSEE, FL  32317 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1091 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [AUS] FOURTH CONTRACT AMENDMENT DTD 9/1/2021 AMENDS AGREEMENT DTD 5/2/2019 | GAT AIRLINE GROUND SUPPORT INC<br>ATTN VP<br>8066 GREENMONT AVE<br>TALLAHASSEE, FL 32317 |
| 2.1092 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [AUS] SECOND CONTRACT AMENDMENT DTD 2/5/2020 AMENDS AGREEMENT DTD 5/2/2019 | GAT AIRLINE GROUND SUPPORT INC<br>ATTN VP<br>8066 GREENMONT AVE<br>TALLAHASSEE, FL 32317 |
| 2.1093 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [AUS] SIXTH CONTRACT AMENDMENT DTD 5/1/2022 AMENDS AGREEMENT DTD 5/2/2019 | GAT AIRLINE GROUND SUPPORT INC<br>ATTN VP<br>8066 GREENMONT AVE<br>TALLAHASSEE, FL 32317 |
| 2.1094 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [BUR] FIFTH CONTRACT AMENDMENT DTD 5/15/2023 AMENDS ANNEX B1.0 DTD 6/20/2019 | GAT AIRLINE GROUND SUPPORT INC<br>ATTN VP<br>8066 GREENMONT AVE<br>TALLAHASSEE, FL 32317 |
| 2.1095 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [BUR] FIRST CONTRACT AMENDMENT DTD 2/1/2018 AMENDS ANNEX B.1 DTD 6/20/2019 | GAT AIRLINE GROUND SUPPORT INC<br>ATTN VP<br>8066 GREENMONT AVE<br>TALLAHASSEE, FL 32317 |
| 2.1096 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [BUR] FOURTH CONTRACT AMENDMENT DTD 5/1/2021 AMENDS ANNEX B.1 DTD 6/20/2019 | GAT AIRLINE GROUND SUPPORT INC<br>ATTN VP<br>8066 GREENMONT AVE<br>TALLAHASSEE, FL 32317 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1097 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BUR] SECOND CONTRACT AMENDMENT DTD 2/5/2020 AMENDS ANNEX B1.0 DTD 6/20/2019 | GAT AIRLINE GROUND SUPPORT INC ATTN VP 8066 GREENMONT AVE TALLAHASSEE, FL  32317 |
| 2.1098 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCI] EIGHTH CONTRACT AMENDMENT DTD 8/20/2023 AMENDS ANNEX B1.0 DTD 6/20/2019 | GAT AIRLINE GROUND SUPPORT INC ATTN VP 8066 GREENMONT AVE TALLAHASSEE, FL  32317 |
| 2.1099 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCI] FIFTH CONTRACT AMENDMENT DTD 2/5/2020 AMENDS ANNEX B1.0 DTD 5/1/2020 | GAT AIRLINE GROUND SUPPORT INC ATTN VP 8066 GREENMONT AVE TALLAHASSEE, FL  32317 |
| 2.1100 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCI] FOURTH CONTRACT AMENDMENT DTD 4/1/2019 AMENDS ANNEX B1.0 DTD 5/1/2020 | GAT AIRLINE GROUND SUPPORT INC ATTN VP 8066 GREENMONT AVE TALLAHASSEE, FL  32317 |
| 2.1101 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCI] SEVENTH CONTRACT AMENDMENT DTD 5/1/2021 AMENDS AGREEMENT DTD 6/20/2019 | GAT AIRLINE GROUND SUPPORT INC ATTN VP 8066 GREENMONT AVE TALLAHASSEE, FL  32317 |
| 2.1102 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCI] SIXTH CONTRACT AMENDMENT DTD 11/10/2020 AMENDS ANNEX B1.0 DTD 5/1/2020 | GAT AIRLINE GROUND SUPPORT INC ATTN VP 8066 GREENMONT AVE TALLAHASSEE, FL  32317 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1103 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSY] EIGHTH CONTRACT AMENDMENT DTD 2/7/2023 AMENDS ANNEX B2.0 DTD 4/1/2018 | GAT AIRLINE GROUND SUPPORT INC ATTN VP 8066 GREENMONT AVE TALLAHASSEE, FL 32317 |
| 2.1104 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSY] FIFTH CONTRACT AMENDMENT DTD 11/10/2020 AMENDS ANNEX B2.0 DTD 4/1/2018 | GAT AIRLINE GROUND SUPPORT INC ATTN VP 8066 GREENMONT AVE TALLAHASSEE, FL 32317 |
| 2.1105 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSY] FIRST CONTRACT AMENDMENT DTD 11/1/2018 AMENDS ANNEX B2.0 DTD 4/1/2018 | GAT AIRLINE GROUND SUPPORT INC ATTN VP 8066 GREENMONT AVE TALLAHASSEE, FL 32317 |
| 2.1106 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSY] FOURTH CONTRACT AMENDMENT  DTD 7/1/2020 AMENDS ANNEX B2.0 DTD 4/1/2018 | GAT AIRLINE GROUND SUPPORT INC ATTN VP 8066 GREENMONT AVE TALLAHASSEE, FL 32317 |
| 2.1107 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSY] NINTH CONTRACT AMENDMENT DTD 2/7/2023 AMENDS ANNEX B2.0 DTD 4/1/2018 | GAT AIRLINE GROUND SUPPORT INC ATTN VP 8066 GREENMONT AVE TALLAHASSEE, FL 32317 |
| 2.1108 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSY] SECOND CONTRACT AMENDMENT  DTD 4/1/2019 AMENDS ANNEX B.3 DTD 4/1/2018 | GAT AIRLINE GROUND SUPPORT INC ATTN VP 8066 GREENMONT AVE TALLAHASSEE, FL 32317 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1109 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSY] SIXTH CONTRACT AMENDMENT DTD 9/1/2021 AMENDS ANNEX B2.0 DTD 4/1/2018 | GAT AIRLINE GROUND SUPPORT INC ATTN VP 8066 GREENMONT AVE TALLAHASSEE, FL  32317 |
| 2.1110 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSY] STANDARD GROUND HANDLING AGREEMENT DTD 12/10/2014 | GAT AIRLINE GROUND SUPPORT INC ATTN VP 8066 GREENMONT AVE TALLAHASSEE, FL  32317 |
| 2.1111 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSY] STANDARD GROUND HANDLING AGREEMENT DTD 4/1/2018 | GAT AIRLINE GROUND SUPPORT INC ATTN VP 8066 GREENMONT AVE TALLAHASSEE, FL  32317 |
| 2.1112 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHL] FIRST CONTRACT AMENDMENT DTD 4/1/2020 AMENDS ANNEX B1.0 DTD 6/1/2017 | GAT AIRLINE GROUND SUPPORT INC ATTN VP 8066 GREENMONT AVE TALLAHASSEE, FL  32317 |
| 2.1113 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHL] SECOND CONTRACT AMENDMENT DTD 7/1/2021 AMENDS ANNEX B1 DTD 6/1/2017 | GAT AIRLINE GROUND SUPPORT INC ATTN VP 8066 GREENMONT AVE TALLAHASSEE, FL  32317 |
| 2.1114 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHL] STANDARD GROUND HANDLING AGREEMENT DTD 6/1/2017 | GAT AIRLINE GROUND SUPPORT INC ATTN VP 8066 GREENMONT AVE TALLAHASSEE, FL  32317 |

Debtor    Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 612 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1115 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RIC] FIFTH CONTRACT AMENDMENT DTD 5/1/2022 AMENDS ANNEX B.1 DTD 3/15/2018 | GAT AIRLINE GROUND SUPPORT INC ATTN VP 8066 GREENMONT AVE TALLAHASSEE, FL 32317 |
| 2.1116 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RIC] FOURTH CONTRACT AMENDMENT DTD 5/1/2021 AMENDS ANNEX B.1 DTD 3/15/2018 | GAT AIRLINE GROUND SUPPORT INC ATTN VP 8066 GREENMONT AVE TALLAHASSEE, FL 32317 |
| 2.1117 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RIC] SECOND CONTRACT AMENDMENT DTD 2/5/2020 AMENDS ANNEX B1.0 DTD 3/15/2018 | GAT AIRLINE GROUND SUPPORT INC ATTN VP 8066 GREENMONT AVE TALLAHASSEE, FL 32317 |
| 2.1118 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SDF] FIRST CONTRACT AMENDMENT DTD 5/27/2021 AMENDS ANNEX B.1 DTD 5/27/2021 | GAT AIRLINE GROUND SUPPORT INC ATTN VP 8066 GREENMONT AVE TALLAHASSEE, FL 32317 |
| 2.1119 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SDF] SECOND CONTRACT AMENDMENT DTD 9/1/2022 AMENDS ANNEX B.1 DTD 5/27/2021 | GAT AIRLINE GROUND SUPPORT INC ATTN VP 8066 GREENMONT AVE TALLAHASSEE, FL 32317 |
| 2.1120 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [TQO] STANDARD GROUND HANDLING AGREEMENT DTD 3/28/2024 | GATE 48 AVIATION STRATEGY SRL DE CV ATTN MIGUEL ANGEL ROSA, LEGAL REP AV TULUM MZ 3 LT 2-03 #269 OFICINA 5 SM 15 CANCUN, ROO 77500 MEXICO |

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1121 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [TQO] WHEELCHAIR SERVICES CONTRACT ACCEPTANCE DTD 12/21/2023 | GATE 48 AVIATION STRATEGY SRL DE CV<br>ATTN MIGUEL ANGEL ROSA, LEGAL REP<br>AV TULUM MZ 3 LT 2-03 #269<br>OFICINA 5 SM 15<br>CANCUN, ROO  77500<br>MEXICO |
| 2.1122 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [STT] FIRST CONTRACT AMENDMENT DTD 6/1/2018<br>AMEND ANNEX B1 DTD 9/1/2016 | GCG GROUND SERVICES LLC<br>ATTN JAHMAL DYER<br>CYRIL E KING INT AIRPORT<br>ST THOMAS, VI  00802 |
| 2.1123 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST CONTRACT AMENDMENT DTD 3/1/2013<br>AMENDS AGREEMENT DTD  11/1/2012 | GCG GROUND SERVICES LLC<br>ATTN JAHMAL DYER<br>CYRIL E KING INT AIRPORT<br>ST THOMAS, VI  00802 |
| 2.1124 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DTD 11/1/2012 | GCG GROUND SERVICES LLC<br>ATTN JAHMAL DYER<br>CYRIL E KING INT AIRPORT<br>ST THOMAS, VI  00802 |
| 2.1125 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DTD 12/15/2017 | GEMA TOURS S.A<br>ATTN DIANA GEDEON<br>CALLE 30 #19, 64 PISO 2<br>BARRIO PIE DE LA ROPA<br>CARTAGENA, BOLIVAR<br>COLOMBIA |
| 2.1126 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SIDE LETTER 5 DTD 8/12/2022 | GEN2 SYSTEMS LTD<br>UNIT 3 BONEHILL MEWS, LICHFIEELD ST<br>FAZELEY<br>STAFFORDSHIRE  B78 3QU<br>UNITED KINGDOM |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1127 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AUA] STANDARD GROUND HANDLING AGREEMENT  DTD 11/1/2007 | GENERAL AIR SERVICE NV<br>ATTN ALEJANDRO MUYALE, MANAGING DIRECTOR<br>52 LG SMITH BLVD<br>ORANJESTAD<br>ARUBA |
| 2.1128 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PUJ] FIRST CONTRACT AMENDMENT DTD 4/1/2013<br>AMENDS AGREEMENT DTD 2/16/2012 | GENERAL AIR SERVICES LTD<br>ATTN GUSTAVO HOSTOS, CHAIRMAN<br>EDIFICIO SALCO, AVENIDA WINSTON CHURCHILL<br>EVARISTO MORALES<br>SANTO DOMINGO<br>DOMINICAN REPUBLIC |
| 2.1129 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PUJ] SECOND CONTRACT AMENDMENT DTD 5/1/2014<br>AMENDS AGREEMENT DTD 2/16/2012 | GENERAL AIR SERVICES LTD<br>ATTN GUSTAVO HOSTOS, CHAIRMAN<br>EDIFICIO SALCO, AVENIDA WINSTON CHURCHILL<br>EVARISTO MORALES<br>SANTO DOMINGO<br>DOMINICAN REPUBLIC |
| 2.1130 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PUJ] STANDARD GROUND HANDLING AGREEMENT  DTD 2/16/2012 | GENERAL AIR SERVICES LTD<br>ATTN GUSTAVO HOSTOS, CHAIRMAN<br>EDIFICIO SALCO, AVENIDA WINSTON CHURCHILL<br>EVARISTO MORALES<br>SANTO DOMINGO<br>DOMINICAN REPUBLIC |
| 2.1131 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PUJ] THIRD CONTRACT AMENDMENT DTD 5/1/2016<br>AMENDS AGREEMENT DTD 2/16/2012 | GENERAL AIR SERVICES LTD<br>ATTN GUSTAVO HOSTOS, CHAIRMAN<br>EDIFICIO SALCO, AVENIDA WINSTON CHURCHILL<br>EVARISTO MORALES<br>SANTO DOMINGO<br>DOMINICAN REPUBLIC |
| 2.1132 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 04/01/2018 | GENERAL AVIATION, LLC. D/B/A ATLANTIC AVIATION<br>749 LOCKHEED DRIVE<br>KENNER, LA  70062 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1133 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT FOR TRANSPORTATION DTD 6/1/2024 | GET-E INTERNATIONAL BV ATTN CEO ANATERESLANN 33 JE HOOFDDORP 2132 NETHERLANDS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1134 | State what the contract or lease is for and the nature of the debtor's interest | [PTY] FIRST CONTRACT AMENDMENT DTD 8/1/2009 AMENDS AGREEMENT DTD 1/30/2008 | GIRAG PANAMA SA ATTN FRANCISCO GIRALDO TOCUMEN INT'L AIRPORT, APT 6870 PANAMA CITY 5 PANAMA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1135 | State what the contract or lease is for and the nature of the debtor's interest | [PTY] FORMAL NOTIFICATION OF MINIMUM WAGE INCREASE DTD 1/8/2020 | GIRAG PANAMA SA ATTN FRANCISCO GIRALDO TOCUMEN INT'L AIRPORT, APT 6870 PANAMA CITY 5 PANAMA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1136 | State what the contract or lease is for and the nature of the debtor's interest | [PTY] SECOND CONTRACT AMENDMENT DTD 3/5/2012 | GIRAG PANAMA SA ATTN FRANCISCO GIRALDO TOCUMEN INT'L AIRPORT, APT 6870 PANAMA CITY 5 PANAMA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1137 | State what the contract or lease is for and the nature of the debtor's interest | [PTY] STANDARD GROUND HANDLING AGREEMENT DTD 1/30/2008 | GIRAG PANAMA SA ATTN FRANCISCO GIRALDO TOCUMEN INT'L AIRPORT, APT 6870 PANAMA CITY 5 PANAMA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1138 | State what the contract or lease is for and the nature of the debtor's interest | [PTY] THIRD CONTRACT AMENDMENT DTD 1/1/2014 AMENDS ANNEX B.1.0 DTD 1/30/2008 | GIRAG PANAMA SA ATTN FRANCISCO GIRALDO TOCUMEN INT'L AIRPORT, APT 6870 PANAMA CITY 5 PANAMA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Spirit Airlines, LLC    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
(Name)      Case number (if known)    25-11896
Pg 616 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1139 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SPARE PARTS NON-POOL LOAN AGREEMENT DTD 2/9/2023 | GLOBAL CROSSING AIRLINES INC<br>ATTN RYAN GOEPEL, CFO<br>BLDG, 5A, MIAMI INT'L AIRPORT, 4TH FL<br>4200 NW 36TH ST<br>MIAMI, FL 33146 |
| 2.1140 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DATA LICENSE AGREEMENT FIRST ADDENDUM DTD 4/19/2016 RE: AGREEMENT DTD 1/1/2015 | GLOBAL EAGLE ENTERTAINMENT OPS SOLNS INC<br>ATTN LEGAL<br>4553 GLENCOE AVE<br>MARINA DEL REY, CA 90292 |
| 2.1141 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGINE STAND LEASE GENERAL TERMS AGREEMENT DTD 8/1/2023 | GLOBAL ENGINE STANDS INC<br>ATTN CEO<br>14397 SW 143RD CT, UNIT 104<br>MIAMI, FL 33186 |
| 2.1142 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] ADDENDUM 1 TO GROUND HANDLING AGREEMENT DTD 10/1/2002 RE: AGREEMENT DTD 12/1/1999 | GLOBEGROUND NORTH AMERICA LLC<br>F/K/A HUDSON GENERAL LLC |
| 2.1143 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REPAIR AGREEMENT NO 20-PMG03083B DTD 4/28/2021 | GOODRICH CORP<br>2730 W TYVOLA RD<br>CHARLOTTE, NC 28217 |
| 2.1144 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 1 DTD 4/28/2024 AMENDS REPAIR AGREEMENT NO. 20-PMG03083B DTD 4/28/2021 | GOODRICH CORP<br>ATTN SR CONTRACT MGR<br>4115 CORPORATE CTR DR<br>MONROE, NC 28110 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1145 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FLIGHTS BOOKING VERIFICATION AGREEMENT DTD 4/23/2024 | GOOGLE LLC<br>ATTN LEGAL DEPARTMENT<br>1600 AMPHITHEATRE PKWY<br>MOUNTAIN VIEW, CA 94043 |
| 2.1146 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCO] AIRLINE-AIRPORT LEASE & USE AGREEMENT DTD 9/24/2008 | GREATER ORLANDO AVIATION AUTHORITY<br>ATTN EXECUTIVE DIR<br>ORLANDO INT'L AIRPORT<br>1 AIRPORT BLVD<br>ORLANDO, FL 32827-4399 |
| 2.1147 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCO] OPERATIONS CENTER LEASE AGREEMENT DTD 12/20/2018 | GREATER ORLANDO AVIATION AUTHORITY<br>ATTN EXECUTIVE DIR<br>ORLANDO INT'L AIRPORT<br>1 AIRPORT BLVD<br>ORLANDO, FL 32827-4399 |
| 2.1148 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCO] RATE & REVENUE SHARING EXTENSION AGREEMENT DTD 10/28/2024 | GREATER ORLANDO AVIATION AUTHORITY<br>ATTN EXECUTIVE DIR<br>ORLANDO INT'L AIRPORT<br>1 AIRPORT BLVD<br>ORLANDO, FL 32827-4399 |
| 2.1149 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCO] SPACE/USE AGREEMENT DTD 2/15/2019 | GREATER ORLANDO AVIATION AUTHORITY<br>ATTN EXECUTIVE DIR<br>ORLANDO INT'L AIRPORT<br>1 AIRPORT BLVD<br>ORLANDO, FL 32827-4399 |
| 2.1150 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TENANT FINISH AGREEMENT DTD 5/20/2009 | GREATER ORLANDO AVIATION AUTHORITY<br>ATTN EXECUTIVE DIR<br>ORLANDO INT'L AIRPORT<br>1 AIRPORT BLVD<br>ORLANDO, FL 32827-4399 |

Debtor   Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 618 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1151 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT | GREEN IRONY LLC<br>200 2ND AVE S, STE 825<br>ST PETERSBURG, FL  33701 |
| 2.1152 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK 2024 RENEWAL DTD 4/8/2024<br>RE: MASTER SERVICE AGREEMENT | GREEN IRONY LLC<br>200 2ND AVE S, STE 825<br>ST PETERSBURG, FL  33701 |
| 2.1153 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DTD 5/5/2025 | GREEN IRONY LLC<br>200 2ND AVE S, STE 825<br>ST PETERSBURG, FL  33701 |
| 2.1154 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SJU] FIFTH CONTRACT AMENDMENT DTD 11/1/2021<br>AMENDS ANNEX B.1 DTD 8/1/2009 | GROUND MOTIVE DEPENDABLE<br>ATTN RODNEY COLON<br>LUIS MUNOZ MARIN INT'L AIRPORT<br>PO BOX 37667<br>SAN JUAN, PR  00937-7667 |
| 2.1155 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SJU] FIRST CONTRACT AMENDMENT DTD 5/1/2014<br>AMENDS AGREEMENT DTD 8/1/2009 | GROUND MOTIVE DEPENDABLE<br>ATTN RODNEY COLON<br>LUIS MUNOZ MARIN INT'L AIRPORT<br>PO BOX 37667<br>SAN JUAN, PR  00937-7667 |
| 2.1156 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SJU] FOURTH CONTRACT AMENDMENT DTD 10/1/2021<br>AMENDS AGREEMENT DTD 8/1/2009 | GROUND MOTIVE DEPENDABLE<br>ATTN RODNEY COLON<br>LUIS MUNOZ MARIN INT'L AIRPORT<br>PO BOX 37667<br>SAN JUAN, PR  00937-7667 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1157 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [SJU] SECOND CONTRACT AMENDMENT DTD 4/1/2019<br>AMENDS AGREEMENT DTD 8/1/2009 | GROUND MOTIVE DEPENDABLE<br>ATTN RODNEY COLON<br>LUIS MUNOZ MARIN INT'L AIRPORT<br>PO BOX 37667<br>SAN JUAN, PR  00937-7667 |
| 2.1158 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [SJU] SEVENTH CONTRACT AMENDMENT DTD 7/1/2023<br>AMENDS ANNEX B.1 DTD 8/1/2009 | GROUND MOTIVE DEPENDABLE<br>ATTN RODNEY COLON<br>LUIS MUNOZ MARIN INT'L AIRPORT<br>PO BOX 37667<br>SAN JUAN, PR  00937-7667 |
| 2.1159 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [SJU] SIXTH CONTRACT AMENDMENT DTD 1/1/2022<br>AMENDS AGREEMENT DTD 8/1/2009 | GROUND MOTIVE DEPENDABLE<br>ATTN RODNEY COLON<br>LUIS MUNOZ MARIN INT'L AIRPORT<br>PO BOX 37667<br>SAN JUAN, PR  00937-7667 |
| 2.1160 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [SJU] STANDARD GROUND HANDLING AGREEMENT  DTD 8/1/2009 | GROUND MOTIVE DEPENDABLE<br>ATTN RODNEY COLON<br>LUIS MUNOZ MARIN INT'L AIRPORT<br>PO BOX 37667<br>SAN JUAN, PR  00937-7667 |
| 2.1161 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [SJU] WHEELCHAIR SERVICES PROPOSAL #2 DTD 8/19/2021 | GROUND MOTIVE DEPENDABLE<br>ATTN RODNEY COLON<br>LUIS MUNOZ MARIN INT'L AIRPORT<br>PO BOX 37667<br>SAN JUAN, PR  00937-7667 |
| 2.1162 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [FLL] GSE RENTALS AGREEMENT #508/2021 DTD 9/30/2021 | GSE RENTALS INC<br>ATTN GABRIEL SERRANO<br>3750 NW 49ST<br>MIAMI, FL  33142 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1163 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] RENTAL AGREEMENT #446/2021 DTD 3/3/2021 | GSE RENTALS INC ATTN GABRIEL SERRANO 3750 NW 49ST MIAMI, FL 33142 |
| 2.1164 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE CONTRACT FOR CIRCUITS FOR PRIVATE USE (DATA) AND/OR DEDICATED ACCESS TO THE INTERNET AND/OR LANDLINE TELEPHONE DTD 10/31/2024 | GTD PERU SA AV. LA ENCALADA 1257 INT 1201 URB LIMA POLO & HUNT CLUB SANTIAGO DE SURCO PERU |
| 2.1165 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PURCHASE AGREEMENT DTD 10/8/2021 | HAECO AIRFRAME SERVICES LLC ATTN LEGAL DEPARTMENT 623 RADAR RD LEGAL DEPARTMENT GREENSBORO, NC 27410 |
| 2.1166 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 1 TO PURCHASE AGREEMENT DTD 5/15/2023 AMENDS AGREEMENT DTD 10/8/2021 | HAECO CABIN SOLUTIONS LLC ATTN PRESIDENT 8010 PIEDMONT TRIAD PKWY GREENSBORO, NC 27409 |
| 2.1167 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROGRAM CHANGE REQUEST #21T059CR010 DTD 7/28/2023 RE: AGREEMENT DTD 10/8/2021 | HAECO CABIN SOLUTIONS LLC ATTN PRESIDENT 8010 PIEDMONT TRIAD PKWY GREENSBORO, NC 27409 |
| 2.1168 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PURCHASE AGREEMENT DTD 10/8/2021 | HAECO CABIN SOLUTIONS LLC ATTN PRESIDENT 8010 PIEDMONT TRIAD PKWY GREENSBORO, NC 27409 |

Debtor   Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 621 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1169 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] FIFTH CONTRACT AMENDMENT DTD 7/1/2013 AMENDS ANNEX B.1 DTD 6/1/2009 | HALLMARK AVIATION SERVICES LP ATTN HOSI KAPADIA, VP MKTG 5757 W CENTURY BLVD, STE 860 STE 860 LOS ANGELES, CA  90045 |
| 2.1170 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] FIRST CONTRACT AMENDMENT DTD 12/1/2009 AMENDS ANNEX B.1 DTD 6/1/2009 | HALLMARK AVIATION SERVICES LP ATTN HOSI KAPADIA, VP MKTG 5757 W CENTURY BLVD, STE 860 STE 860 LOS ANGELES, CA  90045 |
| 2.1171 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] FOURTH CONTRACT AMENDMENT DTD 7/1/2012 AMENDS ANNEX B.1 DTD 6/1/2009 | HALLMARK AVIATION SERVICES LP ATTN HOSI KAPADIA, VP MKTG 5757 W CENTURY BLVD, STE 860 STE 860 LOS ANGELES, CA  90045 |
| 2.1172 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] SECOND CONTRACT AMENDMENT DTD 1/19/2010 AMENDS ANNEX B.1 DTD 6/1/2009 | HALLMARK AVIATION SERVICES LP ATTN HOSI KAPADIA, VP MKTG 5757 W CENTURY BLVD, STE 860 STE 860 LOS ANGELES, CA  90045 |
| 2.1173 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] STANDARD GROUND HANDLING AGREEMENT DTD 6/1/2009 | HALLMARK AVIATION SERVICES LP ATTN HOSI KAPADIA, VP MKTG 5757 W CENTURY BLVD, STE 860 STE 860 LOS ANGELES, CA  90045 |
| 2.1174 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] THIRD CONTRACT AMENDMENT DTD 4/2/2011 AMENDS ANNEX B.1 DTD 6/1/2009 | HALLMARK AVIATION SERVICES LP ATTN HOSI KAPADIA, VP MKTG 5757 W CENTURY BLVD, STE 860 STE 860 LOS ANGELES, CA  90045 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1175 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PAP] STANDARD GROUND HANDLING AGREEMENT  DTD 3/2/2007 | HAMASERCO<br>ATTN RICHAD HIPPOLYTE<br>AEROPORT INT'L TOUSSAINT LOUVERTURE<br>PORT-AU-PRINCE<br>HAITI |
| 2.1176 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PAP] STANDARD GROUND HANDLING AGREEMENT DTD 5/15/2007 | HAMASERCO<br>ATTN RICHAD HIPPOLYTE<br>AEROPORT INT'L TOUSSAINT LOUVERTURE<br>PORT-AU-PRINCE<br>HAITI |
| 2.1177 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PAP] STANDARD GROUND HANDLING AGREEMENT DTD 6/1/2014 | HAMASERCO<br>ATTN RICHAD HIPPOLYTE<br>AEROPORT INT'L TOUSSAINT LOUVERTURE<br>PORT-AU-PRINCE<br>HAITI |
| 2.1178 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RATE & SERVICE AGREEMENT DTD 5/24/2024 | HAMBURG MARRIOTT HOTEL<br>ABC STRASSE 52<br>HAMBURG  20354<br>GERMANY |
| 2.1179 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] CORPORATE RATE AGREEMENT DTD 5/22/2024 | HAMPTON INN AND SUITES<br>ATTN SHARON B JOHNSON<br>3450 BOBBY BROWN PKWY<br>EAST POINT, GA  30344 |
| 2.1180 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LOAN PARTS AGREEMENT | HAWAIIAN AIRLINES<br>ATTN LOAN CONTROL/STORES RECEIVING<br>277 ELLIOTT ST<br>HONOLULU, HI  96819 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1181 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ACCOUNT APPLICATION AND AGREEMENT DTD 6/23/2016 | HIGHTOWER ADVISORS LLC |
| 2.1182 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TREASURY PARTNERS FIXED INCOME PROGRAM AGREEMENT | HIGHTOWER ADVISORS LLC |
| 2.1183 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WAREHOUSE LEASE | HILLSBOROUGH COUNTY AVIATION AUTH<br>P.O. BOX 22287<br>TAMPA, FL  33622-2287 |
| 2.1184 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [TPA] AMENDMENT NO 3 TO SPACE RENTAL AGREEMENT DTD 10/1/2020 | HILLSBOROUGH COUNTY AVIATION AUTHORITY<br>ATTN CEO<br>TAMPA INT'L AIRPORT<br>PO BOX 22287<br>TAMPA, FL  33622 |
| 2.1185 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [TPA] SPACE RENTAL AGREEMENT DTD 9/10/2020 | HILLSBOROUGH COUNTY AVIATION AUTHORITY<br>ATTN CEO<br>TAMPA INT'L AIRPORT<br>PO BOX 22287<br>TAMPA, FL  33622 |
| 2.1186 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RETAINER LETTER DTD 2/8/2016 | HINSHAW & CULBERTSON LLP<br>ATTN ANDREW M.  GORDON, ESQ<br>ONE E. BROWARD BLVD,  STE 1010<br>FT. LAUDERDALE, FL  33301-1804 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1187 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DTD 2/14/2022 | HIRERIGHT LLC<br>ATTN LEGAL DEPT<br>3349 MICHELSON DR, STE 150<br>IRVINE, CA 92612 |
| 2.1188 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BWI] AGREEMENT CONFIRMATION LETTER DTD 12/9/2021 | HOME SERV DELIVERY LLC<br>ATTN BOB MILES<br>6751 FORUM DR, STE 200<br>ORLANDO, FL 32821 |
| 2.1189 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] AGREEMENT FOR BAGGAGE DELIVERY SERVICES 9/1/2016 DTD 10/5/2016 | HOME SERV DELIVERY LLC<br>ATTN BOB MILES<br>6751 FORUM DR, STE 200<br>ORLANDO, FL 32821 |
| 2.1190 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MIA] BAGGAGE DELIVERY SERVICE CONFIRMATION LTR DTD 6/6/2022 RE: AGREEMENT DTD 9/1/2016 | HOME SERV DELIVERY LLC<br>ATTN BOB MILES<br>6751 FORUM DR, STE 200<br>ORLANDO, FL 32821 |
| 2.1191 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT FOR BAGGAGE DELIVERY SERVICES DTD 10/5/2016 | HOME SERV DELIVERY LLC<br>ATTN BOB MILES<br>6751 FORUM DR, STE 200<br>ORLANDO, FL 32821 |
| 2.1192 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIFTH AMENDMENT TO AGREEMENT FOR BAGGAGE DELIVERY SERVICES DTD 11/1/2024 AMENDS AGREEMENT DTD 9/1/2016 | HOME SERV DELIVERY LLC<br>ATTN BOB MILES<br>6751 FORUM DR, STE 200<br>ORLANDO, FL 32821 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1193 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO AGREEMENT FOR BAGGAGE DELIVERY SERVICES DTD 10/1/2016 AMENDS AGREEMENT DTD 9/1/2016 | HOME SERV DELIVERY LLC ATTN BOB MILES 6751 FORUM DR, STE 200 ORLANDO, FL 32821 |
| 2.1194 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FOURTH AMENDMENT TO AGREEMENT FOR BAGGAGE DELIVERY SERVICES DTD 10/1/2020 AMENDS AGREEMENT DTD 9/1/2016 | HOME SERV DELIVERY LLC ATTN BOB MILES 6751 FORUM DR, STE 200 ORLANDO, FL 32821 |
| 2.1195 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO AGREEMENT FOR BAGGAGE DELIVERY SERVICES DTD 3/15/2017 AMENDS AGREEMENT DTD 9/1/2016 | HOME SERV DELIVERY LLC ATTN BOB MILES 6751 FORUM DR, STE 200 ORLANDO, FL 32821 |
| 2.1196 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD AMENDMENT TO AGREEMENT FOR BAGGAGE DELIVERY SERVICES DTD 11/1/2021 AMENDS AGREEMENT DTD 9/1/2016 | HOME SERV DELIVERY LLC ATTN BOB MILES 6751 FORUM DR, STE 200 ORLANDO, FL 32821 |
| 2.1197 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CORPORATE RATE AGREEMENT DTD 1/1/2025 | HOME2 SUITES ORLANDO AIRPORT ATTN DIRECTOR OF SALES 5445 HAZELTINE NATIONAL DR ORLANDO, FL 32827 |
| 2.1198 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 2 TO MASTER SERVICE AGREEMENT DTD 10/10/2018 AMENDS AGREEMENT DTD 4/1/2016 | HONEYWELL INTERNATIONAL INC ATTN BRIAN DAVIS, VP SALES 1944 E SKY HARBOR CIR PHEONIX, AZ 85034 |

Debtor   Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 626 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1199 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 3 TO MASTER SERVICE AGREEMENT DTD 1/29/2020 AMENDS AGREEMENT DTD 4/1/2016 | HONEYWELL INTERNATIONAL INC ATTN BRIAN DAVIS, VP SALES 1944 E SKY HARBOR CIR PHEONIX, AZ  85034 |
| 2.1200 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 4 TO MASTER SERVICE AGREEMENT DTD 10/2/2020 AMENDS AGREEMENT DTD 4/1/2016 | HONEYWELL INTERNATIONAL INC ATTN BRIAN DAVIS, VP SALES 1944 E SKY HARBOR CIR PHEONIX, AZ  85034 |
| 2.1201 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 5 TO MAINTENANCE SVC AGREEMENT  DTD 2/22/2022 AMENDS AGREEMENT DTD 4/1/2016 | HONEYWELL INTERNATIONAL INC ATTN BRIAN DAVIS, VP SALES 1944 E SKY HARBOR CIR PHEONIX, AZ  85034 |
| 2.1202 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 6 TO MAINTENANCE SVC AGREEMENT DTD 10/21/2024 AMENDS AGREEMENT DTD 4/1/2016 | HONEYWELL INTERNATIONAL INC ATTN BRIAN DAVIS, VP SALES 1944 E SKY HARBOR CIR PHEONIX, AZ  85034 |
| 2.1203 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BAILMENT AGREEMENT DTD 9/30/2024 | HONEYWELL INTERNATIONAL INC ATTN BRIAN DAVIS, VP SALES 1944 E SKY HARBOR CIR PHEONIX, AZ  85034 |
| 2.1204 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MAINTENANCE SERVICE AGREEMENT # SAL20150904 DTD 8/24/2015 | HONEYWELL INTERNATIONAL INC ATTN BRIAN DAVIS, VP SALES 1944 E SKY HARBOR CIR PHEONIX, AZ  85034 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1205 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MAINTENANCE SERVICE AGREEMENT DTD 10/27/2015<br>RE: AGREEMENT #SAL20150904 | HONEYWELL INTERNATIONAL INC<br>ATTN BRIAN DAVIS, VP SALES<br>1944 E SKY HARBOR CIR<br>PHEONIX, AZ 85034 |
| 2.1206 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRODUCT & SERVICE AGREEMENT DTD 1/19/2022 | HONEYWELL INTERNATIONAL INC<br>ATTN BRIAN DAVIS, VP SALES<br>1944 E SKY HARBOR CIR<br>PHEONIX, AZ 85034 |
| 2.1207 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT NO 20040708B DTD 8/26/2004 | HONEYWELL INTERNATIONAL INC<br>ATTN BRIAN DAVIS, VP SALES<br>1944 E SKY HARBOR CIR<br>PHEONIX, AZ 85034 |
| 2.1208 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRAVEL AGREEMENT DTD 6/11/2015 | HONG KONG EXPRESS AIRWAYS LTD |
| 2.1209 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FUEL SYSTEM INTERLINE AGREEMENT DTD 2/1/2008 | HOOKERS POINT FUEL FACILITIES LLC<br>C/O QUARLES & BRADY LLP<br>ATTN DANIEL L MUCHOW<br>ONE RENAISSANCE SQ, 2 N CENTRAL AVE<br>PHOENIX, AZ 85004 |
| 2.1210 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO SERVICES AGREEMENT DTD 3/18/2024<br>AMENDS AGREEMENT DTD 8/30/2022 | HOPPER (USA) INC<br>ATTN GENERAL COUNSEL<br>265 FRANKLIN ST, STE 1702<br>BOSTON, MA 02110 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1211 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT DTD 9/6/2022 | HOPPER (USA) INC<br>ATTN GENERAL COUNSEL<br>265 FRANKLIN ST, STE 1702<br>BOSTON, MA  02110 |
| 2.1212 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [ACY] ON-CALL MAINTENANCE AGREEMENT DTD 1/31/2017 | HORIZON AIR INDUSTRIES INC<br>ATTN ARTURO OROPEZA<br>8070 NE AIRTRANS WAY<br>PORTLAND, OR  97218 |
| 2.1213 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [MYR] AIRCRAFT FUELING SERVICE AGREEMENT DTD 1/1/2018 | HORRY COUNTY<br>ATTN DIR OF AIRPORTS<br>1100 JETPORT RD<br>MYRTLE BEACH, SC  29577 |
| 2.1214 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HOTEL CONNECTIONS REPRESENTATION AGREEMENT DTD 3/1/2017 | HOTEL CONNECTIONS INC<br>ATTN KEN SHANLEY<br>6100 BLUE LAGOON DR<br>MIAMI, FL  33126 |
| 2.1215 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [LGA] STANDARD GROUND HANDLING AGREEMENT DTD 8/21/2000 | HUDSON GENERAL LLC<br>ATTN VP CONTRACT SERVICES<br>111 GREAT NECK RD<br>GREAT NECK, NY  11021 |
| 2.1216 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSCRIPTION AGREEMENT #7768 DTD 5/21/2024 | HUMAN SECURITY INC<br>ATTN CFO<br>841 BROADWAY, FL 2<br>NEW YORK, NY  10003 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1217 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DCA] STANDARD GROUND HANDLING AGREEMENT DTD 6/1/2011 | HUNTLEIGH USA CORPORATION<br>ATTN CEO<br>10332 OLD OLIVE ST RD<br>ST LOUIS, MO  63141 |
| 2.1218 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BDL] FIFTH CONTRACT AMENDMENT DTD 6/1/2023<br>AMENDS ANNEX B DTD 2/15/2018 | HUNTLEIGH USA CORPORATION<br>ATTN DENNIS FOX, NATIONAL DIR OPS<br>545 E JOHN CARPENTER FWY, STE 175<br>IRVING, TX  75062 |
| 2.1219 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BDL] FOURTH CONTRACT AMENDMENT DTD 7/1/2022<br>AMENDS ANNEX B DTD 4/27/2014 | HUNTLEIGH USA CORPORATION<br>ATTN DENNIS FOX, NATIONAL DIR OPS<br>545 E JOHN CARPENTER FWY, STE 175<br>IRVING, TX  75062 |
| 2.1220 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BDL] SECOND CONTRACT AMENDMENT DTD 1/1/2021<br>AMENDS ANNEX B DTD 4/27/2017 | HUNTLEIGH USA CORPORATION<br>ATTN DENNIS FOX, NATIONAL DIR OPS<br>545 E JOHN CARPENTER FWY, STE 175<br>IRVING, TX  75062 |
| 2.1221 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BDL] STANDARD GROUND HANDLING AGREEMENT DTD 4/27/2017 | HUNTLEIGH USA CORPORATION<br>ATTN DENNIS FOX, NATIONAL DIR OPS<br>545 E JOHN CARPENTER FWY, STE 175<br>IRVING, TX  75062 |
| 2.1222 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BDL] THIRD CONTRACT AMENDMENT DTD 9/1/2021<br>AMENDS ANNEX B DTD 4/27/2017 | HUNTLEIGH USA CORPORATION<br>ATTN DENNIS FOX, NATIONAL DIR OPS<br>545 E JOHN CARPENTER FWY, STE 175<br>IRVING, TX  75062 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1223 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLE] STANDARD GROUND HANDLING AGREEMENT DTD 1/15/2015 | HUNTLEIGH USA CORPORATION<br>ATTN DENNIS FOX, NATIONAL DIR OPS<br>545 E JOHN CARPENTER FWY, STE 175<br>IRVING, TX  75062 |
| 2.1224 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CMH] CONTRAL APPROVAL FORM- CMH WHEELCHAIRS DTD 1/15/2018 | HUNTLEIGH USA CORPORATION<br>ATTN DENNIS FOX, NATIONAL DIR OPS<br>545 E JOHN CARPENTER FWY, STE 175<br>IRVING, TX  75062 |
| 2.1225 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CMH] SECOND CONTRACT AMENDMENT DTD 1/1/2020<br>AMENDS AGREEMENT DTD 2/15/2018 | HUNTLEIGH USA CORPORATION<br>ATTN DENNIS FOX, NATIONAL DIR OPS<br>545 E JOHN CARPENTER FWY, STE 175<br>IRVING, TX  75062 |
| 2.1226 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CMH] STANDARD GROUND HANDLING AGREEMENT DTD 2/15/2018 | HUNTLEIGH USA CORPORATION<br>ATTN DENNIS FOX, NATIONAL DIR OPS<br>545 E JOHN CARPENTER FWY, STE 175<br>IRVING, TX  75062 |
| 2.1227 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CMH] THIRD CONTRACT AMENDMENT DTD 1/1/2021<br>AMENDS AGREEMENT DTD 2/15/2018 | HUNTLEIGH USA CORPORATION<br>ATTN DENNIS FOX, NATIONAL DIR OPS<br>545 E JOHN CARPENTER FWY, STE 175<br>IRVING, TX  75062 |
| 2.1228 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCI] FOURTH CONTRACT AMENDMENT DTD 1/1/2021<br>AMENDS AGREEMENT DTD 8/7/2014 | HUNTLEIGH USA CORPORATION<br>ATTN DENNIS FOX, NATIONAL DIR OPS<br>545 E JOHN CARPENTER FWY, STE 175<br>IRVING, TX  75062 |

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 631 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1229 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCI] STANDARD GROUND HANDLING AGREEMENT DTD 8/7/2014 | HUNTLEIGH USA CORPORATION<br>ATTN DENNIS FOX, NATIONAL DIR OPS<br>545 E JOHN CARPENTER FWY, STE 175<br>IRVING, TX  75062 |
| 2.1230 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCI] WHEELCHAIR SVS CONTRACT TERMINATION LTR DTD 1/28/2022 | HUNTLEIGH USA CORPORATION<br>ATTN DENNIS FOX, NATIONAL DIR OPS<br>545 E JOHN CARPENTER FWY, STE 175<br>IRVING, TX  75062 |
| 2.1231 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PDX] STANDARD GROUND HANDLING AGREEMENT DTD 1/1/2014 | HUNTLEIGH USA CORPORATION<br>ATTN DENNIS FOX, NATIONAL DIR OPS<br>545 E JOHN CARPENTER FWY, STE 175<br>IRVING, TX  75062 |
| 2.1232 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PDX] THIRD AMENDMENT TO OPERATING AGREEMENT  DTD 5/26/2021<br>AMENDS AGREEMENT DTD 11/15/2015 | HUNTLEIGH USA CORPORATION<br>ATTN DENNIS FOX, NATIONAL DIR OPS<br>545 E JOHN CARPENTER FWY, STE 175<br>IRVING, TX  75062 |
| 2.1233 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PIT] AMENDMENT 3 TO PIT WC CONSORTIUM CONTRACT DTD 2/1/2023<br>AMENDS AGREEMENT DTD 6/4/2017 | HUNTLEIGH USA CORPORATION<br>ATTN DENNIS FOX, NATIONAL DIR OPS<br>545 E JOHN CARPENTER FWY, STE 175<br>IRVING, TX  75062 |
| 2.1234 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SEA] EIGTH CONTRACT AMENDMENT DTD 1/1/2025<br>AMENDS AGREEMENT DTD 3/24/2016 | HUNTLEIGH USA CORPORATION<br>ATTN DENNIS FOX, NATIONAL DIR OPS<br>545 E JOHN CARPENTER FWY, STE 175<br>IRVING, TX  75062 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1235 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [SEA] FIFTH CONTRACT AMENDMENT DTD 1/1/2021 AMENDS ANNEX B DTD 3/24/2016 | HUNTLEIGH USA CORPORATION ATTN DENNIS FOX, NATIONAL DIR OPS 545 E JOHN CARPENTER FWY, STE 175 IRVING, TX  75062 |
| 2.1236 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [SEA] STANDARD GROUND HANDLING AGREEMENT  DTD 3/24/2016 | HUNTLEIGH USA CORPORATION ATTN DENNIS FOX, NATIONAL DIR OPS 545 E JOHN CARPENTER FWY, STE 175 IRVING, TX  75062 |
| 2.1237 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST CONTRACT AMENDMENT DTD 1/1/2015 AMENDS AGREEMENT DTD 8/7/2014 | HUNTLEIGH USA CORPORATION ATTN DENNIS FOX, NATIONAL DIR OPS 545 E JOHN CARPENTER FWY, STE 175 IRVING, TX  75062 |
| 2.1238 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH CONTRACT AMENDMENT DTD 1/1/2024 AMENDS AGREEMENT DTD 1/15/2015 | HUNTLEIGH USA CORPORATION ATTN DENNIS FOX, NATIONAL DIR OPS 545 E JOHN CARPENTER FWY, STE 175 IRVING, TX  75062 |
| 2.1239 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH CONTRACT AMENDMENT DTD 3/1/2025 AMENDS AGREEMENT DTD 2/15/2018 | HUNTLEIGH USA CORPORATION ATTN DENNIS FOX, NATIONAL DIR OPS 545 E JOHN CARPENTER FWY, STE 175 IRVING, TX  75062 |
| 2.1240 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SIXTH CONTRACT AMENDMENT DTD 1/1/2024 AMENDS AGREEMENT DTD 2/15/2018 | HUNTLEIGH USA CORPORATION ATTN DENNIS FOX, NATIONAL DIR OPS 545 E JOHN CARPENTER FWY, STE 175 IRVING, TX  75062 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1241 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [PDX] FIRST AMENDMENT TO OPERATING AGREEMENT DTD 12/5/2018 AMENDS AGREEMENT DTD 11/15/2015 | HUNTLEIGH USA CORPORATION<br>ATTN GARY WOLF, PDX MANAGER<br>7515 NE AMBASSADOR PL, STE A-1<br>PORTLAND, OR  97220 |
| 2.1242 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALE DEAL AGREEMENT DTD 5/24/2022 | HUSKY MARKETING AND SUPPLY CO<br>ATTN JESSICA BARKAN<br>5550 BLAZER PKWY, STE 200<br>DUBLIN, OH  43017 |
| 2.1243 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2024 VOLUME AGREEMENT DTD 5/6/2024 | HYATT REGENCY DFW<br>ATTN SALES MGR<br>2334 N INTL PKWY<br>DFW AIRPORT<br>DALLAS, TX  75261 |
| 2.1244 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2024-2025 VOLUME AGREEMENT DTD 1/6/2025 | HYATT REGENCY DFW<br>ATTN SALES MGR<br>2334 N INTL PKWY<br>DFW AIRPORT<br>DALLAS, TX  75261 |
| 2.1245 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO 1 DTD 7/29/2015 AMENDS EGINE PURCHASE SUPPORT/FLEET MGMT AGREEMENT DTD 10/1/2013 | IAE INTERNATIONAL AERO ENGINES AG<br>ATTN VP- AMERICAN SALES<br>400 MAIN ST<br>EAST HARTFORD, CT  06118 |
| 2.1246 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO 1 TO QUADRIPARTITE AGREEMENT AMENDS AGREEMENT DTD 10/20/2005 | IAE INTERNATIONAL AERO ENGINES AG<br>ATTN VP- AMERICAN SALES<br>400 MAIN ST<br>EAST HARTFORD, CT  06118 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1247 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 1 TO THE FLEET HOUR AGREEMENT DTD 9/8/2016<br>AMENDS AGREEMENT DTD 10/1/2013 | IAE INTERNATIONAL AERO ENGINES AG<br>ATTN VP- AMERICAN SALES<br>400 MAIN ST<br>EAST HARTFORD, CT  06118 |
| 2.1248 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 2 TO V-SERVICE FLEET HOUR AGREEMENT DTD 8/27/2021<br>AMENDS AGREEMENT DTD 10/1/2023 | IAE INTERNATIONAL AERO ENGINES AG<br>ATTN VP- AMERICAN SALES<br>400 MAIN ST<br>EAST HARTFORD, CT  06118 |
| 2.1249 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 4 TO GENERAL TERMS OF SALE DTD 8/27/2021<br>AMENDS TERMS DTD 10/1/2013 | IAE INTERNATIONAL AERO ENGINES AG<br>ATTN VP- AMERICAN SALES<br>400 MAIN ST<br>EAST HARTFORD, CT  06118 |
| 2.1250 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAH] AGREEMENT FOR INTO PLANE FUELING SERVICES AT GEORGE BUSH INTERNATIONAL AIRPORT DTD 6/1/2013<br>RE: AGREEMENT DTD 3/1/1999 | IAH INTO PLANE COMMITTEE |
| 2.1251 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IBM WEATHER SERVICE CONTRACT DTD 9/21/2021 | IBM GLOBAL SERVICES<br>ATTN ELIZABETH M RETI<br>PO BOX 643600<br>PITTSBURGH, PA  15264-3600 |
| 2.1252 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DTD 5/27/2021 | ICIMS INC<br>ATTN MICHAEL PASTORE, SLS OPS SR DIR<br>101 CRAWFORDS CORNER RD, STE 3-100<br>HOLMDEL, NJ  07733 |

| | | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1253 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | ADDENDUM TO CONTRACT DTD 9/1/2010 | ID90 TECHNOLOGIES LLC <br> ATTN PRESIDENT & CEO <br> 245 S BEVERLY HILLS, STE A <br> BEVERLY HILLS, CA  90212 |
| 2.1254 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | FIRST ADDENDUM TO CLIENT AGREEMENT DTD 9/15/2024 <br> RE: CLIENT AGREEMENT DTD 1/1/2014 | ID90 TECHNOLOGIES LLC <br> ATTN PRESIDENT & CEO <br> 245 S BEVERLY HILLS, STE A <br> BEVERLY HILLS, CA  90212 |
| 2.1255 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | IDENTITY THEFT PROTECTION SERV BENEFIT AGREEMENT DTD 1/1/2022 | IDENTITY REHAB CORP <br> D/B/A ID WATCHDOG <br> ATTN JASON STEED, SLS & PARTNER DEV VP <br> 717 17TH ST, STE 2700 <br> DENVER, CO  80202 |
| 2.1256 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | ENGAGEMENT LETTER DTD 5/13/2015 | IDISCOVERY SOLUTIONS <br> ATTN NEAL LAWSON, PRESIDENT <br> 3000 K ST NW, STE 330 <br> WASHINGTON, DC  20007 |
| 2.1257 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | [EWR] EWR DEICING SERVICES CONTRACT DTD 6/17/2024 | IDS LLC |
| 2.1258 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | EMPLOYER BRANDING HUB INSERTION ORDER DTD 1/9/2024 | INDEED INC <br> ATTN EMILY COCHRANE <br> 200 W 6TH ST, INDEED TOWER FL 36 <br> AUSTIN, TX  78701 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1259 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IND] AGREEMENT & LEASE OF PREMISES DTD 1/1/2024 | INDIANAPOLIS AIRPORT AUTHORITY<br>ATTN EXECUTIVE DIRECTOR<br>7800 COL H WEIR COOK MEM'L DR, STE 100<br>INDIANAPOLIS, IN  46241 |
| 2.1260 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDED AND RESTATED LIMITED LIABILITY COMPANY AGREEMENT DTD 9/23/2015<br>RESTATES AGREEMENT DTD 2/23/2007 | INDIANAPOLIS FUEL FACILITIES LLC<br>C/O QUARLES & BRADY LLP<br>ATTN DANIEL L MUCHOW<br>2 N CENTRAL AVE<br>PHOENIX, AZ  85004 |
| 2.1261 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDED AND RESTATED SYSTEM INTERLINE AGREEMENT DTD 9/23/2015<br>RESTATES AGREEMENT DTD 02/23/2007 | INDIANAPOLIS FUEL FACILITIES LLC<br>C/O QUARLES & BRADY LLP<br>ATTN DANIEL L MUCHOW<br>2 N CENTRAL AVE<br>PHOENIX, AZ  85004 |
| 2.1262 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AGREEMENT DTD 12/27/2020 | INFOTEL CONSEIL<br>ATTN GEN MGR<br>13 RUE MADELEINE MICHELIS<br>NEUILLY-SUR-SEINE  92205<br>FRANCE |
| 2.1263 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE LICENSE & SERVICES MASTER AGREEMENT DTD 2/18/2016 | INGENIUX CORP<br>ATTN CONTRACTS ADMIN<br>1601 SECOND AVE, STE 1010<br>SEATTLE, WA  98101 |
| 2.1264 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DTW] SECOND CONTRACT AMENDMENT DTD 11/1/2018<br>AMENDS ANNEX B DTD 10/1/2014 | INTEGRATED DEICING SERVICES LLC<br>ATTN KELLEE GRAVES, CONTRACTS MGR<br>175 AMMON DR<br>MANCHESTER, NH  03103 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1265 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DTW] STANDARD GROUND HANDLING AGREEMENT DTD 10/1/2014 | INTEGRATED DEICING SERVICES LLC<br>ATTN KELLEE GRAVES, CONTRACTS MGR<br>175 AMMON DR<br>MANCHESTER, NH  03103 |
| 2.1266 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] FIFTH CONTRACT AMENDMENT DTD 10/1/2024<br>AMENDS AGREEMENT DTD 9/1/2012 | INTEGRATED DEICING SERVICES LLC<br>ATTN KELLEE GRAVES, CONTRACTS MGR<br>175 AMMON DR<br>MANCHESTER, NH  03103 |
| 2.1267 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] FIRST CONTRACT AMENDMENT DTD 10/1/2014<br>AMENDS AGREEMENT DTD 9/1/2012 | INTEGRATED DEICING SERVICES LLC<br>ATTN KELLEE GRAVES, CONTRACTS MGR<br>175 AMMON DR<br>MANCHESTER, NH  03103 |
| 2.1268 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] SECOND CONTRACT AMENDMENT DTD 10/1/2015<br>AMENDS AGREEMENT DTD 9/1/2012 | INTEGRATED DEICING SERVICES LLC<br>ATTN KELLEE GRAVES, CONTRACTS MGR<br>175 AMMON DR<br>MANCHESTER, NH  03103 |
| 2.1269 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] STANDARD GROUND HANDLING AGREEMENT DTD 9/1/2012 | INTEGRATED DEICING SERVICES LLC<br>ATTN KELLEE GRAVES, CONTRACTS MGR<br>175 AMMON DR<br>MANCHESTER, NH  03103 |
| 2.1270 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] THIRD CONTRACT AMENDMENT DTD 11/1/2018<br>AMENDS ANNEX B.1 DTD 9/1/2012 | INTEGRATED DEICING SERVICES LLC<br>ATTN KELLEE GRAVES, CONTRACTS MGR<br>175 AMMON DR<br>MANCHESTER, NH  03103 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1271 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] FIRST CONTRACT AMENDMENT DTD 10/1/2015 AMENDS ANNEX B DTD 10/1/2014 | INTEGRATED DEICING SERVICES LLC ATTN KELLEE GRAVES, CONTRACTS MGR 175 AMMON DR MANCHESTER, NH  03103 |
| 2.1272 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] FOURTH CONTRACT AMENDMENT DTD 10/1/2024 AMENDS AGREEMENT DTD 10/1/2014 | INTEGRATED DEICING SERVICES LLC ATTN KELLEE GRAVES, CONTRACTS MGR 175 AMMON DR MANCHESTER, NH  03103 |
| 2.1273 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] STANDARD GROUND HANDLING AGREEMENT DTD 10/1/2014 | INTEGRATED DEICING SERVICES LLC ATTN KELLEE GRAVES, CONTRACTS MGR 175 AMMON DR MANCHESTER, NH  03103 |
| 2.1274 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHL] STANDARD GROUND HANDLING AGREEMENT DTD 10/1/2017 | INTEGRATED DEICING SERVICES LLC ATTN KELLEE GRAVES, CONTRACTS MGR 175 AMMON DR MANCHESTER, NH  03103 |
| 2.1275 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHL] STANDARD GROUND HANDLING AGREEMENT DTD 12/4/2017 | INTEGRATED DEICING SERVICES LLC ATTN KELLEE GRAVES, CONTRACTS MGR 175 AMMON DR MANCHESTER, NH  03103 |
| 2.1276 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PIT] SECOND CONTRACT AMENDMENT DTD 10/1/2024 AMENDS AGREEMENT DTD 10/1/2017 | INTEGRATED DEICING SERVICES LLC ATTN KELLEE GRAVES, CONTRACTS MGR 175 AMMON DR MANCHESTER, NH  03103 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1277 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SAP] LEASE AGREEMENT FOR SPACE AND FURNITURE DTD 12/14/2012 | INTERAIRPORTS SA |
| 2.1278 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SAP] CONTRACT AGREEMENT #133-21-10901-32343 DTD 2/9/20201 | INTERFACE SOLUTIONS SA<br>COL LOMAS DEL MAYAB<br>AVE REP DE COSTA RICA LOCAL 705<br>TEGUCIGALPA<br>HONDURAS |
| 2.1279 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 7 TO PUREPOWER PW1100G ENGINE PURCHASE SUPPORT AGREEMENT DTD 8/27/2021 AMENDS AGREEMENT DTD 10/1/2013 | INTERNATIONAL AERO ENGINES LLC<br>ATTN CHIEF LEGAL OFFICER<br>400 MAIN ST, MS 115-25<br>EAST HARTFORD, CT 06118 |
| 2.1280 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PUREPOWER PW1100G ENGINE PURCHASE SUPPORT AGREEMENT & FLEET MANAGEMENT PROGRAM AGREEMENT DTD 8/27/2021 | INTERNATIONAL AERO ENGINES LLC<br>ATTN CHIEF LEGAL OFFICER<br>400 MAIN ST, MS 115-25<br>EAST HARTFORD, CT 06118 |
| 2.1281 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PW1100G-JM COMPREHENSIVE SPARE ENGINE SUPPORT AGREEMENT DTD 8/27/2021 | INTERNATIONAL AERO ENGINES LLC<br>ATTN CHIEF LEGAL OFFICER<br>400 MAIN ST, MS 115-25<br>EAST HARTFORD, CT 06118 |
| 2.1282 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SIDE LETTER NO 1 TO PUREPOWER PW1100G ENGINE PURCHASE SUPPORT AGREEMENT DTD 8/26/2021 AMENDS AGREEMENT DTD 10/1/2013 | INTERNATIONAL AERO ENGINES LLC<br>ATTN CHIEF LEGAL OFFICER<br>400 MAIN ST, MS 115-25<br>EAST HARTFORD, CT 06118 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1283 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SIDE LETTER NO 2 TO PUREPOWER PW1100G ENGINE PURCHASE SUPPORT AGREEMENT DTD 8/26/2021 AMENDS AGREEMENT DTD 10/1/2013 | INTERNATIONAL AERO ENGINES LLC ATTN CHIEF LEGAL OFFICER 400 MAIN ST, MS 115-25 EAST HARTFORD, CT  06118 |
| 2.1284 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SIDE LETTER NO 3 TO PUREPOWER PW1100G ENGINE PURCHASE SUPPORT AGREEMENT DTD 8/26/2021 AMENDS AGREEMENT DTD 10/1/2013 | INTERNATIONAL AERO ENGINES LLC ATTN CHIEF LEGAL OFFICER 400 MAIN ST, MS 115-25 EAST HARTFORD, CT  06118 |
| 2.1285 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT SERVICE AGREEMENT #IAC-NKS-060321 DTD 6/3/2021 | INTERNATIONAL AEROSPACE COATINGS INC |
| 2.1286 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT FOR PROVISION OF INTERNATIONAL MARKET INTELLIGENCE SERVICE-MARKETS DTD 5/30/2024 | INTERNATIONAL AIR TRANSPORT ASSOCIATION 800 RUE DU SQUARE-VICTORIA PO BOX 113 MONTREAL, QC  H4Z 1M1 CANADA |
| 2.1287 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT FOR THE PROVISION OF TIAMIC SERVICES DTD 5/1/2025 | INTERNATIONAL AIR TRANSPORT ASSOCIATION 800 RUE DU SQUARE-VICTORIA PO BOX 113 MONTREAL, QC  H4Z 1M1 CANADA |
| 2.1288 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IBM SECURITY TRANSFORMATION SERVICES AGREEMENT DTD 5/21/2025 | INTERNATIONAL BUSINESS CORPORATION ATTN NICOLE MISENER 6303 BARFIELD RD ATLANTA, GA  30328 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1289 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PAP] STANDARD GROUND HANDLING AGREEMENT DTD 7/13/2015 | INTERNATIONAL SECURITY DEFENSE SYSTEMS LLC<br>ATTN CLIVE MISKIN, MANAGING DIR<br>6717 DELOACHE AVE<br>DALLAS, TX  75225 |
| 2.1290 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CORPORATE TRAVEL AGREEMENT DTD 9/15/2016 | INTERNET TRAVEL SERVICES LLC<br>ATTN CEO<br>8111 LBJ FWY, STE 900<br>DALLAS, TX  75251 |
| 2.1291 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER TRAVEL AGREEMENT DTD 2/1/2025 | INTERNET TRAVEL SERVICES LLC<br>ATTN SVP CUSTOMER SUCCESS<br>8750 N CENTRAL EXPY, STE 300<br>DALLAS, TX  75231 |
| 2.1292 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PAP] FIRST CONTRACT AMENDMENT DTD 11/11/2016<br>AMENDS AGREEMENT DTD 7/13/2015 | INT'L SECURITY DEFENSE SYSTEM LLC<br>ATTN CLIVE MISKIN, MANAGING DIRECTOR<br>6717 DELOCAHE AVE<br>DALLAS, TX  75225 |
| 2.1293 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PAP] SECOND CONTRACT AMENDMENT DTD 3/11/2017<br>AMENDS AGREEMENT DTD 7/13/2015 | INT'L SECURITY DEFENSE SYSTEM LLC<br>ATTN CLIVE MISKIN, MANAGING DIRECTOR<br>6717 DELOCAHE AVE<br>DALLAS, TX  75225 |
| 2.1294 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PAP] STANDARD GROUND HANDLING AGREEMENT DTD 7/13/2015 | INT'L SECURITY DEFENSE SYSTEM LLC<br>ATTN CLIVE MISKIN, MANAGING DIRECTOR<br>6717 DELOCAHE AVE<br>DALLAS, TX  75225 |

Debtor Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 642 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1295 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SXM] STANDARD GROUND HANDLING AGREEMENT  DTD 10/8/2016 | INT'L SECURITY DEFENSE SYSTEM LLC<br>ATTN CLIVE MISKIN, MANAGING DIRECTOR<br>6717 DELOCAHE AVE<br>DALLAS, TX  75225 |
| 2.1296 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RECORDS MANAGEMENT PROGRAM PRICING SCHEDULE DTD 8/31/2007 RE: RECORDS MANAGING SERVICES DTD 10/1/2007 | IRON MOUNTAIN INFORMATION MANAGEMENT INC<br>ATTN GM<br>3821 SW 47TH AVE<br>FT. LAUDERDALE, FL  33314 |
| 2.1297 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DTW] CLEANING & DISINFECTION SERVICES AGREEMENT DTD 4/4/2020 | ISS FACILITY SERVICES INC<br>1017 CENTRAL PKWY N, STE 100<br>SAN ANTONIO, TX  78232 |
| 2.1298 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CAPITAL ASSET REQUEST FOR EXPENDITURES - FLATBED TRUCK LAS STOCKROOM DTD 4/15/2024 | ISUZU |
| 2.1299 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FRAMEWORK CONTRACT FOR THE PROVISION OF CONNECTIVITY SVCS TO THE MPLS AND WIFI NETWORK OF TERMINAL 2 OF THE JORGE CHAVEZ INT'L AIRPORT | ITALTEL PERU SAC |
| 2.1300 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BWI] 2018-2019 SNOW REMOVAL LETTER AGREEMENT DTD 11/16/2018 | J&J 2000 INC<br>D/B/A J & J CONSTRUCTION<br>27 W KING ST<br>LITTLESTOWN, PA  17340 |

Official Form 206G     Schedule G: Executory Contracts and Unexpired Leases

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1301 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BWI] SNOW REMOVAL PRICING DTD 9/26/2024 | J&J 2000 INC<br>D/B/A J&J CONSTRUCTION<br>ATTN PRESIDENT<br>1004 LITTLESTOWN PIKE, STE A2<br>WESTMINSTER, MD  21157 |
| 2.1302 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MBJ] STANDARD GROUND HANDLING AGREEMENT DTD 12/1/2015 | JAMAICA DISPATCH SERVICES LTD<br>C/O GCG GROUND SERVICES<br>ATTN STEWART MASSIAH<br>2525 EMBASSY DR, STE 13<br>COOPER CITY, FL  33026 |
| 2.1303 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DTD 12/1/2015 | JAMAICA DISPATCH SERVICES LTD<br>C/O GCG GROUND SERVICES<br>ATTN STEWART MASSIAH<br>2525 EMBASSY DR, STE 13<br>COOPER CITY, FL  33026 |
| 2.1304 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [KIN] STANDARD GROUND HANDLING AGREEMENT DTD 5/13/2008 | JAMAICA DISPATCH SERVICES LTD<br>C/O SANGSTER INTERNATIONAL AIRPORT<br>ATTN PHYLLIS JONES, MANAGING DIR<br>PO BOX 604<br>MONTEGO BAY 2<br>JAMAICA |
| 2.1305 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [KIN] FIRST CONTRACT AMENDMENT DTD 6/1/2009<br>AMENDS ANNEX B.1.0 DTD 12/10/2007 | JAMAICA DISPATCH SERVICES LTD<br>SANGSTER INTERNATIONAL AIRPORT<br>PO BOX 604<br>MONTEGO BAY 2<br>JAMAICA |
| 2.1306 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MBJ] FIRST CONTRACT AMENDMENT DTD 6/1/2009<br>AMENDS AGREEMENT DTD 12/10/2007 | JAMAICA DISPATCH SERVICES LTD<br>SANGSTER INTERNATIONAL AIRPORT<br>PO BOX 604<br>MONTEGO BAY 2<br>JAMAICA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1307 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADVERTISING MATERIALS ADDENDUM DTD 9/19/2013 | JAMAICA TOURIST BOARD |
| 2.1308 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLE] AMENDMENT DTD 10/29/2021 AMENDS MAINTENANCE AGREEMENT | JANI-KING<br>9075 TOWN CENTRE DR STE 200<br>BROADVIEW HEIGHTS, OH  44147-4045 |
| 2.1309 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLE] AMENDMENT DTD 11/1/2017 AMENDS MAINTENANCE AGREEMENT | JANI-KING<br>9075 TOWN CENTRE DR STE 200<br>BROADVIEW HEIGHTS, OH  44147-4045 |
| 2.1310 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLE] AMENDMENT TO MAINTANCE AGREEMENT 4/3/2015 DTD 4/5/2015 AMENDS AGREEMENT DTD 3/10/2015 | JANI-KING<br>9075 TOWN CENTRE DR STE 200<br>BROADVIEW HEIGHTS, OH  44147-4045 |
| 2.1311 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CAP] PRICING LETTER DTD 10/7/2020 | JC INTERNATIONAL SA<br>ATTN FRANTZ DESVARIEUX, PRES<br>AEROPORT INT'L TOUSSAINT LOUVERTURE<br>PORT-AU-PRINCE  6110HT<br>HAITI |
| 2.1312 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAS] AMENDMENT 3 DTD 8/12/2008 AMENDS ON-CALL MAINT SERVS AGREEMENT DTD 12/15/2005 | JET AIRCRAFT MAINTENANCE INC<br>ATTN ALICIA VILLACORTA, VP<br>7505 NW 2ND ST<br>MIAMI, FL  33166 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1313 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAS] AMENDMENT 4 DTD 3/31/2009 AMENDS ON-CALL MAINT SERVS AGREEMENT DTD 12/15/2005 | JET AIRCRAFT MAINTENANCE INC<br>ATTN ALICIA VILLACORTA, VP<br>7505 NW 2ND ST<br>MIAMI, FL 33166 |
| 2.1314 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAS] AMENDMENT 5 DTD 7/1/2010 AMENDS ON-CALL MAINT SERVS AGREEMENT DTD 12/15/2005 | JET AIRCRAFT MAINTENANCE INC<br>ATTN ALICIA VILLACORTA, VP<br>7505 NW 2ND ST<br>MIAMI, FL 33166 |
| 2.1315 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAS] ON-CALL MAINT SERVS AGREEMENT DTD 1/26/2006 | JET AIRCRAFT MAINTENANCE INC<br>ATTN ALICIA VILLACORTA, VP<br>7505 NW 2ND ST<br>MIAMI, FL 33166 |
| 2.1316 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAS] SUBLEASE OF AIRPORT FAC AT TPA DTD 10/20/2008 | JET AIRCRAFT MAINTENANCE INC<br>ATTN ALICIA VILLACORTA, VP<br>7505 NW 2ND ST<br>MIAMI, FL 33166 |
| 2.1317 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCO] AMENDMENT 2 DTD 2/21/2007 AMENDS ON-CALL MAINTENANCE AGREEMENT | JET AIRCRAFT MAINTENANCE INC<br>ATTN ALICIA VILLACORTA, VP<br>7505 NW 2ND ST<br>MIAMI, FL 33166 |
| 2.1318 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCO] AMENDMENT 6 TO ON-CALL MAINTENANCE AGREEMENT DTD 1/31/2013 | JET AIRCRAFT MAINTENANCE INC<br>ATTN ALICIA VILLACORTA, VP<br>7505 NW 2ND ST<br>MIAMI, FL 33166 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1319 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCO] STANDARD GROUND HANDLING AGREEMENT PART 1 OF 2 DTD 8/1/2015 | JET AIRCRAFT MAINTENANCE INC<br>ATTN ALICIA VILLACORTA, VP<br>7505 NW 2ND ST<br>MIAMI, FL 33166 |
| 2.1320 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RSW] STANDARD GROUND HANDLING AGREEMENT DTD 9/6/2024 | JET AIRCRAFT MAINTENANCE INC<br>ATTN RENATO SCARCELLO<br>5600 NW 36TH ST, STE #613-A<br>MIAMI, FL 33166 |
| 2.1321 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CUN] STANDARD GROUND HANDLING AGREEMENT DTD 11/8/2012 | JET CABO<br>ATTN VP MAINTENANCE & ENGINEERING<br>CARRETERA TRANSP. KM 43.5 S/N<br>SAN JOSE DEL CABO ISCS<br>MEXICO |
| 2.1322 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SJD] STANDARD GROUND HANDLING AGREEMENT DTD 11/8/2012 | JET CABO<br>ATTN VP MAINTENANCE & ENGINEERING<br>CARRETERA TRANSP. KM 43.5 S/N<br>SAN JOSE DEL CABO ISCS<br>MEXICO |
| 2.1323 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DTD 5/24/2023 | JET DENTAL<br>350 NW 1ST AVENUE<br>SUITE 200<br>MIAMI, FL 33128 |
| 2.1324 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AUA] STANDARD GROUND HANDLING AGREEMENT DTD 11/24/2015 | JET INTERNATIONAL<br>ATTN CLAUDIO STAMPER<br>QUEEN BEATRIX INTERNATIONAL AIRPORT<br>ORANJESTAD<br>ARUBA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1325 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST CONTRACT AMENDMENT DTD 2/1/2024<br>AMENDS AGREEMENT DTD 11/1/2015 | JET INTERNATIONAL<br>ATTN CLAUDIO STAMPER<br>QUEEN BEATRIX INTERNATIONAL AIRPORT<br>ORANJESTAD<br>ARUBA |
| 2.1326 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE LEVELS AND MINIMUM STANDARDS DTD 12/4/2015 | JET INTERNATIONAL<br>ATTN CLAUDIO STAMPER<br>QUEEN BEATRIX INTERNATIONAL AIRPORT<br>ORANJESTAD<br>ARUBA |
| 2.1327 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 1 DTD 5/24/2006 | JET REPAIR CENTER INC<br>7501 NW 52ND STREET<br>MIAMI, FL  33166 |
| 2.1328 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ACY] STANDARD GROUND HANDLING AGREEMENT DTD 4/6/2023 | JETBLUE AIRWAYS CORPORATION<br>ATTN DIR AIRCRAFT MAINTENANCE<br>27-01 QUEENS PLZ N<br>LONG ISLAND CITY, NY  11101 |
| 2.1329 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] STANDARD GROUND HANDLING AGREEMENT DTD 2/1/2016 | JETBLUE AIRWAYS CORPORATION<br>ATTN DIR AIRCRAFT MAINTENANCE<br>27-01 QUEENS PLZ N<br>LONG ISLAND CITY, NY  11101 |
| 2.1330 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] STANDARD GROUND HANDLING AGREEMENT DTD 3/8/2016 | JETBLUE AIRWAYS CORPORATION<br>ATTN DIR AIRCRAFT MAINTENANCE<br>27-01 QUEENS PLZ N<br>LONG ISLAND CITY, NY  11101 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1331 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [EWR] AMENDMENT #1 TO STANDARD GROUND HANDLING AGREEMENT DTD 4/25/2016<br>AMENDS AGREEMENT DTD 2/1/2016 | JETBLUE AIRWAYS CORPORATION<br>ATTN DIR AIRCRAFT MAINTENANCE<br>27-01 QUEENS PLZ N<br>LONG ISLAND CITY, NY  11101 |
| 2.1332 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CORPORATE DISCOUNT AGREEMENT DTD 6/23/2023 | JETBLUE AIRWAYS CORPORATION<br>ATTN DIR AIRCRAFT MAINTENANCE<br>27-01 QUEENS PLZ N<br>LONG ISLAND CITY, NY  11101 |
| 2.1333 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST CONTRACT AMENDMENT DTD 8/1/2025<br>AMENDS AGREEMENT DTD 1/15/2024 | JETBLUE AIRWAYS CORPORATION<br>ATTN DIR AIRCRAFT MAINTENANCE<br>27-01 QUEENS PLZ N<br>LONG ISLAND CITY, NY  11101 |
| 2.1334 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PRODEDURE DTD 1/1/2024 | JETBLUE AIRWAYS CORPORATION<br>ATTN DIR AIRCRAFT MAINTENANCE<br>27-01 QUEENS PLZ N<br>LONG ISLAND CITY, NY  11101 |
| 2.1335 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TENANT FINISH AGREEMENT DTD 5/20/2009 | JETBLUE AIRWAYS CORPORATION<br>ATTN DIR AIRCRAFT MAINTENANCE<br>27-01 QUEENS PLZ N<br>LONG ISLAND CITY, NY  11101 |
| 2.1336 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DTD 8/26/2019 | JETRIGHT AVIATION MAINTENANCE<br>ATTN PRESIDENT<br>801 HANGAR LN, HANGAR 9<br>NASHVILLE, TN  37217 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1337 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] STANDARD GROUND HANDLING AGREEMENT DTD 4/14/2016 | JETSTREAM GROUND SERVICES INC<br>ATTN GEORGIANNE GRAVES, CFO<br>1070 E INDIANTOWN RD, STE 400<br>JUPITER, FL 33477 |
| 2.1338 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DTD 10/1/2016 | JETSTREAM GROUND SERVICES INC<br>ATTN GEORGIANNE GRAVES, CFO<br>1070 E INDIANTOWN RD, STE 400<br>JUPITER, FL 33477 |
| 2.1339 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] STANDARD GROUND HANDLING AGREEMENT DTD 7/24/2008 | JETSTREAM GROUND SERVICES INC<br>ATTN MARC DESNOYERS<br>1001 N US HIGHWAY ONE, STE 504<br>JUPITER, FL 33477 |
| 2.1340 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MYR] STANDARD GROUND HANDLING AGREEMENT DTD 7/24/2008 | JETSTREAM GROUND SERVICES INC<br>ATTN MARC DESNOYERS<br>1001 N US HIGHWAY ONE, STE 504<br>JUPITER, FL 33477 |
| 2.1341 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ALT, LGA, OAK, PDX] AMENDMENT #3 DTD 10/2/2015<br>AMENDS AGREEMENT DTD 10/2/2015 | JETT PRO LINE MAINTENANCE<br>ATTN VP MARKETING & SALES<br>2920 E. INLAND EMPIRE BLVD, STE 103<br>ONTARIO, CA 91764 |
| 2.1342 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ALT, LGA, OAK, PDX] STANDARD GROUND HANDLING AGREEMENT DTD 8/10/2011 | JETT PRO LINE MAINTENANCE<br>ATTN VP MARKETING & SALES<br>2920 E. INLAND EMPIRE BLVD, STE 103<br>ONTARIO, CA 91764 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1343 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] AMENDMENT 1 - MAINTENANCE SERVICES FOR AIRCRAFT MAINTENANCE DTD 9/10/2010 | JETT PRO LINE MAINTENANCE<br>ATTN VP MARKETING & SALES<br>2920 E. INLAND EMPIRE BLVD, STE 103<br>ONTARIO, CA 91764 |
| 2.1344 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] AMENDMENT 3 TO IATA AGREEMENT DTD 11/18/2015 AMENDS AGREEMENT DTD 10/2/2015 | JETT PRO LINE MAINTENANCE<br>ATTN VP MARKETING & SALES<br>2920 E. INLAND EMPIRE BLVD, STE 103<br>ONTARIO, CA 91764 |
| 2.1345 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] STANDARD GROUND HANDLING AGREEMENT DTD 10/13/2011 | JETT PRO LINE MAINTENANCE<br>ATTN VP MARKETING & SALES<br>2920 E. INLAND EMPIRE BLVD, STE 103<br>ONTARIO, CA 91764 |
| 2.1346 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [JAX] AMENDMENT #7 DTD 2/13/2019 AMENDS SGHA DTD 8/10/2011 | JETT PRO LINE MAINTENANCE<br>ATTN VP MARKETING & SALES<br>2920 E. INLAND EMPIRE BLVD, STE 103<br>ONTARIO, CA 91764 |
| 2.1347 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] 10TH CONTRACT AMENDMENT DTD 3/1/2023 AMENDS AGREEMENT DTD 8/10/2011 | JETT PRO LINE MAINTENANCE<br>ATTN VP MARKETING & SALES<br>2920 E. INLAND EMPIRE BLVD, STE 103<br>ONTARIO, CA 91764 |
| 2.1348 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] AMENDMENT #3 TO IATA AGREEMENT DTD 11/18/2015 AMENDS AGREEMENT DTD 10/2/2015 | JETT PRO LINE MAINTENANCE<br>ATTN VP MARKETING & SALES<br>2920 E. INLAND EMPIRE BLVD, STE 103<br>ONTARIO, CA 91764 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1349 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] AMENDMENT #6 TO STANDARD GROUND HANDLING AGREEMENT DTD 8/8/2017<br>AMENDS AGREEMENT DTD 8/10/2011 | JETT PRO LINE MAINTENANCE<br>ATTN VP MARKETING & SALES<br>2920 E. INLAND EMPIRE BLVD, STE 103<br>ONTARIO, CA  91764 |
| 2.1350 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] FIRST AMENDMENT TO LINE MAINTENANCE SERVICE AGREEMENT DTD 5/22/2012 | JETT PRO LINE MAINTENANCE<br>ATTN VP MARKETING & SALES<br>2920 E. INLAND EMPIRE BLVD, STE 103<br>ONTARIO, CA  91764 |
| 2.1351 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] STANDARD GROUND HANDLING AGREEMENT DTD 10/13/2011 | JETT PRO LINE MAINTENANCE<br>ATTN VP MARKETING & SALES<br>2920 E. INLAND EMPIRE BLVD, STE 103<br>ONTARIO, CA  91764 |
| 2.1352 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PDX] 10TH CONTRACT AMENDMENT DTD 3/1/2023<br>AMENDS AGREEMENT DTD 8/10/2011 | JETT PRO LINE MAINTENANCE<br>ATTN VP MARKETING & SALES<br>2920 E. INLAND EMPIRE BLVD, STE 103<br>ONTARIO, CA  91764 |
| 2.1353 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PDX] AMENDMENT #3 TO IATA AGREEMENT DTD 10/2/5015 | JETT PRO LINE MAINTENANCE<br>ATTN VP MARKETING & SALES<br>2920 E. INLAND EMPIRE BLVD, STE 103<br>ONTARIO, CA  91764 |
| 2.1354 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PDX] AMENDMENT #5 TO SGHA AGREEMENT DTD 4/10/2017<br>AMENDS AGREEMENT DTD 8/10/2011 | JETT PRO LINE MAINTENANCE<br>ATTN VP MARKETING & SALES<br>2920 E. INLAND EMPIRE BLVD, STE 103<br>ONTARIO, CA  91764 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1355 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PDX] AMENDMENT #6 TO SGHA AGREEMENT DTD 8/8/2017 AMENDS AGREEMENT DTD 8/10/2011 | JETT PRO LINE MAINTENANCE ATTN VP MARKETING & SALES 2920 E. INLAND EMPIRE BLVD, STE 103 ONTARIO, CA 91764 |
| 2.1356 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PDX] AMENDMENT #7 TO SGHA AGREEMENT DTD 10/10/2017 AMENDS AGREEMENT DTD 8/10/2011 | JETT PRO LINE MAINTENANCE ATTN VP MARKETING & SALES 2920 E. INLAND EMPIRE BLVD, STE 103 ONTARIO, CA 91764 |
| 2.1357 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PDX] STANDARD GROUND HANDLING AGREEMENT DTD 10/13/2011 | JETT PRO LINE MAINTENANCE ATTN VP MARKETING & SALES 2920 E. INLAND EMPIRE BLVD, STE 103 ONTARIO, CA 91764 |
| 2.1358 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PIT] 10TH CONTRACT AMENDMENT DTD 3/1/2023 AMENDS AGREEMENT DTD 8/10/2011 | JETT PRO LINE MAINTENANCE ATTN VP MARKETING & SALES 2920 E. INLAND EMPIRE BLVD, STE 103 ONTARIO, CA 91764 |
| 2.1359 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PIT] AMENDMENT #5 TO SGHA AGREEMENT DTD 4/10/2017 AMENDS AGREEMENT DTD 8/10/2011 | JETT PRO LINE MAINTENANCE ATTN VP MARKETING & SALES 2920 E. INLAND EMPIRE BLVD, STE 103 ONTARIO, CA 91764 |
| 2.1360 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PIT] AMENDMENT #6 TO THE AGREEMENT DTD 8/8/2017 AMENDS AGREEMENT DTD 8/10/2011 | JETT PRO LINE MAINTENANCE ATTN VP MARKETING & SALES 2920 E. INLAND EMPIRE BLVD, STE 103 ONTARIO, CA 91764 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1361 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PIT] AMENDMENT #7 TO SGHA AGREEMENT DTD 10/10/2017 AMENDS AGREEMENT DTD 8/10/2011 | JETT PRO LINE MAINTENANCE ATTN VP MARKETING & SALES 2920 E. INLAND EMPIRE BLVD, STE 103 ONTARIO, CA 91764 |
| 2.1362 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PIT] STANDARD GROUND HANDLING AGREEMENT DTD 10/13/2011 | JETT PRO LINE MAINTENANCE ATTN VP MARKETING & SALES 2920 E. INLAND EMPIRE BLVD, STE 103 ONTARIO, CA 91764 |
| 2.1363 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTING AGREEMENT DTD 5/14/2015 | JOEL S LISKER AND ASSOCIATES LLC |
| 2.1364 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SUBSCRIPTION AND SERVICES AGREEMENT DTD 6/28/2024 | JOURNEYTRACK CORP ATTN ANIA RODRIGUEZ 8350 NW 52 TER, STE 301 DORAL, FL 33166 |
| 2.1365 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3643 | JSA INTERNATIONAL U.S. HOLDINGS LLC 909 MONTGOMERY STREET SUITE 500 SAN FRANCISCO, CA 94133 |
| 2.1366 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4916 | JSA INTERNATIONAL U.S. HOLDINGS LLC 909 MONTGOMERY STREET SUITE 500 SAN FRANCISCO, CA 94133 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1367 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #4917 | JSA INTERNATIONAL U.S. HOLDINGS LLC 909 MONTGOMERY STREET SUITE 500 SAN FRANCISCO, CA 94133 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1368 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #4918 | JSA INTERNATIONAL U.S. HOLDINGS LLC 909 MONTGOMERY STREET SUITE 500 SAN FRANCISCO, CA 94133 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1369 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #4920 | JSA INTERNATIONAL U.S. HOLDINGS LLC 909 MONTGOMERY STREET SUITE 500 SAN FRANCISCO, CA 94133 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1370 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #4921 | JSA INTERNATIONAL U.S. HOLDINGS LLC 909 MONTGOMERY STREET SUITE 500 SAN FRANCISCO, CA 94133 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1371 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #4922 | JSA INTERNATIONAL U.S. HOLDINGS LLC 909 MONTGOMERY STREET SUITE 500 SAN FRANCISCO, CA 94133 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1372 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #4923 | JSA INTERNATIONAL U.S. HOLDINGS LLC 909 MONTGOMERY STREET SUITE 500 SAN FRANCISCO, CA 94133 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1373 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4924 | JSA INTERNATIONAL U.S. HOLDINGS LLC<br>909 MONTGOMERY STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94133 |
| 2.1374 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4925 | JSA INTERNATIONAL U.S. HOLDINGS LLC<br>909 MONTGOMERY STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94133 |
| 2.1375 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4926 | JSA INTERNATIONAL U.S. HOLDINGS LLC<br>909 MONTGOMERY STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94133 |
| 2.1376 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4930 | JSA INTERNATIONAL U.S. HOLDINGS LLC<br>909 MONTGOMERY STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94133 |
| 2.1377 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4931 | JSA INTERNATIONAL U.S. HOLDINGS LLC<br>909 MONTGOMERY STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94133 |
| 2.1378 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4932 | JSA INTERNATIONAL U.S. HOLDINGS LLC<br>909 MONTGOMERY STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94133 |

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1379 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4933 | JSA INTERNATIONAL U.S. HOLDINGS LLC<br>909 MONTGOMERY STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94133 |
| 2.1380 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4934 | JSA INTERNATIONAL U.S. HOLDINGS LLC<br>909 MONTGOMERY STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94133 |
| 2.1381 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4941 | JSA INTERNATIONAL U.S. HOLDINGS LLC<br>909 MONTGOMERY STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94133 |
| 2.1382 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4942 | JSA INTERNATIONAL U.S. HOLDINGS LLC<br>909 MONTGOMERY STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94133 |
| 2.1383 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4943 | JSA INTERNATIONAL U.S. HOLDINGS LLC<br>909 MONTGOMERY STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94133 |
| 2.1384 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SXM] STANDARD GROUND HANDLING AGREEMENT DTD 4/11/2007 | JULIANA AIRPORT HANDLERS NV<br>ATTN DYLCIA LAKE<br>PRINCESS JULIANA INT'L AIRPORT<br>SIMPSON BAY<br>ST MAARTEN |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1385 | State what the contract or lease is for and the nature of the debtor's interest | [MCI] SECOND MASTER AMENDMENT TO THE USE & LEASE AGREEMENT KANSAS CITY INT'L AIRPORT DTD 7/1/2024 AMENDS AGREEMENT DTD 5/1/2020 | KANSAS CITY, MISSOURI ATTN DIRECTOR OF AVIATION 601 BRASILIA AVE KANSAS CITY, MO 64153 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1386 | State what the contract or lease is for and the nature of the debtor's interest | [MCI] USE AND LEASE AGREEMENT DTD 12/13/2022 | KANSAS CITY, MISSOURI ATTN DIRECTOR OF AVIATION 601 BRASILIA AVE KANSAS CITY, MO 64153 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1387 | State what the contract or lease is for and the nature of the debtor's interest | [BDL] STANDARD GROUND HANDLING AGREEMENT DTD 3/6/2017 | KEENAN TECHNICAL INDUSTRIES INC A/K/A KTI AIRCRAFT MAIINTENANCE ATTN PRESIDENT PO BOX 1011 SOUTHWICK, MA 01077 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1388 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT DTD 2/1/2017 | KEENAN TECHNICAL INDUSTRIES INC A/K/A KTI AIRCRAFT MAIINTENANCE ATTN PRESIDENT PO BOX 1011 SOUTHWICK, MA 01077 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1389 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES SUPPORT AGREEMENT DTD 4/4/2022 | KELLSTROM COMMERCIAL AEROSPACE INC ATTN OSCAR TORRES, CFO 3430 DAVIE RD, STE 301 DAVIE, FL 33314 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1390 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DTD 12/29/2020 | KENYAN INTL EMERGENCY SERVICES INC ATTN COMMERCIAL SVC MGR 612 SPRING HILL DR STE 180 SPRING, TX 77386 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1391 | State what the contract or lease is for and the nature of the debtor's interest | CLIENT SERVICES AGREEMENT DTD 3/28/2017 | KFORCE INC<br>ATTN JOSHUA BORDON, FL MARKET SVP<br>1001 E PALM AVE<br>TAMPA, FL  33605 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1392 | State what the contract or lease is for and the nature of the debtor's interest | CALIBRATION SERVICE AGREEMENT DTD 1/1/2023 | KIMBALL ELECTRONIC LABORATORY INC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1393 | State what the contract or lease is for and the nature of the debtor's interest | [CLE] SERVICES AGREEMENT DTD 2/5/2015 | KIMBLE RECYCLING & DISPOSAL INC<br>PO BOX 448<br>DOVER, OH  44622 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1394 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBSCRIPTION AGREEMENT DATED 02/01/2021 | KLDISCOVERY ONTRACK, LLC D/B/A KLDISCOVERY<br>8201 GREENSBORO DRIVE<br>SUITE 300<br>MCLEAN, VA  22102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1395 | State what the contract or lease is for and the nature of the debtor's interest | PREMIER LEASE AGREEMENT | KONICA MINOLATA PREMIER FINANCE<br>21146 NETWORK PL<br>CHICAGO, IL  60673-1211 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1396 | State what the contract or lease is for and the nature of the debtor's interest | ADVANTAGE LEASE AGREEMENT - VERSION 20190901-FB DTD 11/22/2021 RE: APPLICATION NUMBER: B2B-323699 | KONICA MINOLTA BUSINESS SOL USA INC<br>ATTN MANAGER<br>100 WILLIAMS DR<br>RAMSEY, NJ  7446 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1397 | State what the contract or lease is for and the nature of the debtor's interest | ORDER AGREEMENT ID #80086985 DTD 9/25/2023 | KONICA MINOLTA BUSINESS SOL USA INC ATTN MANAGER 100 WILLIAMS DR RAMSEY, NJ 7446 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1398 | State what the contract or lease is for and the nature of the debtor's interest | ORDER AGREEMENT NO 80099193 DTD 12/13/2023 | KONICA MINOLTA BUSINESS SOL USA INC ATTN MANAGER 100 WILLIAMS DR RAMSEY, NJ 7446 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1399 | State what the contract or lease is for and the nature of the debtor's interest | ORDER PACKAGE ACCEPTANCE AGREEMENT DTD 10/1/2016 RE: ORDER PACKAGE #: S00452878 | KONICA MINOLTA BUSINESS SOL USA INC ATTN MANAGER 100 WILLIAMS DR RAMSEY, NJ 7446 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1400 | State what the contract or lease is for and the nature of the debtor's interest | ORDER PACKAGE ACCEPTANCE AGREEMENT DTD 6/26/2019 RE: ORDER PACKAGE #: S00506282 | KONICA MINOLTA BUSINESS SOL USA INC ATTN MANAGER 100 WILLIAMS DR RAMSEY, NJ 7446 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1401 | State what the contract or lease is for and the nature of the debtor's interest | PREMIER LEASE AGREEMENT DTD 4/30/2024 | KONICA MINOLTA BUSINESS SOL USA INC ATTN MANAGER 100 WILLIAMS DR RAMSEY, NJ 7446 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1402 | State what the contract or lease is for and the nature of the debtor's interest | PREMIER LEASE AGREEMENT NO S00673808 DTD 4/11/2024 | KONICA MINOLTA BUSINESS SOL USA INC ATTN MANAGER 100 WILLIAMS DR RAMSEY, NJ 7446 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1403 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PREMIER ADVANTAGE AGREEMENT DATED 03/09/2021 | KONICA MINOLTA PREMIER FINANCE<br>1961 HIRST DR<br>MOBERLY, MO  65270 |
| 2.1404 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SCOPE OF SERVICES DTD 4/4/2016 | KPMG LLP<br>ATTN JON GASTON<br>450 E LAS OLAS BLVD<br>FT. LAUDERDALE, FL  33301 |
| 2.1405 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SFE INCENTIVE AGREEMENT #SA-SFE-0823 DTD 11/28/2023 | L3HARRIS AVIATION PRODUCTS INC<br>ATTN CONTRACTS<br>5353 52ND ST SE<br>GRAND RAPIDS, MI  49512 |
| 2.1406 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT SCHEDULE DTD 4/1/2022 | L3HARRIS COMMERCIAL TRAINING SOLS LTD<br>ATTN COMMERCIAL MANAGER<br>LONDON TRAINING CENTER<br>2-3 GATWICK RD<br>CRAWLEY  RH10 8BG<br>UNITED KINGDOM |
| 2.1407 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [CTG] GROUND HANDLING SERVICES SUBCONTRACTING LETTER DTD 4/14/2023 | LA SOCIEDAD DE APOYO AERONAUTICO SA |
| 2.1408 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [ACY] STANDARD GROUND HANDLING AGREEMENT DTD 11/1/2014 | LANDMARK AVIATION<br>ATTN R A ASHCRAFT JR, EVP & GEN COUNSEL<br>1500 CITY WEST BLVD, STE 600<br>HOUSTON, TX  77042 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1409 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST CONTRACT AMENDMENT DTD 2/2/2015 | LANDMARK AVIATION<br>ATTN R A ASHCRAFT JR, EVP & GEN COUNSEL<br>1500 CITY WEST BLVD, STE 600<br>HOUSTON, TX 77042 |
| 2.1410 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND CONTRACT AMENDMENT DTD 6/1/2015 | LANDMARK AVIATION<br>ATTN R A ASHCRAFT JR, EVP & GEN COUNSEL<br>1500 CITY WEST BLVD, STE 600<br>HOUSTON, TX 77042 |
| 2.1411 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [CMH] DEICING/ANTI-ICING LETTER DTD 8/23/2022 | LANE AVIATION<br>ATTN PRESIDENT<br>JOHN GLENN COLUMBUS INT'L AIRPORT<br>4389 INTERNATIONAL GTWY<br>COLUMBUS, OH 43219 |
| 2.1412 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [CMH] DEICING/ANTI-ICING LETTER DTD 9/21/2023 | LANE AVIATION<br>ATTN PRESIDENT<br>JOHN GLENN COLUMBUS INT'L AIRPORT<br>4389 INTERNATIONAL GTWY<br>COLUMBUS, OH 43219 |
| 2.1413 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [CMH] FIRST CONTRACT AMENDMENT DTD 11/1/2021<br>AMENDS AGREEMENT DTD 3/15/2018 | LANE AVIATION<br>ATTN PRESIDENT<br>JOHN GLENN COLUMBUS INT'L AIRPORT<br>4389 INTERNATIONAL GTWY<br>COLUMBUS, OH 43219 |
| 2.1414 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [CMH] SECOND CONTRACT AMENDMENT DTD 10/1/2022<br>AMENDS AGREEMENT DTD 5/15/2018 | LANE AVIATION<br>ATTN PRESIDENT<br>JOHN GLENN COLUMBUS INT'L AIRPORT<br>4389 INTERNATIONAL GTWY<br>COLUMBUS, OH 43219 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1415 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CMH] STANDARD GROUND HANDLING AGREEMENT DTD 2/1/2018 | LANE AVIATION<br>ATTN PRESIDENT<br>JOHN GLENN COLUMBUS INT'L AIRPORT<br>4389 INTERNATIONAL GTWY<br>COLUMBUS, OH  43219 |
| 2.1416 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CMH] STANDARD GROUND HANDLING AGREEMENT DTD 3/15/2018 | LANE AVIATION<br>ATTN PRESIDENT<br>JOHN GLENN COLUMBUS INT'L AIRPORT<br>4389 INTERNATIONAL GTWY<br>COLUMBUS, OH  43219 |
| 2.1417 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CMH] THIRD CONTRACT AMENDMENT DTD 10/1/2023<br>AMENDS ANNEX B1.0 DTD 3/15/2018 | LANE AVIATION<br>ATTN PRESIDENT<br>JOHN GLENN COLUMBUS INT'L AIRPORT<br>4389 INTERNATIONAL GTWY<br>COLUMBUS, OH  43219 |
| 2.1418 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTO-PLANE & FUEL STORAGE SVCS PROPOSAL LETTER DTD 12/7/2017 | LANE AVIATION<br>ATTN PRESIDENT<br>JOHN GLENN COLUMBUS INT'L AIRPORT<br>4389 INTERNATIONAL GTWY<br>COLUMBUS, OH  43219 |
| 2.1419 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LBE] FIRST CONTRACT AMENDMENT DTD 11/1/2018<br>AMENDS AGREEMENT DTD 2/29/2011 | LATROBE AIRLINE SERVICES<br>WESTMORELAND COUNTY AIRPORT AUTHORITY<br>148 AVIATION LANE<br>SUITE 103<br>LATROBE, PA  15650 |
| 2.1420 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PAP] CONCESSION CONTRACT | L'AUTORITE AEROPORTUAIRE NATIONALE<br>PB 1792<br>PORT-AU-PRINCE<br>HAITI |

Debtor  25-11896-shl  Doc 10  Filed 11/18/25  Entered 11/18/25 23:45:24  Main Document
Spirit Airlines, LLC                                              Case number (if known)  25-11896

(Name)

Pg 663 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1421 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] SECOND AMENDED AND RESTATED INTERLINE AGREEMENT | LAXFUEL CORPORATION<br>PO BOX 16487<br>WASHINGTON, DC 20041 |
| 2.1422 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT DTD 2/26/2014 AMENDS AMENDED AND RESTATED INTERLINE AGREEMENT DTD 8/1/1999 | LAXFUEL CORPORATION<br>PO BOX 16487<br>WASHINGTON, DC 20041 |
| 2.1423 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO AMENDMEND & RESTATED INTERLINE AGREEMENT DTD 2/26/2014<br>AMENDS AGREEMENT DTD 7/15/2009 | LAXFUEL CORPORATION<br>PO BOX 16487<br>WASHINGTON, DC 20041 |
| 2.1424 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES ESTIMATE & PLANNING PROPOSAL & AGREEMENT DTD 1/22/2016 | LEADCOMM PROFESSIONAL SERVICES |
| 2.1425 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DTD 3/24/2016 | LEADCOMM PROFESSIONAL SERVICES |
| 2.1426 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RSW] FIRST AMENDMENT TO AIRLINE-AIRPORT USE & LEASE AGREEMENT<br>AMENDS LEASE AGREEMENT DTD 1/18/2024 | LEE COUNTY PORT AUTHORITY<br>ATTN BOARD OF PORT COMMISSIONERS<br>11000 TERMINAL ACCESS RD, STE 8671<br>FORT MYERS, FL 33913 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1427 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RSW] LEASE OF TERMINAL SPACE AT SOUTHWEST FLORIDA INTERNATIONAL AIRPORT DTD 3/9/2017 | LEE COUNTY PORT AUTHORITY<br>ATTN BOARD OF PORT COMMISSIONERS<br>11000 TERMINAL ACCESS RD, STE 8671<br>FORT MYERS, FL 33913 |
| 2.1428 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RSW] SECOND AMENDMENT TO "AIRLINE-AIRPORT USE AND LEASE AGREEMENT" DTD 3/3/2016<br>AMENDS AGREEMENT DTD 11/10/2008 | LEE COUNTY PORT AUTHORITY<br>ATTN BOARD OF PORT COMMISSIONERS<br>11000 TERMINAL ACCESS RD, STE 8671<br>FORT MYERS, FL 33913 |
| 2.1429 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT DTD 11/1/2023 | LEKI AVIATION USA INC<br>ATTN SALES MANAGER, AMERICAS<br>14251 NW 4TH ST<br>SUNRISE, FL 33325 |
| 2.1430 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PAP] AVIATION PREMISES, HANGARKEEPERS AND PRODUCTS LIABILITY REINSURANCE | LES ASSURANCES LEGER SA<br>40, RUE LAMARRE<br>PO BOX 2120<br>PORT-AU-PRINCE<br>HAITI |
| 2.1431 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VARIATION AGREEMENT DTD 6/21/2019 | LEVARTI LTD<br>C/O RODLIFFE ACCOUNTING<br>ATTN ANTHONY MURRAY, DIR<br>THE SALISBURY, FL 5, SALISBURY HOUSE, LONDON WALL<br>LONDON EC2M 5QQ<br>UNITED KINGDOM |
| 2.1432 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT | LEVEL 3 COMMUNICATIONS LLC<br>ATTN GENERAL COUNSEL<br>1025 ELDORADO BLVD<br>BROOMFIELD, CO 80021 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1433 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LIM] ACCESS AGREEMENT #40000274 DTD 7/1/2013 | LIMA AIRPORT PARTNERS SRL<br>ATTN GEN MANAGER<br>EDIF CENTAL DE AEROPUERTO INTERNACIONAL<br>AV ELMER FAUCETT S/N<br>CALLAO<br>PERU |
| 2.1434 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LIM] ACCESS AGREEMENT #40000275 DTD 7/1/2013 | LIMA AIRPORT PARTNERS SRL<br>ATTN GEN MANAGER<br>EDIF CENTAL DE AEROPUERTO INTERNACIONAL<br>AV ELMER FAUCETT S/N<br>CALLAO<br>PERU |
| 2.1435 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LIM] ACCESS AGREEMENT #40000306 DTD 7/1/2013 | LIMA AIRPORT PARTNERS SRL<br>ATTN GEN MANAGER<br>EDIF CENTAL DE AEROPUERTO INTERNACIONAL<br>AV ELMER FAUCETT S/N<br>CALLAO<br>PERU |
| 2.1436 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LIM] AGREEMENT # 40000274 DTD 5/29/2007 | LIMA AIRPORT PARTNERS SRL<br>ATTN GEN MANAGER<br>EDIF CENTAL DE AEROPUERTO INTERNACIONAL<br>AV ELMER FAUCETT S/N<br>CALLAO<br>PERU |
| 2.1437 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LIM] COVER LETTER FPR AGREEMENT DTD 11/15/2007 | LIMA AIRPORT PARTNERS SRL<br>ATTN GEN MANAGER<br>EDIF CENTAL DE AEROPUERTO INTERNACIONAL<br>AV ELMER FAUCETT S/N<br>CALLAO<br>PERU |
| 2.1438 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LIM] COVER LETTER FPR AGREEMENT DTD 9/26/2011 | LIMA AIRPORT PARTNERS SRL<br>ATTN GEN MANAGER<br>EDIF CENTAL DE AEROPUERTO INTERNACIONAL<br>AV ELMER FAUCETT S/N<br>CALLAO<br>PERU |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1439 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LIM] OFFICE RELOCATION LETTER DTD 9/26/2011 | LIMA AIRPORT PARTNERS SRL<br>ATTN GEN MANAGER<br>EDIF CENTAL DE AEROPUERTO INTERNACIONAL<br>AV ELMER FAUCETT S/N<br>CALLAO<br>PERU |
| 2.1440 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LIM] SECOND ADDENDUM TO AGREEMENT # 40000306 DTD 12/3/2010 RE: AGREEMENT DTD 11/9/2007 | LIMA AIRPORT PARTNERS SRL<br>ATTN GEN MANAGER<br>EDIF CENTAL DE AEROPUERTO INTERNACIONAL<br>AV ELMER FAUCETT S/N<br>CALLAO<br>PERU |
| 2.1441 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LINKEDIN SUBSCRIPTION AGREEMENT | LINKEDIN CORPORATION<br>ATTN JACLYN YACKLY<br>1000 W MAUDE AVE<br>SUNNYVALE, CA  94085 |
| 2.1442 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT DTD 6/21/2016 | LITTLER MENDELSON<br>PO BOX 45547<br>SAN FRANCISCO, CA  94145-0547 |
| 2.1443 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LBE] AMENDMENT #1 DTD 7/19/2012 AMENDS SGHA DTD 2/12/2011 | LJ AVIATION INC<br>C/O LJ ASSOCIATES INC<br>ATTN EDWARD KILKEARY JR<br>125 AVIATION LN, STE 112<br>LATROBE, PA  15650 |
| 2.1444 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LBE] STANDARD GROUND HANDLING AGREEMENT DTD 5/29/2012 | LJ AVIATION INC<br>C/O LJ ASSOCIATES INC<br>ATTN EDWARD KILKEARY JR<br>125 AVIATION LN, STE 112<br>LATROBE, PA  15650 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1445 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MDE] LONGPORT CONTRACT DTD 8/15/2012 | LLOREDA CAMACHO & CO<br>CALLE 72 NO 5 - 83 PISO 5<br>BOGOTA<br>COLOMBIA |
| 2.1446 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CAPITAL ASSET REQUEST FOR EXPENDITURES - LAS FORKLIFT FOR ENG CHANGES DTD 5/13/2024 | LONESTAR FORKLIFT<br>4213 FOREST LANE<br>GARLAND, TX  75042 |
| 2.1447 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CTG] STANDARD GROUND HANDLING AGREEMENT DTD 6/1/2011 | LONGPORT AIRPORT SERVICES SAS<br>ATTN ADRIANA BOHORQUEZ, LEGAL REP<br>CRA 9 NO 80-45, OFC 401<br>BOGOTA<br>COLOMBIA |
| 2.1448 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SDQ] STANDARD GROUND HANDLING AGREEMENT  DTD 10/1/2010 | LONGPORT AVIATION SECURITY SRL<br>ATTN MICHAEL ESPINOSA, COUNTRY MGR<br>AEROPUERTO LAS AMERICAS AILA<br>PUNTA CAUCEDO<br>SANTO DOMINGO  11336<br>DOMINICAN REPUBLIC |
| 2.1449 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [STI] STANDARD GROUND HANDLING AGREEMENT  DTD 12/1/2010 | LONGPORT AVIATION SECURITY SRL<br>ATTN MICHAEL ESPINOSA, COUNTRY MGR<br>AEROPUERTO LAS AMERICAS AILA<br>PUNTA CAUCEDO<br>SANTO DOMINGO  11336<br>DOMINICAN REPUBLIC |
| 2.1450 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [STI] THIRD CONTRACT AMENDMENT DTD 3/1/2018<br>AMENDS AGREEMENT DTD 12/1/2010 | LONGPORT AVIATION SECURITY SRL<br>ATTN MICHAEL ESPINOSA, COUNTRY MGR<br>AEROPUERTO LAS AMERICAS AILA<br>PUNTA CAUCEDO<br>SANTO DOMINGO  11336<br>DOMINICAN REPUBLIC |

Debtor   Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 668 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1451 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SIXTH CONTRACT AMENDMENT AMENDS AGREEMENT DTD 2/1/2024 | LONGPORT AVIATION SECURITY SRL<br>ATTN MICHAEL ESPINOSA, COUNTRY MGR<br>AEROPUERTO LAS AMERICAS AILA<br>PUNTA CAUCEDO<br>SANTO DOMINGO  11336<br>DOMINICAN REPUBLIC |
| 2.1452 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DTD 12/1/2010 | LONGPORT AVIATION SECURITY SRL<br>ATTN MICHAEL ESPINOSA, COUNTRY MGR<br>AEROPUERTO LAS AMERICAS AILA<br>PUNTA CAUCEDO<br>SANTO DOMINGO  11336<br>DOMINICAN REPUBLIC |
| 2.1453 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BGA] BGA STATION CLOSURE NOTICE LETTER DTD 11/7/2023 | LONGPORT AVIATION SECURITY<br>AEROPUERTO LAS AMERICAS<br>AILA PUNTA CAUCEDO<br>SANTO DOMINGO<br>DOMINICAN REPUBLIC |
| 2.1454 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AXM] STANDARD GROUND HANDLING AGREEMENT  DTD 11/1/2009 | LONGPORT AVIATION SECURITY<br>ATTN MAURICIO PENA, REGIONAL VP<br>CARRERA 103, NO 25D-80<br>BOGOTA<br>COLOMBIA |
| 2.1455 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AXM] STANDARD GROUND HANDLING AGREEMENT DTD 11/1/2009 | LONGPORT AVIATION SECURITY<br>ATTN MAURICIO PENA, REGIONAL VP<br>CARRERA 103, NO 25D-80<br>BOGOTA<br>COLOMBIA |
| 2.1456 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AXM] STANDARD GROUND HANDLING AGREEMENT DTD 9/10/2009 | LONGPORT AVIATION SECURITY<br>ATTN MAURICIO PENA, REGIONAL VP<br>CARRERA 103, NO 25D-80<br>BOGOTA<br>COLOMBIA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1457 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BAQ] PASSENGER SERVICE & SECURITY PROPOSAL FOR BGA & BAQ | LONGPORT AVIATION SECURITY<br>ATTN MAURICIO PENA, REGIONAL VP<br>CARRERA 103, NO 25D-80<br>BOGOTA<br>COLOMBIA |
| 2.1458 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BGA] PASSENGER SERVICE AND SECURITY PROPOSAL FOR BGA AND BAQ DTD 2/17/2020 | LONGPORT AVIATION SECURITY<br>ATTN MAURICIO PENA, REGIONAL VP<br>CARRERA 103, NO 25D-80<br>BOGOTA<br>COLOMBIA |
| 2.1459 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOG] STANDARD GROUND HANDLING AGREEMENT  DTD 7/24/2008 | LONGPORT AVIATION SECURITY<br>ATTN MAURICIO PENA, REGIONAL VP<br>CARRERA 103, NO 25D-80<br>BOGOTA<br>COLOMBIA |
| 2.1460 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [GYE] STANDARD GROUND HANDLING AGREEMENT DTD 5/1/2009 | LONGPORT AVIATION SECURITY<br>ATTN MAURICIO PENA, REGIONAL VP<br>CARRERA 103, NO 25D-80<br>BOGOTA<br>COLOMBIA |
| 2.1461 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MDE] STANDARD GROUND HANDLING AGREEMENT DTD 5/1/2009 | LONGPORT AVIATION SECURITY<br>ATTN MAURICIO PENA, REGIONAL VP<br>CARRERA 103, NO 25D-80<br>BOGOTA<br>COLOMBIA |
| 2.1462 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SDQ] FIRST CONTRACT AMENDMENT DTD 1/1/2014<br>AMENDS ANNEX B.1.0 DTD 10/1/2010 | LONGPORT AVIATION SECURITY<br>ATTN MAURICIO PENA, REGIONAL VP<br>CARRERA 103, NO 25D-80<br>BOGOTA<br>COLOMBIA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1463 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SDQ] SECOND CONTRACT AMENDMENT DTD 11/1/2016 AMENDS ANNEX B.1. DTD10/01/2010 | LONGPORT AVIATION SECURITY ATTN MAURICIO PENA, REGIONAL VP CARRERA 103, NO 25D-80 BOGOTA COLOMBIA |
| 2.1464 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [STI] FIRST CONTRACT AMENDMENT DTD 1/1/2014 AMENDS ANNEX B.1.0 DTD 10/1/2010 | LONGPORT AVIATION SECURITY ATTN MAURICIO PENA, REGIONAL VP CARRERA 103, NO 25D-80 BOGOTA COLOMBIA |
| 2.1465 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [STI] SECOND CONTRACT AMENDMENT DTD 11/1/2016 AMENDS ANNEX B.1.0 DTD 10/1/2010 | LONGPORT AVIATION SECURITY ATTN MAURICIO PENA, REGIONAL VP CARRERA 103, NO 25D-80 BOGOTA COLOMBIA |
| 2.1466 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST CONTRACT AMENDMENT DTD 7/1/2014 AMENDS AGREEMENT DTD 7/24/2008 | LONGPORT AVIATION SECURITY ATTN MAURICIO PENA, REGIONAL VP CARRERA 103, NO 25D-80 BOGOTA COLOMBIA |
| 2.1467 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DTD 7/24/2008 | LONGPORT AVIATION SECURITY ATTN MAURICIO PENA, REGIONAL VP CARRERA 103, NO 25D-80 BOGOTA COLOMBIA |
| 2.1468 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [GYE] SERVICE CONTRACT DTD 8/15/2012 | LONGPORT COLOMBIA LTDA BOGOTA AEROPUERTO INTERNACIONAL EL DORADO LOCAL GBTM0660 BOGOTA COLOMBIA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1469 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MDE] HBS INTERPRETATION SERVICE AGREEMENT DTD 8/15/2012 | LONGPORT COLOMBIA LTDA<br>BOGOTA AEROPUERTO INTERNACIONAL EL DORADO<br>LOCAL GBTM0660<br>BOGOTA<br>COLOMBIA |
| 2.1470 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [GYE] STANDARD GROUND HANDLING AGREEMENT  DTD 3/16/2018 | LONGPORT ECUADOR CIA LTDA<br>ATTN PAOLA MENDEZ, BUSINESS MANAGER<br>JOSE JOAQUIN DE OLMEDO INT'L AIRPORT<br>GUAYAQUIL<br>ECUADOR |
| 2.1471 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CAP] STANDARD GROUND HANDLING AGREEMENT DTD 12/3/2020 | LONGPORT HAITI SA<br>ATTN MAURICIO PENA, REG VP<br>TOUSSAINT LOUVERTURE INT'L AIRPORT<br>PORT-AU-PRINCE<br>HAITI |
| 2.1472 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] TERMINAL / STATION LEASE - LAX | LOS ANGELES WORLD AIRPORTS<br>ATTN CEO<br>1 WORLD WAY<br>LOS ANGELES, CA  90045-5803 |
| 2.1473 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT TO PURCHASE | LOU BACHROOT CHEVROLET<br>1801 W ATLANTIC BLVD<br>POMPANO BEACH, FL  33069 |
| 2.1474 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SDF] AIRFIELD USE AGREEMENT | LOUISVILLE REGIONAL AIRPORT AUTHORITY<br>ATTN EXECUTIVE DIRECTOR<br>700 ADMIN DR<br>LOUISVILLE, KY  40209 |

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 672 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1475 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER ONBOARD RETAIL PROGRAM MANAGEMENT AGREEMENT DTD 9/8/2014 | LSG SKY CHEFS NORTH AMERICA SOLUTIONS INC ATTN GEN COUNSEL 6191 N STATE HWY 161 IRVING, TX  75038 |
| 2.1476 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 35 TO AGREEMENT ON TECHNICAL SERVCES  DTD 8/29/2025 AMENDS AGREEMENT #10834 DTD 10/21/2004 | LUFTANSA TECHNIK AG WEG BEIM JAGER 193 HAMBURG  22335 GERMANY |
| 2.1477 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT FOR MYIDTRAVEL DTD 1/9/2013 | LUFTHANSA SYSTEMS AG ATTN CONSTANCE BELZ, PROJECT MGR AM WEIHER 24 KELSTERBACH  D-65451 GERMANY |
| 2.1478 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO  032015 DTD 12/3/2012 AMENDS MYIDTRAVEL CONTRACT DTD 12/3/2012 | LUFTHANSA SYSTEMS GMBH & CO AM PRIME PARC 1, DPMT FRA AB/HT RAUNHEIM  65479 GERMANY |
| 2.1479 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER AMENDMENT TO THE MYIDTRAVEL CONTRACT 1-B5VEC | LUFTHANSA SYSTEMS GMBH & CO AM PRIME PARC 1, DPMT FRA AB/HT RAUNHEIM  65479 GERMANY |
| 2.1480 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT FOR THE SALE AND PURCHASE OF CERTAIN AIRCRAFT-RELATED MATERIAL DTD 5/18/2016 | LUFTHANSA TECHNIK AG ATTN VP SALES, AMERICAS WEG BEIM JAGER 193 HAMBURG  22335 GERMANY |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1481 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT ON MOBILE ENGINE SERVICES DTD 7/3/2023<br>RE: TECHNICAL SERVICES AGREEMENT DTD 10/21/2004 | LUFTHANSA TECHNIK AG<br>ATTN VP SALES, AMERICAS<br>WEG BEIM JAGER 193<br>HAMBURG  22335<br>GERMANY |
| 2.1482 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT ON TECHNICAL SERVICES DTD 10/1/2004 | LUFTHANSA TECHNIK AG<br>ATTN VP SALES, AMERICAS<br>WEG BEIM JAGER 193<br>HAMBURG  22335<br>GERMANY |
| 2.1483 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRFRAME MAINTENANCE ATTACHMENT TO AGREEMENT DTD 10/1/2020<br>RE: AGREEMENT NO.10834 DTD 10/21/2004 | LUFTHANSA TECHNIK AG<br>ATTN VP SALES, AMERICAS<br>WEG BEIM JAGER 193<br>HAMBURG  22335<br>GERMANY |
| 2.1484 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #29 TO THE AGREEMENT ON TECHNICAL SERVICES DTD 6/17/2024<br>AMENDS AGREEMENT DTD 10/21/2004 | LUFTHANSA TECHNIK AG<br>ATTN VP SALES, AMERICAS<br>WEG BEIM JAGER 193<br>HAMBURG  22335<br>GERMANY |
| 2.1485 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #31 TO THE AGREEMENT ON TECHNICAL SERVICES DTD 7/1/2024<br>AMENDS AGREEMENT DTD 10/21/2004 | LUFTHANSA TECHNIK AG<br>ATTN VP SALES, AMERICAS<br>WEG BEIM JAGER 193<br>HAMBURG  22335<br>GERMANY |
| 2.1486 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #32 TO THE AGREEMENT ON TECHNICAL SERVICES DTD 3/24/2025<br>AMENDS AGREEMENT DTD 10/21/2004 | LUFTHANSA TECHNIK AG<br>ATTN VP SALES, AMERICAS<br>WEG BEIM JAGER 193<br>HAMBURG  22335<br>GERMANY |

Debtor   Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 674 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1487 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #33 TO THE AGREEMENT ON TECHNICAL SERVICES DTD 5/31/2025<br>AMENDS AGREEMENT DTD 10/21/2004 | LUFTHANSA TECHNIK AG<br>ATTN VP SALES, AMERICAS<br>WEG BEIM JAGER 193<br>HAMBURG  22335<br>GERMANY |
| 2.1488 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT 3 TO ATTACHMENT TO TECHNICAL SRVCS AGREEMENT DTD 5/1/2023<br>AMENDS ATTACHMENT DTD 6/18/2019 | LUFTHANSA TECHNIK AG<br>ATTN VP SALES, AMERICAS<br>WEG BEIM JAGER 193<br>HAMBURG  22335<br>GERMANY |
| 2.1489 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO 1 TO TECHNICAL SERVICES AGREEMENT DTD 1/1/2006<br>AMENDS AGREEMENT DTD 10/21/2004 | LUFTHANSA TECHNIK AG<br>ATTN VP SALES, AMERICAS<br>WEG BEIM JAGER 193<br>HAMBURG  22335<br>GERMANY |
| 2.1490 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO 1 TO THE AGREEMENT ON TECHNICAL SERVICES DTD 1/1/2006<br>AMENDS AGREEMENT DTD 10/21/2004 | LUFTHANSA TECHNIK AG<br>ATTN VP SALES, AMERICAS<br>WEG BEIM JAGER 193<br>HAMBURG  22335<br>GERMANY |
| 2.1491 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO 10 TO TECHNICAL SERVICES AGREEMENT DTD 9/17/2013<br>AMENDS AGREEMENT DTD 10/21/2004 | LUFTHANSA TECHNIK AG<br>ATTN VP SALES, AMERICAS<br>WEG BEIM JAGER 193<br>HAMBURG  22335<br>GERMANY |
| 2.1492 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO 11 TO TECHNICAL SERVICES AGREEMENT DTD 9/17/2013<br>AMENDS AGREEMENT DTD 10/21/2004 | LUFTHANSA TECHNIK AG<br>ATTN VP SALES, AMERICAS<br>WEG BEIM JAGER 193<br>HAMBURG  22335<br>GERMANY |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1493 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 12 TO TECHNICAL SERVICES AGREEMENT DTD 7/23/2014 AMENDS AGREEMENT DTD 10/21/2004 | LUFTHANSA TECHNIK AG ATTN VP SALES, AMERICAS WEG BEIM JAGER 193 HAMBURG  22335 GERMANY |
| 2.1494 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 13 TO TECHNICAL SERVICES AGREEMENT DTD 9/22/2014 AMENDS AGREEMENT DTD 10/21/2004 | LUFTHANSA TECHNIK AG ATTN VP SALES, AMERICAS WEG BEIM JAGER 193 HAMBURG  22335 GERMANY |
| 2.1495 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 14 TO TECHNICAL SERVICES AGREEMENT DTD 2/2/2014 AMENDS AGREEMENT DTD 10/21/2004 | LUFTHANSA TECHNIK AG ATTN VP SALES, AMERICAS WEG BEIM JAGER 193 HAMBURG  22335 GERMANY |
| 2.1496 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 15 TO TECHNICAL SERVICES AGREEMENT DTD 7/7/2015 AMENDS AGREEMENT DTD 10/21/2004 | LUFTHANSA TECHNIK AG ATTN VP SALES, AMERICAS WEG BEIM JAGER 193 HAMBURG  22335 GERMANY |
| 2.1497 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 17 TO THE AGREEMENT ON TECHNICAL SERVICES DTD 3/31/2016 AMENDS AGREEMENT DTD 10/21/2004 | LUFTHANSA TECHNIK AG ATTN VP SALES, AMERICAS WEG BEIM JAGER 193 HAMBURG  22335 GERMANY |
| 2.1498 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 18 TO TECHNICAL SERVICES AGREEMENT DTD 7/7/2015 AMENDS AGREEMENT DTD 10/21/2004 | LUFTHANSA TECHNIK AG ATTN VP SALES, AMERICAS WEG BEIM JAGER 193 HAMBURG  22335 GERMANY |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1499 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 19 TO TECHNICAL SERVICES AGREEMENT DTD 9/25/2017 AMENDS AGREEMENT DTD 10/21/2004 | LUFTHANSA TECHNIK AG<br>ATTN VP SALES, AMERICAS<br>WEG BEIM JAGER 193<br>HAMBURG  22335<br>GERMANY |
| 2.1500 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 2 TO TECHNICAL SERVICES AGREEMENT DTD 10/21/2004 AMENDS AGREEMENT DTD 10/21/2004 | LUFTHANSA TECHNIK AG<br>ATTN VP SALES, AMERICAS<br>WEG BEIM JAGER 193<br>HAMBURG  22335<br>GERMANY |
| 2.1501 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 20 TO TECHNICAL SERVICES AGREEMENT DTD 11/13/2017 AMENDS AGREEMENT DTD 10/21/2004 | LUFTHANSA TECHNIK AG<br>ATTN VP SALES, AMERICAS<br>WEG BEIM JAGER 193<br>HAMBURG  22335<br>GERMANY |
| 2.1502 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 21 TO TECHNICAL SERVICES AGREEMENT DTD 7/2/2018 AMENDS AGREEMENT DTD 10/21/2004 | LUFTHANSA TECHNIK AG<br>ATTN VP SALES, AMERICAS<br>WEG BEIM JAGER 193<br>HAMBURG  22335<br>GERMANY |
| 2.1503 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 22 TO THE AGREEMENT ON TECHNICAL SERVICES DTD 12/17/2019 AMENDS AGREEMENT DTD 10/21/2004 | LUFTHANSA TECHNIK AG<br>ATTN VP SALES, AMERICAS<br>WEG BEIM JAGER 193<br>HAMBURG  22335<br>GERMANY |
| 2.1504 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 23 TO TECHNICAL SERVICES AGREEMENT DTD 1/8/2020 AMENDS AGREEMENT DTD 10/21/2004 | LUFTHANSA TECHNIK AG<br>ATTN VP SALES, AMERICAS<br>WEG BEIM JAGER 193<br>HAMBURG  22335<br>GERMANY |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1505 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT NO 24 TO TECHNICAL SERVICES AGREEMENT DTD 3/3/2020 AMENDS AGREEMENT DTD 10/21/2004 <br><br> LUFTHANSA TECHNIK AG ATTN VP SALES, AMERICAS WEG BEIM JAGER 193 HAMBURG  22335 GERMANY |
| 2.1506 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT NO 25 TO TECHNICAL SERVICES AGREEMENT DTD 7/28/2020 AMENDS AGREEMENT DTD 10/21/2004 <br><br> LUFTHANSA TECHNIK AG ATTN VP SALES, AMERICAS WEG BEIM JAGER 193 HAMBURG  22335 GERMANY |
| 2.1507 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT NO 26 TO TECHNICAL SERVICES AGREEMENT DTD 10/25/2021 AMENDS AGREEMENT DTD 10/21/2004 <br><br> LUFTHANSA TECHNIK AG ATTN VP SALES, AMERICAS WEG BEIM JAGER 193 HAMBURG  22335 GERMANY |
| 2.1508 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT NO 27 TO THE AGREEMENT ON TECHNICAL SERVICES DTD 8/6/2023 AMENDS AGREEMENT #10834 DTD 10/21/2004 <br><br> LUFTHANSA TECHNIK AG ATTN VP SALES, AMERICAS WEG BEIM JAGER 193 HAMBURG  22335 GERMANY |
| 2.1509 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT NO 28 TO AGREEMENT ON TECHNICAL SERVICES DTD 1/1/2024 AMENDS AGREEMENT #10834 DTD 10/21/2004 <br><br> LUFTHANSA TECHNIK AG ATTN VP SALES, AMERICAS WEG BEIM JAGER 193 HAMBURG  22335 GERMANY |
| 2.1510 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT NO 29 TO AGREEMENT ON TECHNICAL SERVICES DTD 6/1/2024 AMENDS AGREEMENT #10834 DTD 10/21/2004 <br><br> LUFTHANSA TECHNIK AG ATTN VP SALES, AMERICAS WEG BEIM JAGER 193 HAMBURG  22335 GERMANY |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1511 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 3 DTD 1/1/2008 AMENDS AGREEMENT ON TECHNICAL SERVICES DTD 10/21/2004 | LUFTHANSA TECHNIK AG ATTN VP SALES, AMERICAS WEG BEIM JAGER 193 HAMBURG 22335 GERMANY |
| 2.1512 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 30 DTD 3/1/2024 AMENDS AGREEMENT ON TECH SERVICES DTD 10/21/2004 | LUFTHANSA TECHNIK AG ATTN VP SALES, AMERICAS WEG BEIM JAGER 193 HAMBURG 22335 GERMANY |
| 2.1513 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 4 TO TECHNICAL SERVICES AGREEMENT DTD 11/23/2010 AMENDS AGREEMENT DTD 10/21/2004 | LUFTHANSA TECHNIK AG ATTN VP SALES, AMERICAS WEG BEIM JAGER 193 HAMBURG 22335 GERMANY |
| 2.1514 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 5 TO THE AGREEMENT ON TECHNICAL SERVICES DTD 9/12/2011 AMENDS AGREEMENT DTD 10/21/2004 | LUFTHANSA TECHNIK AG ATTN VP SALES, AMERICAS WEG BEIM JAGER 193 HAMBURG 22335 GERMANY |
| 2.1515 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 6 TO THE AGREEMENT ON TECHNICAL SERVICES DTD 2/10/2012 AMENDS AGREEMENT DTD 10/21/2004 | LUFTHANSA TECHNIK AG ATTN VP SALES, AMERICAS WEG BEIM JAGER 193 HAMBURG 22335 GERMANY |
| 2.1516 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 7 TO THE AGREEMENT ON TECHNICAL SERVICES DTD 4/10/2012 AMENDS AGREEMENT DTD 10/21/2004 | LUFTHANSA TECHNIK AG ATTN VP SALES, AMERICAS WEG BEIM JAGER 193 HAMBURG 22335 GERMANY |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1517 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 8 TO THE AGREEMENT ON TECHNICAL SERVICES DTD 10/18/2012<br>AMENDS AGREEMENT DTD 10/21/2004 | LUFTHANSA TECHNIK AG<br>ATTN VP SALES, AMERICAS<br>WEG BEIM JAGER 193<br>HAMBURG  22335<br>GERMANY |
| 2.1518 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 9 TO THE AGREEMENT ON TECHNICAL SERVICES DTD 3/26/2013<br>AMENDS AGREEMENT DTD 10/21/2004 | LUFTHANSA TECHNIK AG<br>ATTN VP SALES, AMERICAS<br>WEG BEIM JAGER 193<br>HAMBURG  22335<br>GERMANY |
| 2.1519 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMPONENT MAINTENANCE SERVICES DTD 10/8/2004 | LUFTHANSA TECHNIK AG<br>ATTN VP SALES, AMERICAS<br>WEG BEIM JAGER 193<br>HAMBURG  22335<br>GERMANY |
| 2.1520 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSUMABLE & EXPENDABLE SUPPLY DTD 10/21/2004 | LUFTHANSA TECHNIK AG<br>ATTN VP SALES, AMERICAS<br>WEG BEIM JAGER 193<br>HAMBURG  22335<br>GERMANY |
| 2.1521 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILE ENGINE SERVICES AGREEMENT DTD 2/11/2022 | LUFTHANSA TECHNIK AG<br>ATTN VP SALES, AMERICAS<br>WEG BEIM JAGER 193<br>HAMBURG  22335<br>GERMANY |
| 2.1522 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRAINING ENGINE LEASE AGREEMENT DTD 8/10/2023 | LUFTHANSA TECHNIK AG<br>ATTN VP SALES, AMERICAS<br>WEG BEIM JAGER 193<br>HAMBURG  22335<br>GERMANY |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1523 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AERO LAUDERDALE SUBLEASE AGREEMENT DTD 1/1/2006 | LUFTHANSA TECHNIK COMPONENT SVCS LLC ATTN TROY TOWER 6501 E APACHE, STE 206 TULSA, OK 74115 |
| 2.1524 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | QUOTE # 12211414 DTD 1/5/2021 RE: DEAL # 11015414 | LUMEN 1801 CALIFORNIA ST. #900 DENVER, CO 80202 |
| 2.1525 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES PROPOSAL DTD 7/18/2024 | LUMENVOX |
| 2.1526 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER APPLICATION SOFTWARE DEVELOPMENT AND SERVICES AGREEMENT DTD 11/4/2019 | MA SOFTWARE SYSTEMS LLC ATTN FOUNDER/CEO 1439 BRIERS DR STONE MOUNTAIN, GA 30083 |
| 2.1527 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PIT] STANDARD GROUND HANDLING AGREEMENT DTD 5/25/2017 | MACQUARIE AVIATION NORTH AMERICA 2 INC D/B/A ATLANTIC AVIATION 300 HORIZON DR MOON TOWNSHIP, PA 15108 |
| 2.1528 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROPERTY MANAGEMENT AGREEMENT DATED 06/16/2023 | MAINSAIL PROPERTY MANAGEMENT, LLC 4602 EISENHOWER BOULEVARD TAMPA, FL 33634 |

Debtor    Spirit Airlines, LLC    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
(Name)      Case number (if known)    25-11896

Pg 681 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1529 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT DTD 5/1/2025 | MANKIEWICZ COATINGS LLC<br>ATTN MANAGING DIRECTOR<br>1200 CHARLESTON REGIONAL PKWY<br>CHARLESTON, SC 29492 |
| 2.1530 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GENERAL TERMS & CONDITIONS FOR AVIATION FUEL SUPPLY | MANSFIELD OIL COMPANY OF GAINESVILLE INC<br>1025 AIRPORT PKWY SW<br>GAINESVILLE, GA 30501 |
| 2.1531 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [GYE] STANDARD GROUND HANDLING AGREEMENT DTD 2/16/2018 | MANTOMAIN CIA LTDA<br>ATTN FRANCISCO GAIBOR, GM<br>EDMUNO CHIRIBOGA<br>QUITO N46-115<br>ECUADOR |
| 2.1532 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | JET FUEL SALES AGREEMENT DTD 5/17/2022 | MARATHON PETROLEUM CO LP<br>ATTN KASIE GONZALEZ<br>539 S MAIN ST<br>FINDLAY, OH 45840 |
| 2.1533 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | JET FUEL SALES AGREEMENT DTD 5/5/2022 | MARATHON PETROLEUM CO LP<br>ATTN KASIE GONZALEZ<br>539 S MAIN ST<br>FINDLAY, OH 45840 |
| 2.1534 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | JET FUEL SALES AGREEMENT DTD 6/5/2024 | MARATHON PETROLEUM CO LP<br>ATTN KASIE GONZALEZ<br>539 S MAIN ST<br>FINDLAY, OH 45840 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1535 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGAGEMENT FOR LEGAL SERVICES LETTER DTD 8/11/2016 | MARCUS LAW PA<br>300 S PINE ISLAND RD, STE 201<br>PLANTATION, FL  33324 |
| 2.1536 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AG - TRAVEL AGENT LINE OF CREDIT AND SALES AGREEMENT DTD 10/9/2019 | MARGLOBAL SA<br>ATTN CEO<br>TULCAN 809 Y HURTADO, PISO 2<br>GUAYAQUIL<br>ECUADOR |
| 2.1537 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CTO CONTRACT SERVICES AGREEMENT DTD 12/1/2019 | MARGLOBAL SA<br>ATTN CEO<br>TULCAN 809 Y HURTADO, PISO 2<br>GUAYAQUIL<br>ECUADOR |
| 2.1538 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 2024 CORPORATE RATE PROGRAM DTD 4/24/2024 | MARRIOTT FORT LAUDERDALE AIRPORT<br>ATTN AREA DOS<br>166 N COMPASS WAY<br>DANIA BEACH, FL  33004 |
| 2.1539 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 2025 CORPORATE RATE PROGRAM DTD 12/3/2024 | MARRIOTT FORT LAUDERDALE AIRPORT<br>ATTN AREA DOS<br>166 N COMPASS WAY<br>DANIA BEACH, FL  33004 |
| 2.1540 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] JANITORIAL AIRPORT SERVICES AGREEMENT DTD 12/29/2022 | MARSDEN BLDG MAINTENANCE LLC<br>ATTN PRESIDENT<br>1717 UNIVERSITY AVE W<br>ST PAUL, MN  55104 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1541 | State what the contract or lease is for and the nature of the debtor's interest | [BWI] AGREEMENT CONFIRMATION LETTER DTD 12/9/2021 | MARYLAND DEPT OF TRANSPORTATION ATTN PATRICIA C HOLLAR, CM 7201 CORPORATE CENTER DR HANOVER, MD  21076 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1542 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DTD 1/27/2017 | MASERGY COMMUNICATIONS INC ATTN CONTRACT ADMIN 2740 N DALLAS PKWY, STE 260 PLANO, TX  75093 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1543 | State what the contract or lease is for and the nature of the debtor's interest | [BOS] AMENDMENT TO COMMERCIAL SERVICE OPERATING AGREEMENT DTD 6/17/2022 | MASSACHUSETTS PORT AUTHORITY ATTN ASSISTANT SEC-TREASURER ONE HARBORSIDE DR, STE 200S EAST BOSTON, MA  02128-2909 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1544 | State what the contract or lease is for and the nature of the debtor's interest | [BOS] AMENDMENT TO COMMERCIAL SERVICES OPERATING AGREEMENT DTD 11/20/2023 | MASSACHUSETTS PORT AUTHORITY ATTN ASSISTANT SEC-TREASURER ONE HARBORSIDE DR, STE 200S EAST BOSTON, MA  02128-2909 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1545 | State what the contract or lease is for and the nature of the debtor's interest | [BOS] AMENDMENT TO COMMERCIAL SERVICES OPERATING AGREEMENT DTD 11/27/2019 | MASSACHUSETTS PORT AUTHORITY ATTN ASSISTANT SEC-TREASURER ONE HARBORSIDE DR, STE 200S EAST BOSTON, MA  02128-2909 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1546 | State what the contract or lease is for and the nature of the debtor's interest | [BOS] CONSENT TO SECOND AMENDMENT TO SUBLEASE OF AIRPORT FACILITY DTD 3/20/2013 AMENDS LEASE AGREEMENT DTD 11/15/2011 | MASSACHUSETTS PORT AUTHORITY ATTN ASSISTANT SEC-TREASURER ONE HARBORSIDE DR, STE 200S EAST BOSTON, MA  02128-2909 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1547 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | [BOS] CONSENT TO STANDARD GROUND HANDLING AGREEMENT DTD 6/9/2008 | MASSACHUSETTS PORT AUTHORITY ATTN ASSISTANT SEC-TREASURER ONE HARBORSIDE DR, STE 200S EAST BOSTON, MA 02128-2909 |
| 2.1548 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | [BOS] CONSENT TO SUBLEASE OF AIRPORT FACILITY DTD 11/15/2011 RE: SUBLEASE DTD 11/15/2011 | MASSACHUSETTS PORT AUTHORITY ATTN ASSISTANT SEC-TREASURER ONE HARBORSIDE DR, STE 200S EAST BOSTON, MA 02128-2909 |
| 2.1549 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | [BOS] FIRST AMENDMENT TO AVIATION SERVICE COMPANY OPERATING AGREEMENT DTD 7/1/2015 AMENDS AGREEMENT DTD 11/1/2014 | MASSACHUSETTS PORT AUTHORITY ATTN ASSISTANT SEC-TREASURER ONE HARBORSIDE DR, STE 200S EAST BOSTON, MA 02128-2909 |
| 2.1550 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | [BOS] LEASE AGREEMENT DTD 10/4/2016 | MASSACHUSETTS PORT AUTHORITY ATTN ASSISTANT SEC-TREASURER ONE HARBORSIDE DR, STE 200S EAST BOSTON, MA 02128-2909 |
| 2.1551 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONSENT TO SECOND AMENDMENT TO SUBLEASE OF AIRPORT FACILITY DTD 3/20/2013 AMENDS AGREEMENT DTD 3/1/2012 | MASSACHUSETTS PORT AUTHORITY ATTN ASSISTANT SEC-TREASURER ONE HARBORSIDE DR, STE 200S EAST BOSTON, MA 02128-2909 |
| 2.1552 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT DTD 8/4/2016 AMENDS CO-BRANDING STRATEGIC ALLIANCE AGREEMENT DTD 4/1/2015 | MASTERCARD INTERNATIONAL INC ATTN HEIDI ROHM 2000 PURCHASE ST PURCHASE, NY 10577 |

Debtor    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Spirit Airlines, LLC     Case number (if known)    25-11896

(Name)

Pg 685 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1553 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO ACCEPTANCE AGREEMENT DTD 12/22/2022 AMENDS AGREEMENT DTD 10/30/2019 | MASTERCARD INTERNATIONAL INC ATTN HEIDI ROHM 2000 PURCHASE ST PURCHASE, NY 10577 |
| 2.1554 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO CO-BRANDING/STRATEGIC ALLIANCE AGREEMENT DTD 6/26/2019 AMENDS AGREEMENT DTD 4/1/2015 | MASTERCARD INTERNATIONAL INC ATTN HEIDI ROHM 2000 PURCHASE ST PURCHASE, NY 10577 |
| 2.1555 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DTD 11/28/2011 RE: MSA DTD 11/28/2011 | MASTERCARD INTERNATIONAL INC ATTN HEIDI ROHM 2000 PURCHASE ST PURCHASE, NY 10577 |
| 2.1556 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DTD 5/21/2025 RE: MSA DTD 5/21/2025 | MASTERCARD INTERNATIONAL INC ATTN HEIDI ROHM 2000 PURCHASE ST PURCHASE, NY 10577 |
| 2.1557 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MERCHANT FUNDED OFFERS AGREEMENT DTD 12/31/2024 | MASTERCARD INTERNATIONAL INC ATTN HEIDI ROHM 2000 PURCHASE ST PURCHASE, NY 10577 |
| 2.1558 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT AMENDS CO-BRANDING/STRATEGIC ALLIANCE AGREEMENT DTD 4/1/2015 | MASTERCARD INTERNATIONAL INC ATTN HEIDI ROHM 2000 PURCHASE ST PURCHASE, NY 10577 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1559 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD AMENDMENT TO ACCEPTANCE AGREEMENT DTD 10/21/2025 AMENDS AGREEMENT DTD 10/30/2019 | MASTERCARD INTERNATIONAL INC ATTN HEIDI ROHM 2000 PURCHASE ST PURCHASE, NY  10577 |
| 2.1560 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] AIRPORT SERVICES DISINFECTION AGREEMENT DTD 4/4/2020 | MAXIMUM GLOBAL SERVICES ATTN VICTOR GRULLON 4471 NW 36TH ST, STE 225 MIAMI, FL  33166 |
| 2.1561 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] JANITORIAL AIRPORT SERVICES AGREEMENT DTD 3/1/2019 | MAXIMUM GLOBAL SERVICES ATTN VICTOR GRULLON 4471 NW 36TH ST, STE 225 MIAMI, FL  33166 |
| 2.1562 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] STANDARD GROUND HANDLING AGREEMENT DTD 1/1/2021 | MAXIMUM GLOBAL SERVICES ATTN VICTOR GRULLON 4471 NW 36TH ST, STE 225 MIAMI, FL  33166 |
| 2.1563 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCO] FIRST CONTRACT AMENDMENT DTD 8/1/2023 AMENDS AGREEMENT DTD 6/7/2022 | MAXIMUM GLOBAL SERVICES ATTN VICTOR GRULLON 4471 NW 36TH ST, STE 225 MIAMI, FL  33166 |
| 2.1564 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MBJ] AIR CARRIER OPERATING AGREEMENT DTD 11/21/2006 | MBJ AIRPORTS LTD ATTN CHIEF OPERATING OFFICER SANGSTER INTERNATIONAL AIRPORT DOMESTIC TERMINAL MONTEGO BAY ST JAMES |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1565 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MBJ] AIR TERMINAL SPACE LICENSE AGREEMENT DTD 7/1/2008 | MBJ AIRPORTS LTD<br>ATTN CHIEF OPERATING OFFICER<br>SANGSTER INTERNATIONAL AIRPORT<br>DOMESTIC TERMINAL<br>MONTEGO BAY<br>ST JAMES |
| 2.1566 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MBJ] EQUIPMENT AIRPORT USER AGREEMENT | MBJ AIRPORTS LTD<br>ATTN CHIEF OPERATING OFFICER<br>SANGSTER INTERNATIONAL AIRPORT<br>DOMESTIC TERMINAL<br>MONTEGO BAY<br>ST JAMES |
| 2.1567 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO BUSINESS SERVICE AGREEMENT DTD 10/9/2018 AMENDS AGREEMENT DTD 10/4/2013 | MCI COMMUNICATIONS SERVICES INC D/B/A VERIZON BUSINESS SERVICES |
| 2.1568 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO KANSAS CITY INTERNATIONAL AIRPORT FUEL SYSTEM INTERLINE AGREEMENT DTD 2/14/2014<br>AMENDS AGREEMENT DTD 5/1/2006 | MCI FUEL COMPANY LLC<br>217 BERN ST<br>KANSAS CITY, MO  64153 |
| 2.1569 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO KANSAS CITY INT'L FUEL SYSTEM INTERLINE AGREEMENT DTD 2/1/2019<br>AMENDS AGREEMENT DTD 5/1/2006 | MCI FUEL COMPANY LLC<br>217 BERN ST<br>KANSAS CITY, MO  64153 |
| 2.1570 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | KANSAS CITY INTERNATIONAL AIRPORT FUEL SYSTEM INTERLINE AGREEMENT DTD 5/1/2006 | MCI FUEL COMPANY LLC<br>C/O SHERMAN & HOWARD LLC<br>ATTN KAREN L CHAPMAN, ESQ<br>633 17TH ST, STE 3000<br>DENVER, CO  80202 |

Debtor    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
        Spirit Airlines, LLC                                  Case number (if known)    25-11896
        (Name)

                            Pg 688 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1571 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CAK] STANDARD GROUND HANDLING AGREEMENT DTD 10/1/2016 | MCKINLEY AIR/AIR CAMIS ATTN DOROTHY BURBICK 5400 LAUBY RD N NORTH CANTON, OH  44720 |
| 2.1572 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGAGEMENT LETTER DTD 4/6/2016 | MCKOOL SMITH PC 1 BRYANT PARK, 47TH FL NEW YORK, NY  10036 |
| 2.1573 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WAREHOUSE LEASE | MCP CARGO LLC 222 VIA MARNELL WAY LAS VEGAS, NV  89119 |
| 2.1574 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LAS WAREHOUSE LEASE | MCP CARGO LLC 6650 VIA AUSTI PARKWAY STE 150 LAS VEGAS, NV  89119 |
| 2.1575 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXTENSION & AMENDMENT OF THE AIRPORT USE & LEASE AGREEMENT FOR THE MEMPHIS INT'L AIRPORT AMENDS AGREEMENT DTD 7/1/2021 | MEMPHIS-SHELBY COUNTY AIRPORT AUTHORITY 2491 WINCHESTER RD MEMPHIS, TN  38116 |
| 2.1576 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SXM] STANDARD GROUND HANDLING AGREEMENT DTD 1/1/2014 | MENZIES AVIATION SAINT MAARTEN BV ATTN NANCY BROMET, VP PO BOX 2003 ST MAARTEN |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1577 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SDQ] ADDENDUM 1 TO STANDARD GROUND HANDLING AGREEMENT DTD 1/1/2016<br>RE: AGREEMENT DTD 1/1/2005 | MENZIES AVIATION SANTO DOMINGO LTD<br>1920 E HALLANDALE BEACH BLVD, STE PH-7<br>HALLANDALE, FL  33009 |
| 2.1578 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SDQ] ADDENDUM I DTD 4/11/2010<br>ANNEX B1 DTD 7/1/2005 | MENZIES AVIATION SANTO DOMINGO LTD<br>1920 E HALLANDALE BEACH BLVD, STE PH-7<br>HALLANDALE, FL  33009 |
| 2.1579 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SDQ] ADDENDUM I TO STANDARD GROUND HANDLING AGREEMENT DTD 4/11/2010<br>RE: AGREEMENT DTD 7/1/2005 | MENZIES AVIATION SANTO DOMINGO LTD<br>1920 E HALLANDALE BEACH BLVD, STE PH-7<br>HALLANDALE, FL  33009 |
| 2.1580 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SDQ] ADDENDUM I TO THE INTERNATIONAL AIR TRANSPORT ASSOCIATION STAND GROUND HANDLING AGREEMENT ANNED B1.0 DTD 11/6/2015 | MENZIES AVIATION SANTO DOMINGO LTD<br>1920 E HALLANDALE BEACH BLVD, STE PH-7<br>HALLANDALE, FL  33009 |
| 2.1581 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SDQ] STANDARD GROUND HANDLING AGREEMENT  DTD 6/8/2005 | MENZIES AVIATION SANTO DOMINGO LTD<br>1920 E HALLANDALE BEACH BLVD, STE PH-7<br>HALLANDALE, FL  33009 |
| 2.1582 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM 1 TO STANDARD GROUND HANDLING AGREEMENT DTD 1/1/2011<br>RE: AGREEMENT DTD 7/1/2005 | MENZIES AVIATION SANTO DOMINGO LTD<br>1920 E HALLANDALE BEACH BLVD, STE PH-7<br>HALLANDALE, FL  33009 |

Debtor    Spirit Airlines, LLC    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
(Name)
Case number (if known)   25-11896
Pg 690 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1583 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SXM] STANDARD GROUND HANDLING AGREEMENT DTD 1/1/2014 | MENZIES AVIATION ST MAARTEN BV<br>PO BOX 2003<br>PRINCESS JULIANA INTL AIRPORT<br>SIMPSON BAY<br>ST MAARTEN |
| 2.1584 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SXM] ADDENDUM 1.0 TO STANDARD GROUND HANDLING AGREEMENT DTD 11/18/2020<br>RE: AGREEMENT DTD 1/1/2014 | MENZIES AVIATION ST MAARTEN BV<br>PO BOX 2003<br>ST. MAARTEN<br>NETHERLANDS ANTILLES |
| 2.1585 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] AMENDMENT TO SGHA AGREEMENT DTD 5/6/2011 | MENZIES AVIATION<br>ATTN PAUL WALTON, VP COMMERCIAL<br>2520 W AIRFIELD DR, STE 100<br>PO BOX 610330<br>DALLAS, TX 75261 |
| 2.1586 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] FIRST CONTRACT AMENDMENT DTD 5/1/2010<br>AMENDS ANNEX B.1 DTD 3/15/2009 | MENZIES AVIATION<br>ATTN PAUL WALTON, VP COMMERCIAL<br>2520 W AIRFIELD DR, STE 100<br>PO BOX 610330<br>DALLAS, TX 75261 |
| 2.1587 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] STANDARD GROUND HANDLING AGREEMENT DTD 3/15/2009 | MENZIES AVIATION<br>ATTN PAUL WALTON, VP COMMERCIAL<br>2520 W AIRFIELD DR, STE 100<br>PO BOX 610330<br>DALLAS, TX 75261 |
| 2.1588 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] STANDARD GROUND HANDLING AGREEMENT DTD 5/31/2013 | MENZIES AVIATION<br>ATTN PAUL WALTON, VP COMMERCIAL<br>2520 W AIRFIELD DR, STE 100<br>PO BOX 610330<br>DALLAS, TX 75261 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1589 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] FIRST CONTRACT AMENDMENT DTD 11/1/2013 AMENDS ANNEX B.1 DTD 6/1/2012 | MENZIES AVIATION ATTN PAUL WALTON, VP COMMERCIAL 2520 W AIRFIELD DR, STE 100 PO BOX 610330 DALLAS, TX 75261 |
| 2.1590 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] STANDARD GROUND HANDLING AGREEMENT DTD 6/1/2012 | MENZIES AVIATION ATTN PAUL WALTON, VP COMMERCIAL 2520 W AIRFIELD DR, STE 100 PO BOX 610330 DALLAS, TX 75261 |
| 2.1591 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [TQO] RAMP SERVICES CONTRACT ACCEPTANCE DTD 12/15/2023 | MENZIES AVIATION ATTN PAUL WALTON, VP COMMERCIAL 2520 W AIRFIELD DR, STE 100 PO BOX 610330 DALLAS, TX 75261 |
| 2.1592 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BDL] FIRST CONTRACT AMENDMENT DTD 10/1/2021 AMENDS AGREEMENT DTD 11/4/2019 | MENZIES AVIATION ATTN RANDY DAVIES 4900 DIPLOMACY RD FORT WORTH, TX 76155 |
| 2.1593 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] FIRST CONTRACT AMENDMENT DTD 7/1/2014 AMENDS ANNEX B.1 DTD 5/1/2013 | MENZIES AVIATION ATTN RANDY DAVIES 4900 DIPLOMACY RD FORT WORTH, TX 76155 |
| 2.1594 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] SECOND CONTRACT AMENDMENT DTD 3/27/2011 AMENDS ANNEX B.1 DTD 3/15/2009 | MENZIES AVIATION ATTN RANDY DAVIES 4900 DIPLOMACY RD FORT WORTH, TX 76155 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1595 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [SAN] FUEL SYSTEM INTERLINE AGREEMENT DTD 3/1/2020 | MENZIES AVIATION<br>ATTN RANDY DAVIES<br>4900 DIPLOMACY RD<br>FORT WORTH, TX  76155 |
| 2.1596 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #1 TO THE A321 MAIN WHEEL & CARBON BRAKE AGREEMENT RE: 14156 DTD 1/6/2015 AMENDS AGREEMENT DTD 12/22/2014 | MESSIER-GOODRICH<br>ATTN VP<br>INOVEL PARC SUD<br>7, RUE GENERAL VALERIE ANDRE<br>VELIZY-VILLACOUBLAY  78140<br>FRANCE |
| 2.1597 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #2 TO THE A321 MAIN WHEEL & CARBON BRAKE AGREEMENT RE: 14156 DTD 10/30/2015 AMENDS AGREEMENT DTD 12/22/2014 | MESSIER-GOODRICH<br>ATTN VP<br>INOVEL PARC SUD<br>7, RUE GENERAL VALERIE ANDRE<br>VELIZY-VILLACOUBLAY  78140<br>FRANCE |
| 2.1598 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #3 TO THE A321 MAIN WHEEL & CARBON BRAKE AGREEMENT RE: 14156 DTD 9/6/2018 AMENDS AGREEMENT DTD 12/22/2014 | MESSIER-GOODRICH<br>ATTN VP<br>INOVEL PARC SUD<br>7, RUE GENERAL VALERIE ANDRE<br>VELIZY-VILLACOUBLAY  78140<br>FRANCE |
| 2.1599 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #4 TO THE A321 MAIN WHEEL & CARBON BRAKE AGREEMENT RE: 14156 DTD 10/11/2021 AMENDS AGREEMENT DTD 12/22/2014 | MESSIER-GOODRICH<br>ATTN VP<br>INOVEL PARC SUD<br>7, RUE GENERAL VALERIE ANDRE<br>VELIZY-VILLACOUBLAY  78140<br>FRANCE |
| 2.1600 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #5 TO THE A321 MAIN WHEEL & CARBON BRAKE AGREEMENT RE: 14156 DTD 9/14/2022 AMENDS AGREEMENT DTD 12/22/2014 | MESSIER-GOODRICH<br>ATTN VP<br>INOVEL PARC SUD<br>7, RUE GENERAL VALERIE ANDRE<br>VELIZY-VILLACOUBLAY  78140<br>FRANCE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1601 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 6 DTD 10/10/2024 AMENDS AGREEMENT DTD 12/22/2014 | MESSIER-GOODRICH<br>ATTN VP<br>INOVEL PARC SUD<br>7, RUE GENERAL VALERIE ANDRE<br>VELIZY-VILLACOUBLAY  78140<br>FRANCE |
| 2.1602 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MAIN WHEEL AND CARBON BRAKE AGREEMENT DATED 12/22/2014 AMENDS A321 MAIN WHEEL AND CBA DTD 12/22/2014 | MESSIER-GOODRICH<br>ATTN VP<br>INOVEL PARC SUD<br>7, RUE GENERAL VALERIE ANDRE<br>VELIZY-VILLACOUBLAY  78140<br>FRANCE |
| 2.1603 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GROUP INSURANCE PROGRAM AGREEMENT DTD 1/1/2022 | METLIFE PET INSURANCE SOLUTIONS LLC<br>D/B/A METLIFE INC<br>ATTN LAW DEPT<br>400 MISSOURI AVE<br>JEFFERSONVILLE, IN  47130 |
| 2.1604 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM TO END USE LICENSE AGREEMENT  DTD 1/1/2012 RE: AGREEMENT DTD 1/1/2011 | METRON AVAIATION INC<br>ATTN SVP GEN MANAGER, COMMERCIAL PROD & SOLUTIONS<br>45300 CATALINE CT, STE 101<br>DULLES, VA  20166 |
| 2.1605 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | END USER LICENSE AGREEMENT  DTD 1/2/2011 | METRON AVAIATION INC<br>ATTN SVP GEN MANAGER, COMMERCIAL PROD & SOLUTIONS<br>45300 CATALINE CT, STE 101<br>DULLES, VA  20166 |
| 2.1606 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL 2-HUMPHREY LEASE AGREEMENT DTD 5/31/2012 | METROPOLITAN AIRPORTS COMMISSION<br>ATTN DIR COM MGMT & AIRLINE AFFAIRS<br>6040 28TH AVE SOUTH<br>MINNEAPOLIS, MN  55450 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1607 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 2007A AMENDMENT TO AIRLINE OPERATING AGREEMENT & TERMINAL BUILDING LEASE DTD 5/31/2012 AMENDS LEASE DTD 8/18/2009 | METROPOLITAN AIRPORTS COMMISSION ATTN EXECUTIVE DIRECTOR 28TH AVE SOUTH MINNEAPOLIS, MN  55450 |
| 2.1608 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BNA] TERMINAL / STATION LEASE | METROPOLITAN NASHVILLE AIRPORT AUTHORITY 140 BNA PARK DRIVE SUITE 520 NASHVILLE, TN  37214 |
| 2.1609 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DCA] LEASE AGREEMENT  DTD 1/22/2004 | METROPOLITAN WASHINGTON AIRPORTS AUTHORITY |
| 2.1610 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DCA] METROPOLITAN WASHINGTON AIRPORTS AUTHORITY AIRPORT USE AGREEMENT AND PREMISES LEASE DTD 9/30/2009 | METROPOLITAN WASHINGTON AIRPORTS AUTHORITY |
| 2.1611 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DEBIT CARD PROGRAM AGREEMENT DTD 7/15/2025 | MEZU (NA) INC D/B/A ALVIERE ATTN GEN COUNSEL 1040 S GAYLORD ST DENVER, CO  80209 |
| 2.1612 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MARKETING & ADVERTISING AGREEMENT/INSERTION ORDER DTD 1/14/2025 | MGM RESORTS INTERNATIONAL AIRLINES LLC 3600 LAS VEGAS BLVD S LAS VEGAS, NV  89109 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1613 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER OF AGREEMENT FOR MIA AIRLINE LIAISON OFFICE SERVICES DTD 7/9/2024 | MIA AIRLINE LIAISON OFFICE C/O JACOBSEN/DANIELS ASSOCIATES LLC ATTN DARRLY H DANIELS 121 PEARL ST YPSILANTI, MI 48197 |
| 2.1614 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 2 TO CONTRACT #CPLNK2016 DTD 5/14/2024 AMENDS AGREEMENT DTD 1/1/2016 | MICHELIN NORTH AMERICA INC ATTN VP OF AIRCRAFT TIRE SALES 1 PKWY SOUTH GREENVILLE, SC 29615 |
| 2.1615 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRADING PARTNER AGREEMENT DTD 7/6/2015 | MICHIGAN DEPARTMENT OF TREASURY |
| 2.1616 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSUMPTION COMMITMENT AMENDMENT DTD 2/28/2025 AMENDS CUSTOMER AGREEMENT: 12CCEF150812 | MICROSOFT CORPORATION 6880 SIERRA CENTER PKWY DEPT 551, VOLUME LICENSING RENO, NV 89511 |
| 2.1617 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DIRECT SERVER & CLOUD ENROLLMENT - SUPPLEMENTAL QUOTE #0747864.005 DTD 6/28/2018 RE: ENROLLMENT # 62065821 | MICROSOFT CORPORATION 6880 SIERRA CENTER PKWY DEPT 551, VOLUME LICENSING RENO, NV 89511 |
| 2.1618 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DIRECT SERVER & CLOUD ENROLLMENT - SUPPLEMENTAL QUOTE #1113803.010 DTD 9/28/2021 RE: ENROLLMENT # 78224193 | MICROSOFT CORPORATION 6880 SIERRA CENTER PKWY DEPT 551, VOLUME LICENSING RENO, NV 89511 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1619 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROGRAM SIGNATURE FORM  DTD 10/1/2020<br>RE: AGREEMENT #E5068083 | MICROSOFT CORPORATION<br>6880 SIERRA CENTER PKWY<br>DEPT 551, VOLUME LICENSING<br>RENO, NV  89511 |
| 2.1620 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROGRAM SIGNATURE FORM  DTD 10/20/2020<br>RE: AGREEMENT #E8072582 | MICROSOFT CORPORATION<br>6880 SIERRA CENTER PKWY<br>DEPT 551, VOLUME LICENSING<br>RENO, NV  89511 |
| 2.1621 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE WORK ORDER  DTD 3/6/2025<br>RE: SERVICE AGREEMENT DTD 1/18/2017 | MICROSOFT CORPORATION<br>6880 SIERRA CENTER PKWY<br>DEPT 551, VOLUME LICENSING<br>RENO, NV  89511 |
| 2.1622 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VOLUME LICENSING CUSTOMER PRICE SHEET DTD 10/20/2020 | MICROSOFT CORPORATION<br>6880 SIERRA CENTER PKWY<br>DEPT 551, VOLUME LICENSING<br>RENO, NV  89511 |
| 2.1623 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VOLUME LICENSING CUSTOMER PRICE SHEET DTD 6/19/2019 | MICROSOFT CORPORATION<br>6880 SIERRA CENTER PKWY<br>DEPT 551, VOLUME LICENSING<br>RENO, NV  89511 |
| 2.1624 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VOLUME LICENSING CUSTOMER PRICE SHEET DTD 9/30/2020 | MICROSOFT CORPORATION<br>6880 SIERRA CENTER PKWY<br>DEPT 551, VOLUME LICENSING<br>RENO, NV  89511 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1625 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AUS] STANDAND GROUND HANDLING AGREEMENT DTD 11/29/2017 | MILLIONAIR<br>ATTN GARY BUCHANAN<br>7555 IPSWICH<br>HOUSTON, TX  77061 |
| 2.1626 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - MKE | MILWAUKEE COUNTY, MITCHELL INTERNATIONAL AIRPORT<br>5300 S HOWELL AVE<br>MILWAUKEE, WI  53207 |
| 2.1627 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] METROPOLITAN AIRPORT COMMISSION DTD 11/3/2020 | MINNEAPOLIS-ST PAUL INTL AIRPORT |
| 2.1628 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FUEL SYSTEM INTERLINE AGREEMENT DTD 2/1/2017 | MKE FUEL CO LLC<br>C/O SHERMAN & HOWARD LLC<br>ATTN MAXI C LYONS<br>633 17TH ST, STE 3000<br>DENVER, CO  80202 |
| 2.1629 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT  DTD 10/30/2015 | MLC MANAGEMENT CONSULTING INC<br>D/B/A MLC &ASSOCIATES INC<br>ATTN PRASHANT KUMAR, PRESIDENT & CEO<br>3525 HYLAND AVE, STE 265<br>COSTA MESA, CA  92626 |
| 2.1630 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ROC] TERMINAL / STATION LEASE | MONROE COUNTY AIRPORT AUTHORITY- ROC AIRPORT DIRECTOR<br>ROC AIRPORT<br>1200 BROOKS AVENUE<br>ROCHESTER, NY  14624 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1631 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CAPITAL ASSET REQUEST FOR EXPENDITURES - ENGAGEMENT OF MORRISON FOERSTER DTD 8/16/2016 | MORRISON & FOESTER LLP<br>2000 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20006-1888 |
| 2.1632 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DTD 7/1/2016 | MOSAIC CONSULTING GROUP LLC<br>2503 EUGIENIA AVE<br>NASHVILLE, TN 37211 |
| 2.1633 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPORT AGREEMENT STATEMENT OF WORK<br>RE: MASTER SERVICES AGREEMENT DTD 7/1/2016 | MOSAIC CONSULTING GROUP LLC<br>2503 EUGIENIA AVE<br>NASHVILLE, TN 37211 |
| 2.1634 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT DTD 1/1/2023<br>AMENDS AGREEMENT DTD 1/1/2017 | MOTT'S LLP<br>C/O KEURIG DR PEPPER<br>ATTN VP NATIONAL ACCOUNTS<br>6425 HALL OF FAME LN<br>FRISCO, TX 75034 |
| 2.1635 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [CLE] LETTER SNOW REMOVAL PROPOSAL DTD 10/31/2019 | MRK AVIATION INC<br>ATTN PRESIDENT<br>44050 RUSSIA RD<br>ELYRIA, OH 44035 |
| 2.1636 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [CLE] SNOW REMOVAL PROPOSAL DTD 1/9/2015 | MRK AVIATION INC<br>ATTN PRESIDENT<br>44050 RUSSIA RD<br>ELYRIA, OH 44035 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1637 | State what the contract or lease is for and the nature of the debtor's interest | [CLE] SNOW REMOVAL PROPOSAL DTD 9/25/2018 | MRK AVIATION INC ATTN PRESIDENT 44050 RUSSIA RD ELYRIA, OH  44035 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1638 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT MAINTANCE AGREEMENT RFP NO 032922 DTD 1/1/2023 | MRO COMMERCIAL SA ATTN ANA C BENEDETTI, GEN COUNSEL EDIFICIO AFRA AVE SAMUEL LEWIS Y CALLE 54 PANAMA CITY  0816-01085 PANAMA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1639 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 1 TO AIRCRAFT MAINTANCE AGREEMENT DTD 3/29/2023 AMENDS AGREEMENT TO 1/1/2023 | MRO COMMERCIAL SA ATTN ANA C BENEDETTI, GEN COUNSEL EDIFICIO AFRA AVE SAMUEL LEWIS Y CALLE 54 PANAMA CITY  0816-01085 PANAMA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1640 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 1 TO AIRCRAFT MAINTENANCE AGREEMENT DTD 5/10/2023 AMENDS AGREEMENT DTD 1/1/2023 | MRO COMMERCIAL SA ATTN ANA C BENEDETTI, GEN COUNSEL EDIFICIO AFRA AVE SAMUEL LEWIS Y CALLE 54 PANAMA CITY  0816-01085 PANAMA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1641 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 2 TO AIRCRAFT MAINTENANCE AGREEMENT DTD 1/1/2025 AMENDS AGREEMENT TO 1/1/2023 | MRO COMMERCIAL SA ATTN ANA C BENEDETTI, GEN COUNSEL EDIFICIO AFRA AVE SAMUEL LEWIS Y CALLE 54 PANAMA CITY  0816-01085 PANAMA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1642 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 3 TO AIRCRAFT MAINTENANCE AGREEMENT DTD 4/1/2025 AMENDS AGREEMENT TO 1/1/2023 | MRO COMMERCIAL SA ATTN ANA C BENEDETTI, GEN COUNSEL EDIFICIO AFRA AVE SAMUEL LEWIS Y CALLE 54 PANAMA CITY  0816-01085 PANAMA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1643 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2022 ESCALATION V2500 AGREEMENT DATED 02/11/2022 | MTU AERO ENGINES NORTH AMERICA<br>400 CAPITAL BLVD SUITE 300<br>ROCKY HILL, CT  06067 |
| 2.1644 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO MAINTANCE REPAIR & OVERHAUL SERVICES AGREEMENT AMENDS AGREEMENT DTD 11/18/2021 | MTU MAINTANCE HANNOVER ZHUHAI CO LTD<br>1 TLANKE RD<br>FREE TRADE ZONE<br>ZHUHAI  519030<br>CHINA |
| 2.1645 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGINE TREND MONITORING SERVICE AGREEMENT DTD 7/19/2022 | MTU MAINTENANACE HANNOVER GMBH<br>MUENCHNER STRASSE 31<br>LANGENHAGEN  30855<br>GERMANY |
| 2.1646 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO MAINTANCE REPAIR & OVERHAUL SERVICES AGREEMENT AMENDS AGREEMENT DTD 11/18/2021 | MTU MAINTENANACE HANNOVER GMBH<br>MUENCHNER STRASSE 31<br>LANGENHAGEN  30855<br>GERMANY |
| 2.1647 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MAINTENANCE REPAIR AND OVERHAUL SERVICES AGREEMENT FOR THE IAE V2500 ENGINES  DTD 12/16/2021 | MTU MAINTENANACE HANNOVER GMBH<br>MUENCHNER STRASSE 31<br>LANGENHAGEN  30855<br>GERMANY |
| 2.1648 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MAINTENANCE, REPAIR AND OVERHAUL SVS AGREEMENT DTD 11/18/2021 | MTU MAINTENANACE HANNOVER GMBH<br>MUENCHNER STRASSE 31<br>LANGENHAGEN  30855<br>GERMANY |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1649 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT DTD 3/25/2024 | MTU MAINTENANCE CANADA LTD ATTN DIRECTOR ENGINE PROGRAMS 4300 80 STREET DELTA, BC  V4K 3N3 CANADA |
| 2.1650 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGINE TREND MONITORING SERVICE AGREEMENT DTD 7/19/2022 | MTU MAINTENANCE CANADA LTD ATTN DIRECTOR ENGINE PROGRAMS 4300 80 STREET DELTA, BC  V4K 3N3 CANADA |
| 2.1651 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO MAINTANCE REPAIR & OVERHAUL SERVICES AGREEMENT AMENDS AGREEMENT DTD 11/18/2021 | MTU MAINTENANCE CANADA LTD ATTN DIRECTOR ENGINE PROGRAMS 4300 80 STREET DELTA, BC  V4K 3N3 CANADA |
| 2.1652 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MAINTENANCE REPAIR AND OVERHAUL SERVICES AGREEMENT FOR THE IAE V2500 ENGINES  DTD 12/16/2021 | MTU MAINTENANCE CANADA LTD ATTN DIRECTOR ENGINE PROGRAMS 4300 80 STREET DELTA, BC  V4K 3N3 CANADA |
| 2.1653 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MAINTENANCE, REPAIR AND OVERHAUL SVS AGREEMENT DTD 11/18/2021 | MTU MAINTENANCE CANADA LTD ATTN DIRECTOR ENGINE PROGRAMS 4300 80 STREET DELTA, BC  V4K 3N3 CANADA |
| 2.1654 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM # Q-109049 DTD 1/15/2021 | MULESOFT LLC 50 FREMONT ST, STE 300 SAN FRANCISCO, CA  94105 |

Debtor    Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 702 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1655 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTING AGREEMENT DTD 9/16/2014 | NAME AND ADDRESS ON FILE |
| 2.1656 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MARKETING CONSULTING AGREEMENT DTD 2/19/2015 | NAME AND ADDRESS ON FILE |
| 2.1657 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [NAS] STANDARD GROUND HANDLING AGREEMENT  DTD 8/1/2008 | NASSAU FLIGHT SERVICES LIMITED ATTN DIERDRE PINDER, GM LYNDEN PINDLING INTERNATIONAL AIRPORT PO BOX AP-59203 NASSAU THE BAHAMAS |
| 2.1658 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT  DTD 11/1/2014 | NASSAU FLIGHT SERVICES LIMITED ATTN DIERDRE PINDER, GM LYNDEN PINDLING INTERNATIONAL AIRPORT PO BOX AP-59203 NASSAU THE BAHAMAS |
| 2.1659 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 2 DTD 6/14/2023 AMENDS AGREEMENT DTD 7/13/2021 | NAVBLUE SAS 1, ROND POINT, MAURICE BELLONTE BLAGNAC  31700 FRANCE |
| 2.1660 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 42 TO HOSTED SERVICES AGREEMENT DTD 5/15/2023 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 333 S 7TH ST, STE 1700 MINNEAPOLIS, MN  55402 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1661 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT 47 TO HOSTED SERVICES AGREEMENT DTD 6/8/2024 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 333 S 7TH ST, STE 1700 MINNEAPOLIS, MN  55402 |
| 2.1662 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGILE DEVELOPMENT WORK ORDER #CS0321571 DTD 5/5/2023 RE: HOSTED SERVICES AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |
| 2.1663 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGILE FRAMEWORK WORK ORDER INC 709407 DTD 2/1/2017 RE: HOSTED SERVICES AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |
| 2.1664 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #1 TO HOSTED SERVICES AGREEMENT  DTD 10/23/2007 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |
| 2.1665 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #12 TO HOSTED SERVICES AGREEMENT DTD 1/27/2012 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |
| 2.1666 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #13 TO HOSTED SERVICES AGREEMENT DTD 12/19/2012 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1667 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #14 TO HOSTED SERVICES AGREEMENT DTD 5/6/2013 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN 55402-3210 |
| 2.1668 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #2 TO HOSTED SERVICES AGREEMENT DTD 12/15/2008 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN 55402-3210 |
| 2.1669 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #3 TO HOSTED SERVICES AGREEMENT DTD 1/10/2009 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN 55402-3210 |
| 2.1670 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #4 TO HOSTED SERVICES AGREEMENT DTD 8/28/2009 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN 55402-3210 |
| 2.1671 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #5 TO HOSTED SERVICES AGREEMENT DTD 2/8/2010 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN 55402-3210 |
| 2.1672 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #6 TO HOSTED SERVICES AGREEMENT DTD 6/9/2010 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN 55402-3210 |

Debtor    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Spirit Airlines, LLC      Case number (if known)    25-11896

(Name)

Pg 705 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1673 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #7 TO HOSTED SERVICES AGREEMENT DTD 8/31/2010<br>AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN 55402-3210 |
| 2.1674 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #8 TO HOSTED SERVICES AGREEMENT DTD 5/5/2011<br>AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN 55402-3210 |
| 2.1675 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #9 TO HOSTED SERVICES AGREEMENT DTD 6/13/2011<br>AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN 55402-3210 |
| 2.1676 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 1 TO HOSTED SERVICES AGREEMENT DTD 10/23/2007<br>AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN 55402-3210 |
| 2.1677 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 12 TO HOSTED SERVICES AGREEMENT DTD 1/27/2012<br>AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN 55402-3210 |
| 2.1678 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 13 TO HOSTED SERVICES AGREEMENT DTD 12/19/2012<br>AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN 55402-3210 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1679 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 14 TO HOSTED SERVICES AGREEMENT DTD 5/6/2013 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN 55402-3210 |
| 2.1680 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 15 TO HOSTED SERVICES AGREEMENT DTD 9/30/2013 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN 55402-3210 |
| 2.1681 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 17 TO HOSTED SERVICES AGREEMENT DTD 7/17/2014 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN 55402-3210 |
| 2.1682 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 2 TO HOSTED SERVICES AGREEMENT DTD 12/15/2008 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN 55402-3210 |
| 2.1683 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 26 TO HOSTED SERVICES AGREEMENT DTD 3/5/2018 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN 55402-3210 |
| 2.1684 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 3 TO HOSTED SERVICES AGREEMENT DTD 1/10/2009 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN 55402-3210 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1685 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 38 TO HOSTED SERVICES AGREEMENT DTD 1/9/2023 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |
| 2.1686 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 39 TO HOSTED SERVICES AGREEMENT DTD 1/12/2023 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |
| 2.1687 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 4 TO HOSTED SERVICES AGREEMENT DTD 8/28/2009 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |
| 2.1688 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 40 TO HOSTED SERVICES AGREEMENT DTD 1/13/2023 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |
| 2.1689 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 41 TO HOSTED SERVICES AGREEMENT DTD 3/10/2023 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |
| 2.1690 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 43 TO HOSTED SERVICES AGREEMENT DTD 9/18/2023 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1691 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | AMENDMENT 44 TO HOSTED SERVICES AGREEMENT DTD 1/13/2024 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |
| 2.1692 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | AMENDMENT 45 TO HOSTED SERVICES AGREEMENT DTD 5/6/2024 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |
| 2.1693 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | AMENDMENT 46 TO HOSTED SERVICES AGREEMENT DTD 5/15/2024 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |
| 2.1694 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | AMENDMENT 5 TO HOSTED SERVICES AGREEMENT DTD 2/8/2010 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |
| 2.1695 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | AMENDMENT 6 TO HOSTED SERVICES AGREEMENT DTD 6/9/2010 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |
| 2.1696 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | AMENDMENT 7 TO HOSTED SERVICES AGREEMENT DTD 8/31/2010 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1697 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 8 TO HOSTED SERVICES AGREEMENT DTD 5/5/2011 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN  55402-3210 |
| 2.1698 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 9 TO HOSTED SERVICES AGREEMENT DTD 7/25/2011 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN  55402-3210 |
| 2.1699 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 14 TO HOSTED SERVICES AGREEMENT DTD 5/6/2013 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN  55402-3210 |
| 2.1700 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 15 TO HOSTED SERVICES AGREEMENT DTD 9/30/2013 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN  55402-3210 |
| 2.1701 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 16 TO HOSTED SERVICES AGREEMENT DTD 11/11/2013 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN  55402-3210 |
| 2.1702 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 18 TO HOSTED SERVICES AGREEMENT DTD 10/8/2014 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN  55402-3210 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1703 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 19 TO HOSTED SERVICES AGREEMENT DTD 2/1/2015 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN  55402-3210 |
| 2.1704 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 20 TO HOSTED SERVICES AGREEMENT DTD 8/24/2015 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN  55402-3210 |
| 2.1705 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 24 TO HOSTED SERVICES AGREEMENT DTD 6/24/2017 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN  55402-3210 |
| 2.1706 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 25 TO HOSTED SERVICES AGREEMENT DTD 3/1/2017 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN  55402-3210 |
| 2.1707 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 26 TO HOSTED SERVICES AGREEMENT DTD 2/1/2018 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN  55402-3210 |
| 2.1708 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO HOSTED SERVICES AGREEMENT DTD 7/23/2024 AMENDS AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN  55402-3210 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1709 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SERVICES AGREEMENT WORK ORDER INC 715716 DTD 3/20/2017 RE: HOSTED SERVICES AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1710 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SERVICES AGREEMENT WORK ORDER INC 719321 DTD 3/13/2017 RE: HOSTED SERVICES AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1711 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SERVICES AGREEMENT WORK ORDER INC 724527 DTD 3/20/2017 RE: HOSTED SERVICES AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1712 | State what the contract or lease is for and the nature of the debtor's interest | HOSTED SERVICES AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1713 | State what the contract or lease is for and the nature of the debtor's interest | NEW SKIES DISASTER RECOVERY PROPOSAL DTD 2/24/2015 RE: HOSTED SERVICES AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1714 | State what the contract or lease is for and the nature of the debtor's interest | WORK ORDER #CS0325563 DTD 1/13/2024 RE: HOSTED SERVICES AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1715 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WORK ORDER #CS0326241 DTD 4/28/2023 RE: HOSTED SERVICES AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |
| 2.1716 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WORK ORDER #CS0386793 DTD 3/5/2024 RE: HOSTED SERVICES AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |
| 2.1717 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WORK ORDER #CS0391460 DTD 4/12/2024 RE: HOSTED SERVICES AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |
| 2.1718 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WORK ORDER #CS0422978  DTD 6/17/2024 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |
| 2.1719 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WORK ORDER #CS310939 DTD 4/10/2023 RE: HOSTED SERVICES AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |
| 2.1720 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WORK ORDER #INC162623 DTD 8/9/2011 RE: AGREEMENT DTD 2/28/2007 | NAVITAIRE INC ATTN CONTROLLER 901 MARQUETTE AVE, STE 1600 MINNEAPOLIS, MN  55402-3210 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1721 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WORK ORDER #INC177385 DTD 8/17/2011<br>RE: AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN  55402-3210 |
| 2.1722 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WORK ORDER #INC74467 DTD 1/27/2010<br>RE: AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN  55402-3210 |
| 2.1723 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WORK ORDER #INC87649 DTD 3/9/2010<br>RE: AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN  55402-3210 |
| 2.1724 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WORK ORDER CS0391460 FOR NEW SKIES MAJOR UPGRADE DTD 4/4/2024<br>RE: HOSTED SERVICES AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN  55402-3210 |
| 2.1725 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WORK ORDER CS0391460 NEW SKIES MAJOR UPGRADE DTD 4/4/2024<br>RE: HOSTED SERVICES AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN  55402-3210 |
| 2.1726 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WORK ORDER INC 664030 DTD 2/27/2017<br>RE: HOSTED SERVICES AGREEMENT DTD 2/28/2007 | NAVITAIRE INC<br>ATTN CONTROLLER<br>901 MARQUETTE AVE, STE 1600<br>MINNEAPOLIS, MN  55402-3210 |

Debtor Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 714 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1727 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AGREEMENT FOR TECHNICAL SERVICES DTD 3/1/2024 | NDT SOLUTIONS INC ATTN STEVAN RUEDA, VP ACCOUNTABLE MANAGER 4044 30TH AVE HOLLYWOOD, FL 33020 |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |
| 2.1728 | State what the contract or lease is for and the nature of the debtor's interest | [MSY] TERMINAL / STATION LEASE - MSY | NEW ORLEANS AVIATION BOARD P.O. BOX 20007 NEW ORLEANS, LA 70141 |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |
| 2.1729 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO LOUIS ARMSTRONG NEW ORLEANS INTL AIRPORT FUEL SYT INTERLINE AGREEMENT DTD 12/7/2015 AMENDS AGREEMENT DTD 1/20/2015 | NEW ORLEANS FUEL FACILITIES LLC F/K/A BIG EASY FUEL FACILITIES LLC |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |
| 2.1730 | State what the contract or lease is for and the nature of the debtor's interest | [LAX] AMENDMENT #1 TO STANDARD GROUND HANDLING AGREEMENT DTD 7/1/2016 AMENDS AGREEMENT DTD 10/1/2015 | NEW TECH AIRCRAFT SERVICES INC ATTN JORGE RUIZ, GENERAL MGR 5600 W CENTURY BLVD LOS ANGELES, CA 90045 |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |
| 2.1731 | State what the contract or lease is for and the nature of the debtor's interest | [LAX] STANDARD GROUND HANDLING AGREEMENT DTD 10/1/2015 | NEW TECH AIRCRAFT SERVICES INC ATTN JORGE RUIZ, GENERAL MGR 5600 W CENTURY BLVD LOS ANGELES, CA 90045 |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |
| 2.1732 | State what the contract or lease is for and the nature of the debtor's interest | [OAK] AMENDMENT #2 TO SGHA AGREEMENT DTD 3/27/2015 AMENDS AGREEMENT DTD 10/1/2015 | NEW TECH AIRCRAFT SERVICES INC ATTN JORGE RUIZ, GENERAL MGR 5600 W CENTURY BLVD LOS ANGELES, CA 90045 |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1733 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [OAK] AMENDMENT #3 TO SGHA AGREEMENT DTD 8/7/2017 AMENDS AGREEMENT DTD 10/1/2015 | NEW TECH AIRCRAFT SERVICES INC ATTN JORGE RUIZ, GENERAL MGR 5600 W CENTURY BLVD LOS ANGELES, CA  90045 |
| 2.1734 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [OAK] STANDARD GROUND HANDLING AGREEMENT DTD 11/6/2015 | NEW TECH AIRCRAFT SERVICES INC ATTN JORGE RUIZ, GENERAL MGR 5600 W CENTURY BLVD LOS ANGELES, CA  90045 |
| 2.1735 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIFTH CONTRACT AMENDMENT  DTD 12/1/2024 AMENDS AGREEMENT DTD 10/1/2015 | NEW TECH AIRCRAFT SERVICES INC ATTN JORGE RUIZ, GENERAL MGR 5600 W CENTURY BLVD LOS ANGELES, CA  90045 |
| 2.1736 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #1 TO THE SUPPLY & REPAIR SERVICE AGREEMENT DTD 2/14/2025 AMENDS AGREEMENT DTD 7/16/2019 | NEXGEN AERO LLC C/O PREFERRED COMPOSITES INC ATTN RUSSELL CARBONARA, PRESIDENT 2900 NW 112TH AVE, UNIT 2 DORAL, FL  33172 |
| 2.1737 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO 1  DTD 9/24/2023 AMENDS COMPONENT SERVICES AGREEMENT DTD 12/13/2022 | NEXGEN AERO LLC C/O PREFERRED COMPOSITES INC ATTN RUSSELL CARBONARA, PRESIDENT 2900 NW 112TH AVE, UNIT 2 DORAL, FL  33172 |
| 2.1738 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPONENT SERVICES AGREEMENT DTD 10/1/2023 NOSE RADOME REPAIR & OVERHAUL PROGRAM | NEXGEN AERO LLC C/O PREFERRED COMPOSITES INC ATTN RUSSELL CARBONARA, PRESIDENT 2900 NW 112TH AVE, UNIT 2 DORAL, FL  33172 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1739 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPONENT SERVICES AGREEMENT DTD 11/1/2023 V2500 FAN COWL REPAIR & OVERHAUL PROG | NEXGEN AERO LLC C/O PREFERRED COMPOSITES INC ATTN RUSSELL CARBONARA, PRESIDENT 2900 NW 112TH AVE, UNIT 2 DORAL, FL  33172 |
| 2.1740 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPONENT SERVICES AGREEMENT DTD 12/13/2022 V2500 THRUST REVERSER OVERHAUL PROGRAM FOR SCHEDULED REMOVALS | NEXGEN AERO LLC C/O PREFERRED COMPOSITES INC ATTN RUSSELL CARBONARA, PRESIDENT 2900 NW 112TH AVE, UNIT 2 DORAL, FL  33172 |
| 2.1741 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AND REPAIR SERVICES AGREEMENT | NEXGEN AERO LLC C/O PREFERRED COMPOSITES INC ATTN RUSSELL CARBONARA, PRESIDENT 2900 NW 112TH AVE, UNIT 2 DORAL, FL  33172 |
| 2.1742 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [IAG] STANDARD GROUND HANDLING AGREEMENT DTD 1/28/2011 | NIAGARA FALLS AVIATION LLC C/O HODGSON RUSS LLP ATTN TERRENCE M GILBRIDE 140 PEARL ST, STE 100 BUFFALO, NY  14202 |
| 2.1743 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [IAG] NFIA BOARDING ASSISTANCE AGREEMENT DTD 12/1/2015 | NIAGARA FRONTIER TRANSPORT AUTHORITY ATTN EXEC DIRECTOR 181 ELLICOTT ST BUFFALO, NY  14203 |
| 2.1744 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MARKETING AGREEMENT DTD 8/5/2025 | NIFT NETWORKS INC ATTN GENERAL COUNSEL 867 BOYLSTON ST, STE 500 BOSTON, MA  02116 |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    Page 291 of 441

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1745 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [KIN] RENTAL ADJUSTMENT LETTER DTD 2/1/2011 | NMIA AIRPORTS LTD<br>ATTN SR DIR - COMMERCIAL DEV & PLANNING<br>NORMAN MANLEY INT'L AIRPORT, ADMIN BLDG<br>PALISADOES<br>KINGSTON<br>JAMAICA |
| 2.1746 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [KIN] SPACE LICENSE AGREEMENT DTD 7/24/2015 | NMIA AIRPORTS LTD<br>ATTN SR DIR - COMMERCIAL DEV & PLANNING<br>NORMAN MANLEY INT'L AIRPORT, ADMIN BLDG<br>PALISADOES<br>KINGSTON<br>JAMAICA |
| 2.1747 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSY] AMENDMENT #1 DTD 6/26/2017 AMENDS SGHA DTD 1/24/2013 | NOLA AVIATION<br>ATTN KEVIN HARPER, PRES/OWNER<br>1516 HACKBERRY AVE<br>METAIRIE, LA 70001 |
| 2.1748 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSY] STANDARD GROUND HANDLING AGREEMENT DTD 1/21/2013 | NOLA AVIATION<br>ATTN KEVIN HARPER, PRES/OWNER<br>1516 HACKBERRY AVE<br>METAIRIE, LA 70001 |
| 2.1749 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORF] AIRLINE USE AND LEASE AGREEMENT DTD 6/15/2023 | NORFOLK AIPORT AUTHORITY<br>ATTN CEO<br>NORFOLK INT'L AIRPORT<br>2200 NORVIEW AVE<br>NORFOLK, VA 23518-5807 |
| 2.1750 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MERCHANT SERVICES AIRLINE AGREEMENT DTD 6/6/1996 | NOVUS SERVICES INC<br>ATTN VP - MERCHANT OPS<br>2500 LAKE COOK RD<br>RIVERWOODS, IL 60015 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1751 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #3 TO COMMERCIAL AVIATION LUBRICANTS SALES AGREEMENT DTD 5/1/2025 AMENDS AGREEMENT DTD 1/29/2025 | NYCO AMERICA LLC<br>87 AMLAJACK WAY<br>NEWNAN, GA  30265 |
| 2.1752 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT 12 DTD 11/30/2023 AMENDS OFFICE DEPOT SUPPLY DTD 9/3/2013 | ODP BUSINESS SOLUTIONS LLC<br>PO BOX 1413<br>CHARLOTTE, NC  28201-1413 |
| 2.1753 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [CLE] MAINTANCE AGREEMENT DTD 3/12/2015 | OHIO SERVICES CLE LLC<br>D/B/A JANI-KING OF CLEVELAND<br>ATTN REGIONAL DIRECTOR<br>9075 TOWN CENTRE DR, STE 200<br>BROADWAY HTS, OH  44147 |
| 2.1754 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [CTG] TERMINAL / STATION LEASE | OINAC<br>CRESPO CALLE 71  #3-89<br>AEROPUERTO INTERNACIONAL RAFAEL NUNEZ<br>3ER PISO<br>COLOMBIA |
| 2.1755 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROJECT BRAVO - OLIVER WYMAN CONTINUED SUPPORT DTD 6/17/2024 | OLIVER WYMAN SERVICES LIMITED<br>ATTN TIM HOYLAND, PARTNER<br>1717 MAIN ST, 4400<br>DALLAS, TX  75201 |
| 2.1756 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROJECT BRAVO - OLIVER WYMAN SUPPORT DTD 4/4/2024 | OLIVER WYMAN SERVICES LIMITED<br>ATTN TIM HOYLAND, PARTNER<br>1717 MAIN ST, 4400<br>DALLAS, TX  75201 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1757 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK LETTER DTD 4/4/2024 | OLIVER WYMAN SERVICES LIMITED ATTN TIM HOYLAND, PARTNER 1717 MAIN ST, 4400 DALLAS, TX  75201 |
| 2.1758 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [BOG] LEASE AGREEMENT NO OP-DC-CA-T1-0043-12 DTD 9/27/2012 | OPAIN SA ATTN GENERAL COUNSEL CALLE 26 NO 103-09, EDIFICIO CISA BOGOTA, DC COLOMBIA |
| 2.1759 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [BOG] AMENDMENT 1  DTD 10/22/2014 AMENDS LEASE AGREEMENT NO OP-DC-CA-T2-0134-13 DTD 8/12/2013 | OPAIN SA ATTN GENERAL MANAGER SEDE CORPORATIVA, AEROPUERTO INTL EL DORADO COSTADO SUR EXTERIOR DE TERMINAL BOGOTA, DC COLOMBIA |
| 2.1760 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [BOG] FINANCIAL STAMENTS DTD 7/17/2008 RE: FIRST TRIMESTER OF 2008 | OPAIN SA ATTN GENERAL MANAGER SEDE CORPORATIVA, AEROPUERTO INTL EL DORADO COSTADO SUR EXTERIOR DE TERMINAL BOGOTA, DC COLOMBIA |
| 2.1761 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [BOG] FIRST AMENDMENT TO LEASE AGREEMENT  DTD 10/22/2014 AMENDS AGREEMENT # OP-DC-CA-T2-0134-13 DTD 8/12/2013 | OPAIN SA ATTN GENERAL MANAGER SEDE CORPORATIVA, AEROPUERTO INTL EL DORADO COSTADO SUR EXTERIOR DE TERMINAL BOGOTA, DC COLOMBIA |
| 2.1762 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [BOG] LEASE AGREEMENT # OP-DC-CA-T2-0134-13 DTD 1/23/2014 | OPAIN SA ATTN GENERAL MANAGER SEDE CORPORATIVA, AEROPUERTO INTL EL DORADO COSTADO SUR EXTERIOR DE TERMINAL BOGOTA, DC COLOMBIA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1763 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOG] LEASE AGREEMENT NO OP-DC-CA-0031-08 DTD 7/18/2008 | OPAIN SA<br>ATTN GENERAL MANAGER<br>SEDE CORPORATIVA, AEROPUERTO INTL EL DORADO COSTADO SUR EXTERIOR DE TERMINAL<br>BOGOTA, DC<br>COLOMBIA |
| 2.1764 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOG] LEASE AGREEMENT NO OP-DC-CA-T2-0134-13 DTD 8/12/2013 | OPAIN SA<br>ATTN GENERAL MANAGER<br>SEDE CORPORATIVA, AEROPUERTO INTL EL DORADO COSTADO SUR EXTERIOR DE TERMINAL<br>BOGOTA, DC<br>COLOMBIA |
| 2.1765 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LIM] CONTRATO DE SERVICIO DE SEGURIDAD AEROPORTUARIA DTD 7/1/2007 | OPERATIONS TRAFFIC TRANSPORTATION SVS GENERALES SAC<br>AV PACIFICO 170,  OFIC 202<br>URB ALTAMAR LA PERLA<br>CALLAO, LA PERLA  7016 |
| 2.1766 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM 1 DTD 11/1/2024<br>RE: AGREEMENT DTD 10/1/2023 | OPTAVISE LLC<br>ATTN LEGAL DEPT<br>11825 N PENNSYLVANIA ST<br>CARMEL, IN  46032 |
| 2.1767 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK TO MASTER SERVS AGREEMENT DTD 10/1/2024 | OPTAVISE LLC<br>ATTN LEGAL DEPT<br>11825 N PENNSYLVANIA ST<br>CARMEL, IN  46032 |
| 2.1768 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 1 TO CLOUD SERVICES AGREEMENT DTD 2/22/2016<br>AMENDS AGREEMENT #US-CSA-CPQ-24198 | ORACLE AMERICA INC<br>ATTN LEGAL DEPT, GEN COUNSEL<br>500 ORACLE PKWY<br>REDWOOD SHORES, CA  94065 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1769 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 2 TO CLOUD SERVICES AGREEMENT DTD 5/12/2021 AMENDS AGREEMENT DTD 2/19/2016 | ORACLE AMERICA INC ATTN LEGAL DEPT, GEN COUNSEL 500 ORACLE PKWY REDWOOD SHORES, CA  94065 |
| 2.1770 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT GENERAL TERMS DTD 2/4/2014 | ORACLE AMERICA INC ATTN LEGAL DEPT, GEN COUNSEL 500 ORACLE PKWY REDWOOD SHORES, CA  94065 |
| 2.1771 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDERING DOCUMENT DTD 2/18/2022 RE: AGREEMENT DTD 2/19/2016 | ORACLE AMERICA INC ATTN LEGAL DEPT, GEN COUNSEL 500 ORACLE PKWY REDWOOD SHORES, CA  94065 |
| 2.1772 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDERING DOCUMENT DTD 7/9/2021 RE: AGREEMENT 2/19/2016 | ORACLE AMERICA INC ATTN LEGAL DEPT, GEN COUNSEL 500 ORACLE PKWY REDWOOD SHORES, CA  94065 |
| 2.1773 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDERING DOCUMENT DTD 8/18/2025 RE: AGREEMENT #US-CSA-CPQ-24198 DTD 2/19/2016DTD | ORACLE AMERICA INC ATTN LEGAL DEPT, GEN COUNSEL 500 ORACLE PKWY REDWOOD SHORES, CA  94065 |
| 2.1774 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDERING DOCUMENT DTD 8/25/2025 RE:CLOUD SERVICES AGREEMENT #V062223 | ORACLE AMERICA INC ATTN LEGAL DEPT, GEN COUNSEL 500 ORACLE PKWY REDWOOD SHORES, CA  94065 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1775 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3608 | ORIX AVIATION SYSTEMS LIMITED<br>THE OVAL<br>BLOCK 1<br>SHELBOURNE ROAD<br>DUBLIN<br>IRELAND |
| 2.1776 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3609 | ORIX AVIATION SYSTEMS LIMITED<br>THE OVAL<br>BLOCK 1<br>SHELBOURNE ROAD<br>DUBLIN<br>IRELAND |
| 2.1777 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3615 | ORIX AVIATION SYSTEMS LIMITED<br>THE OVAL<br>BLOCK 1<br>SHELBOURNE ROAD<br>DUBLIN<br>IRELAND |
| 2.1778 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4976 | ORIX AVIATION SYSTEMS LIMITED<br>THE OVAL<br>BLOCK 1<br>SHELBOURNE ROAD<br>DUBLIN<br>IRELAND |
| 2.1779 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4982 | ORIX AVIATION SYSTEMS LIMITED<br>THE OVAL<br>BLOCK 1<br>SHELBOURNE ROAD<br>DUBLIN<br>IRELAND |
| 2.1780 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4985 | ORIX AVIATION SYSTEMS LIMITED<br>THE OVAL<br>BLOCK 1<br>SHELBOURNE ROAD<br>DUBLIN<br>IRELAND |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1781** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4988 | ORIX AVIATION SYSTEMS LIMITED THE OVAL BLOCK 1 SHELBOURNE ROAD DUBLIN IRELAND |
| **2.1782** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4991 | ORIX AVIATION SYSTEMS LIMITED THE OVAL BLOCK 1 SHELBOURNE ROAD DUBLIN IRELAND |
| **2.1783** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | ORL INTL AIRPORT FUEL SYS INTERLINE AGREEMENT DTD 3/1/2009 | ORLANDO FUEL FACILITIES LLC C/O QUARLES & BRADY LLP ATTN DANIEL L MUCHOW 2 N CENTRAL AVE PHOENIX, AZ  85004 |
| **2.1784** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | FIRST AMENDMENT TO LIMITED LIABILITY COMPANY AGREEMENT DTD 7/1/2016 AMENDS AGREEMENT DTD 3/1/2009 | ORLANDO FUEL FACILITIES LLC C/O SOUTHWEST AIRLINES CO ATTN JIM STEVENSON, REGIONAL MG FUEL OPS 2702 LOVE FIELD DR, PO BOX 36611, HDQ7FM DALLAS, TX  75235-1611 |
| **2.1785** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | [LGA] PREVENTATIVE MAINTENANCE SERVICE DTD 8/18/2015 | OXFORD ELECTRONICS INC D/B/A OXFORD AIRPORT TECHNICAL SERVICES 474 MEACHAM AVE ELMONT, NY  11003 |
| **2.1786** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | [KIN] AIR CARRIER OPERATING AGREEMENT | PAC KINGSTON AIRPORT LTD ATTN CEO NORMAN MANLEY INTERNATIONAL AIRPORT LEARNING & DEV CENTRE; PALISADOES KINGSTON JAMAICA |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.1787 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [KIN] AIRPORT SPACE LICENCE | PAC KINGSTON AIRPORT LTD<br>ATTN VP LEGAL - LATIN AMERICA & CARIBBEAN REG<br>701 WATERFORD WAY, STE 1000<br>MIAMI, FL 33126 |
| 2.1788 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SAN] AMENDMENT #1 TO STANDARD GROUND HANDLING AGREEMENT DTD 8/25/2016<br>AMENDS AGREEMENT DTD 9/5/2011 | PACIFIC AIRCRAFT MAINTENANCE<br>ATTN PRESIDENT<br>2367 AIRLANE<br>SAN DIEGO, CA 92101 |
| 2.1789 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SAN] STANDARD GROUND HANDLING AGREEMENT DTD 9/8/2011 | PACIFIC AIRCRAFT MAINTENANCE<br>ATTN PRESIDENT<br>2367 AIRLANE<br>SAN DIEGO, CA 92101 |
| 2.1790 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [JAX] STANDARD GROUND HANDLING AGREEMENT DTD 12/20/2018 | PACIFIC AVIATION LLC<br>ATTN: RICHARD THIEL<br>8066 GREENMONT AVE<br>TALLAHASSEE, FL 32317 |
| 2.1791 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PBI] TERMINAL / STATION LEASE | PALM BEACH COUNTY - DEPARTMENT OF AIRPORTS<br>846 PALM BEACH INTERNATIONAL AIRPORT<br>WEST PALM BEACH, FL 33406 |
| 2.1792 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PIA] AUTHORIZED REPRESENTATIVES FOR SERVICE LETTER DTD 7/28/2021 | PALMEROLA INTERNATIONAL AIRPORT<br>KILOMETRO 73<br>CARRETERA CA-5<br>COMAYAGUA.<br>HONDURAS |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1793 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SEA] BAGGAGE DELIVERY SERVICES AUTHORIZATION LETTER DTD 8/17/2022 | PARCEL BUTLER LLC |
| 2.1794 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRAVEL AGENT AGREEMENT DTD 6/12/2005 | PASSAROLA TOURS |
| 2.1795 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PNI DIRECT ORIGINATOR AGREEMENT DTD 12/2/2023 | PAYOUTS NETWORK INC ATTN CEO 1285 N ROUSE AVE, STE 2A BOZEMAN, MT  59715 |
| 2.1796 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SUBSCRIPTION AGREEMENT DTD 5/21/2025 | PAYSCALE INC |
| 2.1797 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RACK SALE CONFIRMATION SPIRE24TS977876 DTD 5/17/2024 | PBF HOLDING COMPANY LLC ATTN JOHN COMBATTI 1 SYLVAN WAY, 2ND FL PARSIPPANY, NJ  07054 |
| 2.1798 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RACK SALE CONFIRMATION SPIRE24TS977884 DTD 5/17/2024 | PBF HOLDING COMPANY LLC ATTN JOHN COMBATTI 1 SYLVAN WAY, 2ND FL PARSIPPANY, NJ  07054 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1799 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RACK SALE CONFIRMATION SPIRE24TS977892 DTD 5/17/2024 | PBF HOLDING COMPANY LLC<br>ATTN JOHN COMBATTI<br>1 SYLVAN WAY, 2ND FL<br>PARSIPPANY, NJ 07054 |
| 2.1800 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RACK SALE CONFIRMATION SPIRE24TS977893 DTD 5/17/2024 | PBF HOLDING COMPANY LLC<br>ATTN JOHN COMBATTI<br>1 SYLVAN WAY, 2ND FL<br>PARSIPPANY, NJ 07054 |
| 2.1801 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RACK SALE CONFIRMATION SPIRE24WS977883 DTD 5/17/2024 | PBF HOLDING COMPANY LLC<br>ATTN JOHN COMBATTI<br>1 SYLVAN WAY, 2ND FL<br>PARSIPPANY, NJ 07054 |
| 2.1802 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALE CONFIRMATION SPIRE22TS907266 DTD 6/7/2022 | PBF HOLDING COMPANY LLC<br>ATTN JOHN COMBATTI<br>1 SYLVAN WAY, 2ND FL<br>PARSIPPANY, NJ 07054 |
| 2.1803 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALE CONFIRMATION SPIRE22TS907272 DTD 6/7/2022 | PBF HOLDING COMPANY LLC<br>ATTN JOHN COMBATTI<br>1 SYLVAN WAY, 2ND FL<br>PARSIPPANY, NJ 07054 |
| 2.1804 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALE CONFIRMATION SPIRE22TS907281 DTD 6/7/2022 | PBF HOLDING COMPANY LLC<br>ATTN JOHN COMBATTI<br>1 SYLVAN WAY, 2ND FL<br>PARSIPPANY, NJ 07054 |

Debtor    Spirit Airlines, LLC    25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
(Name)      Case number (if known)   25-11896

Pg 727 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1805 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALE CONFIRMATION SPIRE22TS907295 DTD 6/7/2022 | PBF HOLDING COMPANY LLC<br>ATTN JOHN COMBATTI<br>1 SYLVAN WAY, 2ND FL<br>PARSIPPANY, NJ 07054 |
| 2.1806 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALE CONFIRMATION SPIRE22WS907277 DTD 6/7/2022 | PBF HOLDING COMPANY LLC<br>ATTN JOHN COMBATTI<br>1 SYLVAN WAY, 2ND FL<br>PARSIPPANY, NJ 07054 |
| 2.1807 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALE CONFIRMATION SPIRE24TS981210 DTD 6/24/2024 | PBF HOLDING COMPANY LLC<br>ATTN JOHN COMBATTI<br>1 SYLVAN WAY, 2ND FL<br>PARSIPPANY, NJ 07054 |
| 2.1808 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALE CONFIRMATION SPIRE24TS981210 DTD 8/21/2024<br>RE: AGREEMENT DTD 6/25/2024 | PBF HOLDING COMPANY LLC<br>ATTN JOHN COMBATTI<br>1 SYLVAN WAY, 2ND FL<br>PARSIPPANY, NJ 07054 |
| 2.1809 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT MAINTENANCE AGR DTD 9/19/2014 | PEMCO WORLD AIR SERVICES INC<br>4102 N WESTSHORE BLVD<br>TAMPA, FL 33614 |
| 2.1810 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT SVS AGREEMENT DTD 1/1/2016 | PEMCO WORLD AIR SERVICES INC<br>4102 N WESTSHORE BLVD<br>TAMPA, FL 33614 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1811 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT #15 TO AIRCRAFT MAINTENANCE AGREEMENT DTD 12/22/2014 AMENDS AGREEMENT DTD 12/3/2014 | PEMCO WORLD AIR SERVICES INC 4102 N WESTSHORE BLVD TAMPA, FL 33614 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1812 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 18 DTD 8/28/2015 AMENDS AGREEMENT DTD 9/19/2014 | PEMCO WORLD AIR SERVICES INC 4102 N WESTSHORE BLVD TAMPA, FL 33614 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1813 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 19 AMENDS AIRCRAFT SVS AGREEMENT DTD 9/19/2014 | PEMCO WORLD AIR SERVICES INC 4102 N WESTSHORE BLVD TAMPA, FL 33614 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1814 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 22 DTD 12/3/2015 AMENDS AIRCRAFT MAINTENANCE AGR DTD 9/19/2014 | PEMCO WORLD AIR SERVICES INC 4102 N WESTSHORE BLVD TAMPA, FL 33614 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1815 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 23 TO AIRCRAFT MAINTENANCE AGREEMENT DTD 4/13/2016 AMENDS AGREEMENT DTD 1/1/2016 | PEMCO WORLD AIR SERVICES INC 4102 N WESTSHORE BLVD TAMPA, FL 33614 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1816 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 24 DTD 5/19/2016 AMENDS AIRCRAFT SVS AGREEMENT DTD 1/1/2016 | PEMCO WORLD AIR SERVICES INC 4102 N WESTSHORE BLVD TAMPA, FL 33614 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1817 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 26 DTD 6/7/2016 AMENDS AIRCRAFT SVS AGREEMENT DTD 1/1/2016 | PEMCO WORLD AIR SERVICES INC 4102 N WESTSHORE BLVD TAMPA, FL 33614 |
| 2.1818 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 27 TO AIRCRAFT MAINTENANCE AGREEMENT DTD 6/8/2016 AMENDS AGREEMENT DTD 1/1/2016 | PEMCO WORLD AIR SERVICES INC 4102 N WESTSHORE BLVD TAMPA, FL 33614 |
| 2.1819 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LIMITED MAINTENANCE SERVICES AGREEMENT DTD 1/2/2020 | PEMCO WORLD AIR SERVICES INC 4102 N WESTSHORE BLVD TAMPA, FL 33614 |
| 2.1820 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] STANDARD GROUND HANDLING AGREEMENT DTD 11/1/2006 | PENAUILLE SERVISAIR LLC ATTN EVP, GROUND HANDLING 111 GREAT NECK RD GREAT NECK, NY 11022 |
| 2.1821 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAS] STANDARD GROUND HANDLING AGREEMENT DTD 7/11/2007 | PENAUILLE SERVISAIR LLC ATTN EVP, GROUND HANDLING 111 GREAT NECK RD GREAT NECK, NY 11022 |
| 2.1822 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD AMENDMENT TO TRANSPORTATION AGREEMENT DTD 2/1/2025 AMENDS AGREEMENT DTD 2/1/2020 | PERIMETER INTERNATIONAL INC D/B/A PERIMETER GLOBAL LOGISTICS ATTN CFO 2800 STORY RD W, STE 100 IRVING, TX 75038 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1823 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHL] TERMINAL / STATION LEASE | PHILADELPHIA DEPARTMENT OF AVIATION<br>PHILADELPHIA INTERNATIONAL AIRPORT<br>PHILADELPHIA, PA  19153 |
| 2.1824 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | UNBRANDED AVIATION FUEL AGREEMENT | PHILLIPS 66 COMPANY<br>ATTN DIRECTOR<br>9TH FLOOR, ADAMS BLDG, 411 S KEELER AVE<br>BARTLESVILLE, OK  74004 |
| 2.1825 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHL] ADDITION OF AIR CARRIER TO PIA FUEL SYSTEM INTERLINE AGREEMENT DTD 4/1/2013<br>AMENDS AGREEMENT DTD 4/21/2008 | PHL FUEL FACILITIES LLC<br>3 HOG ISLAND RD<br>PHILADELPHIA, PA  19153-3809 |
| 2.1826 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AZA] AIRPORT & TERMINAL USE AGREEMENT LETTER  DTD 12/19/2011 | PHOENIX-MESA GATEWAY AIRPORT AUTHORITY<br>ATTN EXECUTIVE DIRECTOR<br>5835 S SOSSAMAN RD<br>MESA, AZ  85212 |
| 2.1827 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AZA] FIRST AMENDMENT TO AGREEMENT  DTD 9/1/2012<br>AMENDS AGREEMENT LETTER DTD 12/19/2011 | PHOENIX-MESA GATEWAY AIRPORT AUTHORITY<br>ATTN EXECUTIVE DIRECTOR<br>5835 S SOSSAMAN RD<br>MESA, AZ  85212 |
| 2.1828 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MYR] STANDARD GROUND HANDLING AGREEMENT DTD 5/15/2015 | PIEDMONT AIRLINES INC<br>ATTN LEGAL DEPT<br>1000 ROSEDALE AVE<br>MIDDLETOWN, PA  17057 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1829 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDITION OF AIRLINE AS PARTY TO M&O AGREEMENT DTD 5/8/2017 AMENDS AGREEMENT DTD 5/1/2014 | PITTSBURGH FUEL COMMITTEE |
| 2.1830 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGAGEMENT LETTER DTD 7/22/2025 | PJT PARTNERS LP<br>280 PARK AVENUE<br>NEW YORK, NY  10017 |
| 2.1831 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MARKETING SERVICE AGREEMENT | PLUSGRADE SEC<br>C/O DAVIES WARD PHILLIPS & VINEBERG LLP<br>ATTN ELLIOT A GREENSTONE<br>1501 MCGILL COLLEGE AVE, 26TH FL<br>MONTREAL, QB  H3A 3N9<br>CANADA |
| 2.1832 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DTD 6/30/2013 | POINT.COM INC<br>ATTN GENERAL COUNSEL<br>171 JOHN ST, 5TH FL<br>TORONTO, ON  M5T 1X3<br>CANADA |
| 2.1833 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SVS AGREEMENT  DTD 6/30/2013 | POINT.COM INC<br>ATTN GENERAL COUNSEL<br>171 JOHN ST, 5TH FL<br>TORONTO, ON  M5T 1X3<br>CANADA |
| 2.1834 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DTD 6/30/2013<br>RE: MASTER SERVICES AGREEMENT DTD 6/30/2013 | POINTS INTERNATIONAL LTD<br>171 JOHN STREET<br>5TH FLOOR<br>TORONTO, ON  M5T 1X3<br>CANADA |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1835 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [EWR] TERMINAL / STATION LEASE | PORT AUTHORITY OF NEW YORK AND NEW JERSEY - DEPARTMENT OF AVIATION<br>67 WEST<br>#1 WORLD TRADE CENTER<br>NEW YORK, NY  10048 |
| 2.1836 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINAL / STATION LEASE - LGA | PORT AUTHORITY OF NEW YORK AND NEW JERSEY - DEPARTMENT OF AVIATION<br>67 WEST<br>#1 WORLD TRADE CENTER<br>NEW YORK, NY  10048 |
| 2.1837 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [EWR] AGREEMENT OF LEASE DATED 12/31/2018 | PORT AUTHORITY OF NY & NJ, THE<br>ATTN EXEC DIRECTOR<br>4 WORLD TRADE CTR<br>150 GREENWISH ST, FL 23<br>NEW YORK, NY  10007 |
| 2.1838 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [EWR] LIBERTY FEES AGREEMENT #ANC-799 DTD 10/1/2020 | PORT AUTHORITY OF NY & NJ, THE<br>ATTN EXEC DIRECTOR<br>4 WORLD TRADE CTR<br>150 GREENWISH ST, FL 23<br>NEW YORK, NY  10007 |
| 2.1839 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [EWR] SUPPLEMENTAL AGREEMENT NO 2 DTD 9/1/2021<br>RE: PORT AUTHORITY LEASE AGREEMENT NO ANC-856 DTD 12/31/2018 | PORT AUTHORITY OF NY & NJ, THE<br>ATTN EXEC DIRECTOR<br>4 WORLD TRADE CTR<br>150 GREENWISH ST, FL 23<br>NEW YORK, NY  10007 |
| 2.1840 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [EWR] SUPPLEMENTAL AGREEMENT NO AXA-532 DTD 12/31/2024<br>RE: PORT AUTHORITY LEASE AGREEMENT NO ANC-856 DTD 1/1/2019 | PORT AUTHORITY OF NY & NJ, THE<br>ATTN EXEC DIRECTOR<br>4 WORLD TRADE CTR<br>150 GREENWISH ST, FL 23<br>NEW YORK, NY  10007 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1841 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [EWR] SUPPLEMENTAL AGREEMENT TO LEASE AGREEMENT DTD 10/1/2020 RE: LEASE #ANC-856 DTD 12/31/2018 | PORT AUTHORITY OF NY & NJ, THE<br>ATTN EXEC DIRECTOR<br>4 WORLD TRADE CTR<br>150 GREENWISH ST, FL 23<br>NEW YORK, NY  10007 |
| 2.1842 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] CONSENT TO LICENSE AGREEMENT DTD 3/30/2015 RE: AGREEMENT DTD 4/15/2015 | PORT AUTHORITY OF NY & NJ, THE<br>ATTN EXEC DIRECTOR<br>4 WORLD TRADE CTR<br>150 GREENWISH ST, FL 23<br>NEW YORK, NY  10007 |
| 2.1843 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SEA] TERMINAL LEASE AGREEMENT | PORT OF SEATTLE<br>C/O SEA, AVN BUS & PROP, ATTN ERIK JOHNSON<br>17801 PACIFIC HWY S, MAIN TERM BLDG<br>MEZZ LEVEL, RM A6012M<br>SEATTLE, WA  98158 |
| 2.1844 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PDX] MEMBER AGREEMENT DTD 11/1/2013 | PORTLAND AIRLINES CONSORTIUM LLC<br>ATTN GENERAL MANAGER<br>7000 NE AIRPORT WAY<br>PORTLAND, OR  97218 |
| 2.1845 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PDX] AMENDMENT TO COST SHARING AGREEMENT DTD 2/5/2014 AMENDS AGREEMENT DTD 3/1/1989 | PORTLAND FUELING FACILITIES CORPORATION |
| 2.1846 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PDX] COST SHARING AGREEMENT DTD 2/3/2010 AMENDS AGREEMENT DTD 3/1/1989 | PORTLAND FUELING FACILITIES CORPORATION |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1847 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PIT] FIRST CONTRACT AMENDMENT DTD 11/15/2022 AMEND ANNEX B1 DTD 4/1/2022 | POSEGUR SERVICES GROUP INC<br>8929 S. SEPULVEDA BLVD.<br>SUITE 300<br>LOS ANGELES, CA  90045 |
| 2.1848 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WHOLESALE BOOKING AGREEMENT DTD 3/20/2015 | PPII HOLDINGS LLC<br>D/B/A PALMS PLACE<br>ATTN VP, OPS & ASST GENERAL MGR<br>4321 W FLAMINGO RD<br>LAS VEGAS, NV  89103 |
| 2.1849 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] AGREEMENT DTD 4/1/2017 | PRECISION CLEANING COMPANY INC<br>ATTN RICHARD CASEY, OWNER<br>7 BOWERS RD<br>DERRY, NH  3038 |
| 2.1850 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMPONENT SERVICES AGREEMENT DTD 3/25/2022 | PREFERRED COMPOSITE SERVICES INC<br>ATTN RUSSELL CARBONARA, PRES<br>2900 NW 112TH AVE, UNIT 2<br>DORAL, FL  33172 |
| 2.1851 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AND REPAIR SERVICES AGREEMENT | PREFERRED COMPOSITE SERVICES INC<br>ATTN RUSSELL CARBONARA, PRES<br>2900 NW 112TH AVE, UNIT 2<br>DORAL, FL  33172 |
| 2.1852 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] STANDARD GROUND HANDLING AGREEMENT DTD 10/1/2008 | PREMIUM SERVICES MANAGEMENT<br>ATTN DAN DI GUSTO, DIR<br>2245 GODBY RD, STE 204<br>ATLANTA, GA  30349 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1853 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #1 NETWORK AGREEMENT DTD 9/17/2021 AMENDS AGREEMENT DTD 9/17/2021 | PRICELINE PARTNER NETWORK CORP ATTN PPN ACCOUNT MGMT 2600-300 MAIN ST WINNIPEG, MB  R3C 3Z3 CANADA |
| 2.1854 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO NETWORK PARTNER AGREEMENT DTD 12/23/2022 AMENDS AGREEMENT DTD 9/17/2021 | PRICELINE PARTNER NETWORK CORP C/O PRICELINE.COM LLC ATTN LEGAL DEPARTMENT 800 CONNECTICUT AVE NORWALK, CT  06854 |
| 2.1855 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DIRECT CONNECTIVITY AGREEMENT DTD 2/10/2021 | PRICELINE PARTNER NETWORK CORP C/O PRICELINE.COM LLC ATTN LEGAL DEPARTMENT 800 CONNECTICUT AVE NORWALK, CT  06854 |
| 2.1856 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NETWORK PARTNER AGREEMENT DTD 9/17/2021 | PRICELINE PARTNER NETWORK CORP C/O PRICELINE.COM LLC ATTN LEGAL DEPARTMENT 800 CONNECTICUT AVE NORWALK, CT  06854 |
| 2.1857 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRLINE WHOLESALE AGREEMENT DTD 10/1/2016 | PRICELINE.COM LLC 800 CONNECTICUT AVENUE NORWALK, CT  06854 |
| 2.1858 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [ACY] FIRST CONTRACT AMENDMENT DTD 9/1/2021 AMENDS ANNEX B.1 DTD 10/18/2020 | PRIMEFLIGHT AVIATION SERVICES INC ATTN CONTRACTS DEPT 7135 CHARLOTTE PIKE, STE 100 NASHVILLE, TN  37209 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1859 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] FIRST CONTRACT AMENDMENT DTD 1/1/2015 AMENDS ANNEX B.1 DTD 8/26/2014 | PRIMEFLIGHT AVIATION SERVICES INC ATTN CONTRACTS DEPT 7135 CHARLOTTE PIKE, STE 100 NASHVILLE, TN 37209 |
| 2.1860 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] FOURTH CONTRACT AMENDMENT DTD 7/1/2019 AMENDS ANNEX B.1 DTD 8/26/2014 | PRIMEFLIGHT AVIATION SERVICES INC ATTN CONTRACTS DEPT 7135 CHARLOTTE PIKE, STE 100 NASHVILLE, TN 37209 |
| 2.1861 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] SECOND CONTRACT AMENDMENT DTD 11/1/2016 AMENDS ANNEX B.1 DTD 8/26/2014 | PRIMEFLIGHT AVIATION SERVICES INC ATTN CONTRACTS DEPT 7135 CHARLOTTE PIKE, STE 100 NASHVILLE, TN 37209 |
| 2.1862 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] STANDARD GROUND HANDLING AGREEMENT DTD 8/26/2014 | PRIMEFLIGHT AVIATION SERVICES INC ATTN CONTRACTS DEPT 7135 CHARLOTTE PIKE, STE 100 NASHVILLE, TN 37209 |
| 2.1863 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] STANDARD GROUND HANDLING AGREEMENT DTD 8/26/2014 | PRIMEFLIGHT AVIATION SERVICES INC ATTN CONTRACTS DEPT 7135 CHARLOTTE PIKE, STE 100 NASHVILLE, TN 37209 |
| 2.1864 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] THIRD CONTRACT AMENDMENT DTD 12/1/2017 AMENDS ANNEX B.1 DTD 8/26/2014 | PRIMEFLIGHT AVIATION SERVICES INC ATTN CONTRACTS DEPT 7135 CHARLOTTE PIKE, STE 100 NASHVILLE, TN 37209 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1865 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] STANDARD GROUND HANDLING AGREEMENT  DTD 11/1/2010 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN CONTRACTS DEPT<br>7135 CHARLOTTE PIKE, STE 100<br>NASHVILLE, TN  37209 |
| 2.1866 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BWI] STANDARD GROUND HANDLING AGREEMENT DTD 9/6/2012 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN CONTRACTS DEPT<br>7135 CHARLOTTE PIKE, STE 100<br>NASHVILLE, TN  37209 |
| 2.1867 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CHS] STANDARD GROUND HANDLING AGREEMENT DTD 4/5/2023 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN CONTRACTS DEPT<br>7135 CHARLOTTE PIKE, STE 100<br>NASHVILLE, TN  37209 |
| 2.1868 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CMH] FIRST CONTRACT AMENDMENT DTD 1/14/2022<br>AMENDS AGREEMENT DTD 6/24/2021 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN CONTRACTS DEPT<br>7135 CHARLOTTE PIKE, STE 100<br>NASHVILLE, TN  37209 |
| 2.1869 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAH] FIRST CONTRACT AMENDMENT DTD 6/1/2015<br>AMENDS AGREEMENT DTD 9/20/2012 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN CONTRACTS DEPT<br>7135 CHARLOTTE PIKE, STE 100<br>NASHVILLE, TN  37209 |
| 2.1870 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAH] SECOND CONTRACT AMENDMENT DTD 11/15/2016 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN CONTRACTS DEPT<br>7135 CHARLOTTE PIKE, STE 100<br>NASHVILLE, TN  37209 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1871 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAH] STANDARD GROUND HANDLING AGREEMENT DTD 9/20/2012 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN CONTRACTS DEPT<br>7135 CHARLOTTE PIKE, STE 100<br>NASHVILLE, TN  37209 |
| 2.1872 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAH] THIRD CONTRACT AMENDMENT DTD 7/1/2019<br>AMENDS ANEX B.1 DTD 9/20/2012 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN CONTRACTS DEPT<br>7135 CHARLOTTE PIKE, STE 100<br>NASHVILLE, TN  37209 |
| 2.1873 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] FIFTH CONTRACT AMENDMENT DTD 9/1/2020<br>AMENDS ANNEX B.1 DTD 11/1/2013 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN CONTRACTS DEPT<br>7135 CHARLOTTE PIKE, STE 100<br>NASHVILLE, TN  37209 |
| 2.1874 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] FIRST CONTRACT AMENDMENT DTD 7/31/2014<br>AMENDS AGREEMENT DTD 11/1/2013 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN CONTRACTS DEPT<br>7135 CHARLOTTE PIKE, STE 100<br>NASHVILLE, TN  37209 |
| 2.1875 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] FOURTH CONTRACT AMENDMENT DTD 9/1/2018 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN CONTRACTS DEPT<br>7135 CHARLOTTE PIKE, STE 100<br>NASHVILLE, TN  37209 |
| 2.1876 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] SECOND CONTRACT AMENDMENT DTD 2/1/2015<br>AMENDS AGREEMENT DTD 11/1/2013 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN CONTRACTS DEPT<br>7135 CHARLOTTE PIKE, STE 100<br>NASHVILLE, TN  37209 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1877 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] STANDARD GROUND HANDLING AGREEMENT DTD 11/1/2013 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN CONTRACTS DEPT<br>7135 CHARLOTTE PIKE, STE 100<br>NASHVILLE, TN  37209 |
| 2.1878 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] TENTH CONTRACT AMENDMENT DTD 1/1/2025<br>AMENDS AGREEMENT DTD 11/1/2013 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN CONTRACTS DEPT<br>7135 CHARLOTTE PIKE, STE 100<br>NASHVILLE, TN  37209 |
| 2.1879 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] THIRD CONTRACT AMENDMENT DTD 1/1/2018 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN CONTRACTS DEPT<br>7135 CHARLOTTE PIKE, STE 100<br>NASHVILLE, TN  37209 |
| 2.1880 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MKE] FIRST CONTRACT AMENDMENT DTD 9/1/2021<br>AMENDS AGREEMENT DTD 6/24/2021 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN CONTRACTS DEPT<br>7135 CHARLOTTE PIKE, STE 100<br>NASHVILLE, TN  37209 |
| 2.1881 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MKE] SECOND CONTRACT AMENDMENT DTD 12/31/2021<br>AMENDS AGREEMENT DTD 6/24/2021 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN CONTRACTS DEPT<br>7135 CHARLOTTE PIKE, STE 100<br>NASHVILLE, TN  37209 |
| 2.1882 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MKE] THIRD CONTRACT AMENDMENT DTD 7/17/2024<br>AMENDS AGREEMENT DTD 6/24/2021 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN CONTRACTS DEPT<br>7135 CHARLOTTE PIKE, STE 100<br>NASHVILLE, TN  37209 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1883 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] FIRST CONTRACT AMENDMENT DTD 8/1/2014 AMENDS AGREEMENT DTD 8/1/2012 | PRIMEFLIGHT AVIATION SERVICES INC ATTN CONTRACTS DEPT 7135 CHARLOTTE PIKE, STE 100 NASHVILLE, TN  37209 |
| 2.1884 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] FOURTH CONTRACT AMENDMENT DTD 8/1/2016 AMENDS AGREEMENT DTD 8/1/2012 | PRIMEFLIGHT AVIATION SERVICES INC ATTN CONTRACTS DEPT 7135 CHARLOTTE PIKE, STE 100 NASHVILLE, TN  37209 |
| 2.1885 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] SECOND CONTRACT AMENDMENT DTD 6/1/2015 AMENDS AGREEMENT DTD 8/1/2012 | PRIMEFLIGHT AVIATION SERVICES INC ATTN CONTRACTS DEPT 7135 CHARLOTTE PIKE, STE 100 NASHVILLE, TN  37209 |
| 2.1886 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] STANDARD GROUND HANDLING AGREEMENT DTD 8/1/2012 | PRIMEFLIGHT AVIATION SERVICES INC ATTN CONTRACTS DEPT 7135 CHARLOTTE PIKE, STE 100 NASHVILLE, TN  37209 |
| 2.1887 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] THIRD CONTRACT AMENDMENT DTD 8/1/2015 AMENDS AGREEMENT DTD 8/1/2012 | PRIMEFLIGHT AVIATION SERVICES INC ATTN CONTRACTS DEPT 7135 CHARLOTTE PIKE, STE 100 NASHVILLE, TN  37209 |
| 2.1888 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHL] FIRST CONTRACT AMENDMENT DTD 7/1/2015 AMENDS FIRST CONTRACT AGREEMENT | PRIMEFLIGHT AVIATION SERVICES INC ATTN CONTRACTS DEPT 7135 CHARLOTTE PIKE, STE 100 NASHVILLE, TN  37209 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1889 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [PHL] SECOND CONTRACT AMENDMENT DTD 4/15/2016 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN CONTRACTS DEPT<br>7135 CHARLOTTE PIKE, STE 100<br>NASHVILLE, TN 37209 |
| 2.1890 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [PHL] STANDARD GROUND HANDLING AGREEMENT DTD 4/4/2013 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN CONTRACTS DEPT<br>7135 CHARLOTTE PIKE, STE 100<br>NASHVILLE, TN 37209 |
| 2.1891 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [PNS] FIRST CONTRACT AMENDMENT DTD 9/1/2021<br>AMENDS ANNEX B.1 DTD 6/10/2021 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN CONTRACTS DEPT<br>7135 CHARLOTTE PIKE, STE 100<br>NASHVILLE, TN 37209 |
| 2.1892 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [ROC] FIRST CONTRACT AMENDMENT DTD 1/1/2023<br>AMENDS AGREEMENT DTD 10/18/2022 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN CONTRACTS DEPT<br>7135 CHARLOTTE PIKE, STE 100<br>NASHVILLE, TN 37209 |
| 2.1893 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND CONTRACT AMENDMENT DTD 1/1/2025<br>AMENDS AGREEMENT DTD 3/15/2018 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN CONTRACTS DEPT<br>7135 CHARLOTTE PIKE, STE 100<br>NASHVILLE, TN 37209 |
| 2.1894 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [ACY] STANDARD GROUND HANDLING AGREEMENT DTD 10/17/2020 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN DIR OF CONTRACTS<br>3 SUGAR CREEK CENTER BLVD, STE 450<br>SUGAR LAND, TX 77478 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1895 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ATL] DEICING AGREEMENT DTD 1/15/2020 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN DIR OF CONTRACTS<br>3 SUGAR CREEK CENTER BLVD, STE 450<br>SUGAR LAND, TX  77478 |
| 2.1896 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BHM] GROUND HANDLING SERVICES PROPOSAL | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN DIR OF CONTRACTS<br>3 SUGAR CREEK CENTER BLVD, STE 450<br>SUGAR LAND, TX  77478 |
| 2.1897 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] STANDARD GROUND HANDLING AGREEMENT DTD 4/23/2020 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN DIR OF CONTRACTS<br>3 SUGAR CREEK CENTER BLVD, STE 450<br>SUGAR LAND, TX  77478 |
| 2.1898 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BWI] INTO PLANE AGREEMENT | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN DIR OF CONTRACTS<br>3 SUGAR CREEK CENTER BLVD, STE 450<br>SUGAR LAND, TX  77478 |
| 2.1899 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BWI] PRIMEFLIGHT WHEELCHAIR SERVICES PROPOSAL | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN DIR OF CONTRACTS<br>3 SUGAR CREEK CENTER BLVD, STE 450<br>SUGAR LAND, TX  77478 |
| 2.1900 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BWI] STANDARD GROUND HANDLING AGREEMENT DTD 2/15/2021 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN DIR OF CONTRACTS<br>3 SUGAR CREEK CENTER BLVD, STE 450<br>SUGAR LAND, TX  77478 |

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Pg 743 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1901 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [BWI] STANDARD GROUND HANDLING AGREEMENT DTD 3/26/2021 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN DIR OF CONTRACTS<br>3 SUGAR CREEK CENTER BLVD, STE 450<br>SUGAR LAND, TX  77478 |
| 2.1902 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [CLT] STANDARD GROUND HANDLING AGREEMENT DTD 6/20/2019 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN DIR OF CONTRACTS<br>3 SUGAR CREEK CENTER BLVD, STE 450<br>SUGAR LAND, TX  77478 |
| 2.1903 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [CMH] STANDARD GROUND HANDLING AGREEMENT DTD 7/1/2021 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN DIR OF CONTRACTS<br>3 SUGAR CREEK CENTER BLVD, STE 450<br>SUGAR LAND, TX  77478 |
| 2.1904 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [FLL] INTO PLANE AGREEMENT /IATA SGHA-FLL DTD 2/11/2023 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN DIR OF CONTRACTS<br>3 SUGAR CREEK CENTER BLVD, STE 450<br>SUGAR LAND, TX  77478 |
| 2.1905 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [FLL] STANDARD GROUND HANDLING AGREEMENT DTD 2/1/2023 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN DIR OF CONTRACTS<br>3 SUGAR CREEK CENTER BLVD, STE 450<br>SUGAR LAND, TX  77478 |
| 2.1906 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [GSO] STANDARD GROUND HANDLING AGREEMENT DTD 9/6/2018 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN DIR OF CONTRACTS<br>3 SUGAR CREEK CENTER BLVD, STE 450<br>SUGAR LAND, TX  77478 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1907 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCI] STANDARD GROUND HANDLING AGREEMENT DTD 4/16/2020 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN DIR OF CONTRACTS<br>3 SUGAR CREEK CENTER BLVD, STE 450<br>SUGAR LAND, TX  77478 |
| 2.1908 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCO] STANDARD GROUND HANDLING AGREEMENT DTD 3/6/2023 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN DIR OF CONTRACTS<br>3 SUGAR CREEK CENTER BLVD, STE 450<br>SUGAR LAND, TX  77478 |
| 2.1909 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MKE] STANDARD GROUND HANDLING AGREEMENT DTD 6/24/2021 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN DIR OF CONTRACTS<br>3 SUGAR CREEK CENTER BLVD, STE 450<br>SUGAR LAND, TX  77478 |
| 2.1910 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MKE] STANDARD GROUND HANDLING AGREEMENT DTD 7/9/2021 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN DIR OF CONTRACTS<br>3 SUGAR CREEK CENTER BLVD, STE 450<br>SUGAR LAND, TX  77478 |
| 2.1911 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PNS] STANDARD GROUND HANDLING AGREEMENT DTD 6/17/2021 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN DIR OF CONTRACTS<br>3 SUGAR CREEK CENTER BLVD, STE 450<br>SUGAR LAND, TX  77478 |
| 2.1912 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ROC] STANDARD GROUND HANDLING AGREEMENT DTD 10/18/2022 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN DIR OF CONTRACTS<br>3 SUGAR CREEK CENTER BLVD, STE 450<br>SUGAR LAND, TX  77478 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1913 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SKM] STANDARD GROUND HANDLING AGREEMENT DTD 2/15/2021 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN DIR OF CONTRACTS<br>3 SUGAR CREEK CENTER BLVD, STE 450<br>SUGAR LAND, TX  77478 |
| 2.1914 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GENERAL SERVICE AGREEMENT  DTD 12/1/2023 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN DIR OF CONTRACTS<br>3 SUGAR CREEK CENTER BLVD, STE 450<br>SUGAR LAND, TX  77478 |
| 2.1915 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DTD 10/10/2019 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN DIR OF CONTRACTS<br>3 SUGAR CREEK CENTER BLVD, STE 450<br>SUGAR LAND, TX  77478 |
| 2.1916 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DTD 3/15/2018 | PRIMEFLIGHT AVIATION SERVICES INC<br>ATTN DIR OF CONTRACTS<br>3 SUGAR CREEK CENTER BLVD, STE 450<br>SUGAR LAND, TX  77478 |
| 2.1917 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SXM] ADF-COLLECTION AGREEMENT CONT #2007/073 DTD 4/18/2007 | PRINCESS JULIANA INTERNATIONAL AIRPORT OPERATING COMPANY NV; ATTN MANAGING DIR<br>PRINCESS JULIANA INT'L AIRPORT<br>PO BOX 2027<br>SIMPSON BAY<br>ST MAARTEN |
| 2.1918 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SDF] PROPOSAL FOR DEICING SERVICE DTD 6/24/2021 | PRO AIR DEICING INC<br>70 W MADISON ST, STE 5750<br>CHICAGO, IL  60602 |

Debtor    Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 746 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1919 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COLLECTIVE BARGAINING AGREEMENT DATED 08/10/2024 | PROFESSIONAL AIRLINE FLIGHT CONTROL ASSOCIATION<br>14359 MIRAMAR PKWY #271<br>MIRAMAR, FL 33027 |
| 2.1920 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDED & RESTATED CO BRANDED CC AGREEMENT DTD 9/10/2020 AMENDS CO-BRANDED CREDIT CARD AGREEMENT DTD 11/1/2017 | PROMERICA FINANCIAL CORPORATION<br>ATTN RAMIRO ORTIZ SR<br>3191 CORAL WAY, STE 801<br>MIAMI, FL 33145 |
| 2.1921 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM FOR SUBSCRIPTION SERVICE DTD 8/11/2025 | PROS INC<br>ATTN RVP SALES<br>3200 KIRBY DR, STE 600<br>HOUSTON, TX 77098 |
| 2.1922 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BNA] FIRST CONTRACT AMENDMENT DTD 9/1/2021 AMENDS AGREEMENT DTD 10/10/2019 | PROSPECT AIRPORT SERVICES<br>ATTN L MASSARO & M PLICHTA<br>2130 S WOLF RD<br>DES PLAINES, IL 60018 |
| 2.1923 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BWI] THIRD CONTRACT AMENDMENT DTD 1/24/2020 AMENDS ANNEX B.1 DTD 1/1/2014 | PROSPECT AIRPORT SERVICES<br>ATTN L MASSARO & M PLICHTA<br>2130 S WOLF RD<br>DES PLAINES, IL 60018 |
| 2.1924 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CAK] STANDAND GROUND HANDLING AGREEMENT DTD 11/10/2016 | PROSPECT AIRPORT SERVICES<br>ATTN L MASSARO & M PLICHTA<br>2130 S WOLF RD<br>DES PLAINES, IL 60018 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1925 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DEN] STANDARD GROUND HANDLING DTD 1/1/2014 | PROSPECT AIRPORT SERVICES ATTN L MASSARO & M PLICHTA 2130 S WOLF RD DES PLAINES, IL 60018 |
| 2.1926 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] DFW WHEELCHAIR SERVICES DTD 4/24/2018 | PROSPECT AIRPORT SERVICES ATTN L MASSARO & M PLICHTA 2130 S WOLF RD DES PLAINES, IL 60018 |
| 2.1927 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] FIRST CONTRACT AMENDMENT DTD 8/1/2018 AMENDS ANNEX B.1 DTD 6/1/2018 | PROSPECT AIRPORT SERVICES ATTN L MASSARO & M PLICHTA 2130 S WOLF RD DES PLAINES, IL 60018 |
| 2.1928 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] STANDARD GROUND HANDLING AGREEMENT DTD 6/1/2018 | PROSPECT AIRPORT SERVICES ATTN L MASSARO & M PLICHTA 2130 S WOLF RD DES PLAINES, IL 60018 |
| 2.1929 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DTW] STANDARD GROUND HANDLING AGREEMENT DTD 11/7/2019 | PROSPECT AIRPORT SERVICES ATTN L MASSARO & M PLICHTA 2130 S WOLF RD DES PLAINES, IL 60018 |
| 2.1930 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [EWR] STANDARD GROUND HANDLING AGREEMENT DTD 10/30/2016 | PROSPECT AIRPORT SERVICES ATTN L MASSARO & M PLICHTA 2130 S WOLF RD DES PLAINES, IL 60018 |

Debtor    Spirit Airlines, LLC
          (Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
                    Pg 748 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1931 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAS] AIRPORT SERVICES AGREEMENT DTD 1/18/2010 | PROSPECT AIRPORT SERVICES<br>ATTN L MASSARO & M PLICHTA<br>2130 S WOLF RD<br>DES PLAINES, IL  60018 |
| 2.1932 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCO] SECOND CONTRACT AMENDMENT DTD 7/1/2018 | PROSPECT AIRPORT SERVICES<br>ATTN L MASSARO & M PLICHTA<br>2130 S WOLF RD<br>DES PLAINES, IL  60018 |
| 2.1933 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCO] STANDARD GROUND HANDLING AGREEMENT DTD 1/1/2014 | PROSPECT AIRPORT SERVICES<br>ATTN L MASSARO & M PLICHTA<br>2130 S WOLF RD<br>DES PLAINES, IL  60018 |
| 2.1934 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] AIRPORT SERVICES AGREEMENT DTD 11/20/2009 | PROSPECT AIRPORT SERVICES<br>ATTN L MASSARO & M PLICHTA<br>2130 S WOLF RD<br>DES PLAINES, IL  60018 |
| 2.1935 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] FIFTH CONTRACT AMENDMENT DTD 3/1/2023<br>AMENDS AGREEMENT DTD 10/1/2018 | PROSPECT AIRPORT SERVICES<br>ATTN L MASSARO & M PLICHTA<br>2130 S WOLF RD<br>DES PLAINES, IL  60018 |
| 2.1936 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] FIRST CONTRACT AMENDMENT DTD 7/1/2015<br>AMENDS AGREEMENT DTD 3/1/2013 | PROSPECT AIRPORT SERVICES<br>ATTN L MASSARO & M PLICHTA<br>2130 S WOLF RD<br>DES PLAINES, IL  60018 |

Debtor    Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 749 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1937 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [ORD] SECOND CONTRACT AMENDMENT DTD 7/1/2015 | PROSPECT AIRPORT SERVICES<br>ATTN L MASSARO & M PLICHTA<br>2130 S WOLF RD<br>DES PLAINES, IL  60018 |
| 2.1938 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [ORD] STANDARD GROUND HANDLING AGREEMENT DTD 10/1/2018 | PROSPECT AIRPORT SERVICES<br>ATTN L MASSARO & M PLICHTA<br>2130 S WOLF RD<br>DES PLAINES, IL  60018 |
| 2.1939 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [ORD] STANDARD GROUND HANDLING AGREEMENT DTD 3/1/2013 | PROSPECT AIRPORT SERVICES<br>ATTN L MASSARO & M PLICHTA<br>2130 S WOLF RD<br>DES PLAINES, IL  60018 |
| 2.1940 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [ORD] STANDARD GROUND HANDLING AGREEMENT DTD 7/1/2018 | PROSPECT AIRPORT SERVICES<br>ATTN L MASSARO & M PLICHTA<br>2130 S WOLF RD<br>DES PLAINES, IL  60018 |
| 2.1941 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [PHL] SECOND CONTRACT AMENDMENT DTD 7/1/2022<br>AMENDS ANNEX B.1 DTD 6/7/2017 | PROSPECT AIRPORT SERVICES<br>ATTN L MASSARO & M PLICHTA<br>2130 S WOLF RD<br>DES PLAINES, IL  60018 |
| 2.1942 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [PHL] STANDARD GROUND HANDLING AGREEMENT DTD 6/30/2017 | PROSPECT AIRPORT SERVICES<br>ATTN L MASSARO & M PLICHTA<br>2130 S WOLF RD<br>DES PLAINES, IL  60018 |

Debtor   Spirit Airlines, LLC
         (Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
                    Pg 750 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1943 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHX] FOURTH CONTRACT AMENDMENT DTD 1/1/2020 AMENDS AGREEMENT DTD 4/16/2016 | PROSPECT AIRPORT SERVICES ATTN L MASSARO & M PLICHTA 2130 S WOLF RD DES PLAINES, IL  60018 |
| 2.1944 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHX] STANDARD GROUND HANDLING AGREEMENT DTD 4/1/2016 | PROSPECT AIRPORT SERVICES ATTN L MASSARO & M PLICHTA 2130 S WOLF RD DES PLAINES, IL  60018 |
| 2.1945 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PIT] AMENDMENT 3 TO PIT WC CONSORTIUM CONTRACT DTD 2/1/2023 AMENDS AGREEMENT DTD 6/4/2017 | PROSPECT AIRPORT SERVICES ATTN L MASSARO & M PLICHTA 2130 S WOLF RD DES PLAINES, IL  60018 |
| 2.1946 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SEA] AIRPORT SERVICES AGREEMENT DTD 11/1/2019 | PROSPECT AIRPORT SERVICES ATTN L MASSARO & M PLICHTA 2130 S WOLF RD DES PLAINES, IL  60018 |
| 2.1947 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SEA] FIRST CONTRACT AMENDMENT DTD 1/1/2022 AMENDS AIRPORT SERVICE AGREEMENT DTD 11/1/2019 | PROSPECT AIRPORT SERVICES ATTN L MASSARO & M PLICHTA 2130 S WOLF RD DES PLAINES, IL  60018 |
| 2.1948 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [TPA] AIRPORT SERVICES AGREEMENT DTD 11/20/2009 | PROSPECT AIRPORT SERVICES ATTN L MASSARO & M PLICHTA 2130 S WOLF RD DES PLAINES, IL  60018 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1949 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [TPA] STANDARD GROUND HANDLING AGREEMENT  DTD 1/1/2014 | PROSPECT AIRPORT SERVICES<br>ATTN L MASSARO & M PLICHTA<br>2130 S WOLF RD<br>DES PLAINES, IL  60018 |
| 2.1950 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [TPA] THIRD CONTRACT AMENDMENT DTD 9/30/2024<br>AMENDS AGREEMENT DTD 1/1/2014 | PROSPECT AIRPORT SERVICES<br>ATTN L MASSARO & M PLICHTA<br>2130 S WOLF RD<br>DES PLAINES, IL  60018 |
| 2.1951 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MIA] INDUSTRIAL WAREHOUSE LEASE | PSBP INDUSTRIAL, L.L.C.<br>8181 NW 14TH STREET<br>SUITE 200<br>DORAL, FL  33126 |
| 2.1952 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SJU] GROUND HANDLING SERVICES PROPOSAL DTD 12/23/2008 | PSS AVIATION HANDLING SOLUTIONS |
| 2.1953 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PSE] AUTHORITY LETTER OF COMMITMENT DTD 12/16/2021 | PUERTO RICO PORTS AUTHORITY<br>ATT BERNARDO VAZUEZ SANTOS<br>64 LINDBERGH ST<br>ISLA GRANDE, PR  00907 |
| 2.1954 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SJU] AIRPORT USE AGREEMENT DTD 2/27/2013 | PUERTO RICO PORTS AUTHORITY<br>ATT BERNARDO VAZUEZ SANTOS<br>64 LINDBERGH ST<br>ISLA GRANDE, PR  00907 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1955 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [SJU] TRANSACTION IMPLEMENTATION AGREEMENT DTD 2/25/2013 RE: AGREEMENT DTD 7/5/2012 | PUERTO RICO PORTS AUTHORITY<br>ATT BERNARDO VAZUEZ SANTOS<br>64 LINDBERGH ST<br>ISLA GRANDE, PR  00907 |
| 2.1956 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [SJU] TRANSACTION IMPLEMENTATION AGREEMENT DTD 7/9/2012 | PUERTO RICO PORTS AUTHORITY<br>ATT BERNARDO VAZUEZ SANTOS<br>64 LINDBERGH ST<br>ISLA GRANDE, PR  00907 |
| 2.1957 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [PSE] AGREEMENT DTD 10/14/2022 | PUERTO RICO PORTS AUTHORITY<br>ATTN DEPUTY EXECT DIRECTOR<br>PO BOX 362829<br>SAN JUAN, PR  00936-2829 |
| 2.1958 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LOCATION AGREEMENT #0000242 DTD 5/29/2024 | PUMA ENERGY (AVIATION) SA<br>RUE DE JARGONNANT 1<br>GENEVA  1207<br>SWITZERLAND |
| 2.1959 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LOCATION AGREEMENT #0000243 DTD 5/30/2024 | PUMA ENERGY (AVIATION) SA<br>RUE DE JARGONNANT 1<br>GENEVA  1207<br>SWITZERLAND |
| 2.1960 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LOCATION AGREEMENT #0000245 DTD 5/30/2024 | PUMA ENERGY (AVIATION) SA<br>RUE DE JARGONNANT 1<br>GENEVA  1207<br>SWITZERLAND |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1961 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LOCATION AGREEMENT #0000246 DTD 5/30/2024 | PUMA ENERGY (AVIATION) SA<br>RUE DE JARGONNANT 1<br>GENEVA 1207<br>SWITZERLAND |
| 2.1962 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT DTD 4/5/2024 | PW1100G-JM ENGINE LEASING LLC<br>ATTN GENERAL MGR<br>400 MAIN ST, M/S ETC1<br>EAST HARTFORD, CT 06118 |
| 2.1963 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT DTD 7/22/2024 | PW1100G-JM ENGINE LEASING LLC<br>ATTN GENERAL MGR<br>400 MAIN ST, M/S ETC1<br>EAST HARTFORD, CT 06118 |
| 2.1964 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERLINE STAFF TRAVEL AGREEMENT DTD 11/17/2015 | QANTAS |
| 2.1965 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [GSO] STANDARD GROUND HANDLING AGREEMENT DTD 9/1/2018 | QUANTEM AVIATION SERVICES LLC<br>ATTN KELLEE GRAVES, CONTRACTS MANAGER<br>175 AMMON DR<br>MANCHESTER, NH 3103 |
| 2.1966 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE-AS-A-SERVICE AGREEMENT DTD 1/31/2022 | QUIQ INC<br>2201 BAXTER LN, #11062<br>BOZEMAN, MT 59718 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1967 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FUEL THROUGHPUT AGREEMENT DTD 5/1/2019 | RALEIGH DURHAM AIRPORT AUTHORITY OFFICES<br>P.O. BOX 80001<br>RDU AIRPORT, NC  27623 |
| 2.1968 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DFW AEROTERM RAMP LEASE | REALTERM<br>201 WEST STREET \|<br>ANNAPOLIS, MD  21401 |
| 2.1969 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DFW AEROTERM WAREHOUSE LEASE | REALTERM<br>201 WEST STREET \|<br>ANNAPOLIS, MD  21401 |
| 2.1970 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FLL WAREHOUSE LEASE | REALTERM<br>201 WEST STREET \|<br>ANNAPOLIS, MD  21401 |
| 2.1971 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FLL WAREHOUSE RAMP SPACE LEASE | REALTERM<br>201 WEST STREET \|<br>ANNAPOLIS, MD  21401 |
| 2.1972 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION CONTRACT  DTD 3/27/2025 | RECURLY INC<br>ATTN CFO<br>201 SPEAR ST, STE 1100<br>SAN FRANCISCO, CA  94105 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1973 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | IDENTITY THEFT PROTECTION SERVICE BENEFIT AGREEMENT DATED 01/01/2022 | REHAB CORPORATION DBA ID WATCHDOG <br> 100 1ST STREET <br> SUITE 350 <br> SAN FRANCISCO, CA 94106 |
| 2.1974 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | RATE & SERVICE AGREEMENT DTD 5/20/2024 | RENAISSANCE HAMBURG HOTEL <br> GROSSE BLEICHEN <br> HAMBURG  D-20354 <br> GERMANY |
| 2.1975 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | [RNO] TERMINAL / STATION LEASE | RENO-TAHOE AIRPORT AUTHORITY - PRESIDENT/CEO <br> RENO-TAHOE INTERNATIONAL AIRPORT <br> P.O. BOX 12490 <br> RENO, NV  89510-2490 |
| 2.1976 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | [ACY] STANDARD GROUND HANDLING AGREEMENT DTD 7/30/2015 | REPUBLIC AIRWAYS HOLDING INC <br> ATTN GREG DUNN, MGR CONTRACT MAINT <br> 8909 PURDUE RD <br> INDIANAPOLIS, IN  46268 |
| 2.1977 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | [MYR] STANDARD GROUND HANDLING AGREEMENT DTD 2/1/2015 | REPUBLIC AIRWAYS HOLDING INC <br> ATTN GREG DUNN, MGR CONTRACT MAINT <br> 8909 PURDUE RD <br> INDIANAPOLIS, IN  46268 |
| 2.1978 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | [SDF] STANDARD GROUND HANDLING AGREEMENT DTD 3/1/2024 | REPUBLIC AIRWAYS HOLDING INC <br> ATTN GREG DUNN, MGR CONTRACT MAINT <br> 8909 PURDUE RD <br> INDIANAPOLIS, IN  46268 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1979 | State what the contract or lease is for and the nature of the debtor's interest | [DTW] SERVICE AGREEMENT - NON-HAZARDOUS WASTE DTD 4/8/2002 | REPUBLIC WASTE SERVICES PO BOX 68 WAYNE, MI 48184 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1980 | State what the contract or lease is for and the nature of the debtor's interest | [GYE] MINISTRY AGREEMENT # MDT-2021-276 DTD 12/21/2021 | REPUBLICA DE ECUADOR |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1981 | State what the contract or lease is for and the nature of the debtor's interest | CORPORATE NEGOTIATED AGREEMENT DTD 1/6/2025 | RESIDENCE INN ORLANDO AIRPORT ATTN AREA CORP SALES MANAGER 7024 AUGUSTA NATIONAL DR ORLANDO, FL 32822 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1982 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO MASTER ONBOARD RETAIL PROGRAM MGMT AGREEMENT DTD 11/15/2021 AMENDS AGREEMENT DTD 9/5/2014 | RETAIL INMOTION NORTH AMERICA INC 5040 RIVERSIDE DR, BLDG 1, STE 200 IRVING, TX 75039 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1983 | State what the contract or lease is for and the nature of the debtor's interest | LOYALTY PROGRAM PROMOTION AGREEMENT DTD 7/15/2025 | REWARDED MEDIA LLC ATTN SCOTT SLOANE, CEO 4720 ENCINO AVE ENCINO, CA 91316 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1984 | State what the contract or lease is for and the nature of the debtor's interest | OUTPLACEMENT CONSULTING SERVS AGREEMENT DTD 11/22/2023 | RIGHT MANAGEMENT ATTN RYAN SHEA, FL/CARIBB PRES 101 NE 3RD ST, STE 1820 FT LAUDERDALE, FL 33301 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1985 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] CLEANING SERVICES AGREEMENT DTD 1/17/2018 | RIO CLEANING LLC<br>ATTN SECURITY/TREASURER<br>350 ADAMS ST<br>NEWARK, NJ  7105 |
| 2.1986 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CUN] STANDARD GROUND HANDLING AGREEMENT DTD 5/1/2014 | RO&LA PRIVATE SECURITY SERVICES SA DE CV<br>ATTN EDGAR KELLY<br>CALLE PUNTA TULBAYAB NO.LT 37<br>MANZANA 3 SM 24<br>CANCUN, ROO  77509<br>MEXICO |
| 2.1987 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #3 TO MAINTENANCE REPAIR & OVERHAUL SERVICES DTD 6/27/2017<br>AMENDS AGREEMENT DTD 10/31/2013 | ROHR AERO SERVICES LLC<br>A UTC AEROSPACE SYSTEMS CO<br>ATTN CONTRACTS MANAGER<br>111 AIRPORT DR<br>FOLEY, AL  36535 |
| 2.1988 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #6 TO MAINTENANCE REPAIR & OVERHAUL SERVICES DTD 6/27/2023<br>AMENDS AGREEMENT DTD 10/31/2013 | ROHR AERO SERVICES LLC<br>A UTC AEROSPACE SYSTEMS CO<br>ATTN CONTRACTS MANAGER<br>111 AIRPORT DR<br>FOLEY, AL  36535 |
| 2.1989 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPORT LETTER AGREEMENT FOR ROHR ENGINE NACELLES DTD 6/9/2021 | ROHR INC<br>ATTN VP, CUST SUPPORT AEROSTRUCTURES<br>850 LAGOON DR<br>CHULA VISTA, CA  91910 |
| 2.1990 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ROKT PLATFORM AD-SERVING AGREEMENT DTD 9/23/2016 | ROKT PTE LTD<br>18 CROSS ST, 07-06/07<br>CHINA SQUARE CENTRAL<br>488423<br>SINGAPORE |

Debtor Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 758 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1991 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO MUTUAL SVCS AGREEMENT FOR AIRLINE EQUIPMENT FACILITIES & SYST OPS & MAINTENANCE MANAGEMENT SCVS AMENDS AGREEMENT DTD 1/1/2022 | RPMAYER & ASSOCIATES LLC C/O SW AIRLINES CO, ATTN MKE RG LEADER 2702 LOVE FIELD DR PO BOX 36611, HDQ-4PF DALLAS, TX 75235-1611 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.1992 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT DTD 4/19/2024 | RSI VISUAL SYSTEMS INC ATTN IAN MCBROOM EXEC VP 6830 SHADOWRIDGE DR, STE 203 ORLANDO, FL 32812 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.1993 | **State what the contract or lease is for and the nature of the debtor's interest** | FUEL SYSTEM INTERLINE AGREEMENT DTD 8/10/2011 | RSW FUEL COMPANY LLC C/O JETBLUE AIRWAYS ATTN FUEL COMMITTEE CHAIRPERSON 118-29 QUEENS BLVD FOREST HILLS, NY 11375 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.1994 | **State what the contract or lease is for and the nature of the debtor's interest** | FUEL SYSTEM INTERLINE AGREEMENT DTD 8/30/2011 | RSW FUEL COMPANY LLC C/O SHERMAN & HOWARD LLC ATTN KAREN L CHAPMAN, ESQ 633 17TH ST, STE 3000 DENVER, CO 80202 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.1995 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT #1 TO WORK ORDER 11 DTD 1/1/2015 AMENDS MASTER AGREEMENT DTD 3/14/2007 | SABRE GLBL INC SABRE INC ATTN GENERAL COUNSEL 3150 SABRE BLVD SOUTHLAKE, TX 76092-2129 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.1996 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 1 DTD 2/4/2020 AMENDS WORK ORDER 10 FLIGHT PLAN MANAGER DTD 5/13/2014 | SABRE GLBL INC SABRE INC ATTN GENERAL COUNSEL 3150 SABRE BLVD SOUTHLAKE, TX 76092-2129 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1997 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 1 DTD 4/7/2021 AMENDS WORK ORDER NO 12 DTD 12/21/2015 | SABRE GLBL INC SABRE INC ATTN GENERAL COUNSEL 3150 SABRE BLVD SOUTHLAKE, TX 76092-2129 |
| 2.1998 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 1 TO PARTICIPATING CARRIER DISTRIBUTION & SERVICES AGREEMENT DTD 1/30/2013 | SABRE GLBL INC SABRE INC ATTN GENERAL COUNSEL 3150 SABRE BLVD SOUTHLAKE, TX 76092-2129 |
| 2.1999 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 1 TO PARTICIPATING CARRIER DISTRIBUTION & SERVICES AGREEMENT DTD 2/1/2013 | SABRE GLBL INC SABRE INC ATTN GENERAL COUNSEL 3150 SABRE BLVD SOUTHLAKE, TX 76092-2129 |
| 2.2000 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 1 TO WORK ORDER #10 DTD 4/13/2020 AMENDS WO #10 DTD 5/13/2014 | SABRE GLBL INC SABRE INC ATTN GENERAL COUNSEL 3150 SABRE BLVD SOUTHLAKE, TX 76092-2129 |
| 2.2001 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 1 TO WORK ORDER NO 15 DTD 11/29/2019 AMENDS WO DTD 4/30/2019 UNDER MSA DTD 3/14/2006 | SABRE GLBL INC SABRE INC ATTN GENERAL COUNSEL 3150 SABRE BLVD SOUTHLAKE, TX 76092-2129 |
| 2.2002 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 2 DTD 2/26/2021 AMENDS WORK ORDER NO 10 DTD 5/13/2014 | SABRE GLBL INC SABRE INC ATTN GENERAL COUNSEL 3150 SABRE BLVD SOUTHLAKE, TX 76092-2129 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2003 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 2 TO WORK ORDER #10 DTD 3/12/2021<br>AMENDS WO #10 DTD 5/13/2014 | SABRE GLBL INC<br>SABRE INC<br>ATTN GENERAL COUNSEL<br>3150 SABRE BLVD<br>SOUTHLAKE, TX  76092-2129 |
| 2.2004 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT DTD 9/16/2015<br>AMENDS ASSOCIATE ACCESS AGREEMENT DTD 4/10/2022 | SABRE GLBL INC<br>SABRE INC<br>ATTN GENERAL COUNSEL<br>3150 SABRE BLVD<br>SOUTHLAKE, TX  76092-2129 |
| 2.2005 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT LETTER DTD 1/19/2017<br>AMENDS TRAVEL MKTG AGREEMENT DTD 1/31/2013 | SABRE GLBL INC<br>SABRE INC<br>ATTN GENERAL COUNSEL<br>3150 SABRE BLVD<br>SOUTHLAKE, TX  76092-2129 |
| 2.2006 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 1 DTD 1/31/2013 | SABRE GLBL INC<br>SABRE INC<br>ATTN GENERAL COUNSEL<br>3150 SABRE BLVD<br>SOUTHLAKE, TX  76092-2129 |
| 2.2007 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 1 DTD 2/1/2013<br>AMENDS PARTICIPATING CARRIER DISTRIBUTION & SVS AGREEMENT | SABRE GLBL INC<br>SABRE INC<br>ATTN GENERAL COUNSEL<br>3150 SABRE BLVD<br>SOUTHLAKE, TX  76092-2129 |
| 2.2008 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 2 TO WORK ORDER NO 14 DTD 3/1/2024<br>AMENDS MASTER AGREEMENT DTD 3/14/2006 | SABRE GLBL INC<br>SABRE INC<br>ATTN GENERAL COUNSEL<br>3150 SABRE BLVD<br>SOUTHLAKE, TX  76092-2129 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2009 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AMENDMENT TO TRAVEL MARKETING AGREEMENT DTD 1/19/2017 AMENDS AGREEMENT DTD 1/31/2013 | SABRE GLBL INC SABRE INC ATTN GENERAL COUNSEL 3150 SABRE BLVD SOUTHLAKE, TX 76092-2129 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2010 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT DTD 3/14/2006 | SABRE GLBL INC SABRE INC ATTN GENERAL COUNSEL 3150 SABRE BLVD SOUTHLAKE, TX 76092-2129 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2011 | State what the contract or lease is for and the nature of the debtor's interest | OPTIONAL SERVICES ADDENDUM DTD 1/11/2021 | SABRE GLBL INC SABRE INC ATTN GENERAL COUNSEL 3150 SABRE BLVD SOUTHLAKE, TX 76092-2129 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2012 | State what the contract or lease is for and the nature of the debtor's interest | PARTICIPATING CARRIER DISTRIBUTION & SVS AGREEMENT | SABRE GLBL INC SABRE INC ATTN GENERAL COUNSEL 3150 SABRE BLVD SOUTHLAKE, TX 76092-2129 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2013 | State what the contract or lease is for and the nature of the debtor's interest | PRICING & INCENTIVES AGREEMENT DTD 2/9/2022 | SAFRAN AEROSPACE SERVICES AMERICAS ATTN PRESIDENT & CEO 101 WORLD DR, STE 400 PEACHTREE CITY, GA 30296 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2014 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AGREEMENT DTD 12/14/2021 | SAFRAN CABIN CATERING INC ATTN VP SALES & MKTG 2002 TIMBERLOCH PL, STE 200 THE WOODLANDS, TX 77380 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2015 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO 1  DTD 5/24/2021 AMENDS A319/A320CEO & A319/A320NEO MAIN WHEEL & CBA DTD 1/28/2019 | SAFRAN LANDING SYSTEMS INOVEL PARC SUD 7 RUE GENERAL VALERIE ANDRE VELIZY-VILLACOUBLAY  78140 FRANCE |
| 2.2016 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO 2 DTD 9/14/2022 AMENDS AGREEMENT DTD 1/28/2019 | SAFRAN LANDING SYSTEMS INOVEL PARC SUD 7 RUE GENERAL VALERIE ANDRE VELIZY-VILLACOUBLAY  78140 FRANCE |
| 2.2017 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO 3 TO THE A319/A320CEO & A319/A320NEO - MAIN WHEEL & CARBON BREAK AGREEMENT DTD 4/5/2024 AMENDS AGREEMENT DTD 1/28/2019 | SAFRAN LANDING SYSTEMS INOVEL PARC SUD 7 RUE GENERAL VALERIE ANDRE VELIZY-VILLACOUBLAY  78140 FRANCE |
| 2.2018 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MAIN WHEEL AND CARBON BRAKE AGREEMENT  DTD 1/28/2019 | SAFRAN LANDING SYSTEMS INOVEL PARC SUD 7 RUE GENERAL VALERIE ANDRE VELIZY-VILLACOUBLAY  78140 FRANCE |
| 2.2019 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [BOG] FIRST CONTRACT AMENDMENT DTD 6/1/2012 AMENDS ANNEX B.10 DTD 6/1/2008 | SAI LTDA ATTN CESAR CAICEDO, DIR OPS CRA 103, NO 25D-80 BOGOTA  111166 COLOMBIA |
| 2.2020 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [BOG] STANDARD GROUND HANDLING AGREEMENT  DTD 6/1/2008 | SAI LTDA ATTN CESAR CAICEDO, DIR OPS CRA 103, NO 25D-80 BOGOTA  111166 COLOMBIA |

Debtor    Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 763 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2021 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM - QUOTE # Q-08100012 DTD 1/30/2024 | SALESFORCE INC<br>SALESFORCE TOWER<br>ATTN SR DIR, SOLUTION DELIVERY<br>415 MISSION ST, 3RD FL<br>SAN FRANCISCO, CA  94105 |
| 2.2022 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM - QUOTE # Q-08818223 DTD 6/28/2024 | SALESFORCE INC<br>SALESFORCE TOWER<br>ATTN SR DIR, SOLUTION DELIVERY<br>415 MISSION ST, 3RD FL<br>SAN FRANCISCO, CA  94105 |
| 2.2023 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SDQ] STANDARD GROUND HANDLING AGREEMENT  DTD 9/1/2018 | SAMSIC HANDLING DOMINICANA SAS<br>ATTN JULIEN DE COLFMACKER<br>20 RUE SAARINEN CP 30201<br>CEDEX1<br>RUNGIS  94518<br>FRANCE |
| 2.2024 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SAT] TERMINAL ACCESS AGREEMENT | SAN ANTONIO AIRLINE CONSORTIUM<br>ATTN GENERAL MANAGER<br>9800 AIRPORT BLVD, TERMINAL 1, STE 190<br>SAN ANTONIO, TX  78216 |
| 2.2025 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MEMBER AGREEMENT DTD 12/1/2014 | SAN DIEGO AIRLINES CONSORTIUM LLC<br>3707 N HARBOR DR<br>SAN DIEGO, CA  92101-1096 |
| 2.2026 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SAN] FUEL SYSTEM INTERLINE AGREEMENT DTD 3/1/2020 | SAN FUEL COMPANY LLC<br>C/O SHERMAN & HOWARD LLC<br>ATTN MAXI C LYONS<br>633 17TH ST, STE 3000<br>DENVER, CO  80202 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.2027 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AG - CTO LINE OF CREDIT AND SALES AGREEMENT DTD 12/9/2019 | SANTUR TRAVEL<br>ATTN GENERAL MANAGER<br>CL.52B #31-41<br>BUCARAMANGA<br>SANTANDER  680003<br>COLOMBIA |
| 2.2028 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE LICENSE AND SUPPORT AGREEMENT DTD 12/20/2011 | SAP AMERICA INC<br>3999 WEST CHESTER PIKE<br>NEWTON SQUARE, PA  19073 |
| 2.2029 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE LICENSE AND SUPPORT AGREEMENT DTD 12/31/2020 | SAP AMERICA INC<br>3999 WEST CHESTER PIKE<br>NEWTON SQUARE, PA 19073 |
| 2.2030 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE LICENSE AND SUPPORT AGREEMENT SOFTWARE ORDER FORM NO 2  DTD 7/31/2012 | SAP AMERICA INC<br>3999 WEST CHESTER PIKE<br>NEWTON SQUARE, PA  19073 |
| 2.2031 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE LICENSE AND SUPPORT AGREEMENT SOFTWARE ORDER FORM NO 3  DTD 9/20/2012 | SAP AMERICA INC<br>3999 WEST CHESTER PIKE<br>NEWTON SQUARE, PA  19073 |
| 2.2032 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE LICENSE AND SUPPORT AGREEMENT SOFTWARE ORDER FORM NO 4 DTD 5/4/2015 | SAP AMERICA INC<br>3999 WEST CHESTER PIKE<br>NEWTON SQUARE, PA  19073 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2033 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE LICENSE AND SUPPORT AGREEMENT SOFTWARE ORDER FORM NO 6  DTD 3/31/2016 | SAP AMERICA INC<br>3999 WEST CHESTER PIKE<br>NEWTON SQUARE, PA  19073 |
| 2.2034 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE LICENSE AND SUPPORT AGREEMENT SOFTWARE ORDER FORM NO 7  DTD 12/28/2016 | SAP AMERICA INC<br>3999 WEST CHESTER PIKE<br>NEWTON SQUARE, PA  19073 |
| 2.2035 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RNO] STANDARD GROUND HANDLING AGREEMENT DTD 8/10/2022 | SAS SERVICE GROUP INC<br>ATTN LAITH RTEIMEH, DIR OF CONTRACTS<br>8939 S SEPULVEDA BLVD, STE 300<br>LOS ANGELES, CA  90245 |
| 2.2036 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SAN] STANDARD GROUND HANDLING AGREEMENT DTD 12/19/2016 | SAS SERVICE GROUP INC<br>ATTN LAITH RTEIMEH, DIR OF CONTRACTS<br>8939 S SEPULVEDA BLVD, STE 300<br>LOS ANGELES, CA  90245 |
| 2.2037 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DEN] STANDARD GROUND HANDLING AGREEMENT DTD 7/1/2017 | SAS SERVICE GROUP INC<br>ATTN SAIF RTEIMEH<br>630 N SEPULVEDA, #9A<br>EL SEGUNDO, CA  90245 |
| 2.2038 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAS] STANDARD GROUND HANDLING AGREEMENT DTD 5/3/2016 | SAS SERVICE GROUP INC<br>ATTN SAIF RTEIMEH<br>630 N SEPULVEDA, #9A<br>EL SEGUNDO, CA  90245 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2039 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [LAX] AGREEMENT FOR INTERNATIONAL CLEANING SERVICES DTD 1/28/2021 | SAS SERVICE GROUP INC<br>ATTN SAIF RTEIMEH<br>630 N SEPULVEDA, #9A<br>EL SEGUNDO, CA  90245 |
| 2.2040 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [LAX] FIRST CONTRACT AMENDMENT DTD 9/1/2013 AMENDS AGREEMENT DTD 2/1/2010 | SAS SERVICE GROUP INC<br>ATTN SAIF RTEIMEH<br>630 N SEPULVEDA, #9A<br>EL SEGUNDO, CA  90245 |
| 2.2041 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [LAX] FOURTH CONTRACT AMENDMENT DTD 7/1/2021 AMENDS ANNEX DTD 2/1/2010 | SAS SERVICE GROUP INC<br>ATTN SAIF RTEIMEH<br>630 N SEPULVEDA, #9A<br>EL SEGUNDO, CA  90245 |
| 2.2042 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [LAX] NK LAX JANITORIAL PROPOSAL DTD 11/17/2021 | SAS SERVICE GROUP INC<br>ATTN SAIF RTEIMEH<br>630 N SEPULVEDA, #9A<br>EL SEGUNDO, CA  90245 |
| 2.2043 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [LAX] STANDARD GROUND HANDLING AGREEMENT DTD 2/1/2010 | SAS SERVICE GROUP INC<br>ATTN SAIF RTEIMEH<br>630 N SEPULVEDA, #9A<br>EL SEGUNDO, CA  90245 |
| 2.2044 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [LAX] THIRD CONTRACT AMENDMENT DTD 7/1/2020 AMENDS ANNEX B.1 DTD 2/1/2010 | SAS SERVICE GROUP INC<br>ATTN SAIF RTEIMEH<br>630 N SEPULVEDA, #9A<br>EL SEGUNDO, CA  90245 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.2045 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] STANDARD GROUND HANDLING AGREEMENT DTD 2/1/2010 | SAS SERVICE GROUP INC<br>ATTN SAIF RTEIMEH<br>630 N SEPULVEDA, #9A<br>EL SEGUNDO, CA 90245 |
| 2.2046 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SAN] FIRST CONTRACT AMENDMENT DTD 7/1/2017<br>AMENDS ANNEX B.1 DTD 12/9/2016 | SAS SERVICE GROUP INC<br>ATTN SAIF RTEIMEH<br>630 N SEPULVEDA, #9A<br>EL SEGUNDO, CA 90245 |
| 2.2047 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SAN] SECOND CONTRACT AMENDMENT DTD 1/1/2020<br>AMENDS ANNEX DTD 12/19/2016 | SAS SERVICE GROUP INC<br>ATTN SAIF RTEIMEH<br>630 N SEPULVEDA, #9A<br>EL SEGUNDO, CA 90245 |
| 2.2048 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] STANDARD GROUND HANDLING AGREEMENT DTD 6/16/2007 | SAS SERVICES LLP<br>7500 W MANCHESTER AVE, STE 332<br>PLAYA DEL REY, CA 90283 |
| 2.2049 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 1 TO INTEGRATED PURCHASING PROGRAMME SALES AGREEMENT DTD 12/19/2022<br>AMENDS AGREEMENT DTD 3/10/2022 | SATAIR USA INC<br>ATTN MANAGING DIRECTOR<br>525 WESTPARK DR, STE 400<br>PEACHTREE, GA 30269 |
| 2.2050 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 2 INTEGRATED PURCHASING PROGRAMME SALES AGREEMENT DTD 1/28/2025<br>AMENDS AGREEMENT DTD 3/10/2022 | SATAIR USA INC<br>ATTN MANAGING DIRECTOR<br>525 WESTPARK DR, STE 400<br>PEACHTREE, GA 30269 |

Debtor _Spirit Airlines, LLC_
(Name)

Case number (if known) _25-11896_

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2051 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO 1 TO THE INTEGRATED PURCHASING PROGRAMME SALES AGREEMENT  DTD 2/27/2023<br>AMENDS AGREEMENT DTD 3/10/2022 | SATAIR USA INC<br>ATTN MANAGING DIRECTOR<br>525 WESTPARK DR, STE 400<br>PEACHTREE, GA  30269 |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |
| 2.2052 | State what the contract or lease is for and the nature of the debtor's interest | [PHL] CONTRACT AMENDMENT 2 DTD 12/17/2021 | SAUERS SNOW & ICE MANAGEMENT |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |
| 2.2053 | State what the contract or lease is for and the nature of the debtor's interest | INCENTIVE AGREEMENT  DTD 4/19/2022 | SCHNELLER LLC<br>ATTN VP SALES & MARKETING<br>6019 POWDERMILL RD<br>KENT, OH  44240 |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |
| 2.2054 | State what the contract or lease is for and the nature of the debtor's interest | INCENTIVE AGREEMENT DTD 2/1/2022 | SCHNELLER LLC<br>ATTN VP SALES & MARKETING<br>6019 POWDERMILL RD<br>KENT, OH  44240 |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |
| 2.2055 | State what the contract or lease is for and the nature of the debtor's interest | DEFINED CONTRIBUTION PLAN SERVS AGREEMENT DTD 1/24/2014 | SCHWAB RETIREMENT PLAN SERVICES INC<br>CHARLES SCHAWB BANK<br>ATTN RICHARD A DAY, VP<br>211 MAIN ST, 14TH FL<br>SAN FRANCISCO, CA  94105 |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |
| 2.2056 | State what the contract or lease is for and the nature of the debtor's interest | DEFINED CONTRIBUTION PLAN SERVS AGREEMENT DTD 1/27/2014 | SCHWAB RETIREMENT PLAN SERVICES INC<br>CHARLES SCHAWB BANK<br>ATTN RICHARD A DAY, VP<br>211 MAIN ST, 14TH FL<br>SAN FRANCISCO, CA  94105 |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2057 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO CATERING SECURITY  DTD 11/18/2020 AMENDS AGREEMENT DTD 4/1/2017 | SCIS AIR SECURITY CORPORATION ATTN RANDY BARNARD, PRESIDENT 1521 NORTH COOPER ST, STE 300 ARLINGTON, TX  76011 |
| 2.2058 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] ADDENDUM AGREEMENT  DTD 10/22/2018 AMENDS AGREEMENT DTD 7/1/2015 | SCRUB INC 6033 N MILWAUKEE AVE CHICAGO, IL  60646 |
| 2.2059 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] ADDENDUM AGREEMENT  DTD 11/21/2018 AMENDS AGREEMENT DTD 7/1/2015 | SCRUB INC 6033 N MILWAUKEE AVE CHICAGO, IL  60646 |
| 2.2060 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] ADDENDUM AGREEMENT  DTD 2/8/2017 AMENDS AGREEMENT DTD 7/1/2015 | SCRUB INC 6033 N MILWAUKEE AVE CHICAGO, IL  60646 |
| 2.2061 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] ADDENDUM AGREEMENT  DTD 6/5/2018 AMENDS AGREEMENT DTD 7/1/2015 | SCRUB INC 6033 N MILWAUKEE AVE CHICAGO, IL  60646 |
| 2.2062 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] AGREEMENT DTD 7/1/2015 | SCRUB INC 6033 N MILWAUKEE AVE CHICAGO, IL  60646 |

Debtor    Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 770 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2063 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERLINE STAFF TRAVEL AGREEMENT DTD 4/30/2015 | SEABORNE AIRLINES |
| 2.2064 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SEA] SEATTLE-TACOMA INT'L AIRPORT AMENDED AND RESTATED FUEL SYSTEM INTERLINE AGREEMENT DTD 4/15/2003<br>RESTATES AGREEMENT DTD 1/4/2000 | SEATAC FUEL FACTILITIES LLC C/O ALASKA AIRLINES INC ATTN FRED KETZEBACK 2651 S 192ND SEATTLE, WA  98188 |
| 2.2065 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SEA] MEMBER AGREEMENT DTD 1/1/2017 | SEATTLE TACOMA AIRLINES CONSORTIUM LLC INTERNATIONAL BLVD SEATAC, WA  98158-1202 |
| 2.2066 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [KIN] STANDARD GROUND HANDLING AGREEMENT  DTD 2/19/2009 | SECURIPRO LTD ATTN WINSTON BARNES 1 PARAISO AVE KINGSTON 10 JAMAICA |
| 2.2067 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MBJ] FIRST CONTRACT AMENDMENT DTD 7/1/2014<br>AMENDS AGREEMENT DTD 2/19/2009 | SECURIPRO LTD ATTN WINSTON BARNES 1 PARAISO AVE KINGSTON 10 JAMAICA |
| 2.2068 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MBJ] STANDARD GROUND HANDLING AGREEMENT DTD 2/19/2009 | SECURIPRO LTD ATTN WINSTON BARNES 1 PARAISO AVE KINGSTON 10 JAMAICA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2069 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST CONTRACT AMENDMENT DTD 7/1/2014 | SECURIPRO LTD<br>ATTN WINSTON BARNES<br>1 PARAISO AVE<br>KINGSTON 10<br>JAMAICA |
| 2.2070 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MTY] CONFIRMATION OF SERVICES AT MTY DTD 8/4/2022 | SECURITAS MEXICO<br>ATTN GERENTE SR AVIACION MEXICO<br>AV KABAH RODRIGO GOMEZ<br>MZA 06 L-01, INT D-3 2N<br>CANCUN, ROO  77508<br>MEXICO |
| 2.2071 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CUN] CONFIRMATION OF SERVICES AT CUN DTD 3/15/2023 | SECURITAS TRANSPORT AVIATION MEXICO SA DE CV<br>ATTN RODRIGO MUNOZ G<br>AV KABAH RODRIGO GOMEZ MZA 06 L-01<br>INTERIOR D-3, 2-N<br>CANCUN, ROO  77508<br>MEXICO |
| 2.2072 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CUN] CONFIRMATION OF SERVICES AT CUN DTD 8/11/2023 | SECURITAS TRANSPORT AVIATION MEXICO SA DE CV<br>ATTN RODRIGO MUNOZ G<br>AV KABAH RODRIGO GOMEZ MZA 06 L-01<br>INTERIOR D-3, 2-N<br>CANCUN, ROO  77508<br>MEXICO |
| 2.2073 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MTY] STANDARD GROUND HANDLING AGREEMENT DTD 10/6/2022 | SECURITAS TRANSPORT AVIATION MEXICO SA DE CV<br>ATTN RODRIGO MUNOZ G<br>AV KABAH RODRIGO GOMEZ MZA 06 L-01<br>INTERIOR D-3, 2-N<br>CANCUN, ROO  77508<br>MEXICO |
| 2.2074 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT FOR ADMINISTRATION OF A CLAIMS PROGRAM DATED 10/15/2020 | SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.<br>11825 N. PENNSYLVANIA ST.<br>CARMEL, IN  46032 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2075 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PUJ] STANDARD GROUND HANDLING AGREEMENT  DTD 2/17/2011 | SERVAIR<br>ATTN JUAN CARLOS HERNANDEZ, PRES & CEO<br>CALLE GUSTAVO MEJIA RICART NO 83<br>PLAZA PIANTINI<br>SANTO DOMINGO<br>DOMINICAN REPUBLIC |
| 2.2076 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM #ORD1258170-7 DTD 6/10/2021 | SERVICENOW INC<br>ATTN KEITH ROMANCE<br>2225 LAWSON LN<br>SANTA CLARA, CA  95054 |
| 2.2077 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM #ORD5054696-1 DTD 12/22/2021 | SERVICENOW INC<br>ATTN KEITH ROMANCE<br>2225 LAWSON LN<br>SANTA CLARA, CA  95054 |
| 2.2078 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM #ORD5063158-1 | SERVICENOW INC<br>ATTN KEITH ROMANCE<br>2225 LAWSON LN<br>SANTA CLARA, CA  95054 |
| 2.2079 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AXM] FIRST CONTRACT AMENDMENT DTD 4/1/2016<br>AMENDS AGREEMENT DTD 11/1/2009 | SERVICIOS AEROPORTUARIOS INTEGRADOS<br>ATTN CESAR CAICEDO, DIRECTOR OPS<br>CARRERA 103, NO 25D-80<br>BOGOTA<br>COLOMBIA |
| 2.2080 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AXM] STANDARD GROUND HANDLING AGREEMENT  DTD 11/1/2009 | SERVICIOS AEROPORTUARIOS INTEGRADOS<br>ATTN CESAR CAICEDO, DIRECTOR OPS<br>CARRERA 103, NO 25D-80<br>BOGOTA<br>COLOMBIA |

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 773 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2081 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [AXM] STANDARD GROUND HANDLING AGREEMENT DTD 10/14/2009 | SERVICIOS AEROPORTUARIOS INTEGRADOS<br>ATTN CESAR CAICEDO, DIRECTOR OPS<br>CARRERA 103, NO 25D-80<br>BOGOTA<br>COLOMBIA |
| 2.2082 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [BGA] FULL GROUND HANDLING SERVICES | SERVICIOS AEROPORTUARIOS INTEGRADOS<br>ATTN CESAR CAICEDO, DIRECTOR OPS<br>CARRERA 103, NO 25D-80<br>BOGOTA<br>COLOMBIA |
| 2.2083 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [BOG] FIRST CONTRACT AMENDMENT DTD 6/1/2012<br>AMENDS AGREEMENT DTD 6/1/2008 | SERVICIOS AEROPORTUARIOS INTEGRADOS<br>ATTN CESAR CAICEDO, DIRECTOR OPS<br>CARRERA 103, NO 25D-80<br>BOGOTA<br>COLOMBIA |
| 2.2084 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [BOG] STANDARD GROUND HANDLING AGREEMENT DTD 6/1/2008 | SERVICIOS AEROPORTUARIOS INTEGRADOS<br>ATTN CESAR CAICEDO, DIRECTOR OPS<br>CARRERA 103, NO 25D-80<br>BOGOTA<br>COLOMBIA |
| 2.2085 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [CTE] STANDARD GROUND HANDLING AGREEMENT DTD 6/1/2011 | SERVICIOS AEROPORTUARIOS INTEGRADOS<br>ATTN CESAR CAICEDO, DIRECTOR OPS<br>CARRERA 103, NO 25D-80<br>BOGOTA<br>COLOMBIA |
| 2.2086 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [CTG] GROUND HANDLING SERVICES SUBCONTRACTING LETTER DTD 4/14/2023 | SERVICIOS AEROPORTUARIOS INTEGRADOS<br>ATTN CESAR CAICEDO, DIRECTOR OPS<br>CARRERA 103, NO 25D-80<br>BOGOTA<br>COLOMBIA |

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 774 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2087 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CTG] STANDARD GROUND HANDLING AGREEMENT DTD 6/1/2011 | SERVICIOS AEROPORTUARIOS INTEGRADOS<br>ATTN CESAR CAICEDO, DIRECTOR OPS<br>CARRERA 103, NO 25D-80<br>BOGOTA<br>COLOMBIA |
| 2.2088 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [GYE] STANDARD GROUND HANDLING AGREEMENT DTD 5/1/2009 | SERVICIOS AEROPORTUARIOS INTEGRADOS<br>ATTN CESAR CAICEDO, DIRECTOR OPS<br>CARRERA 103, NO 25D-80<br>BOGOTA<br>COLOMBIA |
| 2.2089 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MDE] STANDARD GROUND HANDLING AGREEMENT DTD 5/1/2009 | SERVICIOS AEROPORTUARIOS INTEGRADOS<br>ATTN CESAR CAICEDO, DIRECTOR OPS<br>CARRERA 103, NO 25D-80<br>BOGOTA<br>COLOMBIA |
| 2.2090 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AZA] STANDARD GROUND HANDING AGREEMENT  DTD 10/25/2013 | SERVISAIR FUEL SERVICES LLC<br>ATTN PRESIDENT<br>151 NORTH POINT DRIVE<br>HOUSTON, TX  77060 |
| 2.2091 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AZA] STANDARD GROUND HANDING AGREEMENT  DTD 2/15/2012 | SERVISAIR FUEL SERVICES LLC<br>ATTN PRESIDENT<br>151 NORTH POINT DRIVE<br>HOUSTON, TX  77060 |
| 2.2092 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] FIRST AMENDMENT TO THE MASTER INTO-PLANE FUEL SERVICE AGREEMENT DTD 6/1/2013 AMENDS AGREEMENT DTD 6/1/2013 | SERVISAIR FUEL SERVICES LLC<br>ATTN PRESIDENT<br>151 NORTH POINT DRIVE<br>HOUSTON, TX  77060 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2093 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] STANDARD GROUND HANDLING AGREEMENT  DTD 1/30/2012 | SERVISAIR FUEL SERVICES LLC<br>ATTN PRESIDENT<br>151 NORTH POINT DRIVE<br>HOUSTON, TX  77060 |
| 2.2094 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] STANDARD GROUND HANDLING AGREEMENT DTD 12/5/2011 | SERVISAIR FUEL SERVICES LLC<br>ATTN PRESIDENT<br>151 NORTH POINT DRIVE<br>HOUSTON, TX  77060 |
| 2.2095 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAH] STANDARD GROUND HANDLING AGREEMENT DTD 9/13/2012 | SERVISAIR FUEL SERVICES LLC<br>ATTN PRESIDENT<br>151 NORTH POINT DRIVE<br>HOUSTON, TX  77060 |
| 2.2096 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAS, MSP, PHX] FIRST AMENDMENT TO THE MASTER INTO-PLANE FUEL SERVICE AGREEMENT DTD 6/1/2013 | SERVISAIR FUEL SERVICES LLC<br>ATTN PRESIDENT<br>151 NORTH POINT DRIVE<br>HOUSTON, TX  77060 |
| 2.2097 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAS] FIRST CONTRACT AMENDMENT DTD 12/21/2010<br>AMENDS ANNEX B6.0 DTD 3/15/2007 | SERVISAIR FUEL SERVICES LLC<br>ATTN PRESIDENT<br>151 NORTH POINT DRIVE<br>HOUSTON, TX  77060 |
| 2.2098 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAS] VEHICLE/GROUND SERVICES EQUIPMENT MAINTENANCE AGREEMENT DTD 6/26/2013 | SERVISAIR FUEL SERVICES LLC<br>ATTN PRESIDENT<br>151 NORTH POINT DRIVE<br>HOUSTON, TX  77060 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2099 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] STANDARD GROUND HANDLING AGREEMENT DTD 3/5/2010 | SERVISAIR FUEL SERVICES LLC<br>ATTN PRESIDENT<br>151 NORTH POINT DRIVE<br>HOUSTON, TX  77060 |
| 2.2100 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RSW] STANDARD GROUND HANDLING AGREEMENT DTD 9/1/2008 | SERVISAIR FUEL SERVICES LLC<br>ATTN PRESIDENT<br>151 NORTH POINT DRIVE<br>HOUSTON, TX  77060 |
| 2.2101 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DTD 6/1/2013 | SERVISAIR FUEL SERVICES LLC<br>ATTN PRESIDENT<br>151 NORTH POINT DRIVE<br>HOUSTON, TX  77060 |
| 2.2102 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD AMENDMENT TO THE MASTER INTO PLANE FUEL SERVICE AGREEMENT DTD 7/1/2014 AMENDS AGREEMENT DTD 6/1/2013 | SERVISAIR FUEL SERVICES LLC<br>ATTN PRESIDENT<br>151 NORTH POINT DRIVE<br>HOUSTON, TX  77060 |
| 2.2103 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SLD] STANDARD GROUND HANDLING AGREEMENT DTD 11/8/2012 | SERVISEG SA DE CV<br>ATTN MARICARMEN RAMIREZ GARCIA<br>CALZ. DEL HUESO, NO. 955<br>GRANJAS COAPA<br>MEXICO DF  CP 14330<br>MEXICO |
| 2.2104 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] STANDARD GROUND HANDLING AGREEMENT DTD 9/1/2015 | SHELTAIR AVIATION PLATTSBURGH LLC<br>ATTN JOHN PARRINO, REGIONAL VP<br>MARINE AIR TERMINAL, LA GUARDIA AIRPORT<br>FLUSHING, NY  11371 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2105 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PBG] STANDARD GROUND HANDLING AGREEMENT DTD 1/14/2011 | SHELTAIR AVIATION PLATTSBURGH LLC<br>ATTN JOHN PARRINO, REGIONAL VP<br>MARINE AIR TERMINAL, LA GUARDIA AIRPORT<br>FLUSHING, NY  11371 |
| 2.2106 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK FOR MARKETING RELATED SOFTWARE DEV & QA PROJECTS DTD 7/13/2016<br>RE: MASTER SERVICES AGREEMENT DTD 5/21/2014 | SHREE PARTNERS LLC<br>ATTN RAJIV DAHIYA<br>197 RTE 18 S, STE 3000<br>EAST BRUNSWICK, NJ  08816 |
| 2.2107 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK FOR SQL SERVER DBA  DTD 1/13/2016<br>RE: MASTER SERVICES AGREEMENT DTD 5/21/2014 | SHREE PARTNERS LLC<br>ATTN RAJIV DAHIYA<br>197 RTE 18 S, STE 3000<br>EAST BRUNSWICK, NJ  08816 |
| 2.2108 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 11/17/2020 | SIERRA AVIATION GROUP<br>ATTN JIM MOG<br>9247 ARCHIBALD AVE<br>RANCHO CUCAMONGA, CA  91730 |
| 2.2109 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RATE SCHEDULE NOTIFICATION DATED 12/23/2023 | SIGNATURE AVIATION<br>ORF LOCATION AIRCRAFT MAINTENANCE<br>6101 BURTON STATION ROAD<br>NORFOLK, VA  23502 |
| 2.2110 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AVL] STANDARD GROUND HANDLING AGREEMENT DTD 12/18/2018 | SIGNATURE FLIGHT SUPPORT LLC<br>ATTN CONTRACTS<br>13485 VETERANS WAY, STE 600<br>ORLANDO, FL  32827 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2111 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [GSO] STANDARD GROUND HANDLING AGREEMENT  DTD 6/6/2018 | SIGNATURE FLIGHT SUPPORT LLC<br>ATTN CONTRACTS<br>13485 VETERANS WAY, STE 600<br>ORLANDO, FL  32827 |
| 2.2112 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [GSO] STANDARD GROUND HANDLING AGREEMENT DTD 12/18/2018 | SIGNATURE FLIGHT SUPPORT LLC<br>ATTN CONTRACTS<br>13485 VETERANS WAY, STE 600<br>ORLANDO, FL  32827 |
| 2.2113 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RDU] STANDARD GROUND HANDLING AGREEMENT DTD 3/23/2022 | SIGNATURE FLIGHT SUPPORT LLC<br>ATTN CONTRACTS<br>13485 VETERANS WAY, STE 600<br>ORLANDO, FL  32827 |
| 2.2114 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BWI] FIRST CONTRACT AMENDMENT DTD 8/21/2013<br>AMENDS B.1 DTD 9/6/2015 | SIGNATURE FLIGHT SUPPORT LLC<br>ATTN CONTRACTS<br>201 S ORANGE AVE, STE 1100<br>ORLANDO, FL  32801 |
| 2.2115 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BWI] STANDARD GROUND HANDLING AGREEMENT DTD 10/1/2015 | SIGNATURE FLIGHT SUPPORT LLC<br>ATTN CONTRACTS<br>201 S ORANGE AVE, STE 1100<br>ORLANDO, FL  32801 |
| 2.2116 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] OFFICE-SHOP SPACE PERMIT DTD 1/13/2023 | SIGNATURE FLIGHT SUPPORT LLC<br>ATTN GENERAL COUNSEL<br>13485 VETERANS WAY, STE 600<br>ORLANDO, FL  32827 |

Debtor   Spirit Airlines, LLC   25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Case number (if known)   25-11896   Main Document

(Name)

Pg 779 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2117 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] OFFICE-SHOP SPACE PERMIT DTD 10/4/2024 | SIGNATURE FLIGHT SUPPORT LLC D/B/A SIGNATURE AVIATION ATTN GENERAL COUNSEL 13485 VETERANS WAY, STE 600 ORLANDO, FL 32827 |
| 2.2118 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORF] FIRST CONTRACT AMENDMENT DTD 6/1/2024 AMENDS AGREEMENT DTD 5/1/2023 | SIGNATURE FLIGHT SUPPORT LLC D/B/A SIGNATURE TECHNICAIR ATTN ANGEL RODRIGUEZ 6101 BURTON STATION RD NORFOLK, VA 32502 |
| 2.2119 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORF] STANDARD GROUND HANDLING AGREEMENT DTD 3/1/2023 | SIGNATURE FLIGHT SUPPORT LLC D/B/A SIGNATURE TECHNICAIR ATTN ANGEL RODRIGUEZ 6101 BURTON STATION RD NORFOLK, VA 32502 |
| 2.2120 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALE & PURCHASE AGREEMENT DTD 2/3/2023 | SIM INTERNATIONAL BV ATTN F UIT DEN BOGAARD WATTSTRAAT 7A SASSENHEIM 2171 TP NETHERLANDS |
| 2.2121 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO TRAINING AGREEMENT DTD 1/12/2012 AMENDS AGREEMENT DTD 11/11/2011 | SIM-INDUSTRIES BV ATTN BAS KLERX, CFO HUB VAN DOOMEWEG 8 2171 KZ SASSENHEIM NETHERLANDS |
| 2.2122 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO TRAINING AGREEMENT DTD 3/23/2012 AMENDS AGREEMENT DTD 11/11/2011 | SIM-INDUSTRIES BV ATTN BAS KLERX, CFO HUB VAN DOOMEWEG 8 2171 KZ SASSENHEIM NETHERLANDS |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2123 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRAINING AGREEMENT DTD 11/11/2011 AMENDS TRAINING AGREEMENT DTD 11/11/2011 | SIM-INDUSTRIES BV<br>ATTN BAS KLERX, CFO<br>HUB VAN DOOMEWEG 8<br>2171 KZ<br>SASSENHEIM<br>NETHERLANDS |
| 2.2124 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3607 | SIRIUS AVIATION CAPITAL<br>51/52 FITZWILLIAM SQUARE WEST<br>DUBLIN 2<br>IRELAND |
| 2.2125 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SJD] CONTRACT FOR MECHANICAL BOARDING SERVICES DTD 10/26/2012 | SISTEMAS INTEGRALES PARA EL TRANSPORTE SA DE CV<br>CALLEJON DE COLIMA NO 23<br>COL VILLA COYOACAN<br>DELEGACION COYOACAN<br>CDMX  4000<br>MEXICO |
| 2.2126 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMMERCIAL AGREEMENT FOR THE MECHANICAL BOARDING SERVICE DTD 4/2/2012 | SISTEMAS INTEGRALES PARA EL TRANSPORTE SA DE CV<br>CALLEJON DE COLIMA NO 23<br>COL VILLA COYOACAN<br>DELEGACION COYOACAN<br>CDMX  4000<br>MEXICO |
| 2.2127 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT UNDER CLUB GNERAL COMMON USE TERMS & CONDITIONS DTD 9/14/2016 | SITA INFO NETWORKING COMPUTING USA INC<br>ATTN VP<br>3100 CUMBERLAND BLVD<br>ATLANTA, GA  30339 |
| 2.2128 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 1 TO SUPPLIER MATERIAL SOLUTION AGREEMENT DTD 3/8/2018 | SJH SHEFFIELD AEROSPACE LLC<br>ATTN KEITH COLEMAN<br>3100 S GESSNER, STE 330<br>HOUSTON, TX  77063 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2129 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 2 TO SUPPLIER MATERIAL SOLUTION AGREEMENT DTD 3/8/2018 | SJH SHEFFIELD AEROSPACE LLC<br>ATTN KEITH COLEMAN<br>3100 S GESSNER, STE 330<br>HOUSTON, TX 77063 |
| 2.2130 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 3 TO SUPPLIER MATERIAL SOLUTION AGREEMENT DTD 3/8/2018 | SJH SHEFFIELD AEROSPACE LLC<br>ATTN KEITH COLEMAN<br>3100 S GESSNER, STE 330<br>HOUSTON, TX 77063 |
| 2.2131 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER LICENSE AGREEMENT DTD 11/15/2023 | SKILLSOFT (US) LLC<br>ATTN CONTRACTS DEPT ADMIN<br>300 INNOVATIVE WY, STE 201<br>NASHUA, NH 03062 |
| 2.2132 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3629 | SKY AERO MANAGEMENT LIMITED<br>NUMBER ONE BALLSBRIDGE<br>BUILDING 3, 5TH FLOOR<br>126 PEMBROKE ROAD<br>DUBLIN<br>IRELAND |
| 2.2133 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3631 | SKY AERO MANAGEMENT LIMITED<br>NUMBER ONE BALLSBRIDGE<br>BUILDING 3, 5TH FLOOR<br>126 PEMBROKE ROAD<br>DUBLIN<br>IRELAND |
| 2.2134 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3634 | SKY AERO MANAGEMENT LIMITED<br>NUMBER ONE BALLSBRIDGE<br>BUILDING 3, 5TH FLOOR<br>126 PEMBROKE ROAD<br>DUBLIN<br>IRELAND |

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 782 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2135 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3636 | SKY AERO MANAGEMENT LIMITED<br>NUMBER ONE BALLSBRIDGE<br>BUILDING 3, 5TH FLOOR<br>126 PEMBROKE ROAD<br>DUBLIN<br>IRELAND |
| 2.2136 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3637 | SKY AERO MANAGEMENT LIMITED<br>NUMBER ONE BALLSBRIDGE<br>BUILDING 3, 5TH FLOOR<br>126 PEMBROKE ROAD<br>DUBLIN<br>IRELAND |
| 2.2137 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #5676 | SKY AERO MANAGEMENT LIMITED<br>NUMBER ONE BALLSBRIDGE<br>BUILDING 3, 5TH FLOOR<br>126 PEMBROKE ROAD<br>DUBLIN<br>IRELAND |
| 2.2138 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #5677 | SKY AERO MANAGEMENT LIMITED<br>NUMBER ONE BALLSBRIDGE<br>BUILDING 3, 5TH FLOOR<br>126 PEMBROKE ROAD<br>DUBLIN<br>IRELAND |
| 2.2139 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #5679 | SKY AERO MANAGEMENT LIMITED<br>NUMBER ONE BALLSBRIDGE<br>BUILDING 3, 5TH FLOOR<br>126 PEMBROKE ROAD<br>DUBLIN<br>IRELAND |
| 2.2140 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #5680 | SKY AERO MANAGEMENT LIMITED<br>NUMBER ONE BALLSBRIDGE<br>BUILDING 3, 5TH FLOOR<br>126 PEMBROKE ROAD<br>DUBLIN<br>IRELAND |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2141 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCO] ADMENDMENT 3 TO MAINTENANCE AGREEMENT DTD 5/5/2025<br>AMENDS AGREEMENT DTD 8/12/2024 | SKY AEROSPACE ENGINEERING INC<br>ATTN PRESIDENT<br>4219 LINDY CIR - HANGAR 435<br>ORLANDO INTERNATIONAL AIRPORT<br>ORLANDO, FL 32827 |
| 2.2142 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCO] AMENDMENT 2 TO THE MAINTENANCE AGREEMENT DTD 8/12/2024<br>AMENDS AGREEMENT DTD 9/5/2023 | SKY AEROSPACE ENGINEERING INC<br>ATTN PRESIDENT<br>4219 LINDY CIR - HANGAR 435<br>ORLANDO INTERNATIONAL AIRPORT<br>ORLANDO, FL 32827 |
| 2.2143 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCO] MAINTENANCE AGREEMENT DTD 1/13/2020 | SKY AEROSPACE ENGINEERING INC<br>ATTN PRESIDENT<br>4219 LINDY CIR - HANGAR 435<br>ORLANDO INTERNATIONAL AIRPORT<br>ORLANDO, FL 32827 |
| 2.2144 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCO] MAINTENANCE AGREEMENT AGREED SERVICES & CHANGES DTD 1/16/2020 | SKY AEROSPACE ENGINEERING INC<br>ATTN PRESIDENT<br>4219 LINDY CIR - HANGAR 435<br>ORLANDO INTERNATIONAL AIRPORT<br>ORLANDO, FL 32827 |
| 2.2145 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4935 | SKY HIGH 136 LEASING COMPANY LIMITED<br>2 GRAND CANAL SQUARE<br>GRAND CANAL HARBOUR<br>DUBLIN 2<br>IRELAND |
| 2.2146 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4977 | SKY HIGH 136 LEASING COMPANY LIMITED<br>2 GRAND CANAL SQUARE<br>GRAND CANAL HARBOUR<br>DUBLIN 2<br>IRELAND |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2147 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4984 | SKY HIGH 136 LEASING COMPANY LIMITED<br>2 GRAND CANAL SQUARE<br>GRAND CANAL HARBOUR<br>DUBLIN 2<br>IRELAND |
| 2.2148 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4987 | SKY HIGH 136 LEASING COMPANY LIMITED<br>2 GRAND CANAL SQUARE<br>GRAND CANAL HARBOUR<br>DUBLIN 2<br>IRELAND |
| 2.2149 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4989 | SKY HIGH 136 LEASING COMPANY LIMITED<br>2 GRAND CANAL SQUARE<br>GRAND CANAL HARBOUR<br>DUBLIN 2<br>IRELAND |
| 2.2150 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4993 | SKY HIGH 136 LEASING COMPANY LIMITED<br>2 GRAND CANAL SQUARE<br>GRAND CANAL HARBOUR<br>DUBLIN 2<br>IRELAND |
| 2.2151 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] STANDARD GROUND HANDLING AGREEMENT DTD 10/23/2018 | SKYFUEL AVIATION SERVICES OF ORLANDO LLC<br>ATTN JOHN GASSETT<br>300 S PINE ISLAND RD, STE 201<br>PLANTATION, FL  33324 |
| 2.2152 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCO] STANDARD GROUND HANDLING AGREEMENT DTD 12/26/2018 | SKYFUEL AVIATION SERVICES OF ORLANDO LLC<br>ATTN JOHN GASSETT<br>300 S PINE ISLAND RD, STE 201<br>PLANTATION, FL  33324 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2153 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] STANDARD GROUND HANDLING AGREEMENT DTD 6/10/2020 | SKYFUEL AVIATION SERVICES<br>ATTN JOHN GASSETT<br>634 SW 34 ST, STE 304<br>FT LAUDERDALE, FL  33315 |
| 2.2154 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] STANDARD GROUND HANDLING AGREEMENT DTD 6/3/2020 | SKYFUEL AVIATION SERVICES<br>ATTN JOHN GASSETT<br>634 SW 34 ST, STE 304<br>FT LAUDERDALE, FL  33315 |
| 2.2155 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCO] STANDARD GROUND HANDLING AGREEMENT  DTD 6/3/2020 | SKYFUEL AVIATION SERVICES<br>ATTN JOHN GASSETT<br>634 SW 34 ST, STE 304<br>FT LAUDERDALE, FL  33315 |
| 2.2156 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT CHANGE CONTROL NOTE DTD 9/1/2022<br>AMENDS APLICATION SERVICE DTD 1/22/2021 | SKYMETRIX GMBH<br>THEODOR-HEUSS STR 2<br>BRAUNSCHWEIG  38122<br>GERMANY |
| 2.2157 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SAAS AGREEMENT DTD 8/23/2024 | SKYPATH US INC<br>ATTN MAYA SHPAK, CEO<br>251 LITTLE FALLS DR<br>WILMINGTON NEW CASTLE, DE  19808 |
| 2.2158 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PARTNER SERVICES AGREEMENT DTD 4/3/2024 | SKYSQUAD INC<br>ATTN CEO<br>8608 SPLIT OAK CIRCLE<br>BETHESDA, MD  20817 |

Debtor    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Spirit Airlines, LLC
(Name)
Case number (if known) 25-11896
Pg 786 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2159 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER LICENSE & SERVICES AGREEMENT DTD 11/13/2024 | SLICKOR INC<br>ATTN MANAGING DIRECTOR<br>15433 FISHER ISLAND DR<br>AUSTIN, TX 78717 |
| 2.2160 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3614 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN<br>IRELAND |
| 2.2161 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3621 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN<br>IRELAND |
| 2.2162 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3625 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN<br>IRELAND |
| 2.2163 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3630 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN<br>IRELAND |
| 2.2164 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4936 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN<br>IRELAND |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2165 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4949 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN<br>IRELAND |
| 2.2166 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4952 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN<br>IRELAND |
| 2.2167 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4953 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN<br>IRELAND |
| 2.2168 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4954 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN<br>IRELAND |
| 2.2169 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4955 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN<br>IRELAND |
| 2.2170 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4956 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN<br>IRELAND |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2171 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4957 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN<br>IRELAND |
| 2.2172 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4958 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN<br>IRELAND |
| 2.2173 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4960 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN<br>IRELAND |
| 2.2174 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4961 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN<br>IRELAND |
| 2.2175 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4962 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN<br>IRELAND |
| 2.2176 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4964 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN<br>IRELAND |

Debtor    Spirit Airlines, LLC
          (Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 789 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2177 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4965 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN<br>IRELAND |
| 2.2178 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4967 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN<br>IRELAND |
| 2.2179 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4968 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN<br>IRELAND |
| 2.2180 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4970 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN<br>IRELAND |
| 2.2181 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4971 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN<br>IRELAND |
| 2.2182 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4974 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN<br>IRELAND |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2183 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4975 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN<br>IRELAND |
| 2.2184 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4979 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN<br>IRELAND |
| 2.2185 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4994 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN<br>IRELAND |
| 2.2186 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT  DTD 10/25/2022 | SMITHS DETECTION INC<br>ATTN ANTHONY DECESARIS<br>2202 LAKESIDE BLVD<br>EDGEWOOD, MD  21040 |
| 2.2187 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SNAPSHOT PRICING PROPOSAL DTD 9/6/2023 | SNAPBAR<br>ATTN LEAVE MANAGEMENT CENTER<br>3W 1 FOUNTAIN SQUARE<br>CHATTANOOGA, TN  37402 |
| 2.2188 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] BOSTON SNOW CLEARING AGREEMENT RATES LETTER DTD 8/29/2018 | SNOWLIFT LLC<br>96 COMMERCIAL ST<br>FREEPORT, NY  11520 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2189 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CTG] AMENDMENT 1  DTD 4/20/2012 | SOCIEDAD OPERADORA DE AEROPUERTOS CENTRO NORTE SA<br>ATTN GEN MANAGER<br>CARRERA 65 NO 13-157<br>PISO 2 AEROPUERTO OLAYA HERRERA<br>MEDELLIN  050015<br>COLOMBIA |
| 2.2190 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CTG] AMENDMENT 2 DTD 10/4/2013 | SOCIEDAD OPERADORA DE AEROPUERTOS CENTRO NORTE SA<br>ATTN GEN MANAGER<br>CARRERA 65 NO 13-157<br>PISO 2 AEROPUERTO OLAYA HERRERA<br>MEDELLIN  050015<br>COLOMBIA |
| 2.2191 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CTG] SPACE LEASE AGREEMENT DTD 5/27/2008 | SOCIEDAD OPERADORA DE AEROPUERTOS CENTRO NORTE SA<br>ATTN GEN MANAGER<br>CARRERA 65 NO 13-157<br>PISO 2 AEROPUERTO OLAYA HERRERA<br>MEDELLIN  050015<br>COLOMBIA |
| 2.2192 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MDE] ACCESS AGREEMENT TO COUNTER 002-04-01-190-085-10 DTD 8/5/2010 | SOCIEDAD OPERADORA DE AEROPUERTOS CENTRO NORTE SA<br>ATTN GEN MANAGER<br>CARRERA 65 NO 13-157<br>PISO 2 AEROPUERTO OLAYA HERRERA<br>MEDELLIN  050015<br>COLOMBIA |
| 2.2193 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MDE] AMENDMENT #1 TO LEASE AGREEMENT #002-04-01-190-086-10 AMENDS AGREEMENT DTD 12/13/2014 | SOCIEDAD OPERADORA DE AEROPUERTOS CENTRO NORTE SA<br>ATTN GEN MANAGER<br>CARRERA 65 NO 13-157<br>PISO 2 AEROPUERTO OLAYA HERRERA<br>MEDELLIN  050015<br>COLOMBIA |
| 2.2194 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROVIDER AGREEMENT DATED 02/01/2013 | SOJEM, INC.<br>11602 WEST CENTER ROAD<br>SUITE 300<br>OMAHA, NE  68144 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2195 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DATA PROVIDER AGREEMENT DTD 11/18/2022 | SOJERN INC<br>ATTN CHIEF REVENUE OFFICER<br>18135 BURKE ST, FL 3<br>OMAHA, NE  68022 |
| 2.2196 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOJERN MEDIA PLATFORM PROVIDER AGREEMENT DTD 2/8/2012 | SOJERN INC<br>ATTN PRESIDENT<br>2323 S 171 ST<br>STE 200<br>OMAHA, NE  68130 |
| 2.2197 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY OF AVIATION FUEL AGREEMENT DTD 7/1/2024 | SOL AVIATION SERVICES LTD<br>ATTN AYMARA CUMMINS<br>3RD FL INT'L TRADING CNTR BLDG<br>WARRENS, ST MICHAEL<br>BARBADOS  BB23027<br>WEST INDIES |
| 2.2198 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY OF AVIATION FUEL DTD 7/1/2022 | SOL AVIATION SERVICES LTD<br>ATTN AYMARA CUMMINS<br>3RD FL INT'L TRADING CNTR BLDG<br>WARRENS, ST MICHAEL<br>BARBADOS  BB23027<br>WEST INDIES |
| 2.2199 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DTD 1/1/2023 | SOLVO SOLUTIONS LLC<br>ATTN ROBERT G MORLEY, CHIEF LEGAL OFFICER<br>2600 W GERONIMO PL, STE 100<br>CHANDLER, AZ  85224 |
| 2.2200 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ACY] WAREHOUSE LEASE AGREEMENT | SOUTH JERSEY TRANSPORTATION AUTHORITY<br>PO BOX 351<br>HAMMONTON, NJ  08037 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2201 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] AMENDMENT #1 TO THE LICENCE OF AIRPORT FACILITY & BAGGAGE CAROUSEL SYSTEM AT LAGUARDIA AIRPORT DTD 6/24/2011 | SOUTHWEST AIRLINES CO<br>ATTN MANAGER - AIRPORT AFFAIRS (LGA)<br>2702 LOVE FIELD DR<br>PO BOX 36611, HDQ 7FM<br>DALLAS, TX 75235 |
| 2.2202 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] FIRST AMENDMENT TO LOUIS ARMSTRONG NEW ORLEANS INTL AIRPORT FUEL SYT INTERLINE AGREEMENT  DTD 12/7/2015<br>AMENDS AGREEMENT DTD 1/20/2015 | SOUTHWEST AIRLINES CO<br>ATTN MANAGER - AIRPORT AFFAIRS (LGA)<br>2702 LOVE FIELD DR<br>PO BOX 36611, HDQ 7FM<br>DALLAS, TX 75235 |
| 2.2203 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] FIRST AMENDMENT TO SACRAMENTO INT'L AIRPORT FUEL FACILITY USE AGREEMENT DTD 1/1/2019<br>AMENDS AGREEMENT DTD 11/1/2005 | SOUTHWEST AIRLINES CO<br>ATTN MANAGER - AIRPORT AFFAIRS (LGA)<br>2702 LOVE FIELD DR<br>PO BOX 36611, HDQ 7FM<br>DALLAS, TX 75235 |
| 2.2204 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] FUEL FACILITY USE AGREEMENT DTD 11/1/2005 | SOUTHWEST AIRLINES CO<br>ATTN MANAGER - AIRPORT AFFAIRS (LGA)<br>2702 LOVE FIELD DR<br>PO BOX 36611, HDQ 7FM<br>DALLAS, TX 75235 |
| 2.2205 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] LICENSE AGREEMENT DTD 4/16/2015 | SOUTHWEST AIRLINES CO<br>ATTN MANAGER - AIRPORT AFFAIRS (LGA)<br>2702 LOVE FIELD DR<br>PO BOX 36611, HDQ 7FM<br>DALLAS, TX 75235 |
| 2.2206 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] LICENSE OF AIRPORT FACILITY & BAGGAGE CAROUSEL SYTSTEM AT LAGUARDIA AIRPORT DTD 6/1/2009 | SOUTHWEST AIRLINES CO<br>ATTN MANAGER - AIRPORT AFFAIRS (LGA)<br>2702 LOVE FIELD DR<br>PO BOX 36611, HDQ 7FM<br>DALLAS, TX 75235 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2207 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TENANT FINISH AGREEMENT DTD 5/20/2009 | SOUTHWEST AIRLINES CO<br>ATTN MANAGER - AIRPORT AFFAIRS (LGA)<br>2702 LOVE FIELD DR<br>PO BOX 36611, HDQ 7FM<br>DALLAS, TX  75235 |
| 2.2208 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DTD 12/24/2023 | SPARK HIRE<br>185 ASYLUM STREET<br>HARTFORD, CT  06103-3408 |
| 2.2209 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PURCHASE AGREEMENT A320/A321 DOOR TRAINER DTD 12/17/2014 | SPATIAL COMPOSITE SOLUTIONS FZ LLC<br>PO BOX 6447<br>RAIKA ZONE<br>RAS AI KAHIMAH<br>UNITED ARAB EMIRATES |
| 2.2210 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PURCHASE/SALE AGREEMENT DTD 11/4/2014 | SPATIAL COMPOSITE SOLUTIONS FZ LLC<br>PO BOX 6447<br>RAIKA ZONE<br>RAS AI KAHIMAH<br>UNITED ARAB EMIRATES |
| 2.2211 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PURCHASE/SALE AGREEMENT DTD 12/11/2014 | SPATIAL COMPOSITE SOLUTIONS FZ LLC<br>PO BOX 6447<br>RAIKA ZONE<br>RAS AI KAHIMAH<br>UNITED ARAB EMIRATES |
| 2.2212 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INDEPENDENT DIR FOR BOD SEARCH LTR DTD 8/19/2015 | SPENCERSTUART<br>277 PARK AVE, 32ND FL<br>NEW YORK, NY  10172 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2213 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 1 TO COMPONENT SERVICES AGREEMENT  DTD 5/12/2022 AMENDS AGREEMENT DTD 3/15/2022 | SPIRIT AEROSYSTEMS INC ATTN VP AFTERMARKET 3801 S OLIVER ST WICHITA, KS  67210 |
| 2.2214 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 2 TO COMPONENT SERVICES AGREEMENT  DTD 9/3/2024 AMENDS AGREEMENT DTD 3/15/2022 | SPIRIT AEROSYSTEMS INC ATTN VP AFTERMARKET 3801 S OLIVER ST WICHITA, KS  67210 |
| 2.2215 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SAL] FIRST CONTRACT AMENDMENT DTD 5/1/2016 AMENDS AGREEMENT DTD 4/1/2016 | SPIRIT OF CENTRO AMERICA SA DE CV ATTN HERBERT PENA JARD DE GUADALUPE, AV RIO LEMPA 52 ANTIGUO CUSCATLAN, LA LIBERTAD EL SALVADOR |
| 2.2216 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SAL] STANDARD GROUND HANDLING AGREEMENT DTD 3/1/2016 | SPIRIT OF CENTRO AMERICA SA DE CV ATTN HERBERT PENA JARD DE GUADALUPE, AV RIO LEMPA 52 ANTIGUO CUSCATLAN, LA LIBERTAD EL SALVADOR |
| 2.2217 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CORPORATE NEGOTIATED RATE AGREEMENT DTD 1/17/2025 | SPRINGHILL SUITES FT LAUDERDALE AIRPORT & CRUISE PORT 151 SW 18TH CT DANIA BEACH, FL  33004 |
| 2.2218 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK  DTD 4/17/2025 | SPRINKLR INC 29 W 35TH ST, 7TH FL NEW YORK, NY  10001 |

Debtor    Spirit Airlines, LLC    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Case number (if known)    25-11896    Main Document

(Name)

Pg 796 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2219 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3627 | ST ENGINEERING AEROSPACE RESOURCES PTE. LTD<br>600 WEST CAMP ROAD<br>SINGAPORE 797654<br>SINGAPORE |
| 2.2220 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3628 | ST ENGINEERING AEROSPACE RESOURCES PTE. LTD<br>600 WEST CAMP ROAD<br>SINGAPORE 797654<br>SINGAPORE |
| 2.2221 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WAREHOUSE LEASE | ST JOHN PROPERTIES INC<br>2560 LORD BALTIMORE DRIVE<br>BALTIMORE, MD 21244 |
| 2.2222 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GENERAL CONTRACT OF INDEMNITY DTD 12/19/2014 | ST PAUL FIRE & MARINE INSURANCE CO |
| 2.2223 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGAGEMENT LETTER DTD 5/20/2014 | STANDARD AND POORS<br>ATTN DIR, CLIENT BUSINESS MANAGEMENT<br>55 WATER ST<br>NEW YORK, NY 10041 |
| 2.2224 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DTW] SNOW REMOVAL FOR 2021-2024 SEASONS DTD 2/8/2021 | STANTE EXCAVATING CO INC<br>ATTN ANDREW DAVIS GEN MGR<br>PO BOX 930029<br>46912 LIBERTY DR<br>WIXOM, MI 48393 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2225 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | QUOTATION ORD0000198032 DTD 8/30/2024 | STATIONARY & OFFICE SUPPLIES LTD<br>23 BEECHWOOD AVE<br>KINGSTON<br>JAMAICA |
| 2.2226 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FUEL SYSTEM INTERLINE AGREEMENT DTD 9/19/2011 | STL FUEL COMPANY LLC<br>ATTN KEVIN WIECEK, FUEL COMM CHAIR<br>PO BOX 36611, HDQ-7FM<br>2702 LOVE FIELD DR<br>DALLAS, TX  75235-1611 |
| 2.2227 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO FUEL SYSTEM INTERLINE AGREEMENT DTD 1/1/2019 AMENDS AGREEMENT DTD 9/19/2011 | STL FUEL COMPANY LLC<br>C/O SHERMAN AND HOWARD LLC<br>ATTN KAREN L CHAPMAN<br>633 17TH ST, STE 3000<br>DENVER, CO  80202 |
| 2.2228 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3619 | STRATOS<br>RINEANNA HOUSE<br>SHANNON<br>IRELAND |
| 2.2229 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MAINTENANCE SERVICES AGREEMENT DTD 6/1/2023 | STS AVIATION SERVICES TANK TIGERS LLC<br>ATTN CRAIG ROSE<br>10534 SENTINEL DR<br>SAN ANTONIO, TX  78217 |
| 2.2230 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCI] SERVICE LEVELS & MINIMUM STANDARDS DTD 8/14/2015 | STS LINE MAINTENANCE<br>ATTN GROUP PRESIDENT<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL  34957 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2231 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MKE] SERVICE LEVELS AND MINIMUM STANDARDS DTD 3/15/2021 | STS LINE MAINTENANCE<br>ATTN GROUP PRESIDENT<br>2000 NE JENSEN BEACH BLVD<br>JENSEN BEACH, FL  34957 |
| 2.2232 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT MAINTENANCE SERVICE AGREEMENT DTD 8/13/2020 | STS REPAIR AND MODIFICATION LLC<br>D/B/A STS MOD CENTER<br>ATTN MARK SMITH, GROUP PRESIDENT<br>100 AEROSPACE DR, UNIT 6<br>MELBOURNE, FL  32901 |
| 2.2233 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BULK SEAT AIRFARES PURCHASE AGREEMENT | STUDENT TRAVEL AMERICA<br>ATTN MIKE HAYS<br>4424 WESTRIDGE AVE<br>FORT WORTH, TX  76116 |
| 2.2234 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CHANGE ORDER NO 1 DTD 2/4/2016 AMENDS SOW 1 DTD 12/31/2014 | SUMTOTAL SYSTEMS LLC<br>330 INNOVATIVE WAY<br>SUITE 201<br>NASHUA, NH  03062 |
| 2.2235 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE MODIFICATION AGREEMENT AMENDS BUSINESS LEASE DTD 6/17/1999 | SUNBEAM DEVELOPMENT CORPORATION<br>1401 79TH ST. CAUSEWAY IN THE<br>CITY OF MIAMI, FL  33141 |
| 2.2236 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SXM] STANDARD GROUND HANDLING AGREEMENT DTD 5/12/2023 | SUNLINE TECHNICAL MAINTENANCE NV<br>D/B/A STM<br>SXM<br>ATTN FRANTZ DULORME<br>ST MAARTEN |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2237 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] FIRST CONTRACT AMENDMENT DTD 6/1/2012 | SUPERIOR AIRCRAFT SERVICES<br>ATTN BARRY KORMAN, PRES<br>650 SW 34TH ST, STE 307<br>FT LAUDERDALE, FL  33315 |
| 2.2238 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] FOURTH CONTRACT AMENDMENT DTD 1/1/2018 | SUPERIOR AIRCRAFT SERVICES<br>ATTN BARRY KORMAN, PRES<br>650 SW 34TH ST, STE 307<br>FT LAUDERDALE, FL  33315 |
| 2.2239 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] SECOND CONTRACT AMENDMENT DTD 1/1/2015 | SUPERIOR AIRCRAFT SERVICES<br>ATTN BARRY KORMAN, PRES<br>650 SW 34TH ST, STE 307<br>FT LAUDERDALE, FL  33315 |
| 2.2240 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] STANDARD GROUND HANDLING AGREEMENT  DTD 11/1/2011 | SUPERIOR AIRCRAFT SERVICES<br>ATTN BARRY KORMAN, PRES<br>650 SW 34TH ST, STE 307<br>FT LAUDERDALE, FL  33315 |
| 2.2241 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MYR] STANDARD GROUND HANDLING AGREEMENT DTD 9/1/2017 | SUPERIOR AIRCRAFT SERVICES<br>ATTN BARRY KORMAN, PRES<br>650 SW 34TH ST, STE 307<br>FT LAUDERDALE, FL  33315 |
| 2.2242 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORF] FIRST CONTRACT AMENDMENT DTD 1/1/2025<br>AMENDS AGREEMENT DTD 3/8/2023 | SUPERIOR AIRCRAFT SERVICES<br>ATTN BARRY KORMAN, PRES<br>650 SW 34TH ST, STE 307<br>FT LAUDERDALE, FL  33315 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2243 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORF] STANDARD GROUND HANDLING AGREEMENT DTD 3/8/2023 | SUPERIOR AIRCRAFT SERVICES<br>ATTN BARRY KORMAN, PRES<br>650 SW 34TH ST, STE 307<br>FT LAUDERDALE, FL  33315 |
| 2.2244 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] AMENDMENT TO CSOA LETTER DTD 11/27/2019 | SUPERIOR AIRCRAFT SERVICES<br>ATTN MR BARRY KORMAN, CEO<br>11801 ADIE RD<br>MARYLAND HEIGHTS, MO  63043 |
| 2.2245 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RDU] STANDARD GROUND HANDLING AGREEMENT DTD 5/2/2019 | SUPERIOR AIRCRAFT SERVICES<br>ATTN MR BARRY KORMAN, CEO<br>11801 ADIE RD<br>MARYLAND HEIGHTS, MO  63043 |
| 2.2246 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CUN] FIRST AMENDMENT AGREEMENT DTD 12/17/2021<br>AMENDS IATA STANDARD GROUND HANDLING AGREEMENT DTD 1/2004 | SWISSPORT AVIATION SERVICES DE MEXICO SA DE CV<br>ANTIGUO CAMINO A TEXCOCO S/N<br>COL PENON DE LOS BANOS<br>ALCALDIA VENUSTIANO CARRANZA<br>MEXICO CITY  15520<br>MEXICO |
| 2.2247 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CUN] THIRD AMENDMENT TO STANDARD GROUND HANDLING AGREEMENT DTD 6/8/2022 | SWISSPORT AVIATION SERVICES DE MEXICO SA DE CV<br>ANTIGUO CAMINO A TEXCOCO S/N<br>COL PENON DE LOS BANOS<br>ALCALDIA VENUSTIANO CARRANZA<br>MEXICO CITY  15520<br>MEXICO |
| 2.2248 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CUN] STANDARD GROUND HANDLING AGREEMENT  DTD 4/1/2013 | SWISSPORT AVIATION SERVICES DE MEXICO SA DE CV<br>ATTN SAMUEL DE LA ROSA, LEGAL REP<br>CARR CANCUN-CHETUMAL KM22 LOCALES 6 Y 7<br> AEROPUERTO INTERNACIONAL<br>CANCUN<br>MEXICO |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2249 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PUJ] STANDARD GROUND HANDLING AGREEMENT  DTD 5/1/2009 | SWISSPORT DOMINICANA SA<br>ATTN AGUSTO CAVALCANTE, COO<br>AV INDEPENDENCIA #1811<br>EL CACIQUE STE 860<br>SANTO DOMINGO<br>DOMINICAN REPUBLIC |
| 2.2250 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SDQ] STANDARD GROUND HANDLING AGREEMENT  DTD 10/1/2009 | SWISSPORT DOMINICANA SA<br>ATTN AGUSTO CAVALCANTE, COO<br>AV INDEPENDENCIA #1811<br>EL CACIQUE STE 860<br>SANTO DOMINGO<br>DOMINICAN REPUBLIC |
| 2.2251 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SDQ] STANDARD GROUND HANDLING AGREEMENT  DTD 10/28/2004 | SWISSPORT DOMINICANA SA<br>ATTN AGUSTO CAVALCANTE, COO<br>AV INDEPENDENCIA #1811<br>EL CACIQUE STE 860<br>SANTO DOMINGO<br>DOMINICAN REPUBLIC |
| 2.2252 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [STI] STANDARD GROUND HANDLING AGREEMENT  DTD 6/20/2009 | SWISSPORT DOMINICANA SA<br>ATTN AGUSTO CAVALCANTE, COO<br>AV INDEPENDENCIA #1811<br>EL CACIQUE STE 860<br>SANTO DOMINGO<br>DOMINICAN REPUBLIC |
| 2.2253 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [STI] FIRST CONTRACT AMENDMENT DTD 1/1/2010<br>AMENDS AGREEMENT DTD 6/20/2009 | SWISSPORT DOMINICANA SA<br>ATTN AGUSTO CAVALCANTE, COO<br>AV INDEPENDENCIA #1811<br>EL CACIQUE<br>SANTO DOMINGO<br>DOMINICAN REPUBLIC |
| 2.2254 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ABQ] ABQ - INTO PLANE AGREEMENT/IATA SGHA | SWISSPORT FUELING INC<br>ATTN TUCKER CORNWELL<br>45025 AVIATION DR STE 350<br>DULLES, VA  20166 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2255 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] STANDARD GROUND HANDLING AGREEMENT  DTD 4/18/2018 | SWISSPORT FUELING INC<br>ATTN TUCKER CORNWELL<br>45025 AVIATION DR STE 350<br>DULLES, VA  20166 |
| 2.2256 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] STANDARD GROUND HANDLING AGREEMENT DTD 4/1/2018 | SWISSPORT FUELING INC<br>ATTN TUCKER CORNWELL<br>45025 AVIATION DR STE 350<br>DULLES, VA  20166 |
| 2.2257 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] STANDARD GROUND HANDLING AGREEMENT DTD 8/1/2016 | SWISSPORT FUELING INC<br>ATTN TUCKER CORNWELL<br>45025 AVIATION DR STE 350<br>DULLES, VA  20166 |
| 2.2258 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DTW] DTW - INTO PLANE AGREEMENT/IATA SGHA | SWISSPORT FUELING INC<br>ATTN TUCKER CORNWELL<br>45025 AVIATION DR STE 350<br>DULLES, VA  20166 |
| 2.2259 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAS] STANDARD GROUND HANDLING AGREEMENT  DTD 8/1/2016 | SWISSPORT FUELING INC<br>ATTN TUCKER CORNWELL<br>45025 AVIATION DR STE 350<br>DULLES, VA  20166 |
| 2.2260 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] STANDARD GROUND HANDING AGREEMENT - SIMPLIFIED PROCEDURE DTD 8/1/2016 | SWISSPORT FUELING INC<br>ATTN TUCKER CORNWELL<br>45025 AVIATION DR STE 350<br>DULLES, VA  20166 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2261 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [OAK] STANDARD GROUND HANDLING AGREEMENT DTD 8/1/2016 | SWISSPORT FUELING INC ATTN TUCKER CORNWELL 45025 AVIATION DR STE 350 DULLES, VA 20166 |
| 2.2262 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] STANDARD GROUND HANDLING AGREEMENT DTD 8/1/2016 | SWISSPORT FUELING INC ATTN TUCKER CORNWELL 45025 AVIATION DR STE 350 DULLES, VA 20166 |
| 2.2263 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHX] STANDARD GROUND HANDLING AGREEMENT DTD 8/1/2016 | SWISSPORT FUELING INC ATTN TUCKER CORNWELL 45025 AVIATION DR STE 350 DULLES, VA 20166 |
| 2.2264 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RNO] RNO - INTO PLANE AGREEMENT/IATA SGHA | SWISSPORT FUELING INC ATTN TUCKER CORNWELL 45025 AVIATION DR STE 350 DULLES, VA 20166 |
| 2.2265 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RSW] STANDARD GROUND HANDLING AGREEMENT  DTD 8/1/2016 | SWISSPORT FUELING INC ATTN TUCKER CORNWELL 45025 AVIATION DR STE 350 DULLES, VA 20166 |
| 2.2266 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LIM] STANDARD GROUND HANDLING AGREEMENT DTD 6/27/2007 | SWISSPORT GBH PERU SA CALLE CINCO #170 CALLAO, LIMA PERU |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2267 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [LGA] THIRD CONTRACT AMENDMENT DTD 11/1/2018 AMEND ANNEX B 2.0 DTD 1/1/2017 | SWISSPORT INTERNATIONAL LTD<br>FLUGHOFSTRASSE 55<br>GLATBRUGG  CH-8152<br>SWITZERLAND |
| 2.2268 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [LAX] STANDARD GROUND HANDLING AGREEMENT DTD 8/17/2015 | SWISSPORT SA FUEL SERVICES LLC<br>ATTN ROGER LARREUR, SR VP SALES & MARKETING<br>45025 AVIATION DRIVE, STE 350<br>DULLES, VA  20166 |
| 2.2269 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [MIA] STANDARD GROUND HANDLING AGREEMENT DTD 10/1/2021 | SWISSPORT SA FUEL SERVICES LLC<br>ATTN TUCKER CORNWELL<br>227 FAYETTEVILLE ST, 9TH FL<br>RALEIGH, NC  27601 |
| 2.2270 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [ABQ] STANDARD GROUND HANDLING AGREEMENT  DTD 8/1/2022 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, CCO AMERICAS<br>227 FAYETTEVILLE ST, 9TH FL<br>RALEIGH, NC  27601 |
| 2.2271 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [IAH] STANDARD GROUND HANDLING AGREEMENT DTD 11/1/2021 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, CCO AMERICAS<br>227 FAYETTEVILLE ST, 9TH FL<br>RALEIGH, NC  27601 |
| 2.2272 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [MIA] STANDARD GROUND HANDLING AGREEMENT DTD 10/8/2021 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, CCO AMERICAS<br>227 FAYETTEVILLE ST, 9TH FL<br>RALEIGH, NC  27601 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2273 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] FIRST AMENDMENT TO AVIATION SERVICE COMPANY OPERATING AGREEMENT DTD 7/1/2015<br>AMENDS AGREEMENT DTD 11/1/2014 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA 20166 |
| 2.2274 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] STANDARD GROUND HANDLING AGREEMENT  DTD 12/20/2016 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA 20166 |
| 2.2275 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] STANDARD GROUND HANDLING AGREEMENT  DTD 7/1/2015 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA 20166 |
| 2.2276 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] STANDARD GROUND HANDLING AGREEMENT DTD 10/1/2016 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA 20166 |
| 2.2277 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLE] FIFTH CONTRACT AMENDMENT DTD 10/1/2021<br>AMENDS ANNEX B.2 DTD 3/1/2018 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA 20166 |
| 2.2278 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLE] FIRST CONTRACT AMENDMENT DTD 4/1/2019<br>AMENDS ANNEX B2 DTD 3/1/2018 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA 20166 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2279 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLE] FOURTH CONTRACT AMENDMENT DTD 9/1/2021 AMENDS ANNEX B2 DTD 3/1/2018 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA  20166 |
| 2.2280 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLE] SECOND CONTRACT AMENDMENT DTD 2/5/2020 AMENDS ANNEX B2 DTD 3/1/2018 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA  20166 |
| 2.2281 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLE] SEVENTH CONTRACT AMENDMENT DTD 7/1/2022 AMENDS ANNEX B2 DTD 3/1/2018 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA  20166 |
| 2.2282 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLE] SIXTH CONTRACT AMENDMENT DTD 10/1/2021 AMENDS ANNEX B.2 DTD 3/1/2018 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA  20166 |
| 2.2283 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLE] STANDARD GROUND HANDLING AGREEMENT DTD 1/13/2015 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA  20166 |
| 2.2284 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLE] STANDARD GROUND HANDLING AGREEMENT DTD 5/15/2018 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA  20166 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2285 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CLE] THIRD CONTRACT AMENDMENT DTD 11/10/2020 AMENDS ANNEX B2 DTD 3/1/2018 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA  20166 |
| 2.2286 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DEN] FIRST CONTRACT AMEDNMENT DTD 12/10/2017 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA  20166 |
| 2.2287 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DEN] STANDARD GROUND HANDLING AGREEMENT DTD 6/1/2026 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA  20166 |
| 2.2288 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DEN] STANDARD GROUND HANDLING DTD 9/15/2015 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA  20166 |
| 2.2289 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] SECOND CONTRACT AMENDMENT  DTD 10/29/2019 AMENDS AGREEMENT DTD 11/1/2017 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA  20166 |
| 2.2290 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] STANDARD GROUND HANDLING AGREEMENT DTD 11/1/2017 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA  20166 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2291 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [FLL] STANDARD GROUND HANDLING AGREEMENT  DTD 4/29/2015 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA  20166 |
| 2.2292 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAH] FIRST CONTRACT AMENDMENT DTD 2/1/2016<br>AMENDS AGREEMENT DTD 11/9/2015 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA  20166 |
| 2.2293 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAH] STANDARD GROUND HANDLING AGREEMENT DTD 11/9/2015 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA  20166 |
| 2.2294 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAH] STANDARD GROUND HANDLING AGREEMENT DTD 5/15/2018 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA  20166 |
| 2.2295 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] FIRST CONTRACT AMENDMENT DTD 10/5/2016 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA  20166 |
| 2.2296 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] STANDARD GROUND HANDLING AGREEMENT DTD 8/9/2015 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA  20166 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2297 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [LGA] EIGHT CONTRACT AMENDMENT DTD 3/1/2021 AMENDS AGREEMENT DTD 1/1/2017 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA  20166 |
| 2.2298 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [LGA] ELEVENTH CONTRACT AMENDMENT DTD 9/1/2022 AMENDS AGREEMENT DTD 1/1/2017 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA  20166 |
| 2.2299 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [LGA] FIFTH CONTRACT AMENDMENT DTD 4/1/2019 AMENDS AGREEMENT DTD 1/1/2017 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA  20166 |
| 2.2300 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [LGA] FIRST CONTRACT AMENDMENNT DTD 8/1/2017 AMENDS AGREMEENT DTD 1/1/2017 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA  20166 |
| 2.2301 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [LGA] FIRST CONTRACT AMENDMENT DTD 10/1/2016 AMEND ANNEX B.2 DTD 4/8/2015 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA  20166 |
| 2.2302 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [LGA] FIRST CONTRACT AMENDMENT DTD 10/1/2025 AMENDS AGREEMENT DTD 10/1/2024 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA  20166 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2303 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] NINTH CONTRACT AMENDMENT DTD 9/1/2021 AMENDS AGREEMENT DTD 1/1/2017 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA 20166 |
| 2.2304 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] SECOND CONTRACT AMENDMENT DTD 1/1/2018 AMENDS AGREEMENT DTD 1/1/2017 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA 20166 |
| 2.2305 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] SEVENTH CONTRACT AMENDMENT DTD 11/10/2020 AMENDS AGREEMENT DTD 1/1/2017 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA 20166 |
| 2.2306 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] SIXTH CONTRACT AMENDMENT DTD 2/5/2020 AMENDS AGREEMENT DTD 1/1/2017 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA 20166 |
| 2.2307 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] STANDARD GROUND HANDLING AGREEMENT DTD 10/1/2024 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA 20166 |
| 2.2308 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] STANDARD GROUND HANDLING AGREEMENT DTD 3/20/2017 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA 20166 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2309 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] STANDARD GROUND HANDLING AGREEMENT DTD 3/26/2010 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA  20166 |
| 2.2310 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] THIRD CONTRACT AMENDMENT DTD 1/2/2019<br>AMENDS ANNEX B2.0 DTD 1/1/2017 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA  20166 |
| 2.2311 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCI] STANDARD GROUND HANDLING AGREEMENT DTD 8/1/2014 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA  20166 |
| 2.2312 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCO] STANDARD GROUND HANDLING AGREEMENT DTD 4/8/2015 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA  20166 |
| 2.2313 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MIA] FIRST CONTRACT AMENDMENT DTD 10/8/2021<br>AMENDS ANNEX B1.0 DTD 10/8/2021 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA  20166 |
| 2.2314 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MIA] SECOND CONTRACT AMENDMENT DTD 2/1/2022<br>AMENDS ANNEX B1.0 DTD 10/8/2021 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA  20166 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2315 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MIA] THIRD CONTRACT AMENDMENT DTD 10/1/2022 AMENDS ANNEX B1.0 DTD 10/8/2021 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA  20166 |
| 2.2316 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHX] EIGHTH CONTRACT AMENDMENT DTD 9/1/2022 AMENDS AGREEMENT DTD 1/1/2017 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA  20166 |
| 2.2317 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHX] FIFTH CONTRACT AMENDMENT DTD 11/10/2020 AMENDS AGREEMENT DTD 1/1/2017 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA  20166 |
| 2.2318 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHX] FIRST CONTRACT AMENDMENT DTD 1/1/2018 AMENDS AGREEMENT DTD 1/1/2017 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA  20166 |
| 2.2319 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHX] FOURTH CONTRACT AMENDMENT DTD 2/5/2020 AMENDS AGREEMENT DTD 1/1/2017 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA  20166 |
| 2.2320 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHX] NINTH CONTRACT AMENDMENT DTD 11/1/2022 AMENDS AGREEMENT DTD 1/1/2017 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA  20166 |

Debtor    Spirit Airlines, LLC
          (Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
                         Pg 813 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2321 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHX] SECOND CONTRACT AMENDMENT DTD 7/1/2018 AMENDS ANNEX B.2 DTD 1/1/2017 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA 20166 |
| 2.2322 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHX] SEVENTH CONTRACT AMENDMENT DTD 1/1/2022 AMENDS AGREEMENT DTD 1/1/2017 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA 20166 |
| 2.2323 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHX] SIXTH CONTRACT AMENDMENT DTD 4/1/2019 AMENDS AGREEMENT DTD 1/1/2017 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA 20166 |
| 2.2324 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHX] STANDARD GROUND HANDLING AGREEMENT DTD 1/1/2017 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA 20166 |
| 2.2325 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHX] STANDARD GROUND HANDLING AGREEMENT DTD 3/20/2017 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA 20166 |
| 2.2326 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHX] STANDARD GROUND HANDLING AGREEMENT DTD 9/1/2015 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA 20166 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2327 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHX] THIRD CONTRACT AMENDMENT DTD 1/1/2021 AMENDS AGREEMENT DTD 1/1/2017 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA  20166 |
| 2.2328 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RSW] FIFTH CONTRACT AMENDMENT DTD 11/10/2020 AMENDS ANNEX B.2 DTD 4/29/2015 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA  20166 |
| 2.2329 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RSW] FIRST CONTRACT AMENDMENT DTD 11/1/2015 AMENDS AGREEMENT DTD 4/29/2015 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA  20166 |
| 2.2330 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RSW] FIRST CONTRACT AMENDMENT DTD 11/1/2015 AMENDS ANNEX B.2 DTD 4/29/2015 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA  20166 |
| 2.2331 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RSW] FOURTH CONTRACT AMENDMENT DTD 2/5/2020 AMENDS ANNEX B.2 DTD 4/29/2015 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA  20166 |
| 2.2332 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RSW] SECOND CONTRACT AMENDMENT DTD 11/1/2018 AMENDS ANNEX B.2 DTD 4/29/2015 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA  20166 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2333 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RSW] SEVENTH CONTRACT AMENDMENT DTD 4/1/2022 AMENDS ANNEX B.2 DTD 4/29/2015 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA  20166 |
| 2.2334 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RSW] SIXTH CONTRACT AMENDMENT DTD 9/1/2021 AMENDS ANNEX B.2 DTD 4/29/2015 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA  20166 |
| 2.2335 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RSW] STANDARD GROUND HANDLING AGREEMENT DTD 5/15/2015 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA  20166 |
| 2.2336 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RSW] THIRD CONTRACT AMENDMENT DTD 4/1/2019 AMENDS ANNEX B.2 DTD 4/29/2015 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA  20166 |
| 2.2337 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SEA] FIFTH CONTRACT AMENDMENT DTD 2/5/2020 AMENDS AGREEMENT DTD 3/24/2016 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA  20166 |
| 2.2338 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SEA] FIRST CONTRACT AMENDMENT DTD 11/1/2016 AMENDS AGREEMENT DTD 3/24/2016 | SWISSPORT SAUSA INC ATTN ROGER LARREUR, SRVP SALES & MARKETING 45028 AVIATION DR, STE 350 DULLES, VA  20166 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2339 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SEA] FOURTH CONTRACT AMENDMENT DTD 4/1/2019 AMENDS AGREEMENT DTD 3/24/2016 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA 20166 |
| 2.2340 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SEA] SECOND CONTRACT AMENDMENT DTD 1/1/2018 AMENDS AGREEMENT DTD 3/24/2016 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA 20166 |
| 2.2341 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SEA] SEVENTH CONTRACT AMENDMENT DTD 11/1/2022 AMENDS AGREEMENT DTD 3/24/2016 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA 20166 |
| 2.2342 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SEA] SIXTH CONTRACT AMENDMENT DTD 11/10/2020 AMENDS AGREEMENT DTD 3/24/2016 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA 20166 |
| 2.2343 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SEA] STANDARD GROUND HANDLING AGREEMENT DTD 3/24/2016 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA 20166 |
| 2.2344 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO THE MASTER INTO-PLANE FUEL SERVICE AGREEMENT DTD 7/1/2014 AMENDS AGREEMENT DTD 9/1/2012 | SWISSPORT SAUSA INC<br>ATTN ROGER LARREUR, SRVP SALES & MARKETING<br>45028 AVIATION DR, STE 350<br>DULLES, VA 20166 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2345 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSING AGREEMENT DTD 5/8/2023 | SYNAPTIC AVIATION INC<br>ATTN DAVID NEITHARDT<br>6705 SW 57TH AVE, STE 700<br>CORAL GABLES, FL  33143 |
| 2.2346 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DTD 11/15/2022 | SYNTHESIA LTD<br>KENT HOUSE, 14/17 MARKET PL<br>LONDON  W1W 8AJ<br>UNITED KINGDOM |
| 2.2347 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT DTD 3/21/2022<br>AMENDS AGREEMENT DTD 3/1/2017 | TA CONNECTIONS DE LLC<br>D/B/A TA CONNECTIONS<br>ATTN GENERAL COUNSEL<br>1900 E GOLF RD, STE M-150<br>SCHAUMBURG, IL  60173 |
| 2.2348 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD AMENDMENT TO REPRESENTATION AGREEMENT DTD 2/8/2024<br>AMENDS AGREEMENT DTD 3/1/2017 | TA CONNECTIONS DE LLC<br>D/B/A TA CONNECTIONS<br>ATTN GENERAL COUNSEL<br>1900 E GOLF RD, STE M-150<br>SCHAUMBURG, IL  60173 |
| 2.2349 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SAP] STANDARD GROUND HANDLING AGREEMENT  DTD 12/1/2014 | TALENT HUNTERS<br>ATTN GENERNAL MANAGER<br>TORRE MAYAB #705<br>TEGUCIGALPA  30800<br>HONDURAS |
| 2.2350 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SDQ PUJ STI] AMENDMENT #1 TO SGHA AGREEMENT  DTD 2/10/2017<br>AMENDS AGREEMENT DTD 3/1/2016 | TALLERES AERONAUTICOS DEL CARIBE<br>ATTN JUAN JAVIER, PRESIDENT<br>CALLE MONSENOR RICARDO PITTINI #14 C<br>SECTOR DON BOSCO<br>SANTO DOMINGO<br>DOMINICAN REPUBLIC |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2351 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LIM] STANDARD GROUND HANDLING AGREEMENT DTD 5/1/2013 | TALMA ECUADOR SERVICIOS AEROPORTUARIOS SA ATTN RODRIGO MARTINS, VP GROUND HANDLING SVS AV ELMER FAUCETT NR 2879 CALLAO PERU |
| 2.2352 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [GYE] STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 03/22/2018 DTD 3/22/2022 | TALMA ECUADOR SERVICIOS AEROPORTUARIOS SA ATTN VLADIMIR MUNOZ BARBIERI, GERENTE GEN TABABELA, VIA ALPACHACA S/N JUNTO AL ACCESO A, AEROPUERTO INT'L MARISCAL SUCRE QUITO ECUADOR |
| 2.2353 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BAQ] STANDARD GROUND HANDLING AGREEMENT DATED 08/01/2015 | TALMA ATTN ALEJANDRO MOLINA VELEZ, OP DIRECTOR CARRERA 25 A A SUR, 155 EFIDICIO ALTO TESORO, OFICINA 302 MEDELLIN  050021 COLOMBIA |
| 2.2354 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | UNEMPLOYMENT COST MGMT SERVICE DTD 9/25/2016 | TALX CORPORATION ELIZABETH ST REDLANDS, CA  92373-7015 |
| 2.2355 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [TPA] FIRST AMENDMENT TO INTERLINE AGREEMENT DTD 5/19/2014 AMENDS INTERLINE AGREEMENT DTD 6/29/2001 | TAMPA INT AIRPORT |
| 2.2356 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENEWAL QUOTATION # RQ0004565-1 DTD 2/21/2024 RE: CUSTOMER ACCT # 22023070; SALES ORDER # 002370665 | TEAMVIEWER GERMANY GMBH BAHNHOFSPLATZ 2 GOPPINGEN  73033 GERMANY |

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Pg 819 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2357 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER LEASE AGREEMENT #4298 DTD 11/1/2022 | TECH FINANCE CO LLC ATTN MANAGER 100 WILLIAMS DR RAMSEY, NJ  7446 |
| 2.2358 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [XPL] STANDARD GROUND HANDLING AGREEMENT  DTD 11/17/2021 | TECNOLOGIAS UNIDAS AEROPUERTO INTERNACIONAL TONCONTIN TEGUCIGALPA HONDURAS |
| 2.2359 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #1 TO SOFTWARE LICENSE & SUPPORT AGREEMENT DTD 5/1/2024 AMENDS AGREEMENT REF #SPR-LSE-09042018 DTD 7/8/2019 | TELEDYNE CONTROLS LLC ATTN DIRECTOR, CONTRACTS 501 CONTINENTAL BLVD EL SEGUNDO, CA  90245 |
| 2.2360 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOG] SERVICE PROVISION CONTRACT #TPBCLD 4675-13 DTD 7/9/2013 | TELMEX TELECOMUNICACIONES SA ESP |
| 2.2361 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION - GYE | TERMINAL AEROPORTUARIA DE GUAYAQUIL S.A. TAGSA AEROPUERTO INTERNACIONAL JOSE JOAQUIN DE OLMEDO AV. DE LAS AMERICAS GUAYAQUIL  CP 090513 ECUADOR |
| 2.2362 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTL CARGO & PASSENGER AIR TRANSPORT ACTIVITIES DTD 6/2/2021 | TERPEL CARRERA 7 # 75 51 FLOOR 13 BOGOTA COLOMBIA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2363 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TFL PRIVATE LABEL PROGRAM AGREEMENT DTD 7/31/2025 | TFL LLC<br>ATTN SVP, PRODUCT GROWTH<br>7311 WEST 130TH ST, STE 100<br>OVERLAND PARK, KS  66213 |
| 2.2364 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAS] AIRPORT SERVICES AGREEMENT DTD 7/1/2018 | TGS AVIATION SERVICES INC<br>ATTN STEVE BURDICK<br>2518 E RUSSELL RD<br>LAS VEGAS, NV  89120 |
| 2.2365 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONNECTIVITY EQUIPMENT AND SERVICES AGREEMENT DTD 5/11/2018 | THALES AVIONICS INC<br>58 DISCOVERY<br>IRVINE, CA  92618 |
| 2.2366 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COLLECTIVE BARGAINING AGREEMENT DATED 06/01/2019 | THE AIR LINE PILOTS ASSOCIATION, INTERNATIONAL<br>7950 JONES BRANCH DRIVE<br>SUITE 400S<br>MCLEAN, VA  22102 |
| 2.2367 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SNA] TERMINAL / STATION LEASE | THE COUNTY OF ORANGE<br>JOHN WAYNE AIRPORT EDDIE MARTIN ADMINISTRATION BUILDING<br>3160 AIRWAY AVENUE<br>COSTA MESA, CA  92626 |
| 2.2368 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GLOBAL AIRLINE DISTRIBUTION AGREEMENT DATED 01/06/1994 | THE GALILEO COMPANY<br>WINDMILL HILL<br>SWINDON<br>ENGLAND  SN5 6PH<br>UNITED KINGDOM |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2369 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT DATED 11/04/2021 | THE INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS<br>9000 MACHINISTS PLACE<br>UPPER MARLBORO, MD  20772 |
| 2.2370 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FOOD SERVICES AGREEMENT DATED 03/25/2024 | THOMPSON HOSPITALITY, LLC<br>15800 NW 42ND AVE<br>OPA LOCKA, FL  33054-6155 |
| 2.2371 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PVR] STANDARD GROUND HANDLING AGREEMENT DTD 7/1/2021 | TILC SA DE CV<br>ATTN JORGE CAMARGO<br>AV ALEMANIA NO 1765, INT 27<br> COL MODERNA<br>GUADALAJARA, JA  44190<br>MEXICO |
| 2.2372 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AZA-IWA] AMENDMENT #3 TO STANDARD HANDLING AGREEMENT DTD 4/10/2013<br>AMENDS AGREEMENT DTD 8/16/2010 | TIMCO LINE CARE LLC<br>ATTN GENERAL MANAGER<br>623 RADAR RD<br>GREENSBORO, NC  27410 |
| 2.2373 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AZA-IWA] AMENDMENT #4 TO STANDARD HANDLING AGREEMENT DTD 6/18/2013<br>AMENDS AGREEMENT DTD 8/16/2010 | TIMCO LINE CARE LLC<br>ATTN GENERAL MANAGER<br>623 RADAR RD<br>GREENSBORO, NC  27410 |
| 2.2374 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCO] STANDARD GROUND HANDLING AGREEMENT DTD 8/17/2010 | TIMCO LINE CARE LLC<br>ATTN GENERAL MANAGER<br>623 RADAR RD<br>GREENSBORO, NC  27410 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2375 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #1 TO STANDARD GROUND HANDLING AGREEMENT DTD 9/1/2011 AMENDS AGREEMENT DTD 8/16/2010 | TIMCO LINE CARE LLC<br>ATTN GENERAL MANAGER<br>623 RADAR RD<br>GREENSBORO, NC  27410 |
| 2.2376 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DTD 8/16/2010 | TIMCO LINE CARE LLC<br>ATTN GENERAL MANAGER<br>623 RADAR RD<br>GREENSBORO, NC  27410 |
| 2.2377 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MAIN CORPORATE SERVICES AGREEMENT | T-MOBILE USA INC<br>ATTN LEGAL DEPARTMENT<br>12920 SE 38TH ST<br>BELLEVUE, WA  98006 |
| 2.2378 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] MEMBER AGREEMENT AMENDED & RESTATED | TOM BRADLEY INT'L TERMINAL EQUIPMENT CO INC<br>380 WORLD WAY, BOX S-18<br>LOS ANGELES INT'L AIRPORT<br>LOG ANGELES, CA  90045 |
| 2.2379 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | QUOTE #00001864 | TOMORROW.IO<br>9 CHANNEL CENTER ST, 7TH FL<br>BOSTON, MA  02210 |
| 2.2380 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PBI] STANDARD GROUND HANDLING AGREEMENT DTD 11/10/2011 | TOP FLIGHT AVIATION SERVICES<br>ATTN JAMAS WARD, PRES<br>925 S B ST<br>LAKE WORTH, FL  33460 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2381 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST CONTRACT AMENDMENT DTD 11/1/2012 | TOP FLIGHT AVIATION SERVICES<br>ATTN JAMAS WARD, PRES<br>925 S B ST<br>LAKE WORTH, FL 33460 |
| 2.2382 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND CONTRACT AMENDMENT DTD 11/1/2014 | TOP FLIGHT AVIATION SERVICES<br>ATTN JAMAS WARD, PRES<br>925 S B ST<br>LAKE WORTH, FL 33460 |
| 2.2383 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD CONTRACT AMENDMENT DTD 1/1/2016 | TOP FLIGHT AVIATION SERVICES<br>ATTN JAMAS WARD, PRES<br>925 S B ST<br>LAKE WORTH, FL 33460 |
| 2.2384 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [IAH] FIRST CONTRACT AMENDMENT DTD 5/1/2021<br>AMENDS AGREEMENT DTD 9/15/2019 | TOTAL AIRPORT SERVICES INC<br>ATTN GAIL HERNANDEZ, CONTRACTS ADMIN<br>1895 YOSEMITE AVE, STE 230<br>SIMI VALLEY, CA 93063 |
| 2.2385 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [IAH] FOURTH CONTRACT AMENDMENT DTD 1/1/2022<br>AMENDS AGREEMENT DTD 9/15/2019 | TOTAL AIRPORT SERVICES INC<br>ATTN GAIL HERNANDEZ, CONTRACTS ADMIN<br>1895 YOSEMITE AVE, STE 230<br>SIMI VALLEY, CA 93063 |
| 2.2386 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [IAH] FOURTH CONTRACT AMENDMENT DTD 5/1/2022<br>AMENDS ANNEX B1.0 DTD 9/15/2019 | TOTAL AIRPORT SERVICES INC<br>ATTN GAIL HERNANDEZ, CONTRACTS ADMIN<br>1895 YOSEMITE AVE, STE 230<br>SIMI VALLEY, CA 93063 |

Debtor    Spirit Airlines, LLC    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
(Name)                                                                        Case number (if known)    25-11896

Pg 824 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2387 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] FIFTH CONTRACT AMENDMENT DTD 1/1/2023 AMENDS ANNEX B2.0 DTD 06/01/2021 | TOTAL AIRPORT SERVICES INC ATTN GAIL HERNANDEZ, CONTRACTS ADMIN 1895 YOSEMITE AVE, STE 230 SIMI VALLEY, CA  93063 |
| 2.2388 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] FIRST CONTRACT AMENDMENT DTD 7/1/2021 AMENDS ANNEX B2.0 DTD 6/1/2021 | TOTAL AIRPORT SERVICES INC ATTN GAIL HERNANDEZ, CONTRACTS ADMIN 1895 YOSEMITE AVE, STE 230 SIMI VALLEY, CA  93063 |
| 2.2389 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] FOURTH CONTRACT AMENDMENT DTD 9/1/2022 AMENDS ANNEX B2.0 DTD 6/1/2021 | TOTAL AIRPORT SERVICES INC ATTN GAIL HERNANDEZ, CONTRACTS ADMIN 1895 YOSEMITE AVE, STE 230 SIMI VALLEY, CA  93063 |
| 2.2390 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] SECOND CONTRACT AMENDMENT DTD 7/1/2019 AMENDS AGREEMENT DTD 7/1/2019 | TOTAL AIRPORT SERVICES INC ATTN GAIL HERNANDEZ, CONTRACTS ADMIN 1895 YOSEMITE AVE, STE 230 SIMI VALLEY, CA  93063 |
| 2.2391 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] SECOND CONTRACT AMENDMENT DTD 1/1/2022 AMENDS ANNEX B2.0 DTD 6/1/2021 | TOTAL AIRPORT SERVICES INC ATTN GAIL HERNANDEZ, CONTRACTS ADMIN 1895 YOSEMITE AVE, STE 230 SIMI VALLEY, CA  93063 |
| 2.2392 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] SIXTH CONTRACT AMENDMENT DTD 4/1/2023 AMENDS ANNEX B2.0 DTD 06/01/2021 | TOTAL AIRPORT SERVICES INC ATTN GAIL HERNANDEZ, CONTRACTS ADMIN 1895 YOSEMITE AVE, STE 230 SIMI VALLEY, CA  93063 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2393 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] SIXTH CONTRACT AMENDMENT DTD 4/1/2023 AMENDS ANNEX B2.0 DTD 06/01/2021 | TOTAL AIRPORT SERVICES INC ATTN GAIL HERNANDEZ, CONTRACTS ADMIN 1895 YOSEMITE AVE, STE 230 SIMI VALLEY, CA  93063 |
| 2.2394 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] SIXTH CONTRACT AMENDMENT DTD 4/1/2023 AMENDS ANNEX B2.0 DTD 06/01/2022 | TOTAL AIRPORT SERVICES INC ATTN GAIL HERNANDEZ, CONTRACTS ADMIN 1895 YOSEMITE AVE, STE 230 SIMI VALLEY, CA  93063 |
| 2.2395 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] FOURTH CONTRACT AMENDMENT DTD 9/1/2021 AMENDS ANNEX B4.0 DTD 9/1/2019 | TOTAL AIRPORT SERVICES INC ATTN GAIL HERNANDEZ, CONTRACTS ADMIN 1895 YOSEMITE AVE, STE 230 SIMI VALLEY, CA  93063 |
| 2.2396 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] SECOND CONTRACT AMENDMENT DTD 10/1/2018 AMENDS AGREEMENT DTD 7/1/2016 | TOTAL AIRPORT SERVICES INC ATTN GAIL HERNANDEZ, CONTRACTS ADMIN 1895 YOSEMITE AVE, STE 230 SIMI VALLEY, CA  93063 |
| 2.2397 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] STANDARD GROUND HANDLING AGREEMENT DTD 11/1/2009 (ANNEX) | TOTAL AIRPORT SERVICES INC ATTN GAIL HERNANDEZ, CONTRACTS ADMIN 1895 YOSEMITE AVE, STE 230 SIMI VALLEY, CA  93063 |
| 2.2398 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] STANDARD GROUND HANDLING AGREEMENT DTD 7/8/2011 | TOTAL AIRPORT SERVICES INC ATTN GAIL HERNANDEZ, CONTRACTS ADMIN 1895 YOSEMITE AVE, STE 230 SIMI VALLEY, CA  93063 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2399 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] STANDRAD GROUND HANDLING AGREEMENT  DTD 10/23/2009 | TOTAL AIRPORT SERVICES INC<br>ATTN GAIL HERNANDEZ, CONTRACTS ADMIN<br>1895 YOSEMITE AVE, STE 230<br>SIMI VALLEY, CA  93063 |
| 2.2400 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] STANDRAD GROUND HANDLING AGREEMENT  DTD 7/8/2011 | TOTAL AIRPORT SERVICES INC<br>ATTN GAIL HERNANDEZ, CONTRACTS ADMIN<br>1895 YOSEMITE AVE, STE 230<br>SIMI VALLEY, CA  93063 |
| 2.2401 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] FIRST CONRACT AMENDNMENT DTD 5/1/2011<br>AMENDS ANNEX B.1 DTD 11/1/2009 | TOTAL AIRPORT SERVICES INC<br>ATTN GAIL HERNANDEZ, DIR OF CONTRACTS<br>34406 27TH DR, STE 140<br>PHOENIX, AR  85085 |
| 2.2402 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] FIRST CONTRACT AMEDNMENT DTD 4/1/2016 | TOTAL AIRPORT SERVICES INC<br>ATTN GAIL HERNANDEZ, DIR OF CONTRACTS<br>34406 27TH DR, STE 140<br>PHOENIX, AR  85085 |
| 2.2403 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] FIRST CONTRACT AMENDMENT DTD 5/1/2011 | TOTAL AIRPORT SERVICES INC<br>ATTN GAIL HERNANDEZ, DIR OF CONTRACTS<br>34406 27TH DR, STE 140<br>PHOENIX, AR  85085 |
| 2.2404 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] SECOND CONRACT AMENDMENT DTD 8/1/2012<br>AMENDS ANNEX B.1 DTD 11/1/2009 | TOTAL AIRPORT SERVICES INC<br>ATTN GAIL HERNANDEZ, DIR OF CONTRACTS<br>34406 27TH DR, STE 140<br>PHOENIX, AR  85085 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2405 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] SECOND CONTRACT AMENDMENT DTD 8/1/2012 | TOTAL AIRPORT SERVICES INC<br>ATTN GAIL HERNANDEZ, DIR OF CONTRACTS<br>34406 27TH DR, STE 140<br>PHOENIX, AR  85085 |
| 2.2406 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] STANDARD GROUND HANDLING AGREEMENT DTD 1/29/2015 (ANNEX) | TOTAL AIRPORT SERVICES INC<br>ATTN GAIL HERNANDEZ, DIR OF CONTRACTS<br>34406 27TH DR, STE 140<br>PHOENIX, AR  85085 |
| 2.2407 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] STANDARD GROUND HANDLING AGREEMENT DTD 7/1/2016 (ANNEX) | TOTAL AIRPORT SERVICES INC<br>ATTN GAIL HERNANDEZ, DIR OF CONTRACTS<br>34406 27TH DR, STE 140<br>PHOENIX, AR  85085 |
| 2.2408 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] FIRST CONTRACT AMENDMENT DTD 2/1/2018 | TOTAL AIRPORT SERVICES INC<br>ATTN PRESIDENT & CFO<br>HARDY TOLL RD, STE 220<br>SPRING, TX  77373 |
| 2.2409 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] STANDARD GROUND HANDLING AGREEMENT  DTD 2/1/2018 | TOTAL AIRPORT SERVICES INC<br>ATTN PRESIDENT & CFO<br>HARDY TOLL RD, STE 220<br>SPRING, TX  77373 |
| 2.2410 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BWI] STANDARD GROUND HANDLING AGREEMENT DTD 10/1/2019 | TOTAL AIRPORT SERVICES LLC<br>ATTN BRIDGET RUSSELL, ACCT DIRECTOR<br>940 WESTPORT PLZ, STE 101<br>ST LOUIS, MO  63146 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2411 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAH] STANDARD GROUND HANDLING AGREEMENT DTD 9/15/2019 | TOTAL AIRPORT SERVICES LLC<br>ATTN SILVIO TANO, CEO<br>28420 HARDY TOLL RD, STE 200<br>SPRING, TX  77373-8084 |
| 2.2412 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAH] STANDARD GROUND HANDING AGREEMENT - SIMPLIFIED PROCEDURE DTD 9/15/2019 | TOTAL AIRPORT SERVICES LLC<br>ATTN SILVIO TANO, CEO<br>28420 HARDY TOLL RD, STE 220<br>SPRING, TX  77373-8084 |
| 2.2413 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAH] THIRD CONTRACT AMENDMENT DTD 1/1/2022<br>AMENDS ANNEX B1.0 DTD 9/15/2019 | TOTAL AIRPORT SERVICES LLC<br>ATTN SILVIO TANO, CEO<br>28420 HARDY TOLL RD, STE 220<br>SPRING, TX  77373-8084 |
| 2.2414 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] AGREEMENT FOR INTERNATIONAL CLEANING SERVICES DTD 1/28/2021 | TOTAL AIRPORT SERVICES LLC<br>ATTN SILVIO TANO, CEO<br>28420 HARDY TOLL RD, STE 220<br>SPRING, TX  77373-8084 |
| 2.2415 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] STANDARD GROUND HANDLING AGREEMENT DTD 2/1/2018 | TOTAL AIRPORT SERVICES LLC<br>ATTN SILVIO TANO, CEO<br>28420 HARDY TOLL RD, STE 220<br>SPRING, TX  77373-8084 |
| 2.2416 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] STANDARD GROUND HANDLING AGREEMENT DTD 6/1/2021 | TOTAL AIRPORT SERVICES LLC<br>ATTN SILVIO TANO, CEO<br>28420 HARDY TOLL RD, STE 220<br>SPRING, TX  77373-8084 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2417 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAX] THIRD CONTRACT AMENDMENT DTD 7/1/2020 AMEND ANNEX B.1 DTD 2/1/2018 | TOTAL AIRPORT SERVICES LLC ATTN SILVIO TANO, CEO 28420 HARDY TOLL RD, STE 220 SPRING, TX  77373-8084 |
| 2.2418 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [OAK] FIFTH CONTRACT AMENDMENT DTD 1/1/2022 AMENDS ANNEX B.1 DTD 9/1/2017 | TOTAL AIRPORT SERVICES LLC ATTN SILVIO TANO, CEO 28420 HARDY TOLL RD, STE 220 SPRING, TX  77373-8084 |
| 2.2419 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [OAK] FIRST CONTRACT AMENDMENT DTD 2/1/2018 AMENDS ANNEX B.1 DTD 7/1/2018 | TOTAL AIRPORT SERVICES LLC ATTN SILVIO TANO, CEO 28420 HARDY TOLL RD, STE 220 SPRING, TX  77373-8084 |
| 2.2420 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [OAK] FOURTH CONTRACT AMENDMENT DTD 7/1/2021 AMENDS ANNEX B.1 DTD 9/1/2017 | TOTAL AIRPORT SERVICES LLC ATTN SILVIO TANO, CEO 28420 HARDY TOLL RD, STE 220 SPRING, TX  77373-8084 |
| 2.2421 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [OAK] STANDARD GROUND HANDLING AGREEMENT DTD 9/1/2017 | TOTAL AIRPORT SERVICES LLC ATTN SILVIO TANO, CEO 28420 HARDY TOLL RD, STE 220 SPRING, TX  77373-8084 |
| 2.2422 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] FIFTH CONTRACT AMENDMENT DTD 9/1/2021 AMENDS AGREEMENT DTD 9/1/2019 | TOTAL AIRPORT SERVICES LLC ATTN SILVIO TANO, CEO 28420 HARDY TOLL RD, STE 220 SPRING, TX  77373-8084 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2423 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] FIRST CONTRACT AMENDMENT DTD 7/1/2020 AMEND ANNEX B.1 DTD 9/1/2019 | TOTAL AIRPORT SERVICES LLC ATTN SILVIO TANO, CEO 28420 HARDY TOLL RD, STE 220 SPRING, TX 77373-8084 |
| 2.2424 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] FOURTH CONTRACT AMENDMENT DTD 9/1/2021 AMENDS AGREEMENT DTD 9/1/2019 | TOTAL AIRPORT SERVICES LLC ATTN SILVIO TANO, CEO 28420 HARDY TOLL RD, STE 220 SPRING, TX 77373-8084 |
| 2.2425 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] SECOND CONTRACT AMENDMENT DTD 11/10/2020 AMENDS ANNEX B4.0 DTD 9/1/2019 | TOTAL AIRPORT SERVICES LLC ATTN SILVIO TANO, CEO 28420 HARDY TOLL RD, STE 220 SPRING, TX 77373-8084 |
| 2.2426 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] STANDARD GROUND HANDLING AGREEMENT DTD 9/1/2019 | TOTAL AIRPORT SERVICES LLC ATTN SILVIO TANO, CEO 28420 HARDY TOLL RD, STE 220 SPRING, TX 77373-8084 |
| 2.2427 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] THIRD CONTRACT AMENDMENT DTD 5/1/2021 AMENDS AGREEMENT DTD 9/1/2019 | TOTAL AIRPORT SERVICES LLC ATTN SILVIO TANO, CEO 28420 HARDY TOLL RD, STE 220 SPRING, TX 77373-8084 |
| 2.2428 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AVIATION FUEL SUPPLY AGREEMENT DTD 7/1/2018 | TOTAL SPECIALTIES USA INC ATTN AURELIEN DE ROUSSEL 1201 LOUISIANA ST, STE 1800 HOUSTON, TX 77002 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2429 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LOCATION CONTRACT REF# 21231-664 | TOTALENERGIES AVIATION<br>1201 LOUISIANA STREET<br>STE 1800<br>HOUSTON, TX 77002 |
| 2.2430 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LOCATION CONTRACT REF#22228-664 DTD 6/30/2025 | TOTALENERGIES AVIATION<br>1201 LOUISIANA STREET<br>STE 1800<br>HOUSTON, TX 77002 |
| 2.2431 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ANNEX 5 LOCATION CONTRACT TO FUEL SALE AGREEMENT RE: AGREEMENT DTD 7/1/2018 | TOTALENERGIES MARKETING USA INC<br>1201 LOUISIANA STREET<br>STE 1800<br>HOUSTON, TX 77002 |
| 2.2432 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERLINE STAFF TRAVEL AGREEMENT DTD 8/13/2015 | TRANSAVIA FRANCE |
| 2.2433 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT DATED 02/21/2022 | TRANSPORT WORKERS UNION OF AMERICA<br>1220 19TH STREET NW<br>6TH FLOOR<br>WASHINGTON, DC 20036 |
| 2.2434 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT TERMS & CONDITIONS DTD 10/21/2010 | TRAVEL GUARD GROUP INC<br>ATTN PRESIDENT<br>3300 BUSINESS PARK DR<br>STEVENS POINT, WI 54482 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2435 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #3 TO AGREEMENT DTD 12/3/2014<br>AMENDS AGREEMENT DTD 1/1/2011 | TRAVEL GUARD GROUP INC<br>ATTN PRESIDENT<br>3300 BUSINESS PARK DR<br>STEVENS POINT, WI  54482 |
| 2.2436 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT 2 TO LOCAL AGREEMENT FOR USA DTD 1/1/2021<br>AMENDS AGREEMENT DTD 1/1/2017 | TRAVEL GUARD GROUP INC<br>ATTN PRESIDENT<br>3300 BUSINESS PARK DR<br>STEVENS POINT, WI  54482 |
| 2.2437 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL CONTRACT OF INDEMNITY DTD 12/19/2014 | TRAVELERS CASUALTY & SURETY CO OF AMERICA |
| 2.2438 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DTD 9/30/2025 | TRAVELIR LIMITED<br>ATTN JUAN PABLO LAFOSSE<br>6TH FL, RIVERPOINT<br>LOWER MALLOW ST<br>LIMERICK  V94 WC64<br>IRELAND |
| 2.2439 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO TRAVELPORT/GALILEO INTERNATIONAL AGREEMENT DTD 6/1/2011<br>AMENDS AGREEMENT DTD 8/25/2006 | TRAVELPORT GLOBAL DIST SYSTEM BV<br>F/K/A GALILEO NEDERLAND BV<br>ATTN DIRECTOR<br>TAURUSAVENUE 33A<br>HOOFDDORP  2132 LS<br>NETHERLANDS |
| 2.2440 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO AIRLINE DISTRIBUTION AGREEMENT DTD 10/30/2018<br>AMENDS AGREEMENT DTD 1/6/1994 | TRAVELPORT INTERNATIONAL OPERATIONS LTD<br>200 S. WACKER DRIVE<br>CHICAGO, IL  60606 |

Debtor Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 833 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2441 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 08/25/2006<br>AMENDS AGREEMENT DTD 8/25/2006 | TRAVELPORT OPERATIONS INC<br>200 S. WACKER DRIVE<br>CHICAGO, IL 60606 |
| 2.2442 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FLIGHTS SPONSORED LISTING ADVERTISING INSERTION ORDER DTD 7/25/2025 | TRAVELSCAPE LLC<br>D/B/A EXPEDIA GROUP MEDIA SOLUTIONS |
| 2.2443 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TICKETING AGREEMENT DATED 12/01/2012 DTD 2/1/2013<br>AMENDS AGREEMENT DTD 12/1/2012 | TRAVELSCAPE LLC<br>D/B/A EXPEDIA GROUP MEDIA SOLUTIONS |
| 2.2444 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PURCHASE AND SUPPORT AGREEMENT DTD 12/18/2013 | TRAX USA CORP<br>ATTN CEO<br>2601 S BAYSHORE DR, STE 500<br>SBS TOWER<br>COCONUT GROVE, FL 33133 |
| 2.2445 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MEM] MEM- GROUND HANDLING DTD 2/7/2022 | TREGO DUGAN AVIATION OF GRAND ISLAND INC<br>3857 N SKY PARK RD<br>GRAND ISLAND, NE 68801 |
| 2.2446 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PIT] FIRST CONTRACT AMENDMENT DTD 8/1/2018<br>AMENDS AGREEMENT DTD 5/25/2017 | TREGO DUGAN AVIATION OF GRAND ISLAND INC<br>3857 N SKY PARK RD<br>GRAND ISLAND, NE 68801 |

Debtor    Spirit Airlines, LLC    25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
(Name)    Case number (if known)    25-11896

Pg 834 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2447 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PIT] FOURTH CONTRACT AMENDMENT DTD 12/1/2022 AMENDS AGREEMENT DTD 5/25/2017 | TREGO DUGAN AVIATION OF GRAND ISLAND INC<br>3857 N SKY PARK RD<br>GRAND ISLAND, NE 68801 |
| 2.2448 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PIT] STANDARD GROUND HANDLING AGREEMENT | TREGO DUGAN AVIATION OF GRAND ISLAND INC<br>3857 N SKY PARK RD<br>GRAND ISLAND, NE 68801 |
| 2.2449 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PIT] THIRD CONTRACT AMENDMENT DTD 5/1/2022 AMENDS AGREEMENT DTD 5/25/2017 | TREGO DUGAN AVIATION OF GRAND ISLAND INC<br>3857 N SKY PARK RD<br>GRAND ISLAND, NE 68801 |
| 2.2450 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CMH] STANDARD GROUND HANDLING AGREEMENT DTD 2/15/2018 | TREGO-DUGAN AVIATION<br>ATTN VINCENT J DUGAN<br>PO BOX 1226<br>GRAND ISLAND, NE 68801 |
| 2.2451 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO MARKETING AGREEMENT DTD 10/24/2011 AMENDS AGREEMENT DTD 2/25/2009 | TRILEGIANT CORP |
| 2.2452 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO MARKETING AGREEMENT DTD 3/25/2015 AMENDS AGREEMENT DTD 2/25/2009 | TRILEGIANT CORP |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2453 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO MARKETING AGREEMENT DTD 7/1/2016 AMENDS AGREEMENT DTD 2/25/2009 | TRILEGIANT CORP |
| 2.2454 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM TO RENEWAL CONTRACT DTD 10/7/2022 RE: GROUP HEALTH INSURANCE | TRIPLE-S SALUD KENT HOUSE 14/17 MARKET PLACE LONDON  W1W 8AJ UNITED KINGDOM |
| 2.2455 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [XPL] FIRST CONTRACT AMENDMENT DTD 1/1/2022 | TRI-STAR GLOBAL SERVICES SA ATTN GONZALO FERNANDEZ, DIRECTOR COLONIA HUMUYA, SENDERO AMBITO, 2DA CALLE EDIFICIO OMCAL 2129 TEGUCIFALPA MDC HONDURAS |
| 2.2456 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [XPL] STANDARD GROUND HANDLING AGREEMENT  DTD 11/17/2021 | TRI-STAR GLOBAL SERVICES SA ATTN GONZALO FERNANDEZ, DIRECTOR COLONIA HUMUYA, SENDERO AMBITO, 2DA CALLE EDIFICIO OMCAL 2129 TEGUCIFALPA MDC HONDURAS |
| 2.2457 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DUE CARE PLAN PROJECT NO  15-1522 DTD 11/10/2015 HANGAR 719, 32999 W SERVICE DR, ROMULUS, MI | TRITERRA ATTN VICE PRESIDENT 1210 N CEDAR ST, STE A LANSING, MI  48906 |
| 2.2458 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [KIN] STANDARD GROUND HANDLING AGREEMENT DTD 10/1/2016 | TRU FLIGHT AVIATION SERVICES LTD ATTN DESMOND REEVES 22 SUNSET BLVD MONTEGO BAY JAMAICA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2459 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT DTD 10/15/2017 | TURISMO POLARIS <br> CARRERA 77 #36 - 4 LAURELES <br> MEDELLIN <br> COLOMBIA |
| 2.2460 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSING AGREEMENT DTD 4/30/2025 | TYEYES INC <br> ATTN ACCOUNT EXEC <br> 1150 POST RD <br> FAIRFIELD, CT 06824 |
| 2.2461 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER LETTER DTD 1/25/2016 | UATP <br> 1425 K STREET N.W. <br> SUITE 700 <br> WASHINGTON, DC 20005 |
| 2.2462 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | DEDICATED ENVIRONMENT SUPPLEMENT INTERSOURCING SERVICE MODEL AGREEMENT DATED 10/26/2020 | UKG INC <br> 2250 N COMMERCE PKWY <br> WESTON, FL 33326 |
| 2.2463 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | TERMS AND CONDITIONS DTD 11/14/2022 | ULINE INC <br> ATTN TOM MOLASNI, SA NAT SLS DIR <br> 12575 ULINE DR <br> PLEASANT PRAIRIE, WI 53158 |
| 2.2464 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | [ATL] STANDARD GROUND HANDLING AGREEMENT DTD 10/1/2017 | ULTIMATE AIRCRAFT DEICING CORP <br> ATTN SAL FURNARI <br> 147-39 175TH ST, STE 102 <br> JAMAICA, NY 11434 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2465 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTING SERVICES AGREEMENT DTD 3/2/2005 | ULTIMATE SOFTWARE GROUP INC<br>2000 ULTIMATE WAY<br>WESTON, FL  33326-6350 |
| 2.2466 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ESCROW AGREEMENT  DTD 3/7/2005 | ULTIMATE SOFTWARE GROUP INC<br>2000 ULTIMATE WAY<br>WESTON, FL  33326-6350 |
| 2.2467 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERSOURCING SERVS/ SAAS MODEL AGREEMENT  DTD 7/30/2012<br>RE: AGREEMENT DTD 2/25/2025 | ULTIMATE SOFTWARE GROUP INC<br>2000 ULTIMATE WAY<br>WESTON, FL  33326-6350 |
| 2.2468 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT  DTD 6/14/2014 | ULTIMATE SOFTWARE GROUP INC<br>2000 ULTIMATE WAY<br>WESTON, FL  33326-6350 |
| 2.2469 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ONBOARDING SUPPLEMENT TO INTERSOURCING SERVICE MODEL AGREEMENT DTD 1/8/2013<br>RE: AGREEMENT DTD 2/25/2005 | ULTIMATE SOFTWARE GROUP INC<br>2000 ULTIMATE WAY<br>WESTON, FL  33326-6350 |
| 2.2470 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT DTD 2/4/2016 AMENDS INTERSOURCING SERVICE MODEL DTD 2/25/2005 | ULTIMATE SOFTWARE GROUP INC<br>2000 ULTIMATE WAY<br>WESTON, FL  33326-6350 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2471 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SFTP SERVICES SUPPLEMENT TO INTERSOURCING SERVICE MODEL AGREEMENT DTD 5/21/2010<br>RE: AGREEMENT DTD 2/25/2005 | ULTIMATE SOFTWARE GROUP INC<br>2000 ULTIMATE WAY<br>WESTON, FL 33326-6350 |
| 2.2472 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TESTING ENVIRONMENT SERVICES SUPPLEMENT TO INTERSOURCING SERVICE MODEL AGREEMENT DTD 7/30/2012<br>RE: AGREEMENT DTD 2/25/2005 | ULTIMATE SOFTWARE GROUP INC<br>2000 ULTIMATE WAY<br>WESTON, FL 33326-6350 |
| 2.2473 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ULTIPRO ONBOARDING SUPPLEMENT TO INTERSOURCING SERVICE MODEL AGREEMENT  DTD 1/8/2013<br>RE: AGREEMENT DTD 2/25/2005 | ULTIMATE SOFTWARE GROUP INC<br>2000 ULTIMATE WAY<br>WESTON, FL 33326-6350 |
| 2.2474 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AXM] LEASE AGREEMENT #AXM-AR-008-2013 DTD 10/21/2013 | UNIDAD ADMIN ESPECIAL DE AERONAUTICA CIVIL<br>DIRECCION AERONAUTICA REGIONAL VALLE<br>AEROPUERTO INT'L ALFONSO BONILLA ARAGON<br>DE PALMIRA, ALLE 3ER PISO<br>ANTIOQUIA<br>COLOMBIA |
| 2.2475 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AXM] LEASE AGREEMENT NO AR-AR-001-2011 | UNIDAD ADMIN ESPECIAL DE AERONAUTICA CIVIL<br>DIRECCION AERONAUTICA REGIONAL VALLE<br>AEROPUERTO INT'L ALFONSO BONILLA ARAGON<br>DE PALMIRA, ALLE 3ER PISO<br>ANTIOQUIA<br>COLOMBIA |
| 2.2476 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AXM] LEASE AGREEMENT NO AXM-AR-008-2013  DTD 10/21/2013 | UNIDAD ADMIN ESPECIAL DE AERONAUTICA CIVIL<br>DIRECCION AERONAUTICA REGIONAL VALLE<br>AEROPUERTO INT'L ALFONSO BONILLA ARAGON<br>DE PALMIRA, ALLE 3ER PISO<br>ANTIOQUIA<br>COLOMBIA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2477 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CHS] STANDARD GROUND HANDLING AGREEMENT DTD 4/5/2023 | UNIFI AVIATION LLC<br>3399 PEACHTREE RD, STE 1500<br>ATLANTA, GA 30326 |
| 2.2478 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BDL] SECOND CONTRACT AMENDMENT DTD 7/30/2023<br>AMENDS AGREEMENT DTD 11/4/2019 | UNIFI AVIATION LLC<br>ATTN LEGAL CONTRACTS<br>950 E PACES FERRY RD NE, STE 2000<br>ATLANTA, GA 30326 |
| 2.2479 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BNA] FOURTH CONTRACT AMENDMENT DTD 5/19/2023<br>AMENDS AGREEMENT DTD 10/10/2019 | UNIFI AVIATION LLC<br>ATTN LEGAL CONTRACTS<br>950 E PACES FERRY RD NE, STE 2000<br>ATLANTA, GA 30326 |
| 2.2480 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BNA] SECOND CONTRACT AMENDMENT DTD 11/10/2020<br>AMENDS AGREEMENT DTD 10/10/2019 | UNIFI AVIATION LLC<br>ATTN LEGAL CONTRACTS<br>950 E PACES FERRY RD NE, STE 2000<br>ATLANTA, GA 30326 |
| 2.2481 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BNA] THIRD CONTRACT AMENDMENT DTD 9/1/2021<br>AMENDS AGREEMENT DTD 10/10/2019 | UNIFI AVIATION LLC<br>ATTN LEGAL CONTRACTS<br>950 E PACES FERRY RD NE, STE 2000<br>ATLANTA, GA 30326 |
| 2.2482 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CHS] STANDARD GROUND HANDLING AGREEMENT DTD 10/11/2023 | UNIFI AVIATION LLC<br>ATTN LEGAL CONTRACTS<br>950 E PACES FERRY RD NE, STE 2000<br>ATLANTA, GA 30326 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2483 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [CLT] FOURTH CONTRACT AMENDMENT DTD 5/14/2023 AMENDS ANNEX B1.0 DTD 6/20/2019 | UNIFI AVIATION LLC ATTN LEGAL CONTRACTS 950 E PACES FERRY RD NE, STE 2000 ATLANTA, GA 30326 |
| 2.2484 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [CLT] THIRD CONTRACT AMENDMENT DTD 11/22/2023 AMENDS ANNEX B1.0 DTD 6/20/2019 | UNIFI AVIATION LLC ATTN LEGAL CONTRACTS 950 E PACES FERRY RD NE, STE 2000 ATLANTA, GA 30326 |
| 2.2485 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [DFW] FIRST CONTRACT AMENDMENT DTD 12/1/2023 AMENDS ANEX B1.0 DTD 10/1/2022 | UNIFI AVIATION LLC ATTN LEGAL CONTRACTS 950 E PACES FERRY RD NE, STE 2000 ATLANTA, GA 30326 |
| 2.2486 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [DFW] STANDARD GROUND HANDLING AGREEMENT DTD 11/17/2023 | UNIFI AVIATION LLC ATTN LEGAL CONTRACTS 950 E PACES FERRY RD NE, STE 2000 ATLANTA, GA 30326 |
| 2.2487 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [LAS] FIFTH CONTRACT AMENDMENT DTD 6/19/2022 AMENDS ANNEX B3.0 DTD 9/1/2020 | UNIFI AVIATION LLC ATTN LEGAL CONTRACTS 950 E PACES FERRY RD NE, STE 2000 ATLANTA, GA 30326 |
| 2.2488 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | [LAS] SECOND CONTRACT AMENDMENT DTD 6/27/2021 AMEND AGREEMENT DTD 9/1/2020 | UNIFI AVIATION LLC ATTN LEGAL CONTRACTS 950 E PACES FERRY RD NE, STE 2000 ATLANTA, GA 30326 |

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 841 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2489 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAS] SEVENTH CONTRACT AMENDMENT DTD 10/11/2023 AMENDS ANNEX B3.0 DTD 9/1/2020 | UNIFI AVIATION LLC ATTN LEGAL CONTRACTS 950 E PACES FERRY RD NE, STE 2000 ATLANTA, GA 30326 |
| 2.2490 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAS] SIXTH CONTRACT AMENDMENT DTD 11/1/2022 AMENDS ANNEX B3.0 DTD 9/1/2020 | UNIFI AVIATION LLC ATTN LEGAL CONTRACTS 950 E PACES FERRY RD NE, STE 2000 ATLANTA, GA 30326 |
| 2.2491 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LAS] THIRD CONTRACT AMENDMENT DTD 9/1/2021 AMENDS AGREEMENT DTD 9/1/2020 | UNIFI AVIATION LLC ATTN LEGAL CONTRACTS 950 E PACES FERRY RD NE, STE 2000 ATLANTA, GA 30326 |
| 2.2492 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSP] NINTH CONTRACT AMENDMENT DTD 10/11/2023 AMENDS ANNEX B3.0 DTD 5/1/2018 | UNIFI AVIATION LLC ATTN LEGAL CONTRACTS 950 E PACES FERRY RD NE, STE 2000 ATLANTA, GA 30326 |
| 2.2493 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORF] STANDARD GROUND HANDLING AGREEMENT DTD 8/3/2022 | UNIFI AVIATION LLC ATTN LEGAL CONTRACTS 950 E PACES FERRY RD NE, STE 2000 ATLANTA, GA 30326 |
| 2.2494 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [RNO] STANDARD GROUND HANDLING AGREEMENT DTD 8/10/2022 | UNIFI AVIATION LLC ATTN LEGAL CONTRACTS 950 E PACES FERRY RD NE, STE 2000 ATLANTA, GA 30326 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2495 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SJO] STANDARD GROUND HANDLING AGREEMENT DTD 4/2/2007 | UNITED AIRLINES INC<br>ATTN MGR AIRPORT SERVICES<br>1200 E ALGONQUIN RD, WHQUS<br>ELK GROVE, IL  60007 |
| 2.2496 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MYR] STANDARD GROUND HANDLING AGREEMENT  DTD 7/1/2016 | UNITED AIRLINES INC<br>ATTN NEIL HUSSEY<br>233 S WACKER DR, WHQPP<br>WILLIS TWR, HDQFJ, 14TH FL<br>CHICAGO, IL  60606 |
| 2.2497 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO LOUIS ARMSTRONG NEW ORLEANS INTL AIRPORT FUEL SYT INTERLINE AGREEMENT  DTD 12/7/2015 AMENDS AGREEMENT DTD 1/20/2015 | UNITED AIRLINES INC<br>ATTN NEIL HUSSEY<br>233 S WACKER DR, WHQPP<br>WILLIS TWR, HDQFJ, 14TH FL<br>CHICAGO, IL  60606 |
| 2.2498 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LOAN AND ACCOMMODATION SALES AGREEMENT DATED 12/02/2011 DTD 9/1/1987 | UNITED AIRLINES INC<br>ATTN NEIL HUSSEY<br>233 S WACKER DR, WHQPP<br>WILLIS TWR, HDQFJ, 14TH FL<br>CHICAGO, IL  60606 |
| 2.2499 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LOAN & ACCOMMODATION SALES AGREEMENT DTD 12/2/2011 | UNITED AIRLINES INC<br>ATTN TONY FRANZONI<br>1600 SMITH ST<br>HOUSTON, TX  77002 |
| 2.2500 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADMINISTRATIVE SERVICES AGREEMENT DATED 07/01/2021 DTD 7/1/2021 | UNITED BEHAVIORAL HEALTH<br>425 MARKET ST, 14TH FL<br>SAN FRANCISCO, CA  94105-2426 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2501 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORF] DEICING SERVICE CONTRACT AWARD LETTER DTD 1/27/2023 | UNITED GROUND EXPRESS<br>ATTN CARLY YOUNG, MANAGER BUSSINESS DVPT<br>11555 W TOUHY AVE, CHIUG<br>CHICAGO, IL  60666 |
| 2.2502 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADMINISTRATIVE SERVICES AGREEMENT DTD 11/30/2016 | UNITED HEALTHCARE SERVS INC<br>ATTN TAMMY JOHNSON, REG CT MGR<br>185 ASYLYM ST<br>HARTFORD, CT  06103-3408 |
| 2.2503 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER FINANCIAL RENEWAL DTD 11/16/2023<br>RE: FINANCIAL RENEWAL LETTER DTD 9/29/2022 | UNITED HEALTHCARE SERVS INC<br>ATTN TAMMY JOHNSON, REG CT MGR<br>185 ASYLYM ST<br>HARTFORD, CT  06103-3408 |
| 2.2504 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO LOUIS ARMSTRONG NEW ORLEANS INTL AIRPORT FUEL SYT INTERLINE AGREEMENT  DTD 12/7/2015<br>AMENDS AGREEMENT DTD 1/20/2015 | UNITED PARCEL SEVRCIE<br>ATTN RICK GAINES<br>55 GLENLAKE PKWY, NE<br>ATLANTA, GA  30328 |
| 2.2505 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDED & RESTATED UATP PARTICIPATION AGREEMENT DTD 5/22/2008 | UNIVERSAL AIR TRAVEL PLAN INC<br>1301 PENNSYLVANIA AVE, N.W.<br>WASHINGTON, D.C., WA  20004 |
| 2.2506 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | UATP SETTLEMENT SERVICES MERCHANT AGREEMENT | UNIVERSAL AIR TRAVEL PLAN INC<br>1301 PENNSYLVANIA AVE, N.W.<br>WASHINGTON, D.C., WA  20004 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2507 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | UATP SYSTEM ACCESS LICENSE AGREEMENT | UNIVERSAL AIR TRAVEL PLAN INC<br>1425 K ST NW, STE 700<br>WASHINGTON, D.C., WA  20005 |
| 2.2508 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LINE OF CREDIT-AG-AGREEMENT DTD 6/17/2019 | UNIVERSAL CITY TRAVEL PARTNERS<br>1000 UNIVERSAL STUDIOS PLZ<br>ORLANDO, FL  32819 |
| 2.2509 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEAVE ADMINISTRATION AGREEMENT DATED 01/01/2017 DTD 1/1/2017 | UNUM GROUP<br>ATTN LEAVE MGMT CENTER-3W<br>1 FOUNTAIN SQ<br>CHATTANOOGA, TN  37402 |
| 2.2510 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADMINISTRATION MANAGEMENT SERVICES AGREEMENT DATED 07/17/2017<br>RE: RATES EFFECTIVE DTD 1/1/2025 | UNUM LIFE INSURANCE CO OF AMERICA<br>ATTN RICHARD LAPPIN, AVP, NTL CLIENT GP IMPL<br>2211 CONGRESS ST<br>PORTLAND, ME  04122 |
| 2.2511 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 2 DTD 6/6/2023 AMENDS UPLIFT MASTER SUBSCRIPTION AGREEMENT DTD 5/30/2017 | UPLIFT INC<br>ATTN CEO<br>440 N WOLFE RD<br>SUNNYVALE, CA  94085 |
| 2.2512 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SUBSCRIPTION AGREEMENT DTD 5/30/2017 | UPLIFT INC<br>ATTN CEO<br>440 N WOLFE RD<br>SUNNYVALE, CA  94085 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2513 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PARTICIPATION AGREEMENT FOR UATP TRANSACTIONS DTD 1/28/2020 | UPLIFT INC<br>ATTN CEO<br>440 N WOLFE RD<br>SUNNYVALE, CA 94085 |
| 2.2514 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSENT TO SECOND AMENDMENT TO SUBLEASE OF AIRPORT FACILITY DTD 3/20/2013<br>AMENDS AGREEMENT DTD 3/1/2012 | US AIRWAYS INC<br>ATTN VICE PRESIDENT<br>111 W RIO SALADO PKWY<br>TEMPE, AZ 85281 |
| 2.2515 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] SECOND AMENDMENT TO SUBLEASE OF AIRPORT FACILITY DTD 3/20/2013<br>AMENDS LEASE AGREEMENT DTD 11/15/2011 | US AIRWAYS INC<br>ATTN VP, CORPORATE REAL ESTATE<br>4000 E SKY HARBOR BLVD<br>PHOENIX, AZ 85034 |
| 2.2516 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PBI] STANDARD GROUND HANDLING AGREEMENT DTD 11/1/2009 | US AIRWAYS INC<br>ATTN VP, CORPORATE REAL ESTATE<br>4000 E SKY HARBOR BLVD<br>PHOENIX, AZ 85034 |
| 2.2517 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 1 DTD 12/3/2021<br>AMENDS COMMERCIAL ACCOUNT AGREEMENT DTD 11/3/2021 | US BANK NATIONAL ASSOCIATION<br>CORP PAYMENT SYS/MC EP-MN-A17S<br>ATTN CPS CONTRACT MGR<br>901 MARQUETTE AVE<br>MINNEAOPOLIS, MN 55402 |
| 2.2518 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMMERCIAL ACCOUNT AGREEMENT DTD 11/3/2021 | US BANK NATIONAL ASSOCIATION<br>CORP PAYMENT SYS/MC EP-MN-A17S<br>ATTN CPS CONTRACT MGR<br>901 MARQUETTE AVE<br>MINNEAOPOLIS, MN 55402 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2519 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FOURTH AMENDMENT TO SIGNATORY AGREEMENT DTD 8/30/2016 AMENDS AGREEMENT DTD 5/21/2009 | US BANK NATIONAL ASSOCIATION CORP PAYMENT SYS/MC EP-MN-A17S ATTN CPS CONTRACT MGR 901 MARQUETTE AVE MINNEAOPOLIS, MN 55402 |
| 2.2520 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MSY] COMPLIANCE AGREEMENT #NOLA06192021 DTD 6/19/2021 | US DEPARTMENT OF AGRICULTURE APHIS PPQ ATTN PAUL J HODGES 924 KENNER AVE, STE 11 KENNER, LA 70062 |
| 2.2521 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ROC] DEICING SERVICES PROPOSAL LETTER DTD 9/11/2023 | USAIRPORTS ATTN JOSE SANTIAGO, VP CUST SVC 1 AIRPORT WAY ROCHESTER, NY 14624 |
| 2.2522 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INVESTMENT ADVISORY AGREEMENT DTD 9/10/2012 | USI ADVISORS INC 95 GLASTONBURY BLVD, STE 102 GLASTONBURY, CT 06033 |
| 2.2523 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REVISED DIRECTPATH AGREEMENT DTD 8/24/2016 | USI INSURANCE SERVICES ATTN MATT BERMAN, HEALTH & WELFARE SVP 2400 E COMMERCIAL BLVD, STE 600 FT LAUDERDALE, FL 33308 |
| 2.2524 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO TICKETING AGREEMENT DTD 2/1/2013 AMENDS AGREEMENT DTD 12/1/2012 | VACATIONSPOT SL 333 108TH AVENUE NE BELLEVUE, WA 98004 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2525 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION SERVICES AGREEMENT DTD 7/7/2025 | VARONIS SYSTEMS INC<br>ATTN LEGAL DEPT<br>1250 BROADWAY, 28TH FL<br>NEW YORK, NY  10001 |
| 2.2526 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LBE] STANDAND GROUND HANDLING AGREEMENT DTD 8/1/2016 | VEE NEAL AVIATION<br>ATTN AL MCKINNEY<br>148 AVIATION LN, STE 109<br>LATROBE, PA  15650 |
| 2.2527 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | US SERVICES AGREEMENT DTD 10/9/2018 | VERIZON BUSINESS NETWORK SERVICES INC<br>ATTN CUSTOMER SERVICE<br>6415-6455 BUSINESS CENTER DR<br>HIGHLANDS RANCH, CO  80130 |
| 2.2528 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO BUSINESS SERVICE AGREEMENT<br>AMENDS AGREEMENT DTD 10/4/2013 | VERIZON BUSINESS NETWORK SERVICES INC<br>ATTN VICE PRESIEDENT<br>1 VERIZON WAY<br>BASKING RIDGE, NJ  07920 |
| 2.2529 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PASSENGER MOBILE LIFT DEVICE OPERATING PERMIT DTD 12/8/2015 | VIRGIN ISLANDS PORT AUTHORITY<br>ATTN EXEC DIR<br>8074 LINDBERG BAY<br>PO BOX 301707<br>ST THOMAS, VI  00803 |
| 2.2530 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ACCEPTANCE INCENTIVE AGREEMENT DTD 9/19/2019 | VISA USA INC<br>ATTN GENERAL COUNSEL<br>900 METRO CNTR BLVD<br>FOSTER CITY, CA  94404 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2531 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VISION CARE POLICY DTD 1/1/2014 | VISION SRV PLAN INSURANCE CO<br>ATTN JAMES M MCGRANN, SECRETARY<br>3333 QUALITY DR<br>RANCHO CORDOVA, CA 95670 |
| 2.2532 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4919 | VMO AIRCRAFT LEASING WAREHOUSE FINANCINGS<br>50 SOUTH 200 EAST<br>SUITE 110<br>SALT LAKE CITY, UT 84111 |
| 2.2533 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PBG] FIRST CONTRACT AMENDMENT DTD 6/1/2016 | VOLO MANAGEMENT PLATTSBURGH LLC<br>ATTN BRIAN CIAMBRA<br>1 ALABAMA AVE<br>PLATTSBURGH, NY 12903 |
| 2.2534 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PBG] STANDARD GROUND HANDLING AGREEMENT DTD 9/1/2013 | VOLO MANAGEMENT PLATTSBURGH LLC<br>ATTN BRIAN CIAMBRA<br>1 ALABAMA AVE<br>PLATTSBURGH, NY 12903 |
| 2.2535 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERLINE STAFF TRAVEL AGREEMENT DTD 6/20/2016 | VOLOTEA |
| 2.2536 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SJU] SECOND CONTRACT AMENDMENT DTD 1/12/2025<br>AMENDS AGREEMENT DTD 3/15/2023 | VORTEX AVIATION INC<br>ATTN JOHN MCKIRDY<br>3430 DAVIE RD, STE 301<br>DAVIE, FL 33314 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2537 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGINE MAINTENANCE & CONSULTING AGREEMENT DTD 8/31/2022 | VORTEX AVIATION INC ATTN JOHN MCKIRDY 3430 DAVIE RD, STE 301 DAVIE, FL 33314 |
| 2.2538 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERLINE STAFF TRAVEL AGREEMENT DTD 2/10/2014 | VRG LINHAS AEREAS SA (GOL) |
| 2.2539 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SAL] STANDARD GROUND HANDLING AGREEMENT DTD 6/13/2011 | WACKENHUT DE EL SALVADOR SA DE CV ATTN GERMAN DAVID ROLDAN, GM AVENIDA OLIMPICA #3765 COLONIA ESCALON SAN SALVADOR EL SALVADOR |
| 2.2540 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [GUA] STANDARD GROUND HANDLING AGREEMENT DTD 9/1/2012 | WACKENHUT DE GUATEMALA SA ATTN CARLOS E FLORES CHENG AVENIDA PETAPA 42-51, ZONA 12 MUNICIPIO Y DEPT DE GUATEMALA GUATEMALA CITY GUATEMALA |
| 2.2541 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REMOVAL OF NON HAZARDOUS TRADE WASTE SERVICE AGREEMENT DTD 2/4/2025 | WASTE CONNECTIONS OF NEW YORK INC ATTN SALES MGR 120 WOOD AVE S, STE 302 ISELIN, NJ 08830 |
| 2.2542 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PHL] SERVICE AGEEMENT#S0016533544 DTD 12/20/2022 | WASTE MANAGEMENT OF PENNSYLVANIA INC 107 SILVIA ST EWING, NJ 08628 |

Debtor Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 850 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2543 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DTW] AMENDMENT #5 TO AIRPORT USE & LEASE AGREEMENT DTD 12/20/2023<br>AMENDS AGREEMENT DTD 7/1/2008 | WAYNE COUNTY AIRPORT AUTHORITY<br>ATTN CHIEF EXECUTIVE OFFICER<br>11050 ROGELL DR, BLDG 602<br>DETROIT, MI 48242 |
| 2.2544 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DTW] AIRPORT HANGAR GROUND LEASE DTD 9/16/2015 | WAYNE COUNTY AIRPORT AUTHORITY<br>ATTN REAL ESTATE DPMT<br>DTW AIRPORT<br>LC SMITH TERMINAL, MEZZANINE LEVEL<br>DETROIT, MI 48242 |
| 2.2545 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DTW] AIRPORT USE & LEASE AGREEMENT DTD 7/1/2008 | WAYNE COUNTY AIRPORT AUTHORITY<br>ATTN REAL ESTATE DPMT<br>DTW AIRPORT<br>LC SMITH TERMINAL, MEZZANINE LEVEL<br>DETROIT, MI 48242 |
| 2.2546 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DTW] AMENDMENT #1 TO LEASE OF TERMINAL SPACE DTD 7/18/2012<br>AMENDS LEASE DTD 8/3/2010 | WAYNE COUNTY AIRPORT AUTHORITY<br>ATTN REAL ESTATE DPMT<br>DTW AIRPORT<br>LC SMITH TERMINAL, MEZZANINE LEVEL<br>DETROIT, MI 48242 |
| 2.2547 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DTW] AMENDMENT #2 TO AIRPORT USE & LEASE AGREEMENT DTD 6/28/2016<br>AMENDS AGREEMENT DTD 7/1/2008 | WAYNE COUNTY AIRPORT AUTHORITY<br>ATTN REAL ESTATE DPMT<br>DTW AIRPORT<br>LC SMITH TERMINAL, MEZZANINE LEVEL<br>DETROIT, MI 48242 |
| 2.2548 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DTW] AMENDMENT #2 TO LEASE OF TERMINAL SPACE DTD 2/1/2014<br>AMENDS LEASE DTD 8/3/2010 | WAYNE COUNTY AIRPORT AUTHORITY<br>ATTN REAL ESTATE DPMT<br>DTW AIRPORT<br>LC SMITH TERMINAL, MEZZANINE LEVEL<br>DETROIT, MI 48242 |

Debtor    Spirit Airlines, LLC
(Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
Pg 851 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2549 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DTW] AMENDMENT #3 TO AIRPORT USE & LEASE AGREEMENT DTD 12/1/2016<br>AMENDS AGREEMENT DTD 7/1/2008 | WAYNE COUNTY AIRPORT AUTHORITY ATTN REAL ESTATE DPMT DTW AIRPORT LC SMITH TERMINAL, MEZZANINE LEVEL DETROIT, MI 48242 |
| 2.2550 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DTW] AMENDMENT #4 TO AIRPORT USE & LEASE AGREEMENT DTD 11/14/2018<br>AMENDS AGREEMENT DTD 7/1/2008 | WAYNE COUNTY AIRPORT AUTHORITY ATTN REAL ESTATE DPMT DTW AIRPORT LC SMITH TERMINAL, MEZZANINE LEVEL DETROIT, MI 48242 |
| 2.2551 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DTW] AMENDMENT TO AIRPORT USE & LEASE AGREEMENT DTD 8/14/2012<br>AMENDS AGREEMENT DTD 7/1/2008 | WAYNE COUNTY AIRPORT AUTHORITY ATTN REAL ESTATE DPMT DTW AIRPORT LC SMITH TERMINAL, MEZZANINE LEVEL DETROIT, MI 48242 |
| 2.2552 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DTW] LEASE AGREEMENT DTD 12/16/2015 | WAYNE COUNTY AIRPORT AUTHORITY ATTN REAL ESTATE DPMT DTW AIRPORT LC SMITH TERMINAL, MEZZANINE LEVEL DETROIT, MI 48242 |
| 2.2553 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DTW] LEASE OF TERMINAL SPACE DTD 8/1/2010 | WAYNE COUNTY AIRPORT AUTHORITY ATTN REAL ESTATE DPMT DTW AIRPORT LC SMITH TERMINAL, MEZZANINE LEVEL DETROIT, MI 48242 |
| 2.2554 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DTW] TEMPORARY, NON-EXCLUSIVE ACCESS AGREEMENT DTD 12/16/2016 | WAYNE COUNTY AIRPORT AUTHORITY ATTN REAL ESTATE DPMT DTW AIRPORT LC SMITH TERMINAL, MEZZANINE LEVEL DETROIT, MI 48242 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2555 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CLOUD SERVICE AGREEMENT #00003261 DTD 2/14/2024 | WEATHER COMPANY AVIATION LLC, THE ATTN SAAS CONTRACT OPERATIONS SPECIALIST 1001 SUMMIT BLVD, NE STE 2000 BROOKHAVEN, GA 30319 |
| 2.2556 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TECH AND ADMIN CONTRACT FOR SERVS DTD 10/1/2017 | WEB BENEFITS DESIGN CO ATTN SADEL WATTERSON, SR BUS DEV MGR 4725 W SAND LAKE RD, STE 300 ORLANDO, FL 32819 |
| 2.2557 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO WELLSONE CC AGREEMENT DTD 8/10/2016 AMENDS WELLSONE COMMERCIAL CARD AGREEMENT DTD 8/29/2011 | WELLS FARGO BANK NA 225 WATER ST JACKSONVILLE, FL 32202 |
| 2.2558 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COOPERATION AGREEMENT | WELLS FARGO BANK NA 225 WATER ST JACKSONVILLE, FL 32202 |
| 2.2559 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TAX INDEMNITY AGREEMENT | WELLS FARGO BANK NA 225 WATER ST JACKSONVILLE, FL 32202 |
| 2.2560 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD AMENDMENT AND RATIFICATION OF SECOND AMENDED AND RESTATED CREDIT AGREEMENT AMENDS AGREEMENT DTD 12/22/2009 | WELLS FARGO BANK NA 225 WATER ST JACKSONVILLE, FL 32202 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2561 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD AMENDMENT AND RATIFICATION OF SECURITIES ACCOUNT CONTROL AGREEMENT AMENDS AGREEMENT DTD 12/22/2009 | WELLS FARGO BANK NA 225 WATER ST JACKSONVILLE, FL 32202 |
| 2.2562 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD RATIFICATION OF SECURITY AGREEMENT RE: AGREEMENT DTD 12/22/2009 | WELLS FARGO BANK NA 225 WATER ST JACKSONVILLE, FL 32202 |
| 2.2563 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD AMENDMENT AND RATIFICATION OF SECURITIES ACCOUNT CONTROL AGREEMENT AMENDS AGREEMENT DTD 12/22/2009 | WELLS FARGO BANK NA 602 2ND AVE S MINNEAPOLIS, MN 55402 |
| 2.2564 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE AGREEMENT AMENDMENT NO 1 DTD 8/1/2015 AMENDS LEASE DTD 12/9/2011 | WELLS FARGO BANK NA ATTN CORP TRUST LEASE GRP 299 SOUTH MAIN ST, 5TH FL MAC U1240-026 SALT LAKE CITY, UT 84116 |
| 2.2565 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO 1 TO QUADRIPARTITE AGREEMENT AMENDS AGREEMENT DTD 10/20/2005 | WELLS FARGO BANK NA ATTN CORP TRUST LEASE GRP 299 SOUTH MAIN ST, 5TH FL MAC U1240-026 SALT LAKE CITY, UT 84116 |
| 2.2566 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO 3 DTD 5/2/2016 AMENDS LEASE AGREEMENT DTD 3/26/2013 | WELLS FARGO BANK NA ATTN CORP TRUST LEASE GRP 299 SOUTH MAIN ST, 5TH FL MAC U1240-026 SALT LAKE CITY, UT 84116 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2567 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 3 DTD 5/2/2016 AMENDS LEASE AGREEMENT DTD 5/22/2009 | WELLS FARGO BANK NA<br>ATTN CORP TRUST LEASE GRP<br>299 SOUTH MAIN ST, 5TH FL<br>MAC U1240-026<br>SALT LAKE CITY, UT 84116 |
| 2.2568 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 3 TO OPERATING LEASE AGREEMENT DTD 8/12/2014 AMENDS AGREEMENT DTD 6/3/2011 | WELLS FARGO BANK NA<br>ATTN CORP TRUST LEASE GRP<br>299 SOUTH MAIN ST, 5TH FL<br>MAC U1240-026<br>SALT LAKE CITY, UT 84116 |
| 2.2569 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 3 TO OPERATING LEASE AGREEMENT MSN 4996 AMENDS AGREEMENT DTD 6/3/2011 | WELLS FARGO BANK NA<br>ATTN CORP TRUST LEASE GRP<br>299 SOUTH MAIN ST, 5TH FL<br>MAC U1240-026<br>SALT LAKE CITY, UT 84116 |
| 2.2570 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AMENDMENT AGREEMENT NO 1 AMENDS LEASE DTD 12/22/2004 RE: ONE AIRBUS 319 AIRCRAFT S/N 2567 | WELLS FARGO BANK NA<br>ATTN CORP TRUST LEASE GRP<br>299 SOUTH MAIN ST, 5TH FL<br>MAC U1240-026<br>SALT LAKE CITY, UT 84116 |
| 2.2571 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE SUPPLEMENT NO 2 DTD 5/2/2016 RE: LEASE AGREEMENT DTD 11/14/2007 | WELLS FARGO BANK NA<br>ATTN CORP TRUST LEASE GRP<br>299 SOUTH MAIN ST, 5TH FL<br>MAC U1240-026<br>SALT LAKE CITY, UT 84116 |
| 2.2572 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER AGREEMENT LEASE DTD 5/28/2010 RE: ONE AIRBUS A320-200 S/N 4595 | WELLS FARGO BANK NA<br>ATTN CORP TRUST LEASE GRP<br>299 SOUTH MAIN ST, 5TH FL<br>MAC U1240-026<br>SALT LAKE CITY, UT 84116 |

Debtor  Spirit Airlines, LLC
(Name)

25-11896-shl   Doc 10   Filed 11/18/25   Entered 11/18/25 23:45:24   Main Document
Case number (if known)   25-11896
Pg 855 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2573 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER OF AGREEMENT DTD 3/5/2015 | WELLS FARGO BANK NA<br>ATTN CORP TRUST LEASE GRP<br>299 SOUTH MAIN ST, 5TH FL<br>MAC U1240-026<br>SALT LAKE CITY, UT  84116 |
| 2.2574 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER OF AGREEMENT DTD 4/9/2015<br>RE: AIRCRAFT LEASE AGREEMENT DTD 4/30/2004 | WELLS FARGO BANK NA<br>ATTN CORP TRUST LEASE GRP<br>299 SOUTH MAIN ST, 5TH FL<br>MAC U1240-026<br>SALT LAKE CITY, UT  84116 |
| 2.2575 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENT PAYMENT AGREEMENT | WELLS FARGO BANK NA<br>ATTN CORP TRUST LEASE GRP<br>299 SOUTH MAIN ST, 5TH FL<br>MAC U1240-026<br>SALT LAKE CITY, UT  84116 |
| 2.2576 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SIDE LETTER TO AIRCRAFT LEASE AGREEMENT DTD 3/31/2016<br>RE: AGREEMENT DTD 12/22/2004;<br>AIRBUS A319-100 MSN 2560 | WELLS FARGO BANK NA<br>ATTN CORP TRUST LEASE GRP<br>299 SOUTH MAIN ST, 5TH FL<br>MAC U1240-026<br>SALT LAKE CITY, UT  84116 |
| 2.2577 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [CHA] STANDARD GROUND HANDLING AGREEMENT DTD 4/15/2025 | WEST STAR AVIATION LLC<br>ATTN MICHAEL DITMEYER<br>5904 PINEHURST AVE<br>CHATTANOOGA, TN  37421 |
| 2.2578 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOI] STANDARD GROUND HANDLING AGREEMENT DTD 8/5/2022 | WESTERN AIRCRAFT INC<br>ATTN: DAN MILENDER<br>4300 S. KENNEDY ST<br>BOISE, ID  83705 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2579 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BQN] FIRST CONTRACT AMENDMENT DTD 9/1/2009 AMENDS ANNEX B.1 DTD 6/1/2009 | WESTERN AVIATION SERVICES COMPANY ATTN RUBEN HERNANDEZ HANGAR 4 RAFAEL HERNANDEZ AIRPORT AGUADILLA, PR |
| 2.2580 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BQN] STANDARD GROUND HANDLING AGREEMENT DTD 6/1/2009 | WESTERN AVIATION SERVICES COMPANY ATTN RUBEN HERNANDEZ HANGAR 4 RAFAEL HERNANDEZ AIRPORT AGUADILLA, PR |
| 2.2581 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERLINE STAFF TRAVEL AGREEMENT | WESTJET AIRLINES |
| 2.2582 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LBE] AGREEMENT DTD 10/26/2010 | WESTMORELAND COUNTY AIRPORT AUTH ATTN EXECUTIVE DIR 148 AVIATION LN, STE 103 LATROBE, PA  15650 |
| 2.2583 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LBE] AGREEMENT DTD 2/2/2011 | WESTMORELAND COUNTY AIRPORT AUTH ATTN EXECUTIVE DIR 148 AVIATION LN, STE 103 LATROBE, PA  15650 |
| 2.2584 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LBE] DEICING FLUID PRICING LETTER DTD 9/10/2021 | WESTMORELAND COUNTY AIRPORT AUTH ATTN EXECUTIVE DIR 148 AVIATION LN, STE 103 LATROBE, PA  15650 |

Debtor    Spirit Airlines, LLC
         (Name)

25-11896-shl    Doc 10    Filed 11/18/25    Entered 11/18/25 23:45:24    Main Document
Case number (if known)    25-11896
                    Pg 857 of 868

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2585 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MUTUAL NON-DISCLOSURE AGREEMENT DTD 10/4/2021 | WILLIS TOWERS WATSON US LLC<br>ATTN SR DIR, HEALTH & BENEFITS<br>5 CONCOURSE PKWY, STE 1800<br>ATLANTA, GA  30328 |
| 2.2586 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] DE-ICING/SNOW REMOVAL QUOTE DTD 12/2/2022 | WINGSTARS AMERICA LTD<br>ATTN COMMERCIAL DIR<br>100 KING ST W, STE 5700<br>TORONTO, ON  M5X 1C7 |
| 2.2587 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] STANDARD GROUND HANDLING AGREEMENT DTD 10/1/2024 | WINGSTARS AMERICA LTD<br>ATTN LISSA FRANKOVICH, OPS DIR<br>265 FRANKLIN ST, STE 1702<br>BOSTON, MA  02110 |
| 2.2588 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO ORDER DTD 6/15/2015 AMENDS WORKIVA MASTER SUBSCRIPTION & SERVICES AGREEMENT DTD 11/18/2011 | WORKIVA INC<br>ATTN JILL KLINDT, VP<br>2900 UNIVERSITY BLVD<br>AMES, IA  50010 |
| 2.2589 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTING SERVICES ORDER RE: WORKIVA & SPIRIT AGREEMENT DTD 11/18/2011 | WORKIVA INC<br>ATTN JILL KLINDT, VP<br>2900 UNIVERSITY BLVD<br>AMES, IA  50010 |
| 2.2590 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BOS] FIRST AMENDMENT TO THE MASTER INTO-PLANE FUEL SERVICE AGREEMENT DTD 6/1/2013 AMENDS AGREEMENT DTD 6/1/2013 | WORLD FUEL SERVICES INC<br>ATTN HOLLY VARGAS<br>9800 NW 41ST, STE 400<br>MIAMI, FL  33178 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2591 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [BWI] STANDARD GROUND HANDLING AGREEMENT DTD 9/10/2012 | WORLD FUEL SERVICES INC ATTN HOLLY VARGAS 9800 NW 41ST, STE 400 MIAMI, FL 33178 |
| 2.2592 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DEN] SECOND AMENDMENT TO THE MASTER INTO-PLANE FUEL SERVICE AGREEMENT DTD 5/10/2012 AMENDS AGREEMENT DTD 10/1/2010 | WORLD FUEL SERVICES INC ATTN HOLLY VARGAS 9800 NW 41ST, STE 400 MIAMI, FL 33178 |
| 2.2593 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] STANDARD GROUND HANDLING AGREEMENT DTD 5/1/2015 | WORLD FUEL SERVICES INC ATTN HOLLY VARGAS 9800 NW 41ST, STE 400 MIAMI, FL 33178 |
| 2.2594 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MCI] STANDARD GROUND HANDLING AGREEMENT DTD 8/7/2014 | WORLD FUEL SERVICES INC ATTN HOLLY VARGAS 9800 NW 41ST, STE 400 MIAMI, FL 33178 |
| 2.2595 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [ORD] STANDARD GROUND HANDLING AGREEMENT DTD 7/8/2011 | WORLD FUEL SERVICES INC ATTN HOLLY VARGAS 9800 NW 41ST, STE 400 MIAMI, FL 33178 |
| 2.2596 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [SAN] FIRST AMENDMENT TO THE MASTER INTO-PLANE FUEL SERVICE AGREEMENT DTD 8/22/2011 AMENDS AGREEMENT DTD 10/1/2010 | WORLD FUEL SERVICES INC ATTN HOLLY VARGAS 9800 NW 41ST, STE 400 MIAMI, FL 33178 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.2597 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO THE MASTER INTO-PLANE FUEL SERVICE AGREEMENT DTD 7/1/2014 AMENDS AGREEMENT DTD 9/1/2012 | WORLD FUEL SERVICES INC<br>ATTN HOLLY VARGAS<br>9800 NW 41ST, STE 400<br>MIAMI, FL  33178 |
| 2.2598 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FUEL SERVICES SUPPORT AGREEMENT DTD 4/29/2009 | WORLD FUEL SERVICES INC<br>ATTN HOLLY VARGAS<br>9800 NW 41ST, STE 400<br>MIAMI, FL  33178 |
| 2.2599 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTO PLAN MASETER AGREEMENT DTD 6/1/2013 | WORLD FUEL SERVICES INC<br>ATTN HOLLY VARGAS<br>9800 NW 41ST, STE 400<br>MIAMI, FL  33178 |
| 2.2600 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD AMENDMENT TO THE MASTER INTO PLANE FUEL SERVICE AGREEMENT DTD 7/1/2014 AMENDS AGREEMENT DTD 6/1/2013 | WORLD FUEL SERVICES INC<br>ATTN HOLLY VARGAS<br>9800 NW 41ST, STE 400<br>MIAMI, FL  33178 |
| 2.2601 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD AMENDMENT TO THE MASTER INTO-PLANE FUEL SERVICE AGREEMENT DTD 2/15/2015 AMENDS AGREEMENT DTD 10/1/2010 | WORLD FUEL SERVICES INC<br>ATTN HOLLY VARGAS<br>9800 NW 41ST, STE 400<br>MIAMI, FL  33178 |
| 2.2602 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IAH] AIRPORT SERVICES AGREEMENT DTD 8/5/2015 | WORLD SERVICE COMPANY<br>ATTN JOSEPH MROZEWSKI, VP SALES<br>3250 LODESTAR RD, BLDG 7, STE 500<br>HOUSTON, TX  77032 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2603 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [AVL] STANDARD GROUND HANDLING AGREEMENT DTD 9/12/2018 | WORLDWIDE FLIGHT SERVICES INC<br>ATTN CEDO<br>BLDG 151, EAST HANGAR RD, STE 361<br>JFK INTERNATIONAL AIRPORT<br>JAMAICA, NY  11430 |
| 2.2604 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [STL] STANDARD GROUND HANDLING AGREEMENT  DTD 8/28/2023 | WORLDWIDE FLIGHT SERVICES INC<br>ATTN CEO THE AMERICAS<br>JFK INTERNATIONAL AIRPORT<br>BLDG 151, EAST HANGAR RD, STE 361<br>JAMAICA, NY  11430 |
| 2.2605 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DCA] AMENDMENT NO 1 TO THE STANDARD GROUND HANDLING AGREEMENT  DTD 10/26/2011 AMENDS AGREEMENT DTD 12/1/2011 | WORLDWIDE FLIGHT SERVICES INC<br>ATTN DIANE HOWDER, CONTRACT MANAGER<br>1925 W JOHN CARPENTER FWY, STE 450<br>IRVING, TX  75063 |
| 2.2606 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DCA] STANDARD GROUND HANDLING AGREEMENT DTD 6/17/2011 | WORLDWIDE FLIGHT SERVICES INC<br>ATTN DIANE HOWDER, CONTRACT MANAGER<br>1925 W JOHN CARPENTER FWY, STE 450<br>IRVING, TX  75063 |
| 2.2607 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [DFW] STANDARD GROUND HANDLING AGREEMENT  DTD 5/5/2011 | WORLDWIDE FLIGHT SERVICES INC<br>ATTN DIANE HOWDER, CONTRACT MANAGER<br>1925 W JOHN CARPENTER FWY, STE 450<br>IRVING, TX  75063 |
| 2.2608 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [EWR] STANDARD GROUND HANDLING AGREEMENT DTD 10/30/2016 | WORLDWIDE FLIGHT SERVICES INC<br>ATTN DIANE HOWDER, CONTRACT MANAGER<br>1925 W JOHN CARPENTER FWY, STE 450<br>IRVING, TX  75063 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2609 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [EWR] THIRD CONTRACT AMENDMENT DTD 4/1/2019 AMENDS ANNEX B1.0 DTD 10/30/2016 | WORLDWIDE FLIGHT SERVICES INC ATTN DIANE HOWDER, CONTRACT MANAGER 1925 W JOHN CARPENTER FWY, STE 450 IRVING, TX  75063 |
| 2.2610 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [EWR] EIGHT CONTRACT AMENDMENT DTD 9/1/2023 AMENDS ANNEX B1.0 DTD 10/30/2016 | WORLDWIDE FLIGHT SERVICES INC DALLAS/FT WORTH INTL A/P ATTN BRETT MANNION, SLS & BUS DEV VP 1639 W 23RD ST, STE 240 DALLAS, TX  75261 |
| 2.2611 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [EWR] FIFTH CONTRACT AMENDMENT DTD 11/10/2020 | WORLDWIDE FLIGHT SERVICES INC DALLAS/FT WORTH INTL A/P ATTN BRETT MANNION, SLS & BUS DEV VP 1639 W 23RD ST, STE 240 DALLAS, TX  75261 |
| 2.2612 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [EWR] FIRST CONTRACT AMENDMENT DTD 10/31/2019 AMENDS ANNEX B DTD 10/30/2016 | WORLDWIDE FLIGHT SERVICES INC DALLAS/FT WORTH INTL A/P ATTN BRETT MANNION, SLS & BUS DEV VP 1639 W 23RD ST, STE 240 DALLAS, TX  75261 |
| 2.2613 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [EWR] FOURTH CONTRACT AMENDMENT  DTD 2/5/2020 | WORLDWIDE FLIGHT SERVICES INC DALLAS/FT WORTH INTL A/P ATTN BRETT MANNION, SLS & BUS DEV VP 1639 W 23RD ST, STE 240 DALLAS, TX  75261 |
| 2.2614 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [EWR] SECOND CONTRACT AMENDMENT DTD 10/31/2019 AMENDS ANNEX B DTD 10/30/2016 | WORLDWIDE FLIGHT SERVICES INC DALLAS/FT WORTH INTL A/P ATTN BRETT MANNION, SLS & BUS DEV VP 1639 W 23RD ST, STE 240 DALLAS, TX  75261 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2615 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [EWR] SECOND CONTRACT AMENDMENT DTD 9/1/2019 AMENDS ANNEX B DTD 10/30/2016 | WORLDWIDE FLIGHT SERVICES INC DALLAS/FT WORTH INTL A/P ATTN BRETT MANNION, SLS & BUS DEV VP 1639 W 23RD ST, STE 240 DALLAS, TX 75261 |
| 2.2616 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [EWR] SEVEN CONTRACT AMENDMENT DTD 11/1/2022 AMENDS ANNEX B1.0 DTD 10/30/2016 | WORLDWIDE FLIGHT SERVICES INC DALLAS/FT WORTH INTL A/P ATTN BRETT MANNION, SLS & BUS DEV VP 1639 W 23RD ST, STE 240 DALLAS, TX 75261 |
| 2.2617 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [EWR] SIX CONTRACT AMENDMENT DTD 10/1/2021 AMENDS ANNEX B DTD 10/30/2016 | WORLDWIDE FLIGHT SERVICES INC DALLAS/FT WORTH INTL A/P ATTN BRETT MANNION, SLS & BUS DEV VP 1639 W 23RD ST, STE 240 DALLAS, TX 75261 |
| 2.2618 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IND] FIRST CONTRACT AMENDMENT DTD 6/15/2021 AMEND ANNEX B.1 DTD 8/22/2019 | WORLDWIDE FLIGHT SERVICES INC DALLAS/FT WORTH INTL A/P ATTN BRETT MANNION, SLS & BUS DEV VP 1639 W 23RD ST, STE 240 DALLAS, TX 75261 |
| 2.2619 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IND] SECOND CONTRACT AMENDMENT DTD 12/1/2022 AMEND ANNEX B1.0 DTD 8/22/2019 | WORLDWIDE FLIGHT SERVICES INC DALLAS/FT WORTH INTL A/P ATTN BRETT MANNION, SLS & BUS DEV VP 1639 W 23RD ST, STE 240 DALLAS, TX 75261 |
| 2.2620 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [IND] STANDARD GROUND HANDLING AGREEMENT DTD 8/22/2019 | WORLDWIDE FLIGHT SERVICES INC DALLAS/FT WORTH INTL A/P ATTN BRETT MANNION, SLS & BUS DEV VP 1639 W 23RD ST, STE 240 DALLAS, TX 75261 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2621 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [MHT] FIRST CONTRACT AMENDMENT DTD 2/15/2023<br>AMENDS ANNEX B1.0 DTD 10/7/2021 | WORLDWIDE FLIGHT SERVICES INC<br>DALLAS/FT WORTH INTL A/P<br>ATTN BRETT MANNION, SLS & BUS DEV VP<br>1639 W 23RD ST, STE 240<br>DALLAS, TX  75261 |
| 2.2622 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [PBG] STANDARD GROUND HANDLING AGREEMENT DTD 2/25/2019 | WORLDWIDE FLIGHT SERVICES INC<br>DALLAS/FT WORTH INTL A/P<br>ATTN BRETT MANNION, SLS & BUS DEV VP<br>1639 W 23RD ST, STE 240<br>DALLAS, TX  75261 |
| 2.2623 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [STX] STANDARD GROUND HANDLING AGREEMENT  DTD 7/17/2018 | WORLDWIDE FLIGHT SERVICES INC<br>DALLAS/FT WORTH INTL A/P<br>ATTN BRETT MANNION, SLS & BUS DEV VP<br>1639 W 23RD ST, STE 240<br>DALLAS, TX  75261 |
| 2.2624 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AUDIT & OPTIMIZATION SOW-AMENDMENT C DTD 3/10/2025<br>AMENDS SOW DTD 4/6/2017 | XR TECHNICAL CONSULTING |
| 2.2625 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [EWR] AMENDMENT #2 TO STANDARD GROUND HANDLING AGREEMENT DTD 11/5/2019<br>AMENDS AGREEMENT DTD 10/31/2016 | XTREME AVIATION LLC<br>ATTN COO<br>14900 NW 42ND AVE<br>HANGAR 48<br>OPA-LOCKA, FL  33054 |
| 2.2626 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [EWR] AMENDMENT #3 TO STANDARD GROUND HANDLING AGREEMENT DTD 10/1/2021<br>AMENDS AGREEMENT DTD 10/31/2016 | XTREME AVIATION LLC<br>ATTN COO<br>14900 NW 42ND AVE<br>HANGAR 48<br>OPA-LOCKA, FL  33054 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2627 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [EWR] AMENDMENT #4 TO STANDARD GROUND HANDLING AGREEMENT DTD 12/20/2022<br>AMENDS AGREEMENT DTD 10/31/2016 | XTREME AVIATION LLC<br>ATTN COO<br>14900 NW 42ND AVE<br>HANGAR 48<br>OPA-LOCKA, FL 33054 |
| 2.2628 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [EWR] AMENDMENT #1 TO STANDARD GROUND HANDLING AGREEMENT DTD 9/15/2017<br>AMENDS AGREEMENT DTD 10/31/2016 | XTREME AVIATION LLC<br>ATTN JOSE RODRIGUEZ<br>1442 NW 78TH AVE<br>DORAL, FL 33126 |
| 2.2629 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [EWR] ELEVENTH CONTRACT AMENDMENT DTD 7/15/2025<br>AMENDS AGREEMENT DTD 10/31/2016 | XTREME AVIATION LLC<br>ATTN JOSE RODRIGUEZ<br>1442 NW 78TH AVE<br>DORAL, FL 33126 |
| 2.2630 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [EWR] NINTH CONTRACT AMENDMENT DTD 2/1/2025<br>AMENDS AGREEMENT DTD 10/31/2016 | XTREME AVIATION LLC<br>ATTN JOSE RODRIGUEZ<br>1442 NW 78TH AVE<br>DORAL, FL 33126 |
| 2.2631 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [EWR] STANDARD GROUND HANDLING AGREEMENT DTD 10/31/2016 | XTREME AVIATION LLC<br>ATTN JOSE RODRIGUEZ<br>1442 NW 78TH AVE<br>DORAL, FL 33126 |
| 2.2632 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [EWR] STANDARD GROUND HANDLING AGREEMENT DTD 11/8/2016 | XTREME AVIATION LLC<br>ATTN JOSE RODRIGUEZ<br>1442 NW 78TH AVE<br>DORAL, FL 33126 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2633 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [EWR] TENTH CONTRACT AMENDMENT DTD 4/15/2025 AMENDS AGREEMENT DTD 10/31/2016 | XTREME AVIATION LLC ATTN JOSE RODRIGUEZ 1442 NW 78TH AVE DORAL, FL 33126 |
| 2.2634 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | [LGA] NINTH CONTRACT AMENDMENT DTD 2/1/2025 AMENDS AGREEMENT DTD 10/31/2016 | XTREME AVIATION LLC ATTN JOSE RODRIGUEZ 1442 NW 78TH AVE DORAL, FL 33126 |
| 2.2635 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO WORLDWIDE RATE AGREEMENT DTD 5/23/2024 AMENDS AGREEMENT DTD 8/1/2023 | ZIPCAR INC 35 THOMSON PL BOSTON, MA 02210 |
| 2.2636 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SAAS LICENSING & SUPPORT AGREEMENT DTD 6/9/2025 | ZULU AIRLINE SYSTEMS INC ATTN CEO 1266 W PACES FERRY RD NW, #411 ATLANTA, GA 30327 |
| 2.2637 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDATORY ENDORSEMENT NO 10 DTD 5/3/2024 AMENDS POLICY #GTU 5465456 | ZURICH AMERICAN INSURANCE COMPANY 11825 N. PENNSYLVANIA ST. CARMEL, IN 46032 |
| 2.2638 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDATORY ENDORSEMENT NO 8 DTD 5/3/2024 AMENDS POLICY #GTU 5465462 | ZURICH AMERICAN INSURANCE COMPANY 11825 N. PENNSYLVANIA ST. CARMEL, IN 46032 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.2639 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | POLICY RENEWAL LTR GTU-5465462 & GTU-5465456 DTD 4/22/2024 <br><br> ZURICH NORTH AMERICA <br> ATTN AVP SENIOR UNDERWRITER <br> 4 WORLD TRADE CENTER <br> NEW YORK, NY  10007 |

**Fill in this information to identify the case:**

Debtor        Spirit Airlines, LLC

United States Bankruptcy Court for the:        Southern District of New York

Case number        25-11896
(if known)

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                        12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1.  **Does the debtor have any codebtors?**

    ☐  No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑  Yes.

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1  SPIRIT FINANCE CAYMAN 1 LTD. | 1731 RADIANT DRIVE DANIA BEACH, FL  33004 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☑ D<br>☐ E/F<br>☐ G |
| 2.2  SPIRIT FINANCE CAYMAN 2 LTD. | 1731 RADIANT DRIVE DANIA BEACH, FL  33004 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☑ D<br>☐ E/F<br>☐ G |
| 2.3  SPIRIT IP CAYMAN LTD. | 1731 RADIANT DRIVE DANIA BEACH, FL  33004 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☑ D<br>☐ E/F<br>☐ G |
| 2.4  SPIRIT LOYALTY CAYMAN LTD. | 1731 RADIANT DRIVE DANIA BEACH, FL  33004 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor    Spirit Airlines, LLC

United States Bankruptcy Court for the:    Southern District of New York

Case number    25-11896
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    11/18/2025        **✗**    /s/ Fred Cromer
          MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                 Fred Cromer
                                 Printed name

                                 Chief Financial Officer
                                 Position or relationship to debtor