**DEPARTMENT OF REVENUE**

April 6, 2026

ID:  XX-XXX7023
Letter ID:  L0179067744

UNITED STATES BANKRUPTCY COURT
S DIST OF NY - MANHATTAN
U.S. BANKRUPTCY COURT
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

APR 1 3 2026

## The Minnesota Department of Revenue is withdrawing a claim

We are withdrawing claim 21 filed on February 05, 2026 for **$61,315.00**, without prejudice.

Debtor name:  SPIRIT AIRLINES INC
Debtor ID:    XX-XXX7023
Case:         25-11896-shl
Chapter:      Chapter 11

### Contact information

Collection Division
Phone: 651-556-6378 or 1-800-657-3909 (toll-free)
Email: mdor.bkysec@state.mn.us
Fax: 651-282-2817

### Mailing address

Minnesota Revenue
PO Box 64447 - BKY
St. Paul, MN 55164-0447

STATE OF MINNESOTA
Commissioner of Revenue

by: _Sarah Westly_